Fill in this information to identify your case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____  Chapter __**7**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Discovery Tours Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **34-1463151** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6501 Wilson Mills Road, Suite B1** **Mayfield Village, OH 44143** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cuyahoga** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  **tourwithdiscovery.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 2 of 1944

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes.    Insurance agency _____
            Contact name    _____
            Phone           _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☑ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

████  **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  7, 2018**
              MM / DD / YYYY

**X** **/s/ Alfred A Cipolletti**                                   **Alfred A Cipolletti**
      Signature of authorized representative of debtor              Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Julie E. Rabin**                                   Date   **May  7, 2018**
      Signature of attorney for debtor                              MM / DD / YYYY

**Julie E. Rabin (0006592)Ohio**
Printed name

**Rabin & Rabin Co. LPA**
Firm name

**55 Public Square**
**Suite 1750**
**Cleveland, OH 44113**
Number, Street, City, State & ZIP Code

Contact phone   **216-771-8084**      Email address   **jrabin@rabinandrabin.com**

**(0006592)Ohio OH**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Discovery Tours Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 7, 2018**    X **/s/ Alfred A Cipolletti**
                                    Signature of individual signing on behalf of debtor

                                    **Alfred A Cipolletti**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Discovery Tours Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*............................................................................   $     **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.........................................................................   $     **1,374,871.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...........................................................................   $     **1,374,871.00**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $     **2,724,746.95**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$     **1,207,584.65**

4.   **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b     $     **3,932,331.60**

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 6 of 1944

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2.   **Cash on hand** | | | **$5,912.00** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citizens** | checking | 6085 | $0.00 |
| 3.2. | **PayPal Reserve** | other | | $0.00 |
| 3.3. | **PNC** | checking | 9582 | $0.00 |
| 3.4. | **Key Bank 7311 (account was overdrawn and closed by bank but now has positive balance)** | checking | | $7,500.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**     **$13,412.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

   7.1.  **Security Deposit - leased premises**                                                    $2,228.00

   7.2.  **Prepaid Tour Expenses**                                                                $27,550.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                               | $29,778.00 |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:          16,614.00       -              0.00    = ....        $16,614.00
                                   face amount                doubtful or uncollectible accounts

      11a. 90 days old or less:                0.00       -              0.00    = ....          Unknown
                                   face amount                doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                               | $16,614.00 |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer equipment | $85,948.00 | | Unknown |
| Office furniture, equipment & supplies | $31,528.00 | | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

| $0.00 |
|-------|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| 61. | Internet domain names and websites | | | |
|-----|-----|-----|-----|-----|
| | **Web Site** | $0.00 | | Unknown |

| 62. | Licenses, franchises, and royalties | | | |
|-----|-----|-----|-----|-----|
| 63. | Customer lists, mailing lists, or other compilations | | | |
| | **customer list (schools)** | $0.00 | | Unknown |

| 64. | Other intangibles, or intellectual property |
|-----|-----|
| 65. | Goodwill |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |  |
|---|---|
| | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| | | | |
|---|---|---|---|
| **Net operating loss carryforward** | Tax year | 2017 | $1,315,067.00 |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **possible cause of action against Hyatt Regency Dulles** | Unknown |
|---|---|

| | |
|---|---|
| **Nature of claim** | **breach of contract** |
| **Amount requested** | $0.00 |

75. Other contingent and unliquidated claims or causes of action of

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 10 of 1944

**every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**                                                           $1,315,067.00

         Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
         ■ No
         □ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$13,412.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$29,778.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$16,614.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$1,315,067.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,374,871.00** | + 91b.   **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$1,374,871.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor name **Discovery Tours Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
   amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address | **$385.00** | **$385.00** |

| | |
| --- | --- |
| **Raja Abbennagari**<br>**3098 Willowbrook Drive**<br>**Reminderville, OH 44202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.2** | Priority creditor's name and mailing address | **$460.00** | **$460.00** |

| | |
| --- | --- |
| **Cassandra Abbott**<br>**14429 Hillside Dr**<br>**North Royalton, OH 44133** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 14 of 1944

| 2.3 | Priority creditor's name and mailing address<br>**Mary Abbott**<br>**6190 Seminole Trail**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$455.00** | **$455.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Lynnette Abbuhl**<br>**5344 Pisces ST SW**<br>**Canton, OH 44706** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00** | **$490.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**Lisa Abdelmalak**<br>**12169 Springview Dr.**<br>**Burton, OH 44021** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$340.00** | **$340.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**LaShonda Abdussatar**<br>**45 Bellmore Street**<br>**Painesville, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$520.00** | **$520.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 15 of 1944

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|-----|---|---|---|---|

**Demesew Abebe**
**2706 Hartfield Lane**
**Mason, OH 45040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|-----|---|---|---|---|

**Linda Abel**
**63 main Po box 611**
**Addyston, OH 45001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|-----|---|---|---|---|

**LaToya Abercrombie**
**1383 Silverdale Circle**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $745.00 | $745.00 |
|------|---|---|---|---|

**Melissa Abhyankar**
**213 White Pines Dr**
**Bellefontaine, OH 43311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 16 of 1944

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Daniel Abood**<br>**1544 carriage hill dr**<br>**Hudson, OH 44236** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Carolyn Abrams**<br>**10400 Andover Dr**<br>**Twinsburg, OH 44087-3328** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|
| | **Eric Absten**<br>**5080 west lake shore drive**<br>**Port clinton, OH 43452** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|
| | **Hazar AbuTaleb**<br>**27050 Cedar RD Apt 611**<br>**Beachwood, OH 44122** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 17 of 1944

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |

**Cheryl Acapulco**
**8968 Emerald Hill Dr**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |

**Jill Acitelli**
**980 Tradewinds Cove**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |

**Jill Acitelli**
**980 Tradewinds Cove**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |

**GADDIEL ACKAH**
**58 PROVIDENCE DR**
**FAIRFIELD, OH 45014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Denise Ackerman**
**2992 Chamberlin Blvd.**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Ellen Ackerman**
**7360 Valerie Lane**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Sara Ackerman**
**400 Sylvia Dr**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Dwayne Ackley**
**4892 Arbomont Rd**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Caryn Acuff**
**6075 Sidley Road**
**Thompson, OH 44086**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Tony Adamic**
**11610 woodiebrook rd**
**chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Bret Adams**
**200 glen rd**
**moreland hills, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Cheree Adams**
**6980 Som Center Road**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 20 of 1944

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|------|----------------------------------------------|----------------------------------------------|---------|---------|

**Donna Adams**
**6609 Madeira Hills Dr**
**Cincinnati, OH 45243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|------|----------------------------------------------|----------------------------------------------|---------|---------|

**ELLIS ADAMS**
**8676 Hadden Rd**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 | $230.00 |
|------|----------------------------------------------|----------------------------------------------|---------|---------|

**Greg Adams**
**531 Centerfield Dr**
**Maumee, OH 43537**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $882.80 | $882.80 |
|------|----------------------------------------------|----------------------------------------------|---------|---------|

**Gwennan Adams**
**1187 Royal Oak Drive**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Jennifer Adams**
**1692 Riverwood Tr**
**Kings Mills, OH 45034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Lawrence Adams**
**3908 Everett Dr 45140**
**Loveland, OH 45140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Lori Adams**
**6059 Johnson St**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Sherry Adams**
**153 Mount Nebo Rd**
**Cleves, OH 45002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 22 of 1944

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $185.00 | $185.00 |
|---|---|---|---|---|

**Stacey Adams**
**90 Shawondassee**
**Timberlake, OH 44095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $205.00 | $205.00 |
|---|---|---|---|---|

**Thomas Adams**
**7945 Wildwood Dr**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $460.00 | $460.00 |
|---|---|---|---|---|

**Lisa Adcock**
**5228 Edgerton Rd.**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $385.00 | $385.00 |
|---|---|---|---|---|

**Katherine Adick**
**9372 Sarah Court**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 23 of 1944

| | | | | |
|---|---|---|---|---|

**2.39** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$440.00** | **$440.00**

**Paula Adkins**
**714 Jackson Drive**
**Port Clinton, OH 43452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.40** | Priority creditor's name and mailing address | **$505.00** | **$505.00**

**Amy Adler**
**7308 Winchester Drive**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.41** | Priority creditor's name and mailing address | **$140.00** | **$140.00**

**Christina Adler**
**5395 Towbridge Dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.42** | Priority creditor's name and mailing address | **$495.00** | **$495.00**

**Jill Adler**
**4135 Oak Tree Court**
**Loveland, OH 45140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 24 of 1944

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $505.00 | $505.00 |
| --- | --- | --- | --- | --- |
| | **Patricia Adornetto**<br>**5467 Brainard Rd**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $635.00 | $635.00 |
| --- | --- | --- | --- | --- |
| | **Elizabeth Adu-Gyamfi**<br>**6192 Spring Lake Drive**<br>**Hamilton, OH 45011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $505.00 | $505.00 |
| --- | --- | --- | --- | --- |
| | **Mukesh Agarwal**<br>**38745 flanders dr None**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |
| | **Laetitia Agnew**<br>**6141 Iroquois Trl**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $870.00 | $870.00 |
|---|---|---|---|---|

**Beth Agourrame**
**2634 bold venture dr**
**Lewis center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $325.00 | $325.00 |
|---|---|---|---|---|

**Hilda Aguirre**
**639 Academy Dr**
**Galloway, OH 43119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $325.00 | $325.00 |
|---|---|---|---|---|

**Erin Ahrens**
**6056 Rothchester Dr**
**Galloway, OH 43119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $455.00 | $455.00 |
|---|---|---|---|---|

**Kimberly Aikey**
**6393 Meadowbrook Dr**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Elise Aitken**
**312 Karen Dr. none**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | | $465.00 | $465.00 |
|---|---|---|---|---|

**Shannon Ake**
**135 W Summit St**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | | $505.00 | $505.00 |
|---|---|---|---|---|

**Maggie Akerley**
**6225 Richmond Rd.**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | | $460.00 | $460.00 |
|---|---|---|---|---|

**Jennifer Akers**
**13974 Oak Brook Drive**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Shawn Akers**
**312 South Park Street**
**Bellefontaine, OH 43311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Tania Alamir**
**5461 Banbury Drive**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Amy Alan**
**6613 North Palmerston dr**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Carrie Albrecht**
**7590 Bendleton Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
| --- | --- | --- | --- | --- |

**Kevin Albrecht**
**1323 Sharonbrook**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
| --- | --- | --- | --- | --- |

**Michael Albrecht**
**1574 Christine Drive**
**Fairfield, OH 45014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |

**Jeanette Albright**
**13834 Oak Brook Drive**
**North Royatlon, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
| --- | --- | --- | --- | --- |

**Beth Albu**
**104 Hawthorne Dr**
**Painesville, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.63 | Priority creditor's name and mailing address<br>**Maria Alers**<br>**5012 Lake View Dr**<br>**Peninsula, OH 44264** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $140.00 | $140.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address<br>**Jamie Alesci**<br>**6431 Meadowbrook Dr.**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $455.00 | $455.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address<br>**Kiersten Alexander**<br>**12895 Walden Oaks Dr**<br>**Chardon, OH 44024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $490.00 | $490.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address<br>**Megan Alexander**<br>**643 S. Kensington Rd.**<br>**Rocky River, OH 44116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $470.00 | $470.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 30 of 1944

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.00 | $390.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Shasta Alexander**
**1048 heritage court**
**Bellefontaine, OH 43311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Tisha Alexander**
**6666 Feder Rd**
**Galloway, OH 43119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Amber Algeri**
**4732 Edgerton Road**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Jennifer Alheit**
**134 Bellfield Ave**
**Elyria, OH 44035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |

**Sajid Ali**
**2334 Walborn Dr**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
| --- | --- | --- | --- | --- |

**Alicia Allen**
**9039 rich woods ct**
**Loveland, OH 45140**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
| --- | --- | --- | --- | --- |

**Bronwyn Allen**
**3456 Berrywood Ct**
**Hamilton, OH 45011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |

**Cathi Allen**
**5530 Houchard Rd**
**Dublin, OH 43016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|------|---|---|---|---|

**Chris Allen**
**1749 Westport Drive**
**Kings Mills, OH 45054**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|------|---|---|---|---|

**Christina Allen**
**15000 Bates Creek Drive**
**Chardon, OH 44024**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|------|---|---|---|---|

**Cynthia Allen**
**1817 E Haymarket Way**
**Hudson, OH 44236**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|------|---|---|---|---|

**Gwen Allen**
**6330 Dodge Rd SW**
**Canton, OH 44706**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Gwen Allen**
**6330 Dodge Rd SW**
**Canton, OH 44706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|---|---|---|---|---|

**Linda Allen**
**265 s mary ellen**
**south lebanon, OH 45065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Lora Allen**
**3163 Roesch Blvd. #5**
**Fairfield, OH 45014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Ruthann Allen**
**4009 walker drive**
**Cleves, OH 45002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 34 of 1944

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Lisa Allender**
**2833 Pleasant Colony Dr**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Sean Allio**
**8699 Oak Creek Dr**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Lisa Allison**
**62 stratford road**
**hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Shana Allison**
**2050 Shenandoah Drive**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 35 of 1944

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Shana Allison**
**2050 Shenandoah Drive**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Ginger Allmon**
**1000 garfield ave. lot 91**
**bellefontaine, OH 43311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Aneta Almajali**
**13626 oak brook dr**
**North royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Katia Almanzar**
**12982 CHILLICOTHE RD**
**CHESTERLAND, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 36 of 1944

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Julie Almeida**
**2755 Silver Maple Ct**
**Troy, OH 45373-4565**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Julie Almeida**
**2755 Silver Maple Ct**
**Troy, OH 45373-4565**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Rhoda Alnazer**
**12823 Kingston way**
**North royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Zainab Alobosi**
**3065 hemlock edge drive**
**hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.95 | Priority creditor's name and mailing address<br>**Christine Alt**<br>**1208 Anderson**<br>**Maumee, OH 43537** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $230.00 | $230.00 |
|------|--------|--------|--------|--------|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.96 | Priority creditor's name and mailing address<br>**Sandra Alter**<br>**5359 Rentschler Estates Dr.**<br>**Hamilton, OH 45011** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $635.00 | $635.00 |
|------|--------|--------|--------|--------|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.97 | Priority creditor's name and mailing address<br>**Lisa Althouse**<br>**8077 Thornhurst Drive**<br>**North Royalton, OH 44133** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $460.00 | $460.00 |
|------|--------|--------|--------|--------|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.98 | Priority creditor's name and mailing address<br>**Samuel Altimore**<br>**716 Western Ave SW**<br>**Canton, OH 44710** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $490.00 | $490.00 |
|------|--------|--------|--------|--------|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 38 of 1944

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |
| | **Kelli Alting**<br>**5896 Collier Hill Drive**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $870.00 | $870.00 |
| --- | --- | --- | --- | --- |
| | **David Altman**<br>**341 Meadow Ash Dr.**<br>**Lewis Center, OH 43035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |
| | **Melissa Altman**<br>**114 Sugarbush glen**<br>**Chardon, OH 44024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $505.00 | $505.00 |
| --- | --- | --- | --- | --- |
| | **Ketaki Alurkar**<br>**32778 S Roundhead Dr**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 39 of 1944

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|---|---|---|---|---|

**Martha Alvarado**
**4114 kenridge rd**
**Columbus, OH 43220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|---|---|---|---|---|

**Mohyeddin Alyounes**
**5243 Lexi Lane South**
**Dublin, OH 43016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Breydi Amador**
**4665 Brixshire Dr**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Cheryl Amans**
**12425 Harold Dr.**
**Chesterland, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
| --- | --- | --- | --- | --- |

**Anne Amata**
**516 Woodland Ct**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
| --- | --- | --- | --- | --- |

**Kathleen Amato**
**10565 Alyssa Court**
**Concord Twp, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
| --- | --- | --- | --- | --- |

**Lori Ambriola**
**2650 Meadoway Drive**
**Beachwood, OH 44122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
| --- | --- | --- | --- | --- |

**Lillian Ammons**
**111 Chardon Ave.**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Jason Amos**
**2722 Twp Rd. 236**
**Van Buren, OH 45889**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Hemlata Anand**
**304 Olentangy Meadows**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Molly Anders**
**4118 State Rd.**
**Vermilion, OH 44089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Amie Anderson**
**4514 River Cv**
**Kings Mills, OH 45034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 42 of 1944

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| --- | --- | --- | --- | --- |

**Errin Anderson**
**7978 Orange Station Loop**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
| --- | --- | --- | --- | --- |

**Laura Anderson**
**23600 East Groveland Road**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
| --- | --- | --- | --- | --- |

**Monica Anderson**
**330 e 3rd st**
**port Clinton, OH 43452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
| --- | --- | --- | --- | --- |

**Sandra Anderson**
**1780 Westwood Drive**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Stephanie Anderson**
**3111 Buckwalter Dr SW**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Karen Andrachik**
**5691 Abbyshire Dr**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Jean Andre**
**7431 Juler Ave**
**Cincinnati, OH 45243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Lena Andrea**
**950 tollis pkwy apt 514**
**Broadview Heights, OH 44147**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|-------|-----|-----|-----|-----|
| | **Greg Andrews**<br>**2778 Southside Dr**<br>**Troy, OH 45373** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|-------|-----|-----|-----|-----|
| | **Greg Andrews**<br>**2778 Southside Dr**<br>**Troy, OH 45373** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|-------|-----|-----|-----|-----|
| | **Heidi Andrews**<br>**6778 Melridge Drive**<br>**Concord Twp, OH 44077** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|-------|-----|-----|-----|-----|
| | **Karen Andrews**<br>**12841 Tradewinds Dr**<br>**North Royalton, OH 44133** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 45 of 1944

| 2.127 | Priority creditor's name and mailing address<br>**Lita Andrews**<br>**4767 Marigold Rd**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $455.00 | $455.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.128 | Priority creditor's name and mailing address<br>**Colleen Angel**<br>**100 anglers dr**<br>**south russell, OH 44022** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $465.00 | $465.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.129 | Priority creditor's name and mailing address<br>**Daniela Angel**<br>**412 N Main St**<br>**Bellefontaine, OH 43311** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $675.00 | $675.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.130 | Priority creditor's name and mailing address<br>**Heide Antequisa**<br>**3317 Blossom Trail**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $385.00 | $385.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|-------|---|---|---|---|
| | **Rachael Anthony** | *Check all that apply.* | | |
| | **7712 frailey rd** | ☐ Contingent | | |
| | **Vermilion, OH 44089** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|-------|---|---|---|---|
| | **ELIZABETH APPIAH** | *Check all that apply.* | | |
| | **9097 misty dawn drive Columbus** | ☐ Contingent | | |
| | **Ohio** | ☐ Unliquidated | | |
| | **Columbus, OH 43240** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|-------|---|---|---|---|
| | **William Appleton** | *Check all that apply.* | | |
| | **395 Cummings Road** | ☐ Contingent | | |
| | **Vermilion, OH 44089** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|-------|---|---|---|---|
| | **Eugenia Aranovsky** | *Check all that apply.* | | |
| | **115 Oberlin Rd** | ☐ Contingent | | |
| | **Oberlin, OH 44074** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.00 | $700.00 |
|---|---|---|---|---|

**Jennifer Archambeau**
**1610 Eastfield Dr**
**Maumee, OH 43537**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Joan Archer**
**5705 Young Rd**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Joan Archer**
**5705 Young Rd**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Tonya Arellano**
**2900 Bailey St NW**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 48 of 1944

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Jennifer Arenschield**
**6495 Solon Blvd**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Luda Arkhipov**
**10311 Foxwood Drive**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|---|---|---|---|---|

**Ernest Arkorful**
**5369 Valley lane East**
**Columbus, OH 43231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Elizabeth Armstrong-Stamey**
**7870 Surreywood Drive**
**North Bend, OH 45052**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Shawn Arnett**
**5090 Breckenhurst Drive**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|

**Jen Arnone**
**561 Beechwood Lane**
**Painesville, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $505.00 | $505.00 |
|---|---|---|---|---|

**Rachel Arnopolin**
**33281 Popham Ln**
**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.00 | $870.00 |
|---|---|---|---|---|

**Alfred Arockiasamy**
**7743 Royal Park Dr**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 50 of 1944

| | | |
|---|---|---|
| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Heather Arredondo** | _Check all that apply._ |
| | **6450 Dawson Rd** | ☐ Contingent |
| | **Cincinnati, OH 45243** | ☐ Unliquidated |
| | | ☐ Disputed |

$780.00  $780.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Jennifer Arth** | _Check all that apply._ |
| | **35599 Aurora Rd** | ☐ Contingent |
| | **Solon, OH 44139** | ☐ Unliquidated |
| | | ☐ Disputed |

$505.00  $505.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Stacey Artino** | _Check all that apply._ |
| | **7570 Hunting Lake** | ☐ Contingent |
| | **Concord, OH 44077** | ☐ Unliquidated |
| | | ☐ Disputed |

$185.00  $185.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Stacey Artino** | _Check all that apply._ |
| | **7570 Hunting Lake** | ☐ Contingent |
| | **Concord, OH 44077** | ☐ Unliquidated |
| | | ☐ Disputed |

$205.00  $205.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

Is the claim subject to offset?
■ No
☐ Yes

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Sherri Artis**
**4859 Driffield Ct**
**Columbus, OH 43221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Danielle Aruri**
**4138 Oak Tree Court**
**Loveland, OH 45140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Daniel Asante**
**8680 Olenbrook Dr**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Sarah Asbury**
**6880 Waterpepper Circle**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 52 of 1944

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Patricia Ashburn**
**75 Country Lane**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Kathleen Ashton**
**109 Bentwood drive**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Leah Ashton**
**332 east 6th**
**Port Clinton, OH 43452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**David Ashurst**
**168 Atterbury Blvd**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.159** Priority creditor's name and mailing address

**Candice Askwith**
**4360 SHIRE COVE ROAD**
**HILLIARD, OH 43026**

As of the petition filing date, the claim is: **$325.00** **$325.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.160** Priority creditor's name and mailing address

**Jason Aspinall**
**2414 Sandalwood Dr**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is: **$385.00** **$385.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.161** Priority creditor's name and mailing address

**Heidi Asplin**
**1116 Sheerbrook Drive**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is: **$465.00** **$465.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.162** Priority creditor's name and mailing address

**Nancy Astacio**
**7554 Marsh Creek Lane**
**Maineville, OH 45039**

As of the petition filing date, the claim is: **$165.00** **$165.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 54 of 1944

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Veronika Astapenko**
**8736 Hedgerow Ln**
**Maineville, OH 45039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**KATHRYN ASTON**
**8003 CARRIAGE CIR APT B**
**MENTOR, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Antoinette Atchley**
**12435 Fowlers Mill Rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Jacki Atienza**
**3872 Nautilus Trail**
**Reminderville, OH 44202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.167 | Priority creditor's name and mailing address<br>**Suzanne Atkinson**<br>**7834 Bridgetown Road**<br>**North Bend, OH 45052** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$750.00** | **$750.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.168 | Priority creditor's name and mailing address<br>**Maher Atwah**<br>**37860 Flanders Drive**<br>**Solon, OH 44139** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$505.00** | **$505.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.169 | Priority creditor's name and mailing address<br>**Valeri Audino**<br>**6625 Crossbow Ct.**<br>**North Royalton, OH 44133** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$460.00** | **$460.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.170 | Priority creditor's name and mailing address<br>**Sharon Audretch**<br>**7276 Rita Lane**<br>**Cincinnati, OH 45243** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$780.00** | **$780.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 56 of 1944

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230.00 | $230.00 |
|---|---|---|---|---|
| | **Tisha Augustyniak**<br>**226 West Wayne Street**<br>**Maumee, OH 43537** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $440.00 | $440.00 |
|---|---|---|---|---|
| | **Ronald Aukerman**<br>**1003 Taft St**<br>**Port Clinron, OH 43452** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.00 | $470.00 |
|---|---|---|---|---|
| | **Mary Aulisio**<br>**19970 Roslyn Dr**<br>**Rocky River, OH 44116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Melanie Ault**<br>**3153 Cassey St.**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 57 of 1944

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Wendi Austerman**
**2995 calusa dr**
**hamitlon, OH 45011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**May Austin**
**338 13th Street**
**Elyria, OH 44035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Nicole Auvil**
**750 Kaspar St**
**Port Clinton, OH 43452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Ana A Avalos**
**1105 Lost Creek Drive**
**Bellefontaine, OH 43311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Lisa Aveni**
**7235 Sowul Drive**
**Concord, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Priority creditor's name and mailing address

**Lauren Avery**
**170 GREY FOX RUN**
**Chagrin Falls, OH 44022-3397**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$465.00    $465.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Priority creditor's name and mailing address

**Jamie Avis**
**521 east 2nd street**
**Port clinton, OH 43453**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$440.00    $440.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Priority creditor's name and mailing address

**Ann Aycock**
**2337 Reeves Ave**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$870.00    $870.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
| --- | --- | --- | --- | --- |

**Mike Aziz**
**7386 ceadercreast trl**
**Chesterland, OH 44026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
| --- | --- | --- | --- | --- |

**Corrado Azzarita**
**6230 Kenwood Road**
**Cincinnati, OH 45243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |

**Darlene Baad**
**1942 University commons drive SE**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
| --- | --- | --- | --- | --- |

**Lynn Babcock**
**6901 Shawnee Run Road**
**Cincinnati, OH 45243-2519**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Lynn Babcock**
**6901 Shawnee Run Road**
**Cincinnati, OH 45243-2519**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**DERIKA BABICS**
**3327 CROWNPOINT N.W.**
**MASSILLON, OH 44646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Carrie Babitsky**
**2060 Jesse Drive**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Katie Bach**
**9883 E Idlewood Dr**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$455.00** | **$455.00** |
|-------|--|--|--|--|
| | **Daniel Bachnicki**<br>**6330 Dawson Blvd.**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$870.00** | **$870.00** |
|-------|--|--|--|--|
| | **Lisa Bacon**<br>**7919 Manorgate Street**<br>**Lewis Center, OH 43035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$490.00** | **$490.00** |
|-------|--|--|--|--|
| | **Amy Badertscher**<br>**3111 Wattova Dr NW**<br>**Massillon, OH 44646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$385.00** | **$385.00** |
|-------|--|--|--|--|
| | **Quiana Badley**<br>**8804 ray court #1**<br>**Twinsburg, OH 44087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 62 of 1944

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Eunny Bae**
**251 Boston Mills Rd**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | | $495.00 | $495.00 |
|---|---|---|---|---|

**Sarah Baggott**
**115 Maple Ave**
**Chardon, OH 44024-9681**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | | $635.00 | $635.00 |
|---|---|---|---|---|

**Amanda Bahe**
**3271 Greenwich Dr**
**Fairfield, OH 45014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | | $325.00 | $325.00 |
|---|---|---|---|---|

**Jodie Bailey**
**5967 Winslow Ct.**
**Dublin, OH 43016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Kelly Bailey**
**2943 steffan woods drive**
**twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Laura Bailey**
**6162 Seminole Trl**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Tara Bailey**
**2818 RED TAIL LN**
**MASON, OH 45040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Stephanie Baily**
**8027 Roberts Road**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $695.00 | $695.00 |
|---|---|---|---|---|

**Melissa Bair**
**700 Marburn Dr**
**Columbus, OH 43214**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Jane Baird**
**3268 Darbyshire Dr.**
**Hilliard, OH 43026**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $209.60 | $209.60 |
|---|---|---|---|---|

**John Baird**
**12646 Lovers Lane**
**Spencer, OH 44275**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $385.00 | $385.00 |
|---|---|---|---|---|

**Rene Bajarias**
**2226 Sherwin Drive**
**Twinsburg, OH 44087**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 65 of 1944

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|-------|---|---|---|---|

**Angel Baker**
**804 Ridgeview Drive**
**Bellefontaine, OH 43311**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|-------|---|---|---|---|

**David Baker**
**214 North Hambden Street**
**Chardon, OH 44024**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|-------|---|---|---|---|

**Evelyn Baker**
**410 ontario st**
**Huron, OH 44839**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|-------|---|---|---|---|

**Heather Baker**
**2725 Broken Woods Drive**
**Troy, OH 45373**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 66 of 1944

| | | |
|---|---|---|
| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Julie Baker**
**12075 summerwood dr**
**Concord, OH 44077**

As of the petition filing date, the claim is: $520.00   $520.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Liana Baker**
**6741 Duneden Ave**
**Solon, OH 44139**

As of the petition filing date, the claim is: $505.00   $505.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Mendy Baker**
**2553 Charoe Street**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is: $870.00   $870.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Michele Baker**
**7155 south Meadow drive**
**Concord, OH 44077**

As of the petition filing date, the claim is: $520.00   $520.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 67 of 1944

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $465.00 | $465.00 |
| --- | --- | --- | --- | --- |
| | **Patricia Baker**<br>**49 East Summit Street**<br>**Chagrin Falls, OH 44022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $470.00 | $470.00 |
| --- | --- | --- | --- | --- |
| | **Roshana Baker**<br>**21921 River Oaks**<br>**Rocky River, OH 44116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $870.00 | $870.00 |
| --- | --- | --- | --- | --- |
| | **Taryn Baker**<br>**769 Parkgrove Way**<br>**Lewis Center, OH 43035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.00 | $520.00 |
| --- | --- | --- | --- | --- |
| | **Stacey Bakos**<br>**305 Hilliard Road**<br>**Elyria, OH 44035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 68 of 1944

| 2.219 | Priority creditor's name and mailing address **Arun Balakrishnan** **5705 Eden Bridge Drive** **Dublin, OH 43016** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $325.00 | $325.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.220 | Priority creditor's name and mailing address **Jennifer Ball** **781 Georgetown Ave.** **Elyria, OH 44035** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $520.00 | $520.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.221 | Priority creditor's name and mailing address **Mary Balla** **22389 Bartlett dr** **Rocky river, OH 44116** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $470.00 | $470.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.222 | Priority creditor's name and mailing address **Michael Ballard** **4465 Blue Jay Way** **Mason, OH 45040** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $495.00 | $495.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 69 of 1944

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $445.00 | $445.00 |
|---|---|---|---|---|

**Misty Ballard**
**8377 Island Lane**
**Maineville, OH 45039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Sarah Ballard**
**313 Wilson Mills Rd**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Tina Ballash**
**438 North Street 5B**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Leslie Baltimore**
**7701 Morris Rd**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 70 of 1944

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Meghan Bando**
**1541 Bell Road**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Kaustab Banerjee**
**10266 Belmeadow Drive**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Denise Bangasser**
**11435 Saddlewood Ln**
**Concord Twp, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

**Denise Bangasser**
**11435 Saddlewood Ln**
**Concord Twp, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Matthew Bangerter**
**8 Meadowlawn Drive #18**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Sharon Banko**
**5970 Brewster Drive**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Kelly Banks**
**4477 Swenson St**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Janet Bannerman**
**457 Bell Street**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 72 of 1944

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Erica Banta**
**4164 Maystar Way**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Leslie Banweg**
**7533 Whitemarsh Way**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Reka Barabas**
**81 Clairhaven Dr.**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Heather Barajas-Anguiano**
**10326 Auburn Rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |

**Terry Barbera**
**5938 Perry Hills Drive**
**Canton, OH 44706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| --- | --- | --- | --- | --- |

**Regina Barger**
**261 Fox Ridge Circle**
**Powell, OH 43065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
| --- | --- | --- | --- | --- |

**Ginni Baris**
**3426 Old green 201**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
| --- | --- | --- | --- | --- |

**Ginni Baris**
**3426 Old green 201**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 74 of 1944

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Cate Barker**
**2210 Weir Drive**
**Hudson, OH 44236**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |

**Eva Barker**
**10690 Locust Grove Dr.**
**Chardon, OH 44024**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Michelle Barkoot**
**222 South Settlers Lane**
**Painesville, OH 44077**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Crystal Barnes**
**6991 Woodthrush Ave**
**Painesville, OH 44077-2309**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|---|---|---|---|---|

**Carolyn Barnett**
**7805 Strawberry Hill Ln**
**Maineville, OH 45039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Kristi Barnett**
**8510 Ethan Ct**
**Fairfield, OH 45014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Lori Barnett**
**1517 Beekman Dr**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Adrian Barnhart**
**1211 Westwood Dr.**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 76 of 1944

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Ron Barnicoat**
**1022 Carson Street**
**Painesville Twp, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Debby Barone**
**2433 Maxwell Avenue**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Jennifer Baroni**
**9470 Whalers Cove**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Anna Barrett**
**5560 Kingsbury Road**
**Fairfield, OH 45014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 77 of 1944

| 2.255 | Priority creditor's name and mailing address<br>**Kim Barrett**<br>**5938 Groff Court**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00** | **$325.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.256 | Priority creditor's name and mailing address<br>**Tanya Barrett**<br>**1430 Fireside Trail**<br>**Broadview Heights, OH 44147** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$460.00** | **$460.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.257 | Priority creditor's name and mailing address<br>**Tonia Barry**<br>**2708 Blue Heron Drive**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140.00** | **$140.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.258 | Priority creditor's name and mailing address<br>**Tara Bartholomew**<br>**9001 Marchbank ln**<br>**Lewis Center, OH 43035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$870.00** | **$870.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |

**Michael Bartle**
**1003 Cliff Creek Drive**
**Columbus, OH 43228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |

**Dawn Bartlebaugh**
**78 Berger Ct.**
**oberlin, OH 44074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**Jennifer Bartlebaugh**
**1241 Beechview Dr.**
**Vermilion, OH 44089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |

**Christopher Bartlett**
**13083 Stratford Trail**
**Chesterland, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 79 of 1944

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Elizabeth Bartlett**
**6156 Althea Dr**
**Concord Twp, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Kelly Bartlett**
**68 Nantucket Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**CHRISTY BARTON**
**917 MONASTERY ST**
**CINCINNATI, OH 45202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Nicole Barton**
**2030 Westgate Drive**
**Findlay, OH 45840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |

**2.267** Priority creditor's name and mailing address
**Michele Barton-Verdi**
**6111 Brownstone Court**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00  $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.268** Priority creditor's name and mailing address
**Sheryl Barylak**
**4832 Lake View Drive**
**Peninsula, OH 44264**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$410.00  $410.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.269** Priority creditor's name and mailing address
**Jack Basford**
**148 Coen rd**
**vermilion, OH 44089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$460.00  $460.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.270** Priority creditor's name and mailing address
**Amy Bashforth**
**5446 Hessler Cir**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$325.00  $325.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

18-12734-jps   Doc 1   FILED 05/07/18   ENTERED 05/07/18 13:30:30   Page 81 of 1944

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|---|---|---|---|---|

**Erica Basich**
**1772 Rhoda Ave**
**Columbus, OH 43212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Maged Baskhron**
**13151 morning star drive**
**north royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Pamela Bast**
**6833 Cincinnat Dr SW**
**Massillon, OH 44646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Deanna Bateman**
**6036 E Valley View Ct**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$495.00** | **$495.00** |

**Jenny Bates**
**12875 Vista Pointe Dr.**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$325.00** | **$325.00** |

**Mark Battistelli**
**830 Master Dr**
**Galloway, OH 43119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$520.00** | **$520.00** |

**Christina Bauer**
**10454 Ravenwood Lane**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$340.00** | **$340.00** |

**Nancy Bauer**
**11262 chillicothe rd**
**chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

18-12734-jps   Doc 1   FILED 05/07/18   ENTERED 05/07/18 13:30:30   Page 83 of 1944

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
|-------|---|---|---|---|
| | **Roger Bauer**<br>**3357 Fishinger road**<br>**Columbus, OH 43221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.00 | $140.00 |
|-------|---|---|---|---|
| | **David Baughman**<br>**2400 Danbury Lane**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $695.00 | $695.00 |
|-------|---|---|---|---|
| | **Kendra Baumann**<br>**5880 Sedgwick Road**<br>**Columbus, OH 43235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $635.00 | $635.00 |
|-------|---|---|---|---|
| | **Melinda Baumann**<br>**1797 Gloucester Dr.**<br>**Fairfield, OH 45014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 84 of 1944

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Donna Baumiller**
**1342 Gill Court**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Dawn Baur**
**4185 River road**
**Fairfield, OH 45014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Jamie Baur**
**8064 Hackney Court Apt D**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Natalie Baxter**
**1649 River Shore Ct**
**Kings Mills, OH 45034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 85 of 1944

| 2.287 | Priority creditor's name and mailing address<br>**Angie Bayer**<br>**8135 Jordan Club Court**<br>**Cleves, OH 45002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$750.00** | **$750.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.288 | Priority creditor's name and mailing address<br>**Jackie Bayes**<br>**1201 Muirfield Dr**<br>**Findlay, OH 45840** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$580.00** | **$580.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.289 | Priority creditor's name and mailing address<br>**Callie Baylor**<br>**839 Virginia Dr**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140.00** | **$140.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.290 | Priority creditor's name and mailing address<br>**Lori Baylor**<br>**2098 Jonathan Court**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140.00** | **$140.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 86 of 1944

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Jill Bazzone**
**624 Falls Rd**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Audrey Beacom**
**232 Hideaway Ct**
**Powell, OH 43065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Mollie Beam**
**1751 Branton Court**
**Broadview Heights, OH 44147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Michelle Beard**
**1789 Haymarket Way**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 87 of 1944

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Patricia Beard**
**13043 Livery Lane**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Nancy Beasley**
**750 Graylock Ct**
**Galloway, OH 43119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Amy Beaver**
**1730 Pinecone Ct**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Elena Beber**
**7481 Marsh Creek Ln**
**Maneville, OH 45039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.00 | $470.00 |
|---|---|---|---|---|

**Anthony Bebie**
**3975 Mark Ave.**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.300 | Priority creditor's name and mailing address | | $165.00 | $165.00 |
|---|---|---|---|---|

**Lauren Bebout**
**3104 Stony Hollow Ct**
**Loveland, OH 45140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.301 | Priority creditor's name and mailing address | | $440.00 | $440.00 |
|---|---|---|---|---|

**Mark Bechtel**
**5561 Bertram Dr.**
**Port Clinton, OH 42452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.302 | Priority creditor's name and mailing address | | $870.00 | $870.00 |
|---|---|---|---|---|

**Molly Beck**
**2203 Bold Venture Drive**
**Lewis Center, OH 43045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Eileen Becker**
**8088 Fernway Court**
**Concord, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**James Becker**
**211 Basquin Dr**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Jennifer Becker**
**7988 Bellflower rd**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Alice Beckett**
**13711 Oak Brook Dr Apt 208**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps     Doc 1     FILED 05/07/18     ENTERED 05/07/18 13:30:30     Page 90 of 1944

| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Theresa Beckett**
**119 Huntington Circle**
**Elyria, OH 44035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**LISA BEDNARSKI**
**32751 BALDWIN RD**
**SOLON, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Lisa Bedrick**
**8188 Timberlane**
**Concord, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

**Lisa Bedrick**
**8188 Timberlane**
**Concord, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**2.311** Priority creditor's name and mailing address

**Susan Beebe**
**5315 Wilshire Park Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$140.00    $140.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.312** Priority creditor's name and mailing address

**Colleen Beegle**
**2217 Middleton Road**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$410.00    $410.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.313** Priority creditor's name and mailing address

**Jodi Beekman**
**9030 Tabernash Dr**
**Columbus, OH 43240**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$870.00    $870.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.314** Priority creditor's name and mailing address

**Sherry Beetler**
**64 North Park Street**
**Oberlin, OH 44074**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$500.00    $500.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Samantha Begley**
**7532 Red Coat Dr**
**Hamilton, OH 45011**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.40 | $101.40 |
|---|---|---|---|---|

**Christine Begovic**
**6070 Nature View Court**
**Concord Township, OH 44077**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

**Christine Begovic**
**6070 Nature View Court**
**Concord Township, OH 44077**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Moriom Begum**
**7208 Selworthey lane**
**Solon, OH 44139**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 93 of 1944

| | | |
|---|---|---|
| 2.319 | Priority creditor's name and mailing address **David Behre** **2108 Hayer Court** **Lewis Center, OH 43035** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $870.00 | $870.00 |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.320 | Priority creditor's name and mailing address **Jeffrey Belcher** **33210 Arlesford Dr** **Solon, OH 44139** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $505.00 | $505.00 |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.321 | Priority creditor's name and mailing address **Jean Belfiore** **24925 Hilltop Dr.** **Beachwoow, OH 44122** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $435.00 | $435.00 |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.322 | Priority creditor's name and mailing address **Aimee Bell** **5635 Nicholson Drive** **Hudson, OH 44236** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $410.00 | $410.00 |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**April Bell**
**240 Morgan Dr**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.324 | Priority creditor's name and mailing address | | $780.00 | $780.00 |
|---|---|---|---|---|

**Elizabeth Bell**
**7825 Greenbriar Lane**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.325 | Priority creditor's name and mailing address | | $165.00 | $165.00 |
|---|---|---|---|---|

**Gordon Bell**
**3200 Shadow Ridge Dr**
**Loveland, OH 45140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.326 | Priority creditor's name and mailing address | | $635.00 | $635.00 |
|---|---|---|---|---|

**Portia Bell**
**2721 Nadir Ct.**
**Hamilton, OH 45011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 95 of 1944

| 2.327 | Priority creditor's name and mailing address<br>**Cynthia Beltran**<br>**467 Inverness Ct**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $140.00 | $140.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.328 | Priority creditor's name and mailing address<br>**Loren Bendall**<br>**5401 Liberty Road**<br>**Chagrin Falls, OH 44022** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $465.00 | $465.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.329 | Priority creditor's name and mailing address<br>**Ashley Bender**<br>**133 Roosevelt St**<br>**Elyria, OH 44035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $520.00 | $520.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.330 | Priority creditor's name and mailing address<br>**Brian Bender**<br>**8280 Jordan ridge dr**<br>**Cleves, OH 45002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $750.00 | $750.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Tina Bender**<br>**15098 Rock Creek Rd**<br>**Chardon, OH 44024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Amy Benefiel**<br>**11801 Nottingham Pkwy**<br>**North Royalton, OH 44133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Patricia Benevento**<br>**971 Howard Dr**<br>**Vermilion, OH 44089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $520.00 | $520.00 |
|---|---|---|---|---|
| | **Melinda Benford**<br>**892 Oakwood Blvd**<br>**Painesville, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|-------|---|---|---|---|

**Jill Benintendi**
**7034 Dawson Road**
**Cincinnati, OH 45243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|-------|---|---|---|---|

**Nancy Benitez**
**4977 Avery Rd #39**
**Dublin, OH 43016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|-------|---|---|---|---|

**Marijana Benjamin**
**113 Middle Post Pointe**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|-------|---|---|---|---|

**Amy Benkert**
**7314 Bridgetown rd**
**Cincinnati, OH 45248**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Lorrie Bennett**
**1375 Sterling Dr**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Rebecca Bennett**
**9970 Rosewood Drive**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Tracy Bennett**
**13518 painesville Warren rd**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Michael Bennici**
**5733 Williamsburg circle**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Jennifer Benore**
**1679 East Sapphire Dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Jennifer Benore**
**1679 East Sapphire Dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Don Benson**
**7815 Salem Dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Lindsay Benz**
**65 Church Street**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
| | **Sasikumar Benzigar** | *Check all that apply.* | | |
| | **9927 Darrow Park Drive Apt #209N** | ☐ Contingent | | |
| | **Twinsburg, OH 44087** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
| | **Sandy Beorn** | *Check all that apply.* | | |
| | **9892 Old State Road** | ☐ Contingent | | |
| | **Chardon, OH 44024** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
| | **Denise Berdis** | *Check all that apply.* | | |
| | **8550 Sharp Ln** | ☐ Contingent | | |
| | **Chesterland, OH 44026** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| | **JENNIFER BEREND** | *Check all that apply.* | | |
| | **2252 MAXWELL AVE.** | ☐ Contingent | | |
| | **LEWIS CENTER, OH 43035** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 101 of 1944

| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Oxana Berezkina**
**9246 Windy Creek Dr.**
**Columbus, OH 43240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Aaron Berg**
**20563 Beachwood Drive**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Jamie BERG**
**4009 Riley st**
**South lebanon, OH 45065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Ellen Bergman**
**24375 Woodside Lane**
**Beachwood, OH 44122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 102 of 1944

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$470.00** | **$470.00** |
|---|---|---|---|---|

**Aimee Bergquist**
**21358 Endsley Avenue**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.356 | Priority creditor's name and mailing address | | **$410.00** | **$410.00** |
|---|---|---|---|---|

**BOB BERICHON**
**1695 GOSHEN DR**
**HUDSON, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.357 | Priority creditor's name and mailing address | | **$410.00** | **$410.00** |
|---|---|---|---|---|

**BOB BERICHON**
**1695 GOSHEN DR**
**HUDSON, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.358 | Priority creditor's name and mailing address | | **$410.00** | **$410.00** |
|---|---|---|---|---|

**Kristie Berish**
**19 N Oviatt St**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $645.00 | $645.00 |
|-------|---------|---------|---------|---------|
| | **KaWa Berman**<br>**827 Claycross Ct**<br>**Galloway, OH 43119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $410.00 | $410.00 |
|-------|---------|---------|---------|---------|
| | **Leonid Berman**<br>**2654 Blue Heron Drive**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $505.00 | $505.00 |
|-------|---------|---------|---------|---------|
| | **Michael Berman**<br>**6765 Forest Glen Ave**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
|-------|---------|---------|---------|---------|
| | **Melanie Bernava**<br>**893 Candy Ln**<br>**Galloway, OH 43119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 104 of 1944

| 2.363 | Priority creditor's name and mailing address **Paola Bernazzani** **80 West Washington** **Chagrin Falls, OH 44022** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $465.00 | $465.00 |
|-------|---|---|---|---|
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.364 | Priority creditor's name and mailing address **Jodi Bernhard** **28697 North Village Lane** **Solon, OH 44139** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $505.00 | $505.00 |
|-------|---|---|---|---|
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.365 | Priority creditor's name and mailing address **Dianne BERNS** **36985 PETTIBONE RD** **SOLON, OH 44139** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $505.00 | $505.00 |
|-------|---|---|---|---|
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.366 | Priority creditor's name and mailing address **Tracy Bernstein** **24119 Woodway Road** **Beachwood, OH 44122** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $435.00 | $435.00 |
|-------|---|---|---|---|
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Lindsey Berrigan**<br>**3447 Bryant St**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Danita Berry**<br>**1975 Augusta Circle SE**<br>**Massillon, OH 44646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Kate Berry**<br>**949 Master Drive**<br>**Galloway, OH 43119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $810.00 | $810.00 |
|---|---|---|---|---|
| | **John Bertke**<br>**1114 mystic ln S**<br>**Troy, OH 45373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Discovery Tours Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|
| | **John Bertke**<br>**1114 mystic ln S**<br>**Troy, OH 45373** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Stacey Bertleff**<br>**9716 Burton drive**<br>**Twinsburg, OH 44087** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|
| | **Carol Bertone**<br>**668 Second St. #4**<br>**Fairport Harbor, OH 44077** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|
| | **Carol Bertone**<br>**668 Second St. #4**<br>**Fairport Harbor, OH 44077** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Gennine Berwald**
**6068 West Valleyview Ct.**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Michelle Besett**
**12077 Riley Court**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Amy Beskid**
**7976 Deborah Ct**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Janell Bess**
**5115 13th Street SW**
**Canton, OH 44710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 108 of 1944

| | | | |
|---|---|---|---|
| Debtor | **Discovery Tours Inc.** | Case number (if known) | |
| | Name | | |

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|
| | **Becky Besselman**<br>**1226 Foxfire Drive**<br>**Painesville Township, OH 44077** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Amy Best**<br>**1832 Cadbury St. NW**<br>**Massillon, OH 44646** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Gary Best**<br>**14847 Glen Valley Dr**<br>**Middlefield, OH 44062** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Kimberly Bethel**<br>**1751 Glenwood Dr.**<br>**Twinsburg, OH 44087** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 109 of 1944

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Kelly Betlejewski
12754 Gardenside Dr
North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Ramesh Bettaiah
37795 Flanders Drive
Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Jerry Betts
44 Township Road 229
North Baltimore, OH 45872**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Sara Beucler
50 S Hayden Pkwy
Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Yogish Bevinahallyshivabasappa**
**5989 Varwyne Dr**
**Dublin, OH 43016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Yogish Bevinahallyshivabasappa**
**5989 Varwyne Dr**
**Dublin, OH 43016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Yogish Bevinahallyshivabasappa**
**5989 Varwyne Dr**
**Dublin, OH 43016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Mandeep Bhargava**
**37138 Tidewater Dr**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Simran Bhullar**
**9919 darrow prk dr.apt.211P**
**twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**MaryAnn Bibro**
**7370 Creekwood Dr**
**North Royalton, OH 44130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Kim Bican**
**14620 Chatham Glen Drive**
**Novelty, OH 44072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Michelle Bice**
**729 Hubbard Rd**
**Galloway, OH 43119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Adrienne Bickerstaff**
**6830 som center rd**
**solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |

**Shannon Biehl**
**2640 Fairfield Ridge Dr**
**Hamilton, OH 45011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

**Beth Bigham**
**2284 Herrick Cr.**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |

**Ina Biliunas**
**7614 Palmerston Dr.**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
| --- | --- | --- | --- | --- |

**Ina Biliunas**
**7614 Palmerston Dr.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |

**Sabrina Billman**
**2430 Brooklyn Ave SW**
**Canton, OH 44706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
| --- | --- | --- | --- | --- |

**LaToya Binford**
**5584 Cherrywood Road**
**COLUMBUS, OH 43229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| --- | --- | --- | --- | --- |

**Elizabeth Binns**
**7349 Wellfleet Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Michelle Biondi**
**5770 birdie lane**
**mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Jeffrey Birdwell**
**300 Portland Dr.**
**Vermilion, OH 44089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Kim Bischof**
**7435 Harding St**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Brian Bishop**
**2357 Hudson Aurora Rd**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |

**Erika Bishop**
**2009 Nicklaus Drive**
**Findlay, OH 45840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |

**Erika Bishop**
**2009 Nicklaus Drive**
**Findlay, OH 45840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Tim Bittner**
**10223 Danvers Dr**
**Concord Twp, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Erin Bivens**
**110 Quartz Ave**
**Peninsula, OH 44264**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Courtney Bixby**
**12 Steepleview Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 | $230.00 |
|---|---|---|---|---|

**Jennifer Bixler**
**515 East Dudley**
**Maumee, OH 43537**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Heather Bizub**
**2141 Hiram Lane**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Nina Bjerkreim-Hanssen**
**24610 Duffield Rd.**
**BEACHWOOD, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Jamie Black**
**11851 Whitestone Court**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Suzy Black**
**102 Pepperbush Dr**
**Bellefontaine, OH 43311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Ericka Blackburn**
**7449 Trotwood Drive**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Cinthia Blackman**
**7581 Fern Dr.**
**Mentor on the Lake, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 118 of 1944

| 2.419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Carolyn Blackmon**
**6001 Conneaut Light Dr.**
**Vermilion, OH 44089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Tracey Blackwelder**
**6751 Rosecrest Ave**
**Cincinnati, OH 45243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Belinda Blackwell**
**9791 Firelands Drive**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Belinda Blackwell**
**9791 Firelands Drive**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|---|---|---|---|---|
| | **Pam Blaich**<br>**5120 Riverview Dr**<br>**South Lebanon, OH 45065** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|
| | **Cleva Blair**<br>**450 Kristina Dr Apt 11D**<br>**Bellefontaine, OH 43311** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|
| | **Kevin Blair**<br>**47 Cleveland St.**<br>**Chagrin Falls, OH 44022** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|
| | **Tracey Blair**<br>**2678 Arroyo Ridge Court**<br>**Hamilton, OH 45011** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|

**Christina Blankenship**
**732 University Ave**
**Elyria, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Catherina Blann**
**1768 Messner Dr**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $490.00 | $490.00 |
|---|---|---|---|---|

**Darci Blaskis**
**12550 Bass Lake Road**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |
|---|---|---|---|---|

**Nikki Blasko**
**8237 Albion Road**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

☑ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 121 of 1944

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Jamie Blatnik**
**13133 Hampton Club Drive 103**
**North Royalton, OH 44133**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Michelle Blaugrund**
**31851 N. Roundhead Dr**
**Solon, OH 44139**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Jason Blevens**
**117 Lindale Dr.**
**Fairfield, OH 45014**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Caryn Blevins**
**6823 esther ln**
**Cincinnati, OH 45243**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Greg Bleyl**
**10022 Bissell Dr.**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Gina Blickenderfer**
**219 Marion Ave**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Regina Block**
**720 S Clay St**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Christine Blogna**
**2225 Eastwood Ave**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |

**Hazel Bloomfield**
**5088 Riverbend Dr**
**Kings Mills, OH 45034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Christina Blow**
**34616 South Side Park Drive**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |

**Thomas Blue**
**20520 Detroit Rd**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |

**Darlene Blum**
**269 Miles Rd**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Alan Blumenthal**
**2397 Allen Blvd**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Nicole Bluso**
**6254 Paderborne Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Cassandra Blyler**
**1456 Timber Trail**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Marianne Blystone**
**8050 Harbor Creek Dr Unit 2302**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Samantha Boardwine**
**16011 Sperry Rd.**
**Vermilion, OH 44089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Kelly Bobeczko**
**8010 Butler Hill Drive**
**Concord Twp, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Jennifer Bock**
**2411 Candlemakers Lane**
**Maineville, OH 45039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Carrie Bode**
**423 Creekborough Court**
**South Lebanon, OH 45065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 126 of 1944

| 2.451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.00 | $495.00 |
|---|---|---|---|---|

**Megan Bodley**
**2828 RED TAIL LN**
**MASON, OH 45040**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.452 | Priority creditor's name and mailing address | | $460.00 | $460.00 |
|---|---|---|---|---|

**Bernadette Bodzenta**
**3091 Stoney Creek Drive**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.453 | Priority creditor's name and mailing address | | $810.00 | $810.00 |
|---|---|---|---|---|

**Samantha Boehringer**
**1210 S Mulberry St**
**Troy, OH 45373**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.454 | Priority creditor's name and mailing address | | $165.00 | $165.00 |
|---|---|---|---|---|

**Michelle Boerger**
**1177 Aintree Ct**
**Maineville, OH 45039**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Ramona Boggins**
**22449 Lake Rd. F403**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Sharon Bohland**
**11007 Drake Road**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Stephen Bohm**
**396 Karen Drive**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Cheryl Bohr**
**10985 Stonewycke dr**
**Concord, OH 44077**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
| --- | --- | --- | --- | --- |

**Cheryl Bohr**
**10985 Stonewycke dr**
**Concord, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |

**Samantha Bojc**
**7512 Dahlia Dr**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
| --- | --- | --- | --- | --- |

**Kristen Boka**
**116 Fernwood Rd**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |

**Kristen Bolam**
**240 Albany Dr NW**
**Canton, OH 44708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | Discovery Tours Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Kathy Boldt**
**1531Newton Pass**
**Broadview Hts, OH 44147**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.464 | Priority creditor's name and mailing address | | $810.00 | $810.00 |
|---|---|---|---|---|

**Jessica Boling**
**1004 S Market St**
**Troy, OH 45373**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.465 | Priority creditor's name and mailing address | | $460.00 | $460.00 |
|---|---|---|---|---|

**Melissa Bolte**
**4756 Idleview Dr.**
**Vermilion, OH 44089**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.466 | Priority creditor's name and mailing address | | $455.00 | $455.00 |
|---|---|---|---|---|

**Michelle BOLTON**
**8766 Arrowood Dr**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
| --- | --- | --- | --- | --- |

**Kasey Bonifacio**
**1730 S County Rd 25a**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
| --- | --- | --- | --- | --- |

**Jack Bonnette**
**6595 Ebury Cir**
**hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
| --- | --- | --- | --- | --- |

**Stephanie Bonnizzio**
**1503 Waynesboro Drive**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
| --- | --- | --- | --- | --- |

**Alicia Booker**
**6235 Arbor Glen Ct**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Cynthia Booker**
**10350**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Shelley Bookheimer**
**130 Edgefield Drive**
**Cleves, OH 45002**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**DYLAN BOOKMAN**
**21235 LAKE RD**
**ROCKY RIVER, OH 44116**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Robyn Bookman**
**5822 Hopkins Rd**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|-------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Jeanne Boral**
**531 Manorbrook Drive**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|-------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Nancy Bordo**
**5728 Parkside Crossing**
**Dublin, OH 43016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|-------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Elizabeth Borkosky**
**1033 Twp Rd 142**
**Van Buren, OH 45889**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|-------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Christine Borlaug**
**1328 Birchview dr**
**Vermilion, OH 44089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Nikki Bornhorst**
**5569 Reebok Drive**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Jean Boron**
**10211 Regatta Trail**
**Reminderville, OH 44202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Shannon Borris**
**675 Outrigger Cove**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Sherry Bortnick**
**9371 Jordan Drive**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $870.00 | $870.00 |
|-------|---------------------------------------------|----------------------------------------------------|---------|---------|

**Becki Bosson**
**2046 Maxwell Ave**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $455.00 | $455.00 |
|-------|---------------------------------------------|----------------------------------------------------|---------|---------|

**Brad Bostelman**
**5671 Birdie Ln.**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $520.00 | $520.00 |
|-------|---------------------------------------------|----------------------------------------------------|---------|---------|

**Susan Boswell**
**7615 Brakeman rd**
**Painesville, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $695.00 | $695.00 |
|-------|---------------------------------------------|----------------------------------------------------|---------|---------|

**Lori Botkins**
**1078 merrimar circle n A**
**Columbus, OH 43220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 135 of 1944

| 2.487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**Natalie Bottomley**
**1460 Fireside Trail**
**Broadview Heights, OH 44147**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Renelle Bouffard**
**8280 Cambden Crossing Way**
**Concord Township, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |

**Kimberly Boumis**
**1187 Craig Court**
**Maineville, OH 45039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Jackie Bourgeix**
**202 Ohio st**
**Elyria, OH 44035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |

Priority creditor's name and mailing address
**Frances Bourne**
**103 Locust Lane**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

Priority creditor's name and mailing address
**Nichole Bourquin**
**999 Prescot Ave**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |

Priority creditor's name and mailing address
**Coshell Boustani**
**9457 Pam Court**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |

Priority creditor's name and mailing address
**Kimberly Bova**
**10038 Primrose Circle**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $505.00 | $505.00 |
|---|---|---|---|---|

**Theresa Bowen**
**27655 Pergl Rd.**
**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $470.00 | $470.00 |
|---|---|---|---|---|

**Charles Bowers**
**3870 East Surrey Court**
**Rocky River, OH 44116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $810.00 | $810.00 |
|---|---|---|---|---|

**Lindsay Bowers**
**1016 Nutmeg Sq S**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $410.00 | $410.00 |
|---|---|---|---|---|

**Mary Bowersock**
**44 S Hayden Pkwy**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $435.00 | $435.00 |
|---|---|---|---|---|
| | **Lilian Bowing**<br>**3597 Beacon Drive**<br>**Beachwood, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $750.00 | $750.00 |
|---|---|---|---|---|
| | **Andrea Bowling**<br>**7715 jandaracres dr Apt c**<br>**Cincinnati, OH 45248** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Jillian Bowman**<br>**2471 Charles Mill Drive**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $635.00 | $635.00 |
|---|---|---|---|---|
| | **Shannon Bowman**<br>**6383 Sara Court**<br>**Hamilton, OH 45011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 139 of 1944

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Brenda Bowser**
**102 North Street**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Leslie Bowser**
**1685 GROTON DR**
**HUDSON, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Gregory Box**
**7392 Burntwood Way**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Casey Boyd-Swan**
**2224 Jesse Drive**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Discovery Tours Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.507** | Priority creditor's name and mailing address
**Christine Boyko**
**3406 magnolia way**
**BroadviewHeights, OH 44147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$460.00 | $460.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.508** | Priority creditor's name and mailing address
**Cindy Boyle**
**8030 Sweetgum Trail**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$185.00 | $185.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.509** | Priority creditor's name and mailing address
**Cindy Boyle**
**8030 Sweetgum Trail**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$205.00 | $205.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.510** | Priority creditor's name and mailing address
**Jason Bozarth**
**3384 Ridge Gap Rd**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$325.00 | $325.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 2.511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |

**Cheryl Bracken**
**6283 Hopkins Rd**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |

**Heather Bracken**
**2485 wilmington ave se**
**massillon, OH 44646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |

**Bethany Bradford**
**225 Genoa rd apt 8**
**Massillon, OH 44646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |

**Donna Bradley**
**6014 Hampton Corners North**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Discovery Tours Inc. | Case number (if known) | |
|--------|---------------------|------------------------|---|
| | Name | | |

| 2.515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $695.00 | $695.00 |
|-------|----------------------------------------------|-------------------------------|---------|---------|
| | **Juwonna Bradley**<br>**1220 Midway Avenue**<br>**Columbus, OH 43207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 | $495.00 |
|-------|----------------------------------------------|-------------------------------|---------|---------|
| | **Renee Bradley**<br>**12135 Quartermane Circle**<br>**Chardon, OH 44024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|-------|----------------------------------------------|-------------------------------|---------|---------|
| | **Charles Bradshaw**<br>**6250 Bryson Dr**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|-------|----------------------------------------------|-------------------------------|---------|---------|
| | **Amanda Brady**<br>**7607 Manor Drive**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|
| | **Carol Brafford**<br>**909 Oakwood Blvd.**<br>**Painesville, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $505.00 | $505.00 |
|---|---|---|---|---|
| | **Kaleelah Branche**<br>**6615 Solon Blvd.**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Tammy Brand**<br>**3032 Cabot Way**<br>**Twinsburg, OH 44087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|
| | **Lea Brandt**<br>**40 4th street**<br>**MADISON, OH 44057** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.00 | $470.00 |
|-------|--|--|--|--|
|  | **Todd Brandt**<br>**19440 Riverwood Ave.**<br>**Rocky River, OH 44116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|  | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.00 | $460.00 |
|-------|--|--|--|--|
|  | **Danielle Brass**<br>**1115 Arrowhead Drive**<br>**Vermilion, OH 44089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|  | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.00 | $460.00 |
|-------|--|--|--|--|
|  | **Michael Brass**<br>**1115 Arrowhead dr**<br>**vermilion, OH 44089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|  | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.00 | $870.00 |
|-------|--|--|--|--|
|  | **Mandy Braun**<br>**714 Erin St**<br>**Lewis Center, OH 04305** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|  | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 145 of 1944

| 2.527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Suzanne Braun**<br>**7379 Sharonlee Dr.**<br>**Mentor, OH 44060** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Nikki Brauning**<br>**3943 Parkside Court**<br>**Hilliard, OH 43026** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Jenny Braunstein**<br>**18 Highmeadows Circle**<br>**Powell, OH 43065** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Silvia Bravo**<br>**2504 Country Ridge Dr**<br>**Hilliard, OH 43026** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$520.00** | **$520.00** |
|---|---|---|---|---|

**Danielle Breach**
**12954 Carter Rd**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$495.00** | **$495.00** |
|---|---|---|---|---|

**Patricia Breedlove**
**14252 Rock Creek Rd P.O. Box 475**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$780.00** | **$780.00** |
|---|---|---|---|---|

**Karen Breit**
**7176 Juniperview Lane**
**Madeira, OH 45243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$490.00** | **$490.00** |
|---|---|---|---|---|

**Renee Breit**
**5881 Benjamin St SW**
**Canton, OH 44706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**Jamie Bremer**
**5940 Heritage Farms Dr**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |

**Hazel Brendler**
**3077 descent ct**
**hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |

**Stephanie Breneman**
**947 Ascot Dr**
**Maineville, OH 45039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Danielle Brennan**
**7692 Keystone Drive**
**Concord Twp, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.539 | Priority creditor's name and mailing address<br>**Christine Brenner**<br>**1107 Jackson Drive**<br>**Port Clinton, OH 43452** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$440.00** | **$440.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.540 | Priority creditor's name and mailing address<br>**Dana Bresser**<br>**4054 Durango Green Dr**<br>**Cleves, OH 45002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$750.00** | **$750.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.541 | Priority creditor's name and mailing address<br>**Jason Brewer**<br>**6912 Fox Hill Ln**<br>**Cincinnati, OH 45236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$780.00** | **$780.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.542 | Priority creditor's name and mailing address<br>**Jason Brewer**<br>**970 Jackson st.**<br>**Vermilion, OH 44089** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$460.00** | **$460.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Megan Brewer**
**2016 Wren Haven Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Sarah Brewer**
**3715 Hamilton Mason Rd**
**Hamilton, OH 45011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**APRIL BREWSTER**
**12090 S Wintergreen Dr**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Shannon Brewster**
**521 Shaftsbury Rd**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 | $185.00 |
|---|---|---|---|---|

**Nicole Brey**
**6289 GLENWOOD DR**
**MENTOR, OH 44060-2455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.00 | $205.00 |
|---|---|---|---|---|

**Nicole Brey**
**6289 GLENWOOD DR**
**MENTOR, OH 44060-2455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.00 | $495.00 |
|---|---|---|---|---|

**Barb Breznay**
**10999 Bridle Trl.**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 | $520.00 |
|---|---|---|---|---|

**Ivonne Brickell**
**10446 Buckeye Rd**
**Painesville, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$325.00** | **$325.00** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Pamela Brickey**
**1246 Warble Dr**
**Columbus, OH 43204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$490.00** | **$490.00** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Tina Brickman**
**209 fox pointe dr**
**chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$695.00** | **$695.00** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Dionne Bridges**
**4777 Ascot Dr**
**Columbus, OH 43229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$460.00** | **$460.00** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**DeAnn Brierley**
**9594 Vista Drive**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Marty Briggs**
**5126 Ridgeglen Cir NW**
**Canton, OH 44708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Olga Briggs**
**5330 Dellbrook Drive**
**Fairfield, OH 45014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Cary Bright**
**7403 Southwood Dr**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Maria Bright**
**6497 Lafayette Dr**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 153 of 1944

| 2.559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Scott Brihn**
**14130 Florence Lane**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Charles Brill**
**10675 Butternut Road**
**Chesterland, OH 44026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**David Brill**
**6065 Homewell Street**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|---|---|---|---|---|

**Yevette Brinegar**
**3686 Lebanon Road**
**South Lebanon, OH 45065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Kimberly Brinson**
**3469 south green rd apt 10b**
**Beachwood, OH 44122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Amy Britnell**
**10030 Stone Hollow Rd.**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Jennifer Brletic**
**579A Woodside Avenue**
**Vermilion, OH 44089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Amy Broadwater**
**314 Bucknell Court**
**Broadview Heights, OH 44147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|
| | **Robert Brockman** | Check all that apply. | | |
| | **5399 Sherry Lane** | ☐ Contingent | | |
| | **Fairfield, OH 45014** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Tammy Brodbeck** | Check all that apply. | | |
| | **5794 Bradford Way** | ☐ Contingent | | |
| | **hudson, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|
| | **Tammy Brodbeck** | Check all that apply. | | |
| | **5794 Bradford Way** | ☐ Contingent | | |
| | **Hudson, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Amy Brodsky** | Check all that apply. | | |
| | **10000 Windjammer Trail** | ☐ Contingent | | |
| | **Reminderville, OH 44202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 156 of 1944

| | | | |
|---|---|---|---|
| 2.571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 $325.00 |

**2.571** Priority creditor's name and mailing address
**Hope Brogan**
**6315 Meaghan dr.**
**Dublin, OH 43016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$325.00        $325.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.572** Priority creditor's name and mailing address
**Elena Brokhman**
**28870 Blue Pond Trail**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$505.00        $505.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.573** Priority creditor's name and mailing address
**Janell Brookes**
**127 Miles Ave NW**
**Canton, OH 44708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$490.00        $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.574** Priority creditor's name and mailing address
**Millissa Brosch**
**11870 Stonegate Drive**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$490.00        $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $465.00 | $465.00 |
| --- | --- | --- | --- | --- |
| | **Caroline Brosnan**<br>**555 Solon Rd.**<br>**Chagrin Falls, OH 44022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $750.00 | $750.00 |
| --- | --- | --- | --- | --- |
| | **Sarah Bross**<br>**213 Newpine Drive**<br>**Cleves, OH 45002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $580.00 | $580.00 |
| --- | --- | --- | --- | --- |
| | **Jaclyn Brossia**<br>**7726 Hickory Ln**<br>**Findlay, OH 45840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $645.00 | $645.00 |
| --- | --- | --- | --- | --- |
| | **Susan Brothers**<br>**6991 Hayden Run Rd**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Kristy Brough**
**416 Washington St**
**Port Clinton, OH 43452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Tracy Browder**
**5928 Emerald Lake Dr.**
**Fairfield, OH 45014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Amy Brown**
**2132 East Sand road**
**Port Clinton, OH 43452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Anthony Brown**
**23511 Chagrin Blvd 510**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.583 | Priority creditor's name and mailing address<br>**Bradley Brown**<br>**1184 Catawba Bay Dr**<br>**Port Clinton, OH 43452** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $440.00 | $440.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.584 | Priority creditor's name and mailing address<br>**Christie Brown**<br>**9855 Breckenridge Dr.**<br>**Chardon, OH 44024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $490.00 | $490.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.585 | Priority creditor's name and mailing address<br>**Daniel Brown**<br>**430 S. Walnut St.**<br>**Troy, OH 45373** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $810.00 | $810.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.586 | Priority creditor's name and mailing address<br>**Dave Brown**<br>**12307 Carroll Dr**<br>**Chardon, OH 44024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $490.00 | $490.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 160 of 1944

| 2.587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**David Brown**
**4782 Circle Drive**
**Fairfield, OH 45014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.588 | Priority creditor's name and mailing address | | $505.00 | $505.00 |
|---|---|---|---|---|

**Jackie Brown**
**6577 Solon blvd**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.589 | Priority creditor's name and mailing address | | $90.00 | $90.00 |
|---|---|---|---|---|

**Jacque Brown**
**115 Bard Dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.590 | Priority creditor's name and mailing address | | $410.00 | $410.00 |
|---|---|---|---|---|

**Jacque Brown**
**115 Bard Dr**
**Hudson, OH 44236-3921**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 161 of 1944

| 2.591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Kara Brown**
**13450 walking stick lane**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Kathleen Brown**
**3665 Glenbar Dr**
**Fairview Park, OH 44126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Kevin Brown**
**217 Claridon Road**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Kimlicia Brown**
**9977 Darrow Park Drive  212A**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |

**Marcia Brown**
**7116 Hearthwood Drive**
**Hamilton, OH 45011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Patrick Brown**
**829 Bayberry Dr NW**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Patti Brown**
**12025 Clark Rd**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |

**Roynette Brown**
**3711 Mack Road H5**
**Fairfield, OH 45014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | |
|---|---|
| 2.599 | Priority creditor's name and mailing address |

**Ryan Brown**
**1835 Bishop Ln**
**Findlay, OH 45840**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$580.00**     **$580.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| | |
|---|---|
| 2.600 | Priority creditor's name and mailing address |

**Sandy Brown**
**3478 Arbor Hill Lane**
**Maineville, OH 45039**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$165.00**     **$165.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| | |
|---|---|
| 2.601 | Priority creditor's name and mailing address |

**Sara Brown**
**412 pepper tree lane**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$520.00**     **$520.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| | |
|---|---|
| 2.602 | Priority creditor's name and mailing address |

**Steven Brown**
**2317 Leo ave sw**
**Canton, OH 44706**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$490.00**     **$490.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $520.00 | $520.00 |
|---|---|---|---|---|

**Tracy Brown**
**251 Ohio st.**
**Elyria, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $460.00 | $460.00 |
|---|---|---|---|---|

**Doug Brubaker**
**14778 Thornton Dr.**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $325.00 | $325.00 |
|---|---|---|---|---|

**Yayoi Brubeck**
**3694 Kilkenny Dr.**
**Columbus, OH 43221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $455.00 | $455.00 |
|---|---|---|---|---|

**Kristy Brueggeman**
**6585 ivana ct**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|
| | **Mindy Brueggemann** | Check all that apply. | | |
| | **309 Reamer Place** | ☐ Contingent | | |
| | **Oberlin, OH 44074** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|
| | **Patricia Bruemmer** | Check all that apply. | | |
| | **6208 Caribou Ct** | ☐ Contingent | | |
| | **Cincinnati, OH 45243-2906** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|
| | **Heather Brumfield** | Check all that apply. | | |
| | **4697 crystal lake dr** | ☐ Contingent | | |
| | **hilliard, OH 43026** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|
| | **Michael Bruner** | Check all that apply. | | |
| | **2862 Lakeview Ave** | ☐ Contingent | | |
| | **Rocky River, OH 44116** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Jessica Brunn**
**8557 Akins Road**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Rhonda Brunney**
**3411 Column Dr**
**Columbus, OH 43221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Melissa Bruns**
**3037 walnut grove dr**
**Loveland, OH 45140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Ashley Bryant**
**1406 Red Maple Drive**
**Painesville, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $385.00 | $385.00 |
| --- | --- | --- | --- | --- |
| | **Bethany Bryant**<br>**10172 Bissell Drive**<br>**Twinsburg, OH 44087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $505.00 | $505.00 |
| --- | --- | --- | --- | --- |
| | **Danielle Bryant**<br>**33860 Country View Lane**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |
| | **Nikia Bryant**<br>**5633 Van Wer Dr**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |
| | **Ross Bryndal**<br>**4680 Marigold Rd**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Meganne Brzygot**
**5753 Piper Glen Drive**
**Maineville, OH 45039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Courtney Buchner**
**10234 Johnnycake Ridge Rd**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Jennifer Buckey**
**8090 Conestoga Trl**
**Mentor, OH 44060-6870**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Craig Buckner**
**4599 Brixshire Dr**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Naomi Buehrle**
**19781 Riverview Ave.**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Patti Buell**
**7361 cedar rd**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Angela Buerger**
**3516 Alfred Ct**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Lisa Buescher**
**419 Bentleyville rd**
**Chagrin falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.627 | Priority creditor's name and mailing address<br>**Emily Buffa**<br>**12745 Kingston Way**<br>**North Royalton, OH 44133** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$460.00**  **$460.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| 2.628 | Priority creditor's name and mailing address<br>**Sheri Buirley**<br>**8121 Jordan Valley Court**<br>**Cleves, OH 45002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$750.00**  **$750.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| 2.629 | Priority creditor's name and mailing address<br>**Jayna Bukvic**<br>**2575 Easthaven dr.**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$410.00**  **$410.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| 2.630 | Priority creditor's name and mailing address<br>**Patty Bumbalough**<br>**5954 state route 292 north**<br>**zanesfield, OH 43360** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$675.00**  **$675.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Alisha Bumgarner**
**10144 Flagstone Dr.**
**Reminderville, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Emily Bundy**
**7514 Forthampton Cir**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Andrea Bunting**
**6652 Springmeadow Drive**
**Hamilton, OH 45011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Mariya Burban**
**6821 iron gate drive**
**north royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|-------|---|---|---|---|
| | **John Burchard**<br>**264 Monticello Dr.**<br>**Chagrin Falls, OH 44022** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|-------|---|---|---|---|
| | **Christopher Burdick**<br>**11932 Greyfriars Circle**<br>**North Royalton, OH 44133-6129** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|-------|---|---|---|---|
| | **Cindy Burdick**<br>**3273 Triplecrown Dr**<br>**North Bend, OH 45052** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|-------|---|---|---|---|
| | **Nicole Burgbacher**<br>**1300 Red Maple Drive**<br>**Troy, OH 45373** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 173 of 1944

| 2.639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

| 2.639 | Priority creditor's name and mailing address<br>**Randy Burge**<br>**107 Creswell Drive**<br>**Van Buren, OH 45889** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $580.00 | $580.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.640** | Priority creditor's name and mailing address<br>**Steve Burger**<br>**3937 Durango Green Dr.**<br>**Cleves, OH 45002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $750.00 | $750.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.641** | Priority creditor's name and mailing address<br>**Andrea Burgess**<br>**1770 WRIGHT AVE**<br>**ROCKY RIVER, OH 44116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $470.00 | $470.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.642** | Priority creditor's name and mailing address<br>**BevAnn Burgess**<br>**216 Belle Ave NW**<br>**Massillon, OH 44646** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $490.00 | $490.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $465.00 | $465.00 |
|---|---|---|---|---|
| | **Kasie Burgess**<br>**178 Sorrelwood Lane**<br>**Chagrin Falls, OH 44022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Marie Burgess**<br>**10362 Merriam Lane**<br>**Twinsburg, OH 44087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $860.10 | $860.10 |
|---|---|---|---|---|
| | **Roland Burghardt**<br>**303 S. Ridge Ave**<br>**Troy, OH 45373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Bob Burke**<br>**5876 Ogilby Drive**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Jennifer Burke**<br>**5745 Argyle Drive**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $505.00 | $505.00 |
|---|---|---|---|---|
| | **Katy Burke**<br>**35780 Brushwood Dr.**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Valerie Burke**<br>**9444 Johnnycake Ridge**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $520.00 | $520.00 |
|---|---|---|---|---|
| | **Jennifer Burkholder**<br>**239 Park Road**<br>**Painesville, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Margaret Burling**
**6009 Heather Lane**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Christine Burlison**
**11539 Woodiebrook rd.**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Janet Burnett**
**429 Hilliard Rd.**
**Elyria, OH 44035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Matt Burnett**
**770 Outrigger Cove**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Denene Burnette
1790 Parker Lane
Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Dawn Burney
7585 Pinecrest Lane
Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Amy Burns
2075 Maxwell Ave
Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Megan Burns
7879 Woodview Ct.
Maineville, OH 45039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $435.00 | $435.00 |
|---|---|---|---|---|
| | **Shelley Burns**<br>**7663 Diagonal Rd**<br>**Kent, OH 44240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $165.00 | $165.00 |
|---|---|---|---|---|
| | **Angelique Burnside**<br>**2684 Columbia Trail**<br>**Loveland, OH 45140** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $165.00 | $165.00 |
|---|---|---|---|---|
| | **Angelique Burnside**<br>**2684 Columbia Trail**<br>**Loveland, OH 45140** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Kathy Burnside**<br>**661 Morris Rd.**<br>**Vermilion, OH 44089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 179 of 1944

| 2.663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $645.00 | $645.00 |
| --- | --- | --- | --- | --- |
| | **Michelle Burr**<br>**4051 Alton Darby Creek Rd**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $520.00 | $520.00 |
| --- | --- | --- | --- | --- |
| | **BRIAN BURTON**<br>**106 FLORAL COURT**<br>**ELYRIA, OH 44035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $520.00 | $520.00 |
| --- | --- | --- | --- | --- |
| | **Karl Busch**<br>**10216 Stonehedge Dr**<br>**Concord Township, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |
| | **Francie Buschur**<br>**6244 George Fox Drive**<br>**Galloway, OH 43119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Allyson Bussey**
**2887 Cheshire Cir SW**
**Canton, OH 44706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |

**Maleeka Bussey**
**2984 Trisch Cir**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |

**Amanda Bustle**
**196 king ave**
**south lebanon, OH 45065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Breanne Buterbaugh**
**2445 Olde Farm Lane**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $410.00 | $410.00 |
|-------|---------------------------------------------|-------------------------------------------------------------------------|---------|---------|
| | **Sharon Butina**<br>**3001 Mayapple Drive**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $445.00 | $445.00 |
|-------|---------------------------------------------|-------------------------------------------------------------------------|---------|---------|
| | **Racheal Butschie**<br>**9818 Hickory Dr**<br>**Loveland, OH 45140** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |
|-------|---------------------------------------------|-------------------------------------------------------------------------|---------|---------|
| | **Alison Buza**<br>**11300 Somersetv Dr. #242D**<br>**North Royalton, OH 44133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.00 | $140.00 |
|-------|---------------------------------------------|-------------------------------------------------------------------------|---------|---------|
| | **Kara Buzzelli**<br>**316 Simon Rd.**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|
| | **Kara Buzzelli**<br>**316 Simon Rd**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $470.00 | $470.00 |
|---|---|---|---|---|
| | **Jim Byall**<br>**21101 Morewood Pkwy**<br>**Rocky River, OH 44116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $810.00 | $810.00 |
|---|---|---|---|---|
| | **Hillary Byrer**<br>**2320 Neff Lane**<br>**Troy, OH 45373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $810.00 | $810.00 |
|---|---|---|---|---|
| | **Hillary Byrer**<br>**2320 Neff Lane**<br>**Troy, OH 45373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $645.00 | $645.00 |
|---|---|---|---|---|
| | **Erin Byrne** **3180 Scioto Estates Court** **Columbus, OH 43221** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $185.00 | $185.00 |
|---|---|---|---|---|
| | **Patricia Byrnes** **6963 Pennywhistle Circle** **Concord Twp, OH 44077** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205.00 | $205.00 |
|---|---|---|---|---|
| | **Patricia Byrnes** **6963 Pennywhistle Circle** **Concord Twp, OH 44077** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|
| | **Junior Cabrera** **1346 Mentor Ave # 514** **Painsville, OH 44077** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 184 of 1944

| 2.683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $870.00 | $870.00 |
|---|---|---|---|---|

**Aizel Cabungcal**
**2145 Omaha Place**
**Lewis Center, OH 43035**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $780.00 | $780.00 |
|---|---|---|---|---|

**Francisco Caceres**
**6110 LAKOTA DR**
**CINCINNATI, OH 45243**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 | $520.00 |
|---|---|---|---|---|

**Dan Cahl**
**164 Nottingham Drive**
**Elyria, OH 44035**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $385.00 | $385.00 |
|---|---|---|---|---|

**Dee Cain**
**3035 Abrams dr**
**Twinsburg, OH 44087**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|
| 2.687 | **Karen Cain** **1220 Orchard Park Dr.** **Rocky River, OH 44116** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|
| 2.688 | **Hanna Cajan** **7427 Woodyard Rd** **Hudson, OH 44236** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|
| 2.689 | **Lindsey Cake** **251 Princeton Ave** **Elyria, OH 44035** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|
| 2.690 | **JIM CALABRESE** **4293 charles ct** **hilliard, OH 43026** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 186 of 1944

| 2.691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Samuel Calabrese**
**302 Fox Way**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Chuck Calder**
**91 W. Belmeadow Ln**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Anabel Calderon**
**201 N Hayes St**
**Bellefontaine, OH 43311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Michelle Calderwood**
**1269 Homeland Drive**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Julia Caldwell**
**250 east state rd.**
**cincinnati, OH 45002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Mollie Caldwell**
**8882 Lakefield ct**
**Galloway, OH 43119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Mike Calhoun**
**14005 Painesville Warren Road**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Teresa Calhoun**
**1925 Buchtel Street**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.699 | Priority creditor's name and mailing address<br>**Amy Call**<br>**5613 Primavera Drive**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$455.00** **$455.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.700 | Priority creditor's name and mailing address<br>**Faith Call**<br>**2921 Delaware circle**<br>**Piqua, OH 45356** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$810.00** **$810.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.701 | Priority creditor's name and mailing address<br>**Michelle Callahan**<br>**9954 Windjammer Trail**<br>**Aurora, OH 44202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$385.00** **$385.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.702 | Priority creditor's name and mailing address<br>**Paula Campanelli**<br>**98 Aurora St**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$410.00** **$410.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 2.703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $490.00 | $490.00 |
|-------|---|---|---|---|
| | **Heidi Campbell**<br>**13117 Kevin ln.**<br>**Chardon, OH 44024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
|-------|---|---|---|---|
| | **Deborah Campbell-sauer**<br>**3537 oarlock ct**<br>**hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.00 | $140.00 |
|-------|---|---|---|---|
| | **Jessica Campi**<br>**2069 Jesse Dr**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $185.00 | $185.00 |
|-------|---|---|---|---|
| | **Dina Campola**<br>**11447 Viceroy Street**<br>**Painesville, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Ruth Campos**<br>**10409 Fox Hollow Circle**<br>**Twinsburg, OH 44087** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|
| | **Becky Camposo**<br>**12111 Arborwood Way**<br>**Chardon, OH 44024** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Jen Canary**<br>**4417 Knickel Dr**<br>**Hilliard, OH 43026** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|
| | **Amy Candella**<br>**560 Riverbend Ct**<br>**Fairfield, OH 45014** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 191 of 1944

| Debtor | Discovery Tours Inc. | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Monica Canestraro** | *Check all that apply.* | | |
| | **6618 Baronscourt Loop** | ☐ Contingent | | |
| | **Dublin, OH 43016** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Jennie Canganelli** | *Check all that apply.* | | |
| | **7425 Jeremy Ave** | ☐ Contingent | | |
| | **Mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|
| | **Melinda Canino** | *Check all that apply.* | | |
| | **3365 Wessex Ct.** | ☐ Contingent | | |
| | **Loveland, OH 45140** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|
| | **Cristina Canseco** | *Check all that apply.* | | |
| | **73 N Pleasant St** | ☐ Contingent | | |
| | **oberlin, OH 44074** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.715 | Priority creditor's name and mailing address<br>**Amy Cantor**<br>**6883 Silkwood Ln**<br>**Solon, OH 44139** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $505.00 $505.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.716 | Priority creditor's name and mailing address<br>**Giovanna Cantor**<br>**37 SUGAR BUSH LN**<br>**Chagrin Falls, OH 44022** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $465.00 $465.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.717 | Priority creditor's name and mailing address<br>**Hope Cantrall**<br>**8558 High Trail Ct**<br>**Mason, OH 45040** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $165.00 $165.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.718 | Priority creditor's name and mailing address<br>**Nicole Cantrell**<br>**501 Manhattan Pkwy**<br>**Painesville, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $520.00 $520.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Jayme Cantu**
**9793 west oak harbor southeast**
**road**
**Oak harbor, OH 43449**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Shannon Capers**
**5977 Paron Place**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Thomas Cappello**
**12049 Clay Street**
**Huntsburg, OH 44046**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Anthony Capuozzo**
**26200 Zeman Avenue**
**Euclid, OH 44132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Patricia Caputo**
**7400 VALERIE LN**
**HUDSON, OH 44236-1824**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Patricia Caputo**
**7400 Valerie Lane**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Miguel Caraballo**
**P.O. Box 602748**
**Cleveland, OH 44102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Phil Carbone**
**451 Birchwood Lane**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|-------|---|---|---|---|

**Phil Carbone**
**451 Birchwood Lane**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|-------|---|---|---|---|

**Jodi Carcamo**
**7965 Gladshire Blvd**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|-------|---|---|---|---|

**Tara Carcioppolo**
**6910 S Camelot Dr**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|-------|---|---|---|---|

**Angela Cardwell**
**8826 Crestwater Dr**
**Galloway, OH 43119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Krista Carl**
**5221 LYNNCREST STREET SW**
**Canton, OH 44706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Krista Carlozzi**
**6480 Liberty Rd**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Ronald Carlson**
**850 Outrigger Cove**
**Painesville, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Ronald Carlson**
**850 Outrigger Cove**
**Painesville, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Ronald Carlson
850 Outrigger Cove
Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Shelly Carlson
9900 Pebble Beach Cove
Aurora, OH 44202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Roberta Carlton
6275 Sharondale Dr
Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**JoEllen Carlucci
1467 GOLDEN LN
BROADVIEW HEIGHTS, OH 44147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $435.00 | $435.00 |
|-------|---|---|---|---|
| | **LaVona Carpenter**<br>**22674 Halburton Road**<br>**Beachwood, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $675.00 | $675.00 |
|-------|---|---|---|---|
| | **Stacey Carpenter**<br>**116 E. Spruce Ave.**<br>**Bellefontaine, OH 43311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $490.00 | $490.00 |
|-------|---|---|---|---|
| | **Peter Carper**<br>**129 Wrexham ave sw C**<br>**Massillon, OH 44646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $580.00 | $580.00 |
|-------|---|---|---|---|
| | **Elaine Carr**<br>**1620 Deer Creek Dr**<br>**Findlay, OH 45840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Elaine Carr**
**1620 Deer Creek Dr**
**Findlay, OH 45840**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.744 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Shari Carr**
**12430 willshire ln**
**chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.745 | Priority creditor's name and mailing address | | $325.00 | $325.00 |
|---|---|---|---|---|

**Erica Carrano**
**3700 Fox Hunt Trail**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.746 | Priority creditor's name and mailing address | | $385.00 | $385.00 |
|---|---|---|---|---|

**Tammy Carrington**
**2203 Pebble creek dr apt 102l**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Christin Carroll**
**10171 Weathersfield Drive**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Elizabeth Carroll**
**433 north Main street**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**LETITIA CARROLL**
**13026 HAMPTON CLUB DRIVE**
**#103**
**NORTH ROYALTON, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Michele Carroll**
**1888 Lakeshore Drive**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Kim Carson**
**8815 Meadow Grass Ln**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.752 | Priority creditor's name and mailing address | | $340.00 | $340.00 |
|---|---|---|---|---|

**Roberta Carson**
**8691 Camelot Dr**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.753 | Priority creditor's name and mailing address | | $495.00 | $495.00 |
|---|---|---|---|---|

**Theresa Carson**
**11120 Clark Rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.754 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Jessica Carter**
**611 Perry Dr NW**
**Canton, OH 44708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Discovery Tours Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $810.00 | $810.00 |
|---|---|---|---|---|
| | **JULIE CARTER**<br>**17 E. Water St.**<br>**Troy, OH 45373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $470.00 | $470.00 |
|---|---|---|---|---|
| | **Scott Carter**<br>**21261 Maplewood Ave**<br>**Rocky River, OH 44116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $750.00 | $750.00 |
|---|---|---|---|---|
| | **Susan Carter**<br>**205 newpine drive**<br>**CLEVES, OH 45002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $675.00 | $675.00 |
|---|---|---|---|---|
| | **Wayne Carter**<br>**725 N Detroit st**<br>**Bellefontaine, OH 43311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.759 | Priority creditor's name and mailing address<br>**Lindsay Caruso**<br>**1161 Bunker Hill Blvd Apt B**<br>**Columbus, OH 43220** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$695.00** | **$695.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.760 | Priority creditor's name and mailing address<br>**Orestes Carvalho**<br>**5016 Lake View Dr**<br>**Peninsula, OH 44264** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$410.00** | **$410.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.761 | Priority creditor's name and mailing address<br>**Becky Carver**<br>**5301 Royalwood Rd Apt 202**<br>**North Royalton, OH 44133** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$460.00** | **$460.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.762 | Priority creditor's name and mailing address<br>**Deena Casagrande**<br>**4572 Wyndtree Drive #161**<br>**West Chester, OH 45069** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$635.00** | **$635.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 204 of 1944

| 2.763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Rachel Casanta**
**1746 River Shore ct**
**Kings Mills, OH 45034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**MARINA CASEY**
**10622 YORK ROAD**
**NORTH ROYALTON, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Jeff Cashell**
**4754 Coltview Ct**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Michelle Cashier**
**7271 Julia Dr**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Alicia Cassady**
**276 Bon air ave**
**Elyria, OH 44035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Jennifer Casselberry**
**4111 Shepler Church Ave SW**
**Canton, OH 44706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Brittney Cassell**
**7680 Dog Trot rd**
**Cincinnati, OH 45248**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Tracy Castelluccio**
**135 Grey Fox Run**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | |
|---|---|
| 2.771 | Priority creditor's name and mailing address |

| 2.771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$340.00** | **$340.00** |
|---|---|---|---|---|

**2.771** Priority creditor's name and mailing address

**Tara Catalano**
**13123 Marilyn Dr**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:                    **$340.00**     **$340.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.772** Priority creditor's name and mailing address

**Kristen Catania**
**41 Ambrose Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:                    **$140.00**     **$140.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.773** Priority creditor's name and mailing address

**Kristen Catania**
**41 Ambrose Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:                    **$410.00**     **$410.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.774** Priority creditor's name and mailing address

**Jenny Catoe**
**100 Ambrose Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:                    **$140.00**     **$140.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Jenny Catoe**<br>**100 Ambrose Drive**<br>**Hudson, OH 44236** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Jennifer Catri**<br>**7605 Berks Way**<br>**Hudson, OH 44236** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|
| | **CHRIS CATRON**<br>**2624 RUNWAY AVE**<br>**BETHEL, OH 45106** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|
| | **Ernie Cavasinni**<br>**12610 Hovey Drive**<br>**Chesterland, OH 44026** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 208 of 1944

| 2.779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

Priority creditor's name and mailing address
**Kris Cave**
**3793 Wenwood Dr**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.780 | Priority creditor's name and mailing address | | $580.00 | $580.00 |

Priority creditor's name and mailing address
**Angie Cavera**
**520 McKinley Dr.**
**Bowling Green, OH 43402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.781 | Priority creditor's name and mailing address | | $580.00 | $580.00 |

Priority creditor's name and mailing address
**Angie Cavera**
**520 McKinley Dr.**
**Bowling Green, OH 43402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.782 | Priority creditor's name and mailing address | | $490.00 | $490.00 |

Priority creditor's name and mailing address
**Julie Ceccanese**
**2671 Lombardi Ave**
**Canton, OH 44706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Michelle Cecconi**
**7358 Beechwood Dr**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**Tonya Cecil**
**7727 Feder Rd**
**Galloway, OH 43119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Rubina Celeste**
**5872 Birch Lane**
**Mentor-on-the-Lake, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |

**Romi Celleghin**
**23580 Bryden Rd.**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Karen Censoprano**
**7574 Elderkin Court**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

**Karen Censoprano**
**7574 Elderkin Court**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Katrina Centeno**
**1029 Eileen ave. Sw**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**April Centric**
**3167 Kaylyn lane**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 211 of 1944

| 2.791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|-------|---|---|---|---|
| | **April Centric**<br>**3167 Kaylyn lane**<br>**Hilliard, OH 43026** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|-------|---|---|---|---|
| | **Susan Cerny**<br>**13951 Aspen Oval**<br>**North Royalton, OH 44133** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|-------|---|---|---|---|
| | **Tanya Cerrato**<br>**10155 Foxwood Dr.**<br>**North Royalton, OH 44133** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|-------|---|---|---|---|
| | **Andrea Cerutti**<br>**2211 Jesse Drive 2211 Jesse Drive**<br>**Hudson, OH 44236** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 212 of 1944

| 2.795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Tammera Cervi**
**8011 Coldharbor Blvd**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Ilene Cesa**
**14024 Sweetbriar Lane**
**Novelty, OH 44072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Lacy Chadwick**
**1276 Glen cove way**
**Columbus, OH 43204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Shannon Chadwick**
**12665 Hovey Dr**
**chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.799 | Priority creditor's name and mailing address<br>**JAGANNATH Chalasani**<br>**8836 Emerald hill dr**<br>**Lewis Center, OH 43035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,022.40** **$1,022.40** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.800 | Priority creditor's name and mailing address<br>**Brian Chalfin**<br>**9426 Concord Ct**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$385.00** **$385.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.801 | Priority creditor's name and mailing address<br>**Heidi Chambers**<br>**14050 West Rd.**<br>**Oberlin, OH 44074** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** **$500.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.802 | Priority creditor's name and mailing address<br>**Keiona Chambers**<br>**1135 Reese ave**<br>**Lima, OH 45804** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$675.00** **$675.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

18-12734-jps Doc 1 FILED 05/07/18 ENTERED 05/07/18 13:30:30 Page 214 of 1944

| 2.803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Amylynn Chamblin**
**2975 stonequarry rd**
**Dayton, OH 45414**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Caijian Chan**
**6549 Copley Ave**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Tamara Chandler**
**54 Cohasset Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Amy Chaney**
**4656 Crystal Ball Drive**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.807 | Priority creditor's name and mailing address<br>**Christina Chaney**<br>**728 N Dorset Drive**<br>**Troy, OH 45373** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$810.00**   **$810.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| 2.808 | Priority creditor's name and mailing address<br>**Niki Chaney**<br>**740 Chappel Creek Court**<br>**Vermilion, OH 44089** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$460.00**   **$460.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| 2.809 | Priority creditor's name and mailing address<br>**Ann Chang**<br>**28937 N. Village Ln.**<br>**Solon, OH 44139** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$505.00**   **$505.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| 2.810 | Priority creditor's name and mailing address<br>**Amy Chapman**<br>**1535 Greenfield LN**<br>**Painesville, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$520.00**   **$520.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Discovery Tours Inc.** | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.811 | Priority creditor's name and mailing address<br>**Elizabeth Chapman**<br>**7853 Zion Hill Rd**<br>**Cleves, OH 45002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$750.00** | **$750.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.812 | Priority creditor's name and mailing address<br>**Janel Chapman**<br>**7525 Hayden Run Rd**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00** | **$325.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.813 | Priority creditor's name and mailing address<br>**Sarah Chapman**<br>**312 W Third St**<br>**Port Clinton, OH 43452** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$440.00** | **$440.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.814 | Priority creditor's name and mailing address<br>**Tamra Chapman**<br>**6174 Meadow Wood Ln**<br>**Columbus, OH 43228** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00** | **$325.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Maria Charles**
**13295 Spruce Run Dr Apt 102**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Dianne Charlton**
**6235 Chagrin River Rd**
**Bentleyville, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Linda Charlton**
**1572 Valley Crest Drive**
**Columbus, OH 43228**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Courtney Charney**
**8 Eleven River**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Erica Charriere**<br>**7190 Jonathan Drive**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $340.00 | $340.00 |
|---|---|---|---|---|
| | **Catherine Chase**<br>**1511 lyndhurst rd**<br>**Lyndhurst, OH 44124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $750.00 | $750.00 |
|---|---|---|---|---|
| | **Rebecca Chatman**<br>**153 Edgefield Drive**<br>**Cleves, OH 45002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $165.00 | $165.00 |
|---|---|---|---|---|
| | **Sara Cheeseman**<br>**787 Mary Lane Ext**<br>**South Lebanon, OH 45065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Enxin Chen**
**6190 Glade Run Rd**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Su Chen**
**6216 Tall Oaks Dr**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Shirley Cheng**
**23402 Greenlawn Ave.**
**Beachwood, OH 44122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Victoria Chepelsky**
**1400 SEARAY CV**
**PAINESVILLE, OH 44077-7916**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$870.00** | **$870.00** |
|-------|-----------------------------------------------|--------------------------------------------------------------------|-------------|-------------|
| | **Rachel Cherubini** **7477 Bent Oak Court** **Lewis Center, OH 43035** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$810.00** | **$810.00** |
|-------|-----------------------------------------------|--------------------------------------------------------------------|-------------|-------------|
| | **Jason Chesko** **1880 Quail Nest Ct** **Troy, OH 45373** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$810.00** | **$810.00** |
|-------|-----------------------------------------------|--------------------------------------------------------------------|-------------|-------------|
| | **Jason Chesko** **1880 Quail Nest Ct** **Troy, OH 45373** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$495.00** | **$495.00** |
|-------|-----------------------------------------------|--------------------------------------------------------------------|-------------|-------------|
| | **Mark Chesser** **382 wilson mills rd.** **chardon, OH 44024** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|-------|---|---|---|---|

**Virgil Chichernea**
**7692 St. James Dr.**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|-------|---|---|---|---|

**Samantha Childress**
**6001 marine parkway Apt G106**
**Mentor on the lake, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|-------|---|---|---|---|

**Ellen Childs**
**8605 Doris Place**
**Cleves, OH 45002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|-------|---|---|---|---|

**Adam Chioromonte**
**12574 ward drive**
**Chesterland, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Ryan Chipley**
**2431 RENWICK WAY**
**TROY, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Umesh Chitnis**
**33085 Seneca Dr**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Jeff CHITWOOD**
**7870 DEERHURST PL**
**MAINEVILLE, OH 45039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**David Chizek**
**23919 edgehill dr**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |
|-------|---|---|---|---|
| | **Seung Choi**<br>**13258 SPRUCE RUN DR Apt.102**<br>**North Royalton, OH 44133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $495.00 | $495.00 |
|-------|---|---|---|---|
| | **Heather Chollett**<br>**112 Gentry Ct**<br>**Chardon, OH 44024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $185.00 | $185.00 |
|-------|---|---|---|---|
| | **Sonja Chom-Cesen**<br>**130 Hickory Hill Rd**<br>**Painesville, OH 44077-5138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $205.00 | $205.00 |
|-------|---|---|---|---|
| | **Sonja Chom-Cesen**<br>**130 Hickory Hill Rd**<br>**Painesville, OH 44077-5138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 224 of 1944

| 2.843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Vikas Chopra**
**8801 Honey Ash**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Colleen Christensen**
**1354 Bridget Lane**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Matt Christian**
**7360 Davis Rd**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Natalie Christie**
**11780 Julie Drive**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 225 of 1944

| 2.847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Michael Chuparkoff**<br>**196 Brandywine Drive**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Niki Churchwell**<br>**7752 Oxgate Ct.**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Heather Cigoi**<br>**1461 Parkview Lane**<br>**Broadview Hts, OH 44147** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $465.00 | $465.00 |
|---|---|---|---|---|
| | **Jennifer Cimperman**<br>**33 Westover Dr.**<br>**Chagrin Falls, OH 44022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Alieta Ciocea**
**9801 Sunrise Blvd. O-30**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Rochelle Ciora**
**11820 Jason Ave**
**Concord, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Joe Cipolletti**
**6501 wilson mills rd**
**Mayfield Village, OH 44143**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Joe Cipolletti**
**6501 wilson mills rd**
**Mayfield Village, OH 44143**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Joe Cipolletti**
**6501 wilson mills rd**
**Mayfield Village, OH 44143**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Joe Cipolletti**
**6501 wilson mills rd**
**Mayfield Village, OH 44143**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $463.65 | $463.65 |
|---|---|---|---|---|

**City of Mayfield Heights**
**6154 Mayfield Road**
**Mayfield Heights, OH 44124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**withholding**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Andrea Ciulli**
**3193 Meadow Lane**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Tammy Clague**
**489 Crocker Blvd.**
**Chardon, OH 44024**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Kate Clancy-LeVan**
**139 Bersham Dr**
**Hudson, OH 44236**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Jennifer Clapper**
**2247 Olde Farm Lane**
**Hudson, OH 44236**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Chris Clark**
**65 Greentree Road**
**Moreland Hills, OH 44022**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Christine Clark**
**9815 TUDOR PL**
**CHARDON, OH 44024-8514**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Christine Clark**
**7626 Manor Dr**
**Mentor-on-the-Lake, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Crystal Clark**
**1770 Township Road 232**
**Van Buren, OH 45889**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Dawn Clark**
**8680 Camelot Drive**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Discovery Tours Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Jeff Clark**
**100 Greentree Rd**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Keith Clark**
**24106 e baintree**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Krista Clark**
**6242 Fulsher Lane**
**Cincinnati, OH 45243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Mark Clark**
**5800 Springwood Court**
**Mentor on the Lake, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Marsha Clark**
**4679 RAVEN CT**
**HILLIARD, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Nickolas Clark**
**8090 Royalton Rd 185**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Paul Clark**
**11090 abbey rd**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Rebecca Clark**
**9394 Old Village Drive**
**Loveland, OH 45140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|-------|---|---|---|---|

**Roy Clark**
**9505 Hinsdale**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.876 | Priority creditor's name and mailing address | | $140.00 | $140.00 |
|-------|---|---|---|---|

**Tiffany Clark**
**383 barlow**
**hudson, OH 44236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.877 | Priority creditor's name and mailing address | | $440.00 | $440.00 |
|-------|---|---|---|---|

**William Clark**
**809 w third st**
**Port Clinton, OH 43452**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.878 | Priority creditor's name and mailing address | | $520.00 | $520.00 |
|-------|---|---|---|---|

**Cathie Clarke**
**7146 N Jester Pl**
**Concord Twp, OH 44077**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

18-12734-jps  Doc 1  FILED 05/07/18  ENTERED 05/07/18 13:30:30  Page 233 of 1944

| 2.879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |

**Jeffrey Clarke**
**7095 Windmill Lane**
**Concord, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
| --- | --- | --- | --- | --- |

**Mary Clarke**
**67 great oak drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| --- | --- | --- | --- | --- |

**Cathy Clary**
**1375 Aniko Ave**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
| --- | --- | --- | --- | --- |

**Becky Clawson**
**763 E Lorain St**
**Oberlin, OH 44074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $829.20 | $829.20 |

**Dave Clawson**
**1955 Fox Run**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |

**Dave Clawson**
**1955 Fox Run**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |

**Danielle Clay**
**23513 Fairmount Blvd**
**Shaker Heights, OH 44122-2261**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**Josh Clay**
**3282 Jupiter Dr**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Holly Clayton**
**635 Georgetown Ave.**
**Elyria, OH 44035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Kimberly Clayton**
**7643 Bridgetown Road**
**Cincinnati, OH 45248**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Stacey Clayton**
**1224 Reservoir Road**
**Bellefontaine, OH 43311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Natalie Clemens**
**7615 Yennicook Way**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Danielle Clement**
**1711 Poplar Lane**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Kent Clemson**
**14732 rock creek**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Margaret Cleveland**
**10111 Pirates Trl**
**Aurora, OH 44202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Debra Clevenger**
**107 Kings Chapel DR S**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$455.00** | **$455.00** |
|---|---|---|---|---|
| | **Tom Clifford**<br>**7395 Ravenna Rd**<br>**Painesville, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$635.00** | **$635.00** |
|---|---|---|---|---|
| | **Astrid Cline**<br>**4380 river rd**<br>**fairfield, OH 45014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$695.00** | **$695.00** |
|---|---|---|---|---|
| | **JoEllen Cline**<br>**4365 Kendale Court**<br>**Columbus, OH 43220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$645.00** | **$645.00** |
|---|---|---|---|---|
| | **Joy Cline**<br>**3105 Andrew James Dr**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Discovery Tours Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**2.899** | Priority creditor's name and mailing address
**Joy Cline**
**3105 Andrew James Dr**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$645.00** | **$645.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.900** | Priority creditor's name and mailing address
**LAURA CLINE**
**9436 MONTICELLO DRIVE**
**TWINSBURG, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$385.00** | **$385.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.901** | Priority creditor's name and mailing address
**Kelli Close**
**347 Scala Drive**
**Stow, OH 44224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$140.00** | **$140.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.902** | Priority creditor's name and mailing address
**Kelli Close**
**347 Scala Drive**
**Stow, OH 44224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$410.00** | **$410.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 239 of 1944

| 2.903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

2.903

Priority creditor's name and mailing address

**Nicole Clouser**
**7590 Pelham Drive**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$340.00       $340.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.904

Priority creditor's name and mailing address

**Sherri Clute**
**2418 Rufus Ct.**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,049.20       $1,049.20

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.905

Priority creditor's name and mailing address

**Maria Coble**
**12906 WOODIN RD**
**CHARDON, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$490.00       $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.906

Priority creditor's name and mailing address

**Ellen Cochran**
**13965 Chillicothe Road**
**Novelty, OH 44072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$340.00       $340.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Renee Cochran**
**10477 Penton Court**
**Reminderville, OH 44202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Andrei Cocieru**
**35 Steepleview Dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Dawn Cockerham**
**336 Pleasant Dr**
**South Lebanon, OH 45065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Tara Codella**
**91 Keswick Dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**KC Coe**
**3500 Turnberry Dr.**
**Findlay, OH 45840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Sandra Coelho**
**3484 Darby Glen Blvd**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Anne Coffey**
**180 Kenton Road**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**JOLIE COFFEY**
**13535 TOWNSHIP ROAD 218**
**VAN BUREN, OH 45889**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Kelly Coffey**
**3 Desales ct**
**Fairfield, OH 45014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Jeffrey Cohen**
**7547 MIAMI AVE**
**CINCINNATI, OH 45243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Robert Cohen**
**32693 jefferson dr**
**solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Linda Cohn**
**6681 Edgemoor Avenue**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|-------|---|---|---|---|

**Kimberly Cola**
**6355 Clearair Dr**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|-------|---|---|---|---|

**Michael Colabianchi**
**9531 Rainbow Lane**
**NORTH ROYALTON, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|-------|---|---|---|---|

**Meg Colafella**
**289 Bicknell Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|-------|---|---|---|---|

**Scott Colburn**
**2857 Standish Ave SW**
**Canton, OH 44706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

**Kelly Cole**
**2457 Middleton Road**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |

**William Cole**
**1904 Westwood Drive**
**Lewis CENTER, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Ben Collado**
**10 Bryn Mawr Dr**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |

**Isabel Collica**
**10252 Spinnaker Run**
**Aurora, OH 44202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Dan Collins
8060 Barberry Hill Dr.
Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $635.00 | $635.00 |
|---|---|---|---|---|

**Elizabeth Collins
7330 Dixon dr
Hamilton, OH 45011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Jessie Collins
3054 Dunlavin Glen Rd.
Columbus, OH 43221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 | $140.00 |
|---|---|---|---|---|

**Kelly Collins
24 Prescott Drive
Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Kristin Collins**
**5175 Devontry Ln.**
**Columbus, OH 43220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.00 | $285.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Mark Collins**
**1051 Arrowhead Drive**
**Vermilion, OH 44089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Megan Collins**
**8352 Union Drive**
**Galloway, OH 43119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Tammi Collins**
**3447 S Green Rd apt 12B**
**Beachwood, OH 44122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Tara Colombini**
**2770 Lake Hollow Rd**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.936 | Priority creditor's name and mailing address | | $870.00 | $870.00 |
|---|---|---|---|---|

**Melissa Colucci-Hayes**
**8488 Misty Woods Cir**
**Powell, OH 43065**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.937 | Priority creditor's name and mailing address | | $325.00 | $325.00 |
|---|---|---|---|---|

**Nancy Colvin**
**5155 BRITTON FARMS DR**
**HILLIARD, OH 43026**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.938 | Priority creditor's name and mailing address | | $505.00 | $505.00 |
|---|---|---|---|---|

**Jane Comber**
**36895 Halton Court**
**Solon, OH 44139**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | |
|---|---|---|
| 2.939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |

**2.939** Priority creditor's name and mailing address

**Steve Combs**
**3550 Townsley Drive**
**Loveland, OH 45140**

As of the petition filing date, the claim is: **$165.00**  **$165.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.940** Priority creditor's name and mailing address

**Paul Comfort**
**726 Coy Ln**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is: **$340.00**  **$340.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.941** Priority creditor's name and mailing address

**Julie Compliment**
**2520 State Route 718**
**Troy, OH 45373**

As of the petition filing date, the claim is: **$810.00**  **$810.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.942** Priority creditor's name and mailing address

**Jim Compton**
**8150 Chadwick Ct.**
**Mentor, OH 44060**

As of the petition filing date, the claim is: **$455.00**  **$455.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Melanie Comstock**
**7623 Newton Drive**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Melanie Conaway**
**689 Mystic Pointe Drive**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Marica Condric**
**7865 St. James Dr.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Kim Coneglio**
**13024 W Geauga Trail**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Melissa Confer**
**7010 BEAGLE CT**
**HAMILTON, OH 45011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.948 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Jennifer Congdon**
**7640 Northwick Court**
**Novelty, OH 44072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.949 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Amanda Conley**
**565 Linwood Dr**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.950 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Amanda Conley**
**565 Linwood Dr**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Holly Conley**
**1517 White Ash Dr.**
**Painesville, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Lena Conley**
**3205 Longspur Drive**
**Columbus, OH 43228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Lena Conley**
**3205 Longspur Drive**
**Columbus, OH 43228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Traci Conley**
**16191 Sherwood road**
**Findlay, OH 45840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
| | **Heather Conn-Lawrence** **1756 Hickory Hill Dr** **Columbus, OH 43228** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
| | **Elizabeth Connell** **3663 GOLDENROD ST** **HILLIARD, OH 43026** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.00 | $470.00 |
| | **Tiffany Connelly** **21114 Stratford Ave** **Rocky River, OH 44116** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $780.00 | $780.00 |
| | **Laura Conner** **6511 Euclid Avenue** **Cincinnati, OH 45243** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 253 of 1944

| | | | |
|---|---|---|---|
| 2.959 | Priority creditor's name and mailing address<br>**Brian Connor**<br>**26310 North Woodland Rd**<br>**Beachwood, OH 44122** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $435.00     $435.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.960 | Priority creditor's name and mailing address<br>**Charles Conrad**<br>**1603 Orchard Grove Avenue**<br>**Lakewood, OH 44107** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $470.00     $470.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.961 | Priority creditor's name and mailing address<br>**Heather Conrad**<br>**4984 Britton Farms Dr**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $325.00     $325.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.962 | Priority creditor's name and mailing address<br>**Michael Conrad**<br>**1725 Blempoton Rd NW**<br>**Massillion, OH 44646** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $490.00     $490.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$410.00** | **$410.00** |
|---|---|---|---|---|
| | **Alex Constable**<br>**7332 Granby**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$520.00** | **$520.00** |
|---|---|---|---|---|
| | **Barbara Contorno**<br>**6350 Fay rd**<br>**Painesville, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$465.00** | **$465.00** |
|---|---|---|---|---|
| | **Amy H Conway**<br>**11 Chelsea Court**<br>**Chagrin Falls, OH 44022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$520.00** | **$520.00** |
|---|---|---|---|---|
| | **Letra Conwell**<br>**938 forestbrook**<br>**Painesville, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 255 of 1944

| 2.967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$455.00** | **$455.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Eric Coode**
**10120 Pinecrest Rd**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$870.00** | **$870.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Ann Cook**
**2655 Aikin Circle South**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$505.00** | **$505.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Barbara Cook**
**6494 Glenallen Ave**
**Solon, OH 44139-4007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$340.00** | **$340.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Christine Cook**
**7644 Appleblossom Lane**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.971 | Priority creditor's name and mailing address **Jennifer Cook 7427 Hudson Park Dr Hudson, OH 44236** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

$410.00    $410.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.972 | Priority creditor's name and mailing address **Violet Cook 100 Keenan Rd. Lot Cedar 29 Penisnula, OH 44264** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

$90.00    $90.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.973 | Priority creditor's name and mailing address **Amanda Cooke 1077 Hornsby Dr Columbus, OH 43240** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

$870.00    $870.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.974 | Priority creditor's name and mailing address **Julia Cooke 415 Creekborough Ct. South Lebanon, OH 45065** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

$495.00    $495.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Jonathan Coombes**
**8418 E WOODLAND TRL**
**FINDLAY, OH 45840-7745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**David Cooney**
**10531 Bentley Drive**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Christina Cooper**
**3352 Mill Run Drive**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Danielle Cooper**
**7834 Curberry Dr**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**Michael Cooper**
**242 Roxboro Rd**
**Vermilion, OH 44089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |

**Stephanie Cooper**
**5975 Dunlap Rd**
**Cincinnati, OH 45252**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |

**Sarah Corbett**
**1124 Michigan**
**Bellefontaine, OH 43311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Laurie Corbin**
**1250 Manor Ave SW**
**Canton, OH 44710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$460.00** | **$460.00** |
|---|---|---|---|---|

**Amanda Corcino**
**901 Douglas St**
**Vermilion, OH 44089**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$330.00** | **$330.00** |
|---|---|---|---|---|

**Aubrey Corcoran**
**424 Creekborough Ct.**
**South Lebanon, OH 45065**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$325.00** | **$325.00** |
|---|---|---|---|---|

**Michelle Cordle**
**3880 Farm Brook Lane**
**Columbus, OH 43204**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$455.00** | **$455.00** |
|---|---|---|---|---|

**Curt Cordray**
**5452 Grace drive**
**mentor, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.987 | Priority creditor's name and mailing address<br>**Clifton Core**<br>**517 East Brown Avenue**<br>**Bellefontaine, OH 43311** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$337.50** | **$337.50** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.988 | Priority creditor's name and mailing address<br>**Clifton Core**<br>**517 East Brown Avenue**<br>**Bellefontaine, OH 43311** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$337.50** | **$337.50** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.989 | Priority creditor's name and mailing address<br>**Effie Core**<br>**5999 Waterview Drive**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00** | **$325.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.990 | Priority creditor's name and mailing address<br>**Roger Corey**<br>**2360 Rufus Court**<br>**Lewis Center, OH 43035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$870.00** | **$870.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|-------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Bevin Cormack**
**12855 Opalocka Dr**
**Chesterland, OH 44026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|-------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Jessica Cornell**
**123 Elm Street**
**Port Clinton, OH 43452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|-------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Debbie Corona**
**13061 Mariner Dr.**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|-------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Lindsey Corrigan**
**8 Meadowlawn Drive Unit 22**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Natasha Corrigan**
**1128 westridge dr**
**Troy, OH 45373-3831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Natasha Corrigan**
**1128 westridge dr**
**Troy, OH 45373-3831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Billie Corson**
**3047 Gilridge Drive**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Doug Corwin**
**105 Beech Ave**
**Bellefontaine, OH 43311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |
| | **Douglas Corwin**<br>**7589 Bishop Court**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $410.00 | $410.00 |
| --- | --- | --- | --- | --- |
| | **Leonard Cosentino**<br>**7640 Holyoke Avenue**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |
| | **Tabitha Cote**<br>**1411 Rolling Meadows Drive**<br>**Vermilion, OH 44089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |
| | **Mary Cottom**<br>**19463 Rye Gate Dr**<br>**North Royalton, OH 44133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 264 of 1944

| 2.1003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $165.00 | $165.00 |
|---|---|---|---|---|

**Candice Cottongim**
**254 Ilene Avenue**
**South Lebanon, OH 45065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.1004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Jill Cottrill**
**4653 Crystal Clear Drive**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.1005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Kimberly Couch**
**7594 Fern Drive**
**Mentor on the Lake, OH**
**44060-3213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.1006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $465.00 | $465.00 |
|---|---|---|---|---|

**Margaret Couch**
**5238 Maple Springs Dr**
**Chagrin Falls, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.1007 | Priority creditor's name and mailing address<br>**Jodi Coughlin**<br>**9942 High Country Drive**<br>**Chardon, OH 44024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00** | **$490.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1008 | Priority creditor's name and mailing address<br>**Sheila Counts**<br>**3487 Topgallant Ct**<br>**Columbus, OH 43221** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00** | **$325.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1009 | Priority creditor's name and mailing address<br>**Christine Courtwright**<br>**1050 Bates Road**<br>**Rocky River, OH 44116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$470.00** | **$470.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1010 | Priority creditor's name and mailing address<br>**Rhonda Coutinho**<br>**7334 Township Road 212**<br>**Findlay, OH 45840** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$580.00** | **$580.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $580.00 | $580.00 |
|---|---|---|---|---|

**Rhonda Coutinho**
**7334 Township Road 212**
**Findlay, OH 45840**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| 2.1012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $490.00 | $490.00 |
|---|---|---|---|---|

**Heather Covill**
**1801 sedwick ave nw**
**Massillon, OH 44646**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| 2.1013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.00 | $810.00 |
|---|---|---|---|---|

**Krystal Covington**
**2285 Rockingham Dr**
**Troy, OH 45373**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| 2.1014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.00 | $455.00 |
|---|---|---|---|---|

**Rich Cowie**
**6138 Norwood Dr**
**Mentor, OH 44060**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☐ No
- ☐ Yes

| 2.1015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**James Cowin**
**681 Spring Valley Dr**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Diane Cowles**
**12628 Harold Drive**
**Chesterland, OH 44026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Michael Cox**
**1326 Chelsea Rd**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Betsy Coy**
**190 Senlac Hills Drive**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| | **Matthew Coy** | Check all that apply. | | |
| | **7846 Pinehill Road** | ☐ Contingent | | |
| | **Lewis Center, OH 43035** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.1020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| | **Catherine Coyne** | Check all that apply. | | |
| | **6036 Reynolds Road** | ☐ Contingent | | |
| | **Mentor on the Lake, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.1021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
| | **Colin Coyne** | Check all that apply. | | |
| | **20995 Hilliard Blvd.** | ☐ Contingent | | |
| | **ROCKY RIVER, OH 44116-3310** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.1022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| | **Monica Cozmyk** | Check all that apply. | | |
| | **9621 Applewood Dr** | ☐ Contingent | | |
| | **North Royalton, OH 44133** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 269 of 1944

| 2.1023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |
|---|---|---|---|---|

**Rebecca Cozzens**
**9361 Chesapeake Drive**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Darren Craddock**
**6035 Heritage Farms Drive**
**HILLIARD, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|

**Donna Craddock**
**PO Box 563**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $810.00 | $810.00 |
|---|---|---|---|---|

**Ronald Craft**
**150 Littlejohn Road**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |

**Donn Craig**
**810 Branford Rd**
**Troy, OH 45373**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1028 | Priority creditor's name and mailing address | | $490.00 | $490.00 |

**Kim Craig**
**113 Tinkers Trail**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1029 | Priority creditor's name and mailing address | | $490.00 | $490.00 |

**Mark Craig**
**5120 Leona Ave SW**
**Navarre, OH 44662**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1030 | Priority creditor's name and mailing address | | $460.00 | $460.00 |

**Jaclyn Cramer**
**4207 Pueblo drive**
**Lorain, OH 44053**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.1031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|
| | **Pam Cramer** | Check all that apply. | | |
| | **6121 Glenworth Ct.** | ☐ Contingent | | |
| | **Galloway, OH 43119** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☒ No ☐ Yes | | |

| 2.1032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|
| | **Stephanie Cramer** | Check all that apply. | | |
| | **8600 Township Road 112** | ☐ Contingent | | |
| | **McComb, OH 45858** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☒ No ☐ Yes | | |

| 2.1033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|
| | **Stephanie Cramer** | Check all that apply. | | |
| | **8600 Township Road 112** | ☐ Contingent | | |
| | **McComb, OH 45858** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☒ No ☐ Yes | | |

| 2.1034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|
| | **Roleen Crane** | Check all that apply. | | |
| | **6400 CREEKSIDE TRL** | ☐ Contingent | | |
| | **SOLON, OH 44139-3104** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☒ No ☐ Yes | | |

| 2.1035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $475.00 | $475.00 |
|---|---|---|---|---|

**Angela Crawford**
**4777 Hoseah St**
**Columbus, OH 43228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 | $325.00 |
|---|---|---|---|---|

**Danielle Crawford**
**5799 Privilege Dr**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.00 | $455.00 |
|---|---|---|---|---|

**Elizabeth Crawford**
**6400 center st #89**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $890.30 | $890.30 |
|---|---|---|---|---|

**Jennifer Crawford**
**2505 Seneca Dr.**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |

**Jennifer Crawford**
**2505 Seneca Dr.**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |

**Sandee Crawford**
**1196 Autumn Run Drive**
**Maineville, OH 45039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |

**Paul Creel**
**23206 Cedar rd**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Katie Creveling**
**63 Lincoln Blvd.**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Maria Creviston**
**13630 Braeburn Lane**
**Russell Center, OH 44072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Crystal Crews**
**6402 Brooks Blvd**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Lacee Cripe**
**410 Old Willow Ct.**
**South Lebanon, OH 45065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Anita Crnjac**
**11580 Moon Beam**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $205.00 | $205.00 |
|---|---|---|---|---|

**Anita Crnjac**
**11580 Moon Beam**
**Painesville, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.1048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $465.00 | $465.00 |
|---|---|---|---|---|

**Kathryn Croasdaile**
**315 Grey Fox Run**
**chagrin falls, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.1049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $325.00 | $325.00 |
|---|---|---|---|---|

**Chet Croce**
**5880 Privilege Dr.**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.1050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $520.00 | $520.00 |
|---|---|---|---|---|

**Raylene Crofts**
**873 Wilder Ave**
**Elyria, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.1051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Chad Cron**
**9635 Kelly Dr**
**Loveland, OH 45140**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Jason Crook**
**828 Ashbrooke Way**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Tarra Crook**
**2810 E. Cove Ct.**
**Maineville, OH 45039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Becki Crookston**
**3128 Roanoke St. NW**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635.00 | $635.00 |
|---|---|---|---|---|

**Bunista Cropenbaker**
**3050 Drew Dr.**
**Hamilton, OH 45011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.00 | $435.00 |
|---|---|---|---|---|

**James Crosby**
**2530 Richmond Rd**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 | $325.00 |
|---|---|---|---|---|

**Kimberly Cross**
**6055 Hampton Corners South**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $780.00 | $780.00 |
|---|---|---|---|---|

**Scott Cross**
**6406 Westward Drive**
**Loveland, OH 45140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Heather Crossin**
**3397 Ridge Gap Rd**
**Columbus, OH 43221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Cynthia Crowder**
**811 Miles Ave. NW**
**Canton, OH 44708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Fei Crowe**
**1972 Aurora Ave**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Susan Crowe**
**9431 Langdon lane**
**North royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |

**Beverly Crowley**
**128 Downing Dr. Chardon Ohio**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Patrick Crtalic**
**9463 Whalers Cove**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |

**Carla Crumley**
**9284 HELEN LN**
**TWINSBURG, OH 44087**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |

**Jennifer Cruze**
**227 Eldon Ave**
**Columbus, OH 43204**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.1067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|---|---|---|---|---|

**Jennifer Cruze**
**227 Eldon Ave**
**Columbus, OH 43204**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Rebecca Crysler**
**1777 Pinecone Ct**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Amy Cseh**
**10080 HOBBY HORSE LANE**
**MENTOR, OH 44060**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Kristen Csincsar**
**8521 albion rd**
**NORTH ROYALTON, OH 44133**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Carlos Cuadrado**
**2420 Tyre Dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1072 | Priority creditor's name and mailing address | | $455.00 | $455.00 |
|---|---|---|---|---|

**Andrea Cuff**
**7087 Dogwood Ln**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1073 | Priority creditor's name and mailing address | | $505.00 | $505.00 |
|---|---|---|---|---|

**Michael Cullers**
**37980 Flanders Drive**
**SOLON, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1074 | Priority creditor's name and mailing address | | $870.00 | $870.00 |
|---|---|---|---|---|

**Jim Cummings**
**338 Northview Drive**
**Powell, OH 43065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|--------|----------------------------------------------|----------------------------------------------|---------|---------|

**Julie Cummings**
2160 Lyndway Rd
Beachwood, OH 44122

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|--------|----------------------------------------------|----------------------------------------------|---------|---------|

**Laura Cummins**
6275 Miami road
CINCINNATI, OH 45243

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|--------|----------------------------------------------|----------------------------------------------|---------|---------|

**Lori Cundiff**
301 Freeman ave nw
Massillon, OH 44646

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|--------|----------------------------------------------|----------------------------------------------|---------|---------|

**Darcy Cunningham**
5112 Riverview Dr.
South Lebanon, OH 45065

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Don Cunningham**
**7398 hart st**
**Mentor, OH 44060**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Justin Cunningham**
**5368 Sandstone Dr**
**Fairfield, OH 45014**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Kurtisene Cunningham**
**3136 Liberty Ledges**
**Twinsburg, OH 44087**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Michele Cunningham**
**6598 Minnewaukan Dr**
**Cincinnati, OH 45243**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.1083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Rae Cunningham**
**7246 Davis Rd**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Heather Currall**
**6983 Ridgemont Ct**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Tracy Curry**
**5782 Beech Dr.**
**Mentor on the Lake, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Tricia Cusick**
**5595 Chateau Way**
**Fairfield, OH 45014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Tricia Cusma**
**1655 Jennifer dr**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Jennifer Custer**
**1775 Hickory Hill Dr**
**Columbus, OH 43228**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Kathleen Custy**
**64 N Hayden Pkwy**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|---|---|---|---|---|

**David Cutright**
**5450 Little Turtle Drive**
**South Lebanon, OH 45065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Jill Cutwright**
**14885 Crimson King Trail**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|---|---|---|---|---|

**David Cuxil**
**4004 Atwood terrace**
**Columbus, OH 43224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Jennifer Cvetichan**
**8273 Beaumont Dr.**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Kathleen Daberko**
**2508 Cedarwood Ct.**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $165.00 | $165.00 |
|---|---|---|---|---|
| | **Marchell Dace**<br>**5 Pinehurst ct.**<br>**Fairfield, OH 45014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Daniela Dadante**<br>**9558 Graystone Lane**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Maryann Daffeh**<br>**3711 Lifford Ct**<br>**Columbus, OH 43221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $810.00 | $810.00 |
|---|---|---|---|---|
| | **PAM DAFFNER**<br>**1130 SUMMIT AVE**<br>**TROY, OH 45373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Maria Dahl-Rosa**
**PO Box 531**
**Grand River, OH 44045**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Jennifer Dahmen**
**12684 Ponderosa Dr**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Lori Dailey**
**127 Bard Dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Heather Dalessandro**
**57 Olive Street**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $870.00 | $870.00 |
|---|---|---|---|---|

**Angie Daley**
**2988 Pleasant Colony Dr**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $675.00 | $675.00 |
|---|---|---|---|---|

**Shawna Dallas-Rose**
**621 N. Detroit St.**
**Bellefontaine, OH 43311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $410.00 | $410.00 |
|---|---|---|---|---|

**Sara Damante**
**1681 Mayflower Lane**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $325.00 | $325.00 |
|---|---|---|---|---|

**Lisa Dame**
**6147 Woodsboro Drive**
**Columbus, OH 43228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Erin Dance**
**6779 Dawson Rd**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Revathi Danda**
**8152 S. Chariot St**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Gretchen Daniel**
**11135 Beechnut Lane**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Kristie Daniel**
**328 Locke Ave SW**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Tracey Daniel**
**6324 Riverstone Dr**
**Columbus, OH 43228**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Jack Daniels**
**35287 quartermane cir**
**solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Matt Daniluk**
**764 Delverne ace sw**
**Canton, OH 44710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Brian Danison**
**10216 Mayfield Rd**
**Chesterland, OH 44026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Daniel Danszczak**
**9255 Gem Rd**
**Chesterland, OH 44026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 | $230.00 |
|---|---|---|---|---|

**Erin Darah**
**517 meadow springs rd**
**Maumee, OH 43537**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Heather Dardeen**
**765 Mary Lane Extension**
**South Lebanon, OH 45065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Debbie Darden**
**137 Teaberry Circle**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| | | | | | |
|---|---|---|---|---|---|
| **2.1119** | Priority creditor's name and mailing address<br>**Paul Daro**<br>**139 Antioch Dr**<br>**Elyria, OH 44035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$520.00** | **$520.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| **2.1120** | Priority creditor's name and mailing address<br>**Annie Darone**<br>**11810 clark road**<br>**chardon, OH 44024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$495.00** | **$495.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| **2.1121** | Priority creditor's name and mailing address<br>**Teresa Dart**<br>**8118 jordan valley court**<br>**cleves, OH 45002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$750.00** | **$750.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| | | | | | |
|---|---|---|---|---|---|
| **2.1122** | Priority creditor's name and mailing address<br>**Stacy DaSilva**<br>**7295 Partridge Dr**<br>**Dublin, OH 21873** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$325.00** | **$325.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| 2.1123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Janeen Daugherty**
**426 Falls Road**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ No
☐ Yes

---

| 2.1124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Stacy Daugherty**
**3165 Buckwalter Dr. SW**
**Massillon, OH 44646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ No
☐ Yes

---

| 2.1125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Stefanie Daugherty**
**115 South Pleasant Street**
**Oberlin, OH 44074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ No
☐ Yes

---

| 2.1126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|---|---|---|---|---|

**John Davenport**
**6233 Karl Rd**
**Columbus, OH 43229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ No
☐ Yes

| | | |
|---|---|---|
| 2.1127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Heather Davey**
**1640 Surrey Rd**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$810.00**    **$810.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Kristine Davidson**
**5175 Homestead dr**
**South Lebanon, OH 45065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$165.00**    **$165.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Kyle Davidson**
**7353 Hillendale Rd**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$340.00**    **$340.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Amy Davies**
**7475 Jasani Ct.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$455.00**    **$455.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $870.00 | $870.00 |
|---|---|---|---|---|

**Michelle Davies**
**314 Amber Wood Way**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 | $140.00 |
|---|---|---|---|---|

**Pete Davies**
**465 ATTERBURY BLVD**
**HUDSON, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 | $520.00 |
|---|---|---|---|---|

**Adam Davis**
**125 Woodland Rd**
**Painesville, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.00 | $810.00 |
|---|---|---|---|---|

**Akacia Davis**
**302 Pennsylvania Ave**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$810.00** | **$810.00** |
| --- | --- | --- | --- | --- |

**2.1135** Priority creditor's name and mailing address
**Akacia Davis**
**302 Pennslyvania Ave**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$810.00**   **$810.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1136** Priority creditor's name and mailing address
**AN'DREA DAVIS**
**9961 DARROW PK DR 221 D**
**TWINSBURG, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$385.00**   **$385.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1137** Priority creditor's name and mailing address
**Brenda Davis**
**4555 Marcellus St NW**
**Canton, OH 44708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$490.00**   **$490.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1138** Priority creditor's name and mailing address
**Bryan Davis**
**3215 Honeysuckle Drive**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$810.00**   **$810.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Discovery Tours Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Carrie Davis**
**1325 Bridget Lane**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Cathy Davis**
**4600 Astral Drive**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Christina Davis**
**6214 Coachlite Way**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Dan Davis**
**11410 Woodiebrook Rd.**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Dana Davis**
**4349 Jennydawn Place**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Denise Davis**
**7341 Ridgestone Dr**
**Madeira, OH 45243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Gabrielle Davis**
**3152 shadow Creek Court**
**Hamilton, OH 45011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Janice Davis**
**5975 Liberty Fairfield Rd.**
**Hamilton, OH 45011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Jennifer Davis**
**22349 Bartlett Drive**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Jenny Davis**
**7441 Shewango Way**
**Cincinnati, OH 45243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Kathleen Davis**
**7270 Summerhill Drive**
**Concord Twp, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

**Kathleen Davis**
**7270 Summerhill Drive**
**Concord Twp, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 301 of 1944

| 2.1151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$455.00** | **$455.00** |
|---|---|---|---|---|
| | **MaryJo Davis** | ☐ Contingent | | |
| | **7520 Chillicothe Rd** | ☐ Unliquidated | | |
| | **mentor, OH 44060** | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$870.00** | **$870.00** |
|---|---|---|---|---|
| | **Allyson Davy** | ☐ Contingent | | |
| | **1953 baltic ave** | ☐ Unliquidated | | |
| | **lewis center, OH 43035** | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$460.00** | **$460.00** |
|---|---|---|---|---|
| | **Mohammad Dawood** | ☐ Contingent | | |
| | **6790 sherwood trail** | ☐ Unliquidated | | |
| | **north royalton, OH 44133** | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$455.00** | **$455.00** |
|---|---|---|---|---|
| | **Carla Dawson** | ☐ Contingent | | |
| | **8454 Markwood Dr.** | ☐ Unliquidated | | |
| | **Mentor, OH 44060** | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.1155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Chris Dawson**
**321 Chardon Ave..**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Stephanie Dawson**
**3731 Mack Road**
**Fairfield, OH 45014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Lisa Dawson-Knight**
**9215 Windy Creek Drive**
**Columbus, OH 43240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Angela Day**
**11775 Auburn rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Steve Dayonchik**
**36323 Derby Downs Dr**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Alan Dayringer**
**11645 lyman rd**
**chesterland, OH 44124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Valeria Dazey**
**2264 Perry Dr S.W.**
**CANTON, OH 44706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Angeles De ~La ~Rosa**
**7059 Dawson Rd. Lot 49**
**Cincinnati, OH 45243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**Jessica Dean**
**276 Berkshire Rd**
**Vermilion, OH 44089**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1164 | Priority creditor's name and mailing address | | $870.00 | $870.00 |

**Meredith Dean**
**2057 Maxwell Ave**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1165 | Priority creditor's name and mailing address | | $810.00 | $810.00 |

**Kitty DeBella**
**1517 Covent Road**
**TROY, OH 45373**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1166 | Priority creditor's name and mailing address | | $580.00 | $580.00 |

**Jennifer DeBoo**
**1717 County Road 139**
**McComb, OH 45858**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Jennifer DeBoo**
**1717 County Road 139**
**McComb, OH 45858**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Jennifer DeBoo**
**1717 County Road 139**
**McComb, OH 45858**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Heather DeCarlo**
**8449 Squad Drive**
**Galloway, OH 43119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Laurie Deck**
**2062 Aurora Ave**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Dana Decker**
**390 Thomas Alva Dr**
**Vermilion, OH 44089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Angela Defranco**
**7055 Sturbridge dr**
**Concord Twp, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Antonia Deignan**
**16405 majestic oaks dr**
**chagrin falls, OH 44023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Jennifer Deiter**
**13939 Township Road 215**
**Findlay, OH 45840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | Discovery Tours Inc. | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

| 2.1175 | Priority creditor's name and mailing address<br>**Christine Dekowski**<br>**930 Marion AVE NW**<br>**MASSILLON, OH 44646** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00** | **$490.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1176 | Priority creditor's name and mailing address<br>**Jaime Delapaz**<br>**6558 dunbarton dr**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$410.00** | **$410.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1177 | Priority creditor's name and mailing address<br>**Sasha Delarosa**<br>**1832 Ridgebury dr**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00** | **$325.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1178 | Priority creditor's name and mailing address<br>**Kelly Delegram**<br>**1103 Waldo Way**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$385.00** | **$385.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.1179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 $520.00 |

**2.1179** Priority creditor's name and mailing address

**Lourdes DeLeon**
**893 Pebble Beach Cove**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$520.00** **$520.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1180** Priority creditor's name and mailing address

**Stacy DeLeone**
**8305 Kylie Court**
**Concord, OH 44077**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$520.00** **$520.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1181** Priority creditor's name and mailing address

**Regina Delphia**
**6470 Som Center Road**
**Solon, OH 44139**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$505.00** **$505.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1182** Priority creditor's name and mailing address

**Jessyca DeLuna**
**443 Bat Road Apt. 202**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$90.00** **$90.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| Debtor | **Discovery Tours Inc.** | Case number (if known) | |
| | Name | | |

| 2.1183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $470.00 | $470.00 |
|---|---|---|---|---|
| | **Mark Delventhal**<br>**46 Buckingham Rd**<br>**Rocky River, OH 44116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Stacey DelZoppo**<br>**8799 Arrowood Drive**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $750.00 | $750.00 |
|---|---|---|---|---|
| | **Jeffrey Demaree**<br>**536 Laurelwood Drive**<br>**Cleves, OH 45002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Olga Dembek**<br>**5875 Sequoia Ct.**<br>**Mentor on the Lake, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1187 | Priority creditor's name and mailing address<br>**Stephanie Dembski**<br>**5888 Thorngate Dr**<br>**Galloway, OH 43119** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00** | **$325.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1188 | Priority creditor's name and mailing address<br>**Jennifer Demianenko**<br>**8584 Squad Dr**<br>**Galloway, OH 43119** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00** | **$325.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1189 | Priority creditor's name and mailing address<br>**Joyce DeMichele**<br>**10568 Ridgewater Dr.**<br>**Painesville, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$520.00** | **$520.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1190 | Priority creditor's name and mailing address<br>**Cher DeMore**<br>**10049 Bissell Dr**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$385.00** | **$385.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 311 of 1944

| 2.1191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|--------|--|--|--|--|

**Lisa DeMore**
**802 Lost Pond Pkwy**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1192 | Priority creditor's name and mailing address | | $520.00 | $520.00 |
|--------|--|--|--|--|

**Todd Demshar**
**8280 Ravenna Road**
**Concord Twp, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1193 | Priority creditor's name and mailing address | | $465.00 | $465.00 |
|--------|--|--|--|--|

**Kim Den Braber**
**5159 Chillicothe Rd**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1194 | Priority creditor's name and mailing address | | $325.00 | $325.00 |
|--------|--|--|--|--|

**Danielle Denney**
**4580 Paxton Dr S**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Erika Dennison** **8223 Morris Rd.** **Hilliard, OH 43026** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset? ☐ No ☐ Yes | | |

| 2.1196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $505.00 | $505.00 |
|---|---|---|---|---|
| | **Terese Denton** **32087 hamilton ct** **solon, OH 44139** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset? ☐ No ☐ Yes | | |

| 2.1197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Tamara DeProfio** **648 Riverbend Ave** **Powell, OH 43065** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset? ☐ No ☐ Yes | | |

| 2.1198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Tamara DeProfio** **648 Riverbend Ave** **Powell, OH 43065** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset? ☐ No ☐ Yes | | |

| 2.1199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Kendra Derganc**<br>**7979 independence dr unit D**<br>**Mentor, OH 44060** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Erinn Dersom**<br>**7903 Norma Court**<br>**Lewis Center, OH 43035** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|
| | **Michelle Deruytter**<br>**113 Spring Drive**<br>**C.F., OH 44022** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Al DeSalvo**<br>**11532 Worthington Way**<br>**North Royalton, OH 44133** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Brant Desatnik**
**24014 east silsby rd**
**beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Domenic Desciscio**
**14535 Caves Road**
**Novelty, OH 44072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Sonya DeSilva**
**3438 St Charles Lane**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Jim Destro**
**94 Hamden Dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 315 of 1944

| 2.1207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|---|---|---|---|---|

**Christine Destry**
**2783 Martin Rd #325**
**Dublin, OH 43017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Mike Detherage**
**8909 Eagleview Drive #4**
**West Chester, OH 45069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Greg Detweiler**
**13054 Coachman Dr**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Lori Deuberry**
**71 Fox Trace Lane**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$410.00** | **$410.00** |
|--------|---|---|---|---|

**Lori Deuberry**
**71 Fox Trace Ln**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$140.00** | **$140.00** |
|--------|---|---|---|---|

**Erica Deutsch**
**7562 Foxdale Circle**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$505.00** | **$505.00** |
|--------|---|---|---|---|

**Gina DeVito-Staub**
**32977 Charmwood Oval**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$470.00** | **$470.00** |
|--------|---|---|---|---|

**Kaymarie Devorace**
**21625 Hilliard Blvd**
**ROCKY RIVER, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.1215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 $230.00 |

**2.1215**

Priority creditor's name and mailing address

**Tracy Devries**
**1045 Scribner St**
**Maumee, OH 43537**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$230.00        $230.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1216**

Priority creditor's name and mailing address

**Sanjeev Dewangan**
**2198 Reeves Ave**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$870.00        $870.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1217**

Priority creditor's name and mailing address

**Kimberly DeZellar**
**5837 Glendavon Ct**
**Dublin, OH 43016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$645.00        $645.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1218**

Priority creditor's name and mailing address

**Narinderjit Dhaliwal**
**3286 Darien Lane**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$385.00        $385.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps     Doc 1     FILED 05/07/18     ENTERED 05/07/18 13:30:30     Page 318 of 1944

| 2.1219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |

**Kavitha Dhayananth**
5716 Lakeside Xing
Dublin, OH 43016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
| --- | --- | --- | --- | --- |

**Manjit Dhillon**
26785 Fairmount BLVD
Beachwood, OH 44122

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
| --- | --- | --- | --- | --- |

**Assita Diarra**
656 Riverview Dr Apt B
Columbus, OH 43202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
| --- | --- | --- | --- | --- |

**Amanda DiBenedetto**
2121 Valley View Dr.
Rocky River, OH 44116

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| | **Christopher Dick** | *Check all that apply.* | | |
| | **7155 Hart Str Apartment D25** | ☐ Contingent | | |
| | **Mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| | **Lynn Dickens** | *Check all that apply.* | | |
| | **50 Ambrose Dr.** | ☐ Contingent | | |
| | **Hudson, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
| | **Christopher Dickerson** | *Check all that apply.* | | |
| | **5313 Red Flower Ln.** | ☐ Contingent | | |
| | **South Lebanon, OH 45065** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| | **Kelly Dickerson** | *Check all that apply.* | | |
| | **3001 Ravenna Street** | ☐ Contingent | | |
| | **Hudson, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Micah Dickerson**<br>**5576 Edie Dr**<br>**HILLIARD, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $780.00 | $780.00 |
|---|---|---|---|---|
| | **Shawn Dickess**<br>**8135 San Marco Court**<br>**Cincinnati, OH 45243** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Kim Dickson**<br>**11259 Heritage Dr**<br>**Twinsburg, OH 44087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Nathalie Dickson**<br>**1596 Woodland Ct**<br>**Twinsburg, OH 44087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Madhuri Diddi**
**943 little bear loop**
**lewis center, OH 43035**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Kurt Dieckmann**
**1819 Storrow Drive**
**Lewis Center, OH 43035**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Janice Diederich**
**2324 Croydon Rd**
**Twinsburg, OH 44087**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 | $230.00 |
|---|---|---|---|---|

**Christy Diegel**
**515 Arlene Drive**
**Maumee, OH 43537**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Tona Diehl**
**2919 Legionary Street Unit 303**
**Columbus, OH 43207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Tim Diehr**
**2176 Omaha Place**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Craig Diekmann**
**9578 Graystone Lane**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Jill DIETZ**
**5597 Liberty Rd**
**Bentleyville, OH 44022-3525**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.1239 | | |

Priority creditor's name and mailing address
**Scott DiFranco**
**39147 Johnnycake Ridge Rd**
**Willoughby, OH 44094**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$340.00    $340.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1240 | | |

Priority creditor's name and mailing address
**Vanessa Difranco**
**12345 valley vista drive**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$340.00    $340.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1241 | | |

Priority creditor's name and mailing address
**Dessa DiGeronimo**
**7327 Burntwood Way**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$410.00    $410.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1242 | | |

Priority creditor's name and mailing address
**Angela DiGiacomo**
**7438 Wetherburn Way**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$140.00    $140.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Summer Dilbone**
**1655 Fox Run**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Donna DiLiberto**
**6582 Dellhaven Ave**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Kevin Dilley**
**1660 Mayflower Lane**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**George Dillon**
**6224 Chestnut St.**
**Painesville, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Susan DiMassa**<br>**11293 Abbey Road**<br>**North Royalton, OH 44133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Jennifer DiMuzio**<br>**6399 Deerglen Drive**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Kim DiMuzio**<br>**10407 Oviatt Lane**<br>**Twinsburg, OH 44087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Wendi Dines**<br>**2021 Presidential Pkwy 56**<br>**Twinsburg, OH 44087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Tang Ding**
**6006 Nicholson Dr.**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Tracy Dingrs**
**12220 Huntoon Rd**
**Concord, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Wendy Diotale**
**4432 11th st nw**
**Canton, OH 44708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Teresa DiRenzo**
**6173 Firwood Rd**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.1255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**2.1255** Priority creditor's name and mailing address
**Melissa DiRienzo**
**3719 Kilmuir Drive**
**Columbus, OH 43221**

As of the petition filing date, the claim is: $325.00 $325.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1256** Priority creditor's name and mailing address
**April Dirker**
**2466 Cottager Dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is: $140.00 $140.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1257** Priority creditor's name and mailing address
**Jacqueline Disidoro**
**9987 Parkland Dr.**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is: $385.00 $385.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1258** Priority creditor's name and mailing address
**Sam Dispenza**
**6795 Georgetown Dr**
**Mentor, OH 44060**

As of the petition filing date, the claim is: $455.00 $455.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|
| | **Colleen DiStefano**<br>**13147 Woodcrest Lane**<br>**Chesterland, OH 44026** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|
| | **Mike Dittman**<br>**8893 Pembrooke Street**<br>**Maineville, OH 45039** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|
| | **Stephanie Dittman**<br>**5172 Tallawanda Drive**<br>**Fairfield, OH 45014** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|
| | **Amy DiTullio**<br>**58 Jefferson Drive**<br>**Hudson, OH 44236** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 329 of 1944

| 2.1263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|--------|--|--|--|--|

**Sabrina Dix**
**31698 Sedgefield Oval**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1264 | Priority creditor's name and mailing address | | $325.00 | $325.00 |
|--------|--|--|--|--|

**Wanda Dixon**
**5184 Southminster Road**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1265 | Priority creditor's name and mailing address | | $460.00 | $460.00 |
|--------|--|--|--|--|

**Predrag Djordjevic**
**8231 Ridge Road**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1266 | Priority creditor's name and mailing address | | $505.00 | $505.00 |
|--------|--|--|--|--|

**Quyen Do**
**1600 E 34th Cleveland ohio 44114**
**Cleveland, OH 44114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $435.00 | $435.00 |
|---|---|---|---|---|

**Elizabeth Doan**
**2801 Sulgrave Rd**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $923.20 | $923.20 |
|---|---|---|---|---|

**Ken Dobay**
**1827 Westwood Drive**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $385.00 | $385.00 |
|---|---|---|---|---|

**Anthony Dobbert**
**9419 Grace Dr**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $385.00 | $385.00 |
|---|---|---|---|---|

**Angela Dobbins-Rivera**
**9435 lost pond drive 46d**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.1271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |

**Kelly Dobek**
**700 Jackson Dr**
**Port Clinton, OH 43452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |

**Deb Dobelhoff**
**6200 Margo Lane**
**Cincinnati, OH 45227**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**Stacey Dodgion**
**3880 smiley rd**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |

**Kristi Doerflein**
**3392 Alta Vista Ave.**
**Cincinnati, OH 45211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|--------|------|------|------|------|

**Carol Dolan**
**57 Water Street**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|--------|------|------|------|------|

**Angela Dolney**
**11439 Ravenna road**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|--------|------|------|------|------|

**Monica Dominguez**
**149 napoli ct**
**Fairfield, OH 45014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|--------|------|------|------|------|

**Chad Donahue**
**1520 valerie ave n.e.**
**massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Jeff Donohoe**
**7234 Castle Pine Drive**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Julie Donovan**
**7491 Madeira Pines Dr.**
**Cincinnati, OH 45243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|---|---|---|---|---|

**Jessica Dooley**
**4763 Eastport Drive**
**Kings Mills, OH 45034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Tiffani Dorfmueller**
**8526 Southland Drive**
**Maineville, OH 45039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Julie Dorko**<br>**6354 Brooks Blvd**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|
| | **Kristen Dorony**<br>**828 Norbury Drive**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Allyson Dorsey**<br>**6004 Collins rd**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Samantha Dotson**<br>**112 Cedar Glen**<br>**Chardon, OH 44024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 335 of 1944

| 2.1287 | Priority creditor's name and mailing address<br>**Anne Douglas**<br>**22160 Detroit Rd**<br>**Rocky River, OH 44116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$470.00** | **$470.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1288 | Priority creditor's name and mailing address<br>**Colleen Douglas**<br>**11510 Boxwood Circle**<br>**Chardon, OH 44024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$495.00** | **$495.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1289 | Priority creditor's name and mailing address<br>**Windy Douglas**<br>**2842 Lombardi Ave Sw**<br>**Canton, OH 44706** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00** | **$490.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1290 | Priority creditor's name and mailing address<br>**Molly Douglass**<br>**10249 Mayfield Rd**<br>**Chesterland, OH 44026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$495.00** | **$495.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
| | **Stephanie Dowling** | Check all that apply. | | |
| | **2628 Pickerington Way** | ☐ Contingent | | |
| | **Hudson, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.1292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| | **Derrick Downie** | Check all that apply. | | |
| | **7600 Herrick Park Dr** | ☐ Contingent | | |
| | **Hudson, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.1293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| | **Hugh Downs** | Check all that apply. | | |
| | **9873 Gabriel's Way** | ☐ Contingent | | |
| | **Concord Twp, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.1294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| | **Lisa Downs** | Check all that apply. | | |
| | **2133 Ben Brush Place** | ☐ Contingent | | |
| | **Lewis Center, OH 43035** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 337 of 1944

| 2.1295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Melissa Downs**
**108 North St.**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Lauri Doxsey**
**9719 E. Idlewood Dr.**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Danielle Doyle**
**1651 Ridgewood CT**
**Twinsbuer, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Cheryl Drake**
**4371 County Road 220**
**findlay, OH 45840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.1299 | Priority creditor's name and mailing address<br>**Dana Drayer**<br>**12966 Chillicothe Rd**<br>**Chesterland, OH 44026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is:  $340.00  $340.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1300 | Priority creditor's name and mailing address<br>**Dan Drees**<br>**2542 Arborwood Dr**<br>**Loveland, OH 45140** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$330.00  $330.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1301 | Priority creditor's name and mailing address<br>**Jason Dreier**<br>**1006 Stonyridge Ave**<br>**Troy, OH 45373** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$810.00  $810.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1302 | Priority creditor's name and mailing address<br>**Kurt Drescher**<br>**4867 wiltshire rd**<br>**north royalton, OH 44133** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$460.00  $460.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Michelle Drew**
**107 Western Hill Drive**
**Cleves, OH 45002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Carrie Dreyer**
**7847 Zion Hill Road**
**Cleves, OH 45002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Lauren Drobnjak**
**929 Silverberry Lane**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Vel Drobnjak**
**929 Silverberry Lane**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Connie Drochak**
**166 Lafayette street**
**Elyria, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1308 | Priority creditor's name and mailing address | | $495.00 | $495.00 |
|---|---|---|---|---|

**Juliet Drotleff**
**113 Squires Ln**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1309 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Holly Dryer**
**12895 Greenbrier Dr**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1310 | Priority creditor's name and mailing address | | $435.00 | $435.00 |
|---|---|---|---|---|

**Fei Duan**
**23511 E.Silsby**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.1311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| | **Kimberly Duchon** | Check all that apply. | | |
| | **10010 Ravenna Rd** | ☐ Contingent | | |
| | **Chardon, OH 44024** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | **2017 or 2018** | **trip deposit** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY | ■ No |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes |

| 2.1312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
| | **Laura Duckett** | Check all that apply. | | |
| | **924 Salem ave** | ☐ Contingent | | |
| | **Elyria, OH 44035** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | **2017 or 2018** | **trip deposit** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY | ■ No |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes |

| 2.1313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| | **Michelle Dudas** | Check all that apply. | | |
| | **10164 Chipmunk Ridge Drive** | ☐ Contingent | | |
| | **Concord, OH 44077** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | **2017 or 2018** | **trip deposit** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY | ■ No |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes |

| 2.1314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| | **Michele Duer** | Check all that apply. | | |
| | **228 Wrexham Ave SW** | ☐ Contingent | | |
| | **MASSILLON, OH 44646** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | **2017 or 2018** | **trip deposit** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY | ■ No |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 342 of 1944

| 2.1315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Rebecca Duesenberg**
**19856 Roslyn Drive Rocky River**
**Rocky River, OH 44116**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**David Duesing**
**1208 Waterfront Pl**
**Painesville, OH 44077**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Deborah Duffy**
**1558 Jennifer Drive**
**Twinsburg, OH 44087**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Candace Duke**
**7246 Juler Ave**
**Cincinnati, OH 45243**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **Discovery Tours Inc.** | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

| 2.1319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Jamie Dulcie**
**1646 CARRIAGE HILL AVE NW**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Chris Duliga**
**5688 Abbyshire Dr.**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Chris Duliga**
**5688 Abbyshire Dr.**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Colleen Dumm**
**15065 GAR HWY**
**CHARDON, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Rebecca Duncan**
**23040 Halburton Road**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Charise Dunewood**
**9151 Tahoma Street**
**Columbus, OH 43240**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Lisa Dunlap**
**7320 morley rd 2**
**PAINESVILLE, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Yvonne Dunlap**
**1021 Bayridge Drive**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Anne Dunn**
**7177 Juniperview Lane**
**Cincinnati, OH 45243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Mathew Dunn**
**27853 Edgepark Dr**
**North Olmsted, OH 44070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Aimee Dunphy**
**4475 Hemingway Ct**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Linh Duong**
**35914 Spatterdock Ln**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $645.00 | $645.00 |
|---|---|---|---|---|

**Rebecca Dupaix**
**3406 Waterpoint Dr**
**Columbus, OH 43221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|

**Nicole Durachinsky**
**2365 Woodacre Dr**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $490.00 | $490.00 |
|---|---|---|---|---|

**Michael Durbin**
**4605 12th St NW**
**Canton, OH 44708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $810.00 | $810.00 |
|---|---|---|---|---|

**Steve Durian**
**510 Kitts Hill Ct**
**Centerville, OH 45459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |

**Kathy Duricky**
**9262 Thomas Ct**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |

**Kathy Duricky**
**9262 Thomas Ct**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Michelle Duricky**
**6330 RAMBLEWOOD DR**
**MENTOR, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

**Lisa Durkin**
**1525 Winchell Dr**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | Discovery Tours Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $580.00 | $580.00 |
|---|---|---|---|---|
| | **Laura Durliat**<br>**4369 CR 140**<br>**Findlay, OH 45840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $330.00 | $330.00 |
|---|---|---|---|---|
| | **ELISA Duron**<br>**5216 Ritchey Lane**<br>**SOUTH LEBANON, OH 45065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Lori Dutton**<br>**5968 Hamton Corners North**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $580.00 | $580.00 |
|---|---|---|---|---|
| | **Tonya Dutton**<br>**4127 N Main St**<br>**Findlay, OH 45840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | |
|---|---|---|
| 2.1343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Sastry Duvvuri** | Check all that apply. |
| | **9180 Davis Way** | ☐ Contingent |
| | **Twinsburg, OH 44087** | ☐ Unliquidated |
| | | ☐ Disputed |

As of the petition filing date, the claim is: **$385.00**   **$385.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1344   Priority creditor's name and mailing address

**Bill Dvorak**
**15180 bates creek dr**
**chardon, OH 44024**

As of the petition filing date, the claim is: **$490.00**   **$490.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1345   Priority creditor's name and mailing address

**Elizabeth Dvorscak**
**956 Wilder Ave.**
**Elyria, OH 44035**

As of the petition filing date, the claim is: **$520.00**   **$520.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1346   Priority creditor's name and mailing address

**Christa Dwertman**
**4444 Shire Mill Rd**
**Hilliard, OH 43026**

As of the petition filing date, the claim is: **$325.00**   **$325.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.1347 | Priority creditor's name and mailing address **Catherine Dye 2586 Haines Rd. Madison, OH 44057** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $185.00 | $185.00 |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |
| 2.1348 | Priority creditor's name and mailing address **Catherine Dye 2586 Haines Rd. Madison, OH 44057** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $205.00 | $205.00 |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |
| 2.1349 | Priority creditor's name and mailing address **John Dye 3599 Darby Knolls Blvd Hilliard, OH 43026** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $325.00 | $325.00 |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |
| 2.1350 | Priority creditor's name and mailing address **Robin Dygart 4817 larwell dr columbus, OH 43220** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $695.00 | $695.00 |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Steve Dzanko**
**7477 Harding**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Kristen Dziedziak**
**5286 White Swan Court**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Jaycee Dzugan**
**497 N ASHWOOD LN**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Diane Dzurik**
**17239 Waterbridge Dr**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Holly Dzurko**
**13091 County Line Road**
**Chesterland, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Lyubov Dzyuban**
**11980 Harbour Light Dr.**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Rachel Lang Eader**
**730 E. Columbus Ave**
**Bellefontaine, OH 43311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Aimie Earle**
**4866 3rd Street N.W.**
**Canton, OH 44708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|---|---|---|---|---|

**Adam Earnest**
**6218 Ambleside Drive Apt. B**
**Columbus, OH 43229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Amy Eberlein**
**21891 Avalon Drive**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Katherine Eberlein**
**310 Argyle Rd**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Katie Eckles**
**7368 button road**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Brian Eckliff**
**504 Beechwood lane**
**painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Denise Eckman**
**21199 Kenwood Avenue**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Christy Eckstein**
**815 Claycross Court**
**Galloway, OH 43119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**David Eddy**
**19781 Westover Ave**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|--------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Diana Edgar**
**7901 Crescent Drive**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Jennifer Edgell**
**9399 Kellogg Creek Dr**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|--------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Jenn Edger**
**1329 Lee Rd.**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|--------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Jenn Edger**
**1329 Lee Rd.**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1371 | Priority creditor's name and mailing address<br><br>**Josh Edmonds**<br>**8393 Cedar Rd**<br>**Chesterland, OH 44026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$340.00** | **$340.00** |
|--------|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1372 | Priority creditor's name and mailing address<br><br>**Jennifer Edwards**<br>**8206 Baythorne Dr.**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$455.00** | **$455.00** |
|--------|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1373 | Priority creditor's name and mailing address<br><br>**Jill Edwards**<br>**6701 spicewood Ct**<br>**columbus, OH 43228** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00** | **$325.00** |
|--------|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1374 | Priority creditor's name and mailing address<br><br>**Laura Edwards**<br>**2699 Stone Mill Way**<br>**Hamilton, OH 45011** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$635.00** | **$635.00** |
|--------|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.1375 | Priority creditor's name and mailing address<br>**Nicole Edwards**<br>**10365 Penniman Dr**<br>**Chardon, OH 44024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00**  **$490.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1376 | Priority creditor's name and mailing address<br>**Amy Eells**<br>**5621 Abbyshire Dr**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140.00**  **$140.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1377 | Priority creditor's name and mailing address<br>**Kristin Egan**<br>**16233 Waterford Dr.**<br>**North Royalton, OH 44133** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$460.00**  **$460.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1378 | Priority creditor's name and mailing address<br>**Maria Eggert**<br>**9973 Lynn Dr**<br>**North Royalton, OH 44133** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$460.00**  **$460.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 2.1379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**ALAN EGOLF**
**6296 CORLEY DR**
**DUBLIN, OH 43016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1380 | Priority creditor's name and mailing address | | $455.00 | $455.00 |
|---|---|---|---|---|

**Lori Ehinger**
**7391 Briarwood Dr.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1381 | Priority creditor's name and mailing address | | $870.00 | $870.00 |
|---|---|---|---|---|

**Terri Ehrie**
**7755 Orange Station Loop**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1382 | Priority creditor's name and mailing address | | $750.00 | $750.00 |
|---|---|---|---|---|

**Janice Eichelberger**
**3286 Triplecrown**
**North Bend, OH 45052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Kevin Eichelberger**
**13004 Mason Road**
**Vermilion, OH 44089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Kristen Eickert**
**4325 e laurel ridge drive 43452**
**port clinton, OH 43452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Lisa Eickman**
**2411 New Castle Dr**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Rachel Eiding**
**7985 Brichford Rd**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|---|---|---|---|---|

**Courtney Eisel**
**585 salisbury rd**
**Columbus, OH 43204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|---|---|---|---|---|

**Jennifer Elam**
**1249 Harkers Run**
**Maineville, OH 45039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|---|---|---|---|---|

**Hollie Elam-LaMar**
**5831 Coldcreek Dr**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Wally Elayan**
**10983 Spear rd**
**Concord, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**George Elbel**
**6414 Glenallen Ave**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Charlotte Elconin**
**75 Grey Fox Run**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Reem Elgemiey**
**481 Wilmington drive**
**Broadview Heights, OH**
**44147-4405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Jennifer Elias**
**2640 Myrick Lane**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
| --- | --- | --- | --- | --- |
| | **Ashley Elleman**<br>**177 a mckeestown rd**<br>**bellefontaine, OH 43311** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
| --- | --- | --- | --- | --- |
| | **Dustin Ellenberger**<br>**7565 Highgate Drive**<br>**Hudson, OH 44236** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| --- | --- | --- | --- | --- |
| | **Tess Ellenberger**<br>**7565 Highgate Drive**<br>**Hudson, OH 44236** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |
| | **Chris Elliott**<br>**4839 Glenhurst St SW**<br>**Canton, OH 44706** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Name

| 2.1399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Janet Elliott**
**7686 Oxgate Ct**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1400  Priority creditor's name and mailing address

**Janet Elliott**
**7686 oxgate ct**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$410.00     $410.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1401  Priority creditor's name and mailing address

**Shana Elliott**
**3017 Seeger Street**
**Columbus, OH 43228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$325.00     $325.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1402  Priority creditor's name and mailing address

**Shanna Elliott**
**2486 Thornhill Dr**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$810.00     $810.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Tara Elliott**
**161 Mt.Marie Ave. NW**
**Canton, OH 44708**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.1404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Theresa Elliott-Bryant**
**10514 Old State Road**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.1405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Jennifer Ellis**
**14714 Darrow Road**
**Vermilion, OH 44089**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.1406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Lisa Ellis**
**1970 Masters Point Circle SE**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

| 2.1407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Mario Ellis**
**6155 Loch Lomond Ct.**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1408 | Priority creditor's name and mailing address | | $325.00 | $325.00 |
|---|---|---|---|---|

**KIMBERLY ELLISON**
**2863 Quailview Ln**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1409 | Priority creditor's name and mailing address | | $505.00 | $505.00 |
|---|---|---|---|---|

**Renee Ellman**
**6529 Copley Ave.**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1410 | Priority creditor's name and mailing address | | $505.00 | $505.00 |
|---|---|---|---|---|

**Renee Ellman**
**6529 Copley Ave.**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.1411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |

| | |
|---|---|
| 2.1411 | Priority creditor's name and mailing address<br>**Melissa Ellsworth**<br>**2768 Kingsbury Dr.**<br>**Rocky River, OH 44116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$470.00** | **$470.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.1412 | Priority creditor's name and mailing address<br>**Christi Elly**<br>**640 Lanark Lane**<br>**Painesville, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$520.00** | **$520.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.1413 | Priority creditor's name and mailing address<br>**Theresa Elmajdoubi**<br>**5697 Pleasant Hill Drive**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00** | **$325.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.1414 | Priority creditor's name and mailing address<br>**Carmel Elmer**<br>**4425 Huntwicke Dr.**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00** | **$325.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $645.00 | $645.00 |
|---|---|---|---|---|

**Daren Elosh**
**3232 Benbrook Pond Dr.**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**John Elseser**
**8003 Dovegate Circle**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $465.00 | $465.00 |
|---|---|---|---|---|

**Elizabeth Embrescia**
**484 Laurelbrook Drive**
**Chagrin Falls, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|

**Michael Emch**
**740 Newport Lane Apt 107**
**Streetsboro, OH 44241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $500.00 | $500.00 |
|---|---|---|---|---|

**Erin Emerich**
**10949 Oberlin Rd**
**Oberlin, OH 44074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $490.00 | $490.00 |
|---|---|---|---|---|

**Carrie Emerick**
**1244 Fairlane Ave SW**
**Canton, OH 44710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $580.00 | $580.00 |
|---|---|---|---|---|

**Daniel Emerine**
**7630 Westwood Road**
**Findlay, OH 45840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $165.00 | $165.00 |
|---|---|---|---|---|

**Jessica Emerson**
**1212 Arapaho Dr.**
**Morrow, OH 45152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**ALISHA EMMERT**
**3968 Clayford dr**
**columbus, OH 43204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**Christopher Endl**
**4606 crystal clear dr**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |

**Jewel Engle**
**740 Timberview Dr**
**Findlay, OH 45840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Chris English**
**7628 Mountain Park Drive**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.1427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

| 2.1427 | Priority creditor's name and mailing address<br>**Kathy English**<br>**4812 Vinson Court**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $325.00 | $325.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.1428 | Priority creditor's name and mailing address<br>**Molly English**<br>**4139 Duffy Ct**<br>**Fairfield Twp, OH 45011** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $635.00 | $635.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.1429 | Priority creditor's name and mailing address<br>**Hope Engroff**<br>**812 Heritage Court #21**<br>**Bellefontaine, OH 43311** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $675.00 | $675.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.1430 | Priority creditor's name and mailing address<br>**Lisa Enneking**<br>**3272 Benbrook Pond Dr**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $645.00 | $645.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|--------|--------|--------|--------|--------|

**Sheila Enneking**
**2882 Red Oak Circle**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|--------|--------|--------|--------|--------|

**Sheila Enneking**
**2882 Red Oak Circle**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|--------|--------|--------|--------|

**Diane Ensinger-Trottnow**
**10272 Foxwood Drive**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|--------|--------|--------|--------|

**Jenea Epstein**
**6473 Elmwood Road**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Raquel Erb**
**12185 Parker Drive**
**Chesterland, OH 44026-1912**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Tom Erdy**
**4248 Wayne St**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Angie Erhard**
**977 Master Dr**
**Galloway, OH 43119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Kelly Erickson**
**891 shady lane**
**Fairfield, OH 45014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**VESNA ERNJAKOVIC**
**3596 Mercury Dr.**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Heather Erwin**
**809 Thorncrest Ct**
**Galloway, OH 43119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Karrie Erwin**
**8900 PENFIELD WAY**
**MAINEIVILLE, OH 45039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Kelli Eschbach**
**1296 Avalon Dr**
**MAINEVILLE, OH 45039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|--------|---|---|---|---|

**Lisa Eschbacher**
**3244 Brendan Drive**
**Columbus, OH 43221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|---|---|---|---|

**Matthew Eschenauer**
**928 Howard Drive**
**Vermilion, OH 44089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|--------|---|---|---|---|

**Deborah Escobar**
**5925 Beaty Lane**
**Hamilton, OH 45011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|--------|---|---|---|---|

**Tom Eshelman**
**6323 keller Dr S.W.**
**Canton, OH 44706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| | | |
|---|---|---|
| 2.1447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.1447** Priority creditor's name and mailing address

**Sara Eskins**
**8540 Mansion Blvd**
**Mentor, OH 44060**

As of the petition filing date, the claim is: **$455.00** **$455.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1448** Priority creditor's name and mailing address

**Lisa Eslinger**
**4604 farley dr**
**mentor, OH 44060**

As of the petition filing date, the claim is: **$455.00** **$455.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1449** Priority creditor's name and mailing address

**Teresa Ess**
**2217 11th Street**
**Cuyahoga Falls, OH 44221**

As of the petition filing date, the claim is: **$140.00** **$140.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1450** Priority creditor's name and mailing address

**Kristine Essinger**
**950 Bayberry str nw**
**Massillon, OH 44646**

As of the petition filing date, the claim is: **$490.00** **$490.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Kristine Essinger**
**950 Bayberry str nw**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Cathy Estes**
**1417 Barberry Court**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Sheila Etmans**
**275 Sycamore LN apt 146**
**South Lebanon, OH 45065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Cole Ettinger**
**103 Lakeview Ln**
**Chagrin Falls, OH 44022-4229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 377 of 1944

| 2.1455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Stephanni Eubanks**
**712 perry dr nw**
**canton, OH 44708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1456 | Priority creditor's name and mailing address | | $455.00 | $455.00 |

**Dawn Eustache**
**7265 Butternut Lane**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1457 | Priority creditor's name and mailing address | | $495.00 | $495.00 |

**Nellie Evan**
**14833 Overlook Drive**
**Newbury, OH 44065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1458 | Priority creditor's name and mailing address | | $490.00 | $490.00 |

**Nellie Evan**
**14833 Overlook Drive**
**Newbury, OH 44065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.00 | $520.00 |
| --- | --- | --- | --- | --- |
| | **Sarah Evangelista** **11731 Jennifer Court** **Painesville, OH 44077** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |
| | **Chelsy Evans** **735 Sawmill TRI NE** **Massillon, OH 44646** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.00 | $675.00 |
| --- | --- | --- | --- | --- |
| | **Christina Evans** **625 DushaneDr** **Bellefontaine, OH 43311** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |
| | **Dawn Evans** **6792 Perennial Lanr** **Mentor, OH 44060** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |

**Jeff Evans**
**3201 Grand Falls Blvd.**
**Maineville, OH 45039**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |

**Jennifer Evans**
**254 Woodiebrook Rd.**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

**Kristen Evans**
**2272 Herrick Circle**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |

**Megan Evans**
**203 E Weber Road**
**Columbus, OH 43202**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1467 | Priority creditor's name and mailing address<br>**Michelle Evans**<br>**7543 Woodland Ave.**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140.00** | **$140.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1468 | Priority creditor's name and mailing address<br>**Michelle Evans**<br>**7543 Woodland Ave.**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$410.00** | **$410.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1469 | Priority creditor's name and mailing address<br>**Sheri Evans**<br>**921 Livermore Lane**<br>**Elyria, OH 44035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$520.00** | **$520.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1470 | Priority creditor's name and mailing address<br>**Alex Evdokimenko**<br>**5625 Janet Blvd.**<br>**Solon, OH 44139** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$505.00** | **$505.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Jonetta Eversole**
**3759 Treadway Trail**
**Hamilton, OH 45011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1472 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Amy Eves**
**105 Tilden Ave**
**CHARDON, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1473 | Priority creditor's name and mailing address | | $385.00 | $385.00 |
|---|---|---|---|---|

**Cheri Eyink**
**9124 CHAMBERLIN RD**
**TWINSBURG, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1474 | Priority creditor's name and mailing address | | $495.00 | $495.00 |
|---|---|---|---|---|

**Jill Faber**
**105 Middle Post Pointe**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|--------|---|---|---|---|

**Gina Fabregas**
**3706 Shattuck Ave**
**Columbus, OH 43220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|--------|---|---|---|---|

**Hudson Fagan**
**6092 Nicholson Dr**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|--------|---|---|---|---|

**Sarah Fahrni**
**300 Wrexham Ave SW**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|--------|---|---|---|---|

**Scott Faini**
**2830 Myrick Lane**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**Diana Fair**
**5648 Van Wert Dr**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Keith Fair**
**8329 edgewood rd**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Nick Fairbanks**
**975 outrigger cove**
**painesville, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Travis Fankhauser**
**6000 Buckboard Lane**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Colleen Fantini**
**8878 Pembrooke St.**
**Maineville, OH 45039**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.1484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**James Farabaugh**
**4758 Drayton Rd.**
**Hilliard, OH 43026**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.1485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Mary Farley**
**264 Cheshire Road**
**Hudson, OH 44236**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.1486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Mary Farley**
**264 Cheshire Road**
**Hudson, OH 44236**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

| 2.1487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |

**Michelle Farley**
**5699 Grovewood Dr**
**Mentor, OH 44060-2056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
| --- | --- | --- | --- | --- |

**Lisa Farmer**
**3220 Sulgrave Rd**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
| --- | --- | --- | --- | --- |

**Kristin Farrell**
**6720 Eleck Place**
**Cincinnati, OH 45243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
| --- | --- | --- | --- | --- |

**Erick Farrier**
**480 N.Dorset Rd**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.00 | $810.00 |
|---|---|---|---|---|
| | **Erick Farrier** **480 N.Dorset Rd** **Troy, OH 45373** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Kris Farrow** **11828 Auburn Rd** **Chardon, OH 44024** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $505.00 | $505.00 |
|---|---|---|---|---|
| | **Jennifer Farthing** **30700 Miles Road** **Solon, OH 44139** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Jill Fate** **2415 Pleasant Colony Dr** **Lewis Center, OH 43035** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Vicki Fatur**
**108 Middle Post Pt**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Laura Faust**
**5750 Nicholson Dr.**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Lori Fauver**
**7397 Hudson park drive**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Yetunde Fawole**
**8550 Clover Glade drive**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$165.00** | **$165.00** |
|---|---|---|---|---|

**Darren Fay**
**1105 Ascot Drive**
**Maineville, OH 45039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$495.00** | **$495.00** |
|---|---|---|---|---|

**Jenny Fay**
**10478 Wilson Mills Road**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$460.00** | **$460.00** |
|---|---|---|---|---|

**Alissa Fazio**
**12761 North Star Dr.**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$325.00** | **$325.00** |
|---|---|---|---|---|

**Jessica Feal**
**8825 Canoe Dr.**
**Galloway, OH 43119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |

**Lorie Fearing**
**3106 Gilridge Drive**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $580.00 | $580.00 |

**Kimberly Feasel**
**841 Bright Rd.**
**Findlay, OH 45840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 | $810.00 |

**Lance Fecher**
**1840 quail nest ct**
**troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 | $810.00 |

**Lance Fecher**
**1840 quail nest ct**
**troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**Todd Fecto**
**1500 Rolling Meadows Dr.**
**Vermilion, OH 44089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |

**Maria Federico**
**8403 Chagrin Mills Rd**
**Novelty, OH 44072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Michelle Federico**
**7859 Champaign Dr**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |

**Margaret Fedio**
**7954 Holderman St.**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Robert Fedorko**
**1682 E Sapphire Dr**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Gary Fee**
**7980 stoneybrook**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Matt Fehr**
**8526 Honor Ct**
**Galloway, OH 43119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Brian Fehrenbach**
**19945 Laurel Ave.**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.00 | $435.00 |
|---|---|---|---|---|

**Qing Fei**
**27030 Cedar Road Apt.420**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635.00 | $635.00 |
|---|---|---|---|---|

**Jeffrey Feiler**
**4828 McGreevy Drive**
**Fairfield, OH 45014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.00 | $495.00 |
|---|---|---|---|---|

**Matthew Fein**
**1312 Shawnee Dr**
**Morrow, OH 45152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 | $140.00 |
|---|---|---|---|---|

**Barbara Feisthamel**
**1748 E Sapphire Dr**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

18-12734-jps   Doc 1   FILED 05/07/18   ENTERED 05/07/18 13:30:30   Page 393 of 1944

| 2.1519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |

**2.1519**

Priority creditor's name and mailing address
**Ryan Felchlin**
**2291 Omaha Pl.**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$870.00    $870.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1520**

Priority creditor's name and mailing address
**Beth Felger**
**11140 Courtney Ct.**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$495.00    $495.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1521**

Priority creditor's name and mailing address
**Kelly Feller**
**215 canfield drive**
**chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$490.00    $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1522**

Priority creditor's name and mailing address
**Christina Fellows**
**7416 Sherwood Dr**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00    $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Angie Fenstermaker**
**12528 TR 114**
**Van Buren, OH 45889**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Angie Fenstermaker**
**12528 TR 114**
**Van Buren, OH 45889**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Melissa Ferchill**
**21017 Aberdeen Rd Rocky River**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Heather Ferencie**
**34731 PETTIBONE RD**
**SOLON, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Leigh Ann Ferguson**
**83 West Belmeadow Lane**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Wanda Ferguson**
**145 Edgefield Dr.**
**Cleves, OH 45002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Brunilda Ferko**
**5478 pearson court**
**hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Adelia Fernandes**
**36965 Valley Forge Dr**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.1531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**2.1531**

Priority creditor's name and mailing address

**Rudolph Fernandes**
**283 meadow view drive 283**
**Powell, OH 43065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$870.00    $870.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1532**

Priority creditor's name and mailing address

**Cathy Fernandez**
**65 CLAYTON CT**
**HUDSON, OH 44236-4728**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$140.00    $140.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1533**

Priority creditor's name and mailing address

**Amy Ferrell**
**11421 Labrador Lane**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$185.00    $185.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1534**

Priority creditor's name and mailing address

**Amy Ferrell**
**11421 Labrador Lane**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$205.00    $205.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $505.00 | $505.00 |
|---|---|---|---|---|

**Heather Ferris**
**5869 Briarhill Dr**
**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Tonya Ferritto**
**7960 Newell Creek Drive**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $780.00 | $780.00 |
|---|---|---|---|---|

**Bradley Fertig**
**7280 thomas dr**
**Cincinnati, OH 45243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 | $495.00 |
|---|---|---|---|---|

**Julie Fetchik**
**12155 Arbrowood Way**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Julie Fetchik**
**12155 Arbrowood Way**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Erin Fetzer**
**3152 BENBROOK POND DR**
**HILLIARD, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Lisa Feucht**
**14 W Bel Meadow Lane**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Lisa Feucht**
**14 W Bel Meadow Lane**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 399 of 1944

| | | |
|---|---|---|
| 2.1543 | Priority creditor's name and mailing address<br>**Lisa Feucht**<br>**14 W Bel Meadow Lane**<br>**Chagrin Falls, OH 44022** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$465.00 $465.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1544 | Priority creditor's name and mailing address<br>**Brenda Feudo**<br>**6269 N. Huntington Dr.**<br>**Solon, OH 44139** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$505.00 $505.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1545 | Priority creditor's name and mailing address<br>**James Field**<br>**1445 White Ash Drive**<br>**Painesville, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$520.00 $520.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1546 | Priority creditor's name and mailing address<br>**Ossian Field**<br>**18055 Kenston lake dr**<br>**Chagrin falls, OH 44023** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$465.00 $465.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Calvinia Fields**
**27150 Tinkers Valley Drive**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Shawn Fields**
**P.O. Box 952**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Scott Fierman**
**109 waverly lane**
**south russell, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Alexander Figurov**
**3015 Highpoint Dr**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $460.00 | $460.00 |
|---|---|---|---|---|

**Kathleen Filippelli**
**10002 Sweetleaf Lane**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $495.00 | $495.00 |
|---|---|---|---|---|

**Melissa Fink**
**10760 Nollwood Dr**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $490.00 | $490.00 |
|---|---|---|---|---|

**Melissa Fink**
**10760 Nollwood Dr**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $870.00 | $870.00 |
|---|---|---|---|---|

**Jason Finneran**
**9003 newmills ln**
**Lewis center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Diane Finnerty**<br>**226 Turner Drive**<br>**Chardon, OH 44024** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|
| | **Scott Finney**<br>**6192 Durban Drive**<br>**Galloway, OH 43119** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Eric Finnicum**<br>**1042 Pheasant Grove**<br>**Massillion, OH 44646** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Renee Finucan**<br>**8960 Perkins Dr**<br>**Mentor, OH 44060** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 403 of 1944

| 2.1559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
| --- | --- | --- | --- | --- |
| | **Cherese Fiorina** | Check all that apply. | | |
| | **34725 Sherbrook Park Dr. Solon** | ☐ Contingent | | |
| | **Solon, OH 44139** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.1560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |
| | **DAN FIORTA** | Check all that apply. | | |
| | **8251 JohnnyCake Ridge Rd** | ☐ Contingent | | |
| | **Mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.1561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
| --- | --- | --- | --- | --- |
| | **Suzette Firehammer** | Check all that apply. | | |
| | **98 Hall Street** | ☐ Contingent | | |
| | **Chagrin Falls, OH 44022** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.1562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
| --- | --- | --- | --- | --- |
| | **Allison Fischer** | Check all that apply. | | |
| | **7220 Cardinal Lane** | ☐ Contingent | | |
| | **Chagrin Falls, OH 44022** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 404 of 1944

| 2.1563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |

Check all that apply.

**Carol Fischer**
**8849 Honey Ash Rd**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |

Check all that apply.

**KIMBERLY FISCHER**
**328 e pike st**
**south lebanon, OH 45065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

Check all that apply.

**Rachel Fischione**
**6773 WATERFORD LN**
**MENTOR, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

Check all that apply.

**Amy Fisher**
**144 Fairlawn ave. S.W.**
**Massillon, OH 44646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Dean Fisher**
**219 Walnut Street**
**Port Clinton, OH 43452**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Jennifer Fisher**
**5636 Londonairy Blvd**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Quentin Fisher**
**11840 Stonegate Drive**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Samantha Fisher**
**5891 Briarhill Dr.**
**Solon, OH 44139**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.1571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|---------|
| | **Danielle Fishleigh**<br>**6061 Maplewood Rd**<br>**MENTOR ON LK, OH 44060** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|---------|
| | **Meghan Fiske**<br>**6858 Beacon Dr. Apt 71-A**<br>**Mentor, OH 44060** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|---------|
| | **Crystal Fitch**<br>**475 N DORSET Rd**<br>**Troy, OH 45373** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|---------|
| | **Rebecca Fitz**<br>**2110 Samson Circle**<br>**Hudson, OH 44236** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $165.00 | $165.00 |
|---|---|---|---|---|
| | **Laurie Flagel**<br>**9727 Country Trail**<br>**Loveland, OH 45140** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $780.00 | $780.00 |
|---|---|---|---|---|
| | **Chris Flanagan**<br>**8135 Oakbrook Court**<br>**Cincinnati, OH 45243** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $635.00 | $635.00 |
|---|---|---|---|---|
| | **Marsha Fledderjohn**<br>**2845 Saturn Dr**<br>**Fairfield, OH 45014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $340.00 | $340.00 |
|---|---|---|---|---|
| | **Nicole Flesher**<br>**1771 SOM Center rd**<br>**Gates Mills, OH 44040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Suzanne Fletcher**
**13777 Marlin dr**
**hambden, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1580 | Priority creditor's name and mailing address | | $495.00 | $495.00 |
|---|---|---|---|---|

**Shanna Flick**
**9244 Ravenna Rd.**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1581 | Priority creditor's name and mailing address | | $385.00 | $385.00 |
|---|---|---|---|---|

**Julie Flinchbaugh**
**9709 FIrelands Drive**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1582 | Priority creditor's name and mailing address | | $325.00 | $325.00 |
|---|---|---|---|---|

**Sheila Flores**
**5762 Glendavon Place**
**Dublin, OH 43016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $780.00 | $780.00 |
|---|---|---|---|---|

**Tieraney Flores**
**7450 S. Timberlane Dr.**
**Cincinnati, OH 45243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $460.00 | $460.00 |
|---|---|---|---|---|

**Dawn Florio**
**8136 Maplegrove Avenue**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $385.00 | $385.00 |
|---|---|---|---|---|

**Heather Floro**
**9354 Ashcroft Lane**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $780.00 | $780.00 |
|---|---|---|---|---|

**Daniel Flottemesch**
**7812 Buckeye Crescent**
**Cincinnati, OH 45243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.1587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Gregg Flowers**
**1770 Pinecone Ct**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Sheila Floyd**
**9403 Hyde Park dr**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Charesia Foley**
**5985 Kingslake Drive**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Kara Folkerth**
**321 Glenwood Ave Kara**
**Piqua, OH 45356**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |

**Tracy Fondale**
**4001 Wallings Road**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
| --- | --- | --- | --- | --- |

**Michelle Fontalbert**
**595 Hedgebrooke Ave. Unit D**
**Columbus, OH 43214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
| --- | --- | --- | --- | --- |

**Bonnie Forbes**
**7774 CHANCE DR**
**CLEVES, OH 45002-8615**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |

**Sharon Forchione**
**921 Bayberry St. N.W.**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Connie Ford**
**1970 Kirtstone Terrace**
**Painesville, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Diane Ford**
**9550 Grantham lane**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Laura Ford**
**150 E Forest Ave**
**South Lebanon, OH 45065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Susan Ford**
**6626 Hopkins rd**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.1599 | Priority creditor's name and mailing address<br>**Mark Forker**<br>**224 N. Hambden St.**<br>**Chardon, OH 44024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$495.00** **$495.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1600 | Priority creditor's name and mailing address<br>**Beth Forst**<br>**1778 East Sapphire Dr**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140.00** **$140.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1601 | Priority creditor's name and mailing address<br>**Brooke Forsyth**<br>**1410 Hollow Tree Drive**<br>**Findlay, OH 45840** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$580.00** **$580.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1602 | Priority creditor's name and mailing address<br>**Amy Foster**<br>**9672 OLD STATE RD**<br>**CHARDON, OH 44024-9260** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$495.00** **$495.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 | $810.00 |

**Bridgette Foster**
**608 Scott Street**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |

**Chris Foster**
**9453 Whalers Cove**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 | $810.00 |

**Sara Foster**
**1380 Sterling Dr**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.00 | $165.00 |

**Tammy Fouts**
**284 Ilene Avenue**
**South Lebanon, OH 45065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Allison Fowler**
**14793 Thornton Dr.**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Alyson Fowler**
**7926 Deerhurst Place**
**Maineville, OH 45039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Bryan Fowler**
**3162 Rowmont Ave SW**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Amanda Fox**
**10750 Ellison creek dr**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Jennifer Fox**
**7627 Buchanan Court**
**Mentor, OH 44060**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |

**Marlinda Fox**
**202 Edgefield Dr.**
**Cleves, OH 45002**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**Theresa Frabotta**
**1160 Fireside Trail**
**Broadview Heights, OH 44147**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 | $230.00 |

**Cassandra Fraker**
**2227 Greenrose Court**
**Toledo, OH 43614**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.1615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Kathryn Francis**
**11560 Twin Oaks Trail**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Courtney Franco**
**3 Stratford rd**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Vincenzo Franco**
**293 W Prospect St None**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Delphine Francois**
**18771 e shoreland av**
**rocky river, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.1619 | Priority creditor's name and mailing address<br>**Lisa Frank**<br>**838 Eddy Court**<br>**Galloway, OH 43119** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00** **$325.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.1620 | Priority creditor's name and mailing address<br>**Monica Frank**<br>**298 east college street**<br>**Oberlin, OH 44074** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** **$500.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.1621 | Priority creditor's name and mailing address<br>**Patty Frank**<br>**89 Stratford Road**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140.00** **$140.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.1622 | Priority creditor's name and mailing address<br>**Susan E Frank**<br>**15765 North Ridge Drive**<br>**Novelty, OH 44072** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$465.00** **$465.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| 2.1623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.1623** Priority creditor's name and mailing address

**Wendy Frankmann**
**12727 Barfield Drive**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$340.00     $340.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1624** Priority creditor's name and mailing address

**Brian Frantz**
**1459 Greenfield Lane**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$520.00     $520.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1625** Priority creditor's name and mailing address

**Rachel Franz**
**5456 Port Chester Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$410.00     $410.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1626** Priority creditor's name and mailing address

**Kim Fraser**
**9500 Graystone Lane**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00     $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Name

| 2.1627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Amy Frazer**<br>**8718 prairie frost lane**<br>**Lewis Center, OH 43035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $505.00 | $505.00 |
|---|---|---|---|---|
| | **Al Frazier**<br>**14508 Alder ave**<br>**East Cleveland, OH 44112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $500.00 | $500.00 |
|---|---|---|---|---|
| | **Jenna Frazier**<br>**15507 Hallauer Rd**<br>**Oberlin, OH 44074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $695.00 | $695.00 |
|---|---|---|---|---|
| | **Mary Frazier**<br>**3507 Beulah Road**<br>**Columbus, OH 43224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1631 | Priority creditor's name and mailing address<br>**Heidi Freas**<br>**318 west LORAIN street**<br>**Oberlin, OH 44074** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500.00 | $500.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1632 | Priority creditor's name and mailing address<br>**Heidi Freas**<br>**318 west LORAIN street**<br>**Oberlin, OH 44074** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500.00 | $500.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1633 | Priority creditor's name and mailing address<br>**Karen Frecker**<br>**4143 Spring Mill Way**<br>**Maineville, OH 45039** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $330.00 | $330.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1634 | Priority creditor's name and mailing address<br>**Christina Frederick**<br>**15775 Brookview Trail**<br>**Findlay, OH 45840** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $580.00 | $580.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 422 of 1944

| 2.1635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Chris Freeman**
**P.O. Box 263**
**twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Debbie Freeman**
**236 Northfield dr**
**elyria, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 | $230.00 |
|---|---|---|---|---|

**Kelly Freeman**
**1221 Shaker Dr**
**Maumee, OH 43537**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Sharon Freeman**
**2789 southside dr.**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 | $810.00 |
|---|---|---|---|---|

**Sharon Freeman**
**2789 southside dr.**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $505.00 | $505.00 |
|---|---|---|---|---|

**Tonya Freeman**
**5115 Cheswick Drive**
**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**John Freese**
**5824 Heirship Court**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.00 | $490.00 |
|---|---|---|---|---|

**Angela Frentzel**
**1634 Miles Ave NW**
**Canton, OH 44708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

18-12734-jps     Doc 1     FILED 05/07/18     ENTERED 05/07/18 13:30:30     Page 424 of 1944

| 2.1643 | Priority creditor's name and mailing address<br>**Dan Frey**<br>**13206 State Route 613**<br>**Van Buren, OH 45889** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$580.00** | **$580.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1644 | Priority creditor's name and mailing address<br>**Kimberly Frias**<br>**431 W. 3rd St.**<br>**Port Clinton, OH 43452** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$440.00** | **$440.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1645 | Priority creditor's name and mailing address<br>**Kelly Fricano**<br>**223 Elmwood Road**<br>**Rocky River, OH 44116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$470.00** | **$470.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1646 | Priority creditor's name and mailing address<br>**Todd Friedberg**<br>**4551 Glenmawr Ave**<br>**Columbus, OH 43224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$695.00** | **$695.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | |
|---|---|---|
| 2.1647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Kristy Frieden**
**14970 Crimson King Trail**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$495.00** **$495.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1648 | Priority creditor's name and mailing address | |

**Becky Frim**
**8931 Stillwater Drive**
**Galloway, OH 43119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$325.00** **$325.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1649 | Priority creditor's name and mailing address | |

**Jennifer Frimel**
**9070 Arden Drive**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$455.00** **$455.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1650 | Priority creditor's name and mailing address | |

**Colleen Fritz**
**30 skyline drive**
**chagrin falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$465.00** **$465.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 | $230.00 |
| --- | --- | --- | --- | --- |

**Kristen Fritz**
**723 Inwood Pl**
**Maumee, OH 43537**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
| --- | --- | --- | --- | --- |

**Shannon Fritz**
**58 East Washington Street**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
| --- | --- | --- | --- | --- |

**Shelly Fritz**
**431 Parklawn Drive**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
| --- | --- | --- | --- | --- |

**Andrea Froah**
**4942 Whispering Creek Court**
**Maineville, OH 45039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|

**Todd Frohnapfel**
**109 Overlook rd**
**Painesville, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Shon Frost**
**846 Madter Drive**
**Galloway, OH 43119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $470.00 | $470.00 |
|---|---|---|---|---|

**Susan Frost**
**20032 frazier dr**
**rocky river, OH 44116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $385.00 | $385.00 |
|---|---|---|---|---|

**Kathlene Fruscella**
**10236 Belmeadow Drive**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|--------|-------|-------|-------|-------|

**Lance Fry**
**40125 Bainbridge Rd.**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|-------|-------|-------|-------|

**Kelly Fryan**
**7197 CHILLICOTHE RD**
**MENTOR, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|--------|-------|-------|-------|-------|

**Lisa Fuentes**
**9463 Lister Ln**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|--------|-------|-------|-------|-------|

**Migiwa Fujita**
**1335 Trade winds Dr #205**
**Columbus, OH 43204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Amiee Fulker**
**135 S. Oxford St.**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Jenny Fullum**
**11575 Hosford Road**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Jenny Fullum**
**11575 Hosford Road**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Pamela Fulmer**
**769 Township Road 190 W**
**Bellefontaine, OH 43311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |
| | **Lisa Fulton**<br>**490 Crickett Rd**<br>**Chardon, OH 44024** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| --- | --- | --- | --- | --- |
| | **Serena Funai**<br>**8959 Holquest Drive**<br>**Lewis Center, OH 43035** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| --- | --- | --- | --- | --- |
| | **Robert Funk**<br>**7733 Salem Drive**<br>**Hudson, OH 44236** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |
| | **Brandy Funni**<br>**10024 Delsy Dr**<br>**North Royalton, OH 44133** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Lee Furbeck**
**9256 West Hampton Drive**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1672 | Priority creditor's name and mailing address | | $520.00 | $520.00 |
|---|---|---|---|---|

**Desiree Furcron**
**128 Louisiana ave**
**Elyria, OH 44035**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1673 | Priority creditor's name and mailing address | | $495.00 | $495.00 |
|---|---|---|---|---|

**Susan Gabanic**
**9962 High Country Drive**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1674 | Priority creditor's name and mailing address | | $340.00 | $340.00 |
|---|---|---|---|---|

**Erin Gabay**
**5880 Deepwood Trail**
**Solon, OH 44139**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.1675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Julie Gable**
**7700 Mary Lane**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1676 | Priority creditor's name and mailing address | | $645.00 | $645.00 |
|---|---|---|---|---|

**Mary Gadd**
**2368 Limestone Way**
**Columbus, OH 43228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1677 | Priority creditor's name and mailing address | | $500.00 | $500.00 |
|---|---|---|---|---|

**Meredith GadsbyPeterson**
**283 Morgan Street**
**OBERLIN, OH 44074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1678 | Priority creditor's name and mailing address | | $870.00 | $870.00 |
|---|---|---|---|---|

**Michael Gaewsky**
**70 Ravine Rd**
**Powell, OH 43065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 2.1679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Charisse Gage**
**33050 Aurora Rd Apt 3**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1680 | Priority creditor's name and mailing address | | $460.00 | $460.00 |
|---|---|---|---|---|

**Louis Gagliano**
**10256 Foxwood Dr**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1681 | Priority creditor's name and mailing address | | $645.00 | $645.00 |
|---|---|---|---|---|

**Lisa Gaines**
**3067 Scioto Estates court**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1682 | Priority creditor's name and mailing address | | $505.00 | $505.00 |
|---|---|---|---|---|

**Kellann GainesEl**
**31375 Arthur Road**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Kellann GainesEl**
**31375 Arthur Road**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Charles Galati**
**424 N. Hambden St.**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Edie Galiardi**
**9170 sarah ct**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Cynthia Galindo**
**4565 Crystal Clear Dr.**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.1687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

2.1687 | Priority creditor's name and mailing address

**Jeanne Gallagher**
**20863 Stratford Avenue**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$470.00    $470.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1688 | Priority creditor's name and mailing address

**Katie Gallagher**
**7951 Willowbrook Drive**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$340.00    $340.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1689 | Priority creditor's name and mailing address

**Marianne Gallagher**
**25 high court**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$465.00    $465.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1690 | Priority creditor's name and mailing address

**Mary Gallagher**
**12520 Deer Creek Dr 312**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$460.00    $460.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $495.00 | $495.00 |
|---|---|---|---|---|
| | **Michelle Gallite**<br>**2981 Socialville Foster RD**<br>**Maineville, OH 45039** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Lauren Galloway**<br>**7427 S Chestnut Commons Drive**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Michele Galluppi**<br>**2790 Haggett Dr.**<br>**Twinsburg, OH 44087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Lisa Galvin**<br>**10271 W Sprague Road**<br>**North Royalton, OH 44133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Tricia Galvin**<br>**8204 Dartmoor**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $675.00 | $675.00 |
|---|---|---|---|---|
| | **Christopher Gamble**<br>**160 Virginia Dr.**<br>**West Liberty, OH 43357** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $810.00 | $810.00 |
|---|---|---|---|---|
| | **Julie Gambrell**<br>**2500 Greenlawn Drive**<br>**Troy, OH 45373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $780.00 | $780.00 |
|---|---|---|---|---|
| | **Ashish Gandhi**<br>**po box 36389**<br>**cincinnati, OH 45236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Jack Gangadin**
**1191 Craig Court**
**Maineville, OH 45039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Christine Gangale**
**12609 Athena Dr**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Heather Gansler**
**9892 Oakwood Dr**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Dorit Ganson**
**144 Shipherd Circle**
**Oberlin, OH 44074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 439 of 1944

| 2.1703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**YELENA GANTMAN**
**32462 SPRINGSIDE LANE**
**SOLON, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Meizhu Gao**
**7631 pleasant colony ct**
**Lewis center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Kristine Garber**
**1136 Winchester Dr**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Julie Garcia**
**5542 Navarre rd se**
**Canton, OH 44706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
| --- | --- | --- | --- | --- |

**Liz Garcia**
**3720 N Hogan Dr**
**lorain, OH 44053**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
| --- | --- | --- | --- | --- |

**Oscar Garcia**
**7204 hosbrook rd**
**Cincinnati, OH 45243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
| --- | --- | --- | --- | --- |

**ANTHONY GARDNER**
**5594 WANDA WAY**
**HAMILTON, OH 45011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
| --- | --- | --- | --- | --- |

**Steve Garfield**
**6809 Mayapple Circle**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Laura Gariety**
**2361 Girard Ln W**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Iris Garman**
**1797 Normandy Lane**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Iris Garman**
**1797 Normandy Lane**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Amy Garner**
**1412 Perry Dr SW**
**Canton, OH 44710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**John Garrabrant**
**9666 Old State Rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Holly Garrard**
**8850 S Hartshorn Rd**
**Lakeside Marblehead, OH**
**43440-2563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Denise Garrett**
**8550 Kirkwood Dr.**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Jaclyn Garrett**
**218 TUCKMERE DR**
**PAINESVILLE, OH 44077-2472**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.1719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **John Garter** | *Check all that apply.* |
| | **1706 Kings Court** | ☐ Contingent |
| | **Kings Mills, OH 45034** | ☐ Unliquidated |
| | | ☐ Disputed |

**$495.00**   **$495.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Dawn Gartner** | *Check all that apply.* |
| | **33150 Rockford Drive** | ☐ Contingent |
| | **Solon, OH 44139** | ☐ Unliquidated |
| | | ☐ Disputed |

**$505.00**   **$505.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Michelle Gaskins** | *Check all that apply.* |
| | **7032 Ashwood Knolls Dr** | ☐ Contingent |
| | **Hamilton, OH 45011** | ☐ Unliquidated |
| | | ☐ Disputed |

**$635.00**   **$635.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Hrach Gasparyan** | *Check all that apply.* |
| | **South Harbor Drive** | ☐ Contingent |
| | **Maineville, OH 45039** | ☐ Unliquidated |
| | | ☐ Disputed |

**$165.00**   **$165.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $465.00 | $465.00 |
|---|---|---|---|---|
| | **Ann Gasser**<br>**213 Monticello Dr.**<br>**Chagrin Falls, OH 44022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Jefferson Gaston**<br>**3745 Grosvenor RD**<br>**South Euclid, OH 44118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $890.00 | $890.00 |
|---|---|---|---|---|
| | **Lindsay Gatchel**<br>**2137 Ben Brush Pl**<br>**Lewis Center, OH 43035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Adam Gatts**<br>**180 Overmont Avenue SW**<br>**Massillon, OH 44646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | |
|---|---|---|
| 2.1727 | Priority creditor's name and mailing address<br>**Mary Gause**<br>**959 Kenwood Lane**<br>**Columbus, OH 43220** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$695.00** | **$695.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1728 | Priority creditor's name and mailing address<br>**Jodie Gaut**<br>**4921 Kemary Ave SW**<br>**Navarre, OH 44662** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00** | **$490.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1729 | Priority creditor's name and mailing address<br>**Devin Gaymon**<br>**32875 Aspen Glen Dr**<br>**Solon, OH 44139** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$505.00** | **$505.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1730 | Priority creditor's name and mailing address<br>**Amber Geary**<br>**4876 15th St SW**<br>**Canton, OH 44710** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00** | **$490.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 433 of 1420

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

18-12734-jps  Doc 1  FILED 05/07/18  ENTERED 05/07/18 13:30:30  Page 446 of 1944

| 2.1731 | Priority creditor's name and mailing address<br>**Andrew Gebby**<br>**9236 Helen Lane**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$385.00** | **$385.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1732 | Priority creditor's name and mailing address<br>**Lisa Geber**<br>**12130 hotchkiss rd**<br>**Burton, OH 44021** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$465.00** | **$465.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1733 | Priority creditor's name and mailing address<br>**Orjada Gecaj**<br>**2450 Jameston dr Rocky River**<br>**Rocky River, OH 44116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$470.00** | **$470.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1734 | Priority creditor's name and mailing address<br>**Tammy Geckle**<br>**4510 cr 236**<br>**arcadia, OH 44804** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$580.00** | **$580.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $870.00 | $870.00 |
|---|---|---|---|---|

**Liz Gee**
**549 Chardonnay Ln**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Gregg Gehring**
**6768 Trafalgar Loop**
**Dublin, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |
|---|---|---|---|---|

**Stephanie Gehring**
**7513 Creekwood Drive**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |
|---|---|---|---|---|

**Stephanie Gehring**
**7513 Creekwood Drive**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| 2.1739   Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
| **Pat Gehrisch** | *Check all that apply.* | | |
| **7137 TR 212** | ☐ Contingent | | |
| **findlay, OH 45840** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| **2017 or 2018** | **trip deposit** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | ☐ Yes | | |

| | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| 2.1740   Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| **Cathy Gehrke** | *Check all that apply.* | | |
| **12130 Falls Rd** | ☐ Contingent | | |
| **Chardon, OH 44024** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| **2017 or 2018** | **trip deposit** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | ☐ Yes | | |

| | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| 2.1741   Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
| **Alison Geiser** | *Check all that apply.* | | |
| **9609 St Rt 613** | ☐ Contingent | | |
| **Van Buren, OH 45889** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| **2017 or 2018** | **trip deposit** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | ☐ Yes | | |

| | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| 2.1742   Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
| **Alison Geiser** | *Check all that apply.* | | |
| **9609 St Rt 613** | ☐ Contingent | | |
| **Van Buren, OH 45889** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| **2017 or 2018** | **trip deposit** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | ☐ Yes | | |

| 2.1743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Amanda Geiser**
**370 Windsor Drive**
**Elyria, OH 44035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Cassie Geizer**
**4794 marigold rd**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Rebecca Gellin**
**283 miles rd**
**chagrin falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Bev Genova**
**1632 Kasserine**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Carlee Genovese**<br>**1346 Sharonbrook Dr.**<br>**Twinsburg, OH 44087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Abby Gentis**<br>**3499 Wilson Woods Drive**<br>**columbus, OH 43204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $470.00 | $470.00 |
|---|---|---|---|---|
| | **Catherine George**<br>**18902 Colahan Drive**<br>**Rocky River, OH 44116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Jennifer George**<br>**1809 Pine Knoll Avenue NW**<br>**Massillon, OH 44646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Kari George**
**1143 Lee Ave**
**Port Clinton, OH 43452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Samuel Georgejr**
**8751 oakvillage blvd**
**lewis center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Steven Georgiadi**
**5653 Spring Grove Dr**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Missy Gerbick**
**5028 Lakeview Drive**
**Peninsula, OH 44264**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

Priority creditor's name and mailing address
**Michael Geregach**
**3025 Valley Lane Dr**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

Priority creditor's name and mailing address
**Janet Gerity**
**4932c friar rd**
**Stow, OH 44224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |

Priority creditor's name and mailing address
**RACHEL GERLICA**
**10183 CHARDON RD**
**CHARDON, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

Priority creditor's name and mailing address
**RACHEL GERLICA**
**10183 CHARDON RD**
**CHARDON, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Sandi Germ-Dewey**
**308 sylvia dr**
**chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Brooke Germaine**
**3062 Walkerview dr.**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Holly German**
**5376 Ohio St**
**Vermilion, OH 44089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Karen German**
**33720 Carriage Park Drive**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1763 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|--------|---|---|---|---|---|

**Christina Germovsek**
**10925 Copperleaf Drive**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1764 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|--------|---|---|---|---|---|

**Marti Gerome**
**32140 tracy lane**
**solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1765 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|---|---|---|---|---|

**Nora Gerson**
**8002 Dovegate Circle**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1766 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|--------|---|---|---|---|---|

**Jessica Gerwels**
**321 E Chillicothe Ave**
**Bellefontaine, OH 43311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Lisa Getz-Cammel**
**2541 Wildflower Lane NE**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Anindita Ghosh**
**37282 tidewater drive**
**solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**MARIA GIALLANZA**
**3432 HERON COURT**
**REMINDERVILLE, OH 44202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Amanda Giannattasio**
**119 E. Summit Street**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Kristy Gibbs**
**424 North Park Street**
**Bellefontaine, OH 43311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Amanda Gibson**
**992 linwood Drive**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Amanda Gibson**
**992 linwood Drive**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Laura Gibson**
**5044 Belle Meadow Rd.**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Megan Gibson**
**4827 corduroy Rd**
**mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Michelle Gibson**
**2541 Dale Ave**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Seana Gibson**
**917 South Walnut Street**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Troy Gibson**
**7664 Lydia Drive**
**Lewis Center, OH 43035-8078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Emily Gielink**
**10089 Patton St**
**Twinsburg, OH 44087-1011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Barbara Gifford**
**19948 Purnell Ave**
**Rocky river, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Al Gilbert**
**6226 Dawson Blvd**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Vicky Gilbey**
**6855 Georgetown Drive**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.1783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Elizabeth Gill**
**2540 Trillium Cir NE**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Melissa Gill**
**5759 Thorngate Drive**
**Galloway, OH 43119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Russell Gill**
**8025 Patterson Rd**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Michael Gillen**
**2228 croydon rd**
**twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Jennifer Gilles**
**11583 Auburn Road**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Cheryl Gillespie**
**11239 prouty rd**
**concord, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

**Cheryl Gillespie**
**11239 prouty rd**
**concord, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Chris Gillespie**
**1306 westwood drive**
**lewis center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.1791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 $635.00 |

| 2.1791 | Priority creditor's name and mailing address<br>**Tina Gilliand**<br>**3039 elora lane**<br>**Hamilton, OH 45011** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$635.00**  **$635.00** |
|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.1792 | Priority creditor's name and mailing address<br>**Beth Gillman**<br>**714 taft st**<br>**port clinton, OH 43452** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$440.00**  **$440.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.1793 | Priority creditor's name and mailing address<br>**Kathryn Giltz**<br>**514 Rachel Cir NW**<br>**Massillon, OH 44646** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00**  **$490.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.1794 | Priority creditor's name and mailing address<br>**Silvana Gina**<br>**2830 Carmen Drive**<br>**Rocky River, OH 44116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$470.00**  **$470.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.1795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Beth Ginther**
**2536 Cedarwood Court**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Karen Gioffredo**
**928 State Street**
**Vermilion, OH 44089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Scott Giomini**
**20342 Parkview Ave**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Laura Giordano**
**9787 Barnswood Lane**
**Loveland, OH 45140**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $435.00 | $435.00 |
|--------|---------|---------|---------|---------|
| | **Luann Gips**<br>**24600 S. Woodland Rd.**<br>**Beachwood, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $495.00 | $495.00 |
|--------|---------|---------|---------|---------|
| | **Julie Gittins**<br>**10501 sawmill drive**<br>**chardon, OH 44024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $750.00 | $750.00 |
|--------|---------|---------|---------|---------|
| | **Kristina Glassford**<br>**3795 Fallen Timbers Way**<br>**Cleves, OH 45002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $505.00 | $505.00 |
|--------|---------|---------|---------|---------|
| | **Mark Glatley**<br>**7039 Navajo Trail**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 464 of 1944

| 2.1803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Mike Glatzer**
**3823 Tuxedo**
**Parma, OH 44134**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Mary Glauser**
**125 Claridon Rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Darren Glenn**
**32147 Hamilton court #106**
**Solon, OH 44139**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Jeannette Glenn**
**10243 Sandalwood Ln**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $330.00 | $330.00 |
|---|---|---|---|---|

**Tiffany Glenn**
**2711 Sheila Dr.**
**Loveland, OH 45140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $340.00 | $340.00 |
|---|---|---|---|---|

**Nicola Glew**
**13345 Foxmoor Tr**
**Chesterland, OH 44026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $460.00 | $460.00 |
|---|---|---|---|---|

**Caroline Glickberg**
**14147 kimrose LN**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $520.00 | $520.00 |
|---|---|---|---|---|

**Rick Glime**
**455 Olivet Dr**
**Elyria, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $315.00 | $315.00 |
|---|---|---|---|---|

**Doxie Glinatsis**
**326 Northcliff Dr 326 Northcliff Dr**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Kristina Glusauskas**
**6395 Liberty Rd**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Michelle Goad**
**7438 Andover Way**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Krista Godwin**
**1150 Pond View Dr**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Krista Godwin**
**1150 Pond View Dr**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Dawn Goedde**
**5800 Saucony Dr**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Janet Goeldner**
**7625 Zion Hill Rd**
**Cleves, OH 45002-9609**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Kim Goellner**
**10620 Alyssa court**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Chrissy Goelz**
**8682 Sweetwater Ct**
**Powell, OH 43065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Heather Goetz**
**2015 Edgewood Drive**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Kelly Goff**
**3762 Kilbride Ct.**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Rena Golan**
**24326 Maidstone LN**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1823 | Priority creditor's name and mailing address<br>**Marjorie Gold**<br>**174 Smith Street**<br>**Oberlin, OH 44074** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** | **$500.00** |
|--|--|--|--|--|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1824 | Priority creditor's name and mailing address<br>**Steven Goldberg**<br>**5680 Woodsmore Drive**<br>**Solon, OH 44139** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$505.00** | **$505.00** |
|--|--|--|--|--|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1825 | Priority creditor's name and mailing address<br>**Igor Goldman**<br>**3363 Shale Dr**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$385.00** | **$385.00** |
|--|--|--|--|--|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1826 | Priority creditor's name and mailing address<br>**Rhoda Goldschmidt**<br>**25085 Twickenham Dr.**<br>**Beachwood, OH 44122** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$435.00** | **$435.00** |
|--|--|--|--|--|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Joanna Goldslager**
**236 N. Hayden Parkway**
**HUDSON, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Inga Golubitsky**
**6712 Winston ln**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Rebecca Gomersal**
**6161 Willow Lake Dr.**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Paul Gonder**
**2855 Roanoke st nw**
**Massillon, OH 44646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | |
|---|---|
| 2.1831 | Priority creditor's name and mailing address |

| | | | |
|---|---|---|---|
| Priority creditor's name and mailing address **Xiong Gong** **6628 Westpoint Dr.** **Hudson, OH 44236** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$140.00** | **$140.00** |
| Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | |
|---|---|
| 2.1832 | Priority creditor's name and mailing address |

| | | | |
|---|---|---|---|
| **Leah Gonia** **7857 Rutland Drive** **Mentor, OH 44060** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$455.00** | **$455.00** |
| Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | |
|---|---|
| 2.1833 | Priority creditor's name and mailing address |

| | | | |
|---|---|---|---|
| **Virginia Gonzales** **506 Falls Rd** **Chagrin Falls, OH 44022** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$465.00** | **$465.00** |
| Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | |
|---|---|
| 2.1834 | Priority creditor's name and mailing address |

| | | | |
|---|---|---|---|
| **Angela Gonzalez** **429 N. Finley St.** **Cleves, OH 45002** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$750.00** | **$750.00** |
| Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $140.00 | $140.00 |
|---|---|---|---|---|
| 2.1835 | **Antonio Gonzalez**<br>**2051 Garden Ln**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $520.00 | $520.00 |
|---|---|---|---|---|
| 2.1836 | **Jesus Gonzalez**<br>**149 bellfield avenue**<br>**Elyria, OH 44035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $165.00 | $165.00 |
|---|---|---|---|---|
| 2.1837 | **Karin Gonzalez**<br>**7393 Hollywood Drive**<br>**West Chester, OH 45069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $810.00 | $810.00 |
|---|---|---|---|---|
| 2.1838 | **Sharon Gonzalez**<br>**218 Ellis St.**<br>**Troy, OH 45373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 473 of 1944

| 2.1839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| --- | --- | --- | --- | --- |

**Christine Good**
**2880 Chippendale Dr.**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |

**Jeremy Good**
**6090 Reynolds Road**
**Mentor On the Lake, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
| --- | --- | --- | --- | --- |

**Dawn Goodfield**
**8247 Hemingway Ln**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
| --- | --- | --- | --- | --- |

**Dawn Goodfield**
**8247 Hemingway Ln**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Julie Goodill**
**2307 winfield ave**
**Rocky river, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00 | $450.00 |
|---|---|---|---|---|

**Mindy Goodin**
**148 Paw Paw Lake Drive**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00 | $450.00 |
|---|---|---|---|---|

**Mindy Goodin**
**148 Paw Paw Lake Drive**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $480.00 | $480.00 |
|---|---|---|---|---|

**Sandra Goodin**
**161 S. Franklin Street**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |
|---|---|---|---|---|

**Jenny Goodman**
**8860 Edgewood Drive**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $645.00 | $645.00 |
|---|---|---|---|---|

**Kristine Goodman**
**3092 ADENA POINT CT**
**COLUMBUS, OH 43221-4709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.00 | $140.00 |
|---|---|---|---|---|

**Laura Goodman**
**7771 Carriage House Ct**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $495.00 | $495.00 |
|---|---|---|---|---|

**Cherise Goodrich**
**9485 Hinsdale Dr**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Betsy Goodrum** | Check all that apply. | | |
| | **10060 College Park Dr** | ☐ Contingent | | |
| | **Mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.1852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Kristen Goodson** | Check all that apply. | | |
| | **2781 Lombardi Ave SW** | ☐ Contingent | | |
| | **Canton, OH 44706** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.1853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Mike Goodwin** | Check all that apply. | | |
| | **906 Lost Pond Pkwy** | ☐ Contingent | | |
| | **Chardon, OH 44024** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.1854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|
| | **Ann Gordos** | Check all that apply. | | |
| | **491 Bell Rd** | ☐ Contingent | | |
| | **Chagrin Falls, OH 44022** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.1855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
| --- | --- | --- | --- | --- |

**2.1855**

Priority creditor's name and mailing address

**Holly Gorski**
**27900 Cannon Road**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$505.00   $505.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1856**

Priority creditor's name and mailing address

**Jeff Goss**
**7647 Goldenrod Dr**
**Mentor on the Lake, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00   $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1857**

Priority creditor's name and mailing address

**Sally Goss**
**518 Falls Rd**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$465.00   $465.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1858**

Priority creditor's name and mailing address

**Shannon Goss**
**5673 Londonairy Blvd**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$140.00   $140.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1859 | Priority creditor's name and mailing address<br>**Corinne Gostel**<br>**7139 Overton Way**<br>**Maineville, OH 45039** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$330.00** | **$330.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1860 | Priority creditor's name and mailing address<br>**David Gottlieb**<br>**6185 Penfield Lane**<br>**Solon, OH 44139** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$505.00** | **$505.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1861 | Priority creditor's name and mailing address<br>**Ed Gottschalk**<br>**200 Industrial Pkwy Ste 1**<br>**Chagrin Falls, OH 44022** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$465.00** | **$465.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1862 | Priority creditor's name and mailing address<br>**Suresh Govindarajulu**<br>**865 Claytonbend dr.**<br>**Galloway, OH 43119** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00** | **$325.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.1863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**2.1863**

Priority creditor's name and mailing address
**Andrea Grabowski**
**138 Preston St**
**Elyria, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$520.00    $520.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1864**

Priority creditor's name and mailing address
**Marnie Grabowski**
**2995 Pirates Cove**
**Reminderville, OH 44202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$385.00    $385.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1865**

Priority creditor's name and mailing address
**Laura Gracon**
**11153 Winding Brook Lane**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$340.00    $340.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1866**

Priority creditor's name and mailing address
**Heidi Grady**
**6414 Canterbury Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$140.00    $140.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Paul Graf**
**1300 Cottonwood Drive**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**David Graham**
**1603 Bristol Commons Pl**
**Columbusbus, OH 43240**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Melissa Graham**
**6582 Iroquois tr**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Amy Grainger**
**6332 Durban Dr**
**Galloway, OH 43119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 481 of 1944

| 2.1871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |

**Kristen Grande**
**7052 Merlin Way**
**Hamilton, OH 45011**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1872 | Priority creditor's name and mailing address | | $385.00 | $385.00 |

**David Granger**
**2038 Edgewood Drive**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1873 | Priority creditor's name and mailing address | | $490.00 | $490.00 |

**Cindy Gray**
**12255 waterfowl lane**
**chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1874 | Priority creditor's name and mailing address | | $140.00 | $140.00 |

**Megan Graybill**
**64 Blackberry Dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$455.00** | **$455.00** |
|---|---|---|---|---|
| | **Starshine Graziadei**<br>**7040 Cherrywood Cir**<br>**Mentor, OH 44060** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$810.00** | **$810.00** |
|---|---|---|---|---|
| | **Kassi Greaf**<br>**612 Mckaig Ave**<br>**Troy, OH 45373** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$140.00** | **$140.00** |
|---|---|---|---|---|
| | **Christina Greco**<br>**2647 Sandstone Path**<br>**Hudson, OH 44236** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$410.00** | **$410.00** |
|---|---|---|---|---|
| | **Christina Greco**<br>**2647 Sandstone Path**<br>**Hudson, OH 44236** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 483 of 1944

| 2.1879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| --- | --- | --- | --- | --- |

**Christina Greco**
**2647 Sandstone Path**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
| --- | --- | --- | --- | --- |

**Janice Greco**
**15020 Steelhead Run**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |

**Lisa Greco**
**9925 Gabriella Drive**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| --- | --- | --- | --- | --- |

**Ed Grecol**
**121 Atterbury Blvd**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Andrea Green**
**115 Bath Street**
**Elyria, OH 44035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Cecelia Green**
**530 Canford Ave NW**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Marilyn Green**
**34900 Park E Dr A-201**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Shawn Green**
**3955 Euclid Ave (Quincy Place)**
**Cleveland, OH 44115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Tom Green**
**12760 Big Creek Ridge**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1888 | Priority creditor's name and mailing address | | $325.00 | $325.00 |
|---|---|---|---|---|

**Vickie Green**
**6108 Jimson Drive**
**Galloway, OH 43119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1889 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Kristina Greene**
**4110 Kropf Avenue SW**
**Canton, OH 44706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1890 | Priority creditor's name and mailing address | | $470.00 | $470.00 |
|---|---|---|---|---|

**Aimee Greenfield**
**20851 Endsley Ave**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Piper Greenlee**
**5652 Primavera Drive**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Ann Greenwood**
**6318 Morrisey PL**
**Dublin, OH 43016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Heather Greenwood**
**10353 Madison Rd**
**Montville, OH 44064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Jennifer Grega**
**241 Boston Mills Road**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Dale Gregan**
**1016 Barclay Dr**
**GALLOWAY, OH 43119**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1896 | Priority creditor's name and mailing address | | $520.00 | $520.00 |
|---|---|---|---|---|

**Susan Gregory**
**1659 Sheffield Terrace**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1897 | Priority creditor's name and mailing address | | $460.00 | $460.00 |
|---|---|---|---|---|

**Laura Greiner**
**11754 Ivy Ridge Drive**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1898 | Priority creditor's name and mailing address | | $460.00 | $460.00 |
|---|---|---|---|---|

**Melissa Gremm**
**8250 Crystal Creek Dr**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.1899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**2.1899**

Priority creditor's name and mailing address

**Tamara Grether**
**1600 Amboy Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is: **$140.00    $140.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1900**

Priority creditor's name and mailing address

**Tyra Grier-Coleman**
**3320 Darien Lane**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is: **$385.00    $385.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1901**

Priority creditor's name and mailing address

**Chad Grieser**
**12752 Chickory Drive**
**Van Buren, OH 45889**

As of the petition filing date, the claim is: **$580.00    $580.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1902**

Priority creditor's name and mailing address

**Traci Grieser**
**115 east 11th st**
**Port Clinton, OH 43452**

As of the petition filing date, the claim is: **$440.00    $440.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| --- | --- | --- | --- | --- |

**Brandi Griffin**
**5572 Wind Drift Dr**
**Powell, OH 43065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
| --- | --- | --- | --- | --- |

**Danielle Griffin**
**9415 Sarah Court**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| --- | --- | --- | --- | --- |

**Nicole Griffin**
**120 Arrowfeather Lane**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |

**Marlene Grigger**
**11356 Albion Road**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | |
|---|---|
| 2.1907 | Priority creditor's name and mailing address |

**2.1907**

Priority creditor's name and mailing address
**Amy Griggs**
**527 S. Market st.**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$810.00    $810.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1908**

Priority creditor's name and mailing address
**Melissa Grignon**
**5620 Spring Grove Dr.**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$505.00    $505.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1909**

Priority creditor's name and mailing address
**Gwendolyn Grimes**
**1916 Stanford St**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$385.00    $385.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1910**

Priority creditor's name and mailing address
**Sarah Grimm**
**2470 Renwick Way**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$810.00    $810.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.1911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Stephanie Gripp**
**893 Silverberry Lane**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Kimberly Grise-Smith**
**7100 Fowler Ave**
**Cincinnati, OH 45243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Julie Groenke**
**3381 Blossom Trail**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Chi-hua Groff**
**7238 Selworthy Lane**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Janelle Groff**
**908 River Forest Drive**
**Maineville, OH 45039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Tiffany Groff**
**3272 Persia cir sw**
**massillon, OH 44646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Sarah Grogan**
**5235 Concord Mill Place**
**Fairfield, OH 45014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Kathleen Groger**
**1080 Pebble Brook Dr**
**Columbus, OH 43240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.1919 | Priority creditor's name and mailing address<br>**Monique Groot**<br>**2980 Pine Trails Circle**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is:      **$140.00**      **$140.00**

| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
|---|---|
| Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| 2.1920 | Priority creditor's name and mailing address<br>**Elizabeth Gross**<br>**7783 ranett ave**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

**$410.00**      **$410.00**

| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
|---|---|
| Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| 2.1921 | Priority creditor's name and mailing address<br>**Beth Grossberg**<br>**7096 Southwoods lane**<br>**Solon, OH 44139** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

**$505.00**      **$505.00**

| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
|---|---|
| Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| 2.1922 | Priority creditor's name and mailing address<br>**Eric Grothaus**<br>**2434 Poppy Dr**<br>**Loveland, OH 45140** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

**$495.00**      **$495.00**

| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
|---|---|
| Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.1923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Jessica Grove**
**4418 Chevron circle sw**
**massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Tiffany Grow**
**520 E. Sandusky Ave.**
**Bellefontaine, OH 43311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Jeanne Gruden**
**4811 Trailpath dr**
**Dublin, OH 43016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Denise Grugle**
**13048 Hampton Club Drive #103**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Naomi Grunzweig**
**36311 Blue Grass Oval**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Naomi Grunzweig**
**36311 Blue Grass Oval**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Kelly Gruver**
**2506 Thornhill dr**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Ronghui Gu**
**3838 River Lane**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.1931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |

**2.1931** | Priority creditor's name and mailing address

**Carl Guendelsberger**
**8012 risden road**
**vermilion, OH 44089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$460.00 | $460.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1932** | Priority creditor's name and mailing address

**Rosario Guerrero**
**12860 Mayfield Rd Lot 122**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$495.00 | $495.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1933** | Priority creditor's name and mailing address

**Kim Guerrieri**
**6150 Firwood Rd**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00 | $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1934** | Priority creditor's name and mailing address

**Zhiwu Gui**
**6845 Silkwood ln**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$505.00 | $505.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.1935 | Priority creditor's name and mailing address<br>**Liz Guibord**<br>**219 Stone Brook Way**<br>**South Lebanon, OH 45065** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$165.00** **$165.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.1936 | Priority creditor's name and mailing address<br>**Liz Guibord**<br>**219 Stone Brook Way**<br>**South Lebanon, OH 45065** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$165.00** **$165.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.1937 | Priority creditor's name and mailing address<br>**Michele Guiffre**<br>**2388 Mount Union Ave SE**<br>**Massillon, OH 44646** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00** **$490.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.1938 | Priority creditor's name and mailing address<br>**Nicki Guistino**<br>**89 Bard Dr.**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$395.00** **$395.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.1939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Mike Gulitz**
**1355 Fireside Trail**
**Broadview Heights, OH 44147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Jessica Gullett**
**404R South Walnut Street**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Jessica Gullett**
**404R South Walnut Street**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Timothy Gullo**
**10767 Chardon Road**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**VIRGINIA GUNN**
**138 W. Lincoln Street**
**OBERLIN, OH 44074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Susan Gura**
**20030 Parkview Ave.**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Brenda Gurepko**
**12744 Ridge road**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Victoria Guscoff**
**4885 auroura 4885 auroura**
**canton, OH 44708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1947 | Priority creditor's name and mailing address<br>**Catrina Guthrie**<br>**301 W 6th St**<br>**Port Clinton, OH 43452** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $440.00    $440.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.1948 | Priority creditor's name and mailing address<br>**Lisa Guttman**<br>**8793 Creekwood Ln**<br>**Maineville, OH 45039** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $495.00    $495.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.1949 | Priority creditor's name and mailing address<br>**Shelby Guttu**<br>**9115 Sugarbush Dr.**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $455.00    $455.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.1950 | Priority creditor's name and mailing address<br>**Dorothy Gyekenyesi**<br>**2670 Carmen Dr**<br>**Rocky River, OH 44116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $470.00    $470.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

**2.1951** | Priority creditor's name and mailing address

**Christine Haas**
**234 Colonial Drive**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$520.00    $520.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1952** | Priority creditor's name and mailing address

**Jodi Habel**
**1338 Briarshore Way**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$870.00    $870.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1953** | Priority creditor's name and mailing address

**Heather Haberman**
**11486 Viceroy St.**
**Concord Twp, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$520.00    $520.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1954** | Priority creditor's name and mailing address

**Kristin Hackenbracht**
**3878 Groveland Ave SW**
**Navarre, OH 44662**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$490.00    $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|
| | **Wendy Hacker** | *Check all that apply.* | | |
| | **2635 Arborwood Dr.** | ☐ Contingent | | |
| | **Loveland, OH 45140** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.1956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|
| | **Margie Hackett** | *Check all that apply.* | | |
| | **2493 Gasser Blvd.** | ☐ Contingent | | |
| | **Rocky River, OH 44116-2532** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.1957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|
| | **Pascale Hadchiti** | *Check all that apply.* | | |
| | **11138 Hempstead Lane** | ☐ Contingent | | |
| | **North Royalton, OH 44133** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.1958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|
| | **Lisa Haddix** | *Check all that apply.* | | |
| | **10122 Timothy Ln** | ☐ Contingent | | |
| | **Twinsburg, OH 44087** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.1959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Joanne Hadfield**
**1564 Carriage Hill Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1960 | Priority creditor's name and mailing address | | $695.00 | $695.00 |
|---|---|---|---|---|

**Naoual Hadri**
**1336 palmer house court**
**columbus, OH 43235**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1961 | Priority creditor's name and mailing address | | $470.00 | $470.00 |
|---|---|---|---|---|

**Tammie Hagedorn**
**2581 Westmoor Road**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1962 | Priority creditor's name and mailing address | | $675.00 | $675.00 |
|---|---|---|---|---|

**Hodge Hager**
**617 N. Main St.**
**Bellefontaine, OH 43311**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Sara Haggard**
**4417 Jennydawn Pl**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Nicole Hahn**
**909 Wagar Rd**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Daniel Haines**
**3014 Landen Farm Rd. E.**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Robert Haines**
**7570 Dahlia Dr.**
**Mentor-on-the-Lake, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|
| | **Tracy Hajjar** | *Check all that apply.* | | |
| | **11175 Clark Road** | ☐ Contingent | | |
| | **Chardon, OH 44024** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| 2.1968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|
| | **Melinda Hale** | *Check all that apply.* | | |
| | **122 creemer st** | ☐ Contingent | | |
| | **cleves, OH 45002** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| 2.1969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Jami Haley** | *Check all that apply.* | | |
| | **9768 Scottsdale Drive** | ☐ Contingent | | |
| | **Broadview Heights, OH 44147** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| 2.1970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $445.00 | $445.00 |
|---|---|---|---|---|
| | **Tabatha Haley** | *Check all that apply.* | | |
| | **9778 Hayfield Ct** | ☐ Contingent | | |
| | **Loveland, OH 45140** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| 2.1971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $445.00 | $445.00 |
|---|---|---|---|---|

**Tabatha Haley**
**9778 Hayfield Ct**
**Loveland, OH 45140**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Sarah Halford**
**1921 Regan Ct.**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Adam Hall**
**7673 Daytona st**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Cindy Hall**
**108 E. Tenth Street**
**Port Clinton, OH 43452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Cynthia Hall**
**865 Barnhart Road**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Deborah Hall**
**5915 Longview St. SW**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Katie Hall**
**5010 Hollow Oak Court**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.1978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Kim Hall**
**35 Cohasset Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.1979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
| --- | --- | --- | --- | --- |

**2.1979**

Priority creditor's name and mailing address
**Rebecca Hall**
**451 Whitman Blvd**
**Elyria, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$520.00  $520.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1980**

Priority creditor's name and mailing address
**Suzanne Hall**
**35755 solon rd**
**solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$505.00  $505.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1981**

Priority creditor's name and mailing address
**Tamara Hall**
**6134 Willow Lake Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$410.00  $410.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.1982**

Priority creditor's name and mailing address
**Cindy Hallgren**
**2432 Libra Cir SW**
**Canton, OH 44706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$490.00  $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Cheryl Halsey**
**1483 N. Edgewater Dr.**
**Port Clinton, OH 43452**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Kory Halstead**
**2286 Wellington Cir**
**Hudson, OH 44236**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Marlo Hamby**
**5832 Island Dr**
**Cleves, OH 45002**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Moe Hamdan**
**30 Martingale CT**
**Bentleyville, OH 44022**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.1987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Susan Hamdan**<br>**20773 evergreen trail**<br>**North Royalton, OH 44133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $645.00 | $645.00 |
|---|---|---|---|---|
| | **Sonya Hamed**<br>**2399 Oakthorpe Drive**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $635.00 | $635.00 |
|---|---|---|---|---|
| | **Jeremy Hamel**<br>**3732 Charfield Ln.**<br>**Hamilton, OH 45011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $645.00 | $645.00 |
|---|---|---|---|---|
| | **Dana Hamilton**<br>**6221 Barley Oaks road**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 511 of 1944

| 2.1991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Lori Hamm**
**7244 Osceoloa Dr**
**Madeira, OH 45243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Jennifer Hammarlund**
**20020 Mercedes Avenue**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Darlena Hammons**
**26 Edison Street**
**Oberlin, OH 44074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Melisssa Hamms**
**7505 Storrington Place**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.1995 | Priority creditor's name and mailing address<br>**Manar Hamodeh**<br>**1800 Wooster Rd**<br>**Rocky River, OH 44116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$470.00** **$470.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.1996 | Priority creditor's name and mailing address<br>**Pam Hamor**<br>**27 Hickory Lane**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140.00** **$140.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.1997 | Priority creditor's name and mailing address<br>**Pamela Hamor**<br>**27 Hickory Lane**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$410.00** **$410.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.1998 | Priority creditor's name and mailing address<br>**Tracy Hamor**<br>**12120 Caves Rd**<br>**Chesterland, OH 44026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$340.00** **$340.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.1999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
| | **Dan Hampshire** | Check all that apply. | | |
| | **1590 Beechwood Dr.** | ☐ Contingent | | |
| | **Troy, OH 45373** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| 2.2000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
| | **Dan Hampshire** | Check all that apply. | | |
| | **1590 Beechwood Dr.** | ☐ Contingent | | |
| | **Troy, OH 45373** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| 2.2001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
| | **Matt Hamulak** | Check all that apply. | | |
| | **106 Sugarbush Glen** | ☐ Contingent | | |
| | **Chardon, OH 44024** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| 2.2002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| | **Sunyoung Han** | Check all that apply. | | |
| | **90 hidden lake ln** | ☐ Contingent | | |
| | **peninsula, OH 44264** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| 2.2003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Chris Hancock**
**425 east franklin street**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**MARY HANCOCK**
**9572 RIDGE RD**
**NORTH ROYALTON, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**JulieAnn Hancsak**
**60 Division St**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Shawna Haney**
**5480 Hiawatha ct**
**Fairfield, OH 45014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2007 | Priority creditor's name and mailing address<br>**Natalie Hanks**<br>**3357 woodland dr**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00** | **$325.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2008 | Priority creditor's name and mailing address<br>**Krystal Hanley**<br>**4545 Coolbrook Dr.**<br>**hilliard, OH 43026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$645.00** | **$645.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2009 | Priority creditor's name and mailing address<br>**Audrey Hanlin**<br>**936 Forestbrook Lane**<br>**Painesville, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$520.00** | **$520.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2010 | Priority creditor's name and mailing address<br>**Gina Hann**<br>**7610 Westcot Lane**<br>**Novelty, OH 44072** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$340.00** | **$340.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Jennifer Hann**
**7620 Westcot Lane**
**Novelty, OH 44072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.2012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Patricia Hanna**
**9345 WINCHESTER VLY**
**CHESTERLAND, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.2013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Tamela Hanna**
**1527 SANFORD ST**
**VERMILION, OH 44089-1556**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.2014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Andrea Hannan**
**725 Delverne Ave SW**
**Canton, OH 44710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.2015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.00 | $140.00 |
|---|---|---|---|---|

**Greg Hannan**
**129 s Hayden. Pkwy**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $695.00 | $695.00 |
|---|---|---|---|---|

**Mollie Hannon**
**584 Indian Summer Dr.**
**Columbus, OH 43214**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.00 | $140.00 |
|---|---|---|---|---|

**Karen Hannum**
**70 College Street**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Debra Hanslik**
**8011 Colonial Drive Unit C**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 518 of 1944

| | | | | |
|---|---|---|---|---|
| 2.2019 | Priority creditor's name and mailing address<br>**Greg Hanson**<br>**8588 Carter Road**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$325.00** | **$325.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.2020 | Priority creditor's name and mailing address<br>**Melissa Hanson**<br>**3655 E Oak Lake Drive**<br>**Port Clinton, OH 43452** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$440.00** | **$440.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.2021 | Priority creditor's name and mailing address<br>**Anne Hanzel**<br>**22340 Hilliard Blvd**<br>**Rocky River, OH 44116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$470.00** | **$470.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.2022 | Priority creditor's name and mailing address<br>**Dina Harder**<br>**4685 Hayden Run Rd**<br>**Columbus, OH 43221** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$325.00** | **$325.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.2023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.2023**

Priority creditor's name and mailing address
**Jim Harjo**
**4050 Millikin Rd**
**Hamilton, OH 45011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$635.00        $635.00

---

**2.2024**

Priority creditor's name and mailing address
**Sanna Harjusola-Webb**
**17 Blackberry Dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$140.00        $140.00

---

**2.2025**

Priority creditor's name and mailing address
**Laura Harlan**
**1646 Cedar Knoll St. NW**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$490.00        $490.00

---

**2.2026**

Priority creditor's name and mailing address
**Kim Harland**
**410 Cayuga Circle NW**
**Canton, OH 44708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$490.00        $490.00

| 2.2027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Kerry Harman**
**3192 Menzola Drive**
**Columbus, OH 43228**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Christi Harmer**
**26520 N. Woodland Rd.**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Christi Harmer**
**26520 N. Woodland Rd.**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Heather Harmon**
**15755 Harmony Falls Lane**
**Novelty, OH 44072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 521 of 1944

| 2.2031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Wendy Harmon**
**5944 longview st sw**
**massillon, OH 44646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**HEATHER HARNIST**
**89 CLAIRMONT DR**
**PAINESVILLE, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Dianna Harrahill**
**856 Shawhan Rd.**
**MOrrow, OH 45152**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Sonya Harrell**
**389 South Professor St**
**Oberlin, OH 44074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Robyn Harrigan**
**3075 Andrew James Dr**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.2036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Robyn Harrigan**
**3075 Andrew James Dr**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.2037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $645.00 | $645.00 |
|---|---|---|---|---|

**Sarah Harrington**
**7903 Dellinger Rd**
**Galloway, OH 43119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.2038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Amanda Harris**
**6342 Morrisey Place**
**Dublin, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.2039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|--------|---|---|---|---|
| | **Chad Harris**<br>**4917 Farber Row**<br>**Columbus, OH 43221** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|--------|---|---|---|---|
| | **Chris Harris**<br>**1251 Homeland Drive**<br>**Rocky River, OH 44116** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|--------|---|---|---|---|
| | **Elliott Harris**<br>**1775 Galleon Blvd**<br>**HILLIARD, OH 43026-8468** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|--------|---|---|---|---|
| | **Lesli Harris**<br>**3793 Township Rd 180**<br>**Bellefontaine, OH 43311** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Paul Harris**
**916 pebble beach cove**
**painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

**Paul Harris**
**916 pebble beach cove**
**painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Shana Harris**
**3330 Honeysuckle dr**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Steve Harris**
**4329 fangboner rd.**
**fremont, OH 43420**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.2047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$810.00** | **$810.00** |

**2.2047** | Priority creditor's name and mailing address

**Victoria Harris**
**1330 Golden Eagle Dr**
**Troy, OH 45373**

As of the petition filing date, the claim is: **$810.00**   **$810.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2048** | Priority creditor's name and mailing address

**Felicia Harrison**
**6705 willow tree lane**
**glenwillow, OH 44139**

As of the petition filing date, the claim is: **$505.00**   **$505.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2049** | Priority creditor's name and mailing address

**Jessica Harrison**
**912 Orchardglow Close**
**Fairfield, OH 45014**

As of the petition filing date, the claim is: **$635.00**   **$635.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2050** | Priority creditor's name and mailing address

**Terence Harrison**
**165 Mill Morr Dr**
**Painesville TWP, OH 44077**

As of the petition filing date, the claim is: **$455.00**   **$455.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Chenette Hart**
**10994 Kile rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Jen Harte**
**313 e auburn ave**
**bellefontaine, OH 43311**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Rebecca Hartline**
**2226 Tamarisk Court**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Anne Hartman**
**21297 Endsley Ave**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Jeffrey Hartwig**
**3708 Rivervail Dr**
**Columbus, OH 43221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Charlene Harvey**
**3090 neille lane**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Christina Harvey**
**9034 Jordan Rd**
**Cleves, OH 45002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Elizabeth Harvey**
**5671 Abbyshire dr**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 528 of 1944

| | | |
|---|---|---|
| 2.2059 | Priority creditor's name and mailing address<br>**Gretchen Harwood**<br>**27020 Cedar Rd. #101**<br>**Beachwood, OH 44122** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$435.00** **$435.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.2060 | Priority creditor's name and mailing address<br>**Shannon Hasak**<br>**9695 Alder Ct.**<br>**Mentor, OH 44060** |

As of the petition filing date, the claim is: **$455.00** **$455.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.2061 | Priority creditor's name and mailing address<br>**Abul Hashem**<br>**5311 Towbridge Drive**<br>**Hudson, OH 44236** |

As of the petition filing date, the claim is: **$140.00** **$140.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.2062 | Priority creditor's name and mailing address<br>**Heather Hashman**<br>**5797 Camhurst Court**<br>**Galloway, OH 43119** |

As of the petition filing date, the claim is: **$325.00** **$325.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2063 | Priority creditor's name and mailing address<br>**Veronica Hatcher**<br>**3330 Mill Run Dr.**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $325.00 | $325.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2064 | Priority creditor's name and mailing address<br>**Kristen Hatchett**<br>**36 Jefferson Dr**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $140.00 | $140.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2065 | Priority creditor's name and mailing address<br>**Christiopher Hatfield**<br>**11630 Lawnview Ave**<br>**cincinnati, OH 45246** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $635.00 | $635.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2066 | Priority creditor's name and mailing address<br>**Tim Hatridge**<br>**13188 Paddock Dr.**<br>**Chardon, OH 44024** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $490.00 | $490.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |

**Shannon Hatt**
**315 W Fifth St**
**Port Clinton, OH 43452**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2068 | Priority creditor's name and mailing address | | $635.00 | $635.00 |

**Bridget Hauser**
**5538 Wanda Way**
**Hamilton, OH 45011**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2069 | Priority creditor's name and mailing address | | $490.00 | $490.00 |

**Kim Hauser**
**11585 Mayfield rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2070 | Priority creditor's name and mailing address | | $140.00 | $140.00 |

**Monica Havens**
**7563 Lakedge Ct.**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.2071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$505.00** | **$505.00** |
|---|---|---|---|---|

**Rebecca Haverstick**
**32539 Seneca Drive**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$520.00** | **$520.00** |
|---|---|---|---|---|

**Tricia Haviland**
**136 Colonial Drive**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$465.00** | **$465.00** |
|---|---|---|---|---|

**Carrie Hawk**
**147 Hawthorne Dr.**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$695.00** | **$695.00** |
|---|---|---|---|---|

**Windy Hawkins**
**5451 Old Coble St**
**Canal Winchester, OH 43110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Adriana Hawks**
**1671 Glenwood Dr**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Jennifer Hawley**
**6044 Paula Blvd**
**north ridgeville, OH 44039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Julie Hawrylo**
**6191 Brooks blvd**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Jennifer Hayes**
**2976 Pirates Cove**
**Reminderville, OH 44202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $475.00 | $475.00 |
|---|---|---|---|---|

**Lucinda Hayes**
**5440 Ramblehurst Ct**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2080 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Megan Hayes**
**4797 Seeman St Sw**
**Navarre, OH 44662**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2081 | Priority creditor's name and mailing address | | $325.00 | $325.00 |
|---|---|---|---|---|

**Melissa Hayes**
**5754 Nike Dr**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2082 | Priority creditor's name and mailing address | | $520.00 | $520.00 |
|---|---|---|---|---|

**Stacey Hayes**
**126 caroline st**
**Elyria, OH 44035**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Judson Haynes**
**6653 Clovis Drive**
**Hamilton, OH 45011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Tarah Haynes**
**305 Lincoln Drive**
**Port Clinton, OH 43452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Amber Hays**
**12908 Westchester Trl**
**Chesterland, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Brittany Hays**
**129 Horizon Court**
**Delaware, OH 43015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Shane Hayslett**
**731 Meadow Lane**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Shane Hayslett**
**731 Meadow Lane**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Suzie Hazel**
**8506 Olenbrook Dr.**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Tao He**
**33201 Ashdown Dr**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
| | **Sherry Headen** | Check all that apply. | | |
| | **6730 Andre Lane** | ☐ Contingent | | |
| | **Solon, OH 44139** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| | **Jennifer Healan** | Check all that apply. | | |
| | **8142 Yorkshire Drive** | ☐ Contingent | | |
| | **Mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
| | **Seana Heard** | Check all that apply. | | |
| | **Cedar road 27020** | ☐ Contingent | | |
| | **Beachwood, OH 44122** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
| | **Tenisha Heard** | Check all that apply. | | |
| | **26200 George Zeinger Dr. Apt.103** | ☐ Contingent | | |
| | **Beachwood, OH 44122** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 | $495.00 |
|---|---|---|---|---|
| | **Amanda Hearn** **7331 Striker Rd** **Maineville, OH 45039** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Victoria Heasley** **8256 Rushton Dr** **Mentor, OH 44060** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Heather Heater** **4746 Beth Ave SW** **Canton, OH 44706** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.00 | $675.00 |
|---|---|---|---|---|
| | **Amy and Steve Heath** **116 Greenridge Drive** **Bellefontaine, OH 43311** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Tara Heath**
**5953 Ancestor Dr**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Alexandra Hebner**
**7473 Belvedere Dr.**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Heather Heckathorn**
**315 1/5 Wilson Ave**
**Port Clinton, OH 43452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Suzanne Heckroth**
**2007 Weston Dr**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Tiffani Hedgepeth**
**3191 Andrew James Dr**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Timothy Hedrick**
**6340 Riverstone dr**
**Columbus, OH 43228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Jerry Heffner**
**2522 Aberdeen court**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Vishvas Hegde**
**6343 Canterbury Drive**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
| --- | --- | --- | --- | --- |
| | **Gregg Heidrick** | Check all that apply. | | |
| | **5535 Richmond Road** | ☐ Contingent | | |
| | **Solon, OH 44139** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
| --- | --- | --- | --- | --- |
| | **Kurt Heilmann** | Check all that apply. | | |
| | **3664 North Delwood Drive** | ☐ Contingent | | |
| | **Port Clinton, OH 43452** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
| --- | --- | --- | --- | --- |
| | **Kurt Heilmann** | Check all that apply. | | |
| | **3664 North Delwood Drive** | ☐ Contingent | | |
| | **Port Clinton, OH 43452** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
| --- | --- | --- | --- | --- |
| | **Kurt Heilmann** | Check all that apply. | | |
| | **3664 North Delwood Drive** | ☐ Contingent | | |
| | **Port Clinton, OH 43452** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.2111 | Priority creditor's name and mailing address<br>**Kurt Heilmann**<br>**3664 North Delwood Drive**<br>**Port Clinton, OH 43452** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$440.00** **$440.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.2112 | Priority creditor's name and mailing address<br>**Kurt Heilmann**<br>**3664 North Delwood Drive**<br>**Port Clinton, OH 43452** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$440.00** **$440.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.2113 | Priority creditor's name and mailing address<br>**Laurie Heintz**<br>**11652 Clark Road**<br>**Chardon, OH 44024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$495.00** **$495.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.2114 | Priority creditor's name and mailing address<br>**Donna Heinz**<br>**1963 Boxwood Trl**<br>**Painesville, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$520.00** **$520.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.2115 | Priority creditor's name and mailing address<br>**Nikki Held**<br>**9901 Cynthia Dr.**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$385.00** | **$385.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2116 | Priority creditor's name and mailing address<br>**Katy Heller**<br>**4049 Bremen Pass**<br>**Cleves, OH 45002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$750.00** | **$750.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2117 | Priority creditor's name and mailing address<br>**Amy Helm**<br>**5297 Chateau Way**<br>**Fairfield, OH 45014** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$635.00** | **$635.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2118 | Priority creditor's name and mailing address<br>**Juliet Helmer**<br>**2415 Rufus Ct.**<br>**Lewis Center, OH 43035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$870.00** | **$870.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | |
|---|---|---|
| 2.2119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |

**2.2119** Priority creditor's name and mailing address

**Juliet Helmer**
**2415 Rufus Ct.**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$870.00   $870.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2120** Priority creditor's name and mailing address

**Katy Helms**
**21727 Walnut Lane**
**rocky river, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$470.00   $470.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2121** Priority creditor's name and mailing address

**Tearany Helms**
**102 East Market St.**
**VanBuren, OH 45889**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$580.00   $580.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2122** Priority creditor's name and mailing address

**Kelsey Helton**
**5753 Reswin Drive**
**Fairfield, OH 45014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$635.00   $635.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | Discovery Tours Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.2123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Melinda Helton**
**505 Virginia Ave**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|---|---|---|---|---|

**Suzette Heltzel**
**5353 Portland St 103**
**Columbus, OH 43235**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Jennifer Hembree**
**260 Cummings rd**
**Vermilion, OH 44089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Angie Hemly**
**10535 penniman dr**
**chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |

**Ann Hemm**
**2720 Huntington Dr**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2128 | Priority creditor's name and mailing address | | $810.00 | $810.00 |

**Ann Hemm**
**2720 Huntington Dr**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2129 | Priority creditor's name and mailing address | | $780.00 | $780.00 |

**Stephanie Hemmerick**
**6239 Caribou Ct.**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2130 | Priority creditor's name and mailing address | | $325.00 | $325.00 |

**Stacie Hemmert**
**4421 Chukbuk Court**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| | |
|---|---|
| 2.2131 | Priority creditor's name and mailing address |

**2.2131**   Priority creditor's name and mailing address

**Aimee Hempker**
**321 N. West St.**
**Bellefontaine, OH 43311**

As of the petition filing date, the claim is:          **$675.00**   **$675.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred             Basis for the claim:
**2017 or 2018**                            **trip deposit**

Last 4 digits of account number             Is the claim subject to offset?
Specify Code subsection of PRIORITY         ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)     ☐ Yes

---

**2.2132**   Priority creditor's name and mailing address

**Heidi Henderhan**
**731 Buckwalter Dr.**
**Massillon, OH 44646**

As of the petition filing date, the claim is:          **$490.00**   **$490.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred             Basis for the claim:
**2017 or 2018**                            **trip deposit**

Last 4 digits of account number             Is the claim subject to offset?
Specify Code subsection of PRIORITY         ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)     ☐ Yes

---

**2.2133**   Priority creditor's name and mailing address

**Tom Hendershot**
**1429 Hawthorne Ct**
**Vermilion, OH 44089**

As of the petition filing date, the claim is:          **$460.00**   **$460.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred             Basis for the claim:
**2017 or 2018**                            **trip deposit**

Last 4 digits of account number             Is the claim subject to offset?
Specify Code subsection of PRIORITY         ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)     ☐ Yes

---

**2.2134**   Priority creditor's name and mailing address

**Jamie Henderson**
**9348 South Brown RD**
**Chardon, OH 44024**

As of the petition filing date, the claim is:          **$495.00**   **$495.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred             Basis for the claim:
**2017 or 2018**                            **trip deposit**

Last 4 digits of account number             Is the claim subject to offset?
Specify Code subsection of PRIORITY         ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)     ☐ Yes

| 2.2135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$455.00** | **$455.00** |
|---|---|---|---|---|

**Michael Henderson**
**6898 Traymore Court**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$810.00** | **$810.00** |
|---|---|---|---|---|

**Tracy Henderson**
**961 Lee Rd**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$460.00** | **$460.00** |
|---|---|---|---|---|

**Matt Henneman**
**12510 Deer Creek Dr #312**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$580.00** | **$580.00** |
|---|---|---|---|---|

**Christopher Henry**
**1028 Co. Rd. 257**
**Fostoria, OH 44830**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Doug Henry**
**25901 Annesley Rd**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2140 | Priority creditor's name and mailing address | | $750.00 | $750.00 |
|---|---|---|---|---|

**Michael Hensler**
**154 Western Ridge Dr**
**Cleves, OH 45002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2141 | Priority creditor's name and mailing address | | $410.00 | $410.00 |
|---|---|---|---|---|

**Amy Hensley**
**71 Manor Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2142 | Priority creditor's name and mailing address | | $410.00 | $410.00 |
|---|---|---|---|---|

**Becky Hensley**
**65 Colony Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Dennis Hensley**
**65 Colony Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Tracy Hensley**
**100 Keenan rd Lot A-14**
**Peninsula, OH 44264**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Valerie Hensley**
**932 North Main Street**
**Bellefontaine, OH 43311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Jennifer Henson**
**10645 Fincherie Dr.**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Jennifer Henson**
**10645 Fincherie Dr.**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☑ No
☐ Yes

---

| 2.2148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Kera Hepke**
**3080 Neille Ln**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☑ No
☐ Yes

---

| 2.2149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Stephanie Herbert**
**708thornwoodst.**
**elyria, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☑ No
☐ Yes

---

| 2.2150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Tammy Herbruck**
**12175 Waterfowl ln**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☑ No
☐ Yes

| 2.2151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Joshua Herchl**
**5819 Bradford Way**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Angela Herczeg**
**7629 morley rd**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**David Herman**
**222 High Street**
**Chargin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Carmen Hernandez**
**12860 Mayfield Rd. #140**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $465.00 | $465.00 |
| | **Sara Hernandez**<br>**94 South Street**<br>**Chagrin Falls, OH 44022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $455.00 | $455.00 |
| | **Kristie Heron**<br>**9951 Juniper Ct**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $460.00 | $460.00 |
| | **Angela Hershberger**<br>**114 Lagoon Cir.**<br>**Vermilion, OH 44089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $495.00 | $495.00 |
| | **Candice Herst**<br>**11001 Leader Rd**<br>**Chardon, OH 44024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|-----|-----|-----|-----|

**Lora Hertel**
**19800 State Road**
**North Royalton, OH 44133**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.2160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|--------|-----|-----|-----|-----|

**Jennifer Hertzfeld**
**2236 Omaha Place**
**Lewis Center, OH 43035**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.2161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|--------|-----|-----|-----|-----|

**Michelle Hervey**
**816 Norbury Dr**
**Hudson, OH 44236**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.2162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|--------|-----|-----|-----|-----|

**Dusti Herz**
**1477 Township Road 14**
**Van Buren, OH 45889**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

| 2.2163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $500.00 | $500.00 |
|---|---|---|---|---|
| | **Paul Heslep**<br>**244 n. professor st**<br>**oberlin, OH 44074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No<br>☐ Yes | | |

| 2.2164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $470.00 | $470.00 |
|---|---|---|---|---|
| | **Jenny Hess**<br>**1098 Chatham Place**<br>**Rocky River, OH 44116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No<br>☐ Yes | | |

| 2.2165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Katherine Hess**<br>**7866 Manorgate Street**<br>**Lewis Center, OH 43035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No<br>☐ Yes | | |

| 2.2166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Reyma Hess**<br>**5865 Saucony Drive**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 555 of 1944

| | | |
|---|---|---|
| 2.2167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**2.2167** | Priority creditor's name and mailing address

**Michael Hessler**
**5710 Canehill Lane**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$325.00   $325.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2168** | Priority creditor's name and mailing address

**Elizabeth Hester**
**34545 Bainbridge Road**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$505.00   $505.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2169** | Priority creditor's name and mailing address

**CONNIE HEUBLEIN**
**8120 HUMPHREY HILL DRIVE**
**CONCORD, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$185.00   $185.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2170** | Priority creditor's name and mailing address

**CONNIE HEUBLEIN**
**8120 HUMPHREY HILL DRIVE**
**CONCORD, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$205.00   $205.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Name

| 2.2171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $645.00 | $645.00 |
|---|---|---|---|---|
| | **Kimberly Heyman**<br>**6321 Corley Dr**<br>**DUBLIN, OH 43016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $635.00 | $635.00 |
|---|---|---|---|---|
| | **Theresa Hibbard**<br>**5562 Monica Drive**<br>**Fairfield, OH 45014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Taleia Hibdon**<br>**9939 Darrow Park Dr Apt 207K**<br>**Twinsburg, OH 44087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $505.00 | $505.00 |
|---|---|---|---|---|
| | **Jackie Hicks**<br>**34200 Ada Dr.**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Rachel Hicks**
**9573 Ridge Rd**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Angela Higgins**
**524 Highmeadows Village Drive**
**Powell, OH 43065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**MaryAnn Higgins**
**744 Knight Court**
**Galloway, OH 43119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Linda High**
**6265 Corley Dr**
**Dublin, OH 43016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|--------|---------|---------|---------|---------|

**Bill Hildebrand**
**10136 Valleydale St**
**Magnolia, OH 44646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|--------|---------|---------|---------|---------|

**Stephanie Hileman**
**1775 Barlow Road**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|--------|---------|---------|---------|---------|

**Annette Hill**
**1824 Messner Drive**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|--------|---------|---------|---------|---------|

**James Hill**
**2618 Barlow Road**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.2183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** | **$140.00** |

2.2183 | Priority creditor's name and mailing address

**Jay Hill**
**7471 Woodspring Ln**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$140.00**   **$140.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.2184 | Priority creditor's name and mailing address

**Jay Hill**
**7471 Woodspring Ln**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$410.00**   **$410.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.2185 | Priority creditor's name and mailing address

**Jenneva Hill**
**1780 Wright Ave.**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$470.00**   **$470.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.2186 | Priority creditor's name and mailing address

**Kimberly Hill**
**894 Barwick Court**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$520.00**   **$520.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |

**Susan Hill**
**20880 Beaconsfield Blvd**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Teresa Hill**
**6756 Forest Glen**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |

**Tiffany Hill**
**3090 Gilridge Dr**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**Timothy Hilt**
**1601 Bending Willow Lane**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Billi Hinkle**
**850 Bonnie Lane Apt 718**
**Bellefontaine, OH 43311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Alex Hirsh**
**7058 Southwoods Ln**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Kelley Hixson**
**10323 Johnnycake Ridge Rd**
**Concord, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Neilson Hixson**
**301 S Ridge Ave**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2195 | Priority creditor's name and mailing address<br>**Lea Hlifka**<br>**11480 Aquilla Rd**<br>**Chardon, OH 44024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00** | **$490.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2196 | Priority creditor's name and mailing address<br>**Susann Hocanson**<br>**1161 Claudia Lane Apt. C**<br>**Findlay, OH 45840** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$580.00** | **$580.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2197 | Priority creditor's name and mailing address<br>**Evanthia Hocevar**<br>**2790 Loreto Dr.**<br>**Willoughby Hills, OH 44094** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$340.00** | **$340.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2198 | Priority creditor's name and mailing address<br>**Lisa Hocking**<br>**2310 valley View Dr**<br>**Rocky River, OH 44116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$470.00** | **$470.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |

**Lisa Hocking**
**2310 valley View Dr**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**Sarah Hockman**
**768 Range Dr**
**Galloway, OH 43119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Steve Hockstra**
**119 Keswick Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |

**Melvia Hodges**
**1535 gelhot dr #141**
**Fairfield, OH 45014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Karen Hodgkiss**
**2216 Reeves Avenue**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Kristin Hodgson**
**4065 Schirtzinger Rd**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Lisa Hoefer**
**493 Shepherds Way**
**Morrow, OH 45152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Kelly Hoellein**
**9397 Canterbury Ln**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.2207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**2.2207**

Priority creditor's name and mailing address
**Ann Hoelzel**
**54 Morningside Dr.**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is: **$465.00** **$465.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2208**

Priority creditor's name and mailing address
**Tammie Hoerig**
**15389 Bent Tree Drive**
**Findlay, OH 45840**

As of the petition filing date, the claim is: **$580.00** **$580.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2209**

Priority creditor's name and mailing address
**Tammie Hoerig**
**15389 Bent Tree Drive**
**Findlay, OH 45840**

As of the petition filing date, the claim is: **$580.00** **$580.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2210**

Priority creditor's name and mailing address
**Eric Hofacker**
**316 W 6th St**
**Port Clinton, OH 43452**

As of the petition filing date, the claim is: **$440.00** **$440.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Matt Hofacre** | Check all that apply. | | |
| | **12090 PHEASANT CT** | ☐ Contingent | | |
| | **CHARDON, OH 44024** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Lisa Hoffman** | Check all that apply. | | |
| | **6518 Coen Road** | ☐ Contingent | | |
| | **Vermilion, OH 44089** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|---|---|---|---|---|
| | **Lori Hoffman** | Check all that apply. | | |
| | **1313 Nantucket Ave** | ☐ Contingent | | |
| | **Columbus, OH 43235** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Margaret Hoffman** | Check all that apply. | | |
| | **220 East Streetsboro Street** | ☐ Contingent | | |
| | **Hudson, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Nathan Hoffman**
**P.O. Box 141505**
**Columbus, OH 43224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Kimberly Hoffmann**
**10055 Brookfield Dr.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Matthew Hoffman**
**10019 Ezra Court**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Michelle Hofmeister**
**8211 Coldharbor Blvd.**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$165.00** | **$165.00** |
|---|---|---|---|---|

**Andrea Hogan**
**1787 river shore court**
**Kings mills, OH 45034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$870.00** | **$870.00** |
|---|---|---|---|---|

**Rebecca Hogue**
**479 Thistleview Drive**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$750.00** | **$750.00** |
|---|---|---|---|---|

**Amy Hoinke**
**8110 Jordan Ridge Dr**
**Cleves, OH 45002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$675.00** | **$675.00** |
|---|---|---|---|---|

**Amy Holbrook**
**117 central court street**
**BELLEFONTAINE, OH 43311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
| | **Amy Holbrook** | *Check all that apply.* | | |
| | **117 central court street** | ☐ Contingent | | |
| | **BELLEFONTAINE, OH 43311** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
| | **Heather Holbrook** | *Check all that apply.* | | |
| | **8938 fairmount road** | ☐ Contingent | | |
| | **novelty, OH 44072** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
| | **Jacob Holbrook** | *Check all that apply.* | | |
| | **3432 Lilac ln** | ☐ Contingent | | |
| | **Troy, OH 45373** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
| | **Heather Holcomb** | *Check all that apply.* | | |
| | **3014 Simecek Drive** | ☐ Contingent | | |
| | **Twinsburg, OH 44087** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Michele Holcomb**
**2315 herrick cir**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2228 | Priority creditor's name and mailing address | | $385.00 | $385.00 |
|---|---|---|---|---|

**Scott Holdren**
**10113 Patton Street**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2229 | Priority creditor's name and mailing address | | $325.00 | $325.00 |
|---|---|---|---|---|

**Ellen Holland**
**5720 Bonaly ct**
**Dublin, OH 43016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2230 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Jen Hollinger**
**1031 Minuteman Ave NW**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Joan Hollis**
**103 Alderwood Trail**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Marie Holloway**
**8511 forestview ave**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Len Hollowell**
**6844 Meadowdale Circle**
**Madeira, OH 45243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Ron Hollowell**
**10010 Kile Rd.**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.2235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 $385.00 |

**2.2235**   Priority creditor's name and mailing address

**Erica Holman**
**7533 Estate Ave**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$385.00**    **$385.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2236**   Priority creditor's name and mailing address

**Judy Holman**
**138 West Prospect St.**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$410.00**    **$410.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2237**   Priority creditor's name and mailing address

**Heather Holmes**
**7895 Wilderness Drive**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$455.00**    **$455.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2238**   Priority creditor's name and mailing address

**Nichol Holpuch**
**130 Center St 6B**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$495.00**    **$495.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|--------|---|---|---|---|

**Melissa Holt**
**13016 KEVIN LN F 11**
**CHARDON, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|--------|---|---|---|---|

**Teala Holt**
**134 Belle ave nw**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|--------|---|---|---|---|

**Kelly Holtz**
**402 Deer Court**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|---|---|---|---|

**Paula Holubek**
**13101 Mariner Drive**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $330.00 | $330.00 |

**Erika Holubetz**
**1877 RIVERWOOD TRAIiL**
**Kings Mills, OH 45034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.00 | $870.00 |

**Stephanie Homorody**
**7595 Pinehill Rd.**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 | $810.00 |

**Krissy Honeycutt**
**2626 Shady Tree Dr.**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $435.00 | $435.00 |

**Justin Hons**
**2567 Edgewood rd**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.00 | $460.00 |
|---|---|---|---|---|

**Susan Hoover**
**12841 Patricia Dr**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 | $495.00 |
|---|---|---|---|---|

**Jen Hopkins**
**412 Chardon Ave**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $505.00 | $505.00 |
|---|---|---|---|---|

**Karen Hopkins**
**6950 LONGVIEW DR**
**SOLON, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|

**Angela Hoppes**
**6161 Burr Oak Way**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

18-12734-jps   Doc 1   FILED 05/07/18   ENTERED 05/07/18 13:30:30   Page 576 of 1944

| 2.2251 | Priority creditor's name and mailing address **Bridgette Hopson 1781 Rolling Hills Dr. Apt E Twinsburg, OH 44087** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $385.00 | $385.00 |
|---|---|---|---|---|

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2252 | Priority creditor's name and mailing address **Shawnlisa Hopson 9013 Gettysburg Dr. Twinsburg, OH 44087** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $385.00 | $385.00 |
|---|---|---|---|---|

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2253 | Priority creditor's name and mailing address **Sherry Horan 5840 Buckeye Ln Apt 3 Mentor on the lake, OH 44060** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $455.00 | $455.00 |
|---|---|---|---|---|

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2254 | Priority creditor's name and mailing address **Jason Horne 700 Township Road 179 Apt7C Bellefontaine, OH 43311** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $675.00 | $675.00 |
|---|---|---|---|---|

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | |
|---|---|
| 2.2255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.00 | $460.00 |

**2.2255** Priority creditor's name and mailing address
**CRISTINA HORNIK**
**12822 KINGSTON WAY**
**NORTH ROYALTON, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$460.00   $460.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2256** Priority creditor's name and mailing address
**Hileri Hornyak**
**8711 carmichael drive**
**chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$340.00   $340.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2257** Priority creditor's name and mailing address
**Laura Horoszko**
**7215 Allendale Dr.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00   $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2258** Priority creditor's name and mailing address
**Robert Horrocks**
**9655 Shadow Hill Trail**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$340.00   $340.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Tina Horschler**
**37785 Aurora Rd**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Debbie Horton**
**406 Downing Drive**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Lori Horton**
**4809 Parkside Dr --**
**South Lebanon, OH 45065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Rachel Horton**
**698 Washington Ave**
**Elyria, OH 44035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Brent Horvath**
**2173 Dorset Ln**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Ashley Hoschar**
**2008 E Highgate Ct**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Edward Hosni**
**6581 Sherry Ln**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Mohammad Hossain**
**10570 Penny Ln**
**Reminderville, OH 44202**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |

**Christina Hough**
**1592 Bending Willow Ln**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |

**Lisa Housley**
**1610 Arlington Ave**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Alex Hove**
**9100 Terrace Park Drive**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |

**Carrie Hover**
**2328 Charoe St.**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.2271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
| --- | --- | --- | --- | --- |

**2.2271** Priority creditor's name and mailing address
**Renee Howard**
**23511 Chagrin Blvd Apt #516**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$435.00   $435.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2272** Priority creditor's name and mailing address
**Brian Howell**
**9901 Beechwood Drive**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$460.00   $460.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2273** Priority creditor's name and mailing address
**Donna Howell**
**820 Sugarbush Court**
**Bellefontaine, OH 43311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$675.00   $675.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2274** Priority creditor's name and mailing address
**Nicole Howell**
**7970 Mentor Ave. K4 K4**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00   $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Allison Howenstine**
**3947 Cedric Ln**
**Dublin, OH 43016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2276 | Priority creditor's name and mailing address | | $470.00 | $470.00 |
|---|---|---|---|---|

**Marci Hower**
**3250 Nelson Park Dr**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2277 | Priority creditor's name and mailing address | | $330.00 | $330.00 |
|---|---|---|---|---|

**Donna Howes**
**2448 Candlemakers Ln.**
**Maineville, OH 45039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2278 | Priority creditor's name and mailing address | | $470.00 | $470.00 |
|---|---|---|---|---|

**Lindita Hoxha-Kocinare**
**1470 Wagar Rd #310**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $465.00 | $465.00 |
|---|---|---|---|---|
| | **Kelly Hoy**<br>**308 Fox Way**<br>**Chagrin Falls, OH 44022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.2280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $645.00 | $645.00 |
|---|---|---|---|---|
| | **Jennifer Hoying**<br>**4783 Coltview Court**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.2281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $495.00 | $495.00 |
|---|---|---|---|---|
| | **Jeannine Hoynes**<br>**12275 Bean Road**<br>**Chardon, OH 44024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.2282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $505.00 | $505.00 |
|---|---|---|---|---|
| | **Katrina Hruby**<br>**33851 linden dr**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.2283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

**Jin Hu
2567 Cedarwood Ct
Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Jyh-Tzong Huang
5770 Elm Hill Dr.
Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |

**Xuan Huang
103 Champion Lane
Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Xuemei Huang
32560 Stony Brook Lane
Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
| --- | --- | --- | --- | --- |

**Ying Huang**
**2684 Dale Ave**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.2288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
| --- | --- | --- | --- | --- |

**Virgil Hubbard**
**3728 Quadrant Drive**
**North Bend, OH 45052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.2289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
| --- | --- | --- | --- | --- |

**Annie Huber**
**6535 Sherborne Lane**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.2290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
| --- | --- | --- | --- | --- |

**Heather Huber**
**5224 ritchey lane**
**south lebanon, OH 45065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| Debtor | Discovery Tours Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.2291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|---|---|---|---|---|

**2.2291** Priority creditor's name and mailing address
**Mari Hudgel**
**2349 Rose Road**
**Loveland, OH 45140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$330.00     $330.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2292** Priority creditor's name and mailing address
**Kristin Hudok**
**109 Elm**
**Van Buren, OH 45889**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$580.00     $580.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2293** Priority creditor's name and mailing address
**Barbie Hudson**
**870 Oberlin Dr.**
**Fairfield, OH 45014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$635.00     $635.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2294** Priority creditor's name and mailing address
**Erin Hudy**
**5614 Weeping Willow Dr.**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$410.00     $410.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

18-12734-jps     Doc 1     FILED 05/07/18     ENTERED 05/07/18 13:30:30     Page 587 of 1944

| 2.2295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Amanda Huecker**
**9708 Kelly Drive**
**Loveland, OH 45140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.2296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Chad Huffman**
**4398 Jennydawn place**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.2297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Brandon Hughes**
**1828 Milden Rd**
**Columbus, OH 43221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.2298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Jennifer Hughes**
**4979 Edgeley Dr**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.2299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
| | **Jessica Hughes**<br>**481 Manhattan Pkwy**<br>**Painesville, OH 44077** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.2300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| | **Maria Hughes**<br>**1325 Sunflower st**<br>**Lewis Center, OH 43035** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.2301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
| | **Robert Humbarger**<br>**7891 Jessies**<br>**Fairfield Township, OH 45011** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.2302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| | **Rola Humeidan**<br>**2993 Hemlock edge drive**<br>**hilliard, OH 43026** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.2303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Heidi Huminsky**
**2662 Ellsworth Hill Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Jean Humphrey**
**10880 Forest Oaks Drive**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Karen Hunady**
**6025 Bayleaf Lane**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Andrea Hunkar**
**4012 Deacon Court**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.2307 | Priority creditor's name and mailing address<br>**James Hunnell**<br>**1010 Sweetbriar Drive**<br>**Vermilion, OH 44089** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$460.00** $460.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2308 | Priority creditor's name and mailing address<br>**Jason Hunt**<br>**1260 Tw Rd 186**<br>**Westliberty, OH 43357** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$675.00** $675.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2309 | Priority creditor's name and mailing address<br>**Jennifer Hunt**<br>**5693 Stockton Way**<br>**Dublin, OH 43016** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00** $325.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2310 | Priority creditor's name and mailing address<br>**Sally Hunter**<br>**10116 Brookfield Dr.**<br>**MENTOR, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$455.00** $455.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| 2.2311 | Priority creditor's name and mailing address<br>**Lindsey Huntley**<br>**10790 Mulberry Rd**<br>**Chardon, OH 44024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

**$490.00**   **$490.00**

| | | |
|---|---|---|
| 2.2312 | Priority creditor's name and mailing address<br>**Lori Hunziker**<br>**5661 Alliance Way**<br>**Columbus, OH 43228** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

**$325.00**   **$325.00**

| | | |
|---|---|---|
| 2.2313 | Priority creditor's name and mailing address<br>**Krista Hupp**<br>**7090 E Jefferson Dr**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

**$455.00**   **$455.00**

| | | |
|---|---|---|
| 2.2314 | Priority creditor's name and mailing address<br>**Stacey Hupp**<br>**2275 Cyprus Dr SE**<br>**Massillon, OH 44646** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

**$490.00**   **$490.00**

| | | |
|---|---|---|
| 2.2315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Susan Hura** | Check all that apply. |
| | **200 Pheasant Run Drive** | ☐ Contingent |
| | **Chagrin Falls, OH 44022** | ☐ Unliquidated |
| | | ☐ Disputed |

$465.00    $465.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| | | |
|---|---|---|
| 2.2316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Chad Hurley** | Check all that apply. |
| | **1148 Arbor Ln** | ☐ Contingent |
| | **Troy, OH 45373** | ☐ Unliquidated |
| | | ☐ Disputed |

$810.00    $810.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| | | |
|---|---|---|
| 2.2317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Roxanne Hurley** | Check all that apply. |
| | **7803 Locust Lane** | ☐ Contingent |
| | **Cincinnati, OH 45243** | ☐ Unliquidated |
| | | ☐ Disputed |

$780.00    $780.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| | | |
|---|---|---|
| 2.2318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Vasyl Husar** | Check all that apply. |
| | **7684 Creekwood ln.** | ☐ Contingent |
| | **North Royalton, OH 44133-3863** | ☐ Unliquidated |
| | | ☐ Disputed |

$460.00    $460.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

| 2.2319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$440.00** | **$440.00** |

**Doris Huskey**
**203 w. 3rd st.**
**Port clintion, OH 43452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$440.00** | **$440.00** |

**Patricia Huskey**
**408 West 3rd Street**
**Port Clinton, OH 43452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$330.00** | **$330.00** |

**Lala Hussain**
**308 Forest EdgeDrive**
**South Lebanon, OH 45065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$325.00** | **$325.00** |

**Hamdi Hussein**
**1437 crossing green ln**
**Columbus, OH 43228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Roxann Hustek**
**8111 Coronada Dr**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Amy Huston**
**7277 Hayward Rd**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Elizabeth Huston**
**4717 Farley Dr**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Dartel Hutcherson**
**6257 Dunbar Dr**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Dartel Hutcherson**
**6257 Dunbar Dr**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Connie Hutchins**
**9418 State Route 613**
**Van Buren, OH 45889**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Tameshia Hutchinson**
**6526 Som Center Road**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Kristen Hutson**
**8129 Jordan Rd**
**Cleves, OH 45002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Ted Huziak**
**789 solverberry**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Ted Huziak**
**789 silverberry**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Krystel Hyer**
**7431 Madeira Pines Dr**
**Maderia, OH 45243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Shoshana Hyer**
**27020 Cedar Rd Apt 304**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | |
|---|---|---|
| 2.2335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

| 2.2335 | Priority creditor's name and mailing address<br>**Amy Hyland**<br>**6596 MADEIRA HILLS DR**<br>**CINCINNATI, OH 45243-3124** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$780.00** | **$780.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2336 | Priority creditor's name and mailing address<br>**Nicki Ice**<br>**7923 Gallowae C**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$455.00** | **$455.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2337 | Priority creditor's name and mailing address<br>**Frank Ignazzitto**<br>**6565 SEMINOLE TRAIL**<br>**MENTOR, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$455.00** | **$455.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2338 | Priority creditor's name and mailing address<br>**Violet Imre**<br>**9705 State Road**<br>**North Royalton, OH 44133** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$460.00** | **$460.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Name

| | | |
|---|---|---|
| 2.2339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.2339** Priority creditor's name and mailing address

**Noelia Inacua**
**2083 Maxwell Ave**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$870.00    $870.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2340** Priority creditor's name and mailing address

**Nitin Ingale**
**1510 Little Bear Loop**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$870.00    $870.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2341** Priority creditor's name and mailing address

**Brenda Ingram**
**3646 E. State Rd**
**Port Clinton, OH 43452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$440.00    $440.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2342** Priority creditor's name and mailing address

**Erika Ingram**
**151 Bard Dr 151**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$140.00    $140.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Renee Ingram**
**9057 Ravenna Road**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,197.28 | $12,197.28 |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**withholding**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.88 | $190.88 |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**FUTA**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Teresa Ionno**
**7332 Burntwood Way**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Rose Ioppolo**
**11530 Monarch Ct**
**Concord Twp, OH 44077**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Mary Iovine**
**93-B Meadows Dr**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |

**Thomas Irick**
**601 N. Main Street**
**Bellefontaine, OH 43311**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |

**Jennifer Irwin**
**1156 Sunset**
**Mayfield Heights, OH 44124**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Discovery Tours Inc. | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.2351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385.00 | $385.00 |
|---|---|---|---|---|

**Latrice Isaac**
**8796 Ray court #1**
**Twinsburg, OH 44087**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.00 | $460.00 |
|---|---|---|---|---|

**Timothy Isabella**
**11719 Harrow Place**
**North Royalton, OH 44133**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.00 | $490.00 |
|---|---|---|---|---|

**Joanne Ischay**
**14855 Crimson King Trail**
**Chardon, OH 44024**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $435.00 | $435.00 |
|---|---|---|---|---|

**Masaki Ishizaka**
**26900 George Zeiger DR #308**
**Beachwood, OH 44122**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|--------|---|---|---|---|

**BETH IVANOVICS**
**11466 OAK HOLLOW DR**
**CHARDON, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|--------|---|---|---|---|

**Jennifer Ives**
**35599 Quartermane Circle**
**Bentleyville, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|---|---|---|---|

**Deonna Ivey**
**7385 Foxmill Rd B**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|--------|---|---|---|---|

**Leigha Ivey**
**169 North Hayden Pkwy**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Jodie Izzo**
**7604 Worlington Drive**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Fadi Jabbour**
**5387 Wilshire Park Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Ann Jackson**
**1428 Hollow Tree Drive**
**Findlay, OH 45840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Ann Jackson**
**1428 Hollow Tree Drive**
**Findlay, OH 45840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Ashley Jackson**
**10347 Dugan gap rd**
**North bend, OH 45052**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Chelsie Jackson**
**111 Bentwood Dr**
**Chardon, OH 44024-1398**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Cynthia Jackson**
**2057 Co Rd 11**
**Bellefontaine, OH 43311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Elisha Jackson**
**1257 W. FREMONT RD. AptB**
**Port Clinton, OH 43452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.2367 | Priority creditor's name and mailing address<br>**Sandy Jackson**<br>**1614 Cedar Knoll NW**<br>**Massillon, OH 44646** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00** **$490.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2368 | Priority creditor's name and mailing address<br>**Valerie Jackson**<br>**6965 W. Lakeshore Drive**<br>**Port Clinton, OH 43452** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$440.00** **$440.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2369 | Priority creditor's name and mailing address<br>**Becki Jacob**<br>**2339 Ratcliff Ct**<br>**Lewis Center, OH 43035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$920.00** **$920.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2370 | Priority creditor's name and mailing address<br>**Krista Jacob**<br>**5676 Stockton Way**<br>**Dublin, OH 43016** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00** **$325.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | | |
|---|---|---|---|---|
| 2.2371 | **Priority creditor's name and mailing address**<br>**Amanda Jacobs**<br>**70 Township Road 14**<br>**Van Buren, OH 45889** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$580.00** | **$580.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2372 | **Priority creditor's name and mailing address**<br>**Amanda Jacobs**<br>**70 Township Road 14**<br>**Van Buren, OH 45889** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$580.00** | **$580.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2373 | **Priority creditor's name and mailing address**<br>**Catherine Jacobs**<br>**3088 Liberty Ledges Dr**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$385.00** | **$385.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2374 | **Priority creditor's name and mailing address**<br>**Shana Jacobs**<br>**4425 baunach st nw**<br>**Canton, OH 44708** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00** | **$490.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Carol Jacoby**<br>**11240 Somerset Dr 251**<br>**North Royalton, OH 44133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.2376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $470.00 | $470.00 |
|---|---|---|---|---|
| | **Merrill Jacques**<br>**21516 Hilliard Blvd**<br>**Rocky River, OH 44116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.2377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Leesa Jacubenta**<br>**11352 Worthington Way**<br>**North Royalton, OH 44133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.2378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $410.00 | $410.00 |
|---|---|---|---|---|
| | **Ruba Jadallah**<br>**943 ashbrooke way**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.2379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Frederick Jahn**
**26 Chadbourne Dr.**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Greg Jahnke**
**11428 Auburn Road**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Greg Jahnke**
**11428 Auburn Road**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Jamie Jahnke**
**7398 Cadle Ave**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | | | |
|---|---|---|---|
| 2.2383 | Priority creditor's name and mailing address<br>**Padma Jambunath**<br>**27030 Cedar Road #504-2**<br>**Beachwood, OH 44122** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$435.00**    **$435.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2384 | Priority creditor's name and mailing address<br>**Asia James**<br>**8820 Ray Ct #2**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$385.00**    **$385.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2385 | Priority creditor's name and mailing address<br>**Diane James**<br>**71 Steepleview Drive**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140.00**    **$140.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2386 | Priority creditor's name and mailing address<br>**Laurie James**<br>**122 Geoppert Road**<br>**Peninsula, OH 44264** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140.00**    **$140.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.2387 | Priority creditor's name and mailing address<br>**Laurie James**<br>**122 Geoppert Road**<br>**Peninsula, OH 44264** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $140.00 | $140.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2388 | Priority creditor's name and mailing address<br>**Nyesha James**<br>**3465 Berrywood Ct.**<br>**Hamilton, OH 45011** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $635.00 | $635.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2389 | Priority creditor's name and mailing address<br>**Therese James**<br>**1857 MESSNER DRIVE**<br>**HILLIARD, OH 43026** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $325.00 | $325.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2390 | Priority creditor's name and mailing address<br>**Matt Jamison**<br>**1973 Trailwood Drive**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $385.00 | $385.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
| --- | --- | --- | --- | --- |

**Darlene Janke**
**8301 Cedar Rd**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
| --- | --- | --- | --- | --- |

**Amy Jansen**
**110 South Franklin Street**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |

**Allison Jantonio**
**6170 ravenhill road**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |

**James Jarrell**
**2026 Jasper Lane**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Linsey Jasinski**
**11579 Moonbeam Ln.**
**Concord Twp., OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Jamie Jazbec**
**113 Pine Hollow Circle**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Tina Jelen**
**4919 McKenna Court**
**Columbus, OH 43221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Antony Jenkin**
**67 fairgrounds rd**
**painesville townshio, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.2399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**April Jenkins**
**112 E. Palmer Rd**
**Bellefontaine, OH 43311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Jennifer Jenkins**
**2314 Amity Rd.**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Jill Jenkins**
**3853 Stonesthrow Ct W**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Kristine Jenkins**
**7625 Vinemont Ct.**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|--------|---------------------------------------------|---------------------------------------------|---------|---------|

**Michael Jenkins**
**412north madriver street**
**bellefontaine, OH 43311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|--------|---------------------------------------------|---------------------------------------------|---------|---------|

**Marla Jenks**
**6597 Regal Woods Dr**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|--------|---------------------------------------------|---------------------------------------------|---------|---------|

**Stephan Jennings**
**6248 cherokee dr**
**Cincinnati, OH 45243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|--------|---------------------------------------------|---------------------------------------------|---------|---------|

**Monica Jensen**
**2736 E Sand Rd**
**Port Clinton, OH 43452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Hyojin Jeong**
**10601 Worrell Rd.**
**Kirtland, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Kelly Jervis**
**6300 George Fox Dr.**
**Galloway, OH 43119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Rachele Jeunnette**
**11962 Sandgate Drive**
**Chesterland, OH 44026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Milind Jhaveri**
**4085 Morley Drive**
**Reminderville, OH 44202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Tina Jira**
**2267 Gary Dr.**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**John Joaquin**
**213 Woodbridge Lane**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Kelly Johanssen**
**4448 Anchorage Ct**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Sarah Johanssen**
**3854 Stonesthrow Ln.**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $865.10 | $865.10 |
|---|---|---|---|---|

**Amy Johns**
**2508 Foxchase Ct W**
**Troy, OH 45373**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Barbara Johnson**
**1116 bayridge dr**
**Lewis center, OH 43035**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Beth Johnson**
**11550 Bass Lake rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Beth Johnson**
**8225 Coldharbor Blvd.**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Charles Johnson**
**186 Sandstone Drive**
**Painesville, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Christine Johnson**
**1865 Carver Lane**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Christopher Johnson**
**7241 berwood drive**
**cincinnati, OH 45243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Ebony Johnson**
**9939 Darrow Park Dr Apt 108**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Emily Johnson**
**32927 Lisa Lane**
**Solon, OH 44139**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

---

| 2.2424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Hallie Johnson**
**2994 Mathers Way Twinsburg**
**Twinsburg, OH 44087**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

---

| 2.2425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Jeffrey Johnson**
**715 Harrison Street**
**Port Clinton, OH 43452**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

---

| 2.2426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Jessie Johnson**
**350 Boone Dr**
**Troy, OH 45373**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

| 2.2427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
| --- | --- | --- | --- | --- |

**Jessie Johnson**
**350 Boone Dr**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.2428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |

**Jodi Johnson**
**9950 Weathersfield Dr**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.2429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |
| --- | --- | --- | --- | --- |

**Kate Johnson**
**2718 Stonebridge Court**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.2430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
| --- | --- | --- | --- | --- |

**Leedella Johnson**
**1518 Covent Road**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.2431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|--------|---|---|---|---|

**Leigh Johnson**
**7102 Fox Hill Drive**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|--------|---|---|---|---|

**Liz Johnson**
**13415 Walnut Trace**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|--------|---|---|---|---|

**Loren Johnson**
**8099 valley view rd**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|--------|---|---|---|---|

**Mary Johnson**
**167 Spicewood Ln**
**Powell, OH 43065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.2435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**2.2435**

Priority creditor's name and mailing address

**Michele Johnson**
**518 Locke Ave SW**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$490.00          $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2436**

Priority creditor's name and mailing address

**Natalie Johnson**
**6580 Dalmore Lane**
**Dublin, OH 43016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$325.00          $325.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2437**

Priority creditor's name and mailing address

**Nettie Johnson**
**8785 Foothill Road**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00          $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.2438**

Priority creditor's name and mailing address

**Rancia Johnson**
**34890 Solon Rd**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$505.00          $505.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2439 | Priority creditor's name and mailing address<br>**Sharee Johnson**<br>**12146 Waywood Drive**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$385.00** | **$385.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2440 | Priority creditor's name and mailing address<br>**Shavonne Johnson**<br>**10216 Pirates Trail**<br>**Aurora, OH 44202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$385.00** | **$385.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2441 | Priority creditor's name and mailing address<br>**Shelley Johnson**<br>**9462 Lister Lane**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$385.00** | **$385.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2442 | Priority creditor's name and mailing address<br>**Stephanie Johnson**<br>**3655 Tammy Rae Ct.**<br>**Hamilton, OH 45011** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$635.00** | **$635.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 611 of 1420

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| 2.2443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Stephanie Johnson**
**5294 Triple Crown Ct.**
**Columbus, OH 43221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Tara Johnson**
**2811 co rd 220**
**van buren, OH 45889**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Venessa Johnson**
**12 chelsea ct**
**Chagrin falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Rachel Johnston**
**2411 N Main St. Apt A**
**Findlay, OH 45840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Ingrid Johnstone**
**321 S EAST ST**
**LEBANON, OH 45036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Arunas Joksas**
**5850 Mallard Ct**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Lisa Joles**
**6408 Fay Rd**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Anissa Jones**
**5958 Pepperridge Court**
**Maineville, OH 45039-7270**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Beverly Jones**
**158 Indiana Ave**
**Elyria, OH 44035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Bobby Jones**
**1010 EAGENS CREEK CT**
**OVIEDO, FL 32765-5653**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Brad Jones**
**7555 Foxdale Cir.**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |

**Brian Jones**
**1917 E Beaumont Rd**
**Columbus, OH 43224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Jenell Jones**
**11819 Harrow place**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Jennifer Jones**
**218 essex rd.**
**vermilion, OH 44089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Joy Jones**
**2136 Campus Road**
**Beachwood, OH 04412**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Kelly Jones**
**5033 Riverwalk Dr**
**Kings Mills, OH 45034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $465.00 | $465.00 |
|---|---|---|---|---|
| | **Lauren Jones**<br>**1076 Sheerbrook Dr.**<br>**Chagrin Falls, OH 44022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Mark Jones**<br>**2388 Pleasant Colony Dr**<br>**Lewis Center, OH 43035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Melissa Jones**<br>**1724 Stonington Drive**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|
| | **Melissa Jones**<br>**1724 Stonington Drive**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
| | **Nicole Jones** | Check all that apply. | | |
| | **1665 Beechwood Dr** | ☐ Contingent | | |
| | **Troy, OH 45373** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
| | **Nicole Jones** | Check all that apply. | | |
| | **1665 Beechwood Dr** | ☐ Contingent | | |
| | **Troy, OH 45373** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| | **Patty Jones** | Check all that apply. | | |
| | **714 Edgewood Ave SW** | ☐ Contingent | | |
| | **Massillon, OH 44646** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
| | **Treasa Jones** | Check all that apply. | | |
| | **7471 Victoria Falls Ave** | ☐ Contingent | | |
| | **Maineville, OH 45039** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Discovery Tours Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.2467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**2.2467** | Priority creditor's name and mailing address
**Trenda Jones**
**6476 Coleridge Rd.**
**Concord Township, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$520.00    $520.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2468** | Priority creditor's name and mailing address
**Jennifer Jordan**
**907 Stone Court**
**Milford, OH 45150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$780.00    $780.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2469** | Priority creditor's name and mailing address
**Mindy Jordan**
**6087 Edson St**
**Vermilioin, OH 44089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$460.00    $460.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2470** | Priority creditor's name and mailing address
**Beth Joseph**
**6217 Lampton Pond Drive**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$325.00    $325.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| **2.2471** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$465.00** | **$465.00** |
| | **Douglas Joseph** **5 hopewell** **moreland hills, OH 44022** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.2472** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$455.00** | **$455.00** |
| | **Nevenka Josipovic** **7398 Truman Court** **Mentor, OH 44060** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.2473** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$490.00** | **$490.00** |
| | **Mike Jost** **13468 Bass Lake Rd** **Chardon, OH 44024** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.2474** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$470.00** | **$470.00** |
| | **John Joyce** **18716 Inglewood Avenue** **Rocky River, OH 44116** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Kristen Joyce**
**506 N. Main St**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2476 | Priority creditor's name and mailing address | | $635.00 | $635.00 |
|---|---|---|---|---|

**Anita Judy**
**2100 Augusta Blvd #138**
**Fairfield, OH 45014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2477 | Priority creditor's name and mailing address | | $495.00 | $495.00 |
|---|---|---|---|---|

**Heather Juker**
**12260 Bradfaord Dr.**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2478 | Priority creditor's name and mailing address | | $340.00 | $340.00 |
|---|---|---|---|---|

**Tiffanie Julian**
**12662 harold**
**chesterland, OH 44026**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$140.00** | **$140.00** |
|---|---|---|---|---|

**Meredith Junko**
**6760 pheasants ridge**
**hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$410.00** | **$410.00** |
|---|---|---|---|---|

**Traci Just**
**7570 Hudson Park Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$465.00** | **$465.00** |
|---|---|---|---|---|

**Allison Kaas**
**105 Waverly Lane**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$140.00** | **$140.00** |
|---|---|---|---|---|

**Jennifer Kabat**
**78 york dr**
**hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Amy Kabealo**
**7879 Charline Court**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Elizabeth Kachele**
**2894 Mossy Brink Ct.**
**Maineville, OH 45039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Tim Kachmarik**
**11739 Ivy Ridge Drive**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Tracie Kacir**
**1093 Sheerbrook Drive**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | |
|---|---|
| 2.2487 | Priority creditor's name and mailing address |

**Cindy Kadas**
**9127 Leah ct**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00          $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.2488 | Priority creditor's name and mailing address |

**Lisa Kafka**
**4548 Brixshire Drive**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$325.00          $325.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.2489 | Priority creditor's name and mailing address |

**Kris Kaiser**
**1213 Red Maple Drive**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$810.00          $810.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.2490 | Priority creditor's name and mailing address |

**Kris Kaiser**
**1213 Red Maple Drive**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$810.00          $810.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Paul Kaiser**
**2667 Stonebridge**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Paul Kaiser**
**2667 Stonebridge**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Vidyasagar Kalahasti**
**37280 Cherrybank drive**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Renee Kalis**
**10945 copperleaf**
**chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$455.00** | **$455.00** |
|---|---|---|---|---|

**Thomas Kall**
**7385 Goldenrod dr.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$520.00** | **$520.00** |
|---|---|---|---|---|

**Shaun Kallay**
**925 NEWELL ST**
**PAINESVILLE, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$870.00** | **$870.00** |
|---|---|---|---|---|

**Amy Kaminski**
**2501 reeves ave**
**lewis center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$435.00** | **$435.00** |
|---|---|---|---|---|

**Jordan Kaminsky**
**24549 Meldon Blvd**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.2499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Carrie Kandes**
**4999 Lake View Drive**
**Peninsula, OH 44264**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Kristin Kane**
**6544 Westpoint Drive**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Wendy Kang**
**38360 flanders drive**
**solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Valerie Kanieski**
**9561 Tilby Road**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Emmanuel Kaodiechi**
**2124 RIPPLE ROAD**
**HILLIARD, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.2504 | Priority creditor's name and mailing address | | $385.00 | $385.00 |
|---|---|---|---|---|

**Madhavi Kapa**
**3050 Cabot Way**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.2505 | Priority creditor's name and mailing address | | $465.00 | $465.00 |
|---|---|---|---|---|

**Dori Kaplansky**
**255-B Solon Road**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.2506 | Priority creditor's name and mailing address | | $505.00 | $505.00 |
|---|---|---|---|---|

**Lavanya Karanam**
**33128 S Roundhead Dr**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.2507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
| | **EVA KARAS** | Check all that apply. | | |
| | **7778 VALLEY VIEW RD** | ☐ Contingent | | |
| | **HUDSON, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.2508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
| | **Rebecca Karb** | Check all that apply. | | |
| | **3720 Simpson Trace** | ☐ Contingent | | |
| | **Maineville, OH 45039** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.2509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| | **Erin Karchefsky** | Check all that apply. | | |
| | **10180 S Hampton Ct** | ☐ Contingent | | |
| | **Mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.2510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
| | **Umidakhan Karimova** | Check all that apply. | | |
| | **3513 Montgomery Rd. Apt. 11** | ☐ Contingent | | |
| | **Loveland, OH 45140** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.2511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$325.00** | **$325.00** |
| --- | --- | --- | --- | --- |

**2.2511**

Priority creditor's name and mailing address
**Charlotte Karmilowicz**
**5573 Tayside Cir**
**Dublin, OH 43016-9433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$325.00**   **$325.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2512**

Priority creditor's name and mailing address
**Michelle Karsama**
**7247 Osceola Dr.**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$780.00**   **$780.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2513**

Priority creditor's name and mailing address
**Kelly Kashmarek**
**22269 Blossom Drive**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$470.00**   **$470.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2514**

Priority creditor's name and mailing address
**Sastry Kasibhatla**
**10098 Dayflower Dr.**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$385.00**   **$385.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Kellie Kasten**
**1429 Peach tree Ct**
**Columbus, OH 43204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Sharon Kastor**
**11820 Sun Ridge Circle**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Kellie Kasubienski**
**15203 Darrow Rd**
**Vermilion, OH 44089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Aaron Kauffman**
**1120 Hilary Ln Apt M**
**Findlay, OH 45840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Aaron Kauffman**
**1120 Hilary Ln Apt M**
**Findlay, OH 45840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Andria Kauffman**
**7472 Bridgetown Road**
**Cincinnati, OH 45248**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Jamie Kauffman**
**7601 Juler Ave**
**Madeira, OH 45243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Dana Kaufman**
**8676 Cliffwood Ct.**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$645.00** | **$645.00** |

**Gregory Kaufman**
**4631 Cutwater Ln**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$325.00** | **$325.00** |

**Melissa Kaufman**
**3630 Dayspring Dr**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$325.00** | **$325.00** |

**Melissa Kaufman**
**3630 Dayspring Dr**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$505.00** | **$505.00** |

**Amandeep Kaur**
**7550pinecrest Ln**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps     Doc 1     FILED 05/07/18     ENTERED 05/07/18 13:30:30     Page 645 of 1944

| 2.2527 | Priority creditor's name and mailing address **Baljeet Kaur** **2052 Meadowood Blvd** **Twinsburg, OH 44087** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $385.00 | $385.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2528 | Priority creditor's name and mailing address **Malkeet Kaur** **White Marsh Dr.** **Twinsburg, OH 44087** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $385.00 | $385.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2529 | Priority creditor's name and mailing address **Susan Kautz** **12555 Valley View Drive** **Chesterland, OH 44026** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $340.00 | $340.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2530 | Priority creditor's name and mailing address **Jen Kay** **25505 Halburton** **Beachwood, OH 44122** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $435.00 | $435.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Michelle Kazemaini**
**8292 Hemingway lane**
**mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $465.00 | $465.00 |
|---|---|---|---|---|

**Usman Kazim**
**355 solon rd #303 355 solon rd**
**#303**
**Chagrin Falls, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $780.00 | $780.00 |
|---|---|---|---|---|

**ERic Keener**
**6435 Old Barn Ct.**
**Maderia, OH 45243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Veronica Keeney**
**4346 Jennydawn Place**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Malati Keerthipati**
**7600 Affirmed Ct**
**Lewis center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Jennifer Keith**
**1599 Bridle Path**
**Painesville, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Jennifer Keith**
**3735 Durango Green Dr.**
**Cleves, OH 45002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Jessica Keith**
**2111 Bluestone Dr.**
**Findlay, OH 45840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | |
|---|---|---|
| 2.2539 | Priority creditor's name and mailing address<br>**Gail Keitlen**<br>**1020 Hamilton Drive**<br>**Broadview Heights, OH 44147** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$460.00** **$460.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.2540 | Priority creditor's name and mailing address<br>**Gail Keitlen**<br>**1020 Hamilton Drive**<br>**Broadview Heights, OH 44147** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$460.00** **$460.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.2541 | Priority creditor's name and mailing address<br>**David Kekish**<br>**11435 Clearfield Lane**<br>**Chardon, OH 44024-9051** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$495.00** **$495.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.2542 | Priority creditor's name and mailing address<br>**David Kekish**<br>**11435 Clearfield Lane**<br>**Chardon, OH 44024-9051** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$495.00** **$495.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Jennifer Kelch**
**7483 Madeira Pines Drive**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Shelli Kellar**
**3464 Ensign Cove**
**Reminderville, OH 44202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Erin Keller**
**1580 Becker Dr**
**Fairfield, OH 45014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Kathleen Keller**
**20595 Stratford Ave**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

**Kerri Keller**
**2241 Jesse Drive**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Lisa Keller**
**5542 Grace Dr**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Traci Keller**
**11721 Concord Hambden Rd**
**Painesville, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Sonja KellerBircher**
**7568 Deerpath Trail**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $440.00 | $440.00 |
|---|---|---|---|---|

**Lisa Kelley**
**4437 E. Terrace Circle**
**Port Clinton, OH 43452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $465.00 | $465.00 |
|---|---|---|---|---|

**Maria Kellis**
**118 Bell Tower Court**
**Chagrin Falls, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Stephanie Kellner**
**7970 mentor ave j8**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 | $495.00 |
|---|---|---|---|---|

**Virginia Kellum**
**188 King Ave**
**South Lebanon, OH 45065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.2555 | Priority creditor's name and mailing address<br>**Brian Kelly**<br>**6717 Elmer Drive**<br>**Harborcreek, PA 16421** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $460.00  $460.00 |

| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2556 | Priority creditor's name and mailing address<br>**Cadi Kelly**<br>**8644 Kelso Dr**<br>**Maineville, OH 45039** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $495.00  $495.00 |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2557 | Priority creditor's name and mailing address<br>**CAROL KELLY**<br>**19240 BATTERSEA**<br>**ROCKY RIVER, OH 44116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $470.00  $470.00 |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2558 | Priority creditor's name and mailing address<br>**Dawn Kelly**<br>**1586 Royalwood rd**<br>**Broadview Heights, OH 44147** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $460.00  $460.00 |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.2559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Jennifer Kelly**
**230 east king st**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Patricia Kelly**
**861 Kimberly Circle**
**Oberlin, OH 44074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Patricia Kelly**
**387 Cornwall Road**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Sueanne Kelly**
**1391 county rd 5 north**
**Zanesfield, OH 43360**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 654 of 1944

| 2.2563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Valarie Kelly**<br>**1560 Tree Fern Court**<br>**Twinsburg, OH 44087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Cera Kemeliotis**<br>**6640 Harborside Landing**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $810.00 | $810.00 |
|---|---|---|---|---|
| | **Brian Kemp**<br>**1527 North Rd A**<br>**Troy, OH 45373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $810.00 | $810.00 |
|---|---|---|---|---|
| | **Brian Kemp**<br>**1527 North Rd A**<br>**Troy, OH 45373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|--------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Robin Kempf**
**2449 Cambridge Dr.**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Laurie Kendel**
**7052 Cornell lane**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|--------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Hollie Kennedy**
**5842 BRADFORD WAY**
**HUDSON, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|--------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Kristy Kennedy**
**4010 Bremen Pass**
**Cleves, OH 45002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |

**Mary Kennedy**
**5048 Highland Meadows Dr**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2572 | Priority creditor's name and mailing address | | $495.00 | $495.00 |
| --- | --- | --- | --- | --- |

**Heather Kenneweg**
**7535 Angel Falls Ln**
**Maineville, OH 45039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2573 | Priority creditor's name and mailing address | | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |

**Becky Kent**
**7871 Morris Road**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2574 | Priority creditor's name and mailing address | | $505.00 | $505.00 |
| --- | --- | --- | --- | --- |

**LaTanya Kent**
**32407 Hamilton Court Apt 205B**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| | | |
|---|---|---|
| 2.2575 | Priority creditor's name and mailing address<br>**Danielle Keown**<br>**330 Abels Ave**<br>**Painesville, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$520.00** | **$520.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.2576 | Priority creditor's name and mailing address<br>**Rick Kepler**<br>**1638 Bramblebush St. NW**<br>**Massillon, OH 44646** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00** | **$490.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.2577 | Priority creditor's name and mailing address<br>**Andrew Kern**<br>**19438 Battersea Blvd**<br>**Rocky River, OH 44116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$470.00** | **$470.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.2578 | Priority creditor's name and mailing address<br>**Shawna Kern**<br>**5195 Horseshoe Bend Rd.**<br>**Troy, OH 45373** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$810.00** | **$810.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.2579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Nancy Kerniskey**
**5881 S Shandle Blvd**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Lauri Kerr**
**22807 Halburton Road**
**Beachwood, OH 44122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Katie Kerrey**
**7061 Juniperview Lane**
**Cincinnati, OH 45243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Aimee Kessick**
**5893 suNSET DRIVE**
**HUDSON, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Barb Kessler**
**13005 Bass Lake Rd**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Anne Kesterson**
**7011 Ballantrae Loop**
**Dublin, OH 43016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Fouad Khalife**
**21481 Hilliard Blvd**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Ghazala Khan**
**6212 Chagrin Highlands Dr.**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Ghazala Khan**
**6212 Chagrin Highlands Dr.**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |

**Rajashree Khedekar**
**1803 Little Bear Loop**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Jennifer Kick**
**10830 claridon troy rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Jennifer Kidd**
**8921 Auburn Rd.**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.2591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 $455.00 |

| 2.2591 |
|---|

Priority creditor's name and mailing address

**Tina Kidd**
**5617 washington ave**
**mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$455.00**     **$455.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2592 |
|---|

Priority creditor's name and mailing address

**Kristan Kidder**
**4166 Townsley Dr**
**Loveland, OH 45140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$330.00**     **$330.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2593 |
|---|

Priority creditor's name and mailing address

**Cheryl Kienle**
**5455 Riverport Dr**
**Hilliard, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$325.00**     **$325.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2594 |
|---|

Priority creditor's name and mailing address

**Jeff Kiggins**
**7506 Crossfield Ave**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$455.00**     **$455.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Joe Kiggins**
**15975 Moseley Rd.**
**Madison, OH 44057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number ____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $465.00 | $465.00 |
|---|---|---|---|---|

**Kimberly Kilby**
**78 Paw Paw Lake Dr.**
**Chagrin Falls, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number ____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 | $495.00 |
|---|---|---|---|---|

**Heather Kilfoyle**
**11370 Parkside Rd.**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number ____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|

**Kristen Kilfoyle**
**249 Ravenna St**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number ____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | |
|---|---|
| 2.2599 | Priority creditor's name and mailing address |

**Beth Killeen**
**300 Bicknell Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$140.00** **$140.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.2600 | Priority creditor's name and mailing address |

**Jill Kilpeck**
**8492 Hilltop Dr.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$455.00** **$455.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.2601 | Priority creditor's name and mailing address |

**Jill Kilpeck**
**8492 Hilltop Dr.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$455.00** **$455.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | |
|---|---|
| 2.2602 | Priority creditor's name and mailing address |

**Brenda Kim**
**33107 Springside Lane**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$505.00** **$505.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 664 of 1944

| 2.2603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Esther Kim**
**510 Glenside Lane**
**Powell, OH 43065**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Eunjoo Kim**
**3157 Heather Meadow Pl**
**Hilliard, OH 43026**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Jinsub Kim**
**33017 Springside Ln**
**Solon, OH 44139**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Narith Kim**
**799 GRAYLOCK CT**
**GALLOWAY, OH 43119**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | Discovery Tours Inc. | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.2607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Thomas Kim**
**8653 smokey hollow drive**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Nancy Kimmel**
**10035 Parmalee Dr**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Rachel Kincaid**
**126 Edgefield Drive**
**Cleves, OH 45002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Alan King**
**1613 Carrol Court**
**Lebanon, OH 45036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|--------|---|---|---|---|

**Allison King**
**116 MOUNT NEBO RD**
**CLEVES, OH 45002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|--------|---|---|---|---|

**Amanda King**
**7569 Bendleton Dr.**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|--------|---|---|---|---|

**Bobbie King**
**7403 Wesselman Road**
**Cleves, OH 45002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|--------|---|---|---|---|

**Carmelita King**
**977 tradewinds cove**
**painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**Discovery Tours Inc.**

Name

Case number (if known) _____

---

| 2.2615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $500.00 | $500.00 |
|---|---|---|---|---|

**Deanna King**
**44143 Russia Rd**
**Elyria, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|

**Dorothy King**
**525 South Abbe M8**
**Elyria, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Linda King**
**7840 Wilderness Dr**
**Mentor, OH 44060-7142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $490.00 | $490.00 |
|---|---|---|---|---|

**Rick King**
**4948 13TH SW**
**CANTON, OH 44710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Stacy King**
**801 s clay st**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Allison Kingsley**
**4696 BRITTONHURST DR**
**HILLIARD, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Gary Kinney**
**8259 Faller Rd**
**Maineville, OH 45039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Denise Kintop**
**5681 Birdie Ln**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Dave Kinzel**
**7446 Highwood Way**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Kacy Kirby**
**324 E. Auburn Avenue**
**Bellefontaine, OH 43311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**SUZANNE KIRCHNER**
**30 N. Westhaven Dr.**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Sherri Kirk**
**755 Military Drive**
**Galloway, OH 43119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Bruce Kirkbride**
**1314 41st. St. NW**
**Canton, OH 44709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Sandra Kirkpatrick**
**509 Cooper avenue**
**Bellefontaine, OH 43311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Linda Kirkwood**
**5103Rockport Cove**
**Stow, OH 44224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Alan Kirsh**
**12095 Burlington Glen Dr**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Jacki Kirtley**
**433 S Dorset Rd**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 | $230.00 |
|---|---|---|---|---|

**Michelle Kiser**
**1317 Gettysburg Dr**
**Maumee, OH 43537**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Sam Kish**
**9065 Johnnycake Ridge Rd**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Monica Kisley**
**10480 Locust Grove**
**Chradon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $695.00 | $695.00 |
|---|---|---|---|---|

**Jonna Kisor**
**3137 Sullivant Ave**
**Columbus, OH 43204**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.2636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|

**Jeffrey Kissinger**
**9485 Glen Drive**
**Brecksville, OH 44141**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.2637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $505.00 | $505.00 |
|---|---|---|---|---|

**Abby Kitay**
**33240 coachman lane**
**solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.2638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $645.00 | $645.00 |
|---|---|---|---|---|

**Catherine Kitchen**
**8411 Military Ct.**
**Galloway, OH 43119**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

☑ No
☐ Yes

| 2.2639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 | $810.00 |
|---|---|---|---|---|

**Stacy Kitchen**
**1191 Swailes Rd.**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 | $810.00 |
|---|---|---|---|---|

**Stacy Kitchen**
**1191 Swailes Rd.**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.00 | $490.00 |
|---|---|---|---|---|

**Tamara Kitko**
**12165 Waterfowl Lane**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 | $495.00 |
|---|---|---|---|---|

**Sarah Klausing**
**306 W Barrington Dr**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 674 of 1944

| 2.2643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$580.00** | **$580.00** |

**Sharon Klausing**
**14901 County Road 109**
**Van Buren, OH 45889**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$385.00** | **$385.00** |

**Casey Kleckner**
**9007 White Oak Drive**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$185.00** | **$185.00** |

**Danielle Klein**
**11801 Christian Ave**
**Concord, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$205.00** | **$205.00** |

**Danielle Klein**
**11801 Christian Ave**
**Concord, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Jennifer Klein**
**836 Ridgewood Blvd**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Jennifer Klein**
**9341 Trillium lane**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Kerri Klein**
**7712 Callow Rd**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Melisa Klein**
**9956 Johnnycake Ridge Rd Unit**
**E-10**
**Concord, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Rebecca Kleinhenz**
**100 Swailes Road**
**Troy, OH 45373**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Chad Klemens**
**2557 Brunswick Ln**
**Hudson, OH 44236**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Chad Klemens**
**2557 Brunswick Ln**
**Hudson, OH 44236**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Amy Kline**
**5951 Stow Road**
**Hudson, OH 44236**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 677 of 1944

| 2.2655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Heather Kline-Ruminski**
**11380 Mourning Dove**
**Concord, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Staci Kling**
**8200 Ripley road**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Debra Klocker**
**12882 Heath Road**
**Chesterland, OH 44026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Jolee Klugherz**
**6683 Winston Lane**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.2659 | Priority creditor's name and mailing address<br>**Lisa Knapp**<br>**228 Hideaway Ct.**<br>**Powell, OH 43065** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$870.00** | **$870.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2660 | Priority creditor's name and mailing address<br>**Jenny Knarr**<br>**7657 Squirrel Creek**<br>**Cincinnati, OH 45247** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$750.00** | **$750.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2661 | Priority creditor's name and mailing address<br>**Michele Kneisel**<br>**1167 Waldo Way**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$385.00** | **$385.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2662 | Priority creditor's name and mailing address<br>**Misty Knepp**<br>**5649 Londonairy Blvd**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$410.00** | **$410.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Roman Kniahynyckyj**
**4870 Oak Hill Blvd.**
**Lorain, OH 44053**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Danielle Knight**
**8371 Hermitage Rd**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Danielle Knight**
**8371 Hermitage Rd**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.00 | $220.00 |

**Heather Knisley**
**116 S. Short St.**
**Troy, OH 45373**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Melissa Knodel**
**7474 Hill Gail Ct**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**LINDA KOBIE**
**868 W RIVER RD N**
**ELYRIA, OH 44035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Nicole Kochensparger**
**324 Laurel Ave**
**Port Clinton, OH 43452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Amie Kocher**
**9624 Old Village Drive**
**Loveland, OH 45140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $455.00 | $455.00 |
|---|---|---|---|---|

**Kristin Koczan**
**7383 Dahlia Dr**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Erin Koehler**
**573 Deerwood Ct**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Rachelle Koehnke**
**2140 Township Road 232**
**Van Buren, OH 45889**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Stacey Koelsch**
**PO BOX 1134**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Ellen Koenig**
**9659 Country Trail**
**Loveland, OH 45140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Michelle Koenig**
**11454 Viceroy St.**
**Painesville, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

**Michelle Koenig**
**11454 Viceroy St.**
**Painesville, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Emily Kolakowski**
**2384 Murphy Ln W**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|
|  | **Emily Kolakowski** | Check all that apply. | | |
|  | **2384 Murphy Ln W** | ☐ Contingent | | |
|  | **Troy, OH 45373** | ☐ Unliquidated | | |
|  | | ☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | **2017 or 2018** | **trip deposit** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.2680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|
|  | **Karen Kolar** | Check all that apply. | | |
|  | **4411 Sir John Ave** | ☐ Contingent | | |
|  | **North Royalton, OH 44133** | ☐ Unliquidated | | |
|  | | ☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | **2017 or 2018** | **trip deposit** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.2681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|
|  | **Kristen Kolar** | Check all that apply. | | |
|  | **2297 Kate Cir** | ☐ Contingent | | |
|  | **Hudson, OH 44236** | ☐ Unliquidated | | |
|  | | ☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | **2017 or 2018** | **trip deposit** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.2682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|
|  | **Tim Kolek** | Check all that apply. | | |
|  | **9775 Ridgeview Trail** | ☐ Contingent | | |
|  | **Mentor, OH 44060** | ☐ Unliquidated | | |
|  | | ☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | **2017 or 2018** | **trip deposit** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.2683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.00 | $460.00 |

**2.2683** Priority creditor's name and mailing address
**Laurie Kolenz**
**440 Carrington Lane**
**Broadview Heights, OH 44147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$460.00    $460.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2684** Priority creditor's name and mailing address
**John Koll**
**11180 Somerset Drive Apt 256**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$460.00    $460.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2685** Priority creditor's name and mailing address
**Thaddeus Kollar**
**2591 Bridgeton Dr.**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$410.00    $410.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2686** Priority creditor's name and mailing address
**Leslie Kolschetzky**
**6539 Carter Blvd.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00    $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Rebecca Koluder**
**10515 Locust Grove Dr**
**CHARDON, OH 44024-8862**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Dennis Komm**
**32951 CHARMWOOD OVAL**
**SOLON, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**DeAnna Konick**
**9516 Fairmount Rd**
**Novelty, OH 44072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Todd Kooken**
**37775 Flanders Dr**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
| | **Erica Koons** | Check all that apply. | | |
| | **4637 Heather Ridge Dr** | ☐ Contingent | | |
| | **Hilliard, OH 43026** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.2692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| | **Miki Kopocs** | Check all that apply. | | |
| | **13201 Darrow Rd.** | ☐ Contingent | | |
| | **Vermilion, OH 44089** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.2693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| | **Christine Koprowski** | Check all that apply. | | |
| | **11381 Villa Grande Dr.** | ☐ Contingent | | |
| | **N Royalton, OH 44133** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.2694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| | **Christopher Korff** | Check all that apply. | | |
| | **107 Cheshire Road** | ☐ Contingent | | |
| | **HUDSON, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

| 2.2695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$695.00** | **$695.00** |
|---|---|---|---|---|

**Eric Korley**
**3069 Rainier Avenue**
**Columbus, OH 43231**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$435.00** | **$435.00** |
|---|---|---|---|---|

**Lisa Kornspan**
**25227 Duffield Rd.**
**Beachwood, OH 44122**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$490.00** | **$490.00** |
|---|---|---|---|---|

**Tiffany Kort**
**2244 Times Ave SW**
**Canton, OH 44706**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$460.00** | **$460.00** |
|---|---|---|---|---|

**Susanne Kortan**
**15070 Waterford Dr**
**North Royalton, OH 44133**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Name

| | | |
|---|---|---|

**2.2699** Priority creditor's name and mailing address

**Marianne Kosa**
**5930 Eastham Way**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$410.00** **$410.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2700** Priority creditor's name and mailing address

**Mindy Kosir**
**11275 Woodie Glen Drive**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$495.00** **$495.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2701** Priority creditor's name and mailing address

**Lisa Koski**
**6507 Creekside Trail**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$505.00** **$505.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2702** Priority creditor's name and mailing address

**Jennifer Kostik**
**910 Bates Rd.**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$470.00** **$470.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.2703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |

**2.2703**

Priority creditor's name and mailing address
**Letvia Kotchkoski**
**8108 Orange Station Loop**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$870.00     $870.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2704**

Priority creditor's name and mailing address
**Angela Kotek**
**10614 Cutty Sark Dr**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$490.00     $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2705**

Priority creditor's name and mailing address
**Wendy Kotnik**
**8334 Windsong Trail**
**Concord Township, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$520.00     $520.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2706**

Priority creditor's name and mailing address
**Katie Kovac**
**4505 10th St NW**
**Canton, OH 44708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$490.00     $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Shelley Kovach**
**911 Douglas St**
**Vermilion, OH 44089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $950.80 | $950.80 |
|---|---|---|---|---|

**Michelle Kovacs**
**685 Sedgwick Way**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Kristy Kovalak**
**112 Larchwood Dr**
**Painesville, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Kristy Kovalak**
**1341 Hamilton Dr**
**Broadview Hts, OH 44147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 | $520.00 |
|---|---|---|---|---|
| | **Michael Kovalak** **9402 Euclid Chardon Road** **Kirtland, OH 44094** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Callene Kovats** **11100 Courtney Ct** **Chardon, OH 44024** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 | $520.00 |
|---|---|---|---|---|
| | **Michael Kowalski** **942 Salem Ave** **Elyria, OH 44035** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Keith Kozak** **10283 Clipper Cove** **Aurora, OH 44202** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Milan Kozul**
**3234 Fallen Brook Ln**
**Brunswick, OH 44212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Michelle Kraft**
**6042 Morganwood Square**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Dina Krakora**
**11430 Linden Way**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Heather Kramer**
**15695 Chillicothe Rd**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Michelle Kramer**
**5002 Lake forest dr**
**Peninsula, OH 44264**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Patrick Kramer**
**9079 Hidden Glen Drive**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Patrick Kramer**
**9079 Hidden Glen Drive**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Michele Krampitz**
**3640 Archwood Drive**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |
| | **Sterrin Kraska** | Check all that apply. | | |
| | **10165 Candlestick Lane** | ☐ Contingent | | |
| | **Concord Township, OH 44077** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |
| | **Amy Kraus** | Check all that apply. | | |
| | **4626 15th St SW** | ☐ Contingent | | |
| | **Canton, OH 44710** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| --- | --- | --- | --- | --- |
| | **Barak Kraus** | Check all that apply. | | |
| | **5763 Reserve Ln** | ☐ Contingent | | |
| | **Hudson, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| --- | --- | --- | --- | --- |
| | **Brian Kraus** | Check all that apply. | | |
| | **160 Bersham Drive** | ☐ Contingent | | |
| | **Hudson, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**John Krause**
**19131 Tanglewood Dr**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Aimee Kremser**
**2254 Jesse Dr.**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Rainie Krenn**
**3500 adaline drive**
**Stow, OH 44224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Stacy Kresic**
**7321 Hunters Tr**
**Concord, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Stacy Kresic**
**7321 Hunters Tr**
**Concord, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Priority creditor's name and mailing address
**Elisa Kretschman**
**11300 Pine Acres Ln**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$340.00    $340.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Priority creditor's name and mailing address
**Danielle Krider**
**508 w.**
**W. Main St., OH 45858**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$580.00    $580.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Priority creditor's name and mailing address
**Kym Krimmel**
**372 Far Hill dr**
**Charodn, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$495.00    $495.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Nicole Krish**
**2334 Valley View Dr**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Subha Krishnamoorthy**
**28974 North Village Lane**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Amy Krissinger**
**32287 Hamilton Court Apt 203**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|---|---|---|---|---|

**Wess Kroll**
**7383 Windsor Meadow Dr**
**Maineville, OH 45039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
| | **Allison Kronenfeld** | Check all that apply. | | |
| | **36425 Churchill Dr** | ☐ Contingent | | |
| | **SOLON, OH 44139** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
| | **Renee Kroto** | Check all that apply. | | |
| | **8127 Butler Hill Drive** | ☐ Contingent | | |
| | **Concord Twp., OH 44077** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
| | **Allison Krueger** | Check all that apply. | | |
| | **37159 Deer Run** | ☐ Contingent | | |
| | **Solon, OH 44139** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| | **Mark Krueger** | Check all that apply. | | |
| | **6767 camelot dr** | ☐ Contingent | | |
| | **mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Name

| | |
|---|---|
| 2.2743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

| 2.2743 | |
|---|---|
| **Mark Krueger** | As of the petition filing date, the claim is: $455.00 $455.00 |
| **6767 camelot dr** | Check all that apply. |
| **mentor, OH 44060** | ☐ Contingent |

2.2743

Priority creditor's name and mailing address

**Mark Krueger**
**6767 camelot dr**
**mentor, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00    $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.2744

Priority creditor's name and mailing address

**Stephanie Krummel**
**6089 Broadwell Ct**
**Galloway, OH 43119**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$325.00    $325.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.2745

Priority creditor's name and mailing address

**Todd Kruse**
**38 Ridgecrest Drive**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$465.00    $465.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.2746

Priority creditor's name and mailing address

**Donajean Kubacki**
**11501 Hunt Road**
**Huntsburg, OH 44046**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$490.00    $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**2.2747** Priority creditor's name and mailing address

**Jennifer Kubinski**
**52 Trumbull Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$140.00**        **$140.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2748** Priority creditor's name and mailing address

**Michelle Kuch**
**6085 Iroquois Trail**
**Mentor on the Lake, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$185.00**        **$185.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2749** Priority creditor's name and mailing address

**Michelle Kuch**
**6085 Iroquois Trail**
**Mentor on the Lake, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$205.00**        **$205.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2750** Priority creditor's name and mailing address

**Elaine Kuhl**
**10340 Mayfield Road**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$490.00**        **$490.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 701 of 1944

| 2.2751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Amy Kuhn**
**517 Hillcrest Drive**
**Bellefontaine, OH 43311**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.2752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.00 | $475.00 |
|---|---|---|---|---|

**Jamie Kuhn**
**3374 Brendan Drive**
**Columbus, OH 43221**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.2753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Kristi Kuhnle**
**12105 Pheasant Ct**
**Chardon, OH 44024**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.2754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**PRAVEEN KUMAR**
**7978 Crescent Drive**
**Lewis Center, OH 43035**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | Discovery Tours Inc. | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | |
|---|---|---|---|---|
| 2.2755 | Priority creditor's name and mailing address<br>**Brian Kuminkoski**<br>**1322 Atterbury dr**<br>**Macedonia, OH 45056** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00** | **$490.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2756 | Priority creditor's name and mailing address<br>**Enrique Kundla**<br>**3467 Vintage Woods Dr**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00** | **$325.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2757 | Priority creditor's name and mailing address<br>**Kelly Kundla**<br>**2316 croydon rd**<br>**twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$385.00** | **$385.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2758 | Priority creditor's name and mailing address<br>**Kelly Kundla**<br>**2316 croydon rd**<br>**twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$385.00** | **$385.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|--|--|--|--|

**Monique Kundtz**
**7715 Chillicothe Rd**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2760 | Priority creditor's name and mailing address | | $505.00 | $505.00 |
|--------|--|--|--|--|

**Rachael Kunkel**
**33103 Cromwell Drive**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2761 | Priority creditor's name and mailing address | | $460.00 | $460.00 |
|--------|--|--|--|--|

**Gina Kupczyk**
**4618 Boston Road**
**Brecksville, OH 44141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2762 | Priority creditor's name and mailing address | | $810.00 | $810.00 |
|--------|--|--|--|--|

**Tomoko Kuramoto**
**2369 Meadowpoint Drive Apt D**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Anthony Kurz**
**7229 Camargowoods Dr**
**Cincinnati, OH 45243**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Jeffrey Kurzawa**
**7395 Portage Street**
**Solon, OH 44139**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Sally Kuss**
**6943 hunting hollow lane east**
**Hudson, OH 44236**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Mary Kutchin**
**5346 Port Chester Drive**
**Hudson, OH 44236**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.2767 | Priority creditor's name and mailing address<br>**De Anna Kuzma**<br>**620 Kaspar**<br>**Port Clinton, OH 43452** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$440.00**  **$440.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2768 | Priority creditor's name and mailing address<br>**Andrea Kwan**<br>**14150 Caves Rd**<br>**Novelty, OH 44072** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$340.00**  **$340.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2769 | Priority creditor's name and mailing address<br>**Deanna Kwiatkowski**<br>**609 Orchard View Drive**<br>**Maumee, OH 43537** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$230.00**  **$230.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2770 | Priority creditor's name and mailing address<br>**ALLAN KWIZERA**<br>**8723 Arrowtip Lane**<br>**Lewis Center, OH 43035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$870.00**  **$870.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

**2.2771** | Priority creditor's name and mailing address

**Megan Kyser**
**666 Lucille Drive**
**Elyria, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$520.00    $520.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2772** | Priority creditor's name and mailing address

**Angela Laanani**
**5807 Chanwick Drive**
**Galloway, OH 43119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$645.00    $645.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2773** | Priority creditor's name and mailing address

**Susan LaChapelle**
**1013 W Wayne St.**
**Maumee, OH 43537**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$230.00    $230.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2774** | Priority creditor's name and mailing address

**AMIL LADADWA**
**11989 FIREFLY DR**
**NORTH ROYALTON, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$460.00    $460.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Jill Lagerstedt**
**11530 Riding Trail**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**BETHANY LAGROTTERIA**
**221 PINEHURST AVE**
**ELYRIA, OH 44035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Sarah Lahmann**
**422 VINNEDGE ave**
**FAIRFIELD, OH 45014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Brian Laird**
**6354 Carolyn Dr**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Jennifer Lakes** | *Check all that apply.* | | |
| | **8240 Deepwood Blvd #14** | ☐ Contingent | | |
| | **Mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.2780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.00 | $475.00 |
|---|---|---|---|---|
| | **Jose Lalama** | *Check all that apply.* | | |
| | **5765 Parkside Crossing** | ☐ Contingent | | |
| | **DUBLIN, OH 43016** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.2781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Amber Lally** | *Check all that apply.* | | |
| | **2706 boron st** | ☐ Contingent | | |
| | **Massillon, OH 44646** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.2782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|
| | **Elizabeth Lally** | *Check all that apply.* | | |
| | **6600 Brookland Avenue** | ☐ Contingent | | |
| | **Solon, OH 44139** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.2783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Lynn Lally**
**3432 Middle Post Lane**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**David Lam**
**12803 Kingston Way**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Danielle LaMadeleine**
**121 Maple Ave**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Heather LaManna**
**9958 aspen court**
**concord, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|---|---|---|---|---|

**Jillian Lamb**
**439 morrow rd 114**
**South Lebanon, OH 45065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2788 | Priority creditor's name and mailing address | | $645.00 | $645.00 |
|---|---|---|---|---|

**Kelly Lambrych**
**4408 Swenson St**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2789 | Priority creditor's name and mailing address | | $870.00 | $870.00 |
|---|---|---|---|---|

**Jill Lammi**
**6990 Roespark Blvd**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2790 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Sarah Lance**
**728 Delverne Ave sw**
**canton, OH 44710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Tonya Landgraf**
**919 Balboa Ct**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |

**Laurie Landies**
**108 Allynd Blvd**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |

**Michael Landsberg**
**4259 Rowanne Rd**
**Columbus, OH 43214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Michael Lanese**
**25350 Briardale avenue**
**Euclid, OH 44132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $470.00 | $470.00 |
|---|---|---|---|---|
| | **Sarah Lang**<br>**19530 Argyle Oval**<br>**Rocky River, OH 44116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $470.00 | $470.00 |
|---|---|---|---|---|
| | **Patrick Lange**<br>**3725 Chrisfield Drive**<br>**Rocky River, OH 44116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $750.00 | $750.00 |
|---|---|---|---|---|
| | **Tom Lange**<br>**7356 Pickway Drive**<br>**Cincinnati, OH 45233** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|
| | **William Lange**<br>**279 Hayer Drive**<br>**Painesville, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 713 of 1944

| 2.2799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|---|---|---|---|
| | **Adam Langham**<br>**5832 South st**<br>**Vermilion, OH 44089** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|---|---|---|---|
| | **Adam Langham**<br>**5832 South st**<br>**Vermilion, OH 44089** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|---|---|---|---|
| | **Adam Langham**<br>**5832 South st**<br>**Vermilion, OH 44089** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|--------|---|---|---|---|
| | **Mark Langlois**<br>**251 Copperfield ct**<br>**Painesville, OH 44077** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |

**Brian Langlotz**
**10296 Mayfield Rd**
**Chesterland, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |

**Brian Langlotz**
**10296 Mayfield Rd**
**Chesterland, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |

**Katie Lanham**
**8162 Jordan Ridge Drive**
**Cleves, OH 45002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

**Ronald Lanham**
**5410 Wilshire Park Dr**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Elizabeth Lanning**
**75 cedar glen dr**
**painesville, OH 44077**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Melissa Lanza**
**9795 Burton Drive**
**Twinsburg, OH 44087**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Brian Lapikas**
**24 David Ave NE**
**Massillon, OH 44646**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.2810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**KERRY LAPKA**
**12807 Darrow Road**
**vermilion, OH 44089**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 716 of 1944

| 2.2811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $635.00 | $635.00 |
|---|---|---|---|---|

**Denise Larbes**
**385 Blackburn Ave.**
**Fairfield, OH 45014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $455.00 | $455.00 |
|---|---|---|---|---|

**Andrea Larick**
**8267 Hemingway Lane**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $385.00 | $385.00 |
|---|---|---|---|---|

**Bianca Lark**
**10459 Woodchuck Ct**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $460.00 | $460.00 |
|---|---|---|---|---|

**Richard Larouere**
**6269 highland meadows dr**
**medina, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.2815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Soledad Larry**
**4668 anderson road**
**South Euclid, OH 44121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Anne Larsen**
**62 Lake Forest dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Anne Larsen**
**62 Lake Forest dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 | $230.00 |
|---|---|---|---|---|

**Jeanette Larsen**
**1114 Hunt St**
**Maumee, OH 43537**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Monica Larsen**
**1521 Royal Oak Drive**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Nicole Lascko**
**8261 Royalton Rd**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $601.00 | $601.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Katie LaScola**
**242 Olive Street**
**Elyria, OH 44035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Sarah Lasko**
**7594 Greenthorn Dr**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$325.00** | **$325.00** |

**Kristi Laslo**
**6227 Kingview Dr.**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$460.00** | **$460.00** |

**Peter Laszlo**
**11237 Worthington Way**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$870.00** | **$870.00** |

**Julie Lather**
**1736 Cottonwood Drive**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$675.00** | **$675.00** |

**Zachary Latimer**
**1183 Township Road 190 E**
**Bellefontaine, OH 43311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
| --- | --- | --- | --- | --- |

**Whitney Latour**
**3328 McGuffey rd**
**Columbus, OH 43224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| --- | --- | --- | --- | --- |

**Heather Lauderback**
**7511 Tall Pine Dr**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |

**Jennifer Laughlin**
**7350 Connie Dr.**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $977.90 | $977.90 |
| --- | --- | --- | --- | --- |

**Joey Laughman**
**1565 Saratoga Drive**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$810.00** | **$810.00** |
|---|---|---|---|---|

**Joey Laughman**
**1565 Saratoga Drive**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$440.00** | **$440.00** |
|---|---|---|---|---|

**Andy Laurel**
**1483 E. Lockwood Rd.**
**Port Clinton, OH 43452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$505.00** | **$505.00** |
|---|---|---|---|---|

**Matthew Laurich**
**6674 Edgemoor Avenue**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$810.00** | **$810.00** |
|---|---|---|---|---|

**Jamie Lautenschlager**
**514 w. Main St.**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Jill Laverdiere**
**3106 Willowbrook Dr**
**Reminderville, OH 44202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Cynthia Lavo**
**15055 Bates Creek Drive**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Richard Lavoie**
**7165 Colesbrooke Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Melinda Lawhead**
**5806 Clover Groff Drive**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|--------|--------|--------|--------|--------|
| | **Dennis Lawler** <br> **89 Division St** <br> **Hudson, OH 44236** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred <br> **2017 or 2018** | Basis for the claim: <br> **trip deposit** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.2840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|--------|--------|--------|--------|--------|
| | **Cathleen Lawlor** <br> **5950 Liberty Road** <br> **Solon, OH 44139** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred <br> **2017 or 2018** | Basis for the claim: <br> **trip deposit** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.2841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|--------|--------|--------|--------|--------|
| | **Kimberly Lawrence** <br> **1204 central ave** <br> **Sandusky, OH 44870** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred <br> **2017 or 2018** | Basis for the claim: <br> **trip deposit** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.2842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|--------|--------|--------|--------|--------|
| | **Stephanie Lawrence** <br> **3703 Kilkenny Dr** <br> **Columbus, OH 43221** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred <br> **2017 or 2018** | Basis for the claim: <br> **trip deposit** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.2843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**William Lawrence**
**7301 Windsor Park Dr.**
**Maineville, OH 45039**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

---

| 2.2844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Meghan Laws**
**826 Sun Ridge Lane**
**Chagrin Falls, OH 44022**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

---

| 2.2845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Brian Lawson**
**5368 tallawanda dr**
**fairfield, OH 45014**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

---

| 2.2846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Laura Lazzaro**
**1201 Woodside Drive**
**Rocky River, OH 44116**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

| 2.2847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Grace Leach**
**7901 Wildwood drive**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**Sarah Leach**
**5186 Driftwood Dr.**
**Vermilion, OH 44089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |

**Stephanie Leach**
**5671 Preston Woods Rd**
**Columbus, OH 43235**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**Amy Leacock**
**2513 Punderson Dr.**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.2851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Ellen Leamon**
**3849 East Surrey Ct.**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Gina Lear**
**528 Hartford drive**
**Elyria, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Michelle Leatherman**
**113 North Stanley Street**
**Bellefontaine, OH 43311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Molly LeBel**
**7880 Pinehill Road**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Shelly Leck**
**10951 Burlington Ridge Dr.**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Linn Leclair**
**1910 lakeview ave**
**rocky river, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Chrishone LEE**
**5252 Copper Creek Drive**
**DUBLIN, OH 43016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**CHRISTINE LEE**
**2804 RICHMOND RD**
**BEACHWOOD, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $490.00 | $490.00 |
|---|---|---|---|---|

**Christine Lee**
**305 Stewart Ave NW**
**Massillon, OH 44646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $325.00 | $325.00 |
|---|---|---|---|---|

**Craig Lee**
**5920 PORTSIDE DR**
**HILLIARD, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $520.00 | $520.00 |
|---|---|---|---|---|

**Holly Lee**
**8072 Rainbow Drive**
**Concord, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $490.00 | $490.00 |
|---|---|---|---|---|

**Jessica Lee**
**11825 Wellesley Lane**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Jong Lee**
**5732 Stockton Way**
**Dublin, OH 43016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Mija Lee**
**5691 Nicholson dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Andi Leesburg**
**2552 Punderson Drive**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Eric Lefebvre**
**7335 Iuka Ave**
**Madeira, OH 45243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Kelly Lehmkuhl**
**6642 Buttonbush Ct**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Andrew Lehner**
**803 Outrigger Cove**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Mary Leibold**
**166 Lakeview Lane**
**South Russell, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Jennifer Leigey**
**8253 Winthrop Ct**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 731 of 1944

| 2.2871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $205.00 | $205.00 |
|--------|--------|--------|--------|--------|
| | **Jennifer Leigey**<br>**8253 Winthrop Ct**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $410.00 | $410.00 |
|--------|--------|--------|--------|--------|
| | **Kathleen Leigh**<br>**82 E Streetsboro St**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.00 | $140.00 |
|--------|--------|--------|--------|--------|
| | **Lisa Leighton**<br>**7183 Jonathan Drive**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $505.00 | $505.00 |
|--------|--------|--------|--------|--------|
| | **Dawn Leko**<br>**7032 kingswood drive**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Name

| | | |
|---|---|---|
| **2.2875** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Laura Lekson**<br>**7276 Waterfowl Way**<br>**Concord, OH 44077** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: $520.00 $520.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2876** Priority creditor's name and mailing address

**Vincent Lemle**
**5597 Cabot Cove Dr**
**Hilliard, OH 43026**

As of the petition filing date, the claim is: $325.00 $325.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2877** Priority creditor's name and mailing address

**Joshua Lemr**
**9726 Martinique Dr.**
**Mentor, OH 44060**

As of the petition filing date, the claim is: $455.00 $455.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2878** Priority creditor's name and mailing address

**Sherry Lenehan**
**5331 River Rd.**
**Fairfield, OH 45014**

As of the petition filing date, the claim is: $635.00 $635.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$675.00** | **$675.00** |
|---|---|---|---|---|

**Julie Lenhart**
**204 Miami Ave**
**Bellefontaine, OH 43311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$385.00** | **$385.00** |
|---|---|---|---|---|

**Aimee Lennerth**
**3839 Nautilus Trail**
**Reminderville, OH 44202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$165.00** | **$165.00** |
|---|---|---|---|---|

**Leslie Lenney**
**5729 Walnut St**
**Kings Mills, OH 45034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$460.00** | **$460.00** |
|---|---|---|---|---|

**Michelle Leo**
**3990 Wiltshire Road**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**Jennifer Leopold**
**850 Tappan Circle Vermilion**
**Vermilion, OH 44089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2884 | Priority creditor's name and mailing address | | $520.00 | $520.00 |

**Mark Leopold**
**138 Lee Road**
**Painesville Twp, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2885 | Priority creditor's name and mailing address | | $520.00 | $520.00 |

**Mark Leopold**
**138 Lee Road**
**Painesville Twp, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2886 | Priority creditor's name and mailing address | | $440.00 | $440.00 |

**Christy Leow**
**924 Madison St**
**Port Clinton, OH 43452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Kim Lesko**
**1054 Rosealee Ave**
**Elyria, OH 44035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Stephanie Lessick**
**9500 Tanager Dr.**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**LeAnne Letany**
**72 Meadowview Ct.**
**Fairfield, OH 45014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Cathy Letterio**
**10629 Buckingham Pl**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|--------|---------|---------|---------|---------|
| | **Cathy Letterio**<br>**10629 Buckingham Pl**<br>**Painesville, OH 44077** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|--------|---------|---------|---------|---------|
| | **Amy LeVan**<br>**1010 Dellwood Drive**<br>**Troy, OH 45373** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|--------|---------|---------|---------|---------|
| | **Amy LeVan**<br>**1010 Dellwood Drive**<br>**Troy, OH 45373** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $775.00 | $775.00 |
|--------|---------|---------|---------|---------|
| | **Megann LeVan**<br>**649 Cooper Ave.**<br>**Bellefontaine, OH 43311** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Abigail Levi** **136 Ravine Rd.** **Powell, OH 43065** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|---|---|---|---|---|
| | **Peter Levites** **5136 Pebble Lane** **Columbus, OH 43220** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |
|---|---|---|---|---|
| | **Kelley Levy** **1890 Middleton Rd.** **Hudson, OH 44236** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|
| | **Susan Levy** **38505 Mcdowell Dr** **solon, OH 44139** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |

**Amy Lewis**
**5908 Saucony Drive**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $420.00 | $420.00 |
| --- | --- | --- | --- | --- |

**Cassandra Lewis**
**22134 River Oaks Drive apt 2c**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
| --- | --- | --- | --- | --- |

**Catalina Lewis**
**640 Georgetown ave.**
**ElyriaElyria, OH 44035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| --- | --- | --- | --- | --- |

**Jessica Lewis**
**7757 Emmanuel Drive**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Joanna Lewis**
**14741 Hitching Post Ln**
**Novelty, OH 44072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Kara Lewis**
**7579 Berks Way**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Kara Lewis**
**7579 Berks Way**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Karen Lewis**
**8695 Royale Oak Ct**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 740 of 1944

| 2.2907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $490.00 | $490.00 |
|---|---|---|---|---|
| | **KRISTEN LEWIS**<br>**6041 DRENTA CIR SW**<br>**NAVARRE, OH 44662** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $435.00 | $435.00 |
|---|---|---|---|---|
| | **Lora Lewis**<br>**23671 Letchworth Road**<br>**Beachwood, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $505.00 | $505.00 |
|---|---|---|---|---|
| | **Paul Lewis**<br>**6955 Richmond Rd**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $520.00 | $520.00 |
|---|---|---|---|---|
| | **Sarita Lewis**<br>**1943 Fowl Road C11**<br>**Elyria, OH 44035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 741 of 1944

| 2.2911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$645.00** | **$645.00** |
| --- | --- | --- | --- | --- |

**Stoney Lewis**
**5357 sunlight ct**
**Dublin, OH 43016**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2912 | Priority creditor's name and mailing address | | **$140.00** | **$140.00** |
| --- | --- | --- | --- | --- |

**David Lex**
**163 N. Hayden Pkwy**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2913 | Priority creditor's name and mailing address | | **$500.00** | **$500.00** |
| --- | --- | --- | --- | --- |

**Rebecca Leydon**
**32 King St.**
**Oberlin, OH 44074**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2914 | Priority creditor's name and mailing address | | **$500.00** | **$500.00** |
| --- | --- | --- | --- | --- |

**David Leyva**
**350 Washington Cir.**
**Oberlin, OH 44074**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Deborah Li**
**7219 Winchester Dr.**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Hua Li**
**35980 Michael Drive**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Jianbo Li**
**5334 Denise CT**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Qing Liang**
**2174 Weston Dr.**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | |
|---|---|

**2.2919**   Priority creditor's name and mailing address     As of the petition filing date, the claim is:     **$505.00**     **$505.00**

**Haijiao Liao**
**6573 Forest Glen Ave.**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
**2017 or 2018**                          **trip deposit**

Last 4 digits of account number           Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

**2.2920**   Priority creditor's name and mailing address     As of the petition filing date, the claim is:     **$410.00**     **$410.00**

**Amy Libby**
**359 W. Streetsboro Street**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
**2017 or 2018**                          **trip deposit**

Last 4 digits of account number           Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

**2.2921**   Priority creditor's name and mailing address     As of the petition filing date, the claim is:     **$810.00**     **$810.00**

**Leigha Libecap**
**1325 S.Clay St**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
**2017 or 2018**                          **trip deposit**

Last 4 digits of account number           Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

**2.2922**   Priority creditor's name and mailing address     As of the petition filing date, the claim is:     **$470.00**     **$470.00**

**Edward Libens**
**22375 Sunnyhill Drive**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
**2017 or 2018**                          **trip deposit**

Last 4 digits of account number           Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

| 2.2923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |

**2.2923**

Priority creditor's name and mailing address
**Laura Licek**
**318 Bucknell Court**
**Broadview Heights, OH 44147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$460.00    $460.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2924**

Priority creditor's name and mailing address
**Mui Lie**
**13841 Oakbrook dr. #206**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$460.00    $460.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2925**

Priority creditor's name and mailing address
**Stephen Lieber**
**37105 Deer Run**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$505.00    $505.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2926**

Priority creditor's name and mailing address
**Stephen Lieber**
**37105 Deer Run**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$505.00    $505.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $780.00 | $780.00 |
|---|---|---|---|---|

**Aimee Liebert**
**7830 Thomas Drive**
**Madeira, OH 45243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 | $495.00 |
|---|---|---|---|---|

**Karlyn Liebhardt**
**9090 oakstone trail**
**chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|

**Joanna Liedel**
**2366 Woodacre Dr.**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385.00 | $385.00 |
|---|---|---|---|---|

**Tammy Lieu**
**10296 smugglers cove**
**Aurora, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | Discovery Tours Inc. | Case number *(if known)* | | |
|---|---|---|---|---|
| | Name | | | |

| 2.2931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $340.00 | $340.00 |
|---|---|---|---|---|
| | **John Lifford**<br>**8875 Mulberry Rd**<br>**Chesterland, OH 44026** | | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $675.00 | $675.00 |
|---|---|---|---|---|
| | **Joshua Lightle**<br>**915 rush avenue**<br>**Bellefontaine, OH 43311** | | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $410.00 | $410.00 |
|---|---|---|---|---|
| | **Michael Likovetz**<br>**333 Oldham Way**<br>**Hudson, OH 44236** | | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $410.00 | $410.00 |
|---|---|---|---|---|
| | **Tracy Limbert**<br>**93 East Case Drive**<br>**Hudson, OH 44236** | | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**YanBing Lin**
**98 South settlers Ln.**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Joe Linahan**
**8729 Landen Drive**
**Maineville, OH 45039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Tom Lindberg**
**3232 Crownpoint St NW**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Melissa Lindley**
**5784 Timberline Trail**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $635.00 | $635.00 |
|---|---|---|---|---|
| | **Jeri Lindner**<br>**6620 River Road**<br>**Fairfield, OH 45014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Haritha Lingichetty**<br>**1821 little bear loop**<br>**lewis center, OH 43035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $635.00 | $635.00 |
|---|---|---|---|---|
| | **JILL LINGO**<br>**6065 Havenwood Ct.**<br>**Hamilton, OH 45011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|
| | **Lori Lingo**<br>**1940 N Ridge Rd**<br>**Painesville, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| | **Karla Lining** | Check all that apply. | | |
| | **5965 South Shandle Blvd.** | ☐ Contingent | | |
| | **Mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.2944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| | **Brian Link** | Check all that apply. | | |
| | **4811 Willowbrook drive** | ☐ Contingent | | |
| | **Mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.2945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| | **Ed Link** | Check all that apply. | | |
| | **5673 Marine Parkway** | ☐ Contingent | | |
| | **Mentor on the Lake, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.2946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
| | **Annemarie Linnert** | Check all that apply. | | |
| | **8068 Rainbow Dr.** | ☐ Contingent | | |
| | **Concord, OH 44077** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.2947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
| | **Annemarie Linnert** | Check all that apply. | | |
| | **8068 Rainbow Dr.** | ☐ Contingent | | |
| | **Concord, OH 44077** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2948 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| | **Stacey Lipchek** | Check all that apply. | | |
| | **3531 Hawthorne trail** | ☐ Contingent | | |
| | **broadview Heights, OH 44147** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2949 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| | **Jessica Lippoli** | Check all that apply. | | |
| | **1272 Deer Lake Court** | ☐ Contingent | | |
| | **Columbus, OH 43204** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2950 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| | **Cheryl Liptak** | Check all that apply. | | |
| | **3060 Bear Oval** | ☐ Contingent | | |
| | **North Royalton, OH 44133** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.2951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Jason Lisy**
**9601 Brayes Manor Dr**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2952 | Priority creditor's name and mailing address | | $635.00 | $635.00 |

**Blossom Litteken**
**6455 Taylor Trace Lane**
**Hamilton, OH 45011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2953 | Priority creditor's name and mailing address | | $810.00 | $810.00 |

**Andrea Littlejohn**
**1195 Longwood dr**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2954 | Priority creditor's name and mailing address | | $810.00 | $810.00 |

**Andrea Littlejohn**
**1195 Longwood dr**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Bo Liu**
**38963 Glenlivet CT**
**solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Hongyan Liu**
**5360 Wilshire Park Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Qin Liu**
**790 Patriot Ct**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Todd Livengood**
**10430 Locust Grove Dr**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
| --- | --- | --- | --- | --- |

**Amarda Llanaj**
**22449 Lake Rd. Apt.305f**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
| --- | --- | --- | --- | --- |

**Shawn Lloyd**
**564 N. Park St.**
**Bellefontaine, OH 43311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |

**Jessie Lobaza**
**10281 Foxwood Dr.**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |

**Charles LoBello**
**13831 Rustic Dr**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.2963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Brandon Loboschefski** | Check all that apply. |
| | **1330 Old Trail Rd** | ☐ Contingent |
| | **Maumee, OH 43537** | ☐ Unliquidated |
| | | ☐ Disputed |

$230.00    $230.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2964 | Priority creditor's name and mailing address |
|---|---|
| | **Cynthia Lockemer** |
| | **3271 Darien Ln** |
| | **Twinsburg, OH 44087** |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$385.00    $385.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2965 | Priority creditor's name and mailing address |
|---|---|
| | **Rhonda Lockett** |
| | **32500 Monroe Court # 102** |
| | **Solon, OH 44139** |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$505.00    $505.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2966 | Priority creditor's name and mailing address |
|---|---|
| | **Michele Lockhart** |
| | **5204 13th st sw** |
| | **Canton, OH 44710** |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$490.00    $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Nelly Lockhart**
**9844 Old Johnnycake Ridge Road**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**George Locklear**
**44863 Parsons Rd.**
**Oberlin, OH 44074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Karen Lockman**
**6533 copley avenue**
**solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Sharon Lockman**
**32935 Charmwood Oval**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Gina Lococo**
**10901 Bridle Trail**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Lisa LoConti**
**8140 Mount Royal Drive**
**Concord, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

**Lisa LoConti**
**8140 Mount Royal Drive**
**Concord, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Deborah Lodewyck**
**3270 Myrtle Dr.**
**Loveland, OH 45140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|--------------------------------------------|----------------------------------------------|---------|---------|

**Samantha LoDuca**
**7630 Brainard Ct**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|--------|--------------------------------------------|----------------------------------------------|---------|---------|

**Tia Loduca**
**12010 sperry rd.**
**chesterland, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|--------------------------------------------|----------------------------------------------|---------|---------|

**Melissa Loera**
**261 Elberta Drive**
**Vermilion, OH 44089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|--------|--------------------------------------------|----------------------------------------------|---------|---------|

**John Logan**
**4612 Barbie Ave SW**
**Massillon, OH 44646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Ante Logarusic**
**897 Pebble Beach Cove**
**Painesville Twp, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|---|---|---|---|---|

**Erin Logsdon**
**174 Crestview Rd.**
**Columbus, OH 43202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Rebecca Logston**
**6740 Duneden Avenue**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Jonathan Logue**
**365 Edison Dr**
**Vermilion, OH 44089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**VERA LOGVYNETS**
**1742 Wagar Rd #211**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Brent Lohr**
**10425 Barchester Dr.**
**Concord Twp., OH 44077-2262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Stacy Loizos**
**21755 Lake rd**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Robyn Lojek**
**6231 Tina Dr**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Lisa Lombardo**
**10224 Wilson Mills Rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Nancy London**
**46984 W. Hamilton St**
**Oberlin, OH 44074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Clarice Long**
**4436 Akins Rd**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Debra Long**
**6700 Auburn Rd.**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Lisa Long**
**1872 Dooridge Drive Dooridge**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.2992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Lorrie Long**
**217 Stone Ridge Blvd.**
**South Lebanon, OH 45065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.2993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Tammy Long**
**135 Saratoga Ave SW**
**Canton, OH 44710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.2994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Rondallyn Longley**
**2891 Bold Venture Dr.**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

Case number (if known) _____

| 2.2995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Jennifer Longo**
**116 Walnut Street**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Jennifer Looks**
**615 Woodside Avenue**
**Vermilion, OH 44089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Juana Lopez**
**3109 lynch st sw**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Lissa Lopez**
**317 Longfellow St.**
**Elyria, OH 44035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.00 | $490.00 |
|---|---|---|---|---|

**Maria Lopez**
**141 Westland ave nw**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3000 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Maria Lopez**
**447 Windamere ave nw**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3001 | Priority creditor's name and mailing address | | $325.00 | $325.00 |
|---|---|---|---|---|

**Norma Lopez**
**5579 Farmhouse ln**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3002 | Priority creditor's name and mailing address | | $695.00 | $695.00 |
|---|---|---|---|---|

**Steven Lopez**
**1089 Sedgwick Court**
**Columbus, OH 43235**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.3003 | Priority creditor's name and mailing address<br>**Valerie Lopez**<br>**2725 Blue Heron Drive**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$410.00    $410.00

| | | |
|---|---|---|
| 2.3004 | Priority creditor's name and mailing address<br>**Chena Lord**<br>**1030 Citadel Ave NW**<br>**Massillon, OH 44646** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$490.00    $490.00

| | | |
|---|---|---|
| 2.3005 | Priority creditor's name and mailing address<br>**Christine Loretan**<br>**884 Ridgewood Blvd.**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$410.00    $410.00

| | | |
|---|---|---|
| 2.3006 | Priority creditor's name and mailing address<br>**Elisa Loring**<br>**7674 bergen court**<br>**hudson, OH 44236** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$410.00    $410.00

---

| 2.3007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Donna Losiewicz**
**15405 Bent Tree Drive**
**Findlay, OH 45840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Donna Losiewicz**
**15405 Bent Tree Drive**
**Findlay, OH 45840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Latika Lott**
**6480 Zoellners Place**
**Hamilton, OH 45011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Tina Lotts**
**316 East Brown Avenue**
**BELLEFONTAINE, OH 43311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Chris Loucks**
**6232 richville drive sw**
**Navarre, OH 44662**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Kelley Love**
**651 Rothmoore**
**Galloway, OH 43119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Tracy Love**
**27255 Tinkers Valley Dr**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Paul Lovell**
**3242 Springview Dr**
**Hamilton, OH 45011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| --- | --- | --- | --- | --- |
| | **Pete Lowe** | Check all that apply. | | |
| | **2831 Bold Venture Dr** | ☐ Contingent | | |
| | **Lewis Center, OH 43035** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
| --- | --- | --- | --- | --- |
| | **Aimee Lowrance** | Check all that apply. | | |
| | **4221 Chatsworth Dr.** | ☐ Contingent | | |
| | **Mason, OH 45040** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
| --- | --- | --- | --- | --- |
| | **Charles Loy** | Check all that apply. | | |
| | **1800 barnhart rd** | ☐ Contingent | | |
| | **troy, OH 45373** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| --- | --- | --- | --- | --- |
| | **Michelle Lozina** | Check all that apply. | | |
| | **82 Sussex Rd** | ☐ Contingent | | |
| | **Hudson, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| | | |
|---|---|---|
| 2.3019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |

2.3019 Priority creditor's name and mailing address

**Amy Lucas**
**2406 Highland Court**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$810.00  $810.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.3020 Priority creditor's name and mailing address

**Kim Lucas**
**8752 Cliffwood Ct**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00  $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.3021 Priority creditor's name and mailing address

**Linnea Lucas**
**414 Peppertree Lane**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$520.00  $520.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.3022 Priority creditor's name and mailing address

**Lori Lucas**
**322 Olentangy Meadows Drive**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$870.00  $870.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Nicole Lucas**
**2574 Brooklyn ave sw**
**Canton, OH 44706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Wayne Lucas**
**1641 cedarcrest ave s.w.**
**massillon, OH 44646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Jacquelyn Luczywo**
**180 Salt Creek Run**
**Peninsula, OH 44264**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Penny Luda**
**8216 Edgerton Rd**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3027 | Priority creditor's name and mailing address<br>**Tami Ludewig**<br>**7050 Kate Dr.**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$410.00** | **$410.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3028 | Priority creditor's name and mailing address<br>**Christopher Ludwig**<br>**8624 Ravenna Road**<br>**Chardon, OH 44024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00** | **$490.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3029 | Priority creditor's name and mailing address<br>**Jeff Lugar**<br>**113 Lafayette St**<br>**Elyria, OH 44035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$520.00** | **$520.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3030 | Priority creditor's name and mailing address<br>**Monica Lujan**<br>**8082 Mayfield Rd**<br>**Chesterland, OH 44026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$340.00** | **$340.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Cari Lukcso**
**3485 Nautilus Trail**
**Reminderville, OH 44202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Bonnie Luker**
**5851 Brewster Dr.**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Tara Luling**
**7929 Pinehill Road**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Heather Lulow**
**6968 Auburn RD**
**Concord, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.3035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Natasha Luma**
**616 Laurel Avenue**
**Port Clinton, OH 43452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Julie Lundin**
**22790 Laramie Dr.**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Krista Lung**
**2378 Omaha Pl**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Doan Luong**
**3607 Hoskins Circle**
**Fairfield, OH 45011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|--|--|--|--|

**Angelique Luptak**
**9956 Johnnycake Ridge Rd. E5**
**Concord Twp, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|--------|--|--|--|--|

**Brian Lutes**
**7901 Locust Lane**
**Cincinnati, OH 45243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|--------|--|--|--|--|

**Karen Luther**
**7410 Madeira Pines Dr**
**Madeira, OH 45243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|--------|--|--|--|--|

**Tammy Lutterbie**
**3741 Winter Hill Drive**
**Hamilton, OH 45011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|--|--|--|--|
| 2.3043 | Priority creditor's name and mailing address<br>**Amy Luttrell**<br>**6526 Vonnie Vale Ct**<br>**Hamilton, OH 45011** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$635.00**    **$635.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|--|--|--|--|
| 2.3044 | Priority creditor's name and mailing address<br>**Kristin Lutzke**<br>**6041 Nature View Ct**<br>**Painesville, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$520.00**    **$520.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|--|--|--|--|
| 2.3045 | Priority creditor's name and mailing address<br>**VICKY LUVISON**<br>**8331 Sheltered Cove**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$455.00**    **$455.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|--|--|--|--|
| 2.3046 | Priority creditor's name and mailing address<br>**MItch Luxenburg**<br>**2166 Lyndway Road**<br>**Beachwood, OH 44122** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$435.00**    **$435.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.3047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $385.00 | $385.00 |
|---|---|---|---|---|

**Christine Lyden**
**2904 Alling Drive**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $470.00 | $470.00 |
|---|---|---|---|---|

**Caroline Lydon**
**20695 Stratford**
**Rocky River, OH 44116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $185.00 | $185.00 |
|---|---|---|---|---|

**Brenda Lynch**
**9362 Clopton Court**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $205.00 | $205.00 |
|---|---|---|---|---|

**Brenda Lynch**
**9362 Clopton Court**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Douglas Lynch**
**3587 Dockside Ct.**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Jill Lynch**
**7876 Wainwright Lane**
**Maineville, OH 45039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Margaret Lynch**
**15 DAISY LN**
**CHAGRIN FALLS, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Michael Lynch**
**7930 Newell Creek**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
| --- | --- | --- | --- | --- |
| | **Mindy Lynch** | Check all that apply. | | |
| | **9663 Kelly Dr.** | ☐ Contingent | | |
| | **Loveland, OH 45140** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |
| | **Stacie Lynch** | Check all that apply. | | |
| | **5509 Tayside Circle** | ☐ Contingent | | |
| | **Dublin, OH 43016** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |
| | **Stacy Lynch** | Check all that apply. | | |
| | **6804 Glencairn Ct.** | ☐ Contingent | | |
| | **Mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |
| | **Barry Lynn** | Check all that apply. | | |
| | **7985 Sweetgum Trail** | ☐ Contingent | | |
| | **Mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 778 of 1944

| 2.3059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$410.00** | **$410.00** |
| --- | --- | --- | --- | --- |

**Monica Lynn**
**7557 Woodland Avenue**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$410.00** | **$410.00** |
| --- | --- | --- | --- | --- |

**Monica Lynn**
**7557 Woodland Avenue**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$750.00** | **$750.00** |
| --- | --- | --- | --- | --- |

**Patti Lysaght**
**8265 Jordan Ridge Drive**
**Cleves, OH 45002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$455.00** | **$455.00** |
| --- | --- | --- | --- | --- |

**Casondra Lytle**
**7066 Constantine Court**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.3063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Jin Ma**
**5229 Wilshire Park Drive**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Susan Ma**
**38495 Flanders dr**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Tetyana Maciech**
**7097 Cedar St**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Heather Macik**
**170 W Carriage Dr  APT # 204**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.3067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Dannielle Mack**
**1679 Jennifer Drive Twinsburg**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.3068 | Priority creditor's name and mailing address | | $870.00 | $870.00 |
|---|---|---|---|---|

**Sheryl Mack**
**7831 Kingman Place**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.3069 | Priority creditor's name and mailing address | | $410.00 | $410.00 |
|---|---|---|---|---|

**Lisa MacKay**
**6484 Olde Eight Road**
**Peninsula, OH 44264**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.3070 | Priority creditor's name and mailing address | | $165.00 | $165.00 |
|---|---|---|---|---|

**Tammy Macke**
**3687 Wood Trail Drive**
**Mason, OH 45040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.3071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Randall MacKim**
**722 Kolpwood AVE NW**
**Massillon, OH 44646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Bill Madan**
**8850 Camelot Dr**
**Chesterland, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Kathy Madar**
**5800 Bridgewater Blvd.**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Mariea Madea**
**7559 King Memorial Road**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Mary Madeja**
**6405 Vrooman Rd**
**Painesville, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

**Mary Madeja**
**6405 Vrooman Rd**
**Painesville, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Heather Mader**
**408 W MARKET ST**
**TROY, OH 45373-3964**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Heather Mader**
**408 W MARKET ST**
**TROY, OH 45373-3964**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Karl Maersch**
**100 CHURCH STREET**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Laurie Maersch**
**5110 Lansdowne Drive**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Melissa Maghes**
**2855 Hudson Aurora Road**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Mia Mahaffee**
**8556 juniper drive**
**lewis center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Megan Maher**
**20932 Morewood Pkwy**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Sara Mahon**
**4807 Slade Dr**
**Fairfield, OH 45014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Amanda Mahoney**
**7405 Jeremy Avenue**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Litz Main**
**9539 Old Village Dr**
**Loveland, OH 45140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 785 of 1944

| 2.3087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Denise Maiorana**
**38170 McDowell Drive**
**Solon, OH 44139**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Shahina Majed**
**810 Prairie Rd**
**Galloway, OH 43119**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Nancy MAKSOUD-WALLACE**
**7819 Maple Leaf Dr**
**Cincinnati, OH 45243**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Kevin Malarkey**
**8640 West Point Drive**
**Galloway, OH 43119**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $505.00 | $505.00 |
|---|---|---|---|---|

**Sabrina Malcolm**
**7640 Pinecrest Ln**
**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.00 | $435.00 |
|---|---|---|---|---|

**Sherri Malek**
**25100 Bryden RD**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.00 | $470.00 |
|---|---|---|---|---|

**Melinda Malicki**
**2670 Jameston Drive**
**Rocky River, OH 44116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $490.00 | $490.00 |
|---|---|---|---|---|

**Hanan Maliki**
**139 Meadowlands Dr. E1**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.3095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Nizzar Malkieh**
**12927 Hampton Club Dr Apt 103**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Kathleen Mallott**
**4376 darrow road #7**
**stow, OH 44224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Antonia Malnar**
**5266 corduroy road**
**mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Mike Malnar**
**9616 Venus dr**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|--------|------|------|------|------|
| | **Jennifer Malone** | Check all that apply. | | |
| | **11725 Overlook Rd** | ☐ Contingent | | |
| | **Chardon, OH 44024** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|--------|------|------|------|------|
| | **Annette Malott** | Check all that apply. | | |
| | **2390 Seneca Drive** | ☐ Contingent | | |
| | **Troy, OH 45373** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|--------|------|------|------|------|
| | **Deana Maltby** | Check all that apply. | | |
| | **689 Bowhall Road** | ☐ Contingent | | |
| | **Painesville, OH 44077** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|------|------|------|------|
| | **Melissa Maltry** | Check all that apply. | | |
| | **7817 Ellington Place** | ☐ Contingent | | |
| | **Mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Barbara Mancari**<br>**7696 Ellington Place**<br>**Mentor, OH 44060** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|
| | **Stacy Mancuso**<br>**6577 forest glen ave**<br>**solon, OH 44139** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Melannie Maneri**<br>**7609 King Memorial Rd**<br>**Mentor, OH 44060** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Sam Maniar**<br>**5208 Wilshire Park Drive**<br>**Hudson, OH 44236** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 790 of 1944

| 2.3107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Terri Mankin**
**4591 Richville Dr SW**
**Canton, OH 44706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Sarah Mann**
**9636 Kim Drive**
**Chesterland, OH 44026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**AnneMarie MAnngard**
**7715 Lydia Dr**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Kelly Manning**
**6547 Willow Hollow Lane**
**Cincinnati, OH 45243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Laura Mantle**
**4701 Wiltshire Rd**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.3112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Octavia Manuel**
**2380 Croydon Road**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.3113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Kristie Marbury**
**6618 Copley Ave**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.3114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Elena Marcano**
**1549 Little Bear Loop**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.3115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
| | **David Marcum** | Check all that apply. | | |
| | **113 north Springhill street** | ☐ Contingent | | |
| | **Bellefontaine, OH 43311** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.3116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| | **Paul Mardula** | Check all that apply. | | |
| | **11800 Julie drive** | ☐ Contingent | | |
| | **Chardon, OH 44024** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.3117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
| | **MICHAEL MARES** | Check all that apply. | | |
| | **510 E. THIRD ST.** | ☐ Contingent | | |
| | **PORT CLINTON, OH 43452-3971** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.3118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| | **Kelley Marginean** | Check all that apply. | | |
| | **4890 Pondloop dr** | ☐ Contingent | | |
| | **Dublin, OH 43016** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.3119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Enrico Mariani**
**1446 Bordner Ave SW**
**Canton, OH 44710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Kelly Marigney**
**37135 Deer Run**
**Son, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Aaron Marinelli**
**150 Quail Hollow Drive**
**Moreland Hills, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Amy Marino**
**12120 W Shiloh Drive**
**Chesterland, OH 44026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Melissa Marino**
**8720 Summer Wind Lane**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Alyssa Markell**
**9 Meadowlawn Dr #8**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Kristina Marker**
**9309 Brakeman Rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Stephanie Marker**
**528 Brookwood Dr**
**Bellefontaine, OH 43311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|--------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Neil Markey**
**113 Church Street**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Becky Markley**
**8324 Dartmoor Rd**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|--------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Hallie Markowitz**
**3426 Old Green Rd**
**Beachwood, OH 44122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|--------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Kelly Markowitz**
**28975 North Park Blvd**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Todd Markowski**
**5496 Primavera Dr**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Dimitri Marku**
**21012 Halworth Rd**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Alissa Markusic**
**655 Academy Dr**
**Galloway, OH 43119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Danielle Marn**
**7584 hunting lake dr**
**painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Danielle Marn**
**7584 hunting lake dr**
**painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Kelly Maron**
**401 Greenfield lane**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Carrie Maronde**
**15040 Regents Way**
**chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Kathleen Maroon**
**3360 Delmar Drive**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$470.00** | **$470.00** |
|---|---|---|---|---|

**Kathleen Maroon**
**3360 Delmar Drive**
**Rocky River, OH 44116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$140.00** | **$140.00** |
|---|---|---|---|---|

**Marietta Marquart**
**333 Simon Road**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$520.00** | **$520.00** |
|---|---|---|---|---|

**Wendy Marquez**
**946 Midway Blvd**
**Painesville, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$385.00** | **$385.00** |
|---|---|---|---|---|

**Kara Marquis**
**1758 glenwood dr**
**twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $810.00 | $810.00 |
|---|---|---|---|---|
| | **Robert Marquis**<br>**1513 Saratoga Dr**<br>**Troy, OH 45373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

| 2.3144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Ryan Marquis**<br>**7842 Hidden Hollow Dr**<br>**MENTOR, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

| 2.3145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Gina Marrali**<br>**9990 Forest Drive**<br>**Twinsburg, OH 44087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

| 2.3146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|
| | **Jerald Marshall**<br>**131 Prentice Rd**<br>**Painesville, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

18-12734-jps     Doc 1     FILED 05/07/18     ENTERED 05/07/18 13:30:30     Page 800 of 1944

| 2.3147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Melanie Marshall**
**7454 Andover Way**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Rachel Marshall**
**8035 Plains Road**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Robin Marshall**
**120 North Street**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Tara Marshall**
**1455 Hunter Ct**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Christine Marsiglio**
**6193 Dunbar Drive**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Christine Marsiglio**
**6193 Dunbar Drive**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Charles Martin II**
**430 Fulton Street**
**Port Clinton, OH 43452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Christine Martin**
**10262 Pratt Lane**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Erica Martin**
**365 Chestnut St.**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

**Erica Martin**
**365 Chestnut St.**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Heather Martin**
**3239 Rayanna St NW**
**Massillon, OH 44646-3011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Janelle Martin**
**5208 sara way**
**hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$490.00** | **$490.00** |

2.3159 Priority creditor's name and mailing address

**MaryPat Martin**
**9211 Brakeman Rd.**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$490.00**   **$490.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.3160 Priority creditor's name and mailing address

**Scott Martin**
**8351 Twin Creek Ct**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$455.00**   **$455.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.3161 Priority creditor's name and mailing address

**Edgar Martinez**
**8168 Appleridge Dr.**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$870.00**   **$870.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.3162 Priority creditor's name and mailing address

**Jill Martinez**
**5497 North Fairway Drive**
**Port Clinton, OH 43452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$440.00**   **$440.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |

**Lori Martini**
**7591 Dog Trot Rd.**
**Cincinnati, OH 45248**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |

**Sharlene Marty**
**2727 Hampton Road**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |

**Tracie Maschke**
**405 Reserve Trail**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |

**Deya Mashal**
**7224 Holderman St**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Scott Masiella**
**388 Oldham Way**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Jennifer Masink**
**1509 Callander Dr.**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Carey Mason**
**8695 Old Village Ln**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Paul Mason**
**5635 Mapleridge Drive**
**Cincinnati, OH 45227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|---|---|---|---|---|

**Peter Mason**
**298 Forest Edge Drive**
**South Lebanon, OH 45065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Margaret Massaro**
**2116 Aurora Ave.**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**JESSE MASSEY**
**201 WINDSOR DR**
**ELYRIA, OH 44035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Kelly Massie**
**6200 E River Rd**
**Fairfield, OH 45014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Jason Massingill**
**1320 Stonycreek Rd.**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3176 | Priority creditor's name and mailing address | | $810.00 | $810.00 |
|---|---|---|---|---|

**Jason Massingill**
**1320 Stonycreek Rd.**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3177 | Priority creditor's name and mailing address | | $385.00 | $385.00 |
|---|---|---|---|---|

**Qiana Massingill**
**2215 Pebble Creek Dr Apt 205J**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3178 | Priority creditor's name and mailing address | | $455.00 | $455.00 |
|---|---|---|---|---|

**Arianne Mastandrea**
**8803 evergreen dr**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.3179 | Priority creditor's name and mailing address<br>**Tara Masters**<br>**505 Westland Ave SW**<br>**massillon, OH 44646** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$490.00        $490.00

| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.3180 | Priority creditor's name and mailing address<br>**Nicole Matanin**<br>**2340 Lakeview Ave**<br>**Rocky river, OH 44116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$110.00        $110.00

| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.3181 | Priority creditor's name and mailing address<br>**Kim Matasich**<br>**5064 Dresden Dr. NW**<br>**Canton, OH 44708** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$490.00        $490.00

| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.3182 | Priority creditor's name and mailing address<br>**Karie Matejka**<br>**6446 Deer Haven Dr.**<br>**Concord, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$520.00        $520.00

| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $185.00 | $185.00 |
|---|---|---|---|---|

**Kerry Matejka**
**1533 Clipper Cove**
**Painesville Twp., OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $205.00 | $205.00 |
|---|---|---|---|---|

**Kerry Matejka**
**1533 Clipper Cove**
**Painesville Twp., OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $465.00 | $465.00 |
|---|---|---|---|---|

**Laura Mateyo**
**90 Bishop Dr.**
**Chagrin Falls, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $870.00 | $870.00 |
|---|---|---|---|---|

**Dale Matheny**
**8356 Finch Shelter Drive**
**Columbus, OH 43235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps  Doc 1  FILED 05/07/18  ENTERED 05/07/18 13:30:30  Page 810 of 1944

| 2.3187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Johanna Matheny**
**5691 Pleasant Hill Dr.**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|

**Sam Mathew**
**1430 Hunting Hollow**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Amy Mathews**
**3261 prairie gardens ct**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $645.00 | $645.00 |
|---|---|---|---|---|

**Denise Mathews**
**3414 River Landings Blvd.**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**James Mathews**
**1161 E337th st**
**Eastlake, OH 44095**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Michelle Mathews**
**3350 Wind Song Ln**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Carolina Mathis**
**7321 Granby Drive**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Karen Matier**
**6712 pinebrooke**
**hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Lindsey Matlack**
**6568 Westpoint Dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3196 | Priority creditor's name and mailing address | | $460.00 | $460.00 |
|---|---|---|---|---|

**Tiffany Matlock**
**4984 Dublin Dr**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3197 | Priority creditor's name and mailing address | | $410.00 | $410.00 |
|---|---|---|---|---|

**Sharon Matolka**
**7640 Hudson Park Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3198 | Priority creditor's name and mailing address | | $505.00 | $505.00 |
|---|---|---|---|---|

**Heidi Mattlin**
**7321 Shelford Dr**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |

**2.3199** Priority creditor's name and mailing address

**Diana Mattson
3670 Shadow Ridge Drive
Loveland, OH 45140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$495.00**  **$495.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3200** Priority creditor's name and mailing address

**Jerrel Mattson
111 Fox Trail
Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$465.00**  **$465.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3201** Priority creditor's name and mailing address

**Guido Matuschek
26205 Seville Drive Appartment
#302
Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$435.00**  **$435.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3202** Priority creditor's name and mailing address

**Scott Matyac
7587 Affirmed ct
Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$870.00**  **$870.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.3203 | Priority creditor's name and mailing address<br>**Mike Mauceri**<br>**7172 Bunker Cv**<br>**Mentor, OH 44060-5336** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$455.00     $455.00

| | | |
|---|---|---|
| 2.3204 | Priority creditor's name and mailing address<br>**Kelly Mauk**<br>**1865 Pheasant Pt CT**<br>**Troy, OH 45373** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$810.00     $810.00

| | | |
|---|---|---|
| 2.3205 | Priority creditor's name and mailing address<br>**Kelly Mauk**<br>**1865 Pheasant Pt CT**<br>**Troy, OH 45373** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$810.00     $810.00

| | | |
|---|---|---|
| 2.3206 | Priority creditor's name and mailing address<br>**Mark Mauldin**<br>**5767 SOM Center Road**<br>**Solon, OH 44139** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$505.00     $505.00

| | | |
|---|---|---|
| 2.3207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |

**2.3207** Priority creditor's name and mailing address
**Amanda Maus**
**5800 Brooke Meadows Ct**
**Hamilton, OH 45011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$635.00   $635.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3208** Priority creditor's name and mailing address
**Bridgette Mauter**
**220 Wintergreen Hill Drive**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$520.00   $520.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3209** Priority creditor's name and mailing address
**Julie Mawaka**
**6178 Burr Oak Way**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$140.00   $140.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3210** Priority creditor's name and mailing address
**Amy Maxwell**
**716 N High St**
**Maumee, OH 43537**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$230.00   $230.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.3211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$470.00** | **$470.00** |
| | **Gwen Maxwell** | *Check all that apply.* | | |
| | **3616 Spencer Rd.** | ☐ Contingent | | |
| | **Rocky River, OH 44116** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$520.00** | **$520.00** |
| | **Holli Maxwell** | *Check all that apply.* | | |
| | **333 18th St.** | ☐ Contingent | | |
| | **Elyria, OH 44035** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$460.00** | **$460.00** |
| | **Chris May** | *Check all that apply.* | | |
| | **4605 Jessica Lane** | ☐ Contingent | | |
| | **North Royalton, OH 44133** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
| | **Kelly May** | *Check all that apply.* | | |
| | **62 Walnut Street** | ☐ Contingent | | |
| | **Oberlin, OH 44074** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Michele May**
**11293 Wilson Mills Rd**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Stephanie Mayle**
**321 Lynn Cir NW**
**Canton, OH 44708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Craig Mayo**
**5561 orchid ave.**
**mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Nicole Mazon**
**2806 Pheasant Field Dr**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Gwyn Mazuk**
**6087 Morris Rd**
**Hamilton, OH 45011-5139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Ron Mazurek**
**9426 FREEPORT LN**
**MENTOR, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Angela McAtee**
**3067 Maddie Ct**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Dawn McBain**
**3954 Medford Sq**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Renee McCabe**
**2755 Parkside Drive**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Bill Mccale**
**4984 timberview dr.**
**vermilion, OH 44089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Jean McCall**
**7425 Herrick Park Dr**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Jean McCall**
**7425 Herrick Park Dr**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385.00 | $385.00 |
|---|---|---|---|---|

**Nicole McCallCash**
**2165 White Marsh Dr**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.00 | $490.00 |
|---|---|---|---|---|

**Carrie McCallister**
**444 Windamere Ave.**
**Massillon, OH 44646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Barbara McCann**
**5513 Primavera Dr**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.00 | $870.00 |
|---|---|---|---|---|

**Kevin McCann**
**1064 Evadell Dr**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 | $230.00 |
|---|---|---|---|---|

**Carol McCarthy**
**410 E Wayne St. 410 E Wayne St**
**Maumee, OH 43537**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3232 | Priority creditor's name and mailing address | | $695.00 | $695.00 |
|---|---|---|---|---|

**Kathryn McCartney**
**731 Drummond ct**
**Columbus, OH 43214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3233 | Priority creditor's name and mailing address | | $495.00 | $495.00 |
|---|---|---|---|---|

**Nancy McCauley**
**8900 Auburn Rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3234 | Priority creditor's name and mailing address | | $470.00 | $470.00 |
|---|---|---|---|---|

**CIELO MCCLAIN**
**9 River Side Drive**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Joseph McClanahan**
**10772 Collins Riley Rd**
**Blanchester, OH 45107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3236 | Priority creditor's name and mailing address | | $410.00 | $410.00 |
|---|---|---|---|---|

**Daniel McClelland**
**233 BERSHAM DR**
**HUDSON, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3237 | Priority creditor's name and mailing address | | $385.00 | $385.00 |
|---|---|---|---|---|

**Gloria McClendon**
**1497 mallard cove**
**twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3238 | Priority creditor's name and mailing address | | $455.00 | $455.00 |
|---|---|---|---|---|

**Deborah McClure**
**8109 Puritan Dr. Unit A**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $635.00 | $635.00 |
|---|---|---|---|---|
| | **Rebecca Mccollum**<br>**5601 Planet Dr**<br>**Fairfield, OH 45014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $750.00 | $750.00 |
|---|---|---|---|---|
| | **Susan McCollum**<br>**8129 Jordan Valley Ct.**<br>**Cleves, OH 45002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $580.00 | $580.00 |
|---|---|---|---|---|
| | **Michelle McComas**<br>**1462 Silver Pine Lane**<br>**Findlay, OH 45840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $580.00 | $580.00 |
|---|---|---|---|---|
| | **Michelle McComas**<br>**1462 Silver Pine Lane**<br>**Findlay, OH 45840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Robert McConnell**
**5500 Reebok Drive**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Stephanie McConoughey**
**3071 Darien Ln**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|---|---|---|---|---|

**Jim McCorkle**
**8319 Woodbridge Ln**
**Maineville, OH 45039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Kristi McCormick**
**9691 Firelands Dr**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Pam McCormick**
**1706 East Haymarket Way**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Pam McCormick**
**1706 East Haymarket Way**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |

**Jani McCoy**
**346 Lake St.**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |

**Jani McCoy**
**346 Lake St.**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|--------|--------------------------------------------|----------------------------------------------|---------|---------|

**Julie McCoy**
**2236 Croydon Rd.**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|--------|--------------------------------------------|----------------------------------------------|---------|---------|

**Timothy McCracken**
**947 Martini Rd.**
**Cincinnati, OH 45233**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|--------|--------------------------------------------|----------------------------------------------|---------|---------|

**Melissa McCray**
**6000 Bradford Way**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|--------|--------------------------------------------|----------------------------------------------|---------|---------|

**Ben McDavid**
**8895 Emerald Hill Dr**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Alexander McDonald**
**14401 Radcliffe Rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Angi Mcdonald**
**6601 N. Palmerston Dr.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |

**Cassandra McDonald**
**1807 Curry Lane**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Dawn McDonald**
**6207 Iroquois Trail**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3259** | Priority creditor's name and mailing address

**John McDonald**
**200 Boulder Blvd.**
**Peninsula, OH 44264**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$140.00    $140.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3260** | Priority creditor's name and mailing address

**Kim McDonald**
**1341 Shawnee Trace**
**Bellefontaine, OH 43311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$675.00    $675.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3261** | Priority creditor's name and mailing address

**Vickie McDonald**
**7180 Green Valley Dr**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00    $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3262** | Priority creditor's name and mailing address

**Wendy Mcdonnellwe**
**6630 Queens way**
**North royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$460.00    $460.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.3263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 $325.00 |

Priority creditor's name and mailing address

**Brittany McDonough
3930 Cidermill drive
Columbus, OH 43204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$325.00    $325.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.3264  Priority creditor's name and mailing address

**James McDonough
4710 Brittonhurst Drive
Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$325.00    $325.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.3265  Priority creditor's name and mailing address

**Shannon McDonough
2764 Goldwood Drive
Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$470.00    $470.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.3266  Priority creditor's name and mailing address

**John McDougal
5770 OHIO ST
VERMILION, OH 44089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$460.00    $460.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $840.00 | $840.00 |
|---|---|---|---|---|

**Kirsta McElfresh**
**708 W. Market St**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $455.00 | $455.00 |
|---|---|---|---|---|

**Karen McFee**
**7973 Stillwater Court**
**Concord, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $490.00 | $490.00 |
|---|---|---|---|---|

**Andrea McGee**
**12828 Pearl Rd**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $490.00 | $490.00 |
|---|---|---|---|---|

**Melissa McGee**
**325 Saratoga Ave. NW**
**Canton, OH 44708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Nichole McGee**
**6578 Seminole Trail**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**AnneLisa McGinnis**
**193 Boston Mills Rd**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Laura McGinnis**
**11307 West Walnut Ridge**
**Chesterland, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Tom McGinty**
**7837 Lynford Way**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $455.00 | $455.00 |
|---|---|---|---|---|

**Corinne McGowan**
**7913 Gallowae Ct**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $385.00 | $385.00 |
|---|---|---|---|---|

**Meghan McGowan**
**9044 Charles Court**
**TWINSBURG, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $490.00 | $490.00 |
|---|---|---|---|---|

**Kasondra McGrady**
**2871 Lombardi Ave SW**
**Canton, OH 44706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $490.00 | $490.00 |
|---|---|---|---|---|

**Michelle McGreevy**
**12926 Ravenna Road**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$520.00** | **$520.00** |
| --- | --- | --- | --- | --- |
| | **Thomas McGuire** | Check all that apply. | | |
| | **134 Miami Ave** | ☐ Contingent | | |
| | **Elyria, OH 44035** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.3280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$675.00** | **$675.00** |
| --- | --- | --- | --- | --- |
| | **Connie McIntire** | Check all that apply. | | |
| | **438 W Chillicothe Ave** | ☐ Contingent | | |
| | **Bellefontaine, OH 43311** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.3281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$460.00** | **$460.00** |
| --- | --- | --- | --- | --- |
| | **Cathy McKee** | Check all that apply. | | |
| | **13781 Rustic Dr** | ☐ Contingent | | |
| | **North Royalton, OH 44133** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.3282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$780.00** | **$780.00** |
| --- | --- | --- | --- | --- |
| | **Craig McKee** | Check all that apply. | | |
| | **6308 Kenwood Rd** | ☐ Contingent | | |
| | **Cincinnati, OH 45243** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.3283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Jennifer McKee**
**537 Falls Rd.**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Erica McKelvey**
**10590 Locust Grove Drive**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Jesse McKendry**
**91 Bishop Dr**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Melissa McKenna**
**3847 County Road 220**
**Findlay, OH 45840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.3287 | Priority creditor's name and mailing address<br>**Megan McKeown**<br>**21348 Stratford Ave.**<br>**Rocky River, OH 44116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$470.00** | **$470.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3288 | Priority creditor's name and mailing address<br>**Scott McKeown**<br>**14101 Township Road 213**<br>**Findlay, OH 45840** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$580.00** | **$580.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3289 | Priority creditor's name and mailing address<br>**Scott McKeown**<br>**14101 Township Road 213**<br>**Findlay, OH 45840** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$580.00** | **$580.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3290 | Priority creditor's name and mailing address<br>**Mark Mckibbin**<br>**2425 Merrimont Dr**<br>**Troy, OH 45373** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$939.30** | **$939.30** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.3291 | Priority creditor's name and mailing address<br>**Mark Mckibbin**<br>**2425 Merrimont Dr**<br>**Troy, OH 45373** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$966.70** **$966.70** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.3292 | Priority creditor's name and mailing address<br>**Mark Mckibbin**<br>**2425 Merrimont Dr**<br>**Troy, OH 45373** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$810.00** **$810.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.3293 | Priority creditor's name and mailing address<br>**Karen McKinney**<br>**412 Westgate Drive**<br>**Cleves, OH 45002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$750.00** **$750.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.3294 | Priority creditor's name and mailing address<br>**Karen McKinney**<br>**412 Westgate Drive**<br>**Cleves, OH 45002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$750.00** **$750.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.3295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Shawn McKinney**
**2771 Chatham Dr**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Shawn McKinney**
**2771 Chatham Dr**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Erin McKnight**
**10609 Jubilee Drive**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Richard McLaughlin**
**6358 W LITTLE PORTAGE EAST**
**RD**
**OAK HARBOR, OH 43449**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$490.00** | **$490.00** |
|---|---|---|---|---|

**Patricia McLean**
**730 Mohawk Ave NW**
**Canton, OH 44708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$695.00** | **$695.00** |
|---|---|---|---|---|

**Mary McMichael-Liston**
**652 E Whittier St**
**Columbus, OH 43206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$455.00** | **$455.00** |
|---|---|---|---|---|

**Nancy McMillin**
**9780 Hoose Rd.**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$385.00** | **$385.00** |
|---|---|---|---|---|

**Andrea McMullen**
**10155 Timothy Lane**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**JENNIFER McMullen**
**8644 Olenbrook Dr**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Kimberly McNally**
**2818 Kingsbury Drive**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Amber McNeal**
**28820 Naylor dr.**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Maureen McNulty**
**20042 Laurel Avenue**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Kim McPherson**
**809 Lost Pond Pkwy**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☑ No
☐ Yes

---

| 2.3308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Karen McStay**
**845 Virginia Drive**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☑ No
☐ Yes

---

| 2.3309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Kevin McSween**
**938 Fremont Ave**
**Painesville, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☑ No
☐ Yes

---

| 2.3310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Wendy Meadors**
**9472 Lawnfield**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.3311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |

2.3311　Priority creditor's name and mailing address

**Codie Mealey**
**1297 Birchview dr**
**VERMILION, OH 44089**

As of the petition filing date, the claim is:　　$460.00　　$460.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.3312　Priority creditor's name and mailing address

**Nicole Mealle**
**5980 Marine Parkway apt E107**
**Mentor, OH 44060**

As of the petition filing date, the claim is:　　$455.00　　$455.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.3313　Priority creditor's name and mailing address

**SUSAN MEDALIS**
**20844 EVERGREEN TRAIL**
**NORTH ROYALTON, OH 44133**

As of the petition filing date, the claim is:　　$460.00　　$460.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.3314　Priority creditor's name and mailing address

**Andrea Mediate**
**21246 Maplewood Ave**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:　　$470.00　　$470.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps　　Doc 1　　FILED 05/07/18　　ENTERED 05/07/18 13:30:30　　Page 842 of 1944

| 2.3315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Christina Medinger**
**6377 mentor park blvd**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Jessica Medvec**
**12666 Ravenna Road**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Robyn Meeker**
**33 E. Main Street**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Beth Meese**
**266 S. Main St.**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Discovery Tours Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**MaryCay Megyesi**
**7129 N Nightingale Pl**
**Concord Township, OH**
**44077-9588**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3320 | Priority creditor's name and mailing address | | $455.00 | $455.00 |
|---|---|---|---|---|

**Deana Meinke**
**5800 Birdie Lane**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3321 | Priority creditor's name and mailing address | | $635.00 | $635.00 |
|---|---|---|---|---|

**Ellie Meisenbach**
**3469 Lakewood Ct.**
**Hamilton, OH 45011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3322 | Priority creditor's name and mailing address | | $645.00 | $645.00 |
|---|---|---|---|---|

**Holly Meister**
**5962 Morganwood Sq**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|--------|----------------------------------------------|----------------------------------------------|---------|---------|

**Holly Meister**
**5962 Morganwood Sq**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|--------|----------------------------------------------|----------------------------------------------|---------|---------|

**Michelle Meleski**
**301 Water St**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.00 | $475.00 |
|--------|----------------------------------------------|----------------------------------------------|---------|---------|

**Brittany Melick**
**4237 Winterringer St**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|--------|----------------------------------------------|----------------------------------------------|---------|---------|

**Kellie Melin**
**11290 Brentwood Lane**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Lesia Mellie**<br>**5200 4th st nw**<br>**Canton, OH 44708** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Katina Mellon**<br>**115 Blackberry Dr.**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $505.00 | $505.00 |
|---|---|---|---|---|
| | **Xiaozhong Men**<br>**6920 Silkwood Ln**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $520.00 | $520.00 |
|---|---|---|---|---|
| | **Honorio Mendoza**<br>**55 Chatham Dr**<br>**Painesville, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$410.00** | **$410.00** |
|--------|---|---|---|---|
| | **Julie Menendez** **16 Blackberry Drive** **Hudson, OH 44236** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.3332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$470.00** | **$470.00** |
|--------|---|---|---|---|
| | **Ronn Meredith** **3279 Fairhill Drive** **Rocky River, OH 44116** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.3333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$455.00** | **$455.00** |
|--------|---|---|---|---|
| | **MaryBeth Merinar** **5485 Mooreland** **Mentor on the Lake, OH 44060** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.3334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$870.00** | **$870.00** |
|--------|---|---|---|---|
| | **Jennifer Merklin** **7015 Jennifer Ann Dr** **Lewis Center, OH 43035** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

18-12734-jps     Doc 1     FILED 05/07/18     ENTERED 05/07/18 13:30:30     Page 847 of 1944

| 2.3335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $645.00 | $645.00 |
| | **Nicole Merriman**<br>**3379 Paxton Ct**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $993.40 | $993.40 |
| | **Lisa Merritt**<br>**2645 Shady Tree Drive**<br>**Troy, OH 45373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $810.00 | $810.00 |
| | **Lisa Merritt**<br>**2645 Shady Tree Drive**<br>**Troy, OH 45373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $810.00 | $810.00 |
| | **Teresa Mers**<br>**1608 Old Schoolhouse Rd**<br>**Troy, OH 45373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 | $750.00 |
|---|---|---|---|---|

**Thomas Mersch**
**3769 Tower Rd**
**Cincinnati, OH 45248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410.00 | $410.00 |
|---|---|---|---|---|

**Jennifer Mertes**
**4990 Lake View Drive**
**Peninsula, OH 44264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $870.00 | $870.00 |
|---|---|---|---|---|

**Cheryl Messenger**
**2859 Bold Venture Drive**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $505.00 | $505.00 |
|---|---|---|---|---|

**Michele Messmer**
**37091 Tidewater Drive**
**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $505.00 | $505.00 |
|---|---|---|---|---|
| | **Michele Messmer**<br>**37091 Tidewater Drive**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $165.00 | $165.00 |
|---|---|---|---|---|
| | **Tonya Mestemaker**<br>**5379 Kings Ridge Way**<br>**Kings Mills, OH 45034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Lori Metoki**<br>**5606 Londonairy Blvd**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Cheryl Mettler**<br>**704 Westbrook Way**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.3347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |

| 2.3347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00** | **$325.00** |
|---|---|---|---|---|
| | **Maria Metzler**<br>**4344 Creekbend**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.3348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$870.00** | **$870.00** |
| | **Marilu Metzler**<br>**8812 Emerald Hill Dr.**<br>**Lewis Center, OH 43035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.3349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$455.00** | **$455.00** |
| | **Maria Metzung**<br>**9982 Concord Pt Ct**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.3350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00** | **$340.00** |
| | **ANDREA MEYER**<br>**7591 OAK HILL DR**<br>**CHESTERLAND, OH 44026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Debora Meyer**
**10430 Locust Grove Dr**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.3352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Steve Meyer**
**5989 White Oak Drive**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.3353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Ashley Michael**
**3230 Myrtle Dr**
**Loveland, OH 45140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.3354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.00 | $475.00 |
|---|---|---|---|---|

**Carla Michael**
**4166 Stargrass Ct**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.3355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $475.00 | $475.00 |
|--------|--------|--------|--------|--------|
| | **Carla Michael**<br>**4166 Stargrass Ct**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.3356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $490.00 | $490.00 |
|--------|--------|--------|--------|--------|
| | **Donald Michaels**<br>**5667 King Rd SW**<br>**Stone Creek, OH 43840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.3357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|--------|--------|--------|--------|--------|
| | **Heather Michalski**<br>**8215 Eastmoor Road**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.3358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $385.00 | $385.00 |
|--------|--------|--------|--------|--------|
| | **Judi Michalski**<br>**2334 Croydon Road**<br>**Twinsburg, OH 44087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.3359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |

**DiAnna Michel**
**6033 Morganwood Square**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
| --- | --- | --- | --- | --- |

**Leigh Michelsen**
**7312 Osceola Dr**
**Cincinnati, OH 45243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
| --- | --- | --- | --- | --- |

**Cathy Middaugh**
**251 Oak Drive**
**West Liberty, OH 43357**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
| --- | --- | --- | --- | --- |

**Katie Miele**
**1761 Forest Oaks Dr**
**hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**RAUL MieryTeran**
**180 sammy drive**
**fairfield, OH 45014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3364 | Priority creditor's name and mailing address | | $465.00 | $465.00 |
|---|---|---|---|---|

**Tom Mignogna**
**7760 e washington**
**chagrin falls, OH 44023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3365 | Priority creditor's name and mailing address | | $140.00 | $140.00 |
|---|---|---|---|---|

**Joe Mihalek**
**1845 ASHLEY DR**
**HUDSON, OH 44236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3366 | Priority creditor's name and mailing address | | $495.00 | $495.00 |
|---|---|---|---|---|

**Rebecca Mihevic**
**10315 Locust Grove**
**Hambden, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |

**Natalie Mikes**
**12650 Chesterfield Lane**
**Chesterland, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |

**Lori Mikulka**
**9355 Gettysburg**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**Tatjana Milenkovich**
**9508 Scottsdale Drive**
**Broadview Heights, OH 44147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |

**Elia Milite**
**8690 Sherman Rd.**
**Chesterland, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Erin Milius**
**20051 Beach Cliff Blvd.**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Andrea Miller**
**11830 TR 109**
**Van Buren, OH 45889**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Angie Miller**
**5336 Oakvale St SW**
**Canton, OH 44706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**April Miller**
**8669 oak creek dr**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Ashley Miller**
**11Lois Lane**
**Chardon, OH 44065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Barb Miller**
**143 woodrush circle**
**chagrin falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Brian Miller**
**12600 Ashton Trail**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Catherine Miller**
**10669 Devonshire Drive**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Charr Miller**
**7422 Avon Dr.**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Christine Miller**
**1278 Bear Run Way**
**Maineville, OH 45039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Elizabeth Miller**
**509 West Race Street**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Francis Miller**
**8179 JOHNNYCAKE RIDGE RD**
**MENTOR, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Name

| 2.3383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Guendolyn Miller**
**3059 Cabot Way**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Jeanne Miller**
**8759 Warrendale Dr**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Jeffrey Miller**
**5209 Headgates Road**
**Hamilton, OH 45011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Jennifer Miller**
**120 E 11th Street**
**Port Clinton, OH 43452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Jeremy Miller**
**668 Wynstone Dr**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|--------------------------------|---------------------|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Jonathan Miller**
**1345 Mckaign Ave**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|--------------------------------|---------------------|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Kelly Miller**
**6057 Manshire Ct**
**Galloway, OH 43119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|--------------------------------|---------------------|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Kristi Miller**
**2364 Victoria Parkway**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|--------------------------------|---------------------|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.3391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**2.3391** Priority creditor's name and mailing address

**Laura Miller**
**4117 Ford Lane Vermilion**
**Vermilion, OH 44089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$460.00     $460.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3392** Priority creditor's name and mailing address

**Lisa Miller**
**6960 Mildon Dr**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$520.00     $520.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3393** Priority creditor's name and mailing address

**Lisa Miller**
**3391 Watersilk Court**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$325.00     $325.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.3394** Priority creditor's name and mailing address

**Liz Miller**
**13382 Walnut Trace**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$495.00     $495.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Margaret Miller**
**85 Manor Drive**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Margaret Miller**
**7505 Mountain Park Dr**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Mark Miller**
**1211 BATES RD**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Mary Miller**
**3057 List St NW**
**Massillon, OH 44646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Michelle Miller**
**4933 Forest road**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Michelle Miller**
**6599 Glenallen Ave**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Peggy Miller**
**2115 Presidential Parkway Unit 2**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|---|---|---|---|---|

**Ryan Miller**
**1294 Nantucket Ave**
**Columbus, OH 43235**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 864 of 1944

| 2.3403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |
| | **Sallie Miller**<br>**8914 Lakefield Ct**<br>**Galloway, OH 43119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 | $810.00 |
| --- | --- | --- | --- | --- |
| | **Tara Miller**<br>**119 Penn Rd.**<br>**Troy, OH 45373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 | $410.00 |
| --- | --- | --- | --- | --- |
| | **Traci Miller**<br>**2991 Ravenna St**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $780.00 | $780.00 |
| --- | --- | --- | --- | --- |
| | **William Miller**<br>**1491 Greystone Lane**<br>**Milford, OH 45150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Kelly Millet**
**5114 Cheswick Drive**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $445.00 | $445.00 |
|---|---|---|---|---|

**Dana Mills**
**8854 Pembroke St**
**Maineville, OH 45039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Kelly Millstone**
**36675 Pepper Dr**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Hope Milthaler**
**3237 South Cove Ct**
**Maineville, OH 45039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$455.00** | **$455.00** |
| | **Michelle Minadeo**<br>**8229 Johnnycake Ridge Rd.**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$440.00** | **$440.00** |
| | **Jessica Mindlin**<br>**4360 E. Chatham Drive Port**<br>**Clinton**<br>**Port Clinton, OH 43452** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$465.00** | **$465.00** |
| | **Sarah Mindlin**<br>**49 Lyndale Dr**<br>**Chagrin Falls, OH 44022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$185.00** | **$185.00** |
| | **Deidra Minerd**<br>**8881 Mountain View Drive**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205.00 | $205.00 |
|---|---|---|---|---|

**Deidra Minerd**
**8881 Mountain View Drive**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.00 | $490.00 |
|---|---|---|---|---|

**Kimberly Mingus**
**347 36th St NW**
**Canton, OH 44709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $645.00 | $645.00 |
|---|---|---|---|---|

**Ann Minor**
**6021 Baronscourt way**
**Dublin, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.00 | $460.00 |
|---|---|---|---|---|

**Denise Minor**
**16131 West 130th Street**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$385.00** | **$385.00** |
|---|---|---|---|---|

**Jennifer Minor**
**3209 Darien Lane**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$490.00** | **$490.00** |
|---|---|---|---|---|

**Joy Minor**
**5340 Briggle Ave SW**
**East Sparta, OH 44626**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$505.00** | **$505.00** |
|---|---|---|---|---|

**Katy Miozzi**
**6187 Richmond Rd**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$870.00** | **$870.00** |
|---|---|---|---|---|

**Ayman Mirghani**
**8323 Orange Station Loop**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Darlene Mismas**
**1421 Barlow Rd**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Rebecca Missig**
**5489 Haley Street**
**Vermilion, OH 44089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**HISASHI MITAMURA**
**7479 Lascala Dr**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Ann Mitchell**
**380 Bell Street**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |

**Brian Mitchell**
**10272 Wildflower Way**
**Broadview Heights, OH 44147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
| --- | --- | --- | --- | --- |

**Chaundria Mitchell**
**27050 cedar rd**
**Beachwood, OH 44122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
| --- | --- | --- | --- | --- |

**Cynthia Mitchell**
**10648 Prouty rd**
**concord, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
| --- | --- | --- | --- | --- |

**Danna Mitchell**
**121 Smith St.**
**Oberlin, OH 44074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Name

| 2.3431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Jennie Mitchell**
**10098 Welk Rd**
**Chardon, OH 44024**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.3432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Jennie Mitchell**
**10098 Welk Rd**
**Chardon, OH 44024**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.3433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Julie Mitchell**
**9454 Meadow Trl**
**Loveland, OH 45140**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.3434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $775.00 | $775.00 |
|---|---|---|---|---|

**Robert Mitchell**
**213 Greenridge**
**Bellefontaine, OH 43311**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.3435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $455.00 | $455.00 |
|---|---|---|---|---|

**Teala Mitchell**
**7587 goldenrod**
**Mentor on the lake, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $505.00 | $505.00 |
|---|---|---|---|---|

**Jill Mitrey**
**36650 Pepper Dr**
**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $340.00 | $340.00 |
|---|---|---|---|---|

**Mike Mobley**
**13144 Dorothy Dr**
**Chesterland, OH 44026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $455.00 | $455.00 |
|---|---|---|---|---|

**Brian Mocny**
**7933 Stockbridge Rd.**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.3439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $455.00 | $455.00 |
|---|---|---|---|---|

**Michelle Moegling**
**7704 Ohio St**
**mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $410.00 | $410.00 |
|---|---|---|---|---|

**VAL MOFFA**
**202 BRANDYWINE DRIVE**
**HUDSON, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $410.00 | $410.00 |
|---|---|---|---|---|

**Carolyn Moffitt**
**5938  Stone Road**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $325.00 | $325.00 |
|---|---|---|---|---|

**Naimo Mohamed**
**1295 wild oats dr**
**columbus, OH 43204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |

**Zahra Mohamed**
**8143 apple ridge drive**
**lewis center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

**Ashraf Mohammed**
**187 Boulder Blvd**
**Peninsula, OH 44264**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |

**Jennifer Moissis**
**15914 Laurel Rd**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Shelley Molchak**
**36455 Pettibone Road**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Patty Mold**
**10418 Belmeadow Dr.**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Allison Molesky**
**10104 Brookfield Dr.**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Lori Molfenter**
**8746 Simpson CT**
**Mason, OH 45040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Denise Molinari**
**939 Summerdale Ave NW**
**Massillon, OH 44646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Julie Molinyawe**
**8091 Lakeshore Blvd**
**Mentor-on-the-lake, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Laura Mommers**
**2547 Hampton Road**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Anthony Monago**
**7895 Norma Ct**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Amy Mondi**
**8888 falls ln**
**Broadview hts, OH 44147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| | **Michelle Mondora** | Check all that apply. | | |
| | **7573 Woodland Ave** | ☐ Contingent | | |
| | **Hudson, OH 04436** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| | **Cynthia Mong** | Check all that apply. | | |
| | **4415 Chukbuk Court** | ☐ Contingent | | |
| | **Hilliard, OH 43026** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| | **Lisa Montag** | Check all that apply. | | |
| | **9769 Silverleaf Drive** | ☐ Contingent | | |
| | **North Royalton, OH 44133** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
| | **Jennifer Montique** | Check all that apply. | | |
| | **10320 Flagstone Drive** | ☐ Contingent | | |
| | **Twinsburg, OH 44087** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.3459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |

**2.3459**

Priority creditor's name and mailing address
**Nicole Montoney**
**5899 Shadow Lake Circle**
**Columbus, OH 43234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$695.00   $695.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.3460**

Priority creditor's name and mailing address
**Anne Harvey Montowski**
**2157 N. Wedgewood Circle**
**Port Clinton, OH 43452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$440.00   $440.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.3461**

Priority creditor's name and mailing address
**Joanne Montz**
**5300 Liberty Rd.**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$465.00   $465.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.3462**

Priority creditor's name and mailing address
**Christopher Moody**
**9423 Meadow Trail**
**Loveland, OH 45140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$495.00   $495.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.3463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |

**Loretta Moody**
**777 Township Road 190 East**
**Bellefontaine, OH 43311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |

**Loretta Moody**
**777 Township Road 190 East**
**Bellefontaine, OH 43311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |

**Annette Moon**
**13314 green drive**
**Chesterland, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Sujin Moon**
**32255 Tracy Ln.**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.3467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Jamey Mooney**
**5311 Porter St**
**Port Clinton, OH 43452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $445.00 | $445.00 |
|---|---|---|---|---|

**Belinda Moore**
**80 west broadway st**
**South Lebanon, OH 45065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Danielle Moore**
**206 Linway Ave NW**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Dave Moore**
**6000 Nob Hill Rd. #116**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.3471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$695.00** | **$695.00** |
|---|---|---|---|---|
| | **Diana Moore**<br>**5224 Hollister Street**<br>**Columbus, OH 43235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$340.00** | **$340.00** |
|---|---|---|---|---|
| | **Elaine Moore**<br>**13711 Chillicothe Road**<br>**Novelty, OH 44072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$440.00** | **$440.00** |
|---|---|---|---|---|
| | **Jen Moore**<br>**3712 N Karwood Dr**<br>**Port clinton, OH 43452** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$520.00** | **$520.00** |
|---|---|---|---|---|
| | **Kristen Moore**<br>**821 Purdue Ave**<br>**Elyria, OH 44035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
| --- | --- | --- | --- | --- |

**Mary Moore**
**20560 Erie Road**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |

**Lynelle Moore-Zahler**
**9581 Amberwood Ct.**
**Broadview Hts, OH 44147**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |

**Samuel Mora**
**1621 Corrib Ave NW**
**Canton, OH 44708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |

**Amy Moran**
**3138 Rosemont ave sw**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Katy Moran**
**9070 Cabriolet Avenue**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

**Katy Moran**
**9070 Cabriolet Avenue**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Kelly Moran**
**34085 Pettibone Road**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Rocio Moran**
**145 Grey Fox Run**
**Bentleyville, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.3483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Ashley Moreno**
**501 S. Mulberry St.**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Deysi Moreno**
**480 Nelmar Dr**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Betsy Morgan**
**9219 Cherrystone Dr.**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Betsy Morgan**
**9219 Cherrystone Dr.**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

**Betsy Morgan**
**9219 Cherrystone Dr.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

**Betsy Morgan**
**9219 Cherrystone Dr.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**David Morgan**
**430 Longfellow st**
**Elyria, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Gail Morgan**
**6336 Canterbury Dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|

**Jodi Morgan**
**7579 Herrick Park**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $645.00 | $645.00 |
|---|---|---|---|---|

**Sandi Morgan**
**5816 Glendavon Loop**
**Dublin, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.00 | $340.00 |
|---|---|---|---|---|

**Mary Moriarity**
**7866 Mulberry Road**
**Chesterland, OH 44026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385.00 | $385.00 |
|---|---|---|---|---|

**Amy Morley**
**10442 White Ash Trail Twinsburg**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.3495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

| 2.3495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 | $140.00 |
|---|---|---|---|---|

**2.3495**

Priority creditor's name and mailing address
**Amanda Mormino**
**6215 Simon Ln**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$140.00   $140.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3496**

Priority creditor's name and mailing address
**Erica Morris**
**1626 County Road 11**
**Bellefontaine, OH 43311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$675.00   $675.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3497**

Priority creditor's name and mailing address
**Heidi Morris**
**12110 Cora Ct**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$520.00   $520.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3498**

Priority creditor's name and mailing address
**Jennifer Morris**
**8119 MIDLAND RD**
**MENTOR, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00   $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| | **Mary Morris** | Check all that apply. | | |
| | **6775 Perennial Lane** | ☐ Contingent | | |
| | **Mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| | **Michael Morris** | Check all that apply. | | |
| | **2380 Wittenberg Ave SE** | ☐ Contingent | | |
| | **Massillon, OH 44646** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| | **Michael Morris** | Check all that apply. | | |
| | **3040 Conover St NW** | ☐ Contingent | | |
| | **Massillon, OH 44646** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| | **Shannon Morris** | Check all that apply. | | |
| | **1500 Hunting Hollow Dr** | ☐ Contingent | | |
| | **Hudson, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Shannon Morris**
**1500 Hunting Hollow Dr**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Shari Morris**
**4965 lake view dr**
**peninsula, OH 44264**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Tom Morris**
**2697 E. Asplin Drive**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Vanessa Morris**
**6414 Antoinette Drive**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$465.00** | **$465.00** |
|---|---|---|---|---|

**Anna Morrison**
**20 Woodside Rd**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$870.00** | **$870.00** |
|---|---|---|---|---|

**Chad Morrison**
**9058 Longstone Dr**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$490.00** | **$490.00** |
|---|---|---|---|---|

**Desiree Morrison**
**13006 Meadowood Dr**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$520.00** | **$520.00** |
|---|---|---|---|---|

**Matt Morrison**
**110 Virginia ave**
**Elyria, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.3511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|----------------------------------------------|------------------------------------------------|---------|---------|

**Elizabeth Morscher**
**5707 Ivy Drive**
**Mentor on the lake, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|--------------------------------|----------------------|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|--------|----------------------------------------------|------------------------------------------------|---------|---------|

**BENJAMIN MORSE**
**587 Hidden Harbor Dr**
**Fairport Harbor, OH 44077-5592**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|--------------------------------|----------------------|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|--------|----------------------------------------------|------------------------------------------------|---------|---------|

**Eric Morse**
**44482 Butternut Ridge**
**Oberlin, OH 44074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|--------------------------------|----------------------|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|--------|----------------------------------------------|------------------------------------------------|---------|---------|

**Shelly Morvay**
**3080 Landen Farm Rd E**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|--------------------------------|----------------------|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.3515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
| | **Bethany Moseley**<br>**1476 Park Ridge Ave**<br>**Twinsburg, OH 44087-4324** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| | **Michelle Moser**<br>**8991 Barley Loft drive**<br>**Columbus, OH 43240** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| | **ELIZABETH MOSES**<br>**7648 Goldenrod Dr**<br>**Mentor-on-the-Lake, OH 44060** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| | **Erin Moses**<br>**7670 king Memorial**<br>**Mentor, OH 44060** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
| --- | --- | --- | --- | --- |

**Elena Mosley**
**2170 Apt 201A Pebble Creek Drive**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
| --- | --- | --- | --- | --- |

**LaCola Mosley**
**3606 Concord Dr**
**Beachwood, OH 44122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| --- | --- | --- | --- | --- |

**James Moss**
**7422 Woodyard Road**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |

**Shadi Motasem**
**3210 Cassey Street**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Kari Mott**
**6208 George Fox Drive**
**Galloway, OH 43119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Leah Motz**
**6385 Seneca tr 6366 Iroquois tr**
**mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Penny Mouse**
**136 Sunset Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Kristin Movius**
**19558 Battersea Blvd**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 895 of 1944

| 2.3527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**Shelly Mudry**
**14860 Thornton Drive**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |

**LeeAnn Mueller**
**5389 Little Turtle Dr**
**South Lebanon, OH 45065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |

**Jill Muencz**
**24912 Wimbledon**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Niki Muenz**
**4826 Marigold Road**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Heather Muhlenthaler**
**2549 Carla Drive**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Kathy Mukherjee**
**721 Norbury Dr.**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Lucille Muldrow**
**6364 Stonewall Ln**
**Fairfield, OH 45014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Alison Mulholland**
**7206 Osceola dr**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
| --- | --- | --- | --- | --- |

**ANIL KUMAR MULLAPUDI**
**7712 Blackford Dr**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |

**Marilee Mullen**
**8746 hilltop drive**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
| --- | --- | --- | --- | --- |

**Sandra Mullet**
**5695 Rachel ct**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |

**David Mullett**
**13356 Auburn Rd.**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| Debtor | Discovery Tours Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Dawn Mullins**
**32519 jefferson drive**
**solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Stephanie Mullins**
**3597 Newell Dr**
**Columbus, OH 43228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Shannon Mullner**
**7636 Oxgate Court**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Nicole Mulloy**
**14413 Watt Road**
**Novelty, OH 44072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
| --- | --- | --- | --- | --- |

**Laura Mulvaney**
**34370 Seminole Way**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
| --- | --- | --- | --- | --- |

**Christine Munroe**
**131 Beverly Court**
**Elyria, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
| --- | --- | --- | --- | --- |

**Jacqueline Munroe**
**36374 Lakeshore Avenue**
**Eastlake, OH 44095**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |

**Sheryl Munson**
**3700 Rivervail Dr.**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $490.00 | $490.00 |
|---|---|---|---|---|

**Nicole Muntean**
**530 Elizabeth ave sw**
**Massillon, OH 44646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $465.00 | $465.00 |
|---|---|---|---|---|

**Valerie Munz**
**6015 Parkland Dr.**
**Chagrin falls, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $505.00 | $505.00 |
|---|---|---|---|---|

**Maya Muralidharan**
**33905 Camberly Ct**
**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Lindsey Muranda**
**7489 Primrose**
**mentor on the lake, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 901 of 1944

| 2.3551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $520.00 | $520.00 |
|---|---|---|---|---|

**Krista Muro**
**260 Crestview Dr**
**Elyria, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $810.00 | $810.00 |
|---|---|---|---|---|

**Jamie Murphy**
**736 Berkshire Rd.**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $165.00 | $165.00 |
|---|---|---|---|---|

**Marla Murphy**
**3202 Woodlake Court**
**Loveland, OH 45140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $470.00 | $470.00 |
|---|---|---|---|---|

**Mary Murphy**
**1740 Wooster rd**
**Rocky river, OH 44116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
| --- | --- | --- | --- | --- |

| 2.3555 | Priority creditor's name and mailing address<br>**Rawn Murphy**<br>**23305 Greenlawn Ave**<br>**Cleveland, OH 44122** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $435.00 | $435.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3556 | Priority creditor's name and mailing address<br>**Shannon Murphy**<br>**116 Ashleigh Drive**<br>**Chagrin Falls, OH 44022** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $465.00 | $465.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3557 | Priority creditor's name and mailing address<br>**Brannon Murray**<br>**32178 South Roundhead Dr**<br>**Solon, OH 44139** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $505.00 | $505.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3558 | Priority creditor's name and mailing address<br>**Elizabeth Murray**<br>**8991 Lake Overlook Drive**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $455.00 | $455.00 |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Discovery Tours Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 | $495.00 |
|---|---|---|---|---|

**Jennifer Murray**
**8870 Ravenna Rd**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Kristi Murray**
**8569 Carbine Place**
**Galloway, OH 43119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.00 | $470.00 |
|---|---|---|---|---|

**Roxie Murray**
**3705 Middle Post Lane**
**Rocky River, OH 44116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Sawsan Musa**
**5989 Pinto Pass Dr**
**Columbus, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $890.00 | $890.00 |
|---|---|---|---|---|

**Shannan Musgrove**
**2358 Pleasant Colony Dr**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Scott Mussari**
**5367 Riverwalk Drive**
**Kings Mills, OH 45034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Daniella Mustafa**
**8950 State Rd**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Ashley Muth**
**3456 Nautilus Trail**
**Aurora, OH 44202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$465.00** | **$465.00** |
|---|---|---|---|---|

**Amy Myers**
**210 Grey Fox Run**
**Bentleyville, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$810.00** | **$810.00** |
|---|---|---|---|---|

**Coleen Myers**
**2190 Pleasant View Drive**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$495.00** | **$495.00** |
|---|---|---|---|---|

**Eric Myers**
**9181 Robinson Rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$490.00** | **$490.00** |
|---|---|---|---|---|

**Eric Myers**
**9181 Robinson Rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Jennifer Myers**
**5316 Bay Meadows Ct**
**Columbus, OH 43221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Jessica Myers**
**1176 Sharonbrook Dr**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**KATHY MYERS**
**1334 CEDAR CREEK CT**
**PAINESVILLE, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Matthew Myers**
**2234 Cross Creek Court**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Chris Myslenski**
**20026 Parklane Drive**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3576 | Priority creditor's name and mailing address | | $870.00 | $870.00 |
|---|---|---|---|---|

**Jason Naber**
**8391 Payson Dr**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3577 | Priority creditor's name and mailing address | | $460.00 | $460.00 |
|---|---|---|---|---|

**Adelle Nader**
**696 Morris Drive**
**Vermilion, OH 44089**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3578 | Priority creditor's name and mailing address | | $410.00 | $410.00 |
|---|---|---|---|---|

**Ken Nadsady**
**4353 Westchester Ct**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |

Check all that apply.

**Katy Nagaj**
**100 Middle Post Pt**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

Check all that apply.

**Tracy Nagaj**
**1941 E. Hines Hill Rd**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |

Check all that apply.

**Tsugumi Nagase**
**2630Alexander ct**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

Check all that apply.

**Nancy Naghavi**
**897 Ridgewood Blvd**
**Hudson, TX 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|--------|---|---|---|---|
| | **Dawn Naglich** | *Check all that apply.* | | |
| | **8721 Ranch Dr** | ☐ Contingent | | |
| | **Chesterland, OH 44026** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|--------|---|---|---|---|
| | **Alyson Nagy** | *Check all that apply.* | | |
| | **9658 E. Idlewood Dr** | ☐ Contingent | | |
| | **Twinsburg, OH 44087** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|---|---|---|---|
| | **Eileen Nagy** | *Check all that apply.* | | |
| | **5512 Mooreland Avenue** | ☐ Contingent | | |
| | **Mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|--------|---|---|---|---|
| | **Shishir Naik** | *Check all that apply.* | | |
| | **2428 Tucker trl** | ☐ Contingent | | |
| | **Lewis center, OH 43035** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Charles Nail**
**7267 Winchester Dr**
**Solon, OH 44139**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|---|---|---|---|---|

**Kavitha Nallathambi**
**655 Stinchcomb Dr. Apt 7**
**Columbus, OH 43202**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Terri Nameth-Thomas**
**5261 Brookhaven drive**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Demeatrice Nance**
**27060 Cedar Rd Apt. 210-3**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$470.00** | **$470.00** |
|---|---|---|---|---|

**Erin Nanni**
**1487 Rockland Avenue**
**Rocky River, OH 44116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$165.00** | **$165.00** |
|---|---|---|---|---|

**Navaneethakrishnan**
**Narayanasamy**
**7409 Jamaica Way Apt 4**
**Maineville, OH 45039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$340.00** | **$340.00** |
|---|---|---|---|---|

**Maria Narvaez**
**8513 herrick Dr #4**
**Chesterland, OH 44026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$520.00** | **$520.00** |
|---|---|---|---|---|

**Angel Nash**
**7215 pinehill rd**
**Painesville, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Vincent Naska**
**7336 Lascala Drive**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Premalatha Natarajan**
**5456 Stone Creek Drive**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Joshua Nathanson**
**38465 McDowell Drive**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Susan Nault**
**5434 Larkwood Road**
**Columbus, OH 43229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Tonia Naunheimer**
**1699 Cottonwood Drive**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Bledi Ndoni**
**22460 Berry Dr**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Angela Nebe**
**7980 Morley Road**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Ellen Nedlik**
**7129 Andover Dr**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Corrine Needham**
**4817 East Miami River Road Apt G**
**Cleves, OH 45002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Jonathan Neeld**
**1329 Turner Rd**
**Bellefontaine, OH 43311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Andy Neer**
**513 Center Avenue**
**Bellefontaine, OH 43311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Misty Neff**
**3037 West River Rd. North Apt. 1**
**Elyria, OH 44035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | |
|---|---|---|
| 2.3607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Mary Nehls**
**2974 NE Catawba Road**
**Port Clinton, OH 43452**

☐ Contingent
☐ Unliquidated
☐ Disputed

$440.00   $440.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Amanda Neill**
**994 Jimson Court**
**Galloway, OH 43119**

☐ Contingent
☐ Unliquidated
☐ Disputed

$645.00   $645.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Christina Neill**
**616 Heritage Dr**
**Bellefontaine, OH 43311**

☐ Contingent
☐ Unliquidated
☐ Disputed

$675.00   $675.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Lori Neill**
**721 Township Road 190 E**
**Bellefontaine, OH 43311**

☐ Contingent
☐ Unliquidated
☐ Disputed

$675.00   $675.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.3611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|--------|--|--|--|--|

**Kara Neimeister**
**5961 Vandeleur Pl**
**Dublin, OH 43016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|--|--|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|--------|--|--|--|--|

**Hollie Nejad**
**336 Cornwall Road**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|--|--|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|--------|--|--|--|--|

**MaryLou Nellett**
**231 Lincoln Drive**
**Port Clinton, OH 43452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|--|--|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|--------|--|--|--|--|

**Julie Nelligan**
**4644 Aurora St NW**
**Canton, OH 44708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|--|--|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.3615 | Priority creditor's name and mailing address<br>**CYNTHIA NELLS**<br>**8321 Cambden Crossing Way**<br>**Concord Township, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$495.00**   **$495.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3616 | Priority creditor's name and mailing address<br>**Amy Nelson**<br>**7199 Chillicothe Road**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$455.00**   **$455.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3617 | Priority creditor's name and mailing address<br>**Kevin Nelson**<br>**72 Clairhaven Dr**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140.00**   **$140.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3618 | Priority creditor's name and mailing address<br>**Kristie Nelson**<br>**9835 Tudor Place**<br>**Chardon, OH 44024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00**   **$490.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Michelle Nelson**
**310 South St**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Valerie Nelson**
**8156 Leeshore Dr.**
**Maineville, OH 45039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Loida Nemec**
**10668 Durrey Court**
**Reminderville, OH 44202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Jennifer Nemeth**
**4839 Orchard Rd**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|--------|---|---|---|---|
| | **Cheryl Nemunaitis**<br>**25 Pine River Dr**<br>**Bentleyville, OH 44022** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|--------|---|---|---|---|
| | **Tabitha Neth**<br>**154 Floral Ave**<br>**Troy, OH 45373** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|--------|---|---|---|---|
| | **Wendy Neto**<br>**9171 Davis way**<br>**Twinsburg, OH 44087** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|--------|---|---|---|---|
| | **April Neu-Fausnaugh**<br>**645 Darlene pl**<br>**Galloway, OH 43119** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$460.00** | **$460.00** |
| | **David Neumann**<br>**425 Norwich Drive**<br>**Broadview Heights, OH 44147** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$460.00** | **$460.00** |
| | **David Neumann**<br>**425 Norwich Drive**<br>**Broadview Heights, OH 44147** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$465.00** | **$465.00** |
| | **Elke Neumeyer**<br>**33 SUGAR BUSH LN**<br>**CHAGRIN FALLS, OH 44022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$410.00** | **$410.00** |
| | **Courtney Neville**<br>**912 ASHBROOKE WAY**<br>**HUDSON, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $870.00 | $870.00 |
| --- | --- | --- | --- | --- |
| | **David Neville**<br>**2456 Bold Venture Drive**<br>**Lewis Center, OH 43035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $870.00 | $870.00 |
| --- | --- | --- | --- | --- |
| | **Kerry Neville**<br>**444 Meadow View Dr**<br>**Powell, OH 43065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |
| | **Christine New**<br>**19285 Bennett Rd**<br>**North Royalton, OH 44133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $505.00 | $505.00 |
| --- | --- | --- | --- | --- |
| | **Jerome Newby**<br>**5765 Elm Hill Drive**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Robert Newby**
**2167 Weston Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Sharyce Newby**
**9390 Goodell Ct**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Joan Newell**
**22 chelsea ct**
**chagrin falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Brandy Newland**
**2723 twp rd 179**
**Bellefontaine, OH 43311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Heather Newman**
**7346 Presley Ave**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.00 | $470.00 |
|---|---|---|---|---|

**Tamara Newton**
**2400 Winfield ave**
**Rocky River, OH 44126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Anthony Nguyen**
**3225 Prairie Gardens Drive**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385.00 | $385.00 |
|---|---|---|---|---|

**Tim Nguyen**
**Willowbrook Dr. 3064**
**Aurora, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.00 | $870.00 |
|---|---|---|---|---|

**Trish Nguyen**
**7822 orange station loop**
**lewis center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Douglas Nicholl**
**7616 Palmerston Drive**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|

**Christy Nichols**
**452 Bayberry Ct**
**Painesville, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.00 | $675.00 |
|---|---|---|---|---|

**Lisa Nichols**
**408 Washington Ave**
**Bellefontaine, OH 43311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 925 of 1944

| 2.3647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Cathy Nicholson**
**153 Overmont Ave SW**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Richard NIckels**
**12170 catalpa Dr**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |

**Nicole Niebauer**
**1178 Craig Ct.**
**Maineville, OH 45039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Laura Niederst**
**14845 GAR Hwy.**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Discovery Tours Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.3651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 $505.00 |
| | **Scott Niederst** | Check all that apply. | |
| | **38125 Flanders Drive** | ☐ Contingent | |
| | **Solon, OH 44139** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | **2017 or 2018** | **trip deposit** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 $750.00 |
| | **Jessa Niemeyer** | Check all that apply. | |
| | **3701 Chestnut Park** | ☐ Contingent | |
| | **Cleves, OH 45002** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | **2017 or 2018** | **trip deposit** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 $465.00 |
| | **Krista Nightwine** | Check all that apply. | |
| | **128 Fairview Rd** | ☐ Contingent | |
| | **ChAgrin Falls, OH 44022** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | **2017 or 2018** | **trip deposit** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 $495.00 |
| | **Tony Niksick** | Check all that apply. | |
| | **15105 GAR hwy** | ☐ Contingent | |
| | **chardon, OH 44024** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | **2017 or 2018** | **trip deposit** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | |
| | | ☐ Yes | |

| 2.3655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$325.00** | **$325.00** |
|---|---|---|---|---|

**Amy Nilsen**
**3244 Vinton Park Place**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$325.00** | **$325.00** |
|---|---|---|---|---|

**James Niple**
**8835 Patterson Rd**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$470.00** | **$470.00** |
|---|---|---|---|---|

**Yingren Niu**
**22350 Bartlett Drive**
**Rocky River, OH 44116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$410.00** | **$410.00** |
|---|---|---|---|---|

**Justin Noble**
**7050 Walters Rd**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Naomi Noble**
**13620 Quarry RD**
**Oberlin, OH 44074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Kristin Nock**
**21295 Stratford Ave.**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Karie Nodar**
**280 Ravenna Street**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Heidi Noerr**
**11145 courtney court**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|
| | **Deanna Noertker** | Check all that apply. | | |
| | **5193 Ritchey Lane** | ☐ Contingent | | |
| | **South Lebanon, OH 45065** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|
| | **Kelly Noeth** | Check all that apply. | | |
| | **594 Laurelwood Dr** | ☐ Contingent | | |
| | **Cleves, OH 45002** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Shana Nold** | Check all that apply. | | |
| | **5757 Bridgewater Blvd** | ☐ Contingent | | |
| | **Hudson, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Jaime Nordman** | Check all that apply. | | |
| | **208 Olentangy Meadows Dr** | ☐ Contingent | | |
| | **Lewis Center, OH 43035** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Shannon Norris**<br>**702 Netherwood Ave NW**<br>**Canton, OH 44708** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Lance North**<br>**187 oneida nw**<br>**canton, OH 44708** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Shannon North**<br>**5741 Hargus Ct**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $580.00 | $580.00 |
|---|---|---|---|---|
| | **Johanna Northcutt**<br>**828 Bright Rd**<br>**Findlay, OH 45840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|---------|---------|---------|---------|

**Mike Norwalk**
**4770 Oakridge Dr.**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|---------|---------|---------|---------|

**Mike Norwalk**
**4770 Oakridge Dr.**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|---------|---------|---------|---------|

**Jeffrey Norwood**
**9785 Old Johnnycake Ridge Rd**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.3674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|--------|---------|---------|---------|---------|

**Michelle Nosker**
**2586 Peebles Road**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 932 of 1944

| 2.3675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
| | **Michelle Nosker** | Check all that apply. | | |
| | **2586 Peebles Road** | ☐ Contingent | | |
| | **Troy, OH 45373** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.3676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| | **Angela Notturno** | Check all that apply. | | |
| | **717 whipple ave Sw** | ☐ Contingent | | |
| | **Canton, OH 44710** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.3677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
| | **Joy Novak** | Check all that apply. | | |
| | **1181 Dartmouth Dr.** | ☐ Contingent | | |
| | **Painesville, OH 44077** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.3678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
| | **Joy Novak** | Check all that apply. | | |
| | **1181 Dartmouth Dr.** | ☐ Contingent | | |
| | **Painesville, OH 44077** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

| | | |
|---|---|---|
| 2.3679 | Priority creditor's name and mailing address<br>**Joy Novak**<br>**1181 Dartmouth Dr.**<br>**Painesville, OH 44077** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$205.00**   **$205.00**

| | | |
|---|---|---|
| 2.3680 | Priority creditor's name and mailing address<br>**Joy Novak**<br>**1181 Dartmouth Dr.**<br>**Painesville, OH 44077** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$205.00**   **$205.00**

| | | |
|---|---|---|
| 2.3681 | Priority creditor's name and mailing address<br>**Kimberly Novak**<br>**11023 Old State Road**<br>**Chardon, OH 44024** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$495.00**   **$495.00**

| | | |
|---|---|---|
| 2.3682 | Priority creditor's name and mailing address<br>**Sandy Novak**<br>**7504 Demshar Dr**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$455.00**   **$455.00**

| 2.3683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
| --- | --- | --- | --- | --- |

**Stephanie Novak**
**9115 Jody Lynn Lane**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
| --- | --- | --- | --- | --- |

**Shannon Novaria**
**5332 Portland St**
**Columbus, OH 43235**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |

**Erik Novey**
**11697 Harbour Light Dr**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| --- | --- | --- | --- | --- |

**Barney Nowicki**
**4409 Kenwood Drive**
**Broadview Heights, OH 44147**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Tiffany Null**
**2415 Augusta dr se**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3688 | Priority creditor's name and mailing address | | $505.00 | $505.00 |
|---|---|---|---|---|

**Kalyani Numburi**
**7338 Glenwillow Pl**
**solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3689 | Priority creditor's name and mailing address | | $250.00 | $250.00 |
|---|---|---|---|---|

**Almira Nurmuhamedova**
**3515 Montgomery Rd #10**
**Loveland, OH 45140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3690 | Priority creditor's name and mailing address | | $495.00 | $495.00 |
|---|---|---|---|---|

**Dave Nurre**
**1148 Cheltenham Place**
**Maineville, OH 45039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $810.00 | $810.00 |
|---|---|---|---|---|
| | **Michelle Nurrenbrock**<br>**428 west market street**<br>**Troy, OH 45373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $810.00 | $810.00 |
|---|---|---|---|---|
| | **Amy Nutt**<br>**3298 HeatherStone Drive**<br>**Troy, OH 45737** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Tena Nutting**<br>**6330 Cambridge Park Dr**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $495.00 | $495.00 |
|---|---|---|---|---|
| | **Valerie Nuttle**<br>**4314 crestview dr**<br>**loveland, OH 45140** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Devon Nyktas**
**3892 Tweedsmuir Dr**
**Columbus, OH 43221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Erin O'Brien**
**11420 Woodiebrook Rd**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Carol O'Connell**
**800 Ashbrooke Way**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Holly O'Connor**
**30 Paw Paw Lake Dr**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $165.00 | $165.00 |
|---|---|---|---|---|
| | **Sherry O'Donnell**<br>**9269 Old Village Dr.**<br>**Loveland, OH 45140** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Iris O'Malley**<br>**2225 Nettleton Lane**<br>**Broadview Heights, OH 44147** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $470.00 | $470.00 |
|---|---|---|---|---|
| | **Maureen O'Malley**<br>**4161 Leona Drive**<br>**Rocky River, OH 44116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $465.00 | $465.00 |
|---|---|---|---|---|
| | **Katharine O'Neil**<br>**602 Doe Court**<br>**Chagrin Falls, OH 44022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Rebecca O'Reilly**
**PO Box1042**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Katie O'Toole**
**107 W Pointe Ct**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Dawn Oates**
**1227 S Mulberry St**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Dawn Oates**
**1227 S Mulberry St**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $635.00 | $635.00 |
| --- | --- | --- | --- | --- |
| | **Chatia Obeng**<br>**785 Oberlin dr**<br>**Fairfield, OH 45014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.3708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.00 | $140.00 |
| --- | --- | --- | --- | --- |
| | **Jessie Obert**<br>**76 Parmelee Drive**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.3709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |
| | **Kim Oblinger**<br>**4852 Augustus Ct**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.3710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $750.00 | $750.00 |
| --- | --- | --- | --- | --- |
| | **Mary Oblisk**<br>**323 N.Miami Ave. Apt A**<br>**Cleves, OH 45002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.3711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Dawn OBrien**
**4888 Wake Robin Rd**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3712 | Priority creditor's name and mailing address | | $695.00 | $695.00 |
|---|---|---|---|---|

**Sarah Ochieng**
**5236 Captains Ct**
**Columbus, OH 43220-2463**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3713 | Priority creditor's name and mailing address | | $230.00 | $230.00 |
|---|---|---|---|---|

**Danessa Ochoa**
**1027 Kinder**
**Toledo, OH 43615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3714 | Priority creditor's name and mailing address | | $140.00 | $140.00 |
|---|---|---|---|---|

**MiHui Ochsenbein**
**47 Sussex**
**HUDSON, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.3715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**David Ocker**
**155 Chadwick Ct**
**Chagrin Falls, OH 44023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Patrick OConnell**
**6061 Willow Lake Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Thomas OConnor**
**9275 Breezy Way Dr**
**Belle Center, OH 43310**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Jennifer Oddenino**
**2871 Chamberlin Blvd**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $460.00 | $460.00 |
|---|---|---|---|---|

**Karen Odetallah**
**15050 Waterford Drive**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.00 | $470.00 |
|---|---|---|---|---|

**Jennifer ODonnell**
**18500 High Parkway**
**Rocky River, OH 44116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 | $750.00 |
|---|---|---|---|---|

**Carol Oelker**
**9604 Brower road**
**North Bend, OH 45052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.00 | $165.00 |
|---|---|---|---|---|

**David Oen**
**7829 Strawberry Hill Lane**
**Maineville, OH 45039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
| --- | --- | --- | --- | --- |

**Rachel Oettinger**
**379 Bell Street**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
| --- | --- | --- | --- | --- |

**Shannon Ogden**
**7586 Deerpath Tr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |

**Lyudmila Ogonovskiy**
**4940 Bunker Road**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
| --- | --- | --- | --- | --- |

**Cheryl Oh**
**11274 Wilson Mills Rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.3727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Kyounghwa Oh**
**3156 Richmond Rd**
**Beachwood, OH 44122**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $668.37 | $668.37 |
|---|---|---|---|---|

**Ohio Department of Jobs & Fam**
**Srvs**
**Attn: Collections Department**
**PO Box 182404**
**Columbus, OH 43218-2404**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**contribution**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Roseline Okon**
**6210 Cedar Ct**
**Solon, OH 44139**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Sandy Oldenburg**
**forest glen 6622 forest glen 6622**
**solon, OH 44139**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.3731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Joshua Olgin**
**7415 Capilanio Dr**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Andrea Oliver-Burkey**
**4888 Pineview Dr**
**Vermilion, OH 44089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Robyn Olivo**
**5531 Crestview Drive**
**Fairfield, OH 45014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Terri Olix**
**8025 edgewood**
**mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
| | **Susan Ollila**<br>**74 Paw Paw Lake Dr**<br>**Chagrin Falls, OH 44022** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| | **Richard Olsafsky**<br>**143 Boston Mills Rd.**<br>**Hudson, OH 44236** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| | **Daniela Olson-Perko**<br>**5914 Winslow Court**<br>**Dublin, OH 43016** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
| | **CONNIE Olthaus**<br>**515 E. STATE RD**<br>**CLEVES, OH 45002** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | |
|---|---|---|
| 2.3739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**2.3739**

Priority creditor's name and mailing address
**Janet Olvera**
**38800 Willoughby Hills Chardon rd**
**Willoughby, OH 44094**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00    $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3740**

Priority creditor's name and mailing address
**Bryan OMaley**
**8828 Logger Place**
**Mason, OH 45040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$165.00    $165.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3741**

Priority creditor's name and mailing address
**Katherine Omlor**
**207 Elm St**
**Van Buren, OH 45889**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$580.00    $580.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.3742**

Priority creditor's name and mailing address
**Tamzin ONeil**
**21151 West Wagar Circle None**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$470.00    $470.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Kristin Onesko**
**241 Prestwick Drive**
**Broadview Heights, OH 44147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Grace Onimoe**
**30430 woodall drive**
**solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Susan Oppelt**
**1535 E Hines hill Rd**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**DANIEL OPRIS**
**22074 RIVER OAKS DR. # 8-C**
**ROCKY RIVER, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**DANIEL OPRIS**
**22074 RIVER OAKS DR. # 8-C**
**ROCKY RIVER, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Laurie Organiscak**
**11300 Stratford Ridge Lane**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Dina Oriani**
**12110 Arborwood Way**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Heather Orlando**
**5220 Edgerton Rd**
**north royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.3751 | Priority creditor's name and mailing address<br>**Cindy Orley**<br>**175 Kendall Park Rd**<br>**Peninsula, OH 44264** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | |
|---|---|
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |

| | |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$140.00**   **$140.00**

---

| | | |
|---|---|---|
| 2.3752 | Priority creditor's name and mailing address<br>**Michael Orloski**<br>**11689 Lyman Rd.**<br>**Chesterland, OH 44026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | |
|---|---|
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |

| | |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$340.00**   **$340.00**

---

| | | |
|---|---|---|
| 2.3753 | Priority creditor's name and mailing address<br>**Andrea Orlowski**<br>**9399 Monticello Drive**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | |
|---|---|
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |

| | |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$385.00**   **$385.00**

---

| | | |
|---|---|---|
| 2.3754 | Priority creditor's name and mailing address<br>**Andrea Orr**<br>**11633 Harbour Light Drive**<br>**North Royalton, OH 44133** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | |
|---|---|
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |

| | |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$460.00**   **$460.00**

| 2.3755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Angela Orr**
**3610 Smiley Road**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3756 | Priority creditor's name and mailing address | | $325.00 | $325.00 |
|---|---|---|---|---|

**Darrin Orr**
**3379 Noreen Drive**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3757 | Priority creditor's name and mailing address | | $455.00 | $455.00 |
|---|---|---|---|---|

**RICHARD ORSULIC**
**31500 RONALD DR**
**WILLOWICK, OH 44095**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3758 | Priority creditor's name and mailing address | | $520.00 | $520.00 |
|---|---|---|---|---|

**Silvia Orsulic-Jeras**
**7670 Keystone Drive**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.3759 | Priority creditor's name and mailing address<br>**Silvia Orsulic-Jeras**<br>**7670 Keystone Drive**<br>**Painesville, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$520.00**  **$520.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3760 | Priority creditor's name and mailing address<br>**Christopher Osborne**<br>**1100 Fanwood Court**<br>**Painesville, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$520.00**  **$520.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3761 | Priority creditor's name and mailing address<br>**Daniel Osborne**<br>**9019 East Mountain View dr**<br>**Chardon, OH 44024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$495.00**  **$495.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.3762 | Priority creditor's name and mailing address<br>**Richard Osbourne**<br>**5952 Alturas way**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00**  **$325.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.3763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**Frances Osowski**
**13951 Stoney Creek Drive**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Valerie Ott**
**5912 Chatham Way**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Tami Otteson**
**6619 Winston Lane**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |

**Barbara Ottman**
**11819 Caves Road**
**Chesterland, OH 44026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Jodi Ours**
**8665 Johnnycake Ride Road**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Elizabeth Overbay**
**1352 Sheridan CT**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Elizabeth Overbay**
**1352 Sheridan CT**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Darrin Overly**
**821 Eastern Ave**
**Bellefontaine, OH 43311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Amanda Overmyer**
**8164 Newberry Drive**
**Findlay, OH 45840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Stacy Overmyer**
**215 Carriage Crossing Way**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Amy Owen**
**613 Carson Farms Blvd**
**Delaware, OH 43015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Denise Owens**
**5161 Portage dr**
**vermilion, OH 44089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| --- | --- | --- | --- | --- |
| | **Kathy Owens** | Check all that apply. | | |
| | **2550 Tucker Trail** | ☐ Contingent | | |
| | **Lewis Center, OH 43035** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.3776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
| --- | --- | --- | --- | --- |
| | **Matthew Owens** | Check all that apply. | | |
| | **1110 Sheerbrook Drive** | ☐ Contingent | | |
| | **Chagrin Falls, OH 44022** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.3777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
| --- | --- | --- | --- | --- |
| | **William Owens** | Check all that apply. | | |
| | **25466 Bryden Road** | ☐ Contingent | | |
| | **Beachwood, OH 44122** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.3778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
| --- | --- | --- | --- | --- |
| | **Meiko Ozanich** | Check all that apply. | | |
| | **5238 towbridge drive** | ☐ Contingent | | |
| | **hudson, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.3779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Lisa Ozello**
**7638 Stow Road**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**John Pacholski**
**1421 Hamilton Dr**
**Brodview Hts, OH 44147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Sheila Pacsi**
**2486 Victoria Parkway**
**Irvine, CA 92603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Claudia Padilla**
**5130 Preferred Place Apt 106**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.3783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Angel Padillo**
**13326 Spruce Run Dr 311**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Devendrakumar Padole**
**32445 Franklin Drive Apt. 108**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Elizabeth Paduano**
**7273 Allendale Drive**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Michelle Pagan**
**13781 Monica Dr.**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|--------|--------|--------|--------|

**Michelle Pagan**
**13781 Monica Dr.**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|--------|--------|--------|--------|

**ERIN PAGLIO**
**7540 HOBBY HORSE LANE**
**MENTOR, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|--------|--------|--------|--------|--------|

**Shawn Pagniano**
**1039 Barclay Drive**
**Galloway, OH 43119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|--------|--------|--------|--------|--------|

**Leanne Pairan**
**911 Slagle Place**
**Galloway, OH 43119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Munirah Paknazhad**
**2392 Walborn Drive**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Elena Pal-Wal**
**2435 Brian drive**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Elizabeth Palchick**
**11730 Pinewood Trail**
**Chesterland, OH 44026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Kim Palivec**
**8716 mulberry road**
**chesterland, OH 44026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
| | **Crystal Paller** | Check all that apply. | | |
| | **9655 Juniper Drive** | ☐ Contingent | | |
| | **Chardon, OH 44024** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.3796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| | **Kimberly Palmer** | Check all that apply. | | |
| | **5486 Port Chester Drive** | ☐ Contingent | | |
| | **Hudson, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.3797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| | **Jennifer Palmieri** | Check all that apply. | | |
| | **1716 MAYFLOWER LN** | ☐ Contingent | | |
| | **HUDSON, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.3798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| | **Silvia Palmiero** | Check all that apply. | | |
| | **9394 Chesapeake Drive** | ☐ Contingent | | |
| | **North Royalton, OH 44133** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.3799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Melissa Palmisano**
**2690 Coshocton Court**
**Cincinnati, OH 45233**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Kelly Pamer**
**6514 Dunbarton Dr.**
**Hudson, OH 44236**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Kimberly Pandy**
**48 E Bel Meadow Lane**
**Chagrin Falls, OH 44022**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.3802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Dolleen Panichi**
**8520 Yorkview Drive**
**North Royalton, OH 44133**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.3803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $465.00 | $465.00 |
| | **Maureen Paoletta** | ☐ Contingent | | |
| | **7157 Sugar Bush Lane** | ☐ Unliquidated | | |
| | **Chagrin Falls, OH 44022** | ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.3804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.00 | $460.00 |
| | **Giulia Paolino** | ☐ Contingent | | |
| | **11950 Nottingham Parkway** | ☐ Unliquidated | | |
| | **North Royalton, OH 44133** | ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.3805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $780.00 | $780.00 |
| | **Tammi Pape** | ☐ Contingent | | |
| | **6994 Mayfield Ave** | ☐ Unliquidated | | |
| | **Cincinnati, OH 45243** | ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.3806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.00 | $460.00 |
| | **John Papini** | ☐ Contingent | | |
| | **680 cornell drive** | ☐ Unliquidated | | |
| | **broadview heights, OH 44147** | ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.3807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| --- | --- | --- | --- | --- |
| | **Suzanne Pappano**<br>**180 Aurora Street**<br>**Hudson, OH 44236** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |
| | **Pam Paradiso**<br>**6170 Thunderbird Dr.**<br>**Mentor, OH 44060** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |
| | **Vanitha Param**<br>**10886 Shawnee Circle**<br>**North Royalton, OH 44133** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
| --- | --- | --- | --- | --- |
| | **Alford Parish**<br>**6575 Edgemoor Ave**<br>**Solon, OH 44139** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|--------|-----|-----|-----|-----|

**Andrew Park**
**31500 Cheswick Place**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|--------|-----|-----|-----|-----|

**Mun Park**
**2618 Deptford Drive**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|--------|-----|-----|-----|-----|

**TAEWAN PARK**
**6725 Duneden Ave**
**Solon, OH 44139-4005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|--------|-----|-----|-----|-----|

**Jennifer Parker**
**1659 Miami St Apt A**
**Kings Mills, OH 45034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|--|--|--|--|

**Jennifer Parker**
**13285 Spruce Run Dr. #310**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.3816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|--------|--|--|--|--|

**Kelly Parker**
**7588 stow rd**
**hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.3817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|--------|--|--|--|--|

**Laura Parker**
**6567 Copley Avenue**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.3818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|--------|--|--|--|--|

**NICOLE PARKER**
**417 EAST SPRING AVENUE**
**BELLEFONTAINE, OH 43311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.3819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Sally Parker**
**4553 river cove**
**Kings mills, OH 45034**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.3820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Luellen Parkinson**
**7121 Maple St.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.3821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Tiffany Parks**
**8432 Grenway Dr.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.3822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|---|---|---|---|---|

**Mirjana Parlov**
**8866 Meadow Dr**
**Mason, OH 45040**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.3823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|
| | **Sheri Parnell**<br>**1564 Carriage Hill Dr.**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.3824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $470.00 | $470.00 |
|---|---|---|---|---|
| | **Suzy Parnell**<br>**21669 Kenwood Ave**<br>**Rocky River, OH 44116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.3825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $465.00 | $465.00 |
|---|---|---|---|---|
| | **Kathleen Parrino**<br>**7051 Pine Street**<br>**Chagrin Falls, OH 44022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.3826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Nicole Parsell**<br>**8391 Squad Drive**<br>**Galloway, OH 43119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.3827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $580.00 | $580.00 |
|---|---|---|---|---|

**Roxanne Parsell**
**11820 Buckeye Ridge Road**
**Van Buren, OH 45889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $460.00 | $460.00 |
|---|---|---|---|---|

**John Parsons**
**9202 Cherry Rd**
**Vermilion, OH 44089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $870.00 | $870.00 |
|---|---|---|---|---|

**Tiffany Parsons**
**8898 Sedona Ct**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $465.00 | $465.00 |
|---|---|---|---|---|

**Christine Partain**
**83 Maple Hill Dr.**
**Chagrin Falls, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 971 of 1944

| 2.3831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Abbey Partee**
**955 Amity Rd**
**Galloway, OH 43119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Beth Partin**
**5589 Lake Michigan**
**Fairfield, OH 45014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Shannon Partin**
**98 Cortland Cir**
**Amherst, OH 44001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Christie Partlow**
**7599 Goldenrod**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.3835 | Priority creditor's name and mailing address<br>**Coby Pascoe**<br>**12229 Shiloh Dr.**<br>**Chesterland, OH 44026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$340.00** **$340.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3836 | Priority creditor's name and mailing address<br>**Deborah Paskell**<br>**5159 Hemmington Blvd.**<br>**Solon, OH 44139** |
|---|---|

As of the petition filing date, the claim is: **$505.00** **$505.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3837 | Priority creditor's name and mailing address<br>**Joan Paskert**<br>**7295 Royal Portrush Drive**<br>**Solon, OH 44139** |
|---|---|

As of the petition filing date, the claim is: **$505.00** **$505.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3838 | Priority creditor's name and mailing address<br>**Paula Pason**<br>**9611 Gratham LN**<br>**Chardon, OH 44024** |
|---|---|

As of the petition filing date, the claim is: **$495.00** **$495.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$490.00** | **$490.00** |
|---|---|---|---|---|

**Paula Pason**
**9611 Gratham LN**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$140.00** | **$140.00** |
|---|---|---|---|---|

**Petra Paspalovski**
**5865 Heritage Ct**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$140.00** | **$140.00** |
|---|---|---|---|---|

**Thomas Pastijn**
**29 Clayton Court**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$460.00** | **$460.00** |
|---|---|---|---|---|

**Bhavna Patel**
**4530 Howard drive**
**Vermilion, OH 44089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Chirag Patel**
**6784 Stow Rd.**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Hinaben Patel**
**5530 Mirage Dr.**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Jayshree Patel**
**9930 Campton ridge drive**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Jessica Patel**
**3250 Walkerview Dr**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |
| | **KAL PATEL** | *Check all that apply.* | | |
| | **8257 JOHNNYCAKE RIDGE RD** | ☐ Contingent | | |
| | **mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| --- | --- | --- | --- | --- |
| | **KINTESH PATEL** | *Check all that apply.* | | |
| | **2994 AUTUMN APPLAUSE DRIVE** | ☐ Contingent | | |
| | **LEWIS CENTER, OH 43035** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |
| | **Rajesh Patel** | *Check all that apply.* | | |
| | **7535 Harley Hills Dr** | ☐ Contingent | | |
| | **North Royalton, OH 44133** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |
| | **RITESH PATEL** | *Check all that apply.* | | |
| | **5445 Snell Dr** | ☐ Contingent | | |
| | **Mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Sonal Patel**
**6852 Kings Way**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Cherie Paterson**
**12737 Klatka Dr.**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Robert Patete**
**13111 Westchester Trail**
**Chesterland, OH 44026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Dayna Patrick**
**1789 Westport Drive**
**Kings Mills, OH 45034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3855 | Priority creditor's name and mailing address<br>**Monica Patrick**<br>**8868 Williams Rd**<br>**Chardon, OH 44024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00** | **$490.00** |
|--------|--------|--------|--------|--------|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3856 | Priority creditor's name and mailing address<br>**Cynthia Patrzyk**<br>**10124 Andover Drive**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$385.00** | **$385.00** |
|--------|--------|--------|--------|--------|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3857 | Priority creditor's name and mailing address<br>**Bill Patterson**<br>**11380 Caves Rd**<br>**Chesterland, OH 44026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$340.00** | **$340.00** |
|--------|--------|--------|--------|--------|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3858 | Priority creditor's name and mailing address<br>**Carla Patterson**<br>**2350 Malone Ave. SE**<br>**Massillon, OH 44646** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00** | **$490.00** |
|--------|--------|--------|--------|--------|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Denise Patterson**
**11442 Worthington Way**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Jen Patterson**
**9238 Cedar Gate Drive**
**Loveland, OH 45140**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Joseph Patterson**
**6832 Meadowdale Cir**
**Cincinnati, OH 45243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Julie Patterson**
**PO Box 294**
**Novelty, OH 44072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |

**Paul Patterson**
**710 Jackson Dr.**
**Port Clinton, OH 43452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |

**Susan Patterson**
**14620 Russell Lane**
**Russell, OH 44072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**Tanneil Patterson**
**9345 Sherman Lane**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |

**Nick Patti**
**10995 Forest Oaks Dr.**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Shannon Paul**
**1651 Mentor Ave. apt. 1512**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**Dino Paulesc**
**2147 Nettleton Ln**
**Broadview Heights, OH 44147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

**Christen Pavia**
**977 Ashbrooke Way**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Christy Pavia**
**977 Ashbrooke Way**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.3871 | Priority creditor's name and mailing address<br>**Lesley Pawar**<br>**35365 Quartermane Circle**<br>**Bentleyville, OH 44139** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$465.00**  **$465.00**

| | | |
|---|---|---|
| 2.3872 | Priority creditor's name and mailing address<br>**David Pawlowski**<br>**20252 Westhaven Lane**<br>**Rocky River, OH 44116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$470.00**  **$470.00**

| | | |
|---|---|---|
| 2.3873 | Priority creditor's name and mailing address<br>**Julie Pawlowski**<br>**6548 Canterbury Drive**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$410.00**  **$410.00**

| | | |
|---|---|---|
| 2.3874 | Priority creditor's name and mailing address<br>**Bethany Payne**<br>**3191 Neille Lane**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$385.00**  **$385.00**

| | | | |
|---|---|---|---|
| 2.3875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.00    $490.00 |

**Bobbi Payne**
**1505 corrib ave nw**
**Canton, OH 44708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.3876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.00    $460.00 |

**Kathleen Payne**
**9749 Silverleaf Drive**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.3877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00    $810.00 |

**Natosha Payne**
**268 Vincent Ave**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.3878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385.00    $385.00 |

**Tina Payne**
**2051 Presidential Pkwy 32**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $490.00 | $490.00 |
| | **Edward Paynter**<br>**104 W Pointe Court**<br>**Chardon, OH 44024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $505.00 | $505.00 |
| | **Fouseena Pazheri**<br>**6235 Lochmoor ct**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
| | **Matt Pazzelli**<br>**5634 Tynecastle Loop**<br>**Dublin, OH 43016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $495.00 | $495.00 |
| | **NICOLE Pearce**<br>**11505 Bass Lake Rd**<br>**Chardon, OH 44024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
| --- | --- | --- | --- | --- |

**Christina Pearson**
**416 s. Detroit st.**
**Bellefontaine, OH 43311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
| --- | --- | --- | --- | --- |

**Laura Pearson**
**606 Ledgeview Ct**
**Cleves, OH 45002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
| --- | --- | --- | --- | --- |

**Melissa Pece**
**6985 Woodlands Lane**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
| --- | --- | --- | --- | --- |

**MICHAEL PECJAK**
**498 CHERRYWOOD LN**
**PAINESVILLE, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $160.60 | $160.60 |
|--------|---------------------------------------------|------------------------------------------------|---------|---------|
| | **MICHAEL PECJAK**<br>**498 CHERRYWOOD LN**<br>**PAINESVILLE, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.3888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $340.00 | $340.00 |
|--------|---------------------------------------------|------------------------------------------------|---------|---------|
| | **Kelly Peck**<br>**8574 Sugar Tree Drive**<br>**Novelty, OH 44072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.3889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $465.00 | $465.00 |
|--------|---------------------------------------------|------------------------------------------------|---------|---------|
| | **Marlo Peck**<br>**50 Heather Ct**<br>**Chagrin Falls, OH 44022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.3890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $520.00 | $520.00 |
|--------|---------------------------------------------|------------------------------------------------|---------|---------|
| | **Cesar Pedraza**<br>**1781 e 34th street**<br>**lorain, OH 44055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.3891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|

**Cesar Pedraza**
**1781 e 34th street**
**lorain, OH 44055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3892 | Priority creditor's name and mailing address | | $385.00 | $385.00 |
|---|---|---|---|---|

**Dana Peeden**
**1791 Curry Lane**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3893 | Priority creditor's name and mailing address | | $340.00 | $340.00 |
|---|---|---|---|---|

**Kari Peek**
**12702 Heath Rd**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3894 | Priority creditor's name and mailing address | | $410.00 | $410.00 |
|---|---|---|---|---|

**Denise Peel**
**1718 Royal Oaks Cir**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|

**Cynthia Peeples**
**2010 Abner Lane**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $810.00 | $810.00 |
|---|---|---|---|---|

**Jessica Pelini**
**2483 Renwick Way**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $810.00 | $810.00 |
|---|---|---|---|---|

**Jessica Pelini**
**2483 Renwick Way**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $870.00 | $870.00 |
|---|---|---|---|---|

**Michelle Pelles**
**8418 Haines Ct**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.3899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $645.00 | $645.00 |
|---|---|---|---|---|
| | **Michelle Pelleschi**<br>**4931 Calico Court**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ No<br>☐ Yes | | |

| 2.3900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Charity Pelletier**<br>**2138 Samson Circle**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ No<br>☐ Yes | | |

| 2.3901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $340.00 | $340.00 |
|---|---|---|---|---|
| | **Kristine Peltz**<br>**12788 Lynn Dr**<br>**Chesterland, OH 44026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ No<br>☐ Yes | | |

| 2.3902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Lea Pemberton**<br>**8526 Misty Woods Circle**<br>**Powell, OH 43065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ No<br>☐ Yes | | |

| 2.3903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Shulan Peng**
**22614 Halburton Road**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3904 | Priority creditor's name and mailing address | | $460.00 | $460.00 |
|---|---|---|---|---|

**Joanne Penkalski**
**9554 Vista Drive**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3905 | Priority creditor's name and mailing address | | $455.00 | $455.00 |
|---|---|---|---|---|

**Geri Penkowski**
**7917 Glen Arbor Court**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3906 | Priority creditor's name and mailing address | | $325.00 | $325.00 |
|---|---|---|---|---|

**Ann Penn**
**4519 Earman Dr**
**Hilliard, OH 43026-3801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Michael Pennell**
**438 north st apt 1a**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3908 | Priority creditor's name and mailing address | | $455.00 | $455.00 |
|---|---|---|---|---|

**Allen Pennington**
**8280 Starburst Road**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3909 | Priority creditor's name and mailing address | | $165.00 | $165.00 |
|---|---|---|---|---|

**Edward Pennington**
**3893 Wood Trail Dr**
**Mason, OH 45040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.3910 | Priority creditor's name and mailing address | | $455.00 | $455.00 |
|---|---|---|---|---|

**Jennifer Penny**
**6398 Brooks Blvd**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.3911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Lesli Peoples**
**12-4 Meadowlawn Drive**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3912 | Priority creditor's name and mailing address | | $385.00 | $385.00 |
|---|---|---|---|---|

**Suzana Pepanian**
**2005 Presidential Parkway Apt 83**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3913 | Priority creditor's name and mailing address | | $870.00 | $870.00 |
|---|---|---|---|---|

**Michael Perdue**
**1350 Briarshore Way**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3914 | Priority creditor's name and mailing address | | $385.00 | $385.00 |
|---|---|---|---|---|

**Khema Perera**
**2215 Pebble Creek Drive APT 201J**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Marian Perez**
**8793 Evergreen Drive**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|---|---|---|---|---|

**Sonia Perez**
**2376 north star rd. Apt. 3 e**
**Columbus s, OH 43221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Rebecca Perich**
**9765 Parkland Drive**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Joyce Perrico**
**408 Chardon Avenue**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 993 of 1944

| 2.3919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Saundra Perrin**
**1196 waldoway**
**twinsburg, OH 44087**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Angela Perry**
**4491 Sir John Avenue**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.00 | $95.00 |
|---|---|---|---|---|

**Grace Perryman**
**23719 woodway road**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Selina Persad**
**4945 wallington dr**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Sheila Persall**
**6610 Strathern Court**
**Dublin, OH 43016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Jaime Perz**
**11855 Clarkwood Drive**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Kristine Pesho**
**7625 Westcot Lane**
**Novelty, OH 44072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Tom Pessler**
**590 Laurelwood Dr**
**Cleves, OH 45002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|--------|---|---|---|---|

**Angela Peters**
**5088 Wainfleet Court**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3928 | Priority creditor's name and mailing address | | $330.00 | $330.00 |
|--------|---|---|---|---|

**Katina Peters**
**9036 Country View Lane**
**Loveland, OH 45140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3929 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|--------|---|---|---|---|

**Holly Petersen**
**11580 regent park drive**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.3930 | Priority creditor's name and mailing address | | $495.00 | $495.00 |
|--------|---|---|---|---|

**Lisa Petersen**
**8121 Butler Hill Dr**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.3931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Vicki Petersen** | Check all that apply. | | |
| | **6017 Macnabb Ct.** | ☐ Contingent | | |
| | **Hilliard, OH 43026** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.3932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|
| | **Kelli Peterson** | Check all that apply. | | |
| | **1206 Wagar Rd** | ☐ Contingent | | |
| | **Rocky River, OH 44116** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.3933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Leah Peterson** | Check all that apply. | | |
| | **124 Keswick Drive** | ☐ Contingent | | |
| | **Hudson, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.3934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Shawna Peterson** | Check all that apply. | | |
| | **2386 Old Mill Rd** | ☐ Contingent | | |
| | **Hudson, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.3935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**SaraJean Petite**
**19425 Telbir Ave**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Marla Petti**
**25465 Cardington Drive**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Yolanda Pettiegrew**
**12660 Pebblebrook Trail**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Joan Pettinelli**
**4491 Sir Robert Avenue**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**April Petty**
**5805 Patrick St SW**
**Canton, OH 44706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3940 | Priority creditor's name and mailing address | | $495.00 | $495.00 |
|---|---|---|---|---|

**Tiffanie Petty**
**11225 Elk Run Road**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3941 | Priority creditor's name and mailing address | | $495.00 | $495.00 |
|---|---|---|---|---|

**Melissa Pettyjohn**
**13173 Redcliffe rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3942 | Priority creditor's name and mailing address | | $495.00 | $495.00 |
|---|---|---|---|---|

**Jen Pezzuto**
**101 sawmill bnd**
**chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Michelle Pfaff**
**22415 Berry Drive**
**Rocky River, OH 44116**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.3944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Max Pfeifer**
**7438 Cadle Ave**
**Mentor, OH 44060**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.3945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Nyioka Phalen**
**4649 Cox-Smith Road**
**Mason, OH 45040**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.3946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**DU PHAM**
**6439 Dorset Lane**
**Solon, OH 44139**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1000 of 1944

| 2.3947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|
| | **Devona Phares** | *Check all that apply.* | | |
| | **3917 Kul Circle South** | ☐ Contingent | | |
| | **Hilliard, OH 43026** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3948 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Chris Pheiffer** | *Check all that apply.* | | |
| | **7808 Gladshire Blvd** | ☐ Contingent | | |
| | **Lewis Center, OH 43035** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3949 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Carrie Phelan** | *Check all that apply.* | | |
| | **14747 Sisson Rd.** | ☐ Contingent | | |
| | **Chardon, OH 44024** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.3950 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Lisa Phelps** | *Check all that apply.* | | |
| | **7708 Storrington Place** | ☐ Contingent | | |
| | **Lewis Center, OH 43035** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page **988** of **1420**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| 2.3951 | Priority creditor's name and mailing address<br>**Saysong Phetlasymongkhon**<br>**2575 Punderson Drive**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$645.00** | **$645.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3952 | Priority creditor's name and mailing address<br>**Saysong Phetlasymongkhon**<br>**2575 Punderson Drive**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$645.00** | **$645.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3953 | Priority creditor's name and mailing address<br>**Amanda Phillips**<br>**309 Lawrence St**<br>**Bellefontaine, OH 43311** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$675.00** | **$675.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3954 | Priority creditor's name and mailing address<br>**Amy Phillips**<br>**2318 Pleasant Colony Drive**<br>**Lewis Center, OH 43035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$870.00** | **$870.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | |
|---|---|---|
| 2.3955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Beth Phillips** | Check all that apply. |
| | **2610 Amberwick Place** | ☐ Contingent |
| | **Hilliard, OH 43026** | ☐ Unliquidated |
| | | ☐ Disputed |

$645.00   $645.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.3956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Carolina Phillips** | Check all that apply. |
| | **22134 River Oaks Dr Apt 2c** | ☐ Contingent |
| | **Rocky River, OH 44116** | ☐ Unliquidated |
| | | ☐ Disputed |

$470.00   $470.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.3957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Christina Phillips** | Check all that apply. |
| | **3426 Woodland Drive** | ☐ Contingent |
| | **Hilliard, OH 43026** | ☐ Unliquidated |
| | | ☐ Disputed |

$325.00   $325.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.3958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Erika Phillips** | Check all that apply. |
| | **11435 Glenmora Dr.** | ☐ Contingent |
| | **Chardon, OH 44024** | ☐ Unliquidated |
| | | ☐ Disputed |

$495.00   $495.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1003 of 1944

| 2.3959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |

**Lori Piazza**
**13824 oakbrook dr**
**north royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |

**Leslie Piccolomini**
**13831 Lodge Drive**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |

**Marjorie Piccolomini**
**15397 Ridge**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.3962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |

**Lori Pickering**
**674 Oxford Dr**
**Broadview Heights, OH 44147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.3963 | Priority creditor's name and mailing address<br>**Adrienne Pierce**<br>**2584 Lombardi Ave SW**<br>**Canton, OH 44706** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00** | **$490.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3964 | Priority creditor's name and mailing address<br>**Cathy Pierce**<br>**9818 hickory dr**<br>**Loveland, OH 45140** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$165.00** | **$165.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3965 | Priority creditor's name and mailing address<br>**Kelly Pierce**<br>**436 Meadow View Dr**<br>**Powell, OH 43065** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$870.00** | **$870.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3966 | Priority creditor's name and mailing address<br>**Lisa Pierce**<br>**6776 St. Regis Blvd**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140.00** | **$140.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |
| | **Lisa Pierce** **6102 Dodge Rd sw** **Canton, OH 44706** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.3968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| --- | --- | --- | --- | --- |
| | **Lisa Pierce** **6776 St. Regis Blvd** **Hudson, OH 44236** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.3969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
| --- | --- | --- | --- | --- |
| | **Tara Pierce** **29 W. Market St.** **Troy, OH 45373** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.3970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
| --- | --- | --- | --- | --- |
| | **Lori Pierce-Cohen** **14781 Caves Road** **Novelty, OH 44072** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1006 of 1944

| 2.3971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
| | **Jennifer Pierson** | *Check all that apply.* | | |
| | **4490 HIGHLAND MEADOWS CT** | ☐ Contingent | | |
| | **HILLIARD, OH 43026** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.3972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| | **Angela Pigman** | *Check all that apply.* | | |
| | **9010 Emerald Hill Dr** | ☐ Contingent | | |
| | **Lewis Center, OH 43035** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.3973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
| | **Valerie Piguet** | *Check all that apply.* | | |
| | **1287 Chatham Pl** | ☐ Contingent | | |
| | **Rocky River, OH 44116** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.3974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| | **Mike Piks** | *Check all that apply.* | | |
| | **7381 Hart St.** | ☐ Contingent | | |
| | **Mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.3975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Mike Pilotti**
**6970 Sturbridge Dr.**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**John Pina**
**2899 Cr 18**
**Arcadia, OH 44804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**John Pina**
**2899 Cr 18**
**Arcadia, OH 44804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Rosario Pina**
**5919 Portside Dr 5919 Portside Dr**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Anna Pineda**
**4824 Lakeview Drive**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Jeffrey Pinkerton**
**5001 Northview Ct**
**Vermilion, OH 44089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Michele Pirc**
**5301 e heisley rd**
**mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Mary Pisano**
**9080 Cabriolet Ave**
**Concord, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Name

| 2.3983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Alisa Pistone**
**8900 Ranch Dr**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Jason Pitteroff**
**6058 Joneswood Drive**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.00 | $475.00 |
|---|---|---|---|---|

**Shelley Pittman**
**556 Aston View Ln**
**Cleves, OH 45002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Amanda Pitts**
**12614 w lake rd**
**Vermilion, OH 44089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Discovery Tours Inc. | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

| 2.3987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Rose Pitzer**
**3959 Bear Lane**
**Cleves, OH 45002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Sandra Piwinski**
**5103 Driftwood Dr**
**Vermilion, OH 44089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Kim Pizzuti**
**3944 Kul Circle North**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Chris Place**
**2911 Maureen Ct**
**loveland, OH 45140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Jason Place**
**7969 Champaign Dr.**
**Mentor, OH 44060**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.3992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Andrea Planck**
**1832 Walker Rd.**
**Hilliard, OH 43026**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.3993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Michael Plant**
**7855 Chillicothe Rd**
**MENTOR, OH 44060**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.3994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Jeffrey Platko**
**6949 Highview Drive**
**Solon, OH 44139**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

| 2.3995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Mark Platt**
**314 Wilson Mills Rd.**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3996 | Priority creditor's name and mailing address | | $455.00 | $455.00 |
|---|---|---|---|---|

**Jan Plaxico**
**7155 Hart Street F-43**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3997 | Priority creditor's name and mailing address | | $780.00 | $780.00 |
|---|---|---|---|---|

**Michele Plessinger**
**6626 Shawnee Run Road**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3998 | Priority creditor's name and mailing address | | $325.00 | $325.00 |
|---|---|---|---|---|

**Christie Plickert**
**3784 Pleasantbrook dr**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3999 | Priority creditor's name and mailing address<br>**Christie Plickert**<br>**3784 Pleasantbrook dr**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $325.00 | $325.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4000 | Priority creditor's name and mailing address<br>**Jennifer Plikerd**<br>**517 East Sandusky Ave**<br>**Bellefontaine, OH 43311** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $675.00 | $675.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4001 | Priority creditor's name and mailing address<br>**Lori Plinke**<br>**4001**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $645.00 | $645.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4002 | Priority creditor's name and mailing address<br>**Courtney Ploskunak**<br>**7555 Huntington Rd**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $140.00 | $140.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Amanda Plymel**
**5870 Birch Lane**
**Mentor on the lake, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Amanda Plymel**
**5870 Birch Lane**
**Mentor on the lake, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |

**Rob Poelking**
**8370 Kinsman Road**
**Novelty, OH 44072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Kelly Pohto-Bush**
**7882 Richwood Drive**
**Mentor on the Lake, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

18-12734-jps     Doc 1     FILED 05/07/18     ENTERED 05/07/18 13:30:30     Page 1015 of 1944

| 2.4007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Danielle Poirier**
**1209 Whipple Ave SW**
**Canton, OH 44710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Tara Polanco**
**6985 Charlesfield Ln**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Tara Polanco**
**6985 Charlesfield Ln**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Jennifer Polar**
**1978 Thornwood ln**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1016 of 1944

| 2.4011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|

**Arthur Poling**
**240 Columbus st.**
**Elyria, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Philip Pollitt**
**2129 Jeffey Drive**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.00 | $140.00 |
|---|---|---|---|---|

**Coleen Pollock**
**2665 Brunswick Lane**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $505.00 | $505.00 |
|---|---|---|---|---|

**Erin Pollock**
**7415 Hillside lane**
**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|--------|---|---|---|---|

**Rachelle Pollock**
**10078 N Surfside Cir**
**Reminderville, OH 44202**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.4016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|--------|---|---|---|---|

**Sarah Polly**
**19764 Riverview**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.4017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|--------|---|---|---|---|

**Jessica Polverini**
**255 floral acres dr**
**Tipp city, OH 45371**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.4018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|--------|---|---|---|---|

**Beth Pong**
**846 Winding River Blvd**
**Maineville, OH 45039**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1018 of 1944

| | | |
|---|---|---|
| 2.4019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$325.00** | **$325.00** |

| 2.4019 | Priority creditor's name and mailing address<br>**Natasha Pongonis**<br>**2765 Lake Hollow Rd**<br>**HILLIARD, OH 43026** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00** | **$325.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4020 | Priority creditor's name and mailing address<br>**Aaron Pool**<br>**750 CR 32 North**<br>**Bellefontaine, OH 43311** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$675.00** | **$675.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4021 | Priority creditor's name and mailing address<br>**Christa Poole**<br>**23809 East Silsby Rd**<br>**Beachwood, OH 44122** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$435.00** | **$435.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4022 | Priority creditor's name and mailing address<br>**Erica Pooler**<br>**1115 long st**<br>**Troy, OH 45373** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$810.00** | **$810.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
| | **Aimee Pope** | *Check all that apply.* | | |
| | **401 E. Brown Ave** | ☐ Contingent | | |
| | **Bellefontaine, OH 43311** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.4024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
| | **Lisa Pope** | *Check all that apply.* | | |
| | **67 May Court** | ☐ Contingent | | |
| | **Chagrin Falls, OH 44022** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.4025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
| | **Sheri Popik** | *Check all that apply.* | | |
| | **9899 East Idlewood Dr.** | ☐ Contingent | | |
| | **Twinsburg, OH 44087** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.4026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
| | **Julie Popovich** | *Check all that apply.* | | |
| | **31866 S. Roundhead Drive** | ☐ Contingent | | |
| | **Solon, OH 44139** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.4027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Debbie Porach**
**7586 Estate Ave.**
**hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4028 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Christina Porinchok**
**722 MALLARD CIR NW**
**MASSILLON, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4029 | Priority creditor's name and mailing address | | $695.00 | $695.00 |
|---|---|---|---|---|

**Cynthia Porter**
**4616 Winterset dr**
**Columbus, OH 43220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4030 | Priority creditor's name and mailing address | | $460.00 | $460.00 |
|---|---|---|---|---|

**Jennifer Porter**
**9373 Chesapeake Dr.**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Greg Portier**
**1356 deerlick dr**
**columbus, OH 43228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Patty Posante**
**7675 Oak Hill Drive**
**Chesterland, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Julie Post**
**3108 Killingworth Lane**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Jennifer Potoczak**
**6505 Bryson Drive**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Rosanne Potter**
**1300 Bridget Lane**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Heather Potts**
**6539 Canterbury Dr**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Justin Powell**
**2579 Bernice Ct.**
**Melbourne, FL 32935**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Karie Powell**
**5120 Grosse Pointe Ln.**
**Cincinnati, OH 45238**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1023 of 1944

| 2.4039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |

**Michele Powell**
**2159 Hayer Court**
**Lewis Center, OH 43035**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Rebecca Powell**
**336 South Hambden St**
**Chardon, OH 44024**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |

**Thomas Powell**
**8835 Oakbrook Circle**
**Twinsburg, OH 44087**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**Tina Powell**
**5291 Taylor Lane Ave.**
**Hilliard, OH 43026**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1024 of 1944

| | | |
|---|---|---|
| 2.4043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |

**2.4043** Priority creditor's name and mailing address

**Amanda Powers**
**5633 Maple Dell Ct.**
**Hilliard, OH 43026**

As of the petition filing date, the claim is: $325.00  $325.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4044** Priority creditor's name and mailing address

**Gary Powers**
**2139 fenway**
**Beachwood, OH 44122**

As of the petition filing date, the claim is: $435.00  $435.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4045** Priority creditor's name and mailing address

**Swati Pradhan**
**1848 little bear loop**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is: $870.00  $870.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4046** Priority creditor's name and mailing address

**Ashley Prado**
**2288 Kate Circle**
**Hudson, OH 44236**

As of the petition filing date, the claim is: $410.00  $410.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Nicole Prater**
**3651 Stoneboat Ct**
**Maineville, OH 45039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Danielle Pratt**
**2089 Steffi Drive**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Sean Pratt**
**4961 Glennlodge rd.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Shannon Prendergast**
**6804 palmerston dr**
**mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**John Prentice**
**7340 Colt Drive**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Tina Preseren**
**7622 Gentry Circle**
**Cocord Twp, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

**Tina Preseren**
**7622 Gentry Circle**
**Cocord Twp, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Chris Preslock**
**1 Owens Corning Parkway**
**Toledo, OH 43659**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Angel Preston**
**10147 Pirates Trail**
**Reminderville, OH 44202**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4056 | Priority creditor's name and mailing address | | $635.00 | $635.00 |
|---|---|---|---|---|

**Silvia Pretto**
**5350 Camelot Dr. #7**
**Cincinnati, OH 45014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4057 | Priority creditor's name and mailing address | | $455.00 | $455.00 |
|---|---|---|---|---|

**Amy Preuer**
**8688 prairie grass lane**
**mentor, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4058 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Stacey Prevost**
**PO Box 953**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

18-12734-jps     Doc 1     FILED 05/07/18     ENTERED 05/07/18 13:30:30     Page 1028 of 1944

| 2.4059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Nadis Prewitt**
**2995 Steffan Woods Dr**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Krista Prexta**
**14725 Russell Lane**
**Novelty, OH 44072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Krista Prexta**
**14725 Russell Lane**
**Novelty, OH 44072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Brian Price**
**5723 Williamsburg Cir**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.4063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Linda Price**
**3790 Wenwood Dr**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $580.00 | $580.00 |
|---|---|---|---|---|

**TERRI PRICE**
**5613 TOWNSHIP ROAD 243**
**FINDLAY, OH 45840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385.00 | $385.00 |
|---|---|---|---|---|

**Kodi Pride**
**7896 Wildel Dr**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|

**Victoria Priester**
**12715 Carter Rd**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

18-12734-jps     Doc 1     FILED 05/07/18     ENTERED 05/07/18 13:30:30     Page 1030 of 1944

| 2.4067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Ranicia Prisock**
**3470 crooked tree circle**
**Hamilton, OH 45011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4068 | Priority creditor's name and mailing address | | $695.00 | $695.00 |
|---|---|---|---|---|

**Cassandra Pritikin**
**980 Bernard Road**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4069 | Priority creditor's name and mailing address | | $325.00 | $325.00 |
|---|---|---|---|---|

**Lisa Proffitt**
**2618 Copperwood Rd**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4070 | Priority creditor's name and mailing address | | $410.00 | $410.00 |
|---|---|---|---|---|

**Beth Prontiker**
**4593 Cox Drive Unit B**
**Stow, OH 44224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |

**Katie Proszek**
**14531 Sisson Road**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Allison Prucha**
**340 Cheshire Rd.**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**Tricia Ptak**
**12000 Firefly Dr**
**N Royalton, OH 44133-6100**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Liz Puffenbarger**
**1085 Outrigger Cove**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$495.00** | **$495.00** |
|---|---|---|---|---|

**Christina Pugh**
**805 Lost Pond Pkwy**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$140.00** | **$140.00** |
|---|---|---|---|---|

**Jennifer Puhl**
**888 Ashbrooke way**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$460.00** | **$460.00** |
|---|---|---|---|---|

**Monica Puleo**
**14137 Kimrose Lane**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$675.00** | **$675.00** |
|---|---|---|---|---|

**Amy Pulfer**
**116 East Williams avenue**
**Bellefontaine, OH 43311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Raul Pulido**
**5476 Lakeside Dr**
**Fairfield, OH 45014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**THOMAS PULLUMPALLIL**
**4878 Davidson Run Dr**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Alison Pulte**
**40 Quail Ridge Drive**
**Bentleyville, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Barbara Pulte**
**6549 Sherborne Lane**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Barbara Pulte**
**6549 Sherborne Lane**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Lynda Pumphrey**
**8544 Louise Dr**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Damaris Punales-Alpizar**
**7446 Kinsman Road**
**Novelty, OH 44072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Joenee Purcell**
**1332 Turner Road**
**Bellefontaine, OH 43311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.00 | $340.00 |
|--------|--------|--------|--------|--------|

**Jennifer Purchase**
**13370 Green Dr**
**Chesterland, OH 44026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 | $410.00 |
|--------|--------|--------|--------|--------|

**Tiesha Purnell**
**815 Frost Road 1203**
**Streetsboro, OH 44241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $465.00 | $465.00 |
|--------|--------|--------|--------|--------|

**Mara Purnhagen**
**39 Forest Drive**
**Chagrin Falls, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|--------|--------|--------|--------|--------|

**Michelle Putney**
**5723 Charmar Drive**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Mark Quaiser**
**1250 Eriewood Dr.**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4092 | Priority creditor's name and mailing address | | $645.00 | $645.00 |
|---|---|---|---|---|

**Sabra Qualls**
**8411 Morris Road**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4093 | Priority creditor's name and mailing address | | $460.00 | $460.00 |
|---|---|---|---|---|

**Jennifer Quinn**
**9909 State Rd**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4094 | Priority creditor's name and mailing address | | $520.00 | $520.00 |
|---|---|---|---|---|

**Kellie Quinn**
**1573 Greenfield Ln.**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

18-12734-jps     Doc 1     FILED 05/07/18     ENTERED 05/07/18 13:30:30     Page 1037 of 1944

| | | |
|---|---|---|
| 2.4095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

2.4095 Priority creditor's name and mailing address

**Kristan Quinn**
**9642 Mentor Rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$490.00    $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4096 Priority creditor's name and mailing address

**Sherri Racine**
**1375 Lee Rd**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$810.00    $810.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4097 Priority creditor's name and mailing address

**Mindaugas Rackaitis**
**1549 Plantation Dr.**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$140.00    $140.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4098 Priority creditor's name and mailing address

**Michelle Radatz**
**11625 county line road**
**gates mills, OH 44040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$340.00    $340.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Barbara Radekevich** **9307 Jovanna Court** **Mentor, OH 44060** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.4100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Stephanie Radziewicz** **7468 Mckinley St.** **Mentor, OH 44060** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.4101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Robert Rafalke** **5001 Oakview Dr** **Vermilion, OH 44089** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.4102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Tonya Rafalke** **4912 orchard rd** **Mentor, OH 44060** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.4103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |

**Ann Raglow**
**8807 Pinewood Ct.**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
| --- | --- | --- | --- | --- |

**Tania Rahaman**
**1315 prentis house CT**
**Columbus, OH 43235**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |

**Michelle Rahija**
**5392 Lorrey Place**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |

**Michelle Rahija**
**5392 Lorrey Place**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Nicole Rainsberger**
**4394 Chevron Circle SW**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Priya Raj**
**2169 Halcyon Road**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Andjela Rajic**
**7970 Mentor Ave. D3**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $380.00 | $380.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Kim Rako**
**1779 Stoney Hill Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Tracey Ralph**
**13082 Fairfield Trail**
**Chesterland, OH 44026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Rakesh Ramachandran**
**7123 Longview Dr**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Gopal Ramakrishnan**
**5164 Hemmington Blvd**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Joe RAMEY**
**266 BRENTWOOD DR**
**HUDSON, OH 44236-1656**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Meghan Ramey**
**6335 Bryson dr**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Lorena Ramirez**
**2226 Puma Place**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**STACIA RAMIREZ**
**1250 ANIKO AVENUE**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Chad Ramlow**
**7509 Berks Way**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1043 of 1944

| 2.4119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 | $140.00 |
|---|---|---|---|---|

**Melissa Rammel**
**890 Farnham Way**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 | $520.00 |
|---|---|---|---|---|

**Sue Ramming**
**12381 Summerwood Dr.**
**Concord Township, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.00 | $495.00 |
|---|---|---|---|---|

**Steven Ramos**
**10211 Chipmunk Ridge Road**
**Concord, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $580.00 | $580.00 |
|---|---|---|---|---|

**Jeff Rampe**
**12531 County Rd 109**
**Findlay, OH 45840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Name

| 2.4123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Karen Rampe**
**5450 Pinehill Dr**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|

**Cindy Ramsey**
**2299 Wellington Circle**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|

**Cindy Ramsey**
**2299 Wellington Circle**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Jacque Ramsey**
**5826 Privilege Drive**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| 2.4127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Jaime Ramsey**
**4881 Parkmoor Drive**
**Dublin, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $340.00 | $340.00 |
|---|---|---|---|---|

**Angie Ranallo**
**9721 mayfield rd**
**chesterland, OH 44026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $185.00 | $185.00 |
|---|---|---|---|---|

**Tai Ranallo**
**11075 spear rd**
**painesville, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $205.00 | $205.00 |
|---|---|---|---|---|

**Tai Ranallo**
**11075 spear rd**
**painesville, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Jennifer Randolph**
**246 Fox Ridge Circle**
**Powell, OH 43065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Jen Randulic**
**6703 List St NW**
**Canton, OH 44708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Faith Ransom**
**8014 Peardale Dr**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Beth Rapien**
**3837 Bremen Pass**
**Cleves, OH 45002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Georgeanna Rapp**<br>**3734 Tillman St. NW**<br>**Massillon, OH 44646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.4136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $635.00 | $635.00 |
|---|---|---|---|---|
| | **Shannon Raquet**<br>**3399 Muskopf ct**<br>**fairfield, OH 45014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.4137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Lydia Raser**<br>**9611 Brayes Manor Dr**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.4138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $505.00 | $505.00 |
|---|---|---|---|---|
| | **Amir Rashid**<br>**6705 Edgemoor Ave**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1048 of 1944

| 2.4139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Nancy Rasoul**<br>**4484 McCullough Ln**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Paulina Raspovic**<br>**7441 Ford Dr**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|
| | **Jamie Ratcliffe**<br>**12281 Girdled Rd**<br>**Painesville, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $505.00 | $505.00 |
|---|---|---|---|---|
| | **Maryanne Ratka**<br>**6572 Copley Avenue**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Samantha Ratleff**
**3984 Clayford Dr**
**Columbus, OH 43204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**John Ratliff**
**2423 southway st sw**
**massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Jennifer Raubenolt**
**7956 Augusta Ln**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Michelle Rauer**
**11801 Jason Avenue**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Jane Rawlings**
**2954 Pine Grove Lane**
**Maineville, OH 45039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Heather Rawlins**
**715 Lindridge Dr**
**Galloway, OH 43119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|---|---|---|---|---|

**Lynda Ray**
**5112 Sassafras Rd**
**Columbus, OH 43229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Malinda Ray**
**601 S. Dorset Rd.**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Colleen Raynewater**
**21368 BEACHWOOD DR**
**ROCKY RIVER, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Angela Razidlo**
**5938 Galleon Court**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Melissa Read**
**8594 Baker Ave**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Colleen Ready**
**7563 Red Fox Trail**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$340.00** | **$340.00** |
| --- | --- | --- | --- | --- |
| | **Patrick Reagan**<br>**13902 Sweetbriar Ln**<br>**Novelty, OH 44072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$140.00** | **$140.00** |
| --- | --- | --- | --- | --- |
| | **Kelley Ream**<br>**2438 OLDE FARM LN**<br>**HUDSON, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$140.00** | **$140.00** |
| --- | --- | --- | --- | --- |
| | **Erin Reaper**<br>**2278 Jesse Dr**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$140.00** | **$140.00** |
| --- | --- | --- | --- | --- |
| | **Kate Reber**<br>**6164 Burr Oak Way**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1053 of 1944

_____
Name

| | | |
|---|---|---|
| 2.4159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

| 2.4159 | Priority creditor's name and mailing address<br>**Kate Reber**<br>**6164 Burr Oak Way**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$410.00** | **$410.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4160 | Priority creditor's name and mailing address<br>**Michelle Recker**<br>**4769 E wood duck ct**<br>**Port Clinton, OH 43452** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$440.00** | **$440.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4161 | Priority creditor's name and mailing address<br>**Samantha Reda**<br>**8539 Oak Village Blvd**<br>**Lewis Center, OH 43035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$870.00** | **$870.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4162 | Priority creditor's name and mailing address<br>**Alice Redd**<br>**1700 Beckwith Drive**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140.00** | **$140.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Name

| 2.4163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Harish Reddy**
**5661 Gadston way**
**Columbus, OH 43228**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.4164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Andrea Reed**
**13994 E. Willard Rd.**
**Novelty, OH 44072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.4165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,298.00 | $1,298.00 |
|---|---|---|---|---|

**Brittany Reed**
**1342 Mckaig 1342mckaig**
**troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.4166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Brittany Reed**
**1342 Mckaig 1342mckaig**
**troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.4167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
| --- | --- | --- | --- | --- |

**Eileen Reed**
**464 Whitman Blvd**
**elyria, OH 44035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| --- | --- | --- | --- | --- |

**Joe Reed**
**8265 Kristin Ct.**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
| --- | --- | --- | --- | --- |

**Stacy Reed**
**8116 Saddleback Pl**
**Maineville, OH 45039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
| --- | --- | --- | --- | --- |

**Tonya Reed**
**413 Superior St**
**Bellefontaine, OH 43311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|--|--|--|--|

**Kendra Reeg**
**5611 Deerborn Ave**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|--------|--|--|--|--|

**Joanna Reese**
**6640 Westpoint Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|--|--|--|--|

**Kimberly Reese**
**11950 Abbey Road**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|--------|--|--|--|--|

**Michelle Reese**
**25434 Wimbledon Rd.**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|--------|----------|----------|----------|----------|

**Catherine Reesman**
**5409 Banbury Dr**
**Columbus, OH 43235**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|--------|----------|----------|----------|----------|

**Mary Reeves**
**2018 Levelgreen Dr**
**Columbus, OH 43219**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|--------|----------|----------|----------|----------|

**Denise Regenbogen**
**4750 Coolbrook Drive**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|--------|----------|----------|----------|----------|

**Kristine Regula-Ness**
**4334 Huntwicke Court**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Kelly Reich**
**2534 Blue Heron Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Christina Reid**
**21 Kenton Road**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**M Reider**
**2321 North Park Boulevard -**
**Cleveland Heights, OH 44106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Carol Reidy**
**411 Peppertree ln**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|
| | **Kristy Reifinger**<br>**576 Riverside Dr**<br>**Painesville, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $810.00 | $810.00 |
|---|---|---|---|---|
| | **Amber Reigelsperger**<br>**325 Dye Mill Rd**<br>**Troy, OH 45373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $470.00 | $470.00 |
|---|---|---|---|---|
| | **Karen Reinart**<br>**20980 Morewood Pkwy**<br>**Rocky River, OH 44116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $440.00 | $440.00 |
|---|---|---|---|---|
| | **Angela Reineck**<br>**4534 E Laurel Ridge Dr**<br>**Port Clinton, OH 43452-4005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1060 of 1944

| 2.4187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $580.00 | $580.00 |
| --- | --- | --- | --- | --- |
| | **Cheryl Reineke**<br>**1820 Silver Creek Dr**<br>**Findlay, OH 45840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |
| | **Jill Reiter**<br>**697 Dogwood Lane**<br>**Vermilion, OH 44089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.00 | $520.00 |
| --- | --- | --- | --- | --- |
| | **Beth Reitz**<br>**131 Woodview Drive**<br>**Elyria, OH 44035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |
| | **Thomas Rembowski**<br>**4851 Persimmon Lane**<br>**North Royalton, OH 44133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**James Reminder**
**10570 Fincherie Dr**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Carolyn Remington**
**8325 Sumner Rd.**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**LIHONG REN**
**2350 Twickenham Dr**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Jordan Renna**
**144 Keswick Dr.**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1062 of 1944

| 2.4195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Dan Renner**<br>**8140 Edgerton Road**<br>**North Royalton, OH 44133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Gary Rensi**<br>**6049 MANSHIRE COURT**<br>**GALLOWAY, OH 43119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Michelle Renton**<br>**939 riverbend ave**<br>**powell, OH 43065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Michelle Renton**<br>**939 riverbend ave**<br>**powell, OH 43065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1063 of 1944

| Debtor | **Discovery Tours Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.4199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $645.00 | $645.00 |
|---|---|---|---|---|
| | **Daniel Renz**<br>**5737 Bonaly Court**<br>**Dublin, OH 43016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Kate Repola**<br>**1550 Sanford Street**<br>**Vermilion, OH 44089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $165.00 | $165.00 |
|---|---|---|---|---|
| | **Kristen Reppeto**<br>**325 Forest Edge Dr**<br>**South Lebanon, OH 45065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Debra Reske**<br>**6041 Heather Lane**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Nicki Resko**<br>**7911 Cemetery Rd**<br>**Vermilion, OH 44089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $435.00 | $435.00 |
|---|---|---|---|---|
| | **Gregory Resnick**<br>**2404 Allen Blvd**<br>**Beachwood, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $505.00 | $505.00 |
|---|---|---|---|---|
| | **Judy Ressler**<br>**6264 Stonewood Lane**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Kara Restorick**<br>**5252 Tyner Ave NW**<br>**Canton, OH 44708** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1065 of 1944

| 2.4207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $495.00 | $495.00 |
|---|---|---|---|---|
| | **Tricia Retallick**<br>**15085 Steelhead Run**<br>**Chardon, OH 44024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|
| | **Kara Reutter**<br>**10776 Ellison creek dr**<br>**Concors, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Heather Reynolds**<br>**9622 Lasalle Lane**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Nicole Reynolds**<br>**5834 Lake Rd**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Patrice Reynolds**
**11300 Palmer Lane**
**Twinsburg, OH 44087**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Victoria Reznik**
**9279 HELEN LN TWINSBURG**
**TWINSBURG**
**TWINSBURG, OH 44087**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Tonya Reznor**
**826 Branford Rd**
**Troy, OH 45373**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Heidi Rhoades**
**1512 S Main St**
**Bellefontaine, OH 43311**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.4215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Victoria Rhoades**
**429 Cherrywood Lane**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Andrea Rhodes**
**71 parmelee dr**
**hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Kelli Rhyan**
**954 Chara Lane**
**Columbus, OH 43240**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Adrian Ribovich**
**7988 Princewood Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.4219 | Priority creditor's name and mailing address<br>**Tiffany Ricci**<br>**7071 Brightwood Dr.**<br>**Concord, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$455.00     $455.00

| | |
|---|---|
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4220 | Priority creditor's name and mailing address<br>**Christine Rice**<br>**6091 thunderbird dr**<br>**Mentor on the lake, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$455.00     $455.00

| | |
|---|---|
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4221 | Priority creditor's name and mailing address<br>**Nick Rice**<br>**8475 roberts rd**<br>**galloway, OH 43119** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$325.00     $325.00

| | |
|---|---|
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4222 | Priority creditor's name and mailing address<br>**Judy Rich**<br>**7260 Dursley Court**<br>**Solon, OH 44139** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$505.00     $505.00

| | |
|---|---|
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.4223 | Priority creditor's name and mailing address<br>**Mark Rich**<br>**8522 Argee Dr**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$455.00**  **$455.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.4224 | Priority creditor's name and mailing address<br>**Jennifer Richard**<br>**878 Overbrook Ave**<br>**Maineville, OH 45039** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$165.00**  **$165.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.4225 | Priority creditor's name and mailing address<br>**Brenda Richards**<br>**9882 High Country Drive**<br>**Chardon, OH 44024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00**  **$490.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.4226 | Priority creditor's name and mailing address<br>**Danette Richards**<br>**342 Plum St.**<br>**Fairport Harbor, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$185.00**  **$185.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

18-12734-jps     Doc 1     FILED 05/07/18     ENTERED 05/07/18 13:30:30     Page 1070 of 1944

| 2.4227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$185.00** | **$185.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Danette Richards**
**342 Plum St.**
**Fairport Harbor, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$205.00** | **$205.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Danette Richards**
**342 Plum St.**
**Fairport Harbor, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$205.00** | **$205.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Danette Richards**
**342 Plum St.**
**Fairport Harbor, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$325.00** | **$325.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Aaron Richardson**
**6188 Timberbrook Ln**
**Columbus, OH 43228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.00 | $290.00 |

**Brenda Richardson**
**23305 Chagrin Blvd #301s**
**Beachwood, OH 44122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |

**Chevae Richardson**
**24205 East Groveland Road**
**Beachwood, OH 44122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**Deryck Richardson**
**4843 Drayton Rd**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**MARISSA RICHARDSON**
**1871 HICKORY HILL DR**
**COLUMBUS, OH 43228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Tonya Rick**
**5016 Brooksdale Rd**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Meagan Ricketti-AlGhamdi**
**21621 Detroit**
**Rocky river, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Adriana Rickon**
**1731 Arbutus Dr.**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**JENNIFER Ridgley**
**4546 Huntwicke Dr**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |

**Jennifer Riegle**
**12320 County Rd 109**
**Findlay, OH 45840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |

**Mary Riga**
**3372 Muskopf Ct**
**Fairfield, OH 45014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Colleen Rigo**
**5782 Nearing Circle**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |

**Beth Riley**
**23416 E. Baintree RD**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.4243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |

**Cathy Riley**
**6600 Miami Avenue**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.4244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Elizabeth Riley**
**34875 Lakeview Dr.**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.4245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Erica Riley**
**3551 Banyan St. NW**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.4246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Susan Riley**
**1895 Case Western dr. SE**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$810.00** | **$810.00** |
|---|---|---|---|---|

**Ione Rindler**
**2720 Southside Dr.**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$635.00** | **$635.00** |
|---|---|---|---|---|

**Brooke Ringler**
**3375 Lake Crest Drive**
**Hamilton, OH 45011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$465.00** | **$465.00** |
|---|---|---|---|---|

**Bridget Rini**
**97 Elm Court**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$495.00** | **$495.00** |
|---|---|---|---|---|

**Kimbelry Rinkes**
**13488 Ravenna Road**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Kathy RiordanPfeifer**
**3560 Kings Post Parkway**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4252 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Candelario Rios**
**12860 Mayfield Road lot 74**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4253 | Priority creditor's name and mailing address | | $410.00 | $410.00 |
|---|---|---|---|---|

**Jen Rischitelli**
**7604 Bendleton Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4254 | Priority creditor's name and mailing address | | $410.00 | $410.00 |
|---|---|---|---|---|

**Jen Rischitelli**
**7604 Bendleton Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$455.00** | **$455.00** |
|---|---|---|---|---|
| | **Laurel Risko**<br>**7858 Rutland**<br>**Mentor, OH 44060** | | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00** | **$490.00** |
|---|---|---|---|---|
| | **Kristy Ristoff**<br>**152 Cayuga Ave nw**<br>**Canton, OH 44708** | | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$455.00** | **$455.00** |
|---|---|---|---|---|
| | **Susan Ritt**<br>**8230 Yorkshire Dr.**<br>**Mentor, OH 44060** | | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$870.00** | **$870.00** |
|---|---|---|---|---|
| | **JOSEPH RITTER**<br>**2088 MAXWELL AVE**<br>**LEWIS CENTER, OH 43035** | | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|
| | **Brittany Rittgers** | *Check all that apply.* | | |
| | **3009 Seeger Street** | ☐ Contingent | | |
| | **Columbus, OH 43228** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.4260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Michelle Ritz** | *Check all that apply.* | | |
| | **117 Middle Post Pointe** | ☐ Contingent | | |
| | **Chardon, OH 44024** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.4261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Anthony Rivers** | *Check all that apply.* | | |
| | **8842 Crestwater Drive** | ☐ Contingent | | |
| | **GALLOWAY, OH 43119** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.4262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|---|---|---|---|---|
| | **Marland Rivers** | *Check all that apply.* | | |
| | **3226 Bidlington Dr.** | ☐ Contingent | | |
| | **Columbus, OH 43224** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1079 of 1944

| 2.4263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Guadalupe Rizo**
**6615 st AptC112**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Ali Rizvi**
**2101 Eton St**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Brenda Robbins**
**9900 Nantucket Cove**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Karen Robejsek**
**8296 Fairfax Drive**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $505.00 | $505.00 |
|---|---|---|---|---|

**Christine Roberts**
**7410 Capilano Dr**
**Solon, OH 44139**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.4268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Doug Roberts**
**3724 Stunsail Lane**
**Columbus, OH 43221**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.4269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Jennifer Roberts**
**7569 Ruth St.**
**Mentor, OH 44060**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.4270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $440.00 | $440.00 |
|---|---|---|---|---|

**Jennifer Roberts**
**4125 E. Laurel Ridge Drive**
**Port Clinton, OH 43452**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| | | |
|---|---|---|
| 2.4271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **John Roberts** | Check all that apply. |
| | **5481 granada drive** | ☐ Contingent |
| | **mentor, OH 44060** | ☐ Unliquidated |
| | | ☐ Disputed |

**$455.00** **$455.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Kristina Roberts** | Check all that apply. |
| | **6086 Wexford Park Dr** | ☐ Contingent |
| | **Columbus, OH 43228** | ☐ Unliquidated |
| | | ☐ Disputed |

**$325.00** **$325.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Maryanne Roberts** | Check all that apply. |
| | **2623 sandstone path** | ☐ Contingent |
| | **hudson, OH 44236** | ☐ Unliquidated |
| | | ☐ Disputed |

**$140.00** **$140.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Timothy Roberts** | Check all that apply. |
| | **606 Sassafras Drive** | ☐ Contingent |
| | **Vermilion, OH 44089** | ☐ Unliquidated |
| | | ☐ Disputed |

**$460.00** **$460.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Greg Robertson**
**12 S Hayden Pkwy**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Deborah Robie**
**12410 Woodin Road**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Elizabeth Robinette**
**10942 THORESBY CIR NW**
**UNIONTOWN, OH 44685**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Elizabeth Robinette**
**10942 THORESBY CIR NW**
**UNIONTOWN, OH 44685**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Elizabeth Robinette**
**10942 THORESBY CIR NW**
**UNIONTOWN, OH 44685**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Alane Robinson**
**5176 Garmouth Court**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Emily Robinson**
**1254 Chaucer Pl.**
**Maineville, OH 45039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Jennifer Robinson**
**8960 North Brown Rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Jennifer Robinson**
**134 Chadbourne drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Kristen Robinson**
**1887 Norton road**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Porche Robinson**
**10790 Ravenna Road Apartment**
**204**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Susan Robinson**
**1033 orchard ln**
**Broadview hts, OH 44147**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1085 of 1944

| 2.4287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Wanda Robinson**
**1977 Eton st**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Jose Rocha**
**112 First Street**
**Addyston, OH 45001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Lora Rocha**
**112 first street**
**Addyston, OH 45001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $940.00 | $940.00 |
|---|---|---|---|---|

**Gretchen Roche**
**217 Meadow View Dr**
**Powell, OH 43065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.4291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Raquel Roddy**
**2525 Middleton Road**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Alina Rodean**
**5562 Weston Trail Drive**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Stephanie Rodenbaugh**
**4944 Vicksburg Court**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Jennifer Rodriguez**
**13685 RADCLIFFE RD**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1087 of 1944

| 2.4295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Michael Rodriguez**
**6702 Dunheath Circle**
**Dublin, OH 43016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Christine Roeder**
**5740 Primavera Drive**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Amy Roediger**
**10375 Wilder Rd**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Markus Roessler**
**1466 Groton Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.4299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.4299** Priority creditor's name and mailing address

**Jason Rogers**
**2777 Hickorywood Dr**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$810.00**  **$810.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4300** Priority creditor's name and mailing address

**Ryan Rogers**
**7027 Foxcroft Place**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$455.00**  **$455.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4301** Priority creditor's name and mailing address

**Tonia Rohlfs**
**2901 Red Oak Circle**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$810.00**  **$810.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4302** Priority creditor's name and mailing address

**Vanessa Rollins**
**909 north main st**
**Bellefontaine, OH 43311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30.00**  **$30.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 | $495.00 |
|---|---|---|---|---|

**Jessica Roman**
**3086 Chatham Ct**
**Maineville, OH 45039**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|

**Jeanne Romani**
**7677 Winding Way**
**Hudson, OH 44236**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|

**Trisha Romano**
**756 Ashbrooke Way**
**Hudson, OH 44236**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.00 | $470.00 |
|---|---|---|---|---|

**Katharine Romell**
**380 Elmwood Rd.**
**Rocky River, OH 44116**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.4307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|--|--|--|--|

**Kathryn Romo**
**7967 Meloria Lane**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|--|--|--|--|

**Danielle Romstadt**
**12831 N. Star Dr.**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|--------|--|--|--|--|

**Chris Rooney**
**34885 McAfee Dr**
**Solon, OH 44139-1743**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|--|--|--|--|

**Carrie Roose**
**6572 Inland Shores Drive**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Mary Beth Root**
**709 Norbury Dr**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Tim Root**
**7531 Akins Rd.**
**North Royaltom, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Doris Roque**
**7059 Dawson Rd #15**
**Cincinnati, OH 45243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Angi Rosa**
**1151 delverne Ave sw**
**Canton, OH 44710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1092 of 1944

| 2.4315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Cammi Rose**
**4580 Kriggsby Blvd**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Margaret Rose**
**5402 Links Road**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Jennifer Roseberry**
**8011 Greenridge Ct**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 | $230.00 |
|---|---|---|---|---|

**Lisa Rosebrock**
**2955 Daleford Drive**
**Toledo, OH 43614**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Discovery Tours Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.4319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**2.4319**

Priority creditor's name and mailing address

**Jeffrey Rosen**
**39780 Patterson Lane**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$505.00**   **$505.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4320**

Priority creditor's name and mailing address

**Angela Rosenberg**
**6143 Paderborne Dr.**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$140.00**   **$140.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4321**

Priority creditor's name and mailing address

**Angela Rosenberg**
**6143 Paderborne Dr.**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$410.00**   **$410.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4322**

Priority creditor's name and mailing address

**Jessica Rosenblitt**
**25119 Wimbledon RD**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$435.00**   **$435.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $435.00 | $435.00 |

**Anna Rosenfeld**
**26091 Shaker Blvd**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $435.00 | $435.00 |

**Arthur Rosenfeld**
**25010 Duffield RD**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230.00 | $230.00 |

**Jennifer Rosenthal**
**1010 Richland St**
**Maumee, OH 43537**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385.00 | $385.00 |

**Lisa Rosenthal**
**10379 Andover Dr.**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.4327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| | **Barbara Ross** | *Check all that apply.* | | |
| | **425 oneida ave nw** | ☐ Contingent | | |
| | **Canton, OH 44708** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.4328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| | **Bernadine Ross** | *Check all that apply.* | | |
| | **8255 Mentor Ave** | ☐ Contingent | | |
| | **Mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.4329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
| | **Brian Ross** | *Check all that apply.* | | |
| | **7396 S Meadow Dr** | ☐ Contingent | | |
| | **Painesville, OH 44077** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.4330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
| | **Lori Ross** | *Check all that apply.* | | |
| | **1899 Canal Rd** | ☐ Contingent | | |
| | **Hamilton, OH 45011** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1096 of 1944

Debtor    **Discovery Tours Inc.**
        _____    Case number (if known)  _____
       Name

| 2.4331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

**Mike Ross**
**157 Cheshire Road**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Tom Ross**
**8515 Johnnycake Ridge Road**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Amy Rothenfeld**
**34800 Forest Lane**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

**Angela Roumie**
**344 Cheshire Rd**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|--------|-----------------------------------------------|------------------------------------------------|---------|---------|

**MaryKay Rouse**
**19310 Riverwood Avenue**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|--------|-----------------------------------------------|------------------------------------------------|---------|---------|

**David Roush**
**23013 Beachwood Blvd**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|--------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Renee Roush**
**3672 Wood Trail Drive**
**Mason, OH 45040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|--------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Jennifer Rovito**
**18988 Mitchell Ave**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1098 of 1944

| 2.4339 | Priority creditor's name and mailing address<br>**Kimberly Rowan**<br>**6540 Edward Street**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$455.00** | **$455.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4340 | Priority creditor's name and mailing address<br>**Alka Roy**<br>**34685 seminole way**<br>**solon, OH 44139** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$505.00** | **$505.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4341 | Priority creditor's name and mailing address<br>**Cori Royer**<br>**8749 SURREY PL**<br>**MAINEVILLE, OH 45039** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$495.00** | **$495.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4342 | Priority creditor's name and mailing address<br>**Ginny Royko**<br>**7010 Sturbridge Drive**<br>**Concord, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$520.00** | **$520.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Ginny Royko**
**7010 Sturbridge Drive**
**Concord, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Judith Rozic**
**12820 Big Creek Ridge Dr**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Holly Rubin**
**128 N. Hayden Pkwy.**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Jeffrey Rubinski**
**8125 Belle Vernon Drive**
**Novelty, OH 44072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 | $700.00 |
|---|---|---|---|---|

**Kelly Ruble**
**509 Woodland Drive**
**Bellefontaine, OH 43311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $475.00 | $475.00 |
|---|---|---|---|---|

**STEPHANIE RUCKMAN**
**262 CALAHAN RD**
**Columbus, OH 43123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.00 | $340.00 |
|---|---|---|---|---|

**Matthew Rudd**
**11249 Lake Forest Drive**
**Chesterland, OH 44026-1334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 | $750.00 |
|---|---|---|---|---|

**Tina Rudisell**
**105 Western Ridge Dr**
**cleves, OH 45002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1101 of 1944

| 2.4351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
| --- | --- | --- | --- | --- |
| | **Pamela Rudler** | Check all that apply. | | |
| | **139 Sandstone Drive** | ☐ Contingent | | |
| | **Painesville, OH 44077** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.4352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
| --- | --- | --- | --- | --- |
| | **Michael Rudolph** | Check all that apply. | | |
| | **13939 caves rd** | ☐ Contingent | | |
| | **Novelty, OH 44072** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.4353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
| --- | --- | --- | --- | --- |
| | **Yvonne Rudolph** | Check all that apply. | | |
| | **8876 oakbrook circle** | ☐ Contingent | | |
| | **Twinsburg, OH 44087** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.4354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
| --- | --- | --- | --- | --- |
| | **Amy Ruebsteck** | Check all that apply. | | |
| | **18613 E. Shoreland Ave.** | ☐ Contingent | | |
| | **Rocky River, OH 44116** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| | | |
|---|---|---|
| 2.4355 | Priority creditor's name and mailing address<br>**Eric Ruedrich**<br>**446 Fairgrounds Rd**<br>**Painesville, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$520.00** **$520.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4356 | Priority creditor's name and mailing address<br>**Donna Ruffer**<br>**2827 Park Dr S**<br>**Silver Lake, OH 44224** |

As of the petition filing date, the claim is: **$140.00** **$140.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4357 | Priority creditor's name and mailing address<br>**Tracy Ruffner**<br>**10272 Forestwood Ln**<br>**North Royalton, OH 44133** |

As of the petition filing date, the claim is: **$460.00** **$460.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4358 | Priority creditor's name and mailing address<br>**Janelle Ruhe**<br>**4500 Dublin RD SPC 451**<br>**Columbus, OH 43221** |

As of the petition filing date, the claim is: **$325.00** **$325.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$635.00** | **$635.00** |
|---|---|---|---|---|

**Maria Ruiz**
**2697 tylersville rd**
**Hamilton, OH 45015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$520.00** | **$520.00** |
|---|---|---|---|---|

**Jeff Rumbarger**
**10715 buckingham**
**concord, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$325.00** | **$325.00** |
|---|---|---|---|---|

**Jennifer Runals**
**3344 Anchorage Ln**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$580.00** | **$580.00** |
|---|---|---|---|---|

**Megan Runion**
**205 N Main Street**
**Van Buren, OH 45889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Elise Runyon**
**7820 Holderman St**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Bethany Rupert**
**3461 Mark Twain Drive**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Laurelin Rupert**
**4407 Sherwood Drive**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**LISA RUPERT**
**8247 FAIRFAX DRIVE**
**MENTOR, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$495.00** | **$495.00** |
|---|---|---|---|---|

**Daniel Rupnow**
**314 Chardon ave**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$490.00** | **$490.00** |
|---|---|---|---|---|

**Daniel Rupnow**
**314 Chardon ave**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$455.00** | **$455.00** |
|---|---|---|---|---|

**Stacy Rus**
**9655 Oxford Glen Dr**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$325.00** | **$325.00** |
|---|---|---|---|---|

**Jillian Rush**
**1428 Peach Blossom Ct**
**Columbus, OH 43204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1106 of 1944

| 2.4371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Kathy Russ**
**6320 Dawson Blvd**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |

**Donna Russell**
**12875 Pyle South Amherst Road**
**Oberlin, OH 44074**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |

**Sarah Russell**
**85 kensington oval**
**Rocky river, OH 44116**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |

**Shannon Russell**
**2954 ERIN CT**
**LOVELAND, OH 45140**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|
| 2.4375 | **Shannon Russell**<br>**5919 Birchwood Dr**<br>**Mentor, OH 44060** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|
| 2.4376 | **Kara Russo**<br>**3175 Kaylyn Ln**<br>**Hilliard, OH 43026** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.00 | $475.00 |
|---|---|---|---|---|
| 2.4377 | **Jessica Rutan**<br>**3188 Prairie Gardens Dr**<br>**Hilliard, OH 43026** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|
| 2.4378 | **Beth Rutkowski**<br>**97 E Belmeadow Ln**<br>**Chagrin Falls, OH 44022** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

| 2.4379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |

**Amy Rutledge**
**7662 crimson court**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
| --- | --- | --- | --- | --- |

**Jenna Rutt**
**21135 Southwood Drive**
**Fairview Park, OH 44126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |

**Melissa Rutter**
**518 Hinderer Ave Sw**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |

**IWONA RUZYCKI**
**6400 CENTER ST.#16 MENTOR**
**OHIO, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Anne Ryan**
**3770 Kilbride Ct**
**Columbus, OH 43221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Dawn Ryan**
**7486 Ohio St**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Denise Ryan**
**2272 Croydon Road**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Gail Ryan**
**32840 Pettibone Rd**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Kelly Ryan**
**14024 Leroy Center Road**
**Leroy, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Michelle Ryan**
**281 Harwood Street**
**Elyria, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Natalya Rymko**
**6554 Glenallen Avenue**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Vikki Rzepka**
**31940 Tracy Lane**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Shawn Rzeszut**
**2111 PRESIDENTIAL #20**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Daniela Sa**
**4816 Lake View Dr.**
**Peninsula, OH 44264**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Yolla Saad**
**18501 hilliard blvd. apt.302**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Nicole Sabatini**
**8615 Mansion blvd**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Scott Saber**
**7434 St John Ct**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Tammy Sadler**
**5949 Brewster Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Brenda Sage**
**12245 S Wintergreen Dr**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Traci Sage**
**30 Jefferson Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**Jamie Sagrilla**
**5559 Maple Dell Court**
**Hilliard, OH 43026**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |

**Anjana Sahu**
**9607 Greenery Court**
**Loveland, OH 45140**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |

**Ammara Saiyoeun**
**2097 Steffi Dr**
**Hilliard, OH 43026**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |

**Sarine Saiyoeun**
**2097 Steffi Dr**
**hilliard, OH 43026**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1114 of 1944

| | | |
|---|---|---|
| 2.4403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |

2.4403  Priority creditor's name and mailing address

**Donna Sakony**
**10054 Bissell Dr.**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$385.00    $385.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.4404  Priority creditor's name and mailing address

**Kamel Salaani**
**5557 Royal Dublin dr**
**dublin, OH 43016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$325.00    $325.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.4405  Priority creditor's name and mailing address

**Edgar Saldana**
**1285 Wilhoit Ave**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$870.00    $870.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.4406  Priority creditor's name and mailing address

**Uzma Saleem**
**4902 Princess Diana Ct.**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$645.00    $645.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| | As of the petition filing date, the claim is: | $230.00 | $230.00 |
|---|---|---|---|

2.4407 | Priority creditor's name and mailing address
**Kathi Saleh**
**1777 Parkway S**
**Maumee, OH 43537**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$230.00    $230.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.4408 | Priority creditor's name and mailing address
**Christine Saley**
**8214 Eastmoor Rd**
**Mentor, OH 44060-7512**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00    $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.4409 | Priority creditor's name and mailing address
**Tracey Salinas**
**4545 Kriggsby Blvd**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$325.00    $325.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.4410 | Priority creditor's name and mailing address
**Dolores Salisbury**
**233 South Hambden Street**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$495.00    $495.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |

**Marie-Noelle Sallaberry**
**7461 Davis Road**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |

**Jenny Salyer**
**926 Hilltop Dr**
**Bellefontaine, OH 43311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Kelly Samardzija**
**564 water st apt 231**
**chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Nandhini Sambandan**
**35650 Sedge Circle**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|--------|----------------------------------------------|----------------------------------------------|---------|---------|

**Marcus Sampson**
**6736 Trafalgar Loop**
**Dublin, OH 43016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|--------|----------------------------------------------|----------------------------------------------|---------|---------|

**Alba Sanchez**
**86 berger ct**
**oberlin, OH 44074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|--------|----------------------------------------------|----------------------------------------------|---------|---------|

**Nadya Sanchez**
**33180 E Nimrod st**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|--------|----------------------------------------------|----------------------------------------------|---------|---------|

**Omar Sanchez**
**2200 Omaha place**
**LEWIS CENTER, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

18-12734-jps     Doc 1     FILED 05/07/18     ENTERED 05/07/18 13:30:30     Page 1118 of 1944

| 2.4419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Todd Sandberg**
**608 Denmoor Ct**
**Galloway, OH 43119**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $635.00 | $635.00 |
|---|---|---|---|---|

**Amy Sander**
**6416 Walden Ponds Cir**
**Hamilton, OH 45011**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 | $750.00 |
|---|---|---|---|---|

**Steve Sander**
**7791 Rhumba Dr**
**North Bend, OH 45052**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $505.00 | $505.00 |
|---|---|---|---|---|

**Rochelle Sanders**
**7555 Pinecrest Lane**
**Glenwillow, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?

■ No
☐ Yes

| 2.4423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|--------|---|---|---|---|

**Samantha Sanders**
**1033 Shawhan Road**
**Morrow, OH 45152**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|--------|---|---|---|---|

**Jasmin Sandhu**
**2831 Jessica Court**
**Loveland, OH 45140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|--------|---|---|---|---|

**Nicole Sandor**
**5310 RED FLOWER LN**
**SOUTH LEBANON, OH 45065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|---|---|---|---|

**Joel Sandrey**
**7474 Belvedere dr**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

18-12734-jps     Doc 1     FILED 05/07/18     ENTERED 05/07/18 13:30:30     Page 1120 of 1944

| Debtor | **Discovery Tours Inc.** | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

| 2.4427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$470.00** | **$470.00** |

Priority creditor's name and mailing address
**Michael Sandy**
**20099 parklane dr**
**rocky river, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$470.00** | **$470.00** |

Priority creditor's name and mailing address
**Kari Sanford**
**19343 Laurel Ave**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$505.00** | **$505.00** |

Priority creditor's name and mailing address
**Shivankari Sanjeevan**
**36900 Pepper Dr**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$490.00** | **$490.00** |

Priority creditor's name and mailing address
**Steven Sanker**
**10335 old state rd 9079 ravenna Rd**
**chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1121 of 1944

| | | |
|---|---|---|
| 2.4431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.00 | $490.00 |

**2.4431** Priority creditor's name and mailing address

**Holly SantaMaria**
**11531 Hosford Road**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$490.00  $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.4432** Priority creditor's name and mailing address

**Bethany Santavicca**
**5854 Buckeye Ln. Apt #12**
**Mentor on the lake, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00  $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.4433** Priority creditor's name and mailing address

**Stacie Santiago**
**701 S Stanfield Rd Apt 184**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$810.00  $810.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.4434** Priority creditor's name and mailing address

**Lori Sarkisian**
**1460 Winchell Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$140.00  $140.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

| 2.4435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |

**2.4435**

Priority creditor's name and mailing address
**Lori Sarver**
**24611 South Woodland Rd.**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$435.00   $435.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4436**

Priority creditor's name and mailing address
**Amy Sassano**
**8809 camelot drive**
**chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$340.00   $340.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4437**

Priority creditor's name and mailing address
**Cindi Satayathum**
**19535 Argyle Oval**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$470.00   $470.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4438**

Priority creditor's name and mailing address
**Mark Sattele**
**1671 Goodland Dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$410.00   $410.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.4439 | Priority creditor's name and mailing address<br>**Sekhar Satyawada**<br>**427 Carrington Ln**<br>**Broadview Hts, OH 44147** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$460.00**   **$460.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4440 | Priority creditor's name and mailing address<br>**Jodi Sauerwein**<br>**208 newpine drive**<br>**cleves, OH 45002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$750.00**   **$750.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4441 | Priority creditor's name and mailing address<br>**Jessica Saunders**<br>**9164 Akins Road**<br>**North Royalton, OH 44133** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$460.00**   **$460.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4442 | Priority creditor's name and mailing address<br>**Daniel Savitt**<br>**3087 Abrams Dr**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$385.00**   **$385.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

| 2.4443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Desera Savochka**
**11005 Leader Rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4444 | Priority creditor's name and mailing address | | $455.00 | $455.00 |
|---|---|---|---|---|

**Jennifer Savor**
**7558 Ruth St**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4445 | Priority creditor's name and mailing address | | $90.00 | $90.00 |
|---|---|---|---|---|

**Bill Savory**
**726 terex rd**
**hudson, OH 44236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4446 | Priority creditor's name and mailing address | | $140.00 | $140.00 |
|---|---|---|---|---|

**Darla Sawicki**
**7650 Yennicook Way**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1125 of 1944

| 2.4447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
| | **Mary Sawyer** | Check all that apply. | | |
| | **2829 Gasser Blvd** | ☐ Contingent | | |
| | **Rocky River, OH 44116** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.4448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
| | **Kami Sayre** | Check all that apply. | | |
| | **2348 East Sand Road** | ☐ Contingent | | |
| | **Port Clinton, OH 43452** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.4449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| | **Trisha Sayre** | Check all that apply. | | |
| | **5950 Paron Place** | ☐ Contingent | | |
| | **Hilliard, OH 43026** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.4450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
| | **Michael Scafe** | Check all that apply. | | |
| | **7261 Stow Rd.** | ☐ Contingent | | |
| | **Hudson, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.4451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| | **Francesca Scafidi** | Check all that apply. | | |
| | **11525 Bass Lake Road** | ☐ Contingent | | |
| | **Chardon, OH 44024** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.4452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
| | **Anne Scalabrino** | Check all that apply. | | |
| | **20863 Avalon Drive** | ☐ Contingent | | |
| | **Rocky River, OH 44116** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.4453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
| | **John Schaefer** | Check all that apply. | | |
| | **11760 Regent Park Dr.** | ☐ Contingent | | |
| | **Chardon, OH 44024** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.4454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
| | **April Schalk** | Check all that apply. | | |
| | **8807 south Jefferson st.** | ☐ Contingent | | |
| | **Port Clinton, OH 43452** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.4455 | Priority creditor's name and mailing address **Amy Scharf** **14094 Sweetbriar Lane** **Novelty, OH 44072** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $340.00 | $340.00 |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |
| 2.4456 | Priority creditor's name and mailing address **AnneMarie Scharfenort** **9854 Royal Valley Drive** **North Royalton, OH 44133** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $460.00 | $460.00 |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |
| 2.4457 | Priority creditor's name and mailing address **Megan Scharville** **61 Jefferson Drive** **Hudson, OH 44326** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $140.00 | $140.00 |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |
| 2.4458 | Priority creditor's name and mailing address **Erica Schatz** **215 Green Oak Dr** **Troy, OH 45373** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $810.00 | $810.00 |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.4459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
| --- | --- | --- | --- | --- |

**Erica Schatz**
**215 Green Oak Dr**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
| --- | --- | --- | --- | --- |

**Barbara Schauer**
**8425 Sanctuary Dr Mentor**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
| --- | --- | --- | --- | --- |

**Barbara Schauer**
**8425 Sanctuary Dr Mentor**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
| --- | --- | --- | --- | --- |

**Mark Schecter**
**1370 county line rd**
**gates mills, OH 44040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Name

| 2.4463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |

**Valerie Scheibeck**
**2101 Coldharbor Ct**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Tracy Scheid**
**9895 Tudor place**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Suzanne Schenkenberger**
**162 South Main Street**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Catherine Scherer**
**33521 North Burr Oak Drive**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.4467 | Priority creditor's name and mailing address<br>**Alexandra Schiefferle**<br>**20797 Morewood Pkwy**<br>**Rocky River, OH 44116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$470.00**   **$470.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4468 | Priority creditor's name and mailing address<br>**Suzy Schilling**<br>**518 Pennsylvania Ave.**<br>**Troy, OH 45380-9319** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$810.00**   **$810.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4469 | Priority creditor's name and mailing address<br>**Kristen Schiopota**<br>**11143 Heritage Dr**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$385.00**   **$385.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4470 | Priority creditor's name and mailing address<br>**Brenda Schlabach**<br>**4816 trafalgar st sw**<br>**Canton, OH 44706** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00**   **$490.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | |
|---|---|
| 2.4471 | Priority creditor's name and mailing address **Chad Schmid 10773 York RD North Royalton, OH 44133** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$460.00** | **$460.00** |

| Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4472 | Priority creditor's name and mailing address **Susie Schmid 6516 Canterbury Drive Hudson, OH 44236** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$410.00** | **$410.00** |

| Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4473 | Priority creditor's name and mailing address **Amy Schmidt 5519 Kings View Ct Kings Mills, OH 45034** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$165.00** | **$165.00** |

| Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4474 | Priority creditor's name and mailing address **Kelly Schmidt 9468 Wildwood Drive Chardon, OH 44024** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$495.00** | **$495.00** |

| Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
| --- | --- | --- | --- | --- |

**Robert Schmidt**
**53 Binns Blvd**
**Columbus, OH 43204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
| --- | --- | --- | --- | --- |

**Shawn and Ellie Schmidt**
**1058 Twp Rd 179 43311**
**Bellefontaine, OH 43311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
| --- | --- | --- | --- | --- |

**Raymond Schmitz**
**6037 Indian Trace Dr.**
**Hamilton, OH 45011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
| --- | --- | --- | --- | --- |

**Tracey Schneeman**
**10014 Ravenna rd**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Catherine Schneider**
**125 Senlac Hills Drive**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Jennifer Schneider**
**4961 glenlodge rd**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Keith Schneider**
**960 ashbrooke way**
**hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Amy Schnipke**
**4377 Schirtzinger Rd.**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1134 of 1944

| 2.4483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Jackie Schonauer**
**6235 Cedarwood Rd**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.4484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Rebecca School**
**7269 Selworthy Lane**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.4485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**WGMS School**
**8611 Cedar Rd.**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.4486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**JoElla Schrader**
**526 W College St #32**
**Oberlin, OH 44074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.4487 | Priority creditor's name and mailing address<br>**Rosemary Schramm**<br>**113 1/2 W. Sixth Street**<br>**Port Clinton, OH 43452** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$440.00** **$440.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4488 | Priority creditor's name and mailing address<br>**Robert Schreckengost**<br>**823 Earl Rd Nw**<br>**Massillon, OH 44647** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00** **$490.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4489 | Priority creditor's name and mailing address<br>**Kim Schrode**<br>**13825 Montclair DR.**<br>**Chardon, OH 44024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00** **$490.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4490 | Priority creditor's name and mailing address<br>**Joy Schroeder**<br>**2620 Myrick Lane**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$385.00** **$385.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.4491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |

**Christa Schroer**
**11875 township rd 114**
**Van Buren, OH 45889**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4492 | Priority creditor's name and mailing address | | $870.00 | $870.00 |

**Amy Schroff**
**7492 Hill Gail Ct**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4493 | Priority creditor's name and mailing address | | $470.00 | $470.00 |

**Laura Schroth**
**21860 Crossbeam Lane**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4494 | Priority creditor's name and mailing address | | $165.00 | $165.00 |

**Brian Schuckman**
**1240 Ascot Dr**
**Maineville, OH 45039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.4495 | Priority creditor's name and mailing address<br>**Sara Schuerger**<br>**6215 Magnolia Dr.**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$455.00     $455.00

| | |
|---|---|
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.4496 | Priority creditor's name and mailing address<br>**Carol Schuler**<br>**5974 Pinto Pass Dr**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$325.00     $325.00

| | |
|---|---|
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.4497 | Priority creditor's name and mailing address<br>**Mary Schultz**<br>**10242 Andover Dr**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$385.00     $385.00

| | |
|---|---|
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.4498 | Priority creditor's name and mailing address<br>**Peggy Schultz**<br>**7215 Sowul Dr.**<br>**Painesville, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$520.00     $520.00

| | |
|---|---|
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.4499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Sandy Schultz**
**11597 Forestview Dr**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Jamie Schulz**
**7923 Walcott Way**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Robert Schulz**
**12259 Caves**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**William Schumacher**
**1647 Cedar Knoll St. NW**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Stephanie Schumaker**<br>**5896 Thorngate Dr.**<br>**Galloway, OH 43119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.4504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|
| | **Stacy Schurman**<br>**2251 Victoria Parkway**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.4505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|
| | **Angela Schuster**<br>**154 Canterbury Road**<br>**Elyria, OH 44035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.4506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $695.00 | $695.00 |
|---|---|---|---|---|
| | **Traci Schutte**<br>**1619 Ramblewood Ave**<br>**Columbus, OH 43235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1140 of 1944

| 2.4507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $780.00 | $780.00 |
|---|---|---|---|---|

**Sarah Schwallie**
**5611 Oakvista Drive**
**Cincinnati, OH 45227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $635.00 | $635.00 |
|---|---|---|---|---|

**Dawn Schwartz**
**251 Symmes Rd**
**Fairfield, OH 45014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385.00 | $385.00 |
|---|---|---|---|---|

**Gary Schwartz**
**12006 waywood dr**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.00 | $460.00 |
|---|---|---|---|---|

**Shelly Schwarz**
**10095 Foxwood Dr**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1141 of 1944

| 2.4511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
| | **Cara Schweikert** | Check all that apply. | | |
| | **8589 Kelso Dr** | ☐ Contingent | | |
| | **Maineville, OH 45039** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.4512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| | **Jodie Schweitzer** | Check all that apply. | | |
| | **6368 Youngland Drive** | ☐ Contingent | | |
| | **Columbus, OH 43228** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.4513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| | **Amy Schweizer** | Check all that apply. | | |
| | **523 Highland Ave SW** | ☐ Contingent | | |
| | **Massillon, OH 44646** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.4514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| | **Melissa Schwieterman** | Check all that apply. | | |
| | **4873 claymill drive** | ☐ Contingent | | |
| | **hilliard, OH 43026** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.4515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Nomeke Scordos**
**1466 Bell Rd.**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Jenna Scotese**
**7520 Jasani Ct**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Adriana Scott**
**953 N Eagle Beach Circle**
**Port Clinton, OH 43452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Amanda Scott**
**898 Evergreen Park Lane**
**Lebanon, OH 45036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |
| | **Carrie Scott**<br>**3826 Farm Brook Ln**<br>**Columbus, OH 43204-1572** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $470.00 | $470.00 |
| --- | --- | --- | --- | --- |
| | **Cindy Scott**<br>**3825 W Surrey Ct**<br>**Rocky River, OH 44116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |
| | **Heather Scott**<br>**615 Jackson Ave NW**<br>**Massillon, OH 44646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $870.00 | $870.00 |
| --- | --- | --- | --- | --- |
| | **Jeff Scott**<br>**2104 Pleasant Colony Drive**<br>**Lewis Center, OH 43035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |

**Jill Scott**
**13135 Chillicothe Rd**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**Natalie Scott**
**2441 Limestone Way**
**Columbus, OH 43228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Shannon Scott**
**872 Phillips RD NE**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |

**Michelle Sculli**
**5497 Brixston Ct**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
| --- | --- | --- | --- | --- |

**Amber Scully**
**4661 Anthony Wayne**
**Fairfield, OH 45014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
| --- | --- | --- | --- | --- |

**Katie Seabeck**
**12271 Meredith Ln**
**Concord, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
| --- | --- | --- | --- | --- |

**Audra Seaman**
**4053 Hickory View Drive**
**Hamilton, OH 45011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
| --- | --- | --- | --- | --- |

**Christina Sears**
**145 Hamilton St**
**Elyria, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Michelle Secic**<br>**9685 Campton Ridge Drive**<br>**CHARDON, OH 44024** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|
| | **Danielle Sedam**<br>**1719 Saratoga Dr**<br>**Troy, OH 45373** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Heather See**<br>**8392 Union Dr**<br>**Galloway, OH 43119** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|
| | **NIcole Seger**<br>**1371 Winchester Dr**<br>**Troy, OH 45373** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |

**NIcole Seger**
**1371 Winchester Dr**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.4536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Elise Seifert**
**5849 North Oval**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.4537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

**Mike Seifert**
**7655 Salem Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.4538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Rachael Seifert**
**35027 Quartermane Circle**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.4539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|--------|---------|---------|---------|---------|

**Julie Seitz**
**10271 Belmeadow Drive**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|--------|---------|---------|---------|---------|

**Stefanie Sekas**
**2040 Merrimont Drive**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|---------|---------|---------|---------|

**Holli Seliskar**
**7682 Pinehurst Drive**
**Mentor on the Lake, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|---------|---------|---------|---------|

**Dawn Sell**
**5515 east heisley road**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.4543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Justin Sell**
**5560 Kinvarra Ct**
**Dublin, OH 43016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4544 | Priority creditor's name and mailing address | | $505.00 | $505.00 |
|---|---|---|---|---|

**Nickol Sell**
**34600 Cannon Rd**
**Solon, OH 44139-1720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4545 | Priority creditor's name and mailing address | | $750.00 | $750.00 |
|---|---|---|---|---|

**Janelle Sellet**
**3739 Indian Brave Trl**
**Cleves, OH 45002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4546 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Jamie Semler**
**9160 Auburn Road**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Cheryl Senger**
**8352 State Rd**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Min Seo**
**5230 towbridge dr**
**hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Liz Sesar**
**8830 Dusty Lane**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

**Liz Sesar**
**8830 Dusty Lane**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|---|---|---|---|---|

**Melissa Settle**
**460 Sunset Drive**
**South Lebanon, OH 45065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4552 | Priority creditor's name and mailing address | | $455.00 | $455.00 |
|---|---|---|---|---|

**Kristina Severino**
**7144 Maple St. Unit A**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4553 | Priority creditor's name and mailing address | | $455.00 | $455.00 |
|---|---|---|---|---|

**Leslie Severino**
**8118 Broadmoor Rd**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4554 | Priority creditor's name and mailing address | | $870.00 | $870.00 |
|---|---|---|---|---|

**Erica Sevilla**
**2848 Pleasantdale Drive**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   **Page 1139 of 1420**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case number (if known) _____

Name

| 2.4555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|---|---|---|---|

**Steven Sewall**
**9403 harrison rd**
**wakeman, OH 44889**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|--------|---|---|---|---|

**Aminda Seymour**
**46 Town Ct.**
**Fairfield, OH 45014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|--------|---|---|---|---|

**Laura Sfikas**
**5225 Hollister St.**
**Columbus, OH 43235**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|--------|---|---|---|---|

**Lara Shadowens**
**6340 Firestone dr**
**Fairfield, OH 45014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Amanda Shaffer**
**20 Fox Harbor Dr**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Kelly Shaffer**
**1930 Ridge Meadow Ct.**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Melissa Shaffer**
**6960 Rings Rd**
**Dublin, OH 43016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Suzanne Shaft**
**3171 Evans Way**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$645.00** | **$645.00** |
|---|---|---|---|---|

**Amisha Shah**
**5826 Fieldcrest Dr**
**Galloway, OH 43119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$385.00** | **$385.00** |
|---|---|---|---|---|

**Brian Shamblin**
**10035 north surfside circl**
**Aurora, OH 44202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$460.00** | **$460.00** |
|---|---|---|---|---|

**Jerry Shamblin**
**11640 York Rd**
**north Royalton, OH 44113**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$495.00** | **$495.00** |
|---|---|---|---|---|

**Deborah Shandersky**
**427 Old Willow Ct.**
**South Lebaon, OH 45065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Lynn Shandle**
**5980 White Oak Drive**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Nicole Shaner**
**1511 Lakeview Ave**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Doranne Shank**
**2802 Lombardi Ave SW**
**Canton, OH 44706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Stacia Shanley**
**2972 Middleton Rd.**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.4571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |

**Stephanie Shanower**
**1722 Cadbury St. NW**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| --- | --- | --- | --- | --- |

**Gina Sharapan**
**2257 Omaha Place**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |

**Amanda Sharp**
**152 Pine Hollow Circle**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
| --- | --- | --- | --- | --- |

**Meredith Sharp**
**23214 E Baintree Road**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1157 of 1944

| 2.4575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Aaron Sharpley**
**6576 Glenallen ave**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4576 | Priority creditor's name and mailing address | | $410.00 | $410.00 |
|---|---|---|---|---|

**Tina Shaulis**
**181 Whaley Rd**
**Peninsula, OH 44264**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4577 | Priority creditor's name and mailing address | | $460.00 | $460.00 |
|---|---|---|---|---|

**Brandy Shaw**
**543 Ferndale Ave**
**Vermilion, OH 44089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4578 | Priority creditor's name and mailing address | | $645.00 | $645.00 |
|---|---|---|---|---|

**Patricia Shay**
**8700 Morris Rd**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Discovery Tours Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.4579 | Priority creditor's name and mailing address<br>**Brian Shea**<br>**1326 Cedar Creek Ct**<br>**Painesville, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$520.00** | **$520.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4580 | Priority creditor's name and mailing address<br>**Jill Sheeketski**<br>**3898 Woodfield Ct**<br>**Hamilton, OH 45011** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$635.00** | **$635.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4581 | Priority creditor's name and mailing address<br>**Carla Sheeler**<br>**9632 e idlewood dr**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$385.00** | **$385.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4582 | Priority creditor's name and mailing address<br>**Beverly Shenkel**<br>**5185 E. Schoolhouse Rd**<br>**Port Clinton, OH 43452** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$440.00** | **$440.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Scott Shepard**
**6857 BlueBird pl**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Jennifer Shepherd**
**1228 Birchview Dr**
**Vermillion, OH 44089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Babette Sherer**
**4492 Darley Court**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Minerva Sherman**
**9181 Boyer lane**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1160 of 1944

| 2.4587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Ruth Sherman**
**5457 Tretorn Dr**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Roza Sheykoleslam**
**10203 alger trail**
**twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Sara Shields**
**3740 Stunsail Lane Apt/Suite**
**COLUMBUS, OH 43221-4815**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Sara Shields**
**3740 Stunsail Lane Apt/Suite**
**COLUMBUS, OH 43221-4815**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.4591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Christine Shinkawa**
**212 Greenbrier Drive**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Christine Shinkawa**
**212 Greenbrier Drive**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Truda Shinker**
**2226 Bold Venture Dr**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Galina Shinkevich**
**11500 Somerset dr apt 314 B**
**N. Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| | | |
|---|---|---|
| 2.4595 | Priority creditor's name and mailing address<br>**Linda Shinn**<br>**3933 Tweedsmuir Drive**<br>**Columbus, OH 43221** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00**    **$325.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4596 | Priority creditor's name and mailing address<br>**Lara Shiplett**<br>**15519 Ethan Trail**<br>**North Royalton, OH 44133** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$460.00**    **$460.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4597 | Priority creditor's name and mailing address<br>**Lara Shiplett**<br>**15519 Ethan Trail**<br>**North Royalton, OH 44133** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$460.00**    **$460.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4598 | Priority creditor's name and mailing address<br>**Kimberly Shock**<br>**2464 pearson way**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00**    **$325.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$455.00** | **$455.00** |
|--------|---|---|---|---|

**Dawn Shoda**
**5684 Primavera Drive**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$635.00** | **$635.00** |
|--------|---|---|---|---|

**Juanita Shoemaker**
**6396 Canastota Dr**
**Hamilton, OH 45011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$520.00** | **$520.00** |
|--------|---|---|---|---|

**Jayne Sholtz**
**95 Bellmore St.**
**Painesville Twp., OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$870.00** | **$870.00** |
|--------|---|---|---|---|

**Stefanie Shomock**
**5862 Rocky Shore Drive**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.4603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $465.00 | $465.00 |
|---|---|---|---|---|

**Natalia Shorokhova**
**315 Solon Rd #202**
**Chagrin Falls, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.00 | $810.00 |
|---|---|---|---|---|

**Kymber Short**
**566 Maplewood Dr**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 | $325.00 |
|---|---|---|---|---|

**Kim Shovlain**
**6733 Trafalgar Loop**
**Dublin, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410.00 | $410.00 |
|---|---|---|---|---|

**Kristen Shovlin**
**380 N. Main Street**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Stacey Shriver**
**7455 Dahlia Dr.**
**Mentor on the Lake, OH 44060**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $500.00 | $500.00 |
|---|---|---|---|---|

**Erin Shuck**
**442 West Lorain Street**
**Oberlin, OH 44074**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $675.00 | $675.00 |
|---|---|---|---|---|

**Bryan Shulaw**
**1014 heritage court**
**Bellefontaine, OH 43311**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |
|---|---|---|---|---|

**Kim Shullick**
**1289 Hollyview dr.**
**Vermilion, OH 44089**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| | | |
|---|---|---|
| **2.4611** | Priority creditor's name and mailing address<br>**Jennifer Shults**<br>**155 Elm St**<br>**Oberlin, OH 44074** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$500.00    $500.00

| | | |
|---|---|---|
| **2.4612** | Priority creditor's name and mailing address<br>**Joe Shults**<br>**7028 Wallace Avenue**<br>**Cincinnati, OH 45243** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$780.00    $780.00

| | | |
|---|---|---|
| **2.4613** | Priority creditor's name and mailing address<br>**Andrea Shumaker**<br>**1305 Dakota Rd**<br>**Bellefontaine, OH 43311** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$675.00    $675.00

| | | |
|---|---|---|
| **2.4614** | Priority creditor's name and mailing address<br>**Jessica Shuman**<br>**4225 McCurdy Rd**<br>**Troy, OH 45373** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

$810.00    $810.00

| 2.4615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $330.00 | $330.00 |
|---|---|---|---|---|

**Melanie Shumate**
**3503 Springlake Cir**
**Loveland, OH 45241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|

**Christy Shumway**
**1214 lake ave**
**Elyria, OH 44035-5001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $635.00 | $635.00 |
|---|---|---|---|---|

**Kathy Shupp**
**2725 zoellners ridge**
**Hamilton, OH 45011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $810.00 | $810.00 |
|---|---|---|---|---|

**Melinda Shurtz**
**728 Bristol Rd**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1168 of 1944

| | | | |
|---|---|---|---|
| 2.4619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00   $810.00 |

**2.4619**

Priority creditor's name and mailing address

**Melinda Shurtz**
**728 Bristol Rd**
**Troy, OH 45373**

Date or dates debt was incurred
**2017 or 2018**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**trip deposit**

Is the claim subject to offset?
■ No
☐ Yes

**$810.00    $810.00**

---

**2.4620**

Priority creditor's name and mailing address

**Russ Shuster**
**2540 hampton rd**
**rocky river, OH 44116**

Date or dates debt was incurred
**2017 or 2018**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**trip deposit**

Is the claim subject to offset?
■ No
☐ Yes

**$470.00    $470.00**

---

**2.4621**

Priority creditor's name and mailing address

**Tatyana Shuster**
**7198 Longview Drive**
**Solon, OH 44139**

Date or dates debt was incurred
**2017 or 2018**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**trip deposit**

Is the claim subject to offset?
■ No
☐ Yes

**$505.00    $505.00**

---

**2.4622**

Priority creditor's name and mailing address

**Stephen Shuttleworth**
**12 Pinewood Lane**
**Hudson, OH 44236**

Date or dates debt was incurred
**2017 or 2018**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**trip deposit**

Is the claim subject to offset?
■ No
☐ Yes

**$140.00    $140.00**

| 2.4623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Dana Shutty**
**9625 Juniper Dr.**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |

**David Shvartsman**
**7655 Oak Meadow Dr**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**Holly Sidari**
**11292 worthington way**
**north royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |

**Jessica Sidoti**
**2686 Tonawanda Dr**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Name

| 2.4627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.00 | $470.00 |

**Karen Siegel**
**22362 Sunnyhill Drive**
**Rocky River, OH 44116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.00 | $460.00 |

**Michael Siegel**
**500 Norwich Drive**
**Broadview Heights, OH 44147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.00 | $870.00 |

**DANIEL SIEGRIST**
**1005 BAYRIDGE DRIVE**
**LEWIS CENTER, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.00 | $520.00 |

**Noelle Sieradzki**
**7984 Daisy Hill Ct**
**Painesville, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.00 | $460.00 |
|---|---|---|---|---|

**James Sikula**
**8162 tilby**
**north royalton, OH 44133**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.4632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.00 | $490.00 |
|---|---|---|---|---|

**Jeannette Silk**
**11282 Nicoles Way**
**Chardon, OH 44024**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.4633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $505.00 | $505.00 |
|---|---|---|---|---|

**Marla Silverstein**
**6162 Penfield Ln**
**Solon, OH 44139**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.4634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Courtney Sim  n**
**4500 Astral Dr**
**Hilliard, OH 43026**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.4635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |

**Tracy Simiele**
11009 Mayfield Rd
Chardon, OH 44024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Carrie Simmerson**
32526 Lisa Ln
Solon, OH 44139

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |

**Kimberly Simmons**
9727 E Idlewood Dr
Twinsburg, OH 44087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**Michelle Simon**
4476 Shire Mill Rd
Hilliard, OH 43026

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1173 of 1944

| 2.4639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Pauline Simonek**
**15161 Ridge Rd.**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Trenton Simonson**
**1062 Cheltenham Place**
**Maineville, OH 45039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Brian Simpkins**
**2645 Carmel Dr**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Ryan Simpson**
**1447 Cummings Blvd**
**Madison, OH 44057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Sandra Simpson** | *Check all that apply.* | | |
| | **2153 Jeffey Drive** | ☐ Contingent | | |
| | **HILLIARD, OH 43026** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.4644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|
| | **Teri Simpson** | *Check all that apply.* | | |
| | **179 Sandstone Drive** | ☐ Contingent | | |
| | **Painesville, OH 44077** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.4645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.00 | $700.00 |
|---|---|---|---|---|
| | **Tricia Simpson** | *Check all that apply.* | | |
| | **311 West William Street** | ☐ Contingent | | |
| | **Maumee, OH 43537** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.4646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $712.50 | $712.50 |
|---|---|---|---|---|
| | **Angel Sims** | *Check all that apply.* | | |
| | **629 S. Detroit St.** | ☐ Contingent | | |
| | **Bellefontaine, OH 43311** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.4647 | Priority creditor's name and mailing address **Connie Sincaglia** **132 South Franklin Street** **Chagrin Falls, OH 44022** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $465.00 | $465.00 |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4648 | Priority creditor's name and mailing address **Pamela Sinclair** **37314 Grove Ave. Apt. # 101** **Willoughby, OH 44094** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $455.00 | $455.00 |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4649 | Priority creditor's name and mailing address **Shona Sinclair** **11257 Thwing Rd** **chardon, OH 44024** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $495.00 | $495.00 |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4650 | Priority creditor's name and mailing address **Cody Sines** **5015 W SCIOTO DR** **FAIRFIELD, OH 45014** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $635.00 | $635.00 |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Annie Singer**
**34845 Lakeview Dr.**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4652 | Priority creditor's name and mailing address | | $520.00 | $520.00 |
|---|---|---|---|---|

**Patricia Singh**
**4281 Bluestone Rd**
**South Euclid, OH 44121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4653 | Priority creditor's name and mailing address | | $870.00 | $870.00 |
|---|---|---|---|---|

**Vinita Singh**
**8018 gladshire blvd**
**lewis center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4654 | Priority creditor's name and mailing address | | $505.00 | $505.00 |
|---|---|---|---|---|

**Gia Singleton**
**36551 Meadowdale**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1177 of 1944

| 2.4655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Toby Singleton**
**9338 Liberty Rd.**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Timothy Singo**
**115 Anna Avenue NW**
**Canton, OH 44708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Prashant Sinha**
**2957 Seeger St**
**Columbus, OH 43228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Amy Sirkin**
**7471 Som Center Road**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
|---|---|---|---|---|

**Bernadette Sirocky**
**12410 Oberlin Road**
**Oberlin, OH 44074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$695.00** | **$695.00** |
|---|---|---|---|---|

**Didik Siswantoro**
**683 stark ct**
**columbus, OH 43210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$495.00** | **$495.00** |
|---|---|---|---|---|

**Kelly Sivula**
**11465 Glenmora Drive**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$140.00** | **$140.00** |
|---|---|---|---|---|

**Kathie Sizemore**
**2613 Foxden Dr**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1179 of 1944

| 2.4663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**Emily Skahen**
**687 Foxwoods Drive**
**Vermilion, OH 44089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Catherine Skalla**
**33121 N Burr Oak Drive**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Tamika Skanes**
**32300A Monroe CT #201**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Darci Skidmore**
**5989 Anna Lee Dr.**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Nathan Skidmore**
**519 N Madriver St**
**Bellefontaine, OH 43311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Dayle Skocic**
**112 Church Street**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Heidi Skok**
**6752 Connecticut Colony Circle**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Heidi Skok**
**6752 Connecticut Colony Circle**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.4671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |

**Tasha Skott**
**28 Gold Meadow Drive**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**DANIELLE SLAPNICKER**
**8370 browning court**
**concord twp., OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $959.60 | $959.60 |

**Jennifer Slater**
**2201 Barnet Ct.**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |

**Aimee Slater-West**
**1313 E Third**
**Port Clinton, OH 43452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Lori Slates** | *Check all that apply.* | | |
| | **3215 Greenpark St NW** | ☐ Contingent | | |
| | **Massillon, OH 44646** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.4676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Renee Sleeper** | *Check all that apply.* | | |
| | **3892 Pinto Court** | ☐ Contingent | | |
| | **Columbus, OH 43221** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.4677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Susanne Sleeper** | *Check all that apply.* | | |
| | **2300 Tucker Trail** | ☐ Contingent | | |
| | **Lewis Center, OH 43035** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.4678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Larry Slivon** | *Check all that apply.* | | |
| | **3766 Spur Ln** | ☐ Contingent | | |
| | **Columbus, OH 43221** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| | | |
|---|---|---|
| 2.4679 | Priority creditor's name and mailing address **Michal Slominski** **2834 Lake Hollow Road** **Hilliard, OH 43026** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

$645.00   $645.00

| Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4680 | Priority creditor's name and mailing address **Rachel Slomovitz** **7681 Birchmont Drive** **Chagrin Falls, OH 44022** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

$465.00   $465.00

| Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4681 | Priority creditor's name and mailing address **Jessica Slouffman** **1504 Northview Road** **Rocky River, OH 44116** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

$116.00   $116.00

| Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4682 | Priority creditor's name and mailing address **Todd Slowey** **8260 Mount Royal Dr** **Concord Twp, OH 44077** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

$185.00   $185.00

| Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1184 of 1944

| Debtor | **Discovery Tours Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.4683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

**Todd Slowey**
**8260 Mount Royal Dr**
**Concord Twp, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Nicole Slusher**
**114 Downing Dr G201**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Christine Slyman**
**20800 Beaconsfield Blvd**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Tracy Smalley**
**340 Crestview Dr.**
**Elyria, OH 44035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | Discovery Tours Inc. | Case number *(if known)* | | |
|---|---|---|---|---|
| | Name | | | |

| 2.4687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $645.00 | $645.00 |
|---|---|---|---|---|

**Tracey Smallwood**
**6344 Dan Sherri Dr**
**Dublin, OH 43016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4688 | Priority creditor's name and mailing address | | $455.00 | $455.00 |
|---|---|---|---|---|

**Stacey Smayda-Ockuly**
**7630 Settlers Ct.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4689 | Priority creditor's name and mailing address | | $455.00 | $455.00 |
|---|---|---|---|---|

**Christina Smelcer**
**8535 Hilltop Dr**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4690 | Priority creditor's name and mailing address | | $455.00 | $455.00 |
|---|---|---|---|---|

**Amy Smith**
**7764 Hidden Hollow Dr.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Discovery Tours Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.4691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|
| | **Amy Smith**<br>**5019 Devencroft Ct**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $675.00 | $675.00 |
|---|---|---|---|---|
| | **Andrew Smith**<br>**113 n. Stanley st.**<br>**Bellefontaine, OH 43311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $675.00 | $675.00 |
|---|---|---|---|---|
| | **Andrew Smith**<br>**113 n. Stanley st.**<br>**Bellefontaine, OH 43311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Arlene Smith**<br>**5797 Lake Road**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | |
|---|---|---|
| 2.4695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**2.4695** | Priority creditor's name and mailing address
**Brandon Smith**
**32504 North Roundhead Dr**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$505.00    $505.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4696** | Priority creditor's name and mailing address
**Brett Smith**
**1209 Northbrook Lane**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$810.00    $810.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4697** | Priority creditor's name and mailing address
**Brett Smith**
**1209 Northbrook Lane**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$810.00    $810.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4698** | Priority creditor's name and mailing address
**Brooke Smith**
**1120 scenic ct**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$810.00    $810.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
| --- | --- | --- | --- | --- |

**Brooke Smith**
**1120 scenic ct**
**Troy, OH 45373**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 2.4700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.00 | $350.00 |
| --- | --- | --- | --- | --- |

**Chevon Smith**
**184 e lorain street**
**oberlin, OH 44074**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 2.4701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
| --- | --- | --- | --- | --- |

**Christina Smith**
**5792 Leslie Dr**
**Fairfield, OH 45014**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 2.4702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
| --- | --- | --- | --- | --- |

**Christina Smith**
**10480 Twp. Rd. 114**
**Van Buren, OH 45889**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

| 2.4703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
| | **Christina Smith** | Check all that apply. | | |
| | **10480 Twp. Rd. 114** | ☐ Contingent | | |
| | **Van Buren, OH 45889** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| | **Eric Smith** | Check all that apply. | | |
| | **6159 Brambleside Lane** | ☐ Contingent | | |
| | **Mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
| | **Genevieve Smith** | Check all that apply. | | |
| | **1785 Garrett House Lane** | ☐ Contingent | | |
| | **Fairfield, OH 45014** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
| | **James Smith** | Check all that apply. | | |
| | **6736 Woodland Reserve Ct** | ☐ Contingent | | |
| | **Madeira, OH 45243** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Jennifer Smith**
**11670 Gate Post Ln**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Jessica Smith**
**3027 Landen Farm Rd W**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Kari Smith**
**2762 Haggett Dr.**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Katherine Smith**
**7975 Brichford Road**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.4711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 | $495.00 |
|---|---|---|---|---|

**Kathleen Smith**
**5131 Meadowview Lane**
**South Lebanon, OH 45065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4712 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Kevin Smith**
**1441 Ambrose AveNW**
**Canton, OH 44708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4713 | Priority creditor's name and mailing address | | $460.00 | $460.00 |
|---|---|---|---|---|

**Lauren Smith**
**7716 Cemetery Road**
**Vermilion, OH 44089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4714 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Laurie Smith**
**320 Elmford Ave SW**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|--------|---|---|---|---|

**Leif Smith**
**8491 Squad Drive**
**Galloway, OH 43119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|--------|---|---|---|---|

**Lisa Smith**
**26 Sussex Road**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|--------|---|---|---|---|

**Liza Smith**
**406 Windsor Drive**
**Elyria, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|--------|---|---|---|---|

**Michelle Smith**
**314 S. Hambden St.**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Michelle Smith**
**6233 Navarre Rd SW**
**Canton, OH 44706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Nicola Smith**
**7747 Rutland Dr**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Scott Smith**
**10386 Johnnycake Ridge Rd**
**Concord Twp, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Shae Smith**
**9101 Tiffany Dr**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Sheri Smith**
**9131 Sugarbush Dr**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**Stephanie Smith**
**3408 Ridge Gap Rd**
**Columbus, OH 43221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |

**Tammy Smith**
**10113 Belmeadow Dr.**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Wendy Smith**
**6779 North Weatherby Drive**
**mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Bonnie Smith-Stafford**
**7340 Fern Dr.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4728 | Priority creditor's name and mailing address | | $340.00 | $340.00 |
|---|---|---|---|---|

**Steve Smithingell**
**7626 Cedar Rd**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4729 | Priority creditor's name and mailing address | | $325.00 | $325.00 |
|---|---|---|---|---|

**Kim Smrecansky**
**3418 Marl Pl**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4730 | Priority creditor's name and mailing address | | $465.00 | $465.00 |
|---|---|---|---|---|

**Joelle Snavely**
**299 Bentleyville Rd.**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Amanda Snedden**
**2475 Ashdale Dr.**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Peta Sneek**
**11231 Hampton Bay Lane**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Jessica Snell**
**143 Fruitland Avenue**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Trinidad Snider**
**11350 Grey Friar Way**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**AnneMarie Snow**
**2816 Lakeview Avenue**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Jessica Snow**
**10230 Penniman Drive**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Lisa Snow**
**3067 Killingworth Ln**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Tara Snow**
**750 Lawnview blvd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
| --- | --- | --- | --- | --- |

**Jodi Snowden**
**8148 Jordan Ridge**
**Cleves, OH 45002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |

**Andy Snyder**
**4371 Schirtzinger Rd.**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
| --- | --- | --- | --- | --- |

**Candice Snyder**
**7451 Mar Del Drive**
**Cincinnati, OH 45243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |

**Christine Snyder**
**8280 Mentor Ave**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Kathie Snyder**
**12811twp.rd.108**
**Findlay, OH 45840**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Laura Snyder**
**11431 Twin Mills Lane**
**Chardon, OH 44024**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Mary Snyder**
**5690 Alliance Way**
**Columbus, OH 43228**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Michelle Snyder**
**450 kristina dr apt 8b**
**bellefontaine, OH 43311**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.4747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Michelle Snyder**
**19400 Frazier drive**
**Rocky river, OH 44116-1727**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Shawn Snyder**
**4793 Augustus court**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Gina Soble**
**191 Bowhall Road**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Elyse Sobol**
**19412 Battersea Blvd.**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Debi Sobonya**
147 Colonial Dr
Painesville, OH 44077

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**April Sockol**
44 Manor Dr
Hudson, OH 44236

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Stacy Sohner**
4325 Huntwicke Ct
Hilliard, OH 43026

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Stephanie Solich**
110 Cedar Glen
Chardon, OH 44024

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Valentina Solorzano**
**175 Cheshire Rd**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Michael Somers**
**1596 Northview Rd**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Jennifer Son**
**3700 Grimes Drive**
**Columbus, OH 43204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Donna Soncrant**
**13052 Coachman Dr**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.4759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.4759** Priority creditor's name and mailing address

**Michelle Soneson**
**887 bates rd**
**ROCKY RIVER, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$470.00   $470.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4760** Priority creditor's name and mailing address

**Brenda Sooy**
**84 Hickory Lane**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$410.00   $410.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4761** Priority creditor's name and mailing address

**Frederick Sopnicar**
**486 E 327th Street**
**Willowick, OH 44095**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00   $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4762** Priority creditor's name and mailing address

**Maria Sorge**
**6542 Inland Shores Dr**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00   $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.4763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00    $520.00 |

**2.4763** Priority creditor's name and mailing address

**Nikki Sorrells**
**10594 Lindmar Dr.**
**Concord twp., OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$520.00    $520.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4764** Priority creditor's name and mailing address

**Leanna Sortor**
**3253 Twp Rd 142**
**Findlay, OH 45840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$580.00    $580.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4765** Priority creditor's name and mailing address

**Khalid SosseyAlaoui**
**2651 Edgewood rd**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$435.00    $435.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4766** Priority creditor's name and mailing address

**Nancy Soto**
**950 Varsity Ave**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$695.00    $695.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Discovery Tours Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.4767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**2.4767** Priority creditor's name and mailing address

**Natalie Soto-Burke**
**8 Philip Court**
**Elyria, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$520.00        $520.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4768** Priority creditor's name and mailing address

**Lorrie Sotzing**
**546 Maplewood Drive**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$810.00        $810.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4769** Priority creditor's name and mailing address

**Greg Soukup**
**11115 courtney ct**
**chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$495.00        $495.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4770** Priority creditor's name and mailing address

**Greg Soukup**
**11115 courtney ct**
**chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$495.00        $495.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Kristy Soukup**
**8286 Mentorwood Dr.**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.4772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|

**Millicent Souser**
**6645 Westpoint Drive**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.4773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 | $140.00 |
|---|---|---|---|---|

**Mary South**
**142 Brandywine Drive**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.4774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $775.00 | $775.00 |
|---|---|---|---|---|

**Amy Southard**
**1859 County Road 10**
**Bellefontaine, OH 43311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

☑ No
☐ Yes

| 2.4775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Rana Southern**
**7238 STONERUN PL**
**LIBERTY TOWNSHIP, OH 45044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Amy Sowards**
**7430 Pamela dr**
**north royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Denise Sowder**
**6771 Beagle Drive**
**Hamilton, OH 45011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Amber Sowers**
**1105 N Market Street**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $635.00 | $635.00 |
|---|---|---|---|---|
| | **Melissa Spahr**<br>**2112 Winchester Pl**<br>**Fairfield, OH 45014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Heather Spakes**<br>**7510 Bellflower rd**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Holly Spangler**<br>**8134 York road**<br>**north Royalton, OH 44133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|
| | **Stacy Spangler**<br>**124 Bowhall Rd**<br>**Painesville, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.4783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 $410.00 |

**Jill Spano**
**79 Colony Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4784 | Priority creditor's name and mailing address | $185.00 $185.00 |

**Judd Spaulding**
**7710 Harnessfield Ln**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4785 | Priority creditor's name and mailing address | $205.00 $205.00 |

**Judd Spaulding**
**7710 Harnessfield Ln**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.4786 | Priority creditor's name and mailing address | $140.00 $140.00 |

**Paul Speicher**
**7603 Sugarbush Trail**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.00 | $870.00 |

**Steven Speicher**
**8565 Clover Glade Dr**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $440.00 | $440.00 |

**Amanda Spencer**
**514 Laurel Ave.**
**Port Clinton, OH 43452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $440.00 | $440.00 |

**Jessica Spencer**
**4414 East Island Pines Drive**
**Port Clinton, OH 43452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $505.00 | $505.00 |

**Latasha Spencer**
**5560 Elm Hill Dr**
**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

**Chris Sperry**
**6738 Evergreen Rd.**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |

**Michael Speyer**
**13929 West Willard Dr**
**Novelty, OH 44072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Scott Spieker**
**6407 Melshore Drive**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |

**Karen Spiers**
**970 Stoneyridge Ave**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1212 of 1944

| Debtor | Discovery Tours Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.4795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**2.4795** | Priority creditor's name and mailing address
**Karen Spiers**
**970 Stoneyridge Ave**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$810.00   $810.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4796** | Priority creditor's name and mailing address
**Karen Spiers**
**970 Stoneyridge Ave**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$810.00   $810.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4797** | Priority creditor's name and mailing address
**Jaime Spies**
**7237 Rita Lane**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$780.00   $780.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4798** | Priority creditor's name and mailing address
**Kate Spies**
**21179 Stratford Ave**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$470.00   $470.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Kate Spies**
**21179 Stratford Ave**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.00 | $475.00 |
|---|---|---|---|---|

**Alda Spike**
**4899 Heath Trails Road**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Louis Spike**
**7470 Hopkins Road**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Norine Spoelker**
**5471 Creek Park Dr**
**South Lebanon, OH 45065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Diane Spohn**
**5848 Heirship Court**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Julie Spohn**
**6021 Ogilby Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Jessica Spooner**
**41485 beechwood dr**
**elyria, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Stephenie Spotz**
**103 Fox Pointe Dr**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1215 of 1944

| | | |
|---|---|---|
| 2.4807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$505.00** | **$505.00** |

---

**2.4807**

Priority creditor's name and mailing address

**Jennifer Sprafka**
**7047 Navajo Trail**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**$505.00**     **$505.00**

---

**2.4808**

Priority creditor's name and mailing address

**Kelly Sprague**
**10745 Howard Drive**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**$495.00**     **$495.00**

---

**2.4809**

Priority creditor's name and mailing address

**Elizabeth Spring**
**5020 15th st sw**
**Canton, OH 44710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**$490.00**     **$490.00**

---

**2.4810**

Priority creditor's name and mailing address

**Robert Springer**
**6803 Sutherland ct**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**$455.00**     **$455.00**

| 2.4811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Jennifer Squires**
**107 Sugarbush Gln**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Harjit Sran**
**10276 Laura Lane**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Rashmi Sreeram**
**38120 Kerrington Way**
**Solon, OH 44139**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Rashmi Sreeram**
**38120 Kerrington Way**
**Solon, OH 44139**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $870.00 | $870.00 |
|---|---|---|---|---|

**Laurie Staab**
**8804 Meadow Grass Lane**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.00 | $675.00 |
|---|---|---|---|---|

**Beth Stachler**
**104 Organ St**
**Bellefontaine, OH 43311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.00 | $455.00 |
|---|---|---|---|---|

**Cindy Stack**
**Hawk Ave 7477**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $440.00 | $440.00 |
|---|---|---|---|---|

**Jennifer Staib**
**612 Kaspar Street**
**Port Clinton, OH 43452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.4819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$780.00** **$780.00** |
| | **Jenny Stallworth**<br>**7431 Southside Avenue**<br>**Cincinnati, OH 45243** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$870.00** **$870.00** |
| | **Erin Stamolis**<br>**9192 Tahoma St.**<br>**Columbus, OH 43240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$929.10** **$929.10** |
| | **Eric Stamps**<br>**2610 Blackmore court**<br>**Troy, OH 45373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$810.00** **$810.00** |
| | **Eric Stamps**<br>**2610 Blackmore court**<br>**Troy, OH 45373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.4823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 | $810.00 |
|---|---|---|---|---|

**Ashley Standley**
**555 Staunton Commons Dr apt 29**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.00 | $675.00 |
|---|---|---|---|---|

**Brandon Standley**
**1313 Dakota Road**
**Bellefontaine, OH 43311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 | $810.00 |
|---|---|---|---|---|

**Kerry Stanley**
**2701 Parkwood Drive**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 | $750.00 |
|---|---|---|---|---|

**Sharon Stanley**
**101 Skidmore**
**Cleves, OH 45002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Samantha Stanton**
**35150 Pettibone Road**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Alexandra Stanziano**
**702 Clinton Street**
**Port Clinton, OH 43452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Heather Staples**
**2291 Asics road 302**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Carson Stark**
**7494 Callow Road**
**Painesville, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.4831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 $490.00 |

| 2.4831 | Priority creditor's name and mailing address |
|---|---|
| | **Dee Stark-Kurtz**<br>**206 North Street**<br>**Chardon, OH 44024** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$490.00   $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4832 | Priority creditor's name and mailing address |
|---|---|
| | **ALLISON STARKS**<br>**10374 BELLEAU DRIVE**<br>**TWINSBURG, OH 44087** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$385.00   $385.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4833 | Priority creditor's name and mailing address |
|---|---|
| | **Angela Starks**<br>**5589 Echo Springs Dr**<br>**Hamilton, OH 45011** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$635.00   $635.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4834 | Priority creditor's name and mailing address |
|---|---|
| | **Jennifer Starr**<br>**5551 Kinvarra Lane**<br>**Dublin, OH 43016** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$325.00   $325.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Brian Starrett**
**6115 Sunny Vale Drive**
**Columbus, OH 43228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $614.07 | $614.07 |
|---|---|---|---|---|

**State of Ohio**
**Department of Taxation**
**PO Box 530**
**Attn: Bankruptcy Dept.**
**Columbus, OH 43216-0530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**withholding**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Matthew Staten**
**5441 Mirage Drive**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Tom Staten**
**211 Leonard ave sw**
**massillom, OH 44646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Valli Stauffer**
**2091 Gary Drive Twinsburg**
**Twinsburg, OH 44087**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Tiffany StClair**
**9449 Altamont Dr Apt A**
**Twinsburg, OH 44087**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Carolyn Stearns**
**4103 Plain Center Avenue NE**
**Canton, OH 44714**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Melanie Stebler**
**2525 Augusta Dr SE**
**Massillon, OH 44646**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1224 of 1944

| Debtor | Discovery Tours Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.4843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Christina Stec**<br>**2644 Blue Heron Drive**<br>**Hudson, OH 44236** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Michael Stedman**<br>**407 MEADOW VIEW DR**<br>**POWELL, OH 43065** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|
| | **Priscilla Steele**<br>**2563 Cosmos Dr**<br>**Loveland, OH 45140** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|
| | **Jaime Steen**<br>**4945 Baker Rd**<br>**Leroy, OH 44057** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4847 | Priority creditor's name and mailing address<br>**Lori Stefanski**<br>**5331 Winters Run Rd**<br>**Dublin, OH 43016** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $695.00 | $695.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4848 | Priority creditor's name and mailing address<br>**Polly Steffen**<br>**11949 Burlington Glen Drive**<br>**Chardon, OH 44024** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $490.00 | $490.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4849 | Priority creditor's name and mailing address<br>**Jo-Anne Steggall**<br>**257 Shipherd Cir**<br>**Oberlin, OH 44074** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500.00 | $500.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4850 | Priority creditor's name and mailing address<br>**Susan Steggeman**<br>**417 E Sandusky**<br>**Bellefontaine, OH 43311** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $775.00 | $775.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Michelle Steggemann**
**1043 Dellwood dr**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Edward Stein**
**136 Cheshire Road**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Edward Stein**
**136 Cheshire Road**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Michele Steinberger**
**7086 Cross Creek Dr.**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Jacquelyn Steineman
125 e high ave
Bellefontaine, OH 43311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |

**Kimberly Steinmann
8207 Hamptonshire Drive
Cleves, OH 45002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Michael Stephens
8275 PROCTOR RD.
Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |

**David Sternagle
10755 Cottage Hill Ln
Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4859 | Priority creditor's name and mailing address<br>**Sandor Sternberg**<br>**34 Chadbourne Drive**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$410.00** | **$410.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4860 | Priority creditor's name and mailing address<br>**Lori Sternisha**<br>**3321 River Narrows Rd**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00** | **$325.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4861 | Priority creditor's name and mailing address<br>**Kimberly Stevens**<br>**5350 Crystal Drive**<br>**Fairfield, OH 45014** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$635.00** | **$635.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4862 | Priority creditor's name and mailing address<br>**Michelle Stevens**<br>**7388 Silver Creek Road**<br>**Cleves, OH 45002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$750.00** | **$750.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**2.4863** Priority creditor's name and mailing address

**Jennifer Stevenson**
**9844 Weathersfield Dr**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00    $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4864** Priority creditor's name and mailing address

**Bobbie Stewart**
**328 E. Brwn Ave**
**Bellefontaine, OH 43311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$675.00    $675.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4865** Priority creditor's name and mailing address

**Holly Stewart**
**7306 Iuka Ave**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$780.00    $780.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4866** Priority creditor's name and mailing address

**Lori Stewart**
**10030 Parmalee Drive**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$385.00    $385.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $165.00 | $165.00 |
|---|---|---|---|---|

**Rachel Stewart**
**8223 Russet Lane**
**Maineville, OH 45039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $635.00 | $635.00 |
|---|---|---|---|---|

**Rochelle Stewart**
**3820 Schroeder Dr**
**Fairfield, OH 45011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $580.00 | $580.00 |
|---|---|---|---|---|

**Shane Stewart**
**3737 Wanda way**
**Findlay, OH 45840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.4870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.00 | $140.00 |
|---|---|---|---|---|

**Lori Stickler**
**5668 Abbyshire drive**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.4871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
| --- | --- | --- | --- | --- |

**Annette Stierwalt**
**8101 Saddleback Place**
**Maineville, OH 45039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |

**Jenna Stiles**
**4950 Hollow Oak Ct**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
| --- | --- | --- | --- | --- |

**Alexandra Still**
**378 Reamer Place**
**Oberlin, OH 44074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
| --- | --- | --- | --- | --- |

**Jewel Still**
**715 State apt3**
**Port Clinton, OH 43452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Discovery Tours Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.4875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$490.00** | **$490.00** |
|---|---|---|---|---|
| | **Melissa Stillion**<br>**4172 Knolls Ave SW**<br>**Massillon, OH 44646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$465.00** | **$465.00** |
|---|---|---|---|---|
| | **Alissa Stinson**<br>**230 Senlac Hills Drive**<br>**Chagrin Falls, OH 44022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$870.00** | **$870.00** |
|---|---|---|---|---|
| | **Jackie Stiteler**<br>**1417 WILHOIT AVE**<br>**LEWIS CENTER, OH 43035-7904** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$695.00** | **$695.00** |
|---|---|---|---|---|
| | **Morgan Stith**<br>**5735 Tacoma rd**<br>**Columbus, OH 43229-4212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1233 of 1944

| Debtor | Discovery Tours Inc. | Case number *(if known)* | | |
|--------|---------------------|-------------------------|---|---|
| | Name | | | |

| 2.4879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.00 | $490.00 |
|--------|---------------------------------------------|-----------------------------------------------------------------|---------|---------|

**Tabatha Stitt**
**5018 Piccadilly St SW**
**Canton, OH 44706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 | $410.00 |
|--------|---------------------------------------------|-----------------------------------------------------------------|---------|---------|

**Barb Stitzer**
**6152 Burr Oak Way**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $440.00 | $440.00 |
|--------|---------------------------------------------|-----------------------------------------------------------------|---------|---------|

**Rochelle Stively**
**200 N. Crest Dr.**
**Port Clinton, OH 43452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $635.00 | $635.00 |
|--------|---------------------------------------------|-----------------------------------------------------------------|---------|---------|

**Kimberly Stivers**
**6001 Flaig Dr**
**Fairfield, OH 45014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Discovery Tours Inc. | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

| 2.4883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Emily Stockard**
**920 Salem Ave**
**Elyria, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Jason Stockmaster**
**6729 N Weatherby Dr**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Steve Stoiner**
**222 hyder dr**
**madison, OH 44057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |

**Resia Stokes**
**8776 Ray Ct. Apt.1 #1**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.4887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $440.00 | $440.00 |

**Satetha Stokes**
**422 west 5 th st**
**port clinton, OH 43452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.00 | $675.00 |

**Terry Stolly**
**3679 township road 180**
**Bellefontaine, OH 43311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.00 | $460.00 |

**Patrick Stoneking**
**8880 Chaucer Blvd**
**Broadview Heights, OH 44147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.00 | $460.00 |

**Amanda Stout**
**3750 Parkside Reserve st**
**Vermilion, OH 44089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4891**    Priority creditor's name and mailing address

**Noreen Stout**
**9373 Clopton Court**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$455.00**    **$455.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4892**    Priority creditor's name and mailing address

**Jamie Stover**
**5940 Eastham Way**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$410.00**    **$410.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4893**    Priority creditor's name and mailing address

**Lynn Stover**
**37356 Cherrybank Dr**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$505.00**    **$505.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4894**    Priority creditor's name and mailing address

**Scott Stover**
**5940 Eastham Way**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$410.00**    **$410.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Angela StPierre**<br>**7450 Wetherburn Way**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Patricia Strama**<br>**4550 Newbury Drive**<br>**Vermilion, OH 44089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $580.00 | $580.00 |
|---|---|---|---|---|
| | **Jennifer Strapp**<br>**7102 TR 243**<br>**Findlay, OH 45840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $580.00 | $580.00 |
|---|---|---|---|---|
| | **Jennifer Strapp**<br>**7102 TR 243**<br>**Findlay, OH 45840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Kevin Strauss** **7321 Port Royal Court** **Mentor, OH 44060** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.4900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 | $495.00 |
|---|---|---|---|---|
| | **Tanya Streckfuss** **2263 Candlemakers Ln** **Maineville, OH 45039** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.4901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Christie Strickland** **2833 Jeanne Ct** **Lewis Center, OH 43035** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.4902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 | $495.00 |
|---|---|---|---|---|
| | **Christine Strlich** **136 Ferris Ave.** **Chardon, OH 44024** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.4903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $435.00 | $435.00 |
|---|---|---|---|---|

**Pamela Strong**
**3706 Concord Dr**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Stephany Stroth**
**7921 Mentor Ave Apt 101**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|

**Brittny Strubbe**
**2452 Cambridge Drive**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $465.00 | $465.00 |
|---|---|---|---|---|

**Tamara Struk**
**280 Falls Walk Way**
**Chagrin Falls, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1240 of 1944

| 2.4907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Lesa Strull**
**8543 BRIDGETOWN RD**
**CLEVES, OH 45002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4908 | Priority creditor's name and mailing address | | $455.00 | $455.00 |
|---|---|---|---|---|

**David Strunk**
**7106 Van Buren Ct**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4909 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Shelley Stuart**
**4445 9th St. NW**
**Canton, OH 44708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4910 | Priority creditor's name and mailing address | | $1,130.40 | $1,130.40 |
|---|---|---|---|---|

**JasonKassia Studebaker**
**2503 Glasgow Drive**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$490.00** | **$490.00** |

Priority creditor's name and mailing address
**Tera Studebaker**
**3030 Meadowwood St NW**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$490.00**    **$490.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Priority creditor's name and mailing address   2.4912
**Julie Studt**
**309 Newpine Dr**
**Cleves, OH 45002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$750.00**    **$750.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Priority creditor's name and mailing address   2.4913
**Jaime Stultz**
**2001 Nicklaus Drive**
**Findlay, OH 45840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$580.00**    **$580.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Priority creditor's name and mailing address   2.4914
**David Stump**
**4378 Dublin Road**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$325.00**    **$325.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Julie Stupi**
**11451 Auburn Rd.**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Brooke Stutzman**
**2244 Bluestone Drive**
**Findlay, OH 45840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Ann Stuver**
**3017 GOLDEN OAK DR**
**HILLIARD, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Lela Styles**
**446 Fairgrounds Rd**
**Painesville, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.00 | $475.00 |
|---|---|---|---|---|

**Teresa Suchecki**
**5366 Carina ct west**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.4920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Keesha Sucher**
**5248 Ritchey Ln**
**South Lebanon, OH 45065-8791**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.4921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Kathy Suhadolnik**
**18921 E Shoreland Ave**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.4922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Frank Sulka**
**11720 Sherman Rd.**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.4923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| | **Linda Sullivan** | Check all that apply. | | |
| | **881 Silverberry Lane** | ☐ Contingent | | |
| | **Hudson, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| | **Randy Sullivan** | Check all that apply. | | |
| | **6488 Meadowbrook Dr** | ☐ Contingent | | |
| | **Mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.00 | $475.00 |
| | **Matthew Suminski** | Check all that apply. | | |
| | **4461 Moraine Ave** | ☐ Contingent | | |
| | **Hilliard, OH 43026** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| | **Torre Summers** | Check all that apply. | | |
| | **2423 Limestone Way** | ☐ Contingent | | |
| | **Columbus, OH 43228** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Michelle Sumner**
**325 Garfield Ave**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Margaret Sumption**
**3838 Equestrian Court**
**Columbus, OH 43221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Liqun Sun**
**7332 Glenwillow Pl.**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Patricia Sun**
**23500 E Silsby Rd**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Discovery Tours Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.4931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $490.00 | $490.00 |
|---|---|---|---|---|

**Holly Suszynski**
**11175 Beechnut Lane**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $870.00 | $870.00 |
|---|---|---|---|---|

**David Sutton**
**8447 Olenbrook Dr**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.00 | $140.00 |
|---|---|---|---|---|

**Emily Sutton**
**114 Blackberry Dr**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $495.00 | $495.00 |
|---|---|---|---|---|

**Frances Sutton**
**12455 Claridon Troy Road**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.4935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Kelli Sutton**
**7740 Ranett Ave**
**Hudson, OH 44236**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.4936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

**Stephanie Sutton**
**7739 Oxgate Court**
**Hudson, OH 44236**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.4937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |

**Michael Suver**
**7857 Lydia Dr**
**Lewis Center, OH 43035**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.4938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

**Roberta Suydam**
**1469 Plantation Drive**
**Hudson, OH 44236**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

| Debtor | **Discovery Tours Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.4939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

| 2.4939 | Priority creditor's name and mailing address<br>**Toshio Suzuki**<br>**5870 Nicholson Dr**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $140.00 | $140.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4940 | Priority creditor's name and mailing address<br>**Senka Svilar**<br>**6608 Crossbow Court**<br>**North Royalton, OH 44133** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $460.00 | $460.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4941 | Priority creditor's name and mailing address<br>**Colleen Swabby**<br>**5300 Triple Crown Court**<br>**Columbus, OH 43221** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $645.00 | $645.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4942 | Priority creditor's name and mailing address<br>**Randal Swan**<br>**6522 Bryson Drive**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $455.00 | $455.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.4943 | Priority creditor's name and mailing address<br>**Trina Swaney**<br>**8234 Rushton Dr**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$455.00**    **$455.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4944   Priority creditor's name and mailing address
**Scott Swansiger**
**3236 Sunhaven Oval**
**Parma, OH 44134-5835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$460.00**    **$460.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4945   Priority creditor's name and mailing address
**Jackie Swartz**
**312 N main street**
**Bellefontaine, OH 43311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$675.00**    **$675.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4946   Priority creditor's name and mailing address
**Joe Swartz**
**2393 Oakthorpe Drive**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$325.00**    **$325.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Tracy Swartzendruber**
**61 Ambrose Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4948 | Priority creditor's name and mailing address | | $385.00 | $385.00 |
|---|---|---|---|---|

**Cynthia Swauger**
**9923 Regatta Tr**
**Aurora, OH 44202**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4949 | Priority creditor's name and mailing address | | $470.00 | $470.00 |
|---|---|---|---|---|

**Darren Sweeney**
**19447 Westover Avenue**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4950 | Priority creditor's name and mailing address | | $495.00 | $495.00 |
|---|---|---|---|---|

**Mary Sweet**
**11677 Sycamore Rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Discovery Tours Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.4951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Christine Swenson**
**2394 Charoe Street**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.4952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Kristi Swentor**
**43 Church St**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.4953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Jen Swiczkowski**
**220 E 10th St.**
**Port Clinton, OH 43452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.4954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Lorenda Swindol**
**6209 Campbell Rd**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.4955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $675.00 | $675.00 |
|--------|---------------------------------------------|---------------|---------|---------|
| | **Duane Swingley**<br>**400 wren ave**<br>**Bellefontaine, OH 43311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.4956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $635.00 | $635.00 |
|--------|---------------------------------------------|---------------|---------|---------|
| | **Heather Switzer**<br>**5655 Lakeside Drive**<br>**Fairfield, OH 45014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.4957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $340.00 | $340.00 |
|--------|---------------------------------------------|---------------|---------|---------|
| | **Nisa Switzer**<br>**4125 Stonehaven Rd**<br>**South Euclid, OH 44121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.4958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $750.00 | $750.00 |
|--------|---------------------------------------------|---------------|---------|---------|
| | **Kevin Swope**<br>**7323 Dog Trot Road**<br>**Cincinnati, OH 45248** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1253 of 1944

| 2.4959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $325.00 | $325.00 |
|---|---|---|---|---|

**Brenna Syphard**
**6791 Ballantrae Pl**
**Dublin, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $325.00 | $325.00 |
|---|---|---|---|---|

**Heather Syrett**
**5079 Ravenglass Ct**
**Columbus, OH 43221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $385.00 | $385.00 |
|---|---|---|---|---|

**Josephine Szabo**
**37153 Deer Run**
**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $495.00 | $495.00 |
|---|---|---|---|---|

**Tammy Szalay**
**9505 roryanna drive**
**chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Michael Szapowal**
**11117 Chillicothe Rd.**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Jenny Szucs-Osinski**
**1265 Bell Road**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Vicky Taddie**
**141 north st**
**chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Emma Tadtaeva**
**4895 Cedars Bluff Dr. Unit#5**
**South Lebanon, OH 45065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1255 of 1944

| 2.4967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Chris Taglieri**
**6241 Tina Dr**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Avivit Taib**
**23305 S Chagrin BLVD #208**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Melinda Taiclet**
**9318 Wilson Mills Rd**
**Chesterland, OH 44026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Rita Takenaga**
**35 Meadow View Court**
**Powell, OH 43065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|---|---|---|---|---|

**Charles Talbot**
**8939 Primrose Dr.**
**Loveland, OH 45140**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Lauren Talion**
**7050 Topper Dr**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Beth Talpas**
**7264 Julia Dr**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Elizabeth Tambellini**
**2945 Lake Hollow Rd**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1257 of 1944

| 2.4975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Crystal Tamura** **7950 Mentor Ave M2** **Mentor, OH 44060** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.4976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Matthew Tarczy** **1601 Sapphire Drive** **Hudson, OH 44236** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.4977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Kelly Tarnowski** **1110 Shelton Circle** **Broadview Hts, OH 44147** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.4978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Bernhard Tauffer** **10369 Fox Hollow Circle** **Twinsburg, OH 44087** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.4979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Sheri Tavens**
**33090 Wintergreen Drive**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**Cari Taylor**
**14010 Darrow Road**
**Vermilion, OH 44089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |

**Eddie Taylor**
**69 Hall ST**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**Frank Taylor**
**4101 Greenwood Oval**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Jodi Taylor**
**7464 Worlington Drive**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Kristine Taylor**
**2589 Schafer Knoll Ct**
**Hamilton, OH 45011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**NIKKI TAYLOR**
**544 STAFFORD DR**
**ELYRIA, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Sarah Taylor**
**6723 Pinebrooke  Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Tracy Taylor**
**3724 County Road 11**
**Bellefontaine, OH 43311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**LeeAnn Teagno**
**9600 Brayes Manor Drive**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Jennifer Teale**
**3263 Cheyenne Ct**
**Fairfield Township, OH 45011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|---|---|---|---|---|

**Wintana Tecle**
**5209 Winsome Way**
**Columbus, OH 43220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1261 of 1944

| 2.4991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Jamie Teel**
**311 Marseilles ave**
**Elyria, OH 44035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |

**Joao Teixeira**
**23716 E Silsby Rd**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Paula Telepak**
**32380 W. Nimrod St.**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Crystal Temple**
**8675 Mentor Rd**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1262 of 1944

| | | |
|---|---|---|
| 2.4995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.4995**

Priority creditor's name and mailing address
**Lynn Tepper**
**65 Potomac Drive**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$465.00 | $465.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4996**

Priority creditor's name and mailing address
**Victoria Terekhova**
**5647 Westminster Drive**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$505.00 | $505.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4997**

Priority creditor's name and mailing address
**CINDY TESKE**
**5455 GOOSEFALLS DR**
**Dubiln, OH 43016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$645.00 | $645.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.4998**

Priority creditor's name and mailing address
**Stephanie Teson**
**2157 Weston Dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$410.00 | $410.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | Discovery Tours Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.4999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Leigh Thacker**
**1212 lost tree dr. n.w.**
**canton, OH 44708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Renee Thagard**
**9064 Ellersly Dr**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Jumana Thaher**
**5895 waterview dr**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Keerthana Thambireddy**
**2385 Reeves Ave**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |

**Keerthana Thambireddy**
**2385 Reeves Ave**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |

**Joseph Theibert**
**519 E 11th St**
**port Clinton, OH 43452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**William Thesling**
**7332 E Firelands Dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |

**Holly Thibault**
**7042 Ashwood Knolls Dr**
**Hamilton, OH 45011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Jamie Thobe**
**8645 BRAKEMAN RD**
**CHARDON, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5008 | Priority creditor's name and mailing address | | $870.00 | $870.00 |
|---|---|---|---|---|

**Ramgopal Thodla**
**5777 Frantz Road**
**Dublin, OH 43017**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5009 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Kevin Thom**
**2626 OAKVIEW ST. NW**
**MASSILLON, OH 44646**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5010 | Priority creditor's name and mailing address | | $750.00 | $750.00 |
|---|---|---|---|---|

**Erin Thoma**
**3730 Indian Brave Trail**
**Cleves, OH 45002**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1266 of 1944

| Debtor | **Discovery Tours Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.5011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$870.00** | **$870.00** |
|---|---|---|---|---|
| | **Angie Thomas**<br>**9287 windy creek drive**<br>**columbus, OH 43240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.5012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$140.00** | **$140.00** |
|---|---|---|---|---|
| | **Belynda Thomas**<br>**1948 Regan Court**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.5013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$520.00** | **$520.00** |
|---|---|---|---|---|
| | **Debra Thomas**<br>**8170 Rainbow Dr.**<br>**Concord Twp, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.5014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$635.00** | **$635.00** |
|---|---|---|---|---|
| | **Denise Thomas**<br>**55 Meadowview Court**<br>**Fairfield, OH 45014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.5015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |
| | **Fattar Thomas**<br>**4841 Persimmon Ln**<br>**North Royalton, OH 44133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

| 2.5016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |
| | **Kara Thomas**<br>**5251 Oakvale St SW**<br>**Canton, OH 44706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

| 2.5017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.00 | $520.00 |
| --- | --- | --- | --- | --- |
| | **Kimberly Thomas**<br>**384 Pemberton Dr.**<br>**Elyria, OH 44035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

| 2.5018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $385.00 | $385.00 |
| --- | --- | --- | --- | --- |
| | **L Thomas**<br>**9328 Ashcroft Lane**<br>**Twinsburg, OH 44087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

| 2.5019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Natashia Thomas**
**4165 Shire Cove Road**
**Hilliard, OH 43026**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.5020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Paul Thomas**
**8392 Master Court**
**Galloway, OH 43119**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.5021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Shirley Thomas**
**26374 Annesley Road**
**Beachwood, OH 44122**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.5022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Syreeta Thomas**
**937 fairwood blvd**
**Elyria, OH 44035**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.5023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|--------|--------|--------|--------|--------|

**Tony Thomas**
**32500 Monroe Ct Apt B206**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|--------|--------|--------|--------|--------|

**Wendy Thomas-Kollar**
**2257 Herrick Circle**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|--------|--------|--------|--------|--------|

**Wendy Thomas-Kollar**
**2257 Herrick Circle**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|--------|--------|--------|--------|--------|

**Angela Thompson**
**803 Louise ave**
**Fairfield, OH 45014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|--------|---|---|---|---|

**Becky Thompson**
**6772 St. James Circle**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|--------|---|---|---|---|

**Bethany Thompson**
**3473 Woodland Dr.**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|--------|---|---|---|---|

**Carol Thompson**
**289 Crestview Dr**
**Elyria, OH 44035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
|--------|---|---|---|---|

**Erin Thompson**
**4751 Rossmoor Pl**
**Columbus, OH 43220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1271 of 1944

| 2.5031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|--------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**JACKIE THOMPSON**
**11400 SOMSERSET DR. #132**
**NORTH ROYALTON, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|--------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Jeff Thompson**
**69 Waterford Drive**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|--------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Jennifer Thompson**
**33330 Rockford Drive**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|--------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Karena Thompson**
**7133 Gauntlet ST SW**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.5035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Keith Thompson**
**2470 Warren Pkwy Apt 18**
**Twinsburg, OH 44087-1364**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Kirsten Thompson**
**6509 Marsol Road #321**
**Mayfield Heights, OH 44124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Melissa Thompson**
**251 S. Park Street**
**Oberlin, OH 44074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Michelle Thompson**
**7251 Mulberry Road**
**Chesterland, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.5039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |

**Vanessa Thompson**
**254 Grafton Street**
**Oberlin, OH 44074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.5040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Karen Thorne**
**277 White Oak Dr.**
**Elyria, OH 44035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.5041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |

**Jennifer Thornhill**
**290 N Prospect St**
**Oberlin, OH 44074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.5042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |

**Patricia Thornton**
**2768 Max Ct**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Discovery Tours Inc. | Case number *(if known)* | | |
|---|---|---|---|---|
| | Name | | | |

**2.5043** | Priority creditor's name and mailing address

**Shenoa Thornton**
**2790 Richmond RD**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$435.00** | **$435.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5044** | Priority creditor's name and mailing address

**Lyndsay Thorpe**
**1984 Stoney Hill Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$140.00** | **$140.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5045** | Priority creditor's name and mailing address

**Kathleen Thrush**
**3575 Nautilus Trail**
**Reminderville, OH 44202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$385.00** | **$385.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5046** | Priority creditor's name and mailing address

**Matthew Thurman**
**117 Lakeview Ln**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$465.00** | **$465.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.5047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Amanda Tietze**
**5258 Dolores St SW**
**Canton, OH 44706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5048 | Priority creditor's name and mailing address | | $325.00 | $325.00 |
|---|---|---|---|---|

**James Tighe**
**3819 Confluence Dr**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5049 | Priority creditor's name and mailing address | | $440.00 | $440.00 |
|---|---|---|---|---|

**Michael Tilson**
**515 W 3rd St**
**Port Clinton, OH 43452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5050 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Liz Tilton**
**9610 Fox Meadow Lane**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.5051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|

**Heidi Timko**
**3989 Deacon Court**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.00 | $340.00 |
|---|---|---|---|---|

**Amy Timm**
**7821 Mulberry Rd**
**Chesterland, OH 44026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 | $495.00 |
|---|---|---|---|---|

**Natalia Timofeyeva**
**3333 Steeplechase Lane apt.2C**
**Loveland, OH 45140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.00 | $460.00 |
|---|---|---|---|---|

**Jennifer Tindira**
**1405 Durham Drive**
**Broadview Heights, OH 44147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**David Tinnerman**
**6760 Trafalgar Loop**
**Dublin, OH 43016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Peg Tipka**
**5860 Nicholson drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Michele Titmas**
**2591 Deer Hollow**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Danielle Tobias**
**4803 Mattox St**
**COLUMBUS, OH 43228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Stephanie Toitch**
**1420 Gelbray Ave**
**Columbus, OH 43204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.5060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Rachel Tokmenko**
**3405 Portside Dr**
**Vermilion, OH 44089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.5061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Helen Toledo**
**2893 Gasser Blvd**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.5062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Andrew Tollafield**
**5745 Privilege Dr.**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.5063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Kina Tolliver**
**1713 Glenwood Drive**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Rajesh TOMAR**
**11488 GLEN ABBEY DR**
**NORTH ROYALTON, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Angelo Tomarchio**
**7616 Worlington Drive**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Lidia Tomasic-Borris**
**11742 Ivy Ridge Drive**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.5067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Meghan Tomechak**
**7007 Roespark Blvd**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Jeanne Tomei**
**113 Waverly Ln**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Jeanne Tomei**
**113 Waverly Ln**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Stacy Tomko**
**32700 Seneca Drive**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Discovery Tours Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.5071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $816.40 | $816.40 |
|---|---|---|---|---|
| | **Amanda Tompkins**<br>**2794 Meadowpoint Dr**<br>**Troy, OH 45373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $470.00 | $470.00 |
|---|---|---|---|---|
| | **Renee Tomsik**<br>**2775 Wagar Road**<br>**Rocky River, OH 44102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $410.00 | $410.00 |
|---|---|---|---|---|
| | **Jeffrey Tong**<br>**9 Jefferson Drive**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Shelley Tong**<br>**8076 Gladshire Blvd**<br>**Lewis Center, OH 43035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Krista Toole**
**21585 Aberdeen Road**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5076 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Jennifer Toothman**
**13105 Kevin Lane**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5077 | Priority creditor's name and mailing address | | $750.00 | $750.00 |
|---|---|---|---|---|

**Rebecca Tope**
**6633 Thunderhill Ln**
**Cincinnati, OH 45233**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5078 | Priority creditor's name and mailing address | | $780.00 | $780.00 |
|---|---|---|---|---|

**Dave Torggler**
**6746 Shawnee Run Rd**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1283 of 1944

| Debtor | Discovery Tours Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.5079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Matina Tornick**
**3446 Live Oak Place**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Mia Torres**
**2337 Pleasant Colony Driv**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Ventura Torres**
**9 cosway ct #107**
**fairfield, OH 45014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**William Torres**
**241 Windsor Dr**
**Elyria, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Belkis Torres-Cotta**
**24701 Wimbledon RD.**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Kyoko Tosi**
**156 Stratford Rd.**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Ervita Toska**
**4186 Wooster Rd.**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Lori Toth**
**38135 Fox Run Dr.**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.5087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$455.00** | **$455.00** |
|---|---|---|---|---|

**Michelle Toth**
**7495 jasani ct**
**mentor, OH 44060**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.5088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$490.00** | **$490.00** |
|---|---|---|---|---|

**Krista Toutant**
**10535 Calico Lane**
**Chardon, OH 44024**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.5089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$635.00** | **$635.00** |
|---|---|---|---|---|

**Tracy Townsend**
**3434 Golfview Court**
**Fairfield, OH 45014**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.5090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$645.00** | **$645.00** |
|---|---|---|---|---|

**Karen Tracy**
**8626 Army Place**
**Galloway, OH 43119**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.5091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Binh Tran**<br>**5882 Sequoia Ct**<br>**Mentor-on-the-lake, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $505.00 | $505.00 |
|---|---|---|---|---|
| | **Jennifer Trask**<br>**7444 Royal Portrush Dr**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $410.00 | $410.00 |
|---|---|---|---|---|
| | **Jennifer Trautmann**<br>**7520 Andover Way**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $435.00 | $435.00 |
|---|---|---|---|---|
| | **Allen Travis**<br>**23805 east groveland**<br>**Beachwood, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 | $325.00 |
|---|---|---|---|---|

**Angela Treadway**
**5864 Hunting Haven Dr**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Pamela Trebec**
**9554 Graystone Lane**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $505.00 | $505.00 |
|---|---|---|---|---|

**William Trecarichi**
**11100 kimmeridge trail**
**newbury, OH 44065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Nici Trem**
**6806 PALMERSTON DR**
**MENTOR, OH 44060-3924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Jeany Tri**
**6680 sherwood**
**north royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Mary Tripodo**
**6320 Reynolds Rd**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Chris Tripp**
**562 Deerwood Ct.**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Tami Trivonovich**
**5000 Corkwood Drive**
**N Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

| | | Check all that apply. | | |

**Tami Trivonovich**
**5000 Corkwood Drive**
**N Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

Check all that apply.

**Denise Troha**
**10056 Johnnycake Ridge Rd**
**Concord, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

Check all that apply.

**Denise Troha**
**10056 Johnnycake Ridge Rd**
**Concord, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

Check all that apply.

**Candida Truitt**
**198 Edgefield Drive**
**Cleves, OH 45002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Stacia Trump**
**519 21st Street NW**
**Canton, OH 44709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5108 | Priority creditor's name and mailing address | | $505.00 | $505.00 |
|---|---|---|---|---|

**Olga Tselma**
**32608 haverhill dr**
**solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5109 | Priority creditor's name and mailing address | | $325.00 | $325.00 |
|---|---|---|---|---|

**Steven Tsourkas**
**4251 Shire Landing Road**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5110 | Priority creditor's name and mailing address | | $95.00 | $95.00 |
|---|---|---|---|---|

**Adele Tucker**
**2154 Lyndway road**
**Beachwood, OH 44122-1280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.10 | $552.10 |
|---|---|---|---|---|

**Amanda Tucker**
**221 Ellis street**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $780.00 | $780.00 |
|---|---|---|---|---|

**Suzy Tucker**
**6120 Lakota Drive**
**Cincinnati, OH 45243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.00 | $165.00 |
|---|---|---|---|---|

**Bela Tukkev**
**8244 creekwoods pl**
**Maineville, OH 45039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $465.00 | $465.00 |
|---|---|---|---|---|

**Kristin Tull**
**325 Grey Fox Run**
**Bentleyville, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $165.00 | $165.00 |
| --- | --- | --- | --- | --- |
| | **Andrea Tumler**<br>**2052 Riverwood Tr**<br>**Kingsmills, OH 45034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $165.00 | $165.00 |
| --- | --- | --- | --- | --- |
| | **Jeannie Tungate**<br>**406 Creekborough Ct**<br>**South Lebanon, OH 45065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.00 | $520.00 |
| --- | --- | --- | --- | --- |
| | **Kate Turic**<br>**11420 labrador ln**<br>**concord, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.00 | $520.00 |
| --- | --- | --- | --- | --- |
| | **Kate Turic**<br>**11420 labrador ln**<br>**concord, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1293 of 1944

| 2.5119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Stephanie Turkal**
**4324 duke cir sw**
**massillon, OH 44646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |

**Deena Turnbull**
**2460 Broken Woods Drive**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |

**Deena Turnbull**
**2460 Broken Woods Drive**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Danielle Turner**
**7304 Jimmie St SW**
**Massillon, OH 44646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1294 of 1944

| 2.5123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Jeff Turner**
**765 E Columbus Ave.**
**Bellefontaine, OH 43311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Karen Turner**
**2677 Bronsons Way**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Kim Turner**
**5552 Kinvarra Ct**
**Dublin, OH 43016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Shelly Turner**
**2663 Ashwood Dr**
**Loveland, OH 45140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Discovery Tours Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.5127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |

**Tiffany Turner**
**9953 Brookhill Circle**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |

**Timea Turoczi**
**10 Skyline dr**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |

**Ryan Tuttle**
**5051 Britton Farms Drive**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |

**Gladys Twumwaa**
**80 Bent Tree Dr Apt 2D**
**Fairfield, OH 45014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Jacqueline Tynan**<br>**506 Rachel Cir. N.W.**<br>**Massillon, OH 44646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $495.00 | $495.00 |
|---|---|---|---|---|
| | **Doug Uchbar**<br>**11775 Parkwood Dr**<br>**Chardon, OH 44024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $470.00 | $470.00 |
|---|---|---|---|---|
| | **Charles Uhler**<br>**3445 palmer dr**<br>**rocky river, OH 44116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $410.00 | $410.00 |
|---|---|---|---|---|
| | **Judith Uijtewaal**<br>**31 Blackberry Drive**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Discovery Tours Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.5135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$340.00** | **$340.00** |
|---|---|---|---|---|
| | **Christine Ule**<br>**704 Radford Drive**<br>**Richmond Heights, OH 44143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$470.00** | **$470.00** |
|---|---|---|---|---|
| | **Michael Uline**<br>**946 Bates Road**<br>**Rocky River, OH 44116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$470.00** | **$470.00** |
|---|---|---|---|---|
| | **Michael Uline**<br>**946 Bates Road**<br>**Rocky River, OH 44116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$580.00** | **$580.00** |
|---|---|---|---|---|
| | **JENNIFER UNDERWOOD**<br>**1294 COUNTY RD 236**<br>**van buren, OH 45889** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Discovery Tours Inc.** | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

| 2.5139 | Priority creditor's name and mailing address<br>**Amy Unger**<br>**6524 Dunbarton Drive**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$410.00** | **$410.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5140 | Priority creditor's name and mailing address<br>**Claudia Unger**<br>**7170 Lakeshore blvd**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$455.00** | **$455.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5141 | Priority creditor's name and mailing address<br>**Nichole Unger**<br>**911 Washington St.**<br>**Troy, OH 45373** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$810.00** | **$810.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5142 | Priority creditor's name and mailing address<br>**Lauren Unke**<br>**33 Nathan CT**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140.00** | **$140.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1299 of 1944

| 2.5143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |

**Rhonda Unthank**
**3304 Triplecrown Dr.**
**North Bend, OH 45052**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Shankar Upadhyayula**
**300 HIDDEN LAKE LANE**
**Peninsula, OH 44264**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |

**Erin Upchurch**
**5099 Sansom Court**
**Columbus, OH 43220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Nancy Upholz**
**6252 Inland Shores Drive**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.5147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.00 | $475.00 |
| | **Amy Upp** | Check all that apply. | | |
| | **3202 Terra Drive** | ☐ Contingent | | |
| | **Columbus, OH 43228** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No   ☐ Yes | | |

| 2.5148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.00 | $475.00 |
| | **Amy Upp** | Check all that apply. | | |
| | **3202 Terra Drive** | ☐ Contingent | | |
| | **Columbus, OH 43228** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No   ☐ Yes | | |

| 2.5149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
| | **Lynda Urdzik** | Check all that apply. | | |
| | **10274 Sandalwood Lane** | ☐ Contingent | | |
| | **Twinsburg, OH 44087** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No   ☐ Yes | | |

| 2.5150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
| | **Inna Ushats** | Check all that apply. | | |
| | **32617 Seneca Dr** | ☐ Contingent | | |
| | **Solon, OH 44139** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No   ☐ Yes | | |

| 2.5151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$470.00** | **$470.00** |
| --- | --- | --- | --- | --- |

Priority creditor's name and mailing address
**Robert Uy
2648 Forestview Avenue
Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5152   Priority creditor's name and mailing address
**Antonia Uzl
417 Wilmington Dr.
Broadview Heights, OH 44147**

As of the petition filing date, the claim is:     **$460.00**   **$460.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5153   Priority creditor's name and mailing address
**Grace Vacca
20353 Westhaven Lane
ROCKY RIVER, OH 44116**

As of the petition filing date, the claim is:     **$470.00**   **$470.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5154   Priority creditor's name and mailing address
**Jennifer Vacca
2887 Columbia Trl
Loveland, OH 45140**

As of the petition filing date, the claim is:     **$165.00**   **$165.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps   Doc 1   FILED 05/07/18   ENTERED 05/07/18 13:30:30   Page 1302 of 1944

| 2.5155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Don Vaccariello**
**5758 Bunker**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Antoanela Vaccaro**
**270 Grey Fox Run None**
**Bentleyville, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Kristy Vagnier**
**1487 Aniko Ave.**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Ellen Vahue**
**7440 Shewango Way**
**Madeira, OH 45243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Meghan Vaillancourt**
**1927 Hyannis Circle**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**Leslie Vajner**
**14795 Lancelot Lane West**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |

**Melissa Valenti**
**3801 Portside Dr.**
**Vermilion, OH 44089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**Ronni Valentino**
**1295 Della Place**
**Columbus, OH 43228**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.5163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $870.00 | $870.00 |
| | **JP Valiuls**<br>**7904 Norma Court**<br>**Lewis Center, OH 43035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.00 | $520.00 |
| | **Carla Valles**<br>**172 Loyola Drive**<br>**Elyria, OH 44035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |
| | **Jennifer Valley**<br>**6566 Akins Road**<br>**North Royalton, OH 44133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
| | **Scott Valore**<br>**8630 mansion blvd.**<br>**mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

| 2.5167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Todd Valore**<br>**7851 Champaign Dr.**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $505.00 | $505.00 |
|---|---|---|---|---|
| | **Anna Valuyskikh**<br>**5234 Crofton Avenue**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $580.00 | $580.00 |
|---|---|---|---|---|
| | **Linda VanAtta**<br>**200 E. Bigelow**<br>**Findlay, OH 45840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Lori VanBokkelen**<br>**7638 Hempfield Lane**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Kristi Vance**
**8603 Lazelle Commons Drive**
**Lewis Center, OH 43035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Jillian VanderMerwe**
**8829 Logger Place**
**Mason, OH 45040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Daniel VanDeusen**
**5545 KINVARRA CT**
**DUBLIN, OH 43016-6027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Kimberly VanGundy**
**3790 Smiley Road**
**Hilliard, OH 43026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|
| | **Amy VanHoose**<br>**312 E. High Ave**<br>**Bellefontaine, OH 43311** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.5176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Travis VanNeste**<br>**85 Wildhurst Road**<br>**Excelsior, MN 55331** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.5177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Debi Vannoy**<br>**9965 Darrow Park Dr F106**<br>**Twinsburg, OH 44087** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.5178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|
| | **Angela Vannucci**<br>**3818 Bradfords Gate**<br>**Rocky River, OH 44116** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.5179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Michele Vano**
**6145 Althea Dr**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Patricia Vano**
**9263 Terrace Park Dr.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |

**Danielle Vanone**
**12145 sperry**
**chesterland, OH 44026**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**Nate VanSteenvoort**
**7679 FEDER ROAD**
**GALLOWAY, OH 43119**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.5183 | Priority creditor's name and mailing address<br>**Danielle VanVorhis**<br>**7724 West Watermark Dr**<br>**Findlay, OH 45840** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$580.00** **$580.00**

| | |
|---|---|
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| | |
|---|---|
| 2.5184 | Priority creditor's name and mailing address<br>**Danielle VanVorhis**<br>**7724 West Watermark Dr**<br>**Findlay, OH 45840** |

As of the petition filing date, the claim is: **$580.00** **$580.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| | |
|---|---|
| 2.5185 | Priority creditor's name and mailing address<br>**Kolin VanWinkle**<br>**5740 Birdie Lane**<br>**Mentor, OH 44060** |

As of the petition filing date, the claim is: **$455.00** **$455.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| | |
|---|---|
| 2.5186 | Priority creditor's name and mailing address<br>**John Varga**<br>**35 Nantucket drive**<br>**Hudson, OH 44236** |

As of the petition filing date, the claim is: **$410.00** **$410.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

| | | |
|---|---|---|
| 2.5187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

**2.5187** | Priority creditor's name and mailing address

**Melissa Vata**
**6890 Topper dr**
**Hudson, OH 44136**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$410.00    $410.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5188** | Priority creditor's name and mailing address

**Ashleigh Vaughn**
**5860 Katara Drive**
**Galloway, OH 43119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$325.00    $325.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5189** | Priority creditor's name and mailing address

**Barbara Vaughn**
**2221 Tanner Ave S W**
**Canton, OH 44706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$490.00    $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5190** | Priority creditor's name and mailing address

**Julie Vaughn**
**7983 Colonial Dr Apt C**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00    $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Discovery Tours Inc. | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.5191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $637.00 | $637.00 |
|---|---|---|---|---|

**Maria Vazquez**
**1520 hawk circle apt a**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Nina Vazquez**
**5595 Autumncrest St SW**
**Canton, OH 44706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Yolanda Veasey**
**9931 Darrow Park Drive 110-M**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Amy Vecchio**
**8089 cloveridge road**
**chagrin falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
| | **Scott Vehar** | *Check all that apply.* | | |
| | **8250 Lancaster Dr.** | ☐ Contingent | | |
| | **Mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
| | **Laurel Velazquez** | *Check all that apply.* | | |
| | **24609 Duffield Road** | ☐ Contingent | | |
| | **Beachwood, OH 44122** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
| | **Bonnie Veleba** | *Check all that apply.* | | |
| | **8415 Music st** | ☐ Contingent | | |
| | **chagrin Falls, OH 44022** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |
| | **Luis Velez** | *Check all that apply.* | | |
| | **1236 kildale sq n** | ☐ Contingent | | |
| | **columbus, OH 43229** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | Discovery Tours Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.5199 | Priority creditor's name and mailing address<br>**Carl Vella**<br>**2046 Spring Ridge**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$385.00** | **$385.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5200 | Priority creditor's name and mailing address<br>**Ayse Vellky**<br>**1903 Forestview Lane**<br>**Delaware, OH 43015** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$870.00** | **$870.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5201 | Priority creditor's name and mailing address<br>**Stephanie Vellky**<br>**3686 Lagoon Ln**<br>**Hilliard, OH 43026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$645.00** | **$645.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5202 | Priority creditor's name and mailing address<br>**Shannon Velotta**<br>**12402 Harold Dr**<br>**Chesterland, OH 44026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$340.00** | **$340.00** |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Aneta Velovski**
**96 Purple Leaf Ln**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Kristen Veltkamp**
**17350 Parkside Drive**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Natalie Vendetti**
**6521 Sherry Lane**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Sarah Venezian**
**7724 Shawnee Run Rd**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**SHANKAR VENKATARAMAN**
**331 HOLLY GROVE ROAD**
**LEWIS CENTER, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Rachel Venti**
**3066 Ravenna St**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Sherryl Verceles**
**2200 Shamrock Lane**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Carol Vernyi**
**3693 Sea Ray Cv**
**Aurora, OH 44202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Beverly Via**
**26 N. Norwich Rd.**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|---------------------|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Debra Victor**
**36140 PETTIBONE ROAD**
**SOLON, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|---------------------|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Heather Vidmar-McEwen**
**23316 E Groveland Rd**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|---------------------|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Jacqueline Vidra**
**4772 Farley Dr.**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|---------------------|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Discovery Tours Inc. | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

| 2.5215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**2.5215**

Priority creditor's name and mailing address

**Jeremiah Vigansky**
**208 Greenridge Drive**
**Bellefontaine, OH 43311**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$675.00**    **$675.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5216**

Priority creditor's name and mailing address

**Melissa Villafan**
**4663 Russell Pt**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$325.00**    **$325.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5217**

Priority creditor's name and mailing address

**Candace Villanueva**
**5386 Crescent Drive**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$325.00**    **$325.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5218**

Priority creditor's name and mailing address

**Laura Villanueva**
**12860 Mayfield Road Lot 46**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$490.00**    **$490.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Chris Vincent**
**9247 Windy Creek**
**Columbus, OH 43240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Jim Vitale**
**10180 Weathersfield Dr.**
**Concord Twp., OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

**Jim Vitale**
**10180 Weathersfield Dr.**
**Concord Twp., OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Tamarraw Vitangeli**
**691 Rosecrest Dr**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.5223 | Priority creditor's name and mailing address<br>**Tamarraw Vitangeli**<br>**691 Rosecrest Dr**<br>**Troy, OH 45373** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$810.00 $810.00

| | |
|---|---|
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.5224 | Priority creditor's name and mailing address<br>**Timothy Vlach**<br>**6603 Deer Haven Dr**<br>**Painesville, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$455.00 $455.00

| | |
|---|---|
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.5225 | Priority creditor's name and mailing address<br>**Mimi Vo**<br>**3138 merino lane**<br>**twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$385.00 $385.00

| | |
|---|---|
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.5226 | Priority creditor's name and mailing address<br>**THY VO**<br>**7758 Kingman Place**<br>**Lewis Center, OH 43035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$870.00 $870.00

| | |
|---|---|
| Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.5227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.00 | $495.00 |
|---|---|---|---|---|
| | **Paula Voegele** **9660 Kelly Drive** **Loveland, OH 45140** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.5228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Katherine Vogel** **41 morning song lane** **Hudson, OH 44236** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.5229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.00 | $165.00 |
|---|---|---|---|---|
| | **Natalie Vogt** **2461 Arborwood Drive** **Loveland, OH 45140** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.5230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410.00 | $410.00 |
|---|---|---|---|---|
| | **George Voinovich** **2749 Middleton Rd.** **Hudson, OH 44236** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1321 of 1944

| 2.5231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Sheila Vollmer**
**314 Adams St**
**Port Clinton, OH 43452-1909**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Joe Volpe**
**1067 Valewood Ct**
**Painesville Twp, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Todd Von Ville**
**2677 Ellsworth Hill Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Gina VonVille**
**2677 Ellsworth Hill Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| Debtor | **Discovery Tours Inc.** | Case number (if known) |
| | Name | |

| 2.5235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Frank Vosicky**
**710 Retford Parkway**
**Painesville, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Eric Voth**
**8668 Center Drive**
**North Royalton, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Marianthie Vourliotis**
**5200 Royalton Rd. B3**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Shelly Vranich**
**5565 Baycrest St SW**
**Canton, OH 45706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Ana Vucic**
**2362 Hetter Street**
**Columbus, OH 43228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5240 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Kim Vujaklija**
**8920 Hikers Trail**
**CHARDON, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5241 | Priority creditor's name and mailing address | | $455.00 | $455.00 |
|---|---|---|---|---|

**Antonija Vukancic**
**6194 Seneca Rd**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5242 | Priority creditor's name and mailing address | | $495.00 | $495.00 |
|---|---|---|---|---|

**Nick Vunderink**
**205 Goredon Dr**
**Chardon, OH 44024-1513**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Name

| 2.5243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Richard Wachhaus**
**9814 Fawn Court**
**Mentor, OH 44060**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.5244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Lisa Wade**
**8024 Butler Hill Drive**
**Concord Twp, OH 44077**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.5245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Melissa Wadsworth**
**100 Keenan Rd. Lot B38**
**Peninsula, OH 44264**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.5246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 | $230.00 |

**Colette Wagener**
**1009 W WAYNE ST**
**MAUMEE, OH 43537**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.5247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$645.00** | **$645.00** |
|--------|--|--|--|--|

**Diane Wagenhauser**
**3075 Gilridge Dr**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$410.00** | **$410.00** |
|--------|--|--|--|--|

**Daryl Wagner**
**198 Aurora Street**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$495.00** | **$495.00** |
|--------|--|--|--|--|

**Gina Wagner**
**12691 Ravenna Rd**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$495.00** | **$495.00** |
|--------|--|--|--|--|

**Gina Wagner**
**12691 Ravenna Rd**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5251 | Priority creditor's name and mailing address<br>**Keisha Wagner**<br>**10346 Merriam Lane**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $385.00 | $385.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5252 | Priority creditor's name and mailing address<br>**Tanya Wagner**<br>**6299 Cumberland Drive**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $455.00 | $455.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5253 | Priority creditor's name and mailing address<br>**Jennifer Waicak**<br>**2472 Mary Lou St NW**<br>**Massillon, OH 44646** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $490.00 | $490.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5254 | Priority creditor's name and mailing address<br>**Betce Wainio**<br>**10641 jubilee drive**<br>**chardon, OH 44024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $495.00 | $495.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Holly Waite**
**3926 Kings Mill Run**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5256 | Priority creditor's name and mailing address | | $460.00 | $460.00 |
|---|---|---|---|---|

**Monica Waite**
**7646 Glenmont Dr. Apt A A**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5257 | Priority creditor's name and mailing address | | $870.00 | $870.00 |
|---|---|---|---|---|

**Jennifer Walberry**
**336 holly grove road**
**lewis ceneter, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5258 | Priority creditor's name and mailing address | | $460.00 | $460.00 |
|---|---|---|---|---|

**JAMES WALCZAK**
**1442 SANFORD ST**
**VERMILION, OH 44089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5259 | Priority creditor's name and mailing address **Sarah Wales-McGrath** **3072 Abrams Drive** **Twinsburg, OH 44087** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$385.00** | **$385.00** |

| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |

| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.5260 | Priority creditor's name and mailing address **Annalee Walker** **1810 Beechwood Dr** **Troy, OH 45373** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$810.00** | **$810.00** |

| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |

| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.5261 | Priority creditor's name and mailing address **Annalee Walker** **1810 Beechwood Dr** **Troy, OH 45373** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$810.00** | **$810.00** |

| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |

| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.5262 | Priority creditor's name and mailing address **Danielle Walker** **6546 Chestwick Lane** **Hudson, OH 44236** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$140.00** | **$140.00** |

| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |

| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

18-12734-jps Doc 1 FILED 05/07/18 ENTERED 05/07/18 13:30:30 Page 1329 of 1944

| 2.5263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Danielle Walker**
**6546 Chestwick Lane**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Deva Walker**
**23305 Chagrin Blvd Apt 310**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Heather Walker**
**7539 Fern Dr**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Holly Walker**
**4577 Marilyn Street**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1330 of 1944

| 2.5267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Tricia Walker**
**2645 Brooklyn Ave SW**
**Canton, OH 44706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Barbara Wallace**
**43160 Hastings Rd**
**Oberlin, OH 44074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Halle Wallace**
**6318 Bryson drive**
**mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Amie Walland**
**12830 big creek ridge drive**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $810.00 | $810.00 |
|---|---|---|---|---|

**Karena Waller**
**701 S Stanfield Rd Apt 144**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $230.00 | $230.00 |
|---|---|---|---|---|

**Teri Waller**
**1134 Westfield Dr.**
**Maumee, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $505.00 | $505.00 |
|---|---|---|---|---|

**Alisa Walsh**
**6838 Mayapple Circle**
**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $455.00 | $455.00 |
|---|---|---|---|---|

**Maria Walston**
**7714 Garfield Rd.**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.5275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Marlene Walter**
**6598 Ebury Cir**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Molly Walters**
**3822 Treadway Trail**
**Hamilton, OH 45011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Heather Walton**
**1219 concord ave sw**
**Canton, OH 44720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Tammy Walton**
**6609 Limberlost Court**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$780.00** | **$780.00** |
| --- | --- | --- | --- | --- |
| | **Shelly Waltz**<br>**6766 Ken Arbre Dribet**<br>**Cincinnati, OH 45236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$410.00** | **$410.00** |
| --- | --- | --- | --- | --- |
| | **Bo Wang**<br>**5370 brooklands drive**<br>**hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$435.00** | **$435.00** |
| --- | --- | --- | --- | --- |
| | **Haiping Wang**<br>**2562 Biscayne Blve**<br>**Beachwood, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$505.00** | **$505.00** |
| --- | --- | --- | --- | --- |
| | **Kaisheng Wang**<br>**27555 Tinkers Valley Dr.**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Nancy Wang**
**4740 Brookhaven Dr**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Xiaohong Wang**
**7749 Peck Ct.**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Kristin Wanyek**
**1201 waterfront place**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Kristin Wanyek**
**1201 waterfront place**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Name

| 2.5287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

**Kristin Wanyek**
**1201 waterfront place**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.5288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

**Kristin Wanyek**
**1201 waterfront place**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.5289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Michael Warburton**
**3505 Patcon Way**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.5290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Cheryl Ward**
**4911 Menloughwood Dr NW**
**Canton, OH 44708**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

| 2.5291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |

**Mark Ward**
**1141 Edgewater Drive**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
☐ Yes

---

| 2.5292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |

**Mark Ward**
**1141 Edgewater Drive**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
☐ Yes

---

| 2.5293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |

**Molly Ward**
**20783 Avalon Drive**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
☐ Yes

---

| 2.5294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Monique Ward**
**5645 Hillcrest Avenue**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1337 of 1944

| | | |
|---|---|---|
| 2.5295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$490.00** | **$490.00** |

**2.5295** Priority creditor's name and mailing address

**Suzanne Ward**
**11561 Cherry Hollow Drive**
**Chardon, OH 44024**

As of the petition filing date, the claim is: **$490.00** **$490.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5296** Priority creditor's name and mailing address

**Tina Ward**
**7909 PRESTON HILL CT**
**MENTOR, OH 44060**

As of the petition filing date, the claim is: **$455.00** **$455.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5297** Priority creditor's name and mailing address

**Tina Ward**
**7394 south chestnut commons dr**
**Mentor, OH 44060**

As of the petition filing date, the claim is: **$455.00** **$455.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5298** Priority creditor's name and mailing address

**Tracy Ward**
**858 River Forest Drive**
**Maineville, OH 45039**

As of the petition filing date, the claim is: **$165.00** **$165.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Hillary Warman**
**5859 Bradford Way**
**Hudson, OH 62025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**LeeAnn Warner**
**5673 Nike Dr**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Nicole Warner**
**2799 Lakeview Ave**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Stephanie Warner**
**8586 Clover Glade Dr**
**Lewis Center, OH 43035-8647**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Discovery Tours Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.5303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Tara Warner**
**3257 Havel Drive**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5304 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**April Warstler**
**3060 Perry Dr Nw**
**Canton, OH 44708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5305 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Laura Washington**
**214 Canfield Dr.**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5306 | Priority creditor's name and mailing address | | $470.00 | $470.00 |
|---|---|---|---|---|

**Raymond Washio**
**3614 Palmer Drive**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**John Wasko**
**7472 Duke Ct.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Tom Wasserman**
**22465 Marlys 22465 Marlys**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Frank Watkins**
**7606 Allegheny Drive**
**Concord, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Matthew Watkins**
**906 Governors Rd**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1341 of 1944

| 2.5311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Matthew Watkins**
**906 Governors Rd**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.5312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Sarah Watkins**
**1142 Washington Road**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.5313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Sarah Watkins**
**1142 Washington Road**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.5314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Crystel WatkinsBates**
**309 Elberta Dr**
**Vermilion, OH 44089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☐ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1342 of 1944

| 2.5315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**KARRIE WATROUS**
**328 BIRCHWOOD LANE**
**PAINESVILLE, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Jessica Watson**
**6615 Center St**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Michelle Watson**
**10950 forest oaks drive**
**chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Sandi Watson**
**1740 Sedwick NW**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1343 of 1944

| | As of the petition filing date, the claim is: | | |
|---|---|---|---|

---

| 2.5319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Tanya Watson** | Check all that apply. | | |
| | **2684 Bronsons Way** | ☐ Contingent | | |
| | **Twinsburg, OH 44087** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|
| | **Debbie Watts** | Check all that apply. | | |
| | **9480 Sherman Rd** | ☐ Contingent | | |
| | **Chesterland, OH 44026** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|
| | **Jon Way** | Check all that apply. | | |
| | **5983 Hampton Corners S** | ☐ Contingent | | |
| | **Hilliard, OH 43206** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Desiree Waypa** | Check all that apply. | | |
| | **1875 Curry Lane** | ☐ Contingent | | |
| | **Twinsburg, OH 44087** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Jamie Wearley**<br>**2560 Victoria Pkwy**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |
|---|---|---|---|---|
| | **TAMMIE WEARSCH**<br>**1191 SANFORD STREET**<br>**VERMILION, OH 44089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Melissa Weaver**<br>**4663 Surmay Ave SW**<br>**Canton, OH 44706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|
| | **Stacey Weaver**<br>**700 Bowhall road**<br>**Painesville, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |

**Cheryl Webb**
**418 E. 5th St.**
**Port Clinton, OH 43452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Wesley Webb**
**5230 13th st sw**
**canton, OH 44710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

**Celine Webber**
**417 Louisiana Ave.**
**Elyria, OH 44035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.00 | $695.00 |

**Catherine Weber**
**5039 Sharon Hill Drive**
**Columbus, OH 43235**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Don Webster**
**10988 Leader RD**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|---|---|---|---|---|

**Jennifer Webster**
**373 Old Willow Ct**
**South Lebanon, OH 45065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Lyn Webster**
**12831 Balsam Dr**
**Van Buren, OH 45889-9687**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Lyn Webster**
**12831 Balsam Dr**
**Van Buren, OH 45889-9687**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Mark Webster**
**221 East 4th St.**
**Port Clinton, OH 43452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Scott Webster**
**6570 Newhouse Ct.**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Diane Wedding**
**8031 Kings Ct.**
**Maineville, OH 45039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Laura Weemhoff**
**8320 Squad Dr**
**Galloway, OH 43119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|
| | **Wei Wei**<br>**32625 Shadowbrook Dr**<br>**Solon, OH 44139** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|
| | **Christine Weiherer**<br>**3757 Indian Brave Trail**<br>**Cleves, OH 45002** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|
| | **Jennifer Weil**<br>**6833 Fox Hill Lane**<br>**Cincinnati, OH 45236** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Cathy Weinberg**<br>**11387 Worthington Way**<br>**North Royalton, OH 44133** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Halle Weinberg**
**37355 Bunker Hill**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Sherry Weinhardt**
**857 Barlow rd**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |

**Tim Weintraub**
**6164 Norwood**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |

**Kris Weir**
**13798 Fox Hills Dr**
**Novelty, OH 00044-0072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |

**2.5347**

Priority creditor's name and mailing address
**Natalie Weir**
**2962 Highwall Way**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$325.00**   **$325.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5348**

Priority creditor's name and mailing address
**Melissa Weisenburger**
**3183 Kaylyn Lane**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$325.00**   **$325.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5349**

Priority creditor's name and mailing address
**David Weiser**
**6391 Glenwillow Dr**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$460.00**   **$460.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.5350**

Priority creditor's name and mailing address
**Lynn Weiss**
**743 Wynstone Dr**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$870.00**   **$870.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Scott Weiss**
**1031 Forestbrook Lane**
**PAINESVILLE, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Stacey Weister**
**5129 14th St SW**
**Canton, OH 44710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Tammy Weitzner**
**16001 Bennett Rd**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Echo Welch**
**8910 Dean Rd**
**Vermilion, OH 44089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1352 of 1944

| 2.5355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

**Laura Weldon**
**7361 Lascala Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |

**Amanda Wells**
**1853 Riverwood Trail**
**Kings Mills, OH 45034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**Kelley Wells**
**6663 Ballantrae Place**
**Dublin, OH 43016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |

**PATTI WELLS**
**3662 TREADWAY TRAIL**
**HAMILTON, OH 45011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps   Doc 1   FILED 05/07/18   ENTERED 05/07/18 13:30:30   Page 1353 of 1944

| | | |
|---|---|---|
| 2.5359 | Priority creditor's name and mailing address<br>**Jenny Welte**<br>**12179 County Road 109**<br>**Findlay, OH 45840** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$580.00**   **$580.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.5360 | Priority creditor's name and mailing address<br>**Lauren Welter**<br>**7141 Cedar Street**<br>**Chagrin Falls, OH 44022** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$465.00**   **$465.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.5361 | Priority creditor's name and mailing address<br>**Lauren Welter**<br>**7141 Cedar Street**<br>**Chagrin Falls, OH 44022** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$465.00**   **$465.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.5362 | Priority creditor's name and mailing address<br>**Daren Wentz**<br>**5097 Troyer Dr**<br>**Kent, OH 44135** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$495.00**   **$495.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| Debtor | Discovery Tours Inc. | Case number *(if known)* | | |
|---|---|---|---|---|
| | Name | | | |

| 2.5363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**2.5363**

Priority creditor's name and mailing address

**Joseph Wenzel**
**8231 Sheltered Cove**
**Mentor, OH 44060**

As of the petition filing date, the claim is: $455.00 $455.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5364**

Priority creditor's name and mailing address

**Amy Werling**
**3190 Autumn Applause Dr**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is: $870.00 $870.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5365**

Priority creditor's name and mailing address

**Cory Wertsch**
**1620 Clipper CV**
**Painesville, OH 44077**

As of the petition filing date, the claim is: $520.00 $520.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5366**

Priority creditor's name and mailing address

**Toni Wesen**
**7694 Chesterbrook Road**
**Chesterland, OH 44026**

As of the petition filing date, the claim is: $340.00 $340.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1355 of 1944

| 2.5367 | Priority creditor's name and mailing address **Maria Wessel** **3939 Von Rissen Ct** **Cleves, OH 45002** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $750.00 | $750.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.5368 | Priority creditor's name and mailing address **Christina West** **2790 Kimberly Drive** **Maineville, OH 45039** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $165.00 | $165.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.5369 | Priority creditor's name and mailing address **Gretchen West** **7422 Highwood Way** **Hudson, OH 44236** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $410.00 | $410.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.5370 | Priority creditor's name and mailing address **Lori West** **2520 Renwick Way** **Troy, OH 45373** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,038.60 | $1,038.60 |
|---|---|---|---|---|
| | Date or dates debt was incurred **2017 or 2018** | Basis for the claim: **trip deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.5371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Brock Westbrook**
**9317 creekwood dr**
**mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $780.00 | $780.00 |
|---|---|---|---|---|

**Robert Westbrook**
**6613 Apache Circle**
**Cincinnati, OH 45253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $810.00 | $810.00 |
|---|---|---|---|---|

**Cyndi Westfall**
**703 E Main St**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Brenda Whalen**
**6279 Dawson Blvd**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.5375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Kristen Whelan**<br>**7802 Debonaire Dr.**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $635.00 | $635.00 |
|---|---|---|---|---|
| | **Angela Whitaker**<br>**6716 Forest Hill ln**<br>**Hamilton, OH 45011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $435.00 | $435.00 |
|---|---|---|---|---|
| | **Michael Whitaker**<br>**2970 Richmond Rd**<br>**Beachwood, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $435.00 | $435.00 |
|---|---|---|---|---|
| | **Michael Whitaker**<br>**2970 Richmond Rd**<br>**Beachwood, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.5379 | Priority creditor's name and mailing address<br>**Geoffrey White**<br>**20040 Parkview Ave**<br>**Rocky River, OH 44116** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$470.00** | **$470.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.5380 | Priority creditor's name and mailing address<br>**James White**<br>**122 Tilden Ave**<br>**CHARDON, OH 44024** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.00** | **$490.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.5381 | Priority creditor's name and mailing address<br>**JAMIE WHITE**<br>**455 A BARLOW RD.**<br>**HUDSON, OH 44236** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$90.00** | **$90.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.5382 | Priority creditor's name and mailing address<br>**Jennifer White**<br>**2764 W Asplin Dr**<br>**Rocky River, OH 44116** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$470.00** | **$470.00** |

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Kimberly White**
**11139 Butternut Road**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Lori White**
**221 Canfield Drive**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Michelle White**
**185 Radley DR**
**painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Patricia White**
**5969 Paron Place**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.5387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|
| | **Katrina Whited**<br>**6041 Willow Lake Dr.**<br>**Hudson, OH 44236** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|
| | **Susan Whitelaw**<br>**9359 Monticello Drive**<br>**Twinsburg, OH 44087** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|
| | **Natalie Whiting**<br>**11418 Heath Road**<br>**Chesterland, OH 44026** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|
| | **Natalie Whiting**<br>**11418 Heath Road**<br>**Chesterland, OH 44026** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Teresa Whiting**
**1401 e state st**
**Port Clinton, OH 43452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.5392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Marlene Whitman**
**7579 Rollingbrook Trail**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.5393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Susan Whitmer**
**12792 Sperry Rd**
**Chesterland, OH 44026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.5394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Darrin Whitt**
**4916 hollyview dr**
**vermilion, OH 44089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.5395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
| --- | --- | --- | --- | --- |
| | **Rod Whittington**<br>**10283 Orchard Hill Ln.**<br>**Twinsburg, OH 44087** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
| --- | --- | --- | --- | --- |
| | **Tim Wicinski**<br>**1550 Commodore Cove**<br>**Painesville, OH 44077** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |
| | **Amy Wickham**<br>**6749 Trafalgar Loop**<br>**Dublin, OH 43016** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| --- | --- | --- | --- | --- |
| | **Nicole Wicks**<br>**2973 E Orange Rd**<br>**Lewis Center, OH 43035** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Teresa Widdoes**
**2255 Jesse Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Yvette Widmar**
**11624 Cambridge Dr.**
**Chesterland, OH 44026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**Gina Wiechman**
**907 taft st**
**Port Clinton, OH 43452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Gayleen Wiegand**
**4920 Timberview Dr**
**Vermilion, OH 44089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Name

| | | | |
|---|---|---|---|
| 2.5403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00  $780.00 |

**Susan Wiesemann**
**7301 Shewango Way**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.5404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00  $455.00 |

**Jason Wiess**
**9680 Executive Ct**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.5405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00  $505.00 |

**Jonathan Wiggins**
**33945 blue heron dr**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.5406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00  $495.00 |

**Shannon Wik**
**5117 Meadowview Ln**
**South Lebanon, OH 45065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1365 of 1944

| 2.5407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Linda Wiley**
**1492 Plantation Dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Brenda Wilkes**
**4200 Shepler Church Ave SW**
**CANTON, OH 44706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Alina Wilkinson**
**5791 Birdie Lane**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Tracey Wilkinson**
**11460 Glenmora Drive**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.00 | $870.00 |
|---|---|---|---|---|

**JON WILLARD**
**8663 CLARKSDALE DR**
**LEWIS CENTER, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

☐ No
☐ Yes

---

| 2.5412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.00 | $165.00 |
|---|---|---|---|---|

**Stacey Willging**
**7863 Strawberry Hill Lane**
**Maineville, OH 45039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

☐ No
☐ Yes

---

| 2.5413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $695.00 | $695.00 |
|---|---|---|---|---|

**Andrea Williams**
**889 Thomas Lane**
**Columbus, OH 43220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

☐ No
☐ Yes

---

| 2.5414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.00 | $490.00 |
|---|---|---|---|---|

**Angela Williams**
**2307 Amberwood**
**Massillon, OH 44646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

☐ No
☐ Yes

| 2.5415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Bradford Williams**
**1282 Bell Court**
**Elyria, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5416 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Carissa Williams**
**2736 Perry Drive SW**
**Canton, OH 44706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5417 | Priority creditor's name and mailing address | | $340.00 | $340.00 |
|---|---|---|---|---|

**Carrie Williams**
**795 Coy Ln**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5418 | Priority creditor's name and mailing address | | $495.00 | $495.00 |
|---|---|---|---|---|

**Cheryl Williams**
**10565 Hemlock Ridge Dr**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1368 of 1944

| 2.5419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Cheryl Williams**
**10565 Hemlock Ridge Dr**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Danielle Williams**
**23511 Chagrin Blvd Apt. 306**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Jacob Williams**
**1182 Hubbard Road**
**Galloway, OH 43119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Kelli Williams**
**7781 Royal Park dr**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1369 of 1944

| 2.5423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
| --- | --- | --- | --- | --- |

**Kimberly Williams**
**3258 Shale Drive**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
| --- | --- | --- | --- | --- |

**Kristie Williams**
**1100 Oxfordshire Drive**
**Columbus, OH 43228**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
| --- | --- | --- | --- | --- |

**Latisha Williams**
**10803 Ravenna rd Apt 107**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
| --- | --- | --- | --- | --- |

**Laura Williams**
**10700 Butternut Road**
**Chesterland, OH 44026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.5427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 $385.00 |

**LYNETTE WILLIAMS**
**10446 TOWNLEY CT**
**REMINDERVILLE, OH 44202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 $505.00 |

**Michelle Williams**
**37205 Halton Ct.**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 $505.00 |

**Michelle Williams**
**37205 Halton Ct.**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 $385.00 |

**Raymond Williams**
**1993 Marwell BLVD**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1371 of 1944

| 2.5431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Shannon Williams**
**5883 Buckeye Lane**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Shaun Williams**
**43 West Bel Meadow Lane**
**South Russell, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Sheri Williams**
**7856 Glengate Dr.**
**Broadview Hts, OH 44147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Jennifer Williams-Reid**
**10766 Butternut Rd**
**Chesterland, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

18-12734-jps   Doc 1   FILED 05/07/18   ENTERED 05/07/18 13:30:30   Page 1372 of 1944

| 2.5435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Michelle Willmott**
**8151 Ravenna Road**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Trisha Wilmoth**
**1774 Marby Dry**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Trisha Wilmoth**
**1774 Marby Dry**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**April WIlson**
**420 west 6th street**
**Port clinton, OH 43452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1373 of 1944

| 2.5439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Felicia Wilson**
**6488 Hayden Run Road**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Jennifer Wilson**
**1466 Lee Rd**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**JOHN WILSON**
**8188 Dartmoor Rd**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|---|---|---|---|---|

**Nicole Wilson**
**3143 St. Mikala Ct**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| | **Robin Wilson**<br>**7502 Whitemarsh Way**<br>**Hudson, OH 44236** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
| | **Shannon Wilson**<br>**866 Bryant Dr**<br>**Vermilion, OH 44089-1098** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| | **Melanie Wilt**<br>**7600 Holderman Street**<br>**Lewis Center, OH 43035** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
| | **Kama WINCHEL**<br>**1337 Winningham Lane**<br>**Columbus, OH 43240** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5447 | Priority creditor's name and mailing address<br>**Steve WindoverNoble**<br>**2337 Champion Trail**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $385.00 | $385.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5448 | Priority creditor's name and mailing address<br>**Joy Wingader**<br>**2299 Tyre Dr**<br>**Hudson, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $410.00 | $410.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5449 | Priority creditor's name and mailing address<br>**Bobbie Winkelman**<br>**165 Buckingham Drive**<br>**Elyria, OH 44035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $520.00 | $520.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5450 | Priority creditor's name and mailing address<br>**Erica Winningham**<br>**23351 Chagrin Blvd Apt 108**<br>**Beachwood, OH 44122** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $435.00 | $435.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps  Doc 1  FILED 05/07/18  ENTERED 05/07/18 13:30:30  Page 1376 of 1944

| 2.5451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Thomas Wirsing**<br>**6586 Dellhaven Ave**<br>**Mentor, OH 44060** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.5452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|
| | **Dena Wise**<br>**9385 Bassett Lane**<br>**North Royalton, OH 44133** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.5453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|
| | **Heather Wise**<br>**8441 Olenbrook Drive**<br>**Lewis Center, OH 43035** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.5454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|
| | **Mary Wise**<br>**556 Keys Dr**<br>**Elyria, OH 44035** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 1364 of 1420

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| 2.5455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $695.00 | $695.00 |
| --- | --- | --- | --- | --- |
| | **Scott Wise**<br>**5482 Glasgow Place**<br>**COLUMBUS, OH 43235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.5456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $870.00 | $870.00 |
| --- | --- | --- | --- | --- |
| | **Chad Wiseman**<br>**2370 Maxwell Ave.**<br>**Lewis Center, OH 43035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.5457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |
| --- | --- | --- | --- | --- |
| | **Nellie Wislocki**<br>**11983 Firefly Drive**<br>**North Royalton, OH 44133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.5458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |
| | **Dianne Wislon**<br>**9261 Boyer Lane**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.5459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Jessica Wisniewski**
**119 Caroline street**
**Elyria, OH 44035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Melissa Wissel**
**2689 Leslie lee court**
**Hamilton, OH 45011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Tarin Withers**
**6472 Ravena Dr.**
**Hamilton, OH 45011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**Larry Withrow**
**5984 North Turtlecreek Drive**
**Fairfield, OH 45014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1379 of 1944

| 2.5463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| | **Donna Witter** | Check all that apply. | | |
| | **5303 Wilshire Park Dr.** | ☐ Contingent | | |
| | **Hudson, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 | $230.00 |
| | **Tami Wittmann** | Check all that apply. | | |
| | **1304 Chantilly Dr.** | ☐ Contingent | | |
| | **Maumee, OH 43537** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
| | **Debbie Wittrup** | Check all that apply. | | |
| | **30270 Woodall** | ☐ Contingent | | |
| | **Solon, OH 44139** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
| | **Michelle Witzky** | Check all that apply. | | |
| | **7597 Capilano Drive** | ☐ Contingent | | |
| | **Solon, OH 44139** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$700.00** | **$700.00** |
| | **Heidi Wojtowicz** | Check all that apply. | | |
| | **4119 Hurley Drive** | ☐ Contingent | | |
| | **Toledo, OH 43614** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.5468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$455.00** | **$455.00** |
| | **Tom Wolak** | Check all that apply. | | |
| | **6218 Carolyn Dr** | ☐ Contingent | | |
| | **Mentor, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.5469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$495.00** | **$495.00** |
| | **Vanessa Wolcott** | Check all that apply. | | |
| | **13633 Radcliffe Rd** | ☐ Contingent | | |
| | **Chardon, OH 44024** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.5470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$490.00** | **$490.00** |
| | **Vanessa Wolcott** | Check all that apply. | | |
| | **13633 Radcliffe Rd** | ☐ Contingent | | |
| | **Chardon, OH 44024** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1381 of 1944

| 2.5471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

Check all that apply.

**Kerry Wolenski**
**55 East Case Drive**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |

Check all that apply.

**Kerrie Wolf**
**11243 Exmoor Dr**
**Concord, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

Check all that apply.

**Monica WolfCuadrado**
**2420 Tyre Dr**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

Check all that apply.

**Amanda Wolfe**
**5273 Frisco dr**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$810.00** | **$810.00** |
|---|---|---|---|---|

**Amber Wolfe**
**533 S Mulberry**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$810.00** | **$810.00** |
|---|---|---|---|---|

**Amber Wolfe**
**533 S Mulberry**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$325.00** | **$325.00** |
|---|---|---|---|---|

**Danielle Wolfe**
**5191 Hialeah Ct**
**Columbus, OH 43221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$520.00** | **$520.00** |
|---|---|---|---|---|

**Jon Wolfe**
**1410 Willowood Ct**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.5479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

---

2.5479 | Priority creditor's name and mailing address
**Timothy Wolfe**
**3199 Kaylyn Lane**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$325.00**    **$325.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5480 | Priority creditor's name and mailing address
**Lynn Wolfenberger**
**4955 Reed Rd**
**Columbus, OH 43220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$695.00**    **$695.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5481 | Priority creditor's name and mailing address
**Deanna Wolford**
**5610 Nike Dr.**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$325.00**    **$325.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5482 | Priority creditor's name and mailing address
**Amy Wolterman**
**3505 Buckeye Trace**
**Cleves, OH 45002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$750.00**    **$750.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Shannon Wong**
**37174 Tidewater Dr.**
**Solon, OH 44139**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Nicole Wood**
**7613 bellflower rd**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Timothy Wood**
**3514 Mark Twain Dr.**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Clint Woodall**
**15316 Bent Tree Dr**
**Findlay, OH 45840**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

**Clint Woodall**
**15316 Bent Tree Dr**
**Findlay, OH 45840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Curtis Woodard**
**2823 Pheasant Field Dr**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Christene Woodley**
**9020 Cabroilet Ave**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Kelly Woodmancy**
**10781 Bentley Dr.**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Christine Woods**
**6363 carter blvd**
**mentor, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|---|---|---|---|---|

**Joe Woods**
**1419 Little Bear Loop**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Kristie Woods**
**921 Pheasant Grove Ave. NW**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Kristie Woods**
**921 Pheasant Grove Ave. NW**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | |
|---|---|
| 2.5495 | Priority creditor's name and mailing address |

**Tiffany Woods**
**9063 Columbia rd**
**Loveland, OH 45140**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$165.00          $165.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.5496 | Priority creditor's name and mailing address |

**Brandy Woodward**
**1370 Sanford St**
**Vermilion, OH 44089**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$460.00          $460.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.5497 | Priority creditor's name and mailing address |

**Darlene Woolard**
**10000 Ezra Court**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$385.00          $385.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.5498 | Priority creditor's name and mailing address |

**Jeffrey Woolf**
**12806 Bass Lake Rd**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$495.00          $495.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Erin Worth**
**543 Shaftsbury Road**
**Troy, OH 45373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Allison Wouters**
**122 Walnut St**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Amy Wrachford**
**7673 Crimson Court**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.00 | $635.00 |
|---|---|---|---|---|

**David Wray**
**9573 Nathanial Ln.**
**Fairfield, OH 45014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.5503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$635.00** **$635.00** |

**2.5503** Priority creditor's name and mailing address
**Marcia Wray**
**5759 Lake Michigan Drive**
**Fairfield, OH 45014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$635.00**   **$635.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5504** Priority creditor's name and mailing address
**Melissa Wren**
**2961 Highwall Way**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$325.00**   **$325.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5505** Priority creditor's name and mailing address
**Amy Wright**
**9948 Pebble Beach Cove**
**Reminderville, OH 44202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$385.00**   **$385.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5506** Priority creditor's name and mailing address
**Anita Wright**
**2872 Roanoke St NW**
**Massillon, OH 44646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$490.00**   **$490.00**

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1390 of 1944

| 2.5507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Barbara Wright**
**860 Outrigger Cove**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
☐ Yes

| 2.5508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Dalanna Wright**
**9 East State Road**
**Cleves, OH 45002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
☐ Yes

| 2.5509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Gregory Wright**
**754 Sawmill Trail NE**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
☐ Yes

| 2.5510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**Jammie Wright**
**216 E Main St**
**Troy, OH 45373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
☐ Yes

| 2.5511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Molly Wright**
**18891 Inglewood Ave**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Scott Wright**
**7565 Deerpath Trl**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Stefanie Wroblesky**
**13103 hampton club drive Apt. 102**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Charles Wu**
**6910 Silkwood Lanbe**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1392 of 1944

| 2.5515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$780.00** | **$780.00** |
|---|---|---|---|---|

**Jianqiang Wu**
**6762 Eleck Pl**
**Cincinnati, OH 45243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$435.00** | **$435.00** |
|---|---|---|---|---|

**Yan Wu**
**24912 Hazelmere Rd**
**Beachwood, OH 44122-2325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$505.00** | **$505.00** |
|---|---|---|---|---|

**Amy Wurst**
**37540 Delamere Court**
**SOLON, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$580.00** | **$580.00** |
|---|---|---|---|---|

**Keely Wymer**
**2381 Bluestone Dr.**
**Findlay, OH 45840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|--------|--------------|--------------|--------|--------|
| | **Lynn Wyville**<br>**203 Monticello Dr**<br>**Chagrin Falls, OH 44022** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|--------|--------------|--------------|--------|--------|
| | **Jing Xie**<br>**35610 Spicebush Ln**<br>**Solon, OH 44139** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|--------|--------------|--------------|--------|--------|
| | **Lin Xu**<br>**32185 Sedgefield Oval**<br>**Solon, OH 44139** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|--------|--------------|--------------|--------|--------|
| | **Yanmei Xu**<br>**455 Inverness Ct.**<br>**Hudson, OH 44236** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1394 of 1944

| 2.5523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**Zhan Xu**
**32400 Miles Rd.**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**E Y**
**6668 Winston lane**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |

**Lazar Yakubov**
**23210 E Baintree rd**
**Beachwood, OH 44122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Amy Yamamoto**
**10360 Penniman Drive**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |

**Ruqiang Yan**
**23351 Chagrin Blvd Apt 309**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

**Stacey Yanak**
**7324 lacosta dr.**
**hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |

**Stacey Yanak**
**7324 lacosta dr.**
**hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |

**James Yang**
**35634 Spatterdock Ln**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.5531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $435.00 | $435.00 |
|---|---|---|---|---|
| | **Jun Yang**<br>**2650 Buckhurst Dr**<br>**Beachwood, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $435.00 | $435.00 |
|---|---|---|---|---|
| | **Jun Yang**<br>**21703 Halworth Rd**<br>**Beachwood, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|
| | **Michele Yanosko**<br>**7760 Litchfield Dr**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $505.00 | $505.00 |
|---|---|---|---|---|
| | **Caiping Yao**<br>**5740 Ledgebrook Ln**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017 or 2018** | Basis for the claim:<br>**trip deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$440.00** | **$440.00** |

**Stephanie Yarbrough**
**4787 East Woodland Dr.**
**Port Vlinton, OH 43452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$410.00** | **$410.00** |

**Tonia Yard**
**2399 Cambridge Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$325.00** | **$325.00** |

**Shala Yarger**
**868 Master Drive**
**Galloway, OH 43119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$870.00** | **$870.00** |

**Mindy Yarris**
**1494 wilhoit ave**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps   Doc 1   FILED 05/07/18   ENTERED 05/07/18 13:30:30   Page 1398 of 1944

| 2.5539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**Dalya Yaseen**
**4802 prince charles way**
**Hilliard, OH 43026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |

**Lilit Yavryan**
**3445 Beaver Trail Unit -A**
**Reminderville, OH 44202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 | $230.00 |

**John Yeager**
**654 Stacey Ln**
**Maumee, OH 43537**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |

**Michelle Yeager**
**1540 Clearbrook Rd NW**
**Massillon, OH 44646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.00 | $385.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Jeannette Yellen**
**9359 Sarah Court**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|---------------------|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Tracey Yerkey**
**69 Hickory Lane**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|---------------------|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.00 | $870.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Alper Yilmaz**
**2673 Bold Venture Drive**
**Lewis Center, OH 43035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|---------------------|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|---------|

**Liya Yin**
**5378 Duffield Drive**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|---------------------|
| **2017 or 2018** | **trip deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.5547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

| | |
|---|---|
| **Cassandra Yoder**<br>**72 23rd Street NW**<br>**Massillon, OH 44647** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$490.00   $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5548   Priority creditor's name and mailing address

**Gavin Yoder**
**1165 Allison Rd**
**Bellefontaine, OH 43311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$675.00   $675.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5549   Priority creditor's name and mailing address

**Deanna Yoder**
**10430 Sawmill Drive**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$490.00   $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5550   Priority creditor's name and mailing address

**Marcie Yontz**
**1108 West River Rd.**
**Vermilion, OH 44089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$460.00   $460.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.00 | $165.00 |
|---|---|---|---|---|

**Sybil York**
**4904 Riverwalk drive**
**Kings Mills, OH 45034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5552 | Priority creditor's name and mailing address | | $870.00 | $870.00 |
|---|---|---|---|---|

**David Yothers**
**7852 Royal Park Dr.**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5553 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Wendy Youmans**
**110 Pine Hollow Circle**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5554 | Priority creditor's name and mailing address | | $520.00 | $520.00 |
|---|---|---|---|---|

**Crystal Young**
**4670 fields way**
**lorain, OH 44053**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Elin Young**
**24023 Letchworth Rd.**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |
|---|---|---|---|---|

**Elizabeth Young**
**212 Bentleyville Road**
**Chagrin Falls, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Gary Young**
**325 N. Park ST.**
**Bellefontaine, OH 43311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Heather Young**
**730 terex road**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | |
|---|---|
| 2.5559 | |

Priority creditor's name and mailing address
**Lisa Young**
**2342 Moock Ave. S.W.**
**Canton, OH 44706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$490.00    $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.5560 | |

Priority creditor's name and mailing address
**Marcus Young**
**1221 brooklyn ave sw**
**canton, OH 44710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$490.00    $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.5561 | |

Priority creditor's name and mailing address
**ShaQuanna Young**
**313 Olive St**
**Elyria, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$520.00    $520.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.5562 | |

Priority creditor's name and mailing address
**Tarl Young**
**1142 Rockwood ave**
**Canton, OH 44710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$490.00    $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1404 of 1944

| Debtor | Discovery Tours Inc. | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

**2.5563** | Priority creditor's name and mailing address

**Rikki Youngpeter**
**7532 Township Rd. 212**
**Findlay, OH 45840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$580.00          $580.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5564** | Priority creditor's name and mailing address

**Rikki Youngpeter**
**7532 Township Rd. 212**
**Findlay, OH 45840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$580.00          $580.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5565** | Priority creditor's name and mailing address

**Saideh Yousefi**
**7500 jasani ct**
**mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$455.00          $455.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5566** | Priority creditor's name and mailing address

**Jin Yu**
**5004 Lake Forest drive**
**Peninsula, OH 44264**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$140.00          $140.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
| --- | --- | --- | --- | --- |

**Zheng Yu**
**23511 Chagrin Blvd. #210**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5568 | Priority creditor's name and mailing address | | $385.00 | $385.00 |
| --- | --- | --- | --- | --- |

**Ray Zack**
**4151 Morley Dr.**
**Reminderville, OH 44202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5569 | Priority creditor's name and mailing address | | $140.00 | $140.00 |
| --- | --- | --- | --- | --- |

**Cheryl Zadow**
**5602 Sunset Drive**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5570 | Priority creditor's name and mailing address | | $455.00 | $455.00 |
| --- | --- | --- | --- | --- |

**Linda Zahn**
**8440 Mansion Blvd.**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.5571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.00 | $520.00 |
|---|---|---|---|---|

**Annette Zak**
**702 Fairwood**
**Elyria, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $645.00 | $645.00 |
|---|---|---|---|---|

**Kristina Zakrzewski**
**2352 Highlandtown Drive**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 | $455.00 |
|---|---|---|---|---|

**Gregory Zalack**
**7414 Yorktown Ct.**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.00 | $870.00 |
|---|---|---|---|---|

**Julie Zalar**
**2525 Roe Drive**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1407 of 1944

| 2.5575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$490.00** | **$490.00** |

**Sandra Zalar**
**10485 Locust Grove**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$440.00** | **$440.00** |

**Allison Zam**
**1761 Douglas Ave**
**Port Clinton, OH 43452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$410.00** | **$410.00** |

**Mary Beth Zammataro**
**1647 Callander Drive**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$385.00** | **$385.00** |

**Jennifer Zammikiel**
**10018 Patton ST**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Peggy Zand**
**7628 White Oak Drive**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5580 | Priority creditor's name and mailing address | | $460.00 | $460.00 |
|---|---|---|---|---|

**Lynn Zantopulos**
**3242 Reckman Court**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5581 | Priority creditor's name and mailing address | | $490.00 | $490.00 |
|---|---|---|---|---|

**Dana Zarcone**
**9820 Rosewood Dr.**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5582 | Priority creditor's name and mailing address | | $340.00 | $340.00 |
|---|---|---|---|---|

**Jennifer Zaremba**
**14549 west ridge dr**
**novelty, OH 44072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1409 of 1944

| 2.5583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.00 | $340.00 |
|---|---|---|---|---|

**Diane Zargari**
**12675 Hovey Drive**
**Chesterland, OH 44026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 | $140.00 |
|---|---|---|---|---|

**Michelle Zarges**
**1633 Norton Road**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 | $495.00 |
|---|---|---|---|---|

**Tracy Zarzour**
**10580 Somerset Dr**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 | $700.00 |
|---|---|---|---|---|

**Brian Zattau**
**1710 Eastfield Drive**
**Maumee, OH 43537-2325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1410 of 1944

| | | |
|---|---|---|
| 2.5587 | Priority creditor's name and mailing address **Scott Zeiger** **9400 Roryanna Drive** **Chardon, OH 44024** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

$490.00  $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.5588 | Priority creditor's name and mailing address **Joy Zeiler Courtright** **60 E. Belmeadow Lane** **Chagrin Falls, OH 44022** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

$465.00  $465.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.5589 | Priority creditor's name and mailing address **James Zelazny** **11430 Holden Ridge Road** **Chardon, OH 44024** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

$495.00  $495.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.5590 | Priority creditor's name and mailing address **Andrea Zemanek** **114 Deepwood Ct** **Chardon, OH 44024** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

$490.00  $490.00

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $495.00 | $495.00 |
|---|---|---|---|---|

**Betsy Zemba**
**9970 High Country Dr**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $490.00 | $490.00 |
|---|---|---|---|---|

**Betsy Zemba**
**9970 High Country Dr**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $470.00 | $470.00 |
|---|---|---|---|---|

**Lezley Zender**
**257 Arundel Rd**
**Rocky River, OH 44116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.00 | $460.00 |
|---|---|---|---|---|

**Erica Zgola**
**8108 risden rd**
**Vermilion, OH 44089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.5595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Yuening Zhang**
**6894 Glenallen Ave**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5596 | Priority creditor's name and mailing address | | $435.00 | $435.00 |
|---|---|---|---|---|

**Yuming Zhang**
**24958 Hazelmere Rd**
**Beachwood, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5597 | Priority creditor's name and mailing address | | $505.00 | $505.00 |
|---|---|---|---|---|

**Yuxia Zhang**
**7338 Shelford Drive**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5598 | Priority creditor's name and mailing address | | $140.00 | $140.00 |
|---|---|---|---|---|

**Julie Zhao**
**5808 Nicholson Dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1413 of 1944

Name

| 2.5599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.00 | $140.00 |
|---|---|---|---|---|

**Weidong Zhao**
**2146 Weston dr**
**Hudson, OH 44236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5600 | Priority creditor's name and mailing address | | $505.00 | $505.00 |

**Xia Zhao**
**36845 Valley Forge Dr**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5601 | Priority creditor's name and mailing address | | $505.00 | $505.00 |

**XIAOXIAN ZHAO**
**5985 BUCKBOARD LN.**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5602 | Priority creditor's name and mailing address | | $455.00 | $455.00 |

**Xiaoling Zheng**
**9518 Brinfield Dr**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $505.00 | $505.00 |

**Julia Zhitenev**
**32275 N Roundhead Dr**
**Solon, OH 44139**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.5604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $440.00 | $440.00 |

**Kimberly Zibert**
**265 S. Meachem Rd. Lot 77**
**Port Clinton, OH 43452**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.5605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 | $495.00 |

**Dena Ziegenfuss**
**13560 Walking Stick Ln**
**Chardon, OH 44024**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.5606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.00 | $520.00 |

**Kristin Ziegler**
**13900 Radcliffe Road**
**Leroy Township, OH 44024**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 2.5607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.00 | $870.00 |

**Darlene Zigmont**
**7876 Charline Ct**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $330.00 | $330.00 |

**Vanessa Zigos**
**7516 Hamilton Ave**
**Maineville, OH 45039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $465.00 | $465.00 |

**Leslie Zimcosky**
**1072 Sheerbrook Drive**
**Chagrin Falls, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.00 | $490.00 |

**Jerome Zimmerer**
**10895 Forest Oaks Drive**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.5611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.00 | $465.00 |

**Adam Zimmerman**
**75 Greentree Road**
**Chagrin Falls, OH 44022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |

**Aric Zimmerman**
**8556 Carbine Place**
**Galloway, OH 43119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |

**Catherine Zimmerman**
**11270 highland view dr**
**chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |

**Jeffrey Ziol**
**6160 Nicholson Drive**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
| --- | --- | --- | --- | --- |
| | **Tracee Zitnik** | Check all that apply. | | |
| | **7980 Augusta Lane** | ☐ Contingent | | |
| | **Concord, OH 44077** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.5616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
| --- | --- | --- | --- | --- |
| | **Tracee Zitnik** | Check all that apply. | | |
| | **7980 Augusta Lane** | ☐ Contingent | | |
| | **Concord, OH 44077** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.5617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
| --- | --- | --- | --- | --- |
| | **Andrea Zmich** | Check all that apply. | | |
| | **6321 Hardwick Way** | ☐ Contingent | | |
| | **Hudson, OH 44236** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.5618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
| --- | --- | --- | --- | --- |
| | **Robin Znidarsic** | Check all that apply. | | |
| | **9591 Holden Court** | ☐ Contingent | | |
| | **Kirtland Hills, OH 44060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017 or 2018** | **trip deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1418 of 1944

| 2.5619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $205.00 |
|---|---|---|---|---|

**Robin Znidarsic**
**9591 Holden Court**
**Kirtland Hills, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Stan Zody**
**4347 Heather Ridge Drive**
**Hilliard, OH 43026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Heather Zollars**
**4160 Shepler Church Avenue SW**
**Canton, OH 44706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.00 | $505.00 |
|---|---|---|---|---|

**Joseph Zomber**
**32793 arlesford dr**
**solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1419 of 1944

| 2.5623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Michele Zombory**
**12015 Britton Lane**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Natalia Zorkin**
**497 W Streetsboro St C**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.00 | $470.00 |
|---|---|---|---|---|

**Dritan Zotaj**
**3167 Linden Rd 201**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.00 | $460.00 |
|---|---|---|---|---|

**Oleksandra Zub**
**7623 creekwood drive**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1420 of 1944

| 2.5627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.00 | $495.00 |
|---|---|---|---|---|

**Lisa Zucco**
**708 North Section Ext.**
**South Lebanon, OH 45065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Angela Zurbuch**
**8346 Lincoln Dr**
**Chesterland, OH 44026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Jeannie Zuydhoek**
**2635 Sandstone path**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 | $455.00 |
|---|---|---|---|---|

**Ninette Zuzek**
**5687 Primavera Drive**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 or 2018**

Basis for the claim:
**trip deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | Discovery Tours Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108,750.00 |
|---|---|---|---|
| | **Accel Capital Services** **30 Broad Street, Suite 14108** **New York, NY 10004** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim: __loan__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **ADT Security Services** **PO Box 371878** **Pittsburgh, PA 15250** | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __for precaution__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Beachwood MS** **2860 Richmond Road** **Beachwood, OH 44122** | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __for precaution - possible breach of contract__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Bellefontaine MS** **1201 Ludlow Road** **Bellefontaine, OH 43311** | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __for precaution - possible breach of contract__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,000.00 |
|---|---|---|---|
| | **Bus Bkg Express Lending CTR PAT** **PO Box 94831** **Cleveland, OH 44101** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim: __loan__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,668.32 |
|---|---|---|---|
| | **Capital One** **PO Box 71087** **Charlotte, NC 28272** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim: __credit card__ | |
| | Last 4 digits of account number __7838__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,501.36 |
|---|---|---|---|
| | **Capital One Bank** **PO Box 4692** **Carol Stream, IL 60197** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim: __credit card__ | |
| | Last 4 digits of account number __2200__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,674.30 |
|-----|--|--|--|

**Cardmember Services**
PO Box 6294
Carol Stream, IL 60197

Date(s) debt was incurred _____

Last 4 digits of account number __4652__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __credit card__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,339.46 |
|-----|--|--|--|

**Celtic Bank Corporation**
268 S State Street, Suite 300
Salt Lake City, UT 84111

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--|--|--|

**Chagrin Falls MS**
400 East Washington Str
Chagrin Falls, OH 44023

Date(s) debt was incurred __2018__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __for precaution - possible breach of contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--|--|--|

**Chamberlin MS**
10270 Ravenna Road
Twinsburg, OH 44087

Date(s) debt was incurred __2018__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __for precaution - possible breach of contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--|--|--|

**Chardon MS**
424 North Street
Chardon, OH 44024

Date(s) debt was incurred __2018__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __for precaution - possible breach of contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195,512.00 |
|------|--|--|--|

**Alfred Cipolletti**
24710 Dundee Dr
Cleveland, OH 44143

Date(s) debt was incurred __2010 on__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __loans and company use of personal credit cards__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,250.00 |
|------|--|--|--|

**Chrisopher Cipolletti**
1835 Dansy Dr
Euclid, OH 44117

Date(s) debt was incurred __2010 on__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __loans and company use of personal credit cards__

Is the claim subject to offset? ■ No ☐ Yes

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1423 of 1944

| Debtor | Discovery Tours Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,961.00 |
|---|---|---|---|

**3.15**

Nonpriority creditor's name and mailing address

**Gerri Cipolletti**
**625 Hanford Dr**
**Cleveland, OH 44143**

Date(s) debt was incurred **2009**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **loan**

Is the claim subject to offset? ■ No ☐ Yes

**$31,961.00**

---

**3.16**

Nonpriority creditor's name and mailing address

**Robyn Cipolletti**
**7255 Lascala**
**Hudson, OH 44236**

Date(s) debt was incurred **2012**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **company use of personal credit cards**

Is the claim subject to offset? ■ No ☐ Yes

**$62,000.00**

---

**3.17**

Nonpriority creditor's name and mailing address

**Joe Cipolletto**
**7255 Lascala Dr**
**Hudson, OH 44236**

Date(s) debt was incurred **2010 on**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **loans and company use of personal credit cards**

Is the claim subject to offset? ■ No ☐ Yes

**$100,747.06**

---

**3.18**

Nonpriority creditor's name and mailing address

**Danbury Elementary School**
**9451 E Harbor Rd**
**Lakeside Marblehead, OH 43440**

Date(s) debt was incurred **2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **payment for trip**

Is the claim subject to offset? ■ No ☐ Yes

**$5,520.00**

---

**3.19**

Nonpriority creditor's name and mailing address

**Digital Decibels, LLC**
**79 East Gates Street**
**Columbus, OH 43206**

Date(s) debt was incurred **2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **for precaution**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.20**

Nonpriority creditor's name and mailing address

**Dominion Energy Ohio**
**PO Box 26785**
**Richmond, VA 23261**

Date(s) debt was incurred **2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **for precaution**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.21**

Nonpriority creditor's name and mailing address

**Double Tree Largo**
**9100 Basil Court**
**Largo, MD 20774**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **for precaution - possible breach of contract**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Double Tree Oak Brook**<br>**1909 Spring Road**<br>**Oak Brook, IL 60523** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** for precaution - possible breach of contract | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **East Woods ES**<br>**120 North Hayden Pkwy**<br>**Hudson, OH 44236** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2018 | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** for precaution - possible breach of contract | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Edison MS**<br>**4201 13th Street**<br>**Massillon, OH 44646** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2018 | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** for precaution - possible breach of contract | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Embassy Suites Deerfied**<br>**1445 Lake Cook Road**<br>**Deerfield, IL 60015** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** for precaution - possible breach of contract | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Embassy Suites Dulles North**<br>**44610 Waxpool Road**<br>**Ashburn, VA 20147** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** for precaution - possible breach of contract | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Embassy Suuites Williamsburg**<br>**3006 Mooretown Road**<br>**Williamsburg, VA 23185** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** for precaution - possible breach of contract | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Fairfield Creekside MS**<br>**1111 Nilles Road**<br>**Fairfield, OH 45014** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2018 | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** for precaution - possible breach of contract | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,571.92** |
|------|--------|--------|--------|
| | **First National Bank of Omaha**<br>**PO Box 2818**<br>**Omaha, NE 68103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number _1382_ | Basis for the claim:  __credit card__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|--------|--------|--------|
| | **Hampton Inn Dulles North**<br>**4050 Westfax Drive**<br>**Chantilly, VA 20151** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number _ | Basis for the claim:  __for precaution - possible breach of contract__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|--------|--------|--------|
| | **Hilton Gaithersburg**<br>**620 Perry Parkway**<br>**Gaithersburg, MD 20877** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number _ | Basis for the claim:  __for precaution - possible breach of contract__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|--------|--------|--------|
| | **Hilton Washington Dulles**<br>**13869 Park Center Road**<br>**Herndon, VA 20171** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __for precaution - possible breach of contract__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|--------|--------|--------|
| | **Holiday Inn Dulles**<br>**45425 Holiday Drive**<br>**Sterling, VA 20166** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __for precaution - possible breach of contract__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|--------|--------|--------|
| | **Holiday Inn Gaithersburg**<br>**2 Montgomery Village Ave**<br>**Gaithersburg, MD 20879** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __for precaution - possible breach of contract__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|--------|--------|--------|
| | **Hudson MS**<br>**77 North Oviatt Street**<br>**Hudson, OH 44236** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _2018_<br>Last 4 digits of account number _ | Basis for the claim:  __for precaution - possible breach of contract__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hyatt Place Dulles South Chantilly**
**4994 Westone Plaza**
**Chantilly, VA 20151**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  for precaution - possible breach of contract

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hyatt Regency Dulles**
**2300 Dulles Corner Blvd**
**Herndon, VA 20102**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  for precaution - possible breach of contract

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hyatt Regency Fairfax**
**12777 Fair Lakes Circle**
**Fairfax, VA 22033**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  for precaution - possible breach of contract

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,280.00** |
|---|---|---|---|

**Indian Valley Middle School**
**PO Box 356**
**Tuscarawas, OH 44682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2018

Last 4 digits of account number __

Basis for the claim:  payment for trip

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,379.32** |
|---|---|---|---|

**Kabbage, Inc.**
**925B Peachtree Street, NE**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  loan

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Keystone Technology Consultants**
**787 Wye Road**
**Akron, OH 44333**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2018

Last 4 digits of account number __

Basis for the claim:  for precaution

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kings Jr. HS**
**5620 Columbia Road**
**Kings Mills, OH 45034**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2018

Last 4 digits of account number __

Basis for the claim:  for precaution - possible breach of contract

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Lake Business Products**
**37200 Research Drive**
**Eastlake, OH 44095**

Date(s) debt was incurred __2018__
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **for precaution**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Lamuth MS**
**6700 Auburn Road**
**Painesville, OH 44077**

Date(s) debt was incurred __2018__
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **for precaution - possible breach of contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Langston MS**
**150 North Pleasant Street**
**Oberlin, OH 44074**

Date(s) debt was incurred __2018__
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **for precaution - possible breach of contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Madeira MS**
**6612 Miami Avenue**
**Cincinnati, OH 45243**

Date(s) debt was incurred __2018__
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **for precaution - possible breach of contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Marriott Washington Dulles**
**45020 Aviation Drive**
**Dulles, VA 20166**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **for precaution - possible breach of contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Maumee HS**
**1147 Saco Street**
**Maumee, OH 43537**

Date(s) debt was incurred __2018__
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **for precaution - possible breach of contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$105,000.00** |

**Mayfield Middle School**
**1123 Som Center Rd**
**Cleveland, OH 44124**

Date(s) debt was incurred __2018__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **payment for trip**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Memorial MS**
**5600 Scioto Darby Road**
**Hilliard, OH 43026**

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **for precaution - possible breach of contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Memorial MS**
**5670 Scioto Darby Road**
**Hilliard, OH 43026**

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **for precaution - possible breach of contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**North Roylaton MS**
**14709 Ridge Road**
**North Royalton, OH 44133**

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **for precaution - possible breach of contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Northwood MS**
**700 Gulf Road**
**Elyria, OH 44035**

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **for precaution - possible breach of contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Olentangy Orange MS**
**2680 East Orange Road**
**Lewis Center, OH 43035**

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **for precaution - possible breach of contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Panzica Realty**
**PO Box 76144**
**Cleveland, OH 44101**

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Joanne Paonsha**
**4939 Anderson Rd**
**Cleveland, OH 44124**

Date(s) debt was incurred  **2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **company use of credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,354.91 |
|------|--|--|--|

**3.57** PayPal, Inc.
2211 N First Street
San Jose, CA 95131

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** Port Clinton MS
807 South Jefferson Street
Port Clinton, OH 43452

Date(s) debt was incurred  **2018**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **for precaution - possible breach of contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** Purchase Power
PO Box 371874
Pittsburgh, PA 15250

Date(s) debt was incurred  **2018**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **postage machine**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** Renaissane Chicago Northrbrook
933 Skokie Boulevard
Northbrook, IL 60062

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **for precaution - possible breach of contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** Ridge MS
7860 Johnnycake Ridge Rd
Mentor, OH 44060

Date(s) debt was incurred  **2018**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **for precaution - possible breach of contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** Ridgview MS
4241 Rudy Road
Columbus, OH 43214

Date(s) debt was incurred  **2018**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **for precaution - possible breach of contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** Rocky River MS
1631 Lakeview Avenue
Rocky River, OH 44116

Date(s) debt was incurred  **2018**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **for precaution - possible breach of contract**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Sailorway MS**
**5355 Sailorway Drive**
**Vermilion, OH 44089**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **for precaution - possible breach of contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Shore MS**
**5670 Hopkins Road**
**Mentor, OH 44060**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **for precaution - possible breach of contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Solon MS**
**6835 SOM Center Road**
**Solon, OH 44139**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **for precaution - possible breach of contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**St. Gabriel School**
**9935 Johnnycake Ridge Rd**
**Mentor, OH 44060**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **for precaution - possible breach of contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Taylor MS**
**56 Cooper Road**
**Cleves, OH 45002**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **for precaution - possible breach of contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Telecom Assurance, LLC**
**3867 W Market Str, Suite 136**
**Akron, OH 44333**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **for precaution**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**The Distillata Company**
**1608 East 24th Street**
**Cleveland, OH 44114**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **for precaution**

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address** |

**The Illuminating Company**
PO Box 3687
Akron, OH 44309

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **for precaution**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address** |

**The Smarter Merchant LLC**
1115 Broadway
New York, NY 10010

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$214,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** |

**Time Warner Cable**
PO Box 223085
Pittsburgh, PA 15251

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **for precaution**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** |

**U.S. Bank Equipment Finance**
PO Box 790448
St. Louis, MO 63179

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **copy machine**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** |

**Van Buren MS**
217 South Main Street
Van Buren, OH 45889

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **for precaution - possible breach of contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** |

**Van Cleve 6th Grade School**
617 East Main Street
Troy, OH 45373

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **for precaution - possible breach of contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address** |

**Weaver MS**
4600 Avery Road
Hilliard, OH 43026

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **for precaution - possible breach of contract**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**West Geauga MS**
**8611 Cedar Road**
**Chesterland, OH 44026**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **for precaution - possible breach of contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Westin Washington Dulles**
**2520 Wasser Terrace**
**Herndon, VA 20171**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for precaution - possible breach of contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,575.00** |
|---|---|---|---|

**Willard High School**
**Pme F;asjes Ave**
**Willard, OH 44890**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **payment for trip**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Key Bank**<br>**PO Box 94920**<br>**Cleveland, OH 44101-4920** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 2,724,746.95 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,207,584.65 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 3,932,331.60 |

| Fill in this information to identify the case: |

Debtor name **Discovery Tours Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **lease for business premises** | |
| State the term remaining **2 years** | |
| List the contract number of any government contract _____ | **Panzica Realty** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **postage machine lease** | |
| State the term remaining **about 5 years** | |
| List the contract number of any government contract _____ | **Purchase Power** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **copier lease** | |
| State the term remaining **36 months** | |
| List the contract number of any government contract _____ | **US Bank Equipment** |

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1434 of 1944

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |

2.1 _____
Street _____
City _____ State ___ Zip Code ___
_____
☐ D
☐ E/F
☐ G

2.2 _____
Street _____
City _____ State ___ Zip Code ___
_____
☐ D
☐ E/F
☐ G

2.3 _____
Street _____
City _____ State ___ Zip Code ___
_____
☐ D
☐ E/F
☐ G

2.4 _____
Street _____
City _____ State ___ Zip Code ___
_____
☐ D
☐ E/F
☐ G

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1435 of 1944

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Discovery Tours Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,919,002.00** |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$6,506,096.00** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$6,883,122.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **See attached list** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Robyn Cipolletti**<br><br>     **wife of vice president** | **various - Debtor will provide detail of dates** | **$39,217.32** | **payment on account of company use of her credit cards** |
| 4.2.  **Gerri Cipolletti**<br><br>     **sister in law of owner** | **various - Debtor will provide detail of dates** | **$48,019.00** | **loan** |
| 4.3.  **Joane Paonsha**<br><br>     **sister of owner** | **various - Debtor will provide detail of dates** | **$15,123.12** | **payment on account of company use of her credit cards** |
| 4.4.  **Chrisopher Cipolletti**<br><br>     **vice-president** | **various - Debtor will provide detail of dates** | **$25,626.19** | **loan repayment and payment on account of company use of personal credit cards** |
| 4.5.  **Alfred Cipolletti**<br><br>     **owner and president** | **various - Debtor will provide detail of dates** | **$103,506.18** | **loan repayment and payment on account of company use of credit cards** |
| 4.6.  **Joseph Cipolletti**<br><br>     **vice-president** | **various - Debtor will provide detail of dates** | **$537,348.90** | **loan repayment and payment on account of company use of personal credit cards -- bulk is repayment of personal AmEx card that was being used to finance business operations; amounts repaid were then re-borrowed** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

18-12734-jps    Doc 1    FILED 05/07/18    ENTERED 05/07/18 13:30:30    Page 1437 of 1944

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:     Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:     Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:     Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:     Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

18-12734-jps     Doc 1     FILED 05/07/18     ENTERED 05/07/18 13:30:30     Page 1438 of 1944

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rabin & Rabin Co. LPA** **55 Public Square** **Suite 1750** **Cleveland, OH 44113** | | **May 2018** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.

    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.

    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Key Bank** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **closed by Key Bank** | **$0.00** |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■  None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Richlak, Lawyer & Co.**<br>**9140 Tyler Blvd**<br>**Mentor, OH 44060** | **over 30 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■  None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Joseph A Cipolletti**<br>**7255 Lascala Dr**<br>**Hudson, OH 44236** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Alfred A Cipolletti** | **24719 Dundee Dr**<br>**Richmond Hts, OH 44143** | **sole shareholder and director President** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joseph  A Cipolletti** | **7255 Lascala Dr**<br>**Hudson, OH 44236** | **Vice-President** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Christopher Cipolletti** | **1835 Eansy Dr**<br>**Euclid, OH 44117** | **Vice-President** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Alfred Cipolletti** | **in additional to amounts set forth in items SOFA item 4, $125,000 (annual salary) -- certain expenses were reimbursed as well** | **various -- company will provide detail** | **salary** |
| | Relationship to debtor president and owner | | | |
| 30.2. | **Joseph Cipolletti** | **in additional to amounts set forth in items SOFA item 4, $70,000 (annual salary) -- certain expenses were reimbursed as well** | **various - company will provide details** | **salary** |
| | Relationship to debtor vice-president | | | |
| 30.3. | **Christopher Cipolletti** | **in additional to amounts set forth in items SOFA item 4, $60,000 (annual salary) -- certain expenses were reimbursed as well** | **various -- company will provide details** | **salary** |
| | Relationship to debtor vice president | | | |
| 30.4. | **Joanne Paonsha** | **in additional to amounts set forth in items SOFA items 4, $10,000 in salary** | **various - company will provide** | **salary** |
| | Relationship to debtor sister of owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

18-12734-jps     Doc 1     FILED 05/07/18     ENTERED 05/07/18 13:30:30     Page 1443 of 1944

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **May  7, 2018**

**/s/ Alfred A Cipolletti**                              **Alfred A Cipolletti**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

| | Type | Date | Num | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| **Anderson Coach and Travel** | | | | | | | | |
| | Chec | 04/13/2018 | Bank wir | Shore MS | 60360 · Motor Coach | | 10400 · Citizens Bank / 6085 | 19,177.88 |
| | Chec | 04/16/2018 | Bank Wi | Ridge MS (Mentor) | 60360 · Motor Coach | | 10400 · Citizens Bank / 6085 | 25,990.27 |
| Total Anderson Coach and Travel | | | | | | | | 45,168.15 |
| **Barons Bus Lines** | | | | | | | | |
| | Chec | 03/05/2018 | MO | Memorial MS | 60362 · Charters | | 10800 · PNC Bank / 9582 | 25,000.00 |
| | Chec | 04/24/2018 | MO | Ruffing MS | 60362 · Charters | | 10400 · Citizens Bank / 6085 | 10,640.00 |
| Total Barons Bus Lines | | | | | | | | 35,640.00 |
| **Blue Man Group** | | | | | | | | |
| | Chec | 02/23/2018 | 3264 | Deposit - Mayfield MS | 60310 · Admissions | | 10800 · PNC Bank / 9582 | 6,431.00 |
| Total Blue Man Group | | | | | | | | 6,431.00 |
| **Capital Stack** | | | | | | | | |
| | | | | | | | | 66,649.44 |
| Total Capital Stack | | paid directly by The Smarter Merchant from proceeds of new loan -- within 90 days | | | | | | 66,649.44 |
| **Cardinal Transportation** | | | | | | | | |
| | Chec | 02/09/2018 | DC | | 60362 · Charters | | 10500 · PayPal Reserve | 750.00 |
| | Chec | 04/03/2018 | MO | OLPH | 60362 · Charters | | 10400 · Citizens Bank / 6085 | 5,750.00 |
| Total Cardinal Transportation | | | | | | | | 6,500.00 |
| **Double Tree OakBrook** | | | | | | | | |
| | Chec | 03/21/2018 | MO | WGHS | 60100 · Lodging / Hotels | | 10400 · Citizens Bank / 6085 | 5,125.60 |
| Total Double Tree OakBrook | | | | | | | | 5,125.60 |
| **DoubleTree Oakbrook** | | | | | | | | |
| | Chec | 03/21/2018 | MO | WGHS | 60100 · Lodging / Hotels | | 10800 · PNC Bank / 9582 | 5,000.00 |
| Total DoubleTree Oakbrook | | | | | | | | 5,000.00 |
| **Embassy Suites Dulles North** | | | | | | | | |
| | Chec | 04/17/2018 | 7257 | Deposit - Bellefontaine MS | 60100 · Lodging / Hotels | | 10400 · Citizens Bank / 6085 | 7,500.00 |
| | Chec | 04/17/2018 | 7258 | Deposit - Bellefontaine MS | 60100 · Lodging / Hotels | | 10400 · Citizens Bank / 6085 | 7,500.00 |
| Total Embassy Suites Dulles North | | | | | | | | 15,000.00 |

| | Type | Date | Num | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| **Embassy Suites Williamsburg** | | | | | | | | |
| | Crec | 05/01/2018 | | WGMS | 60100 · Lodging / Hotels | | 33111 · BOA / -6568 (JP) | 10,000.00 |
| Total Embassy Suites Williamsburg | | | | | | | | 10,000.00 |
| **Fashion Center at Pentagon City** | | | | | | | | |
| | Chec | 04/24/2018 | MO | | 60210 · Client Meals | | 10400 · Citizens Bank / 6085 | 6,662.00 |
| Total Fashion Center at Pentagon City | | | | | | | | 6,662.00 |
| **Hampton Inn & Suites Chicago** | | | | | | | | |
| | Chec | 03/05/2018 | 3275 | Balance Due - Old Trail S | 60100 · Lodging / Hotels | | 10800 · PNC Bank / 9582 | 13,239.45 |
| Total Hampton Inn & Suites Chicago | | | | | | | | 13,239.45 |
| **Hilton** | | | | | | | | |
| | Crec | 02/20/2018 | | | 60100 · Lodging / Hotels | | 33101 · AMEX / 73006 (JAC) | 7,519.20 |
| | Crec | 02/21/2018 | | | 60100 · Lodging / Hotels | | 33101 · AMEX / 73006 (JAC) | 6,500.00 |
| Total Hilton | | | | | | | | 14,019.20 |
| **Hilton Dulles** | | | | | | | | |
| | Crec | 02/22/2018 | | | 60100 · Lodging / Hotels | | 33101 · AMEX / 73006 (JAC) | -7,519.20 |
| | Crec | 02/22/2018 | | | 60100 · Lodging / Hotels | | 33101 · AMEX / 73006 (JAC) | 7,519.20 |
| | Chec | 04/09/2018 | Bank Wi | Edison MS | 60100 · Lodging / Hotels | | 10400 · Citizens Bank / 6085 | 11,397.12 |
| Total Hilton Dulles | | | | | | | | 11,397.12 |
| **Holiday Inn Alexandria** | | | | | | | | |
| | Chec | 03/02/2018 | MO | Elmwood MS | 60100 · Lodging / Hotels | | 10800 · PNC Bank / 9582 | 20,891.72 |
| Total Holiday Inn Alexandria | | | | | | | | 20,891.72 |
| **Holiday Inn Capital** | | | | | | | | |
| | Crec | 02/08/2018 | | | 60100 · Lodging / Hotels | | 33101 · AMEX / 73006 (JAC) | 7,500.00 |
| | Chec | 04/27/2018 | WIRE T | Jones MS | 60100 · Lodging / Hotels | | 10400 · Citizens Bank / 6085 | 25,000.00 |
| Total Holiday Inn Capital | | | | | | | | 32,500.00 |
| **Holiday Inn Capitol** | | | | | | | | |
| | Chec | 03/05/2018 | MO | Hastings MS / Jones MS | 60100 · Lodging / Hotels | | 10800 · PNC Bank / 9582 | 40,000.00 |
| | Chec | 04/26/2018 | WIRE T | Hastings MS | 60100 · Lodging / Hotels | | 10400 · Citizens Bank / 6085 | 49,927.80 |

| | Type | Date | Num | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| Total Holiday Inn Capitol | | | | | | | | 89,927.80 |
| **Holiday Inn Dulle Airport** | | | | | | | | |
| | Chec | 04/16/2018 | 7124 | MVMS | 60100 · Lodging / Hotels | | 10400 · Citizens Bank / 6085 | 32,663.78 |
| Total Holiday Dulles Airport | | | | | | | | 32,663.78 |
| **Hollon Tour Consultants** | | | | | | | | |
| | Chec | 04/10/2018 | | Mount Vernon MS | 60310 · Admissions | | 10500 · PayPal Reserve | 5,350.80 |
| Total Hollon Tour Consultants | | | | | | | | 5,350.80 |
| **Hyatt Fair Lakes** | | | | | | | | |
| | Crec | 03/07/2018 | | | 60100 · Lodging / Hotels | | 33101 · AMEX / 73006 (JAC) | 5,860.00 |
| Total Hyatt Fair Lakes | | | | | | | | 5,860.00 |
| **Hyatt Regency Dulles** | | | | | | | | |
| | Chec | 03/19/2018 | MO | | 60100 · Lodging / Hotels | | 10400 · Citizens Bank / 6085 | 43,990.54 |
| | Chec | 04/11/2018 | 7252 | Grizzell MS (2017) | 60100 · Lodging / Hotels | | 10400 · Citizens Bank / 6085 | 56,625.11 |
| | Chec | 04/13/2018 | MO | Memorial MS (2017) | 60100 · Lodging / Hotels | | 10400 · Citizens Bank / 6085 | 46,085.68 |
| | Crec | 04/16/2018 | | Gesu School | 60100 · Lodging / Hotels | | 33101 · AMEX / 73006 (JAC) | 11,397.12 |
| | Chec | 04/24/2018 | MO | Mentor City Schools | 60100 · Lodging / Hotels | | 10400 · Citizens Bank / 6085 | 32,715.20 |
| Total Hyatt Regency Dulles | | | | | | | | 190,813.65 |
| **Hyatt Regency Fairfax** | | | | | | | | |
| | Chec | 02/12/2018 | MO | No.: 2923538 | 60100 · Lodging / Hotels | | 10800 · PNC Bank / 9582 | 17,500.00 |
| | Chec | 02/16/2018 | MO | Northeastern Local School | 60100 · Lodging / Hotels | | 10800 · PNC Bank / 9582 | 20,000.00 |
| | Chec | 03/05/2018 | MO | Northeastern Local School | 60100 · Lodging / Hotels | | 10800 · PNC Bank / 9582 | 9,232.00 |
| | Crec | 04/24/2018 | | Ruffing MS | 60100 · Lodging / Hotels | | 33101 · AMEX / 73006 (JAC) | 11,500.00 |
| | Crec | 04/27/2018 | | | 60100 · Lodging / Hotels | | 33101 · AMEX / 73006 (JAC) | 269.92 |
| Total Hyatt Regency Fairfax | | | | | | | | 58,501.92 |
| **Lakefront Lines, Inc.** | | | | | | | | |
| | Chec | 02/06/2018 | MO | | 60362 · Charters | | 10800 · PNC Bank / 9582 | 11,980.00 |
| | Crec | 02/23/2018 | | | 60362 · Charters | | 33101 · AMEX / 73006 (JAC) | 6,107.60 |
| | Chec | 02/26/2018 | MO | Northeastern | 60362 · Charters | | 10800 · PNC Bank / 9582 | 15,030.00 |

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| Check | 04/03/2018 | MO | Deer Park | 60362 · Charters | | 10400 · Citizens Bank / 6085 | 7,260.00 |
| Check | 04/03/2018 | MO | Jones MS | 60362 · Charters | | 10400 · Citizens Bank / 6085 | 24,850.00 |
| Check | 04/06/2018 | MO | Hastings MS | 60362 · Charters | | 10400 · Citizens Bank / 6085 | 30,190.00 |
| Cred | 04/17/2018 | | Van Buren MS | 60362 · Charters | | 33101 · AMEX / 73006 (JAC) | 7,000.00 |
| Check | 04/19/2018 | MO | Indian Valley MS / Chambe | 60362 · Charters | | 10400 · Citizens Bank / 6085 | 62,839.83 |
| Check | 04/24/2018 | MO | Shaker Heights MS | 60362 · Charters | | 10400 · Citizens Bank / 6085 | 24,960.00 |
| **Total Lakefront Lines, Inc.** | | | | | | | 190,217.43 |
| **PayPal** | | | | | | | |
| Gene | 02/28/2018 | PAYPAL | Payment Fees | 70920 · Merchant Account Fees | | 10500 · PayPal Reserve | 9,667.57 |
| Gene | 03/31/2018 | PAYPAL | Payment Fees | 70920 · Merchant Account Fees | | 10500 · PayPal Reserve | 15,661.22 |
| **Total PayPal** | | | | | | | 25,328.79 |
| **Precious Cargo Trailways** | | | | | | | |
| Check | 03/09/2018 | 7123 | Final Payment - Charter N | 60362 · Charters | | 10400 · Citizens Bank / 6085 | 17,500.00 |
| Cred | 03/20/2018 | | Account 60362 | 60362 · Charters | | 33101 · AMEX / 73006 (JAC) | 11,000.00 |
| Check | 04/11/2018 | 6132 | Invoice No.: 18/0023 (Gest | 60362 · Charters | | 10400 · Citizens Bank / 6085 | 8,550.00 |
| Check | 04/24/2018 | MO | | 60362 · Charters | | 10400 · Citizens Bank / 6085 | 11,010.00 |
| **Total Precious Cargo Trailways** | | | | | | | 48,060.00 |
| **Princess Cruises** | | | | | | | |
| Cred | 04/10/2018 | | | 60510 · Cruises | | 33101 · AMEX / 73006 (JAC) | 10,278.02 |
| **Total Princess Cruises** | | | | | | | 10,278.02 |
| **Renaissance Chicago North Shore** | | | | | | | |
| Check | 03/07/2018 | 7110 | Deposit - Chardon MS | 60100 · Lodging / Hotels | | 10400 · Citizens Bank / 6085 | 10,000.00 |
| **Total Renaissance Chicago North Shore** | | | | | | | 10,000.00 |
| **Spirit of Chicago** | | | | | | | |
| Cred | 04/02/2018 | | Mayfield MS | 60310 · Admissions | | 33101 · AMEX / 73006 (JAC) | 9,048.22 |
| **Total Spirit of Chicago** | | | | | | | 9,048.22 |
| **SPM** | | | | | | | |
| Cred | 02/28/2018 | | | 60100 · Lodging / Hotels | | 33101-P · AMEX / 73006 (Personal) | 6,897.90 |

| | Type | Date | Num | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| Total SPM | | | | | | | | 6,897.90 |
| **Springhill Suites** | | | | | | | | |
| | Chec | 04/19/2018 | 7262 | Balance Due - St. Paul Sch | 60100 · Lodging / Hotels | | 10400 · Citizens Bank / 6085 | 15,732.99 |
| Total Springhill Suites | | | | | | | | 15,732.99 |
| **The Henry Ford Museum** | | | | | | | | |
| | Chec | 04/20/2018 | 7286 | Reservation No.: 4229304′ | 60310 · Admissions | | 10400 · Citizens Bank / 6085 | 6,290.00 |
| Total The Henry Ford Museum | | | | | | | | 6,290.00 |

# United States Bankruptcy Court
## Northern District of Ohio

In re **Discovery Tours Inc.**                                    Case No. _____

                                    Debtor(s)          Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |
|---|---|
| For legal services, I have agreed to accept | $ **10,000.00** |
| Prior to the filing of this statement I have received | $ **10,000.00** |
| Balance Due | $ **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **See Fee Agreement**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **See Fee Agreement**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May  7, 2018**                          **/s/ Julie E. Rabin**
_Date_                                    **Julie E. Rabin (0006592)Ohio**
                                          _Signature of Attorney_
                                          **Rabin & Rabin Co. LPA**
                                          **55 Public Square**
                                          **Suite 1750**
                                          **Cleveland, OH 44113**
                                          **216-771-8084  Fax: (216) 771-4615**
                                          **jrabin@rabinandrabin.com**
                                          _Name of law firm_

---

# United States Bankruptcy Court
## Northern District of Ohio

In re    **Discovery Tours Inc.**      Case No. _____

                                          Debtor(s)      Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 7, 2018** _____         **/s/ Alfred A Cipolletti** _____

                                                        **Alfred A Cipolletti**/President
                                                        Signer/Title

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

Raja Abbennagari
3098 Willowbrook Drive
Reminderville, OH 44202

Cassandra Abbott
14429 Hillside Dr
North Royalton, OH 44133

Mary Abbott
6190 Seminole Trail
Mentor, OH 44060

Lynnette Abbuhl
5344 Pisces ST SW
Canton, OH 44706

Lisa Abdelmalak
12169 Springview Dr.
Burton, OH 44021

LaShonda Abdussatar
45 Bellmore Street
Painesville, OH 44077

Demesew Abebe
2706 Hartfield Lane
Mason, OH 45040

Linda Abel
63 main Po box 611
Addyston, OH 45001

LaToya Abercrombie
1383 Silverdale Circle
Twinsburg, OH 44087

Melissa Abhyankar
213 White Pines Dr
Bellefontaine, OH 43311

Daniel Abood
1544 carriage hill dr
Hudson, OH 44236

Carolyn Abrams
10400 Andover Dr
Twinsburg, OH 44087-3328

Eric Absten
5080 west lake shore drive
Port clinton, OH 43452

Hazar AbuTaleb
27050 Cedar RD Apt 611
Beachwood, OH 44122

Cheryl Acapulco
8968 Emerald Hill Dr
Lewis Center, OH 43035

Accel Capital Services
30 Broad Street, Suite 14108
New York, NY 10004

Jill Acitelli
980 Tradewinds Cove
Painesville, OH 44077

Jill Acitelli
980 Tradewinds Cove
Painesville, OH 44077

GADDIEL ACKAH
58 PROVIDENCE DR
FAIRFIELD, OH 45014

Denise Ackerman
2992 Chamberlin Blvd.
Hudson, OH 44236

Ellen Ackerman
7360 Valerie Lane
Hudson, OH 44236

Sara Ackerman
400 Sylvia Dr
Chardon, OH 44024

Dwayne Ackley
4892 Arbomont Rd
Hilliard, OH 43026

Caryn Acuff
6075 Sidley Road
Thompson, OH 44086

Tony Adamic
11610 woodiebrook rd
chardon, OH 44024

Bret Adams
200 glen rd
moreland hills, OH 44022

Cheree Adams
6980 Som Center Road
Solon, OH 44139

Donna Adams
6609 Madeira Hills Dr
Cincinnati, OH 45243

ELLIS ADAMS
8676 Hadden Rd
Twinsburg, OH 44087

Greg Adams
531 Centerfield Dr
Maumee, OH 43537

Gwennan Adams
1187 Royal Oak Drive
Lewis Center, OH 43035

Jennifer Adams
1692 Riverwood Tr
Kings Mills, OH 45034

Lawrence Adams
3908 Everett Dr 45140
Loveland, OH 45140

Lori Adams
6059 Johnson St
Cincinnati, OH 45243

Sherry Adams
153 Mount Nebo Rd
Cleves, OH 45002

Stacey Adams
90 Shawondassee
Timberlake, OH 44095

Thomas Adams
7945 Wildwood Dr
Mentor, OH 44060

Lisa Adcock
5228 Edgerton Rd.
North Royalton, OH 44133

Katherine Adick
9372 Sarah Court
Twinsburg, OH 44087

Paula Adkins
714 Jackson Drive
Port Clinton, OH 43452

Amy Adler
7308 Winchester Drive
Solon, OH 44139

Christina Adler
5395 Towbridge Dr
Hudson, OH 44236

Jill Adler
4135 Oak Tree Court
Loveland, OH 45140

Patricia Adornetto
5467 Brainard Rd
Solon, OH 44139

ADT Security Services
PO Box 371878
Pittsburgh, PA 15250


Elizabeth Adu-Gyamfi
6192 Spring Lake Drive
Hamilton, OH 45011


Mukesh Agarwal
38745 flanders dr None
Solon, OH 44139


Laetitia Agnew
6141 Iroquois Trl
Mentor, OH 44060


Beth Agourrame
2634 bold venture dr
Lewis center, OH 43035


Hilda Aguirre
639 Academy Dr
Galloway, OH 43119


Erin Ahrens
6056 Rothchester Dr
Galloway, OH 43119


Kimberly Aikey
6393 Meadowbrook Dr
Mentor, OH 44060


Elise Aitken
312 Karen Dr. none
Chardon, OH 44024


Shannon Ake
135 W Summit St
Chagrin Falls, OH 44022


Maggie Akerley
6225 Richmond Rd.
Solon, OH 44139

Jennifer Akers
13974 Oak Brook Drive
North Royalton, OH 44133

Shawn Akers
312 South Park Street
Bellefontaine, OH 43311

Tania Alamir
5461 Banbury Drive
Solon, OH 44139

Amy Alan
6613 North Palmerston dr
Mentor, OH 44060

Carrie Albrecht
7590 Bendleton Drive
Hudson, OH 44236

Kevin Albrecht
1323 Sharonbrook
Twinsburg, OH 44087

Michael Albrecht
1574 Christine Drive
Fairfield, OH 45014

Jeanette Albright
13834 Oak Brook Drive
North Royatlon, OH 44133

Beth Albu
104 Hawthorne Dr
Painesville, OH 44077

Maria Alers
5012 Lake View Dr
Peninsula, OH 44264

Jamie Alesci
6431 Meadowbrook Dr.
Mentor, OH 44060

Kiersten Alexander
12895 Walden Oaks Dr
Chardon, OH 44024


Megan Alexander
643 S. Kensington Rd.
Rocky River, OH 44116


Shasta Alexander
1048 heritage court
Bellefontaine, OH 43311


Tisha Alexander
6666 Feder Rd
Galloway, OH 43119


Amber Algeri
4732 Edgerton Road
North Royalton, OH 44133


Jennifer Alheit
134 Bellfield Ave
Elyria, OH 44035


Sajid Ali
2334 Walborn Dr
Hilliard, OH 43026


Alicia Allen
9039 rich woods ct
Loveland, OH 45140


Bronwyn Allen
3456 Berrywood Ct
Hamilton, OH 45011


Cathi Allen
5530 Houchard Rd
Dublin, OH 43016


Chris Allen
1749 Westport Drive
Kings Mills, OH 45054

Christina Allen
15000 Bates Creek Drive
Chardon, OH 44024


Cynthia Allen
1817 E Haymarket Way
Hudson, OH 44236


Gwen Allen
6330 Dodge Rd SW
Canton, OH 44706


Linda Allen
265 s mary ellen
south lebanon, OH 45065


Lora Allen
3163 Roesch Blvd. #5
Fairfield, OH 45014


Ruthann Allen
4009 walker drive
Cleves, OH 45002


Lisa Allender
2833 Pleasant Colony Dr
Lewis Center, OH 43035


Sean Allio
8699 Oak Creek Dr
Lewis Center, OH 43035


Lisa Allison
62 stratford road
hudson, OH 44236


Shana Allison
2050 Shenandoah Drive
Troy, OH 45373


Ginger Allmon
1000 garfield ave. lot 91
bellefontaine, OH 43311

Aneta Almajali
13626 oak brook dr
North royalton, OH 44133

Katia Almanzar
12982 CHILLICOTHE RD
CHESTERLAND, OH 44026

Julie Almeida
2755 Silver Maple Ct
Troy, OH 45373-4565

Rhoda Alnazer
12823 Kingston way
North royalton, OH 44133

Zainab Alobosi
3065 hemlock edge drive
hilliard, OH 43026

Christine Alt
1208 Anderson
Maumee, OH 43537

Sandra Alter
5359 Rentschler Estates Dr.
Hamilton, OH 45011

Lisa Althouse
8077 Thornhurst Drive
North Royalton, OH 44133

Samuel Altimore
716 Western Ave SW
Canton, OH 44710

Kelli Alting
5896 Collier Hill Drive
Hilliard, OH 43026

David Altman
341 Meadow Ash Dr.
Lewis Center, OH 43035

Melissa Altman
114 Sugarbush glen
Chardon, OH 44024

Ketaki Alurkar
32778 S Roundhead Dr
Solon, OH 44139

Martha Alvarado
4114 kenridge rd
Columbus, OH 43220

Mohyeddin Alyounes
5243 Lexi Lane South
Dublin, OH 43016

Breydi Amador
4665 Brixshire Dr
Hilliard, OH 43026

Cheryl Amans
12425 Harold Dr.
Chesterland, OH 44026

Anne Amata
516 Woodland Ct
Chagrin Falls, OH 44022

Kathleen Amato
10565 Alyssa Court
Concord Twp, OH 44077

Lori Ambriola
2650 Meadoway Drive
Beachwood, OH 44122

Lillian Ammons
111 Chardon Ave.
Chardon, OH 44024

Jason Amos
2722 Twp Rd. 236
Van Buren, OH 45889

Hemlata Anand
304 Olentangy Meadows
Lewis Center, OH 43035

Molly Anders
4118 State Rd.
Vermilion, OH 44089

Amie Anderson
4514 River Cv
Kings Mills, OH 45034

Errin Anderson
7978 Orange Station Loop
Lewis Center, OH 43035

Laura Anderson
23600 East Groveland Road
Beachwood, OH 44122

Monica Anderson
330 e 3rd st
port Clinton, OH 43452

Sandra Anderson
1780 Westwood Drive
Twinsburg, OH 44087

Stephanie Anderson
3111 Buckwalter Dr SW
Massillon, OH 44646

Karen Andrachik
5691 Abbyshire Dr
Hudson, OH 44236

Jean Andre
7431 Juler Ave
Cincinnati, OH 45243

Lena Andrea
950 tollis pkwy apt 514
Broadview Heights, OH 44147

Greg Andrews
2778 Southside Dr
Troy, OH 45373

Heidi Andrews
6778 Melridge Drive
Concord Twp, OH 44077

Karen Andrews
12841 Tradewinds Dr
North Royalton, OH 44133

Lita Andrews
4767 Marigold Rd
Mentor, OH 44060

Colleen Angel
100 anglers dr
south russell, OH 44022

Daniela Angel
412 N Main St
Bellefontaine, OH 43311

Heide Antequisa
3317 Blossom Trail
Twinsburg, OH 44087

Rachael Anthony
7712 frailey rd
Vermilion, OH 44089

ELIZABETH APPIAH
9097 misty dawn drive Columbus Ohio
Columbus, OH 43240

William Appleton
395 Cummings Road
Vermilion, OH 44089

Eugenia Aranovsky
115 Oberlin Rd
Oberlin, OH 44074

Jennifer Archambeau
1610 Eastfield Dr
Maumee, OH 43537


Joan Archer
5705 Young Rd
Hudson, OH 44236


Tonya Arellano
2900 Bailey St NW
Massillon, OH 44646


Jennifer Arenschield
6495 Solon Blvd
Solon, OH 44139


Luda Arkhipov
10311 Foxwood Drive
North Royalton, OH 44133


Ernest Arkorful
5369 Valley lane East
Columbus, OH 43231


Elizabeth Armstrong-Stamey
7870 Surreywood Drive
North Bend, OH 45052


Shawn Arnett
5090 Breckenhurst Drive
Hilliard, OH 43026


Jen Arnone
561 Beechwood Lane
Painesville, OH 44077


Rachel Arnopolin
33281 Popham Ln
Solon, OH 44139


Alfred Arockiasamy
7743 Royal Park Dr
Lewis Center, OH 43035

Heather Arredondo
6450 Dawson Rd
Cincinnati, OH 45243


Jennifer Arth
35599 Aurora Rd
Solon, OH 44139


Stacey Artino
7570 Hunting Lake
Concord, OH 44077


Sherri Artis
4859 Driffield Ct
Columbus, OH 43221


Danielle Aruri
4138 Oak Tree Court
Loveland, OH 45140


Daniel Asante
8680 Olenbrook Dr
Lewis Center, OH 43035


Sarah Asbury
6880 Waterpepper Circle
Solon, OH 44139


Patricia Ashburn
75 Country Lane
Painesville, OH 44077


Kathleen Ashton
109 Bentwood drive
Chardon, OH 44024


Leah Ashton
332 east 6th
Port Clinton, OH 43452


David Ashurst
168 Atterbury Blvd
Hudson, OH 44236

Candice Askwith
4360 SHIRE COVE ROAD
HILLIARD, OH 43026

Jason Aspinall
2414 Sandalwood Dr
Twinsburg, OH 44087

Heidi Asplin
1116 Sheerbrook Drive
Chagrin Falls, OH 44022

Nancy Astacio
7554 Marsh Creek Lane
Maineville, OH 45039

Veronika Astapenko
8736 Hedgerow Ln
Maineville, OH 45039

KATHRYN ASTON
8003 CARRIAGE CIR APT B
MENTOR, OH 44060

Antoinette Atchley
12435 Fowlers Mill Rd
Chardon, OH 44024

Jacki Atienza
3872 Nautilus Trail
Reminderville, OH 44202

Suzanne Atkinson
7834 Bridgetown Road
North Bend, OH 45052

Maher Atwah
37860 Flanders Drive
Solon, OH 44139

Valeri Audino
6625 Crossbow Ct.
North Royalton, OH 44133

Sharon Audretch
7276 Rita Lane
Cincinnati, OH 45243


Tisha Augustyniak
226 West Wayne Street
Maumee, OH 43537


Ronald Aukerman
1003 Taft St
Port Clinron, OH 43452


Mary Aulisio
19970 Roslyn Dr
Rocky River, OH 44116


Melanie Ault
3153 Cassey St.
Hilliard, OH 43026


Wendi Austerman
2995 calusa dr
hamitlon, OH 45011


May Austin
338 13th Street
Elyria, OH 44035


Nicole Auvil
750 Kaspar St
Port Clinton, OH 43452


Ana A Avalos
1105 Lost Creek Drive
Bellefontaine, OH 43311


Lisa Aveni
7235 Sowul Drive
Concord, OH 44077


Lauren Avery
170 GREY FOX RUN
Chagrin Falls, OH 44022-3397

Jamie Avis
521 east 2nd street
Port clinton, OH 43453

Ann Aycock
2337 Reeves Ave
Lewis Center, OH 43035

Mike Aziz
7386 ceadercreast trl
Chesterland, OH 44026

Corrado Azzarita
6230 Kenwood Road
Cincinnati, OH 45243

Darlene Baad
1942 University commons drive SE
Massillon, OH 44646

Lynn Babcock
6901 Shawnee Run Road
Cincinnati, OH 45243-2519

DERIKA BABICS
3327 CROWNPOINT N.W.
MASSILLON, OH 44646

Carrie Babitsky
2060 Jesse Drive
Hudson, OH 44236

Katie Bach
9883 E Idlewood Dr
Twinsburg, OH 44087

Daniel Bachnicki
6330 Dawson Blvd.
Mentor, OH 44060

Lisa Bacon
7919 Manorgate Street
Lewis Center, OH 43035

Amy Badertscher
3111 Wattova Dr NW
Massillon, OH 44646


Quiana Badley
8804 ray court #1
Twinsburg, OH 44087


Eunny Bae
251 Boston Mills Rd
Hudson, OH 44236


Sarah Baggott
115 Maple Ave
Chardon, OH 44024-9681


Amanda Bahe
3271 Greenwich Dr
Fairfield, OH 45014


Jodie Bailey
5967 Winslow Ct.
Dublin, OH 43016


Kelly Bailey
2943 steffan woods drive
twinsburg, OH 44087


Laura Bailey
6162 Seminole Trl
Mentor, OH 44060


Tara Bailey
2818 RED TAIL LN
MASON, OH 45040


Stephanie Baily
8027 Roberts Road
Hilliard, OH 43026


Melissa Bair
700 Marburn Dr
Columbus, OH 43214

Jane Baird
3268 Darbyshire Dr.
Hilliard, OH 43026

John Baird
12646 Lovers Lane
Spencer, OH 44275

Rene Bajarias
2226 Sherwin Drive
Twinsburg, OH 44087

Angel Baker
804 Ridgeview Drive
Bellefontaine, OH 43311

David Baker
214 North Hambden Street
Chardon, OH 44024

Evelyn Baker
410 ontario st
Huron, OH 44839

Heather Baker
2725 Broken Woods Drive
Troy, OH 45373

Julie Baker
12075 summerwood dr
Concord, OH 44077

Liana Baker
6741 Duneden Ave
Solon, OH 44139

Mendy Baker
2553 Charoe Street
Lewis Center, OH 43035

Michele Baker
7155 south Meadow drive
Concord, OH 44077

Patricia Baker
49 East Summit Street
Chagrin Falls, OH 44022


Roshana Baker
21921 River Oaks
Rocky River, OH 44116


Taryn Baker
769 Parkgrove Way
Lewis Center, OH 43035


Stacey Bakos
305 Hilliard Road
Elyria, OH 44035


Arun Balakrishnan
5705 Eden Bridge Drive
Dublin, OH 43016


Jennifer Ball
781 Georgetown Ave.
Elyria, OH 44035


Mary Balla
22389 Bartlett dr
Rocky river, OH 44116


Michael Ballard
4465 Blue Jay Way
Mason, OH 45040


Misty Ballard
8377 Island Lane
Maineville, OH 45039


Sarah Ballard
313 Wilson Mills Rd
Chardon, OH 44024


Tina Ballash
438 North Street 5B
Chardon, OH 44024

Leslie Baltimore
7701 Morris Rd
Hilliard, OH 43026


Meghan Bando
1541 Bell Road
Chagrin Falls, OH 44022


Kaustab Banerjee
10266 Belmeadow Drive
Twinsburg, OH 44087


Denise Bangasser
11435 Saddlewood Ln
Concord Twp, OH 44077


Matthew Bangerter
8 Meadowlawn Drive #18
Mentor, OH 44060


Sharon Banko
5970 Brewster Drive
Hudson, OH 44236


Kelly Banks
4477 Swenson St
Hilliard, OH 43026


Janet Bannerman
457 Bell Street
Chagrin Falls, OH 44022


Erica Banta
4164 Maystar Way
Hilliard, OH 43026


Leslie Banweg
7533 Whitemarsh Way
Hudson, OH 44236


Reka Barabas
81 Clairhaven Dr.
Hudson, OH 44236

Heather Barajas-Anguiano
10326 Auburn Rd
Chardon, OH 44024


Terry Barbera
5938 Perry Hills Drive
Canton, OH 44706


Regina Barger
261 Fox Ridge Circle
Powell, OH 43065


Ginni Baris
3426 Old green 201
Beachwood, OH 44122


Cate Barker
2210 Weir Drive
Hudson, OH 44236


Eva Barker
10690 Locust Grove Dr.
Chardon, OH 44024


Michelle Barkoot
222 South Settlers Lane
Painesville, OH 44077


Crystal Barnes
6991 Woodthrush Ave
Painesville, OH 44077-2309


Carolyn Barnett
7805 Strawberry Hill Ln
Maineville, OH 45039


Kristi Barnett
8510 Ethan Ct
Fairfield, OH 45014


Lori Barnett
1517 Beekman Dr
Troy, OH 45373

Adrian Barnhart
1211 Westwood Dr.
Lewis Center, OH 43035


Ron Barnicoat
1022 Carson Street
Painesville Twp, OH 44077


Debby Barone
2433 Maxwell Avenue
Lewis Center, OH 43035


Jennifer Baroni
9470 Whalers Cove
Mentor, OH 44060


Anna Barrett
5560 Kingsbury Road
Fairfield, OH 45014


Kim Barrett
5938 Groff Court
Hilliard, OH 43026


Tanya Barrett
1430 Fireside Trail
Broadview Heights, OH 44147


Tonia Barry
2708 Blue Heron Drive
Hudson, OH 44236


Tara Bartholomew
9001 Marchbank ln
Lewis Center, OH 43035


Michael Bartle
1003 Cliff Creek Drive
Columbus, OH 43228


Dawn Bartlebaugh
78 Berger Ct.
oberlin, OH 44074

Jennifer Bartlebaugh
1241 Beechview Dr.
Vermilion, OH 44089

Christopher Bartlett
13083 Stratford Trail
Chesterland, OH 44026

Elizabeth Bartlett
6156 Althea Dr
Concord Twp, OH 44077

Kelly Bartlett
68 Nantucket Drive
Hudson, OH 44236

CHRISTY BARTON
917 MONASTERY ST
CINCINNATI, OH 45202

Nicole Barton
2030 Westgate Drive
Findlay, OH 45840

Michele Barton-Verdi
6111 Brownstone Court
Mentor, OH 44060

Sheryl Barylak
4832 Lake View Drive
Peninsula, OH 44264

Jack Basford
148 Coen rd
vermilion, OH 44089

Amy Bashforth
5446 Hessler Cir
Hilliard, OH 43026

Erica Basich
1772 Rhoda Ave
Columbus, OH 43212

Maged Baskhron
13151 morning star drive
north royalton, OH 44133

Pamela Bast
6833 Cincinnat Dr SW
Massillon, OH 44646

Deanna Bateman
6036 E Valley View Ct
Mentor, OH 44060

Jenny Bates
12875 Vista Pointe Dr.
Chardon, OH 44024

Mark Battistelli
830 Master Dr
Galloway, OH 43119

Christina Bauer
10454 Ravenwood Lane
Painesville, OH 44077

Nancy Bauer
11262 chillicothe rd
chesterland, OH 44026

Roger Bauer
3357 Fishinger road
Columbus, OH 43221

David Baughman
2400 Danbury Lane
Hudson, OH 44236

Kendra Baumann
5880 Sedgwick Road
Columbus, OH 43235

Melinda Baumann
1797 Gloucester Dr.
Fairfield, OH 45014

Donna Baumiller
1342 Gill Court
Twinsburg, OH 44087


Dawn Baur
4185 River road
Fairfield, OH 45014


Jamie Baur
8064 Hackney Court Apt D
Mentor, OH 44060


Natalie Baxter
1649 River Shore Ct
Kings Mills, OH 45034


Angie Bayer
8135 Jordan Club Court
Cleves, OH 45002


Jackie Bayes
1201 Muirfield Dr
Findlay, OH 45840


Callie Baylor
839 Virginia Dr
Hudson, OH 44236


Lori Baylor
2098 Jonathan Court
Hudson, OH 44236


Jill Bazzone
624 Falls Rd
Chagrin Falls, OH 44022


Beachwood MS
2860 Richmond Road
Beachwood, OH 44122


Audrey Beacom
232 Hideaway Ct
Powell, OH 43065

Mollie Beam
1751 Branton Court
Broadview Heights, OH 44147


Michelle Beard
1789 Haymarket Way
Hudson, OH 44236


Patricia Beard
13043 Livery Lane
Chardon, OH 44024


Nancy Beasley
750 Graylock Ct
Galloway, OH 43119


Amy Beaver
1730 Pinecone Ct
Lewis Center, OH 43035


Elena Beber
7481 Marsh Creek Ln
Maneville, OH 45039


Anthony Bebie
3975 Mark Ave.
Rocky River, OH 44116


Lauren Bebout
3104 Stony Hollow Ct
Loveland, OH 45140


Mark Bechtel
5561 Bertram Dr.
Port Clinton, OH 42452


Molly Beck
2203 Bold Venture Drive
Lewis Center, OH 43045


Eileen Becker
8088 Fernway Court
Concord, OH 44077

James Becker
211 Basquin Dr
Chardon, OH 44024


Jennifer Becker
7988 Bellflower rd
Mentor, OH 44060


Alice Beckett
13711 Oak Brook Dr Apt 208
North Royalton, OH 44133


Theresa Beckett
119 Huntington Circle
Elyria, OH 44035


LISA BEDNARSKI
32751 BALDWIN RD
SOLON, OH 44139


Lisa Bedrick
8188 Timberlane
Concord, OH 44077


Susan Beebe
5315 Wilshire Park Drive
Hudson, OH 44236


Colleen Beegle
2217 Middleton Road
Hudson, OH 44236


Jodi Beekman
9030 Tabernash Dr
Columbus, OH 43240


Sherry Beetler
64 North Park Street
Oberlin, OH 44074


Samantha Begley
7532 Red Coat Dr
Hamilton, OH 45011

Christine Begovic
6070 Nature View Court
Concord Township, OH 44077

Moriom Begum
7208 Selworthey lane
Solon, OH 44139

David Behre
2108 Hayer Court
Lewis Center, OH 43035

Jeffrey Belcher
33210 Arlesford Dr
Solon, OH 44139

Jean Belfiore
24925 Hilltop Dr.
Beachwoow, OH 44122

Aimee Bell
5635 Nicholson Drive
Hudson, OH 44236

April Bell
240 Morgan Dr
Painesville, OH 44077

Elizabeth Bell
7825 Greenbriar Lane
Cincinnati, OH 45243

Gordon Bell
3200 Shadow Ridge Dr
Loveland, OH 45140

Portia Bell
2721 Nadir Ct.
Hamilton, OH 45011

Bellefontaine MS
1201 Ludlow Road
Bellefontaine, OH 43311

Cynthia Beltran
467 Inverness Ct
Hudson, OH 44236


Loren Bendall
5401 Liberty Road
Chagrin Falls, OH 44022


Ashley Bender
133 Roosevelt St
Elyria, OH 44035


Brian Bender
8280 Jordan ridge dr
Cleves, OH 45002


Tina Bender
15098 Rock Creek Rd
Chardon, OH 44024


Amy Benefiel
11801 Nottingham Pkwy
North Royalton, OH 44133


Patricia Benevento
971 Howard Dr
Vermilion, OH 44089


Melinda Benford
892 Oakwood Blvd
Painesville, OH 44077


Jill Benintendi
7034 Dawson Road
Cincinnati, OH 45243


Nancy Benitez
4977 Avery Rd #39
Dublin, OH 43016


Marijana Benjamin
113 Middle Post Pointe
Chardon, OH 44024

Amy Benkert
7314 Bridgetown rd
Cincinnati, OH 45248


Lorrie Bennett
1375 Sterling Dr
Troy, OH 45373


Rebecca Bennett
9970 Rosewood Drive
Chardon, OH 44024


Tracy Bennett
13518 painesville Warren rd
Painesville, OH 44077


Michael Bennici
5733 Williamsburg circle
Hudson, OH 44236


Jennifer Benore
1679 East Sapphire Dr
Hudson, OH 44236


Don Benson
7815 Salem Dr
Hudson, OH 44236


Lindsay Benz
65 Church Street
Chagrin Falls, OH 44022


Sasikumar Benzigar
9927 Darrow Park Drive Apt #209N
Twinsburg, OH 44087


Sandy Beorn
9892 Old State Road
Chardon, OH 44024


Denise Berdis
8550 Sharp Ln
Chesterland, OH 44026

JENNIFER BEREND
2252 MAXWELL AVE.
LEWIS CENTER, OH 43035


Oxana Berezkina
9246 Windy Creek Dr.
Columbus, OH 43240


Aaron Berg
20563 Beachwood Drive
Rocky River, OH 44116


Jamie BERG
4009 Riley st
South lebanon, OH 45065


Ellen Bergman
24375 Woodside Lane
Beachwood, OH 44122


Aimee Bergquist
21358 Endsley Avenue
Rocky River, OH 44116


BOB BERICHON
1695 GOSHEN DR
HUDSON, OH 44236


Kristie Berish
19 N Oviatt St
Hudson, OH 44236


KaWa Berman
827 Claycross Ct
Galloway, OH 43119


Leonid Berman
2654 Blue Heron Drive
Hudson, OH 44236


Michael Berman
6765 Forest Glen Ave
Solon, OH 44139

Melanie Bernava
893 Candy Ln
Galloway, OH 43119


Paola Bernazzani
80 West Washington
Chagrin Falls, OH 44022


Jodi Bernhard
28697 North Village Lane
Solon, OH 44139


Dianne BERNS
36985 PETTIBONE RD
SOLON, OH 44139


Tracy Bernstein
24119 Woodway Road
Beachwood, OH 44122


Lindsey Berrigan
3447 Bryant St
Hilliard, OH 43026


Danita Berry
1975 Augusta Circle SE
Massillon, OH 44646


Kate Berry
949 Master Drive
Galloway, OH 43119


John Bertke
1114 mystic ln S
Troy, OH 45373


Stacey Bertleff
9716 Burton drive
Twinsburg, OH 44087


Carol Bertone
668 Second St. #4
Fairport Harbor, OH 44077

Gennine Berwald
6068 West Valleyview Ct.
Mentor, OH 44060

Michelle Besett
12077 Riley Court
Twinsburg, OH 44087

Amy Beskid
7976 Deborah Ct
Mentor, OH 44060

Janell Bess
5115 13th Street SW
Canton, OH 44710

Becky Besselman
1226 Foxfire Drive
Painesville Township, OH 44077

Amy Best
1832 Cadbury St. NW
Massillon, OH 44646

Gary Best
14847 Glen Valley Dr
Middlefield, OH 44062

Kimberly Bethel
1751 Glenwood Dr.
Twinsburg, OH 44087

Kelly Betlejewski
12754 Gardenside Dr
North Royalton, OH 44133

Ramesh Bettaiah
37795 Flanders Drive
Solon, OH 44139

Jerry Betts
44 Township Road 229
North Baltimore, OH 45872

Sara Beucler
50 S Hayden Pkwy
Hudson, OH 44236


Yogish Bevinahallyshivabasappa
5989 Varwyne Dr
Dublin, OH 43016


Mandeep Bhargava
37138 Tidewater Dr
Solon, OH 44139


Simran Bhullar
9919 darrow prk dr.apt.211P
twinsburg, OH 44087


MaryAnn Bibro
7370 Creekwood Dr
North Royalton, OH 44130


Kim Bican
14620 Chatham Glen Drive
Novelty, OH 44072


Michelle Bice
729 Hubbard Rd
Galloway, OH 43119


Adrienne Bickerstaff
6830 som center rd
solon, OH 44139


Shannon Biehl
2640 Fairfield Ridge Dr
Hamilton, OH 45011


Beth Bigham
2284 Herrick Cr.
Hudson, OH 44236


Ina Biliunas
7614 Palmerston Dr.
Mentor, OH 44060

Sabrina Billman
2430 Brooklyn Ave SW
Canton, OH 44706

LaToya Binford
5584 Cherrywood Road
COLUMBUS, OH 43229

Elizabeth Binns
7349 Wellfleet Drive
Hudson, OH 44236

Michelle Biondi
5770 birdie lane
mentor, OH 44060

Jeffrey Birdwell
300 Portland Dr.
Vermilion, OH 44089

Kim Bischof
7435 Harding St
Mentor, OH 44060

Brian Bishop
2357 Hudson Aurora Rd
Hudson, OH 44236

Erika Bishop
2009 Nicklaus Drive
Findlay, OH 45840

Tim Bittner
10223 Danvers Dr
Concord Twp, OH 44077

Erin Bivens
110 Quartz Ave
Peninsula, OH 44264

Courtney Bixby
12 Steepleview Drive
Hudson, OH 44236

Jennifer Bixler
515 East Dudley
Maumee, OH 43537

Heather Bizub
2141 Hiram Lane
Hudson, OH 44236

Nina Bjerkreim-Hanssen
24610 Duffield Rd.
BEACHWOOD, OH 44122

Jamie Black
11851 Whitestone Court
North Royalton, OH 44133

Suzy Black
102 Pepperbush Dr
Bellefontaine, OH 43311

Ericka Blackburn
7449 Trotwood Drive
Painesville, OH 44077

Cinthia Blackman
7581 Fern Dr.
Mentor on the Lake, OH 44060

Carolyn Blackmon
6001 Conneaut Light Dr.
Vermilion, OH 44089

Tracey Blackwelder
6751 Rosecrest Ave
Cincinnati, OH 45243

Belinda Blackwell
9791 Firelands Drive
Twinsburg, OH 44087

Pam Blaich
5120 Riverview Dr
South Lebanon, OH 45065

Cleva Blair
450 Kristina Dr Apt 11D
Bellefontaine, OH 43311


Kevin Blair
47 Cleveland St.
Chagrin Falls, OH 44022


Tracey Blair
2678 Arroyo Ridge Court
Hamilton, OH 45011


Christina Blankenship
732 University Ave
Elyria, OH 44035


Catherina Blann
1768 Messner Dr
Hilliard, OH 43026


Darci Blaskis
12550 Bass Lake Road
Chardon, OH 44024


Nikki Blasko
8237 Albion Road
North Royalton, OH 44133


Jamie Blatnik
13133 Hampton Club Drive 103
North Royalton, OH 44133


Michelle Blaugrund
31851 N. Roundhead Dr
Solon, OH 44139


Jason Blevens
117 Lindale Dr.
Fairfield, OH 45014


Caryn Blevins
6823 esther ln
Cincinnati, OH 45243

Greg Bleyl
10022 Bissell Dr.
Twinsburg, OH 44087

Gina Blickenderfer
219 Marion Ave
Massillon, OH 44646

Regina Block
720 S Clay St
Troy, OH 45373

Christine Blogna
2225 Eastwood Ave
Massillon, OH 44646

Hazel Bloomfield
5088 Riverbend Dr
Kings Mills, OH 45034

Christina Blow
34616 South Side Park Drive
Solon, OH 44139

Thomas Blue
20520 Detroit Rd
Rocky River, OH 44116

Darlene Blum
269 Miles Rd
Chagrin Falls, OH 44022

Alan Blumenthal
2397 Allen Blvd
Beachwood, OH 44122

Nicole Bluso
6254 Paderborne Drive
Hudson, OH 44236

Cassandra Blyler
1456 Timber Trail
Hudson, OH 44236

Marianne Blystone
8050 Harbor Creek Dr Unit 2302
Mentor, OH 44060


Samantha Boardwine
16011 Sperry Rd.
Vermilion, OH 44089


Kelly Bobeczko
8010 Butler Hill Drive
Concord Twp, OH 44077


Jennifer Bock
2411 Candlemakers Lane
Maineville, OH 45039


Carrie Bode
423 Creekborough Court
South Lebanon, OH 45065


Megan Bodley
2828 RED TAIL LN
MASON, OH 45040


Bernadette Bodzenta
3091 Stoney Creek Drive
North Royalton, OH 44133


Samantha Boehringer
1210 S Mulberry St
Troy, OH 45373


Michelle Boerger
1177 Aintree Ct
Maineville, OH 45039


Ramona Boggins
22449 Lake Rd. F403
Rocky River, OH 44116


Sharon Bohland
11007 Drake Road
North Royalton, OH 44133

Stephen Bohm
396 Karen Drive
Chardon, OH 44024

Cheryl Bohr
10985 Stonewycke dr
Concord, OH 44077

Samantha Bojc
7512 Dahlia Dr
Mentor, OH 44060

Kristen Boka
116 Fernwood Rd
Chagrin Falls, OH 44022

Kristen Bolam
240 Albany Dr NW
Canton, OH 44708

Kathy Boldt
1531Newton Pass
Broadview Hts, OH 44147

Jessica Boling
1004 S Market St
Troy, OH 45373

Melissa Bolte
4756 Idleview Dr.
Vermilion, OH 44089

Michelle BOLTON
8766 Arrowood Dr
Mentor, OH 44060

Kasey Bonifacio
1730 S County Rd 25a
Troy, OH 45373

Jack Bonnette
6595 Ebury Cir
hudson, OH 44236

Stephanie Bonnizzio
1503 Waynesboro Drive
Hudson, OH 44236


Alicia Booker
6235 Arbor Glen Ct
Solon, OH 44139


Cynthia Booker
10350
Twinsburg, OH 44087


Shelley Bookheimer
130 Edgefield Drive
Cleves, OH 45002


DYLAN BOOKMAN
21235 LAKE RD
ROCKY RIVER, OH 44116


Robyn Bookman
5822 Hopkins Rd
Mentor, OH 44060


Jeanne Boral
531 Manorbrook Drive
Chagrin Falls, OH 44022


Nancy Bordo
5728 Parkside Crossing
Dublin, OH 43016


Elizabeth Borkosky
1033 Twp Rd 142
Van Buren, OH 45889


Christine Borlaug
1328 Birchview dr
Vermilion, OH 44089


Nikki Bornhorst
5569 Reebok Drive
Hilliard, OH 43026

Jean Boron
10211 Regatta Trail
Reminderville, OH 44202


Shannon Borris
675 Outrigger Cove
Painesville, OH 44077


Sherry Bortnick
9371 Jordan Drive
Mentor, OH 44060


Becki Bosson
2046 Maxwell Ave
Lewis Center, OH 43035


Brad Bostelman
5671 Birdie Ln.
Mentor, OH 44060


Susan Boswell
7615 Brakeman rd
Painesville, OH 44077


Lori Botkins
1078 merrimar circle n A
Columbus, OH 43220


Natalie Bottomley
1460 Fireside Trail
Broadview Heights, OH 44147


Renelle Bouffard
8280 Cambden Crossing Way
Concord Township, OH 44077


Kimberly Boumis
1187 Craig Court
Maineville, OH 45039


Jackie Bourgeix
202 Ohio st
Elyria, OH 44035

Frances Bourne
103 Locust Lane
Chagrin Falls, OH 44022


Nichole Bourquin
999 Prescot Ave
Massillon, OH 44646


Coshell Boustani
9457 Pam Court
Twinsburg, OH 44087


Kimberly Bova
10038 Primrose Circle
Twinsburg, OH 44087


Theresa Bowen
27655 Pergl Rd.
Solon, OH 44139


Charles Bowers
3870 East Surrey Court
Rocky River, OH 44116


Lindsay Bowers
1016 Nutmeg Sq S
Troy, OH 45373


Mary Bowersock
44 S Hayden Pkwy
Hudson, OH 44236


Lilian Bowing
3597 Beacon Drive
Beachwood, OH 44122


Andrea Bowling
7715 jandaracres dr Apt c
Cincinnati, OH 45248


Jillian Bowman
2471 Charles Mill Drive
Hilliard, OH 43026

Shannon Bowman
6383 Sara Court
Hamilton, OH 45011


Brenda Bowser
102 North Street
Chardon, OH 44024


Leslie Bowser
1685 GROTON DR
HUDSON, OH 44236


Gregory Box
7392 Burntwood Way
Hudson, OH 44236


Casey Boyd-Swan
2224 Jesse Drive
Hudson, OH 44236


Christine Boyko
3406 magnolia way
BroadviewHeights, OH 44147


Cindy Boyle
8030 Sweetgum Trail
Mentor, OH 44060


Jason Bozarth
3384 Ridge Gap Rd
Columbus, OH 43221


Cheryl Bracken
6283 Hopkins Rd
Mentor, OH 44060


Heather Bracken
2485 wilmington ave se
massillon, OH 44646


Bethany Bradford
225 Genoa rd apt 8
Massillon, OH 44646

Donna Bradley
6014 Hampton Corners North
Hilliard, OH 43026


Juwonna Bradley
1220 Midway Avenue
Columbus, OH 43207


Renee Bradley
12135 Quartermane Circle
Chardon, OH 44024


Charles Bradshaw
6250 Bryson Dr
Mentor, OH 44060


Amanda Brady
7607 Manor Drive
Mentor, OH 44060


Carol Brafford
909 Oakwood Blvd.
Painesville, OH 44077


Kaleelah Branche
6615 Solon Blvd.
Solon, OH 44139


Tammy Brand
3032 Cabot Way
Twinsburg, OH 44087


Lea Brandt
40 4th street
MADISON, OH 44057


Todd Brandt
19440 Riverwood Ave.
Rocky River, OH 44116


Danielle Brass
1115 Arrowhead Drive
Vermilion, OH 44089

Michael Brass
1115 Arrowhead dr
vermilion, OH 44089

Mandy Braun
714 Erin St
Lewis Center, OH 04305

Suzanne Braun
7379 Sharonlee Dr.
Mentor, OH 44060

Nikki Brauning
3943 Parkside Court
Hilliard, OH 43026

Jenny Braunstein
18 Highmeadows Circle
Powell, OH 43065

Silvia Bravo
2504 Country Ridge Dr
Hilliard, OH 43026

Danielle Breach
12954 Carter Rd
Painesville, OH 44077

Patricia Breedlove
14252 Rock Creek Rd P.O. Box 475
Chardon, OH 44024

Karen Breit
7176 Juniperview Lane
Madeira, OH 45243

Renee Breit
5881 Benjamin St SW
Canton, OH 44706

Jamie Bremer
5940 Heritage Farms Dr
Hilliard, OH 43026

Hazel Brendler
3077 descent ct
hilliard, OH 43026

Stephanie Breneman
947 Ascot Dr
Maineville, OH 45039

Danielle Brennan
7692 Keystone Drive
Concord Twp, OH 44077

Christine Brenner
1107 Jackson Drive
Port Clinton, OH 43452

Dana Bresser
4054 Durango Green Dr
Cleves, OH 45002

Jason Brewer
6912 Fox Hill Ln
Cincinnati, OH 45236

Jason Brewer
970 Jackson st.
Vermilion, OH 44089

Megan Brewer
2016 Wren Haven Drive
Hudson, OH 44236

Sarah Brewer
3715 Hamilton Mason Rd
Hamilton, OH 45011

APRIL BREWSTER
12090 S Wintergreen Dr
Chardon, OH 44024

Shannon Brewster
521 Shaftsbury Rd
Troy, OH 45373

Nicole Brey
6289 GLENWOOD DR
MENTOR, OH 44060-2455

Barb Breznay
10999 Bridle Trl.
Chardon, OH 44024

Ivonne Brickell
10446 Buckeye Rd
Painesville, OH 44077

Pamela Brickey
1246 Warble Dr
Columbus, OH 43204

Tina Brickman
209 fox pointe dr
chardon, OH 44024

Dionne Bridges
4777 Ascot Dr
Columbus, OH 43229

DeAnn Brierley
9594 Vista Drive
North Royalton, OH 44133

Marty Briggs
5126 Ridgeglen Cir NW
Canton, OH 44708

Olga Briggs
5330 Dellbrook Drive
Fairfield, OH 45014

Cary Bright
7403 Southwood Dr
Mentor, OH 44060

Maria Bright
6497 Lafayette Dr
Mentor, OH 44060

Scott Brihn
14130 Florence Lane
North Royalton, OH 44133

Charles Brill
10675 Butternut Road
Chesterland, OH 44026

David Brill
6065 Homewell Street
Hilliard, OH 43026

Yevette Brinegar
3686 Lebanon Road
South Lebanon, OH 45065

Kimberly Brinson
3469 south green rd apt 10b
Beachwood, OH 44122

Amy Britnell
10030 Stone Hollow Rd.
Mentor, OH 44060

Jennifer Brletic
579A Woodside Avenue
Vermilion, OH 44089

Amy Broadwater
314 Bucknell Court
Broadview Heights, OH 44147

Robert Brockman
5399 Sherry Lane
Fairfield, OH 45014

Tammy Brodbeck
5794 Bradford Way
hudson, OH 44236

Amy Brodsky
10000 Windjammer Trail
Reminderville, OH 44202

Hope Brogan
6315 Meaghan dr.
Dublin, OH 43016


Elena Brokhman
28870 Blue Pond Trail
Solon, OH 44139


Janell Brookes
127 Miles Ave NW
Canton, OH 44708


Millissa Brosch
11870 Stonegate Drive
Chardon, OH 44024


Caroline Brosnan
555 Solon Rd.
Chagrin Falls, OH 44022


Sarah Bross
213 Newpine Drive
Cleves, OH 45002


Jaclyn Brossia
7726 Hickory Ln
Findlay, OH 45840


Susan Brothers
6991 Hayden Run Rd
Hilliard, OH 43026


Kristy Brough
416 Washington St
Port Clinton, OH 43452


Tracy Browder
5928 Emerald Lake Dr.
Fairfield, OH 45014


Amy Brown
2132 East Sand road
Port Clinton, OH 43452

Anthony Brown
23511 Chagrin Blvd 510
Beachwood, OH 44122


Bradley Brown
1184 Catawba Bay Dr
Port Clinton, OH 43452


Christie Brown
9855 Breckenridge Dr.
Chardon, OH 44024


Daniel Brown
430 S. Walnut St.
Troy, OH 45373


Dave Brown
12307 Carroll Dr
Chardon, OH 44024


David Brown
4782 Circle Drive
Fairfield, OH 45014


Jackie Brown
6577 Solon blvd
Solon, OH 44139


Jacque Brown
115 Bard Dr
Hudson, OH 44236


Jacque Brown
115 Bard Dr
Hudson, OH 44236-3921


Kara Brown
13450 walking stick lane
Chardon, OH 44024


Kathleen Brown
3665 Glenbar Dr
Fairview Park, OH 44126

Kevin Brown
217 Claridon Road
Chardon, OH 44024


Kimlicia Brown
9977 Darrow Park Drive  212A
Twinsburg, OH 44087


Marcia Brown
7116 Hearthwood Drive
Hamilton, OH 45011


Patrick Brown
829 Bayberry Dr NW
Massillon, OH 44646


Patti Brown
12025 Clark Rd
Chardon, OH 44024


Roynette Brown
3711 Mack Road H5
Fairfield, OH 45014


Ryan Brown
1835 Bishop Ln
Findlay, OH 45840


Sandy Brown
3478 Arbor Hill Lane
Maineville, OH 45039


Sara Brown
412 pepper tree lane
Painesville, OH 44077


Steven Brown
2317 Leo ave sw
Canton, OH 44706


Tracy Brown
251 Ohio st.
Elyria, OH 44035

Doug Brubaker
14778 Thornton Dr.
North Royalton, OH 44133

Yayoi Brubeck
3694 Kilkenny Dr.
Columbus, OH 43221

Kristy Brueggeman
6585 ivana ct
Mentor, OH 44060

Mindy Brueggemann
309 Reamer Place
Oberlin, OH 44074

Patricia Bruemmer
6208 Caribou Ct
Cincinnati, OH 45243-2906

Heather Brumfield
4697 crystal lake dr
hilliard, OH 43026

Michael Bruner
2862 Lakeview Ave
Rocky River, OH 44116

Jessica Brunn
8557 Akins Road
North Royalton, OH 44133

Rhonda Brunney
3411 Column Dr
Columbus, OH 43221

Melissa Bruns
3037 walnut grove dr
Loveland, OH 45140

Ashley Bryant
1406 Red Maple Drive
Painesville, OH 44077

Bethany Bryant
10172 Bissell Drive
Twinsburg, OH 44087


Danielle Bryant
33860 Country View Lane
Solon, OH 44139


Nikia Bryant
5633 Van Wer Dr
Hilliard, OH 43026


Ross Bryndal
4680 Marigold Rd
Mentor, OH 44060


Meganne Brzygot
5753 Piper Glen Drive
Maineville, OH 45039


Courtney Buchner
10234 Johnnycake Ridge Rd
Painesville, OH 44077


Jennifer Buckey
8090 Conestoga Trl
Mentor, OH 44060-6870


Craig Buckner
4599 Brixshire Dr
Hilliard, OH 43026


Naomi Buehrle
19781 Riverview Ave.
Rocky River, OH 44116


Patti Buell
7361 cedar rd
Chesterland, OH 44026


Angela Buerger
3516 Alfred Ct
Columbus, OH 43221

Lisa Buescher
419 Bentleyville rd
Chagrin falls, OH 44022


Emily Buffa
12745 Kingston Way
North Royalton, OH 44133


Sheri Buirley
8121 Jordan Valley Court
Cleves, OH 45002


Jayna Bukvic
2575 Easthaven dr.
Hudson, OH 44236


Patty Bumbalough
5954 state route 292 north
zanesfield, OH 43360


Alisha Bumgarner
10144 Flagstone Dr.
Reminderville, OH 44087


Emily Bundy
7514 Forthampton Cir
Hudson, OH 44236


Andrea Bunting
6652 Springmeadow Drive
Hamilton, OH 45011


Mariya Burban
6821 iron gate drive
north royalton, OH 44133


John Burchard
264 Monticello Dr.
Chagrin Falls, OH 44022


Christopher Burdick
11932 Greyfriars Circle
North Royalton, OH 44133-6129

Cindy Burdick
3273 Triplecrown Dr
North Bend, OH 45052


Nicole Burgbacher
1300 Red Maple Drive
Troy, OH 45373


Randy Burge
107 Creswell Drive
Van Buren, OH 45889


Steve Burger
3937 Durango Green Dr.
Cleves, OH 45002


Andrea Burgess
1770 WRIGHT AVE
ROCKY RIVER, OH 44116


BevAnn Burgess
216 Belle Ave NW
Massillon, OH 44646


Kasie Burgess
178 Sorrelwood Lane
Chagrin Falls, OH 44022


Marie Burgess
10362 Merriam Lane
Twinsburg, OH 44087


Roland Burghardt
303 S. Ridge Ave
Troy, OH 45373


Bob Burke
5876 Ogilby Drive
Hudson, OH 44236


Jennifer Burke
5745 Argyle Drive
Hudson, OH 44236

Katy Burke
35780 Brushwood Dr.
Solon, OH 44139


Valerie Burke
9444 Johnnycake Ridge
Mentor, OH 44060


Jennifer Burkholder
239 Park Road
Painesville, OH 44077


Margaret Burling
6009 Heather Lane
Hudson, OH 44236


Christine Burlison
11539 Woodiebrook rd.
Chardon, OH 44024


Janet Burnett
429 Hilliard Rd.
Elyria, OH 44035


Matt Burnett
770 Outrigger Cove
Painesville, OH 44077


Denene Burnette
1790 Parker Lane
Twinsburg, OH 44087


Dawn Burney
7585 Pinecrest Lane
Solon, OH 44139


Amy Burns
2075 Maxwell Ave
Lewis Center, OH 43035


Megan Burns
7879 Woodview Ct.
Maineville, OH 45039

Shelley Burns
7663 Diagonal Rd
Kent, OH 44240


Angelique Burnside
2684 Columbia Trail
Loveland, OH 45140


Kathy Burnside
661 Morris Rd.
Vermilion, OH 44089


Michelle Burr
4051 Alton Darby Creek Rd
Hilliard, OH 43026


BRIAN BURTON
106 FLORAL COURT
ELYRIA, OH 44035


Bus Bkg Express Lending CTR PAT
PO Box 94831
Cleveland, OH 44101


Karl Busch
10216 Stonehedge Dr
Concord Township, OH 44077


Francie Buschur
6244 George Fox Drive
Galloway, OH 43119


Allyson Bussey
2887 Cheshire Cir SW
Canton, OH 44706


Maleeka Bussey
2984 Trisch Cir
Twinsburg, OH 44087


Amanda Bustle
196 king ave
south lebanon, OH 45065

Breanne Buterbaugh
2445 Olde Farm Lane
Hudson, OH 44236


Sharon Butina
3001 Mayapple Drive
Hudson, OH 44236


Racheal Butschie
9818 Hickory Dr
Loveland, OH 45140


Alison Buza
11300 Somersetv Dr. #242D
North Royalton, OH 44133


Kara Buzzelli
316 Simon Rd.
Hudson, OH 44236


Kara Buzzelli
316 Simon Rd
Hudson, OH 44236


Jim Byall
21101 Morewood Pkwy
Rocky River, OH 44116


Hillary Byrer
2320 Neff Lane
Troy, OH 45373


Erin Byrne
3180 Scioto Estates Court
Columbus, OH 43221


Patricia Byrnes
6963 Pennywhistle Circle
Concord Twp, OH 44077


Junior Cabrera
1346 Mentor Ave # 514
Painsville, OH 44077

Aizel Cabungcal
2145 Omaha Place
Lewis Center, OH 43035

Francisco Caceres
6110 LAKOTA DR
CINCINNATI, OH 45243

Dan Cahl
164 Nottingham Drive
Elyria, OH 44035

Dee Cain
3035 Abrams dr
Twinsburg, OH 44087

Karen Cain
1220 Orchard Park Dr.
Rocky River, OH 44116

Hanna Cajan
7427 Woodyard Rd
Hudson, OH 44236

Lindsey Cake
251 Princeton Ave
Elyria, OH 44035

JIM CALABRESE
4293 charles ct
hilliard, OH 43026

Samuel Calabrese
302 Fox Way
Chagrin Falls, OH 44022

Chuck Calder
91 W. Belmeadow Ln
Chagrin Falls, OH 44022

Anabel Calderon
201 N Hayes St
Bellefontaine, OH 43311

Michelle Calderwood
1269 Homeland Drive
Rocky River, OH 44116


Julia Caldwell
250 east state rd.
cincinnati, OH 45002


Mollie Caldwell
8882 Lakefield ct
Galloway, OH 43119


Mike Calhoun
14005 Painesville Warren Road
Painesville, OH 44077


Teresa Calhoun
1925 Buchtel Street
Twinsburg, OH 44087


Amy Call
5613 Primavera Drive
Mentor, OH 44060


Faith Call
2921 Delaware circle
Piqua, OH 45356


Michelle Callahan
9954 Windjammer Trail
Aurora, OH 44202


Paula Campanelli
98 Aurora St
Hudson, OH 44236


Heidi Campbell
13117 Kevin ln.
Chardon, OH 44024


Deborah Campbell-sauer
3537 oarlock ct
hilliard, OH 43026

Jessica Campi
2069 Jesse Dr
Hudson, OH 44236


Dina Campola
11447 Viceroy Street
Painesville, OH 44077


Ruth Campos
10409 Fox Hollow Circle
Twinsburg, OH 44087


Becky Camposo
12111 Arborwood Way
Chardon, OH 44024


Jen Canary
4417 Knickel Dr
Hilliard, OH 43026


Amy Candella
560 Riverbend Ct
Fairfield, OH 45014


Monica Canestraro
6618 Baronscourt Loop
Dublin, OH 43016


Jennie Canganelli
7425 Jeremy Ave
Mentor, OH 44060


Melinda Canino
3365 Wessex Ct.
Loveland, OH 45140


Cristina Canseco
73 N Pleasant St
oberlin, OH 44074


Amy Cantor
6883 Silkwood Ln
Solon, OH 44139

Giovanna Cantor
37 SUGAR BUSH LN
Chagrin Falls, OH 44022


Hope Cantrall
8558 High Trail Ct
Mason, OH 45040


Nicole Cantrell
501 Manhattan Pkwy
Painesville, OH 44077


Jayme Cantu
9793 west oak harbor southeast road
Oak harbor, OH 43449


Shannon Capers
5977 Paron Place
Hilliard, OH 43026


Capital One
PO Box 71087
Charlotte, NC 28272


Capital One Bank
PO Box 4692
Carol Stream, IL 60197


Thomas Cappello
12049 Clay Street
Huntsburg, OH 44046


Anthony Capuozzo
26200 Zeman Avenue
Euclid, OH 44132


Patricia Caputo
7400 VALERIE LN
HUDSON, OH 44236-1824


Patricia Caputo
7400 Valerie Lane
Hudson, OH 44236

Miguel Caraballo
P.O. Box 602748
Cleveland, OH 44102

Phil Carbone
451 Birchwood Lane
Painesville, OH 44077

Jodi Carcamo
7965 Gladshire Blvd
Lewis Center, OH 43035

Tara Carcioppolo
6910 S Camelot Dr
Mentor, OH 44060

Cardmember Services
PO Box 6294
Carol Stream, IL 60197

Angela Cardwell
8826 Crestwater Dr
Galloway, OH 43119

Krista Carl
5221 LYNNCREST STREET SW
Canton, OH 44706

Krista Carlozzi
6480 Liberty Rd
Solon, OH 44139

Ronald Carlson
850 Outrigger Cove
Painesville, OH 44077

Shelly Carlson
9900 Pebble Beach Cove
Aurora, OH 44202

Roberta Carlton
6275 Sharondale Dr
Solon, OH 44139

JoEllen Carlucci
1467 GOLDEN LN
BROADVIEW HEIGHTS, OH 44147


LaVona Carpenter
22674 Halburton Road
Beachwood, OH 44122


Stacey Carpenter
116 E. Spruce Ave.
Bellefontaine, OH 43311


Peter Carper
129 Wrexham ave sw C
Massillon, OH 44646


Elaine Carr
1620 Deer Creek Dr
Findlay, OH 45840


Shari Carr
12430 willshire ln
chardon, OH 44024


Erica Carrano
3700 Fox Hunt Trail
Columbus, OH 43221


Tammy Carrington
2203 Pebble creek dr apt 102I
Twinsburg, OH 44087


Christin Carroll
10171 Weathersfield Drive
Mentor, OH 44060


Elizabeth Carroll
433 north Main street
Hudson, OH 44236


LETITIA CARROLL
13026 HAMPTON CLUB DRIVE #103
NORTH ROYALTON, OH 44133

Michele Carroll
1888 Lakeshore Drive
Troy, OH 45373

Kim Carson
8815 Meadow Grass Ln
Lewis Center, OH 43035

Roberta Carson
8691 Camelot Dr
Chesterland, OH 44026

Theresa Carson
11120 Clark Rd
Chardon, OH 44024

Jessica Carter
611 Perry Dr NW
Canton, OH 44708

JULIE CARTER
17 E. Water St.
Troy, OH 45373

Scott Carter
21261 Maplewood Ave
Rocky River, OH 44116

Susan Carter
205 newpine drive
CLEVES, OH 45002

Wayne Carter
725 N Detroit st
Bellefontaine, OH 43311

Lindsay Caruso
1161 Bunker Hill Blvd Apt B
Columbus, OH 43220

Orestes Carvalho
5016 Lake View Dr
Peninsula, OH 44264

Becky Carver
5301 Royalwood Rd Apt 202
North Royalton, OH 44133

Deena Casagrande
4572 Wyndtree Drive #161
West Chester, OH 45069

Rachel Casanta
1746 River Shore ct
Kings Mills, OH 45034

MARINA CASEY
10622 YORK ROAD
NORTH ROYALTON, OH 44133

Jeff Cashell
4754 Coltview Ct
Hilliard, OH 43026

Michelle Cashier
7271 Julia Dr
North Royalton, OH 44133

Alicia Cassady
276 Bon air ave
Elyria, OH 44035

Jennifer Casselberry
4111 Shepler Church Ave SW
Canton, OH 44706

Brittney Cassell
7680 Dog Trot rd
Cincinnati, OH 45248

Tracy Castelluccio
135 Grey Fox Run
Chagrin Falls, OH 44022

Tara Catalano
13123 Marilyn Dr
Chesterland, OH 44026

Kristen Catania
41 Ambrose Drive
Hudson, OH 44236


Jenny Catoe
100 Ambrose Drive
Hudson, OH 44236


Jennifer Catri
7605 Berks Way
Hudson, OH 44236


CHRIS CATRON
2624 RUNWAY AVE
BETHEL, OH 45106


Ernie Cavasinni
12610 Hovey Drive
Chesterland, OH 44026


Kris Cave
3793 Wenwood Dr
Hilliard, OH 43026


Angie Cavera
520 McKinley Dr.
Bowling Green, OH 43402


Julie Ceccanese
2671 Lombardi Ave
Canton, OH 44706


Michelle Cecconi
7358 Beechwood Dr
Mentor, OH 44060


Tonya Cecil
7727 Feder Rd
Galloway, OH 43119


Rubina Celeste
5872 Birch Lane
Mentor-on-the-Lake, OH 44060

Romi Celleghin
23580 Bryden Rd.
Beachwood, OH 44122


Celtic Bank Corporation
268 S State Street, Suite 300
Salt Lake City, UT 84111


Karen Censoprano
7574 Elderkin Court
Hudson, OH 44236


Katrina Centeno
1029 Eileen ave. Sw
Massillon, OH 44646


April Centric
3167 Kaylyn lane
Hilliard, OH 43026


Susan Cerny
13951 Aspen Oval
North Royalton, OH 44133


Tanya Cerrato
10155 Foxwood Dr.
North Royalton, OH 44133


Andrea Cerutti
2211 Jesse Drive 2211 Jesse Drive
Hudson, OH 44236


Tammera Cervi
8011 Coldharbor Blvd
Lewis Center, OH 43035


Ilene Cesa
14024 Sweetbriar Lane
Novelty, OH 44072


Lacy Chadwick
1276 Glen cove way
Columbus, OH 43204

Shannon Chadwick
12665 Hovey Dr
chesterland, OH 44026


Chagrin Falls MS
400 East Washington Str
Chagrin Falls, OH 44023


JAGANNATH Chalasani
8836 Emerald hill dr
Lewis Center, OH 43035


Brian Chalfin
9426 Concord Ct
Twinsburg, OH 44087


Chamberlin MS
10270 Ravenna Road
Twinsburg, OH 44087


Heidi Chambers
14050 West Rd.
Oberlin, OH 44074


Keiona Chambers
1135 Reese ave
Lima, OH 45804


Amylynn Chamblin
2975 stonequarry rd
Dayton, OH 45414


Caijian Chan
6549 Copley Ave
Solon, OH 44139


Tamara Chandler
54 Cohasset Drive
Hudson, OH 44236


Amy Chaney
4656 Crystal Ball Drive
Hilliard, OH 43026

Christina Chaney
728 N Dorset Drive
Troy, OH 45373

Niki Chaney
740 Chappel Creek Court
Vermilion, OH 44089

Ann Chang
28937 N. Village Ln.
Solon, OH 44139

Amy Chapman
1535 Greenfield LN
Painesville, OH 44077

Elizabeth Chapman
7853 Zion Hill Rd
Cleves, OH 45002

Janel Chapman
7525 Hayden Run Rd
Hilliard, OH 43026

Sarah Chapman
312 W Third St
Port Clinton, OH 43452

Tamra Chapman
6174 Meadow Wood Ln
Columbus, OH 43228

Chardon MS
424 North Street
Chardon, OH 44024

Maria Charles
13295 Spruce Run Dr Apt 102
North Royalton, OH 44133

Dianne Charlton
6235 Chagrin River Rd
Bentleyville, OH 44022

Linda Charlton
1572 Valley Crest Drive
Columbus, OH 43228

Courtney Charney
8 Eleven River
Rocky River, OH 44116

Erica Charriere
7190 Jonathan Drive
Hudson, OH 44236

Catherine Chase
1511 lyndhurst rd
Lyndhurst, OH 44124

Rebecca Chatman
153 Edgefield Drive
Cleves, OH 45002

Sara Cheeseman
787 Mary Lane Ext
South Lebanon, OH 45065

Enxin Chen
6190 Glade Run Rd
Hilliard, OH 43026

Su Chen
6216 Tall Oaks Dr
Mentor, OH 44060

Shirley Cheng
23402 Greenlawn Ave.
Beachwood, OH 44122

Victoria Chepelsky
1400 SEARAY CV
PAINESVILLE, OH 44077-7916

Rachel Cherubini
7477 Bent Oak Court
Lewis Center, OH 43035

Jason Chesko
1880 Quail Nest Ct
Troy, OH 45373

Mark Chesser
382 wilson mills rd.
chardon, OH 44024

Virgil Chichernea
7692 St. James Dr.
Mentor, OH 44060

Samantha Childress
6001 marine parkway Apt G106
Mentor on the lake, OH 44060

Ellen Childs
8605 Doris Place
Cleves, OH 45002

Adam Chioromonte
12574 ward drive
Chesterland, OH 44026

Ryan Chipley
2431 RENWICK WAY
TROY, OH 45373

Umesh Chitnis
33085 Seneca Dr
Solon, OH 44139

Jeff CHITWOOD
7870 DEERHURST PL
MAINEVILLE, OH 45039

David Chizek
23919 edgehill dr
Beachwood, OH 44122

Seung Choi
13258 SPRUCE RUN DR Apt.102
North Royalton, OH 44133

Heather Chollett
112 Gentry Ct
Chardon, OH 44024


Sonja Chom-Cesen
130 Hickory Hill Rd
Painesville, OH 44077-5138


Vikas Chopra
8801 Honey Ash
Lewis Center, OH 43035


Colleen Christensen
1354 Bridget Lane
Twinsburg, OH 44087


Matt Christian
7360 Davis Rd
Hilliard, OH 43026


Natalie Christie
11780 Julie Drive
Chardon, OH 44024


Michael Chuparkoff
196 Brandywine Drive
Hudson, OH 44236


Niki Churchwell
7752 Oxgate Ct.
Hudson, OH 44236


Heather Cigoi
1461 Parkview Lane
Broadview Hts, OH 44147


Jennifer Cimperman
33 Westover Dr.
Chagrin Falls, OH 44022


Alieta Ciocea
9801 Sunrise Blvd. O-30
North Royalton, OH 44133

Rochelle Ciora
11820 Jason Ave
Concord, OH 44077


Alfred Cipolletti
24710 Dundee Dr
Cleveland, OH 44143


Chrisopher Cipolletti
1835 Dansy Dr
Euclid, OH 44117


Gerri Cipolletti
625 Hanford Dr
Cleveland, OH 44143


Joe Cipolletti
6501 wilson mills rd
Mayfield Village, OH 44143


Robyn Cipolletti
7255 Lascala
Hudson, OH 44236


Joe Cipolletto
7255 Lascala Dr
Hudson, OH 44236


City of Mayfield Heights
6154 Mayfield Road
Mayfield Heights, OH 44124


Andrea Ciulli
3193 Meadow Lane
North Royalton, OH 44133


Tammy Clague
489 Crocker Blvd.
Chardon, OH 44024


Kate Clancy-LeVan
139 Bersham Dr
Hudson, OH 44236

Jennifer Clapper
2247 Olde Farm Lane
Hudson, OH 44236


Chris Clark
65 Greentree Road
Moreland Hills, OH 44022


Christine Clark
9815 TUDOR PL
CHARDON, OH 44024-8514


Christine Clark
7626 Manor Dr
Mentor-on-the-Lake, OH 44060


Crystal Clark
1770 Township Road 232
Van Buren, OH 45889


Dawn Clark
8680 Camelot Drive
Chesterland, OH 44026


Jeff Clark
100 Greentree Rd
Chagrin Falls, OH 44022


Keith Clark
24106 e baintree
Beachwood, OH 44122


Krista Clark
6242 Fulsher Lane
Cincinnati, OH 45243


Mark Clark
5800 Springwood Court
Mentor on the Lake, OH 44060


Marsha Clark
4679 RAVEN CT
HILLIARD, OH 43026

Nickolas Clark
8090 Royalton Rd 185
North Royalton, OH 44133

Paul Clark
11090 abbey rd
North Royalton, OH 44133

Rebecca Clark
9394 Old Village Drive
Loveland, OH 45140

Roy Clark
9505 Hinsdale
Chardon, OH 44024

Tiffany Clark
383 barlow
hudson, OH 44236

William Clark
809 w third st
Port Clinton, OH 43452

Cathie Clarke
7146 N Jester Pl
Concord Twp, OH 44077

Jeffrey Clarke
7095 Windmill Lane
Concord, OH 44060

Mary Clarke
67 great oak drive
Hudson, OH 44236

Cathy Clary
1375 Aniko Ave
Lewis Center, OH 43035

Becky Clawson
763 E Lorain St
Oberlin, OH 44074

Dave Clawson
1955 Fox Run
Troy, OH 45373

Danielle Clay
23513 Fairmount Blvd
Shaker Heights, OH 44122-2261

Josh Clay
3282 Jupiter Dr
North Royalton, OH 44133

Holly Clayton
635 Georgetown Ave.
Elyria, OH 44035

Kimberly Clayton
7643 Bridgetown Road
Cincinnati, OH 45248

Stacey Clayton
1224 Reservoir Road
Bellefontaine, OH 43311

Natalie Clemens
7615 Yennicook Way
Hudson, OH 44236

Danielle Clement
1711 Poplar Lane
Painesville, OH 44077

Kent Clemson
14732 rock creek
Chardon, OH 44024

Margaret Cleveland
10111 Pirates Trl
Aurora, OH 44202

Debra Clevenger
107 Kings Chapel DR S
Troy, OH 45373

Tom Clifford
7395 Ravenna Rd
Painesville, OH 44077


Astrid Cline
4380 river rd
fairfield, OH 45014


JoEllen Cline
4365 Kendale Court
Columbus, OH 43220


Joy Cline
3105 Andrew James Dr
Hilliard, OH 43026


LAURA CLINE
9436 MONTICELLO DRIVE
TWINSBURG, OH 44087


Kelli Close
347 Scala Drive
Stow, OH 44224


Nicole Clouser
7590 Pelham Drive
Chesterland, OH 44026


Sherri Clute
2418 Rufus Ct.
Lewis Center, OH 43035


Maria Coble
12906 WOODIN RD
CHARDON, OH 44024


Ellen Cochran
13965 Chillicothe Road
Novelty, OH 44072


Renee Cochran
10477 Penton Court
Reminderville, OH 44202

Andrei Cocieru
35 Steepleview Dr
Hudson, OH 44236


Dawn Cockerham
336 Pleasant Dr
South Lebanon, OH 45065


Tara Codella
91 Keswick Dr
Hudson, OH 44236


KC Coe
3500 Turnberry Dr.
Findlay, OH 45840


Sandra Coelho
3484 Darby Glen Blvd
Hilliard, OH 43026


Anne Coffey
180 Kenton Road
Chagrin Falls, OH 44022


JOLIE COFFEY
13535 TOWNSHIP ROAD 218
VAN BUREN, OH 45889


Kelly Coffey
3 Desales ct
Fairfield, OH 45014


Jeffrey Cohen
7547 MIAMI AVE
CINCINNATI, OH 45243


Robert Cohen
32693 jefferson dr
solon, OH 44139


Linda Cohn
6681 Edgemoor Avenue
Solon, OH 44139

Kimberly Cola
6355 Clearair Dr
Mentor, OH 44060


Michael Colabianchi
9531 Rainbow Lane
NORTH ROYALTON, OH 44133


Meg Colafella
289 Bicknell Drive
Hudson, OH 44236


Scott Colburn
2857 Standish Ave SW
Canton, OH 44706


Kelly Cole
2457 Middleton Road
Hudson, OH 44236


William Cole
1904 Westwood Drive
Lewis CENTER, OH 43035


Ben Collado
10 Bryn Mawr Dr
Painesville, OH 44077


Isabel Collica
10252 Spinnaker Run
Aurora, OH 44202


Dan Collins
8060 Barberry Hill Dr.
Mentor, OH 44060


Elizabeth Collins
7330 Dixon dr
Hamilton, OH 45011


Jessie Collins
3054 Dunlavin Glen Rd.
Columbus, OH 43221

Kelly Collins
24 Prescott Drive
Hudson, OH 44236


Kristin Collins
5175 Devontry Ln.
Columbus, OH 43220


Mark Collins
1051 Arrowhead Drive
Vermilion, OH 44089


Megan Collins
8352 Union Drive
Galloway, OH 43119


Tammi Collins
3447 S Green Rd apt 12B
Beachwood, OH 44122


Tara Colombini
2770 Lake Hollow Rd
Hilliard, OH 43026


Melissa Colucci-Hayes
8488 Misty Woods Cir
Powell, OH 43065


Nancy Colvin
5155 BRITTON FARMS DR
HILLIARD, OH 43026


Jane Comber
36895 Halton Court
Solon, OH 44139


Steve Combs
3550 Townsley Drive
Loveland, OH 45140


Paul Comfort
726 Coy Ln
Chagrin Falls, OH 44022

Julie Compliment
2520 State Route 718
Troy, OH 45373


Jim Compton
8150 Chadwick Ct.
Mentor, OH 44060


Melanie Comstock
7623 Newton Drive
Mentor, OH 44060


Melanie Conaway
689 Mystic Pointe Drive
Lewis Center, OH 43035


Marica Condric
7865 St. James Dr.
Mentor, OH 44060


Kim Coneglio
13024 W Geauga Trail
Chesterland, OH 44026


Melissa Confer
7010 BEAGLE CT
HAMILTON, OH 45011


Jennifer Congdon
7640 Northwick Court
Novelty, OH 44072


Amanda Conley
565 Linwood Dr
Troy, OH 45373


Holly Conley
1517 White Ash Dr.
Painesville, OH 44077


Lena Conley
3205 Longspur Drive
Columbus, OH 43228

Traci Conley
16191 Sherwood road
Findlay, OH 45840

Heather Conn-Lawrence
1756 Hickory Hill Dr
Columbus, OH 43228

Elizabeth Connell
3663 GOLDENROD ST
HILLIARD, OH 43026

Tiffany Connelly
21114 Stratford Ave
Rocky River, OH 44116

Laura Conner
6511 Euclid Avenue
Cincinnati, OH 45243

Brian Connor
26310 North Woodland Rd
Beachwood, OH 44122

Charles Conrad
1603 Orchard Grove Avenue
Lakewood, OH 44107

Heather Conrad
4984 Britton Farms Dr
Hilliard, OH 43026

Michael Conrad
1725 Blempoton Rd NW
Massillion, OH 44646

Alex Constable
7332 Granby
Hudson, OH 44236

Barbara Contorno
6350 Fay rd
Painesville, OH 44077

Amy H Conway
11 Chelsea Court
Chagrin Falls, OH 44022

Letra Conwell
938 forestbrook
Painesville, OH 44077

Eric Coode
10120 Pinecrest Rd
Painesville, OH 44077

Ann Cook
2655 Aikin Circle South
Lewis Center, OH 43035

Barbara Cook
6494 Glenallen Ave
Solon, OH 44139-4007

Christine Cook
7644 Appleblossom Lane
Chesterland, OH 44026

Jennifer Cook
7427 Hudson Park Dr
Hudson, OH 44236

Violet Cook
100 Keenan Rd. Lot Cedar 29
Penisnula, OH 44264

Amanda Cooke
1077 Hornsby Dr
Columbus, OH 43240

Julia Cooke
415 Creekborough Ct.
South Lebanon, OH 45065

Jonathan Coombes
8418 E WOODLAND TRL
FINDLAY, OH 45840-7745

David Cooney
10531 Bentley Drive
North Royalton, OH 44133

Christina Cooper
3352 Mill Run Drive
Hilliard, OH 43026

Danielle Cooper
7834 Curberry Dr
Mentor, OH 44060

Michael Cooper
242 Roxboro Rd
Vermilion, OH 44089

Stephanie Cooper
5975 Dunlap Rd
Cincinnati, OH 45252

Sarah Corbett
1124 Michigan
Bellefontaine, OH 43311

Laurie Corbin
1250 Manor Ave SW
Canton, OH 44710

Amanda Corcino
901 Douglas St
Vermilion, OH 44089

Aubrey Corcoran
424 Creekborough Ct.
South Lebanon, OH 45065

Michelle Cordle
3880 Farm Brook Lane
Columbus, OH 43204

Curt Cordray
5452 Grace drive
mentor, OH 44060

Clifton Core
517 East Brown Avenue
Bellefontaine, OH 43311


Effie Core
5999 Waterview Drive
Hilliard, OH 43026


Roger Corey
2360 Rufus Court
Lewis Center, OH 43035


Bevin Cormack
12855 Opalocka Dr
Chesterland, OH 44026


Jessica Cornell
123 Elm Street
Port Clinton, OH 43452


Debbie Corona
13061 Mariner Dr.
North Royalton, OH 44133


Lindsey Corrigan
8 Meadowlawn Drive Unit 22
Mentor, OH 44060


Natasha Corrigan
1128 westridge dr
Troy, OH 45373-3831


Billie Corson
3047 Gilridge Drive
Hilliard, OH 43026


Doug Corwin
105 Beech Ave
Bellefontaine, OH 43311


Douglas Corwin
7589 Bishop Court
Mentor, OH 44060

Leonard Cosentino
7640 Holyoke Avenue
Hudson, OH 44236

Tabitha Cote
1411 Rolling Meadows Drive
Vermilion, OH 44089

Mary Cottom
19463 Rye Gate Dr
North Royalton, OH 44133

Candice Cottongim
254 Ilene Avenue
South Lebanon, OH 45065

Jill Cottrill
4653 Crystal Clear Drive
Hilliard, OH 43026

Kimberly Couch
7594 Fern Drive
Mentor on the Lake, OH 44060-3213

Margaret Couch
5238 Maple Springs Dr
Chagrin Falls, OH 44022

Jodi Coughlin
9942 High Country Drive
Chardon, OH 44024

Sheila Counts
3487 Topgallant Ct
Columbus, OH 43221

Christine Courtwright
1050 Bates Road
Rocky River, OH 44116

Rhonda Coutinho
7334 Township Road 212
Findlay, OH 45840

Heather Covill
1801 sedwick ave nw
Massillon, OH 44646

Krystal Covington
2285 Rockingham Dr
Troy, OH 45373

Rich Cowie
6138 Norwood Dr
Mentor, OH 44060

James Cowin
681 Spring Valley Dr
Lewis Center, OH 43035

Diane Cowles
12628 Harold Drive
Chesterland, OH 44026

Michael Cox
1326 Chelsea Rd
Troy, OH 45373

Betsy Coy
190 Senlac Hills Drive
Chagrin Falls, OH 44022

Matthew Coy
7846 Pinehill Road
Lewis Center, OH 43035

Catherine Coyne
6036 Reynolds Road
Mentor on the Lake, OH 44060

Colin Coyne
20995 Hilliard Blvd.
ROCKY RIVER, OH 44116-3310

Monica Cozmyk
9621 Applewood Dr
North Royalton, OH 44133

Rebecca Cozzens
9361 Chesapeake Drive
North Royalton, OH 44133

Darren Craddock
6035 Heritage Farms Drive
HILLIARD, OH 43026

Donna Craddock
PO Box 563
Hudson, OH 44236

Ronald Craft
150 Littlejohn Road
Troy, OH 45373

Donn Craig
810 Branford Rd
Troy, OH 45373

Kim Craig
113 Tinkers Trail
Chardon, OH 44024

Mark Craig
5120 Leona Ave SW
Navarre, OH 44662

Jaclyn Cramer
4207 Pueblo drive
Lorain, OH 44053

Pam Cramer
6121 Glenworth Ct.
Galloway, OH 43119

Stephanie Cramer
8600 Township Road 112
McComb, OH 45858

Roleen Crane
6400 CREEKSIDE TRL
SOLON, OH 44139-3104

Angela Crawford
4777 Hoseah St
Columbus, OH 43228


Danielle Crawford
5799 Privilege Dr
Hilliard, OH 43026


Elizabeth Crawford
6400 center st #89
Mentor, OH 44060


Jennifer Crawford
2505 Seneca Dr.
Troy, OH 45373


Sandee Crawford
1196 Autumn Run Drive
Maineville, OH 45039


Paul Creel
23206 Cedar rd
Beachwood, OH 44122


Katie Creveling
63 Lincoln Blvd.
Painesville, OH 44077


Maria Creviston
13630 Braeburn Lane
Russell Center, OH 44072


Crystal Crews
6402 Brooks Blvd
Mentor, OH 44060


Lacee Cripe
410 Old Willow Ct.
South Lebanon, OH 45065


Anita Crnjac
11580 Moon Beam
Painesville, OH 44077

Kathryn Croasdaile
315 Grey Fox Run
chagrin falls, OH 44022


Chet Croce
5880 Privilege Dr.
Hilliard, OH 43026


Raylene Crofts
873 Wilder Ave
Elyria, OH 44035


Chad Cron
9635 Kelly Dr
Loveland, OH 45140


Jason Crook
828 Ashbrooke Way
Hudson, OH 44236


Tarra Crook
2810 E. Cove Ct.
Maineville, OH 45039


Becki Crookston
3128 Roanoke St. NW
Massillon, OH 44646


Bunista Cropenbaker
3050 Drew Dr.
Hamilton, OH 45011


James Crosby
2530 Richmond Rd
Beachwood, OH 44122


Kimberly Cross
6055 Hampton Corners South
Hilliard, OH 43026


Scott Cross
6406 Westward Drive
Loveland, OH 45140

Heather Crossin
3397 Ridge Gap Rd
Columbus, OH 43221


Cynthia Crowder
811 Miles Ave. NW
Canton, OH 44708


Fei Crowe
1972 Aurora Ave
Lewis Center, OH 43035


Susan Crowe
9431 Langdon lane
North royalton, OH 44133


Beverly Crowley
128 Downing Dr. Chardon Ohio
Chardon, OH 44024


Patrick Crtalic
9463 Whalers Cove
Mentor, OH 44060


Carla Crumley
9284 HELEN LN
TWINSBURG, OH 44087


Jennifer Cruze
227 Eldon Ave
Columbus, OH 43204


Rebecca Crysler
1777 Pinecone Ct
Lewis Center, OH 43035


Amy Cseh
10080 HOBBY HORSE LANE
MENTOR, OH 44060


Kristen Csincsar
8521 albion rd
NORTH ROYALTON, OH 44133

Carlos Cuadrado
2420 Tyre Dr
Hudson, OH 44236


Andrea Cuff
7087 Dogwood Ln
Mentor, OH 44060


Michael Cullers
37980 Flanders Drive
SOLON, OH 44139


Jim Cummings
338 Northview Drive
Powell, OH 43065


Julie Cummings
2160 Lyndway Rd
Beachwood, OH 44122


Laura Cummins
6275 Miami road
CINCINNATI, OH 45243


Lori Cundiff
301 Freeman ave nw
Massillon, OH 44646


Darcy Cunningham
5112 Riverview Dr.
South Lebanon, OH 45065


Don Cunningham
7398 hart st
Mentor, OH 44060


Justin Cunningham
5368 Sandstone Dr
Fairfield, OH 45014


Kurtisene Cunningham
3136 Liberty Ledges
Twinsburg, OH 44087

Michele Cunningham
6598 Minnewaukan Dr
Cincinnati, OH 45243


Rae Cunningham
7246 Davis Rd
Hilliard, OH 43026


Heather Currall
6983 Ridgemont Ct
Hudson, OH 44236


Tracy Curry
5782 Beech Dr.
Mentor on the Lake, OH 44060


Tricia Cusick
5595 Chateau Way
Fairfield, OH 45014


Tricia Cusma
1655 Jennifer dr
Twinsburg, OH 44087


Jennifer Custer
1775 Hickory Hill Dr
Columbus, OH 43228


Kathleen Custy
64 N Hayden Pkwy
Hudson, OH 44236


David Cutright
5450 Little Turtle Drive
South Lebanon, OH 45065


Jill Cutwright
14885 Crimson King Trail
Chardon, OH 44024


David Cuxil
4004 Atwood terrace
Columbus, OH 43224

Jennifer Cvetichan
8273 Beaumont Dr.
Mentor, OH 44060

Kathleen Daberko
2508 Cedarwood Ct.
Hudson, OH 44236

Marchell Dace
5 Pinehurst ct.
Fairfield, OH 45014

Daniela Dadante
9558 Graystone Lane
Mentor, OH 44060

Maryann Daffeh
3711 Lifford Ct
Columbus, OH 43221

PAM DAFFNER
1130 SUMMIT AVE
TROY, OH 45373

Maria Dahl-Rosa
PO Box 531
Grand River, OH 44045

Jennifer Dahmen
12684 Ponderosa Dr
North Royalton, OH 44133

Lori Dailey
127 Bard Dr
Hudson, OH 44236

Heather Dalessandro
57 Olive Street
Chagrin Falls, OH 44022

Angie Daley
2988 Pleasant Colony Dr
Lewis Center, OH 43035

Shawna Dallas-Rose
621 N. Detroit St.
Bellefontaine, OH 43311


Sara Damante
1681 Mayflower Lane
Hudson, OH 44236


Lisa Dame
6147 Woodsboro Drive
Columbus, OH 43228


Danbury Elementary School
9451 E Harbor Rd
Lakeside Marblehead, OH 43440


Erin Dance
6779 Dawson Rd
Cincinnati, OH 45243


Revathi Danda
8152 S. Chariot St
Mentor, OH 44060


Gretchen Daniel
11135 Beechnut Lane
Chardon, OH 44024


Kristie Daniel
328 Locke Ave SW
Massillon, OH 44646


Tracey Daniel
6324 Riverstone Dr
Columbus, OH 43228


Jack Daniels
35287 quartermane cir
solon, OH 44139


Matt Daniluk
764 Delverne ace sw
Canton, OH 44710

Brian Danison
10216 Mayfield Rd
Chesterland, OH 44026

Daniel Danszczak
9255 Gem Rd
Chesterland, OH 44026

Erin Darah
517 meadow springs rd
Maumee, OH 43537

Heather Dardeen
765 Mary Lane Extension
South Lebanon, OH 45065

Debbie Darden
137 Teaberry Circle
Chagrin Falls, OH 44022

Paul Daro
139 Antioch Dr
Elyria, OH 44035

Annie Darone
11810 clark road
chardon, OH 44024

Teresa Dart
8118 jordan valley court
cleves, OH 45002

Stacy DaSilva
7295 Partridge Dr
Dublin, OH 21873

Janeen Daugherty
426 Falls Road
Chagrin Falls, OH 44022

Stacy Daugherty
3165 Buckwalter Dr. SW
Massillon, OH 44646

Stefanie Daugherty
115 South Pleasant Street
Oberlin, OH 44074


John Davenport
6233 Karl Rd
Columbus, OH 43229


Heather Davey
1640 Surrey Rd
Troy, OH 45373


Kristine Davidson
5175 Homestead dr
South Lebanon, OH 45065


Kyle Davidson
7353 Hillendale Rd
Chesterland, OH 44026


Amy Davies
7475 Jasani Ct.
Mentor, OH 44060


Michelle Davies
314 Amber Wood Way
Lewis Center, OH 43035


Pete Davies
465 ATTERBURY BLVD
HUDSON, OH 44236


Adam Davis
125 Woodland Rd
Painesville, OH 44077


Akacia Davis
302 Pennslyvania Ave
Troy, OH 45373


AN'DREA DAVIS
9961 DARROW PK DR 221 D
TWINSBURG, OH 44087

Brenda Davis
4555 Marcellus St NW
Canton, OH 44708


Bryan Davis
3215 Honeysuckle Drive
Troy, OH 45373


Carrie Davis
1325 Bridget Lane
Twinsburg, OH 44087


Cathy Davis
4600 Astral Drive
Hilliard, OH 43026


Christina Davis
6214 Coachlite Way
Cincinnati, OH 45243


Dan Davis
11410 Woodiebrook Rd.
Chardon, OH 44024


Dana Davis
4349 Jennydawn Place
Hilliard, OH 43026


Denise Davis
7341 Ridgestone Dr
Madeira, OH 45243


Gabrielle Davis
3152 shadow Creek Court
Hamilton, OH 45011


Janice Davis
5975 Liberty Fairfield Rd.
Hamilton, OH 45011


Jennifer Davis
22349 Bartlett Drive
Rocky River, OH 44116

Jenny Davis
7441 Shewango Way
Cincinnati, OH 45243

Kathleen Davis
7270 Summerhill Drive
Concord Twp, OH 44077

MaryJo Davis
7520 Chillicothe Rd
mentor, OH 44060

Allyson Davy
1953 baltic ave
lewis center, OH 43035

Mohammad Dawood
6790 sherwood trail
north royalton, OH 44133

Carla Dawson
8454 Markwood Dr.
Mentor, OH 44060

Chris Dawson
321 Chardon Ave..
Chardon, OH 44024

Stephanie Dawson
3731 Mack Road
Fairfield, OH 45014

Lisa Dawson-Knight
9215 Windy Creek Drive
Columbus, OH 43240

Angela Day
11775 Auburn rd
Chardon, OH 44024

Steve Dayonchik
36323 Derby Downs Dr
Solon, OH 44139

Alan Dayringer
11645 lyman rd
chesterland, OH 44124


Valeria Dazey
2264 Perry Dr S.W.
CANTON, OH 44706


Angeles De ~La ~Rosa
7059 Dawson Rd. Lot 49
Cincinnati, OH 45243


Jessica Dean
276 Berkshire Rd
Vermilion, OH 44089


Meredith Dean
2057 Maxwell Ave
Lewis Center, OH 43035


Kitty DeBella
1517 Covent Road
TROY, OH 45373


Jennifer DeBoo
1717 County Road 139
McComb, OH 45858


Heather DeCarlo
8449 Squad Drive
Galloway, OH 43119


Laurie Deck
2062 Aurora Ave
Lewis Center, OH 43035


Dana Decker
390 Thomas Alva Dr
Vermilion, OH 44089


Angela Defranco
7055 Sturbridge dr
Concord Twp, OH 44077

Antonia Deignan
16405 majestic oaks dr
chagrin falls, OH 44023


Jennifer Deiter
13939 Township Road 215
Findlay, OH 45840


Christine Dekowski
930 Marion AVE NW
MASSILLON, OH 44646


Jaime Delapaz
6558 dunbarton dr
Hudson, OH 44236


Sasha Delarosa
1832 Ridgebury dr
Hilliard, OH 43026


Kelly Delegram
1103 Waldo Way
Twinsburg, OH 44087


Lourdes DeLeon
893 Pebble Beach Cove
Painesville, OH 44077


Stacy DeLeone
8305 Kylie Court
Concord, OH 44077


Regina Delphia
6470 Som Center Road
Solon, OH 44139


Jessyca DeLuna
443 Bat Road Apt. 202
Hudson, OH 44236


Mark Delventhal
46 Buckingham Rd
Rocky River, OH 44116

Stacey DelZoppo
8799 Arrowood Drive
Mentor, OH 44060

Jeffrey Demaree
536 Laurelwood Drive
Cleves, OH 45002

Olga Dembek
5875 Sequoia Ct.
Mentor on the Lake, OH 44060

Stephanie Dembski
5888 Thorngate Dr
Galloway, OH 43119

Jennifer Demianenko
8584 Squad Dr
Galloway, OH 43119

Joyce DeMichele
10568 Ridgewater Dr.
Painesville, OH 44077

Cher DeMore
10049 Bissell Dr
Twinsburg, OH 44087

Lisa DeMore
802 Lost Pond Pkwy
Chardon, OH 44024

Todd Demshar
8280 Ravenna Road
Concord Twp, OH 44077

Kim Den Braber
5159 Chillicothe Rd
Chagrin Falls, OH 44022

Danielle Denney
4580 Paxton Dr S
Hilliard, OH 43026

Erika Dennison
8223 Morris Rd.
Hilliard, OH 43026


Terese Denton
32087 hamilton ct
solon, OH 44139


Tamara DeProfio
648 Riverbend Ave
Powell, OH 43065


Kendra Derganc
7979 independence dr unit D
Mentor, OH 44060


Erinn Dersom
7903 Norma Court
Lewis Center, OH 43035


Michelle Deruytter
113 Spring Drive
C.F., OH 44022


Al DeSalvo
11532 Worthington Way
North Royalton, OH 44133


Brant Desatnik
24014 east silsby rd
beachwood, OH 44122


Domenic Desciscio
14535 Caves Road
Novelty, OH 44072


Sonya DeSilva
3438 St Charles Lane
Hilliard, OH 43026


Jim Destro
94 Hamden Dr
Hudson, OH 44236

Christine Destry
2783 Martin Rd #325
Dublin, OH 43017


Mike Detherage
8909 Eagleview Drive #4
West Chester, OH 45069


Greg Detweiler
13054 Coachman Dr
Chardon, OH 44024


Lori Deuberry
71 Fox Trace Lane
Hudson, OH 44236


Lori Deuberry
71 Fox Trace Ln
Hudson, OH 44236


Erica Deutsch
7562 Foxdale Circle
Hudson, OH 44236


Gina DeVito-Staub
32977 Charmwood Oval
Solon, OH 44139


Kaymarie Devorace
21625 Hilliard Blvd
ROCKY RIVER, OH 44116


Tracy Devries
1045 Scribner St
Maumee, OH 43537


Sanjeev Dewangan
2198 Reeves Ave
Lewis Center, OH 43035


Kimberly DeZellar
5837 Glendavon Ct
Dublin, OH 43016

Narinderjit Dhaliwal
3286 Darien Lane
Twinsburg, OH 44087


Kavitha Dhayananth
5716 Lakeside Xing
Dublin, OH 43016


Manjit Dhillon
26785 Fairmount BLVD
Beachwood, OH 44122


Assita Diarra
656 Riverview Dr Apt B
Columbus, OH 43202


Amanda DiBenedetto
2121 Valley View Dr.
Rocky River, OH 44116


Christopher Dick
7155 Hart Str Apartment D25
Mentor, OH 44060


Lynn Dickens
50 Ambrose Dr.
Hudson, OH 44236


Christopher Dickerson
5313 Red Flower Ln.
South Lebanon, OH 45065


Kelly Dickerson
3001 Ravenna Street
Hudson, OH 44236


Micah Dickerson
5576 Edie Dr
HILLIARD, OH 43026


Shawn Dickess
8135 San Marco Court
Cincinnati, OH 45243

Kim Dickson
11259 Heritage Dr
Twinsburg, OH 44087


Nathalie Dickson
1596 Woodland Ct
Twinsburg, OH 44087


Madhuri Diddi
943 little bear loop
lewis center, OH 43035


Kurt Dieckmann
1819 Storrow Drive
Lewis Center, OH 43035


Janice Diederich
2324 Croydon Rd
Twinsburg, OH 44087


Christy Diegel
515 Arlene Drive
Maumee, OH 43537


Tona Diehl
2919 Legionary Street Unit 303
Columbus, OH 43207


Tim Diehr
2176 Omaha Place
Lewis Center, OH 43035


Craig Diekmann
9578 Graystone Lane
Mentor, OH 44060


Jill DIETZ
5597 Liberty Rd
Bentleyville, OH 44022-3525


Scott DiFranco
39147 Johnnycake Ridge Rd
Willoughby, OH 44094

Vanessa Difranco
12345 valley vista drive
Chesterland, OH 44026


Dessa DiGeronimo
7327 Burntwood Way
Hudson, OH 44236


Angela DiGiacomo
7438 Wetherburn Way
Hudson, OH 44236


Digital Decibels, LLC
79 East Gates Street
Columbus, OH 43206


Summer Dilbone
1655 Fox Run
Troy, OH 45373


Donna DiLiberto
6582 Dellhaven Ave
Mentor, OH 44060


Kevin Dilley
1660 Mayflower Lane
Hudson, OH 44236


George Dillon
6224 Chestnut St.
Painesville, OH 44077


Susan DiMassa
11293 Abbey Road
North Royalton, OH 44133


Jennifer DiMuzio
6399 Deerglen Drive
Hilliard, OH 43026


Kim DiMuzio
10407 Oviatt Lane
Twinsburg, OH 44087

Wendi Dines
2021 Presidential Pkwy 56
Twinsburg, OH 44087


Tang Ding
6006 Nicholson Dr.
Hudson, OH 44236


Tracy Dingrs
12220 Huntoon Rd
Concord, OH 44077


Wendy Diotale
4432 11th st nw
Canton, OH 44708


Teresa DiRenzo
6173 Firwood Rd
Mentor, OH 44060


Melissa DiRienzo
3719 Kilmuir Drive
Columbus, OH 43221


April Dirker
2466 Cottager Dr
Hudson, OH 44236


Jacqueline Disidoro
9987 Parkland Dr.
Twinsburg, OH 44087


Sam Dispenza
6795 Georgetown Dr
Mentor, OH 44060


Colleen DiStefano
13147 Woodcrest Lane
Chesterland, OH 44026


Mike Dittman
8893 Pembrooke Street
Maineville, OH 45039

Stephanie Dittman
5172 Tallawanda Drive
Fairfield, OH 45014


Amy DiTullio
58 Jefferson Drive
Hudson, OH 44236


Sabrina Dix
31698 Sedgefield Oval
Solon, OH 44139


Wanda Dixon
5184 Southminster Road
Columbus, OH 43221


Predrag Djordjevic
8231 Ridge Road
North Royalton, OH 44133


Quyen Do
1600 E 34th Cleveland ohio 44114
Cleveland, OH 44114


Elizabeth Doan
2801 Sulgrave Rd
Beachwood, OH 44122


Ken Dobay
1827 Westwood Drive
Lewis Center, OH 43035


Anthony Dobbert
9419 Grace Dr
Twinsburg, OH 44087


Angela Dobbins-Rivera
9435 lost pond drive 46d
Twinsburg, OH 44087


Kelly Dobek
700 Jackson Dr
Port Clinton, OH 43452

Deb Dobelhoff
6200 Margo Lane
Cincinnati, OH 45227


Stacey Dodgion
3880 smiley rd
Hilliard, OH 43026


Kristi Doerflein
3392 Alta Vista Ave.
Cincinnati, OH 45211


Carol Dolan
57 Water Street
Chagrin Falls, OH 44022


Angela Dolney
11439 Ravenna road
Twinsburg, OH 44087


Monica Dominguez
149 napoli ct
Fairfield, OH 45014


Dominion Energy Ohio
PO Box 26785
Richmond, VA 23261


Chad Donahue
1520 valerie ave n.e.
massillon, OH 44646


Jeff Donohoe
7234 Castle Pine Drive
Solon, OH 44139


Julie Donovan
7491 Madeira Pines Dr.
Cincinnati, OH 45243


Jessica Dooley
4763 Eastport Drive
Kings Mills, OH 45034

Tiffani Dorfmueller
8526 Southland Drive
Maineville, OH 45039


Julie Dorko
6354 Brooks Blvd
Mentor, OH 44060


Kristen Dorony
828 Norbury Drive
Hudson, OH 44236


Allyson Dorsey
6004 Collins rd
Mentor, OH 44060


Samantha Dotson
112 Cedar Glen
Chardon, OH 44024


Double Tree Largo
9100 Basil Court
Largo, MD 20774


Double Tree Oak Brook
1909 Spring Road
Oak Brook, IL 60523


Anne Douglas
22160 Detroit Rd
Rocky River, OH 44116


Colleen Douglas
11510 Boxwood Circle
Chardon, OH 44024


Windy Douglas
2842 Lombardi Ave Sw
Canton, OH 44706


Molly Douglass
10249 Mayfield Rd
Chesterland, OH 44026

Stephanie Dowling
2628 Pickerington Way
Hudson, OH 44236


Derrick Downie
7600 Herrick Park Dr
Hudson, OH 44236


Hugh Downs
9873 Gabriel's Way
Concord Twp, OH 44060


Lisa Downs
2133 Ben Brush Place
Lewis Center, OH 43035


Melissa Downs
108 North St.
Chardon, OH 44024


Lauri Doxsey
9719 E. Idlewood Dr.
Twinsburg, OH 44087


Danielle Doyle
1651 Ridgewood CT
Twinsbuer, OH 44087


Cheryl Drake
4371 County Road 220
findlay, OH 45840


Dana Drayer
12966 Chillicothe Rd
Chesterland, OH 44026


Dan Drees
2542 Arborwood Dr
Loveland, OH 45140


Jason Dreier
1006 Stonyridge Ave
Troy, OH 45373

Kurt Drescher
4867 wiltshire rd
north royalton, OH 44133

Michelle Drew
107 Western Hill Drive
Cleves, OH 45002

Carrie Dreyer
7847 Zion Hill Road
Cleves, OH 45002

Lauren Drobnjak
929 Silverberry Lane
Hudson, OH 44236

Vel Drobnjak
929 Silverberry Lane
Hudson, OH 44236

Connie Drochak
166 Lafayette street
Elyria, OH 44035

Juliet Drotleff
113 Squires Ln
Chardon, OH 44024

Holly Dryer
12895 Greenbrier Dr
Chardon, OH 44024

Fei Duan
23511 E.Silsby
Beachwood, OH 44122

Kimberly Duchon
10010 Ravenna Rd
Chardon, OH 44024

Laura Duckett
924 Salem ave
Elyria, OH 44035

Michelle Dudas
10164 Chipmunk Ridge Drive
Concord, OH 44077


Michele Duer
228 Wrexham Ave SW
MASSILLON, OH 44646


Rebecca Duesenberg
19856 Roslyn Drive Rocky River
Rocky River, OH 44116


David Duesing
1208 Waterfront Pl
Painesville, OH 44077


Deborah Duffy
1558 Jennifer Drive
Twinsburg, OH 44087


Candace Duke
7246 Juler Ave
Cincinnati, OH 45243


Jamie Dulcie
1646 CARRIAGE HILL AVE NW
Massillon, OH 44646


Chris Duliga
5688 Abbyshire Dr.
Hudson, OH 44236


Colleen Dumm
15065 GAR HWY
CHARDON, OH 44024


Rebecca Duncan
23040 Halburton Road
Beachwood, OH 44122


Charise Dunewood
9151 Tahoma Street
Columbus, OH 43240

Lisa Dunlap
7320 morley rd 2
PAINESVILLE, OH 44077

Yvonne Dunlap
1021 Bayridge Drive
Lewis Center, OH 43035

Anne Dunn
7177 Juniperview Lane
Cincinnati, OH 45243

Mathew Dunn
27853 Edgepark Dr
North Olmsted, OH 44070

Aimee Dunphy
4475 Hemingway Ct
Hudson, OH 44236

Linh Duong
35914 Spatterdock Ln
Solon, OH 44139

Rebecca Dupaix
3406 Waterpoint Dr
Columbus, OH 43221

Nicole Durachinsky
2365 Woodacre Dr
Hudson, OH 44236

Michael Durbin
4605 12th St NW
Canton, OH 44708

Steve Durian
510 Kitts Hill Ct
Centerville, OH 45459

Kathy Duricky
9262 Thomas Ct
Mentor, OH 44060

Michelle Duricky
6330 RAMBLEWOOD DR
MENTOR, OH 44060

Lisa Durkin
1525 Winchell Dr
Hudson, OH 44236

Laura Durliat
4369 CR 140
Findlay, OH 45840

ELISA Duron
5216 Ritchey Lane
SOUTH LEBANON, OH 45065

Lori Dutton
5968 Hamton Corners North
Hilliard, OH 43026

Tonya Dutton
4127 N Main St
Findlay, OH 45840

Sastry Duvvuri
9180 Davis Way
Twinsburg, OH 44087

Bill Dvorak
15180 bates creek dr
chardon, OH 44024

Elizabeth Dvorscak
956 Wilder Ave.
Elyria, OH 44035

Christa Dwertman
4444 Shire Mill Rd
Hilliard, OH 43026

Catherine Dye
2586 Haines Rd.
Madison, OH 44057

John Dye
3599 Darby Knolls Blvd
Hilliard, OH 43026


Robin Dygart
4817 larwell dr
columbus, OH 43220


Steve Dzanko
7477 Harding
Mentor, OH 44060


Kristen Dziedziak
5286 White Swan Court
North Royalton, OH 44133


Jaycee Dzugan
497 N ASHWOOD LN
Painesville, OH 44077


Diane Dzurik
17239 Waterbridge Dr
North Royalton, OH 44133


Holly Dzurko
13091 County Line Road
Chesterland, OH 44026


Lyubov Dzyuban
11980 Harbour Light Dr.
North Royalton, OH 44133


Rachel Lang Eader
730 E. Columbus Ave
Bellefontaine, OH 43311


Aimie Earle
4866 3rd Street N.W.
Canton, OH 44708


Adam Earnest
6218 Ambleside Drive Apt. B
Columbus, OH 43229

East Woods ES
120 North Hayden Pkwy
Hudson, OH 44236


Amy Eberlein
21891 Avalon Drive
Rocky River, OH 44116


Katherine Eberlein
310 Argyle Rd
Rocky River, OH 44116


Katie Eckles
7368 button road
Mentor, OH 44060


Brian Eckliff
504 Beechwood lane
painesville, OH 44077


Denise Eckman
21199 Kenwood Avenue
Rocky River, OH 44116


Christy Eckstein
815 Claycross Court
Galloway, OH 43119


David Eddy
19781 Westover Ave
Rocky River, OH 44116


Diana Edgar
7901 Crescent Drive
Lewis Center, OH 43035


Jennifer Edgell
9399 Kellogg Creek Dr
Mentor, OH 44060


Jenn Edger
1329 Lee Rd.
Troy, OH 45373

Edison MS
4201 13th Street
Massillon, OH 44646


Josh Edmonds
8393 Cedar Rd
Chesterland, OH 44026


Jennifer Edwards
8206 Baythorne Dr.
Mentor, OH 44060


Jill Edwards
6701 spicewood Ct
columbus, OH 43228


Laura Edwards
2699 Stone Mill Way
Hamilton, OH 45011


Nicole Edwards
10365 Penniman Dr
Chardon, OH 44024


Amy Eells
5621 Abbyshire Dr
Hudson, OH 44236


Kristin Egan
16233 Waterford Dr.
North Royalton, OH 44133


Maria Eggert
9973 Lynn Dr
North Royalton, OH 44133


ALAN EGOLF
6296 CORLEY DR
DUBLIN, OH 43016


Lori Ehinger
7391 Briarwood Dr.
Mentor, OH 44060

Terri Ehrie
7755 Orange Station Loop
Lewis Center, OH 43035

Janice Eichelberger
3286 Triplecrown
North Bend, OH 45052

Kevin Eichelberger
13004 Mason Road
Vermilion, OH 44089

Kristen Eickert
4325 e laurel ridge drive 43452
port clinton, OH 43452

Lisa Eickman
2411 New Castle Dr
Troy, OH 45373

Rachel Eiding
7985 Brichford Rd
Mentor, OH 44060

Courtney Eisel
585 salisbury rd
Columbus, OH 43204

Jennifer Elam
1249 Harkers Run
Maineville, OH 45039

Hollie Elam-LaMar
5831 Coldcreek Dr
Hilliard, OH 43026

Wally Elayan
10983 Spear rd
Concord, OH 44077

George Elbel
6414 Glenallen Ave
Solon, OH 44139

Charlotte Elconin
75 Grey Fox Run
Chagrin Falls, OH 44022


Reem Elgemiey
481 Wilmington drive
Broadview Heights, OH 44147-4405


Jennifer Elias
2640 Myrick Lane
Twinsburg, OH 44087


Ashley Elleman
177 a mckeestown rd
bellefontaine, OH 43311


Dustin Ellenberger
7565 Highgate Drive
Hudson, OH 44236


Tess Ellenberger
7565 Highgate Drive
Hudson, OH 44236


Chris Elliott
4839 Glenhurst St SW
Canton, OH 44706


Janet Elliott
7686 Oxgate Ct
Hudson, OH 44236


Shana Elliott
3017 Seeger Street
Columbus, OH 43228


Shanna Elliott
2486 Thornhill Dr
Troy, OH 45373


Tara Elliott
161 Mt.Marie Ave. NW
Canton, OH 44708

Theresa Elliott-Bryant
10514 Old State Road
Chardon, OH 44024


Jennifer Ellis
14714 Darrow Road
Vermilion, OH 44089


Lisa Ellis
1970 Masters Point Circle SE
Massillon, OH 44646


Mario Ellis
6155 Loch Lomond Ct.
Solon, OH 44139


KIMBERLY ELLISON
2863 Quailview Ln
Hilliard, OH 43026


Renee Ellman
6529 Copley Ave.
Solon, OH 44139


Melissa Ellsworth
2768 Kingsbury Dr.
Rocky River, OH 44116


Christi Elly
640 Lanark Lane
Painesville, OH 44077


Theresa Elmajdoubi
5697 Pleasant Hill Drive
Hilliard, OH 43026


Carmel Elmer
4425 Huntwicke Dr.
Hilliard, OH 43026


Daren Elosh
3232 Benbrook Pond Dr.
Hilliard, OH 43026

John Elseser
8003 Dovegate Circle
Mentor, OH 44060


Embassy Suites Deerfied
1445 Lake Cook Road
Deerfield, IL 60015


Embassy Suites Dulles North
44610 Waxpool Road
Ashburn, VA 20147


Embassy Suuites Williamsburg
3006 Mooretown Road
Williamsburg, VA 23185


Elizabeth Embrescia
484 Laurelbrook Drive
Chagrin Falls, OH 44022


Michael Emch
740 Newport Lane Apt 107
Streetsboro, OH 44241


Erin Emerich
10949 Oberlin Rd
Oberlin, OH 44074


Carrie Emerick
1244 Fairlane Ave SW
Canton, OH 44710


Daniel Emerine
7630 Westwood Road
Findlay, OH 45840


Jessica Emerson
1212 Arapaho Dr.
Morrow, OH 45152


ALISHA EMMERT
3968 Clayford dr
columbus, OH 43204

Christopher Endl
4606 crystal clear dr
Hilliard, OH 43026


Jewel Engle
740 Timberview Dr
Findlay, OH 45840


Chris English
7628 Mountain Park Drive
Mentor, OH 44060


Kathy English
4812 Vinson Court
Hilliard, OH 43026


Molly English
4139 Duffy Ct
Fairfield Twp, OH 45011


Hope Engroff
812 Heritage Court #21
Bellefontaine, OH 43311


Lisa Enneking
3272 Benbrook Pond Dr
Hilliard, OH 43026


Sheila Enneking
2882 Red Oak Circle
Troy, OH 45373


Diane Ensinger-Trottnow
10272 Foxwood Drive
North Royalton, OH 44133


Jenea Epstein
6473 Elmwood Road
Mentor, OH 44060


Raquel Erb
12185 Parker Drive
Chesterland, OH 44026-1912

Tom Erdy
4248 Wayne St
Hilliard, OH 43026


Angie Erhard
977 Master Dr
Galloway, OH 43119


Kelly Erickson
891 shady lane
Fairfield, OH 45014


VESNA ERNJAKOVIC
3596 Mercury Dr.
North Royalton, OH 44133


Heather Erwin
809 Thorncrest Ct
Galloway, OH 43119


Karrie Erwin
8900 PENFIELD WAY
MAINEIVILLE, OH 45039


Kelli Eschbach
1296 Avalon Dr
MAINEVILLE, OH 45039


Lisa Eschbacher
3244 Brendan Drive
Columbus, OH 43221


Matthew Eschenauer
928 Howard Drive
Vermilion, OH 44089


Deborah Escobar
5925 Beaty Lane
Hamilton, OH 45011


Tom Eshelman
6323 keller Dr S.W.
Canton, OH 44706

Sara Eskins
8540 Mansion Blvd
Mentor, OH 44060


Lisa Eslinger
4604 farley dr
mentor, OH 44060


Teresa Ess
2217 11th Street
Cuyahoga Falls, OH 44221


Kristine Essinger
950 Bayberry str nw
Massillon, OH 44646


Cathy Estes
1417 Barberry Court
Troy, OH 45373


Sheila Etmans
275 Sycamore LN apt 146
South Lebanon, OH 45065


Cole Ettinger
103 Lakeview Ln
Chagrin Falls, OH 44022-4229


Stephanni Eubanks
712 perry dr nw
canton, OH 44708


Dawn Eustache
7265 Butternut Lane
Mentor, OH 44060


Nellie Evan
14833 Overlook Drive
Newbury, OH 44065


Sarah Evangelista
11731 Jennifer Court
Painesville, OH 44077

Chelsy Evans
735 Sawmill TRl NE
Massillon, OH 44646


Christina Evans
625 DushaneDr
Bellefontaine, OH 43311


Dawn Evans
6792 Perennial Lanr
Mentor, OH 44060


Jeff Evans
3201 Grand Falls Blvd.
Maineville, OH 45039


Jennifer Evans
254 Woodiebrook Rd.
Chardon, OH 44024


Kristen Evans
2272 Herrick Circle
Hudson, OH 44236


Megan Evans
203 E Weber Road
Columbus, OH 43202


Michelle Evans
7543 Woodland Ave.
Hudson, OH 44236


Sheri Evans
921 Livermore Lane
Elyria, OH 44035


Alex Evdokimenko
5625 Janet Blvd.
Solon, OH 44139


Jonetta Eversole
3759 Treadway Trail
Hamilton, OH 45011

Amy Eves
105 Tilden Ave
CHARDON, OH 44024

Cheri Eyink
9124 CHAMBERLIN RD
TWINSBURG, OH 44087

Jill Faber
105 Middle Post Pointe
Chardon, OH 44024

Gina Fabregas
3706 Shattuck Ave
Columbus, OH 43220

Hudson Fagan
6092 Nicholson Dr
Hudson, OH 44236

Sarah Fahrni
300 Wrexham Ave SW
Massillon, OH 44646

Scott Faini
2830 Myrick Lane
Twinsburg, OH 44087

Diana Fair
5648 Van Wert Dr
Hilliard, OH 43026

Keith Fair
8329 edgewood rd
Mentor, OH 44060

Nick Fairbanks
975 outrigger cove
painesville, OH 44077

Fairfield Creekside MS
1111 Nilles Road
Fairfield, OH 45014

Travis Fankhauser
6000 Buckboard Lane
Solon, OH 44139


Colleen Fantini
8878 Pembrooke St.
Maineville, OH 45039


James Farabaugh
4758 Drayton Rd.
Hilliard, OH 43026


Mary Farley
264 Cheshire Road
Hudson, OH 44236


Michelle Farley
5699 Grovewood Dr
Mentor, OH 44060-2056


Lisa Farmer
3220 Sulgrave Rd
Beachwood, OH 44122


Kristin Farrell
6720 Eleck Place
Cincinnati, OH 45243


Erick Farrier
480 N.Dorset Rd
Troy, OH 45373


Kris Farrow
11828 Auburn Rd
Chardon, OH 44024


Jennifer Farthing
30700 Miles Road
Solon, OH 44139


Jill Fate
2415 Pleasant Colony Dr
Lewis Center, OH 43035

Vicki Fatur
108 Middle Post Pt
Chardon, OH 44024

Laura Faust
5750 Nicholson Dr.
Hudson, OH 44236

Lori Fauver
7397 Hudson park drive
Hudson, OH 44236

Yetunde Fawole
8550 Clover Glade drive
Lewis Center, OH 43035

Darren Fay
1105 Ascot Drive
Maineville, OH 45039

Jenny Fay
10478 Wilson Mills Road
Chardon, OH 44024

Alissa Fazio
12761 North Star Dr.
North Royalton, OH 44133

Jessica Feal
8825 Canoe Dr.
Galloway, OH 43119

Lorie Fearing
3106 Gilridge Drive
Hilliard, OH 43026

Kimberly Feasel
841 Bright Rd.
Findlay, OH 45840

Lance Fecher
1840 quail nest ct
troy, OH 45373

Todd Fecto
1500 Rolling Meadows Dr.
Vermilion, OH 44089


Maria Federico
8403 Chagrin Mills Rd
Novelty, OH 44072


Michelle Federico
7859 Champaign Dr
Mentor, OH 44060


Margaret Fedio
7954 Holderman St.
Lewis Center, OH 43035


Robert Fedorko
1682 E Sapphire Dr
Hudson, OH 44236


Gary Fee
7980 stoneybrook
Mentor, OH 44060


Matt Fehr
8526 Honor Ct
Galloway, OH 43119


Brian Fehrenbach
19945 Laurel Ave.
Rocky River, OH 44116


Qing Fei
27030 Cedar Road Apt.420
Beachwood, OH 44122


Jeffrey Feiler
4828 McGreevy Drive
Fairfield, OH 45014


Matthew Fein
1312 Shawnee Dr
Morrow, OH 45152

Barbara Feisthamel
1748 E Sapphire Dr
Hudson, OH 44236


Ryan Felchlin
2291 Omaha Pl.
Lewis Center, OH 43035


Beth Felger
11140 Courtney Ct.
Chardon, OH 44024


Kelly Feller
215 canfield drive
chardon, OH 44024


Christina Fellows
7416 Sherwood Dr
Mentor, OH 44060


Angie Fenstermaker
12528 TR 114
Van Buren, OH 45889


Melissa Ferchill
21017 Aberdeen Rd Rocky River
Rocky River, OH 44116


Heather Ferencie
34731 PETTIBONE RD
SOLON, OH 44139


Leigh Ann Ferguson
83 West Belmeadow Lane
Chagrin Falls, OH 44022


Wanda Ferguson
145 Edgefield Dr.
Cleves, OH 45002


Brunilda Ferko
5478 pearson court
hilliard, OH 43026

Adelia Fernandes
36965 Valley Forge Dr
Solon, OH 44139


Rudolph Fernandes
283 meadow view drive 283
Powell, OH 43065


Cathy Fernandez
65 CLAYTON CT
HUDSON, OH 44236-4728


Amy Ferrell
11421 Labrador Lane
Painesville, OH 44077


Heather Ferris
5869 Briarhill Dr
Solon, OH 44139


Tonya Ferritto
7960 Newell Creek Drive
Mentor, OH 44060


Bradley Fertig
7280 thomas dr
Cincinnati, OH 45243


Julie Fetchik
12155 Arbrowood Way
Chardon, OH 44024


Erin Fetzer
3152 BENBROOK POND DR
HILLIARD, OH 43026


Lisa Feucht
14 W Bel Meadow Lane
Chagrin Falls, OH 44022


Brenda Feudo
6269 N. Huntington Dr.
Solon, OH 44139

James Field
1445 White Ash Drive
Painesville, OH 44077


Ossian Field
18055 Kenston lake dr
Chagrin falls, OH 44023


Calvinia Fields
27150 Tinkers Valley Drive
Solon, OH 44139


Shawn Fields
P.O. Box 952
Hilliard, OH 43026


Scott Fierman
109 waverly lane
south russell, OH 44022


Alexander Figurov
3015 Highpoint Dr
Columbus, OH 43221


Kathleen Filippelli
10002 Sweetleaf Lane
North Royalton, OH 44133


Melissa Fink
10760 Nollwood Dr
Chardon, OH 44024


Jason Finneran
9003 newmills ln
Lewis center, OH 43035


Diane Finnerty
226 Turner Drive
Chardon, OH 44024


Scott Finney
6192 Durban Drive
Galloway, OH 43119

Eric Finnicum
1042 Pheasant Grove
Massillion, OH 44646

Renee Finucan
8960 Perkins Dr
Mentor, OH 44060

Cherese Fiorina
34725 Sherbrook Park Dr. Solon
Solon, OH 44139

DAN FIORTA
8251 JohnnyCake Ridge Rd
Mentor, OH 44060

Suzette Firehammer
98 Hall Street
Chagrin Falls, OH 44022

First National Bank of Omaha
PO Box 2818
Omaha, NE 68103

Allison Fischer
7220 Cardinal Lane
Chagrin Falls, OH 44022

Carol Fischer
8849 Honey Ash Rd
Lewis Center, OH 43035

KIMBERLY FISCHER
328 e pike st
south lebanon, OH 45065

Rachel Fischione
6773 WATERFORD LN
MENTOR, OH 44060

Amy Fisher
144 Fairlawn ave. S.W.
Massillon, OH 44646

Dean Fisher
219 Walnut Street
Port Clinton, OH 43452


Jennifer Fisher
5636 Londonairy Blvd
Hudson, OH 44236


Quentin Fisher
11840 Stonegate Drive
Chardon, OH 44024


Samantha Fisher
5891 Briarhill Dr.
Solon, OH 44139


Danielle Fishleigh
6061 Maplewood Rd
MENTOR ON LK, OH 44060


Meghan Fiske
6858 Beacon Dr. Apt 71-A
Mentor, OH 44060


Crystal Fitch
475 N DORSET Rd
Troy, OH 45373


Rebecca Fitz
2110 Samson Circle
Hudson, OH 44236


Laurie Flagel
9727 Country Trail
Loveland, OH 45140


Chris Flanagan
8135 Oakbrook Court
Cincinnati, OH 45243


Marsha Fledderjohn
2845 Saturn Dr
Fairfield, OH 45014

Nicole Flesher
1771 SOM Center rd
Gates Mills, OH 44040


Suzanne Fletcher
13777 Marlin dr
hambden, OH 44024


Shanna Flick
9244 Ravenna Rd.
Chardon, OH 44024


Julie Flinchbaugh
9709 FIrelands Drive
Twinsburg, OH 44087


Sheila Flores
5762 Glendavon Place
Dublin, OH 43016


Tieraney Flores
7450 S. Timberlane Dr.
Cincinnati, OH 45243


Dawn Florio
8136 Maplegrove Avenue
North Royalton, OH 44133


Heather Floro
9354 Ashcroft Lane
Twinsburg, OH 44087


Daniel Flottemesch
7812 Buckeye Crescent
Cincinnati, OH 45243


Gregg Flowers
1770 Pinecone Ct
Lewis Center, OH 43035


Sheila Floyd
9403 Hyde Park dr
Twinsburg, OH 44087

Charesia Foley
5985 Kingslake Drive
Hilliard, OH 43026


Kara Folkerth
321 Glenwood Ave Kara
Piqua, OH 45356


Tracy Fondale
4001 Wallings Road
North Royalton, OH 44133


Michelle Fontalbert
595 Hedgebrooke Ave. Unit D
Columbus, OH 43214


Bonnie Forbes
7774 CHANCE DR
CLEVES, OH 45002-8615


Sharon Forchione
921 Bayberry St. N.W.
Massillon, OH 44646


Connie Ford
1970 Kirtstone Terrace
Painesville, OH 44077


Diane Ford
9550 Grantham lane
Chardon, OH 44024


Laura Ford
150 E Forest Ave
South Lebanon, OH 45065


Susan Ford
6626 Hopkins rd
Mentor, OH 44060


Mark Forker
224 N. Hambden St.
Chardon, OH 44024

Beth Forst
1778 East Sapphire Dr
Hudson, OH 44236


Brooke Forsyth
1410 Hollow Tree Drive
Findlay, OH 45840


Amy Foster
9672 OLD STATE RD
CHARDON, OH 44024-9260


Bridgette Foster
608 Scott Street
Troy, OH 45373


Chris Foster
9453 Whalers Cove
Mentor, OH 44060


Sara Foster
1380 Sterling Dr
Troy, OH 45373


Tammy Fouts
284 Ilene Avenue
South Lebanon, OH 45065


Allison Fowler
14793 Thornton Dr.
North Royalton, OH 44133


Alyson Fowler
7926 Deerhurst Place
Maineville, OH 45039


Bryan Fowler
3162 Rowmont Ave SW
Massillon, OH 44646


Amanda Fox
10750 Ellison creek dr
Painesville, OH 44077

Jennifer Fox
7627 Buchanan Court
Mentor, OH 44060


Marlinda Fox
202 Edgefield Dr.
Cleves, OH 45002


Theresa Frabotta
1160 Fireside Trail
Broadview Heights, OH 44147


Cassandra Fraker
2227 Greenrose Court
Toledo, OH 43614


Kathryn Francis
11560 Twin Oaks Trail
Chardon, OH 44024


Courtney Franco
3 Stratford rd
Hudson, OH 44236


Vincenzo Franco
293 W Prospect St None
Hudson, OH 44236


Delphine Francois
18771 e shoreland av
rocky river, OH 44116


Lisa Frank
838 Eddy Court
Galloway, OH 43119


Monica Frank
298 east college street
Oberlin, OH 44074


Patty Frank
89 Stratford Road
Hudson, OH 44236

Susan E Frank
15765 North Ridge Drive
Novelty, OH 44072


Wendy Frankmann
12727 Barfield Drive
Chesterland, OH 44026


Brian Frantz
1459 Greenfield Lane
Painesville, OH 44077


Rachel Franz
5456 Port Chester Drive
Hudson, OH 44236


Kim Fraser
9500 Graystone Lane
Mentor, OH 44060


Amy Frazer
8718 prairie frost lane
Lewis Center, OH 43035


Al Frazier
14508 Alder ave
East Cleveland, OH 44112


Jenna Frazier
15507 Hallauer Rd
Oberlin, OH 44074


Mary Frazier
3507 Beulah Road
Columbus, OH 43224


Heidi Freas
318 west LORAIN street
Oberlin, OH 44074


Karen Frecker
4143 Spring Mill Way
Maineville, OH 45039

Christina Frederick
15775 Brookview Trail
Findlay, OH 45840

Chris Freeman
P.O. Box 263
twinsburg, OH 44087

Debbie Freeman
236 Northfield dr
elyria, OH 44035

Kelly Freeman
1221 Shaker Dr
Maumee, OH 43537

Sharon Freeman
2789 southside dr.
Troy, OH 45373

Tonya Freeman
5115 Cheswick Drive
Solon, OH 44139

John Freese
5824 Heirship Court
Hilliard, OH 43026

Angela Frentzel
1634 Miles Ave NW
Canton, OH 44708

Dan Frey
13206 State Route 613
Van Buren, OH 45889

Kimberly Frias
431 W. 3rd St.
Port Clinton, OH 43452

Kelly Fricano
223 Elmwood Road
Rocky River, OH 44116

Todd Friedberg
4551 Glenmawr Ave
Columbus, OH 43224


Kristy Frieden
14970 Crimson King Trail
Chardon, OH 44024


Becky Frim
8931 Stillwater Drive
Galloway, OH 43119


Jennifer Frimel
9070 Arden Drive
Mentor, OH 44060


Colleen Fritz
30 skyline drive
chagrin falls, OH 44022


Kristen Fritz
723 Inwood Pl
Maumee, OH 43537


Shannon Fritz
58 East Washington Street
Chagrin Falls, OH 44022


Shelly Fritz
431 Parklawn Drive
Rocky River, OH 44116


Andrea Froah
4942 Whispering Creek Court
Maineville, OH 45039


Todd Frohnapfel
109 Overlook rd
Painesville, OH 44077


Shon Frost
846 Madter Drive
Galloway, OH 43119

Susan Frost
20032 frazier dr
rocky river, OH 44116

Kathlene Fruscella
10236 Belmeadow Drive
Twinsburg, OH 44087

Lance Fry
40125 Bainbridge Rd.
Solon, OH 44139

Kelly Fryan
7197 CHILLICOTHE RD
MENTOR, OH 44060

Lisa Fuentes
9463 Lister Ln
Twinsburg, OH 44087

Migiwa Fujita
1335 Trade winds Dr #205
Columbus, OH 43204

Amiee Fulker
135 S. Oxford St.
Troy, OH 45373

Jenny Fullum
11575 Hosford Road
Chardon, OH 44024

Pamela Fulmer
769 Township Road 190 W
Bellefontaine, OH 43311

Lisa Fulton
490 Crickett Rd
Chardon, OH 44024

Serena Funai
8959 Holquest Drive
Lewis Center, OH 43035

Robert Funk
7733 Salem Drive
Hudson, OH 44236


Brandy Funni
10024 Delsy Dr
North Royalton, OH 44133


Lee Furbeck
9256 West Hampton Drive
North Royalton, OH 44133


Desiree Furcron
128 Louisiana ave
Elyria, OH 44035


Susan Gabanic
9962 High Country Drive
Chardon, OH 44024


Erin Gabay
5880 Deepwood Trail
Solon, OH 44139


Julie Gable
7700 Mary Lane
Mentor, OH 44060


Mary Gadd
2368 Limestone Way
Columbus, OH 43228


Meredith GadsbyPeterson
283 Morgan Street
OBERLIN, OH 44074


Michael Gaewsky
70 Ravine Rd
Powell, OH 43065


Charisse Gage
33050 Aurora Rd Apt 3
Solon, OH 44139

Louis Gagliano
10256 Foxwood Dr
North Royalton, OH 44133

Lisa Gaines
3067 Scioto Estates court
Columbus, OH 43221

Kellann GainesEl
31375 Arthur Road
Solon, OH 44139

Charles Galati
424 N. Hambden St.
Chardon, OH 44024

Edie Galiardi
9170 sarah ct
Mentor, OH 44060

Cynthia Galindo
4565 Crystal Clear Dr.
Hilliard, OH 43026

Jeanne Gallagher
20863 Stratford Avenue
Rocky River, OH 44116

Katie Gallagher
7951 Willowbrook Drive
Chesterland, OH 44026

Marianne Gallagher
25 high court
Chagrin Falls, OH 44022

Mary Gallagher
12520 Deer Creek Dr 312
North Royalton, OH 44133

Michelle Gallite
2981 Socialville Foster RD
Maineville, OH 45039

Lauren Galloway
7427 S Chestnut Commons Drive
Mentor, OH 44060


Michele Galluppi
2790 Haggett Dr.
Twinsburg, OH 44087


Lisa Galvin
10271 W Sprague Road
North Royalton, OH 44133


Tricia Galvin
8204 Dartmoor
Mentor, OH 44060


Christopher Gamble
160 Virginia Dr.
West Liberty, OH 43357


Julie Gambrell
2500 Greenlawn Drive
Troy, OH 45373


Ashish Gandhi
po box 36389
cincinnati, OH 45236


Jack Gangadin
1191 Craig Court
Maineville, OH 45039


Christine Gangale
12609 Athena Dr
North Royalton, OH 44133


Heather Gansler
9892 Oakwood Dr
Twinsburg, OH 44087


Dorit Ganson
144 Shipherd Circle
Oberlin, OH 44074

YELENA GANTMAN
32462 SPRINGSIDE LANE
SOLON, OH 44139

Meizhu Gao
7631 pleasant colony ct
Lewis center, OH 43035

Kristine Garber
1136 Winchester Dr
Troy, OH 45373

Julie Garcia
5542 Navarre rd se
Canton, OH 44706

Liz Garcia
3720 N Hogan Dr
lorain, OH 44053

Oscar Garcia
7204 hosbrook rd
Cincinnati, OH 45243

ANTHONY GARDNER
5594 WANDA WAY
HAMILTON, OH 45011

Steve Garfield
6809 Mayapple Circle
Solon, OH 44139

Laura Gariety
2361 Girard Ln W
Troy, OH 45373

Iris Garman
1797 Normandy Lane
Troy, OH 45373

Amy Garner
1412 Perry Dr SW
Canton, OH 44710

John Garrabrant
9666 Old State Rd
Chardon, OH 44024

Holly Garrard
8850 S Hartshorn Rd
Lakeside Marblehead, OH 43440-2563

Denise Garrett
8550 Kirkwood Dr.
Chesterland, OH 44026

Jaclyn Garrett
218 TUCKMERE DR
PAINESVILLE, OH 44077-2472

John Garter
1706 Kings Court
Kings Mills, OH 45034

Dawn Gartner
33150 Rockford Drive
Solon, OH 44139

Michelle Gaskins
7032 Ashwood Knolls Dr
Hamilton, OH 45011

Hrach Gasparyan
South Harbor Drive
Maineville, OH 45039

Ann Gasser
213 Monticello Dr.
Chagrin Falls, OH 44022

Jefferson Gaston
3745 Grosvenor RD
South Euclid, OH 44118

Lindsay Gatchel
2137 Ben Brush Pl
Lewis Center, OH 43035

Adam Gatts
180 Overmont Avenue SW
Massillon, OH 44646

Mary Gause
959 Kenwood Lane
Columbus, OH 43220

Jodie Gaut
4921 Kemary Ave SW
Navarre, OH 44662

Devin Gaymon
32875 Aspen Glen Dr
Solon, OH 44139

Amber Geary
4876 15th St SW
Canton, OH 44710

Andrew Gebby
9236 Helen Lane
Twinsburg, OH 44087

Lisa Geber
12130 hotchkiss rd
Burton, OH 44021

Orjada Gecaj
2450 Jameston dr Rocky River
Rocky River, OH 44116

Tammy Geckle
4510 cr 236
arcadia, OH 44804

Liz Gee
549 Chardonnay Ln
Lewis Center, OH 43035

Gregg Gehring
6768 Trafalgar Loop
Dublin, OH 43016

Stephanie Gehring
7513 Creekwood Drive
North Royalton, OH 44133

Pat Gehrisch
7137 TR 212
findlay, OH 45840

Cathy Gehrke
12130 Falls Rd
Chardon, OH 44024

Alison Geiser
9609 St Rt 613
Van Buren, OH 45889

Amanda Geiser
370 Windsor Drive
Elyria, OH 44035

Cassie Geizer
4794 marigold rd
Mentor, OH 44060

Rebecca Gellin
283 miles rd
chagrin falls, OH 44022

Bev Genova
1632 Kasserine
Twinsburg, OH 44087

Carlee Genovese
1346 Sharonbrook Dr.
Twinsburg, OH 44087

Abby Gentis
3499 Wilson Woods Drive
columbus, OH 43204

Catherine George
18902 Colahan Drive
Rocky River, OH 44116

Jennifer George
1809 Pine Knoll Avenue NW
Massillon, OH 44646


Kari George
1143 Lee Ave
Port Clinton, OH 43452


Samuel Georgejr
8751 oakvillage blvd
lewis center, OH 43035


Steven Georgiadi
5653 Spring Grove Dr
Solon, OH 44139


Missy Gerbick
5028 Lakeview Drive
Peninsula, OH 44264


Michael Geregach
3025 Valley Lane Dr
North Royalton, OH 44133


Janet Gerity
4932c friar rd
Stow, OH 44224


RACHEL GERLICA
10183 CHARDON RD
CHARDON, OH 44024


Sandi Germ-Dewey
308 sylvia dr
chardon, OH 44024


Brooke Germaine
3062 Walkerview dr.
Hilliard, OH 43026


Holly German
5376 Ohio St
Vermilion, OH 44089

Karen German
33720 Carriage Park Drive
Solon, OH 44139

Christina Germovsek
10925 Copperleaf Drive
Chardon, OH 44024

Marti Gerome
32140 tracy lane
solon, OH 44139

Nora Gerson
8002 Dovegate Circle
Mentor, OH 44060

Jessica Gerwels
321 E Chillicothe Ave
Bellefontaine, OH 43311

Lisa Getz-Cammel
2541 Wildflower Lane NE
Massillon, OH 44646

Anindita Ghosh
37282 tidewater drive
solon, OH 44139

MARIA GIALLANZA
3432 HERON COURT
REMINDERVILLE, OH 44202

Amanda Giannattasio
119 E. Summit Street
Chagrin Falls, OH 44022

Kristy Gibbs
424 North Park Street
Bellefontaine, OH 43311

Amanda Gibson
992 linwood Drive
Troy, OH 45373

Laura Gibson
5044 Belle Meadow Rd.
Mentor, OH 44060


Megan Gibson
4827 corduroy Rd
mentor, OH 44060


Michelle Gibson
2541 Dale Ave
Rocky River, OH 44116


Seana Gibson
917 South Walnut Street
Troy, OH 45373


Troy Gibson
7664 Lydia Drive
Lewis Center, OH 43035-8078


Emily Gielink
10089 Patton St
Twinsburg, OH 44087-1011


Barbara Gifford
19948 Purnell Ave
Rocky river, OH 44116


Al Gilbert
6226 Dawson Blvd
Mentor, OH 44060


Vicky Gilbey
6855 Georgetown Drive
Mentor, OH 44060


Elizabeth Gill
2540 Trillium Cir NE
Massillon, OH 44646


Melissa Gill
5759 Thorngate Drive
Galloway, OH 43119

Russell Gill
8025 Patterson Rd
Hilliard, OH 43026


Michael Gillen
2228 croydon rd
twinsburg, OH 44087


Jennifer Gilles
11583 Auburn Road
Chardon, OH 44024


Cheryl Gillespie
11239 prouty rd
concord, OH 44077


Chris Gillespie
1306 westwood drive
lewis center, OH 43035


Tina Gilliand
3039 elora lane
Hamilton, OH 45011


Beth Gillman
714 taft st
port clinton, OH 43452


Kathryn Giltz
514 Rachel Cir NW
Massillon, OH 44646


Silvana Gina
2830 Carmen Drive
Rocky River, OH 44116


Beth Ginther
2536 Cedarwood Court
Hudson, OH 44236


Karen Gioffredo
928 State Street
Vermilion, OH 44089

Scott Giomini
20342 Parkview Ave
Rocky River, OH 44116

Laura Giordano
9787 Barnswood Lane
Loveland, OH 45140

Luann Gips
24600 S. Woodland Rd.
Beachwood, OH 44122

Julie Gittins
10501 sawmill drive
chardon, OH 44024

Kristina Glassford
3795 Fallen Timbers Way
Cleves, OH 45002

Mark Glatley
7039 Navajo Trail
Solon, OH 44139

Mike Glatzer
3823 Tuxedo
Parma, OH 44134

Mary Glauser
125 Claridon Rd
Chardon, OH 44024

Darren Glenn
32147 Hamilton court #106
Solon, OH 44139

Jeannette Glenn
10243 Sandalwood Ln
Twinsburg, OH 44087

Tiffany Glenn
2711 Sheila Dr.
Loveland, OH 45140

Nicola Glew
13345 Foxmoor Tr
Chesterland, OH 44026


Caroline Glickberg
14147 kimrose LN
North Royalton, OH 44133


Rick Glime
455 Olivet Dr
Elyria, OH 44035


Doxie Glinatsis
326 Northcliff Dr 326 Northcliff Dr
Rocky River, OH 44116


Kristina Glusauskas
6395 Liberty Rd
Solon, OH 44139


Michelle Goad
7438 Andover Way
Hudson, OH 44236


Krista Godwin
1150 Pond View Dr
Troy, OH 45373


Dawn Goedde
5800 Saucony Dr
Hilliard, OH 43026


Janet Goeldner
7625 Zion Hill Rd
Cleves, OH 45002-9609


Kim Goellner
10620 Alyssa court
Painesville, OH 44077


Chrissy Goelz
8682 Sweetwater Ct
Powell, OH 43065

Heather Goetz
2015 Edgewood Drive
Twinsburg, OH 44087


Kelly Goff
3762 Kilbride Ct.
Columbus, OH 43221


Rena Golan
24326 Maidstone LN
Beachwood, OH 44122


Marjorie Gold
174 Smith Street
Oberlin, OH 44074


Steven Goldberg
5680 Woodsmore Drive
Solon, OH 44139


Igor Goldman
3363 Shale Dr
Twinsburg, OH 44087


Rhoda Goldschmidt
25085 Twickenham Dr.
Beachwood, OH 44122


Joanna Goldslager
236 N. Hayden Parkway
HUDSON, OH 44236


Inga Golubitsky
6712 Winston ln
Solon, OH 44139


Rebecca Gomersal
6161 Willow Lake Dr.
Hudson, OH 44236


Paul Gonder
2855 Roanoke st nw
Massillon, OH 44646

Xiong Gong
6628 Westpoint Dr.
Hudson, OH 44236


Leah Gonia
7857 Rutland Drive
Mentor, OH 44060


Virginia Gonzales
506 Falls Rd
Chagrin Falls, OH 44022


Angela Gonzalez
429 N. Finley St.
Cleves, OH 45002


Antonio Gonzalez
2051 Garden Ln
Hudson, OH 44236


Jesus Gonzalez
149 bellfield avenue
Elyria, OH 44035


Karin Gonzalez
7393 Hollywood Drive
West Chester, OH 45069


Sharon Gonzalez
218 Ellis St.
Troy, OH 45373


Christine Good
2880 Chippendale Dr.
Hudson, OH 44236


Jeremy Good
6090 Reynolds Road
Mentor On the Lake, OH 44060


Dawn Goodfield
8247 Hemingway Ln
Mentor, OH 44060

Julie Goodill
2307 winfield ave
Rocky river, OH 44116


Mindy Goodin
148 Paw Paw Lake Drive
Chagrin Falls, OH 44022


Sandra Goodin
161 S. Franklin Street
Chagrin Falls, OH 44022


Jenny Goodman
8860 Edgewood Drive
North Royalton, OH 44133


Kristine Goodman
3092 ADENA POINT CT
COLUMBUS, OH 43221-4709


Laura Goodman
7771 Carriage House Ct
Hudson, OH 44236


Cherise Goodrich
9485 Hinsdale Dr
Chardon, OH 44024


Betsy Goodrum
10060 College Park Dr
Mentor, OH 44060


Kristen Goodson
2781 Lombardi Ave SW
Canton, OH 44706


Mike Goodwin
906 Lost Pond Pkwy
Chardon, OH 44024


Ann Gordos
491 Bell Rd
Chagrin Falls, OH 44022

Holly Gorski
27900 Cannon Road
Solon, OH 44139


Jeff Goss
7647 Goldenrod Dr
Mentor on the Lake, OH 44060


Sally Goss
518 Falls Rd
Chagrin Falls, OH 44022


Shannon Goss
5673 Londonairy Blvd
Hudson, OH 44236


Corinne Gostel
7139 Overton Way
Maineville, OH 45039


David Gottlieb
6185 Penfield Lane
Solon, OH 44139


Ed Gottschalk
200 Industrial Pkwy Ste 1
Chagrin Falls, OH 44022


Suresh Govindarajulu
865 Claytonbend dr.
Galloway, OH 43119


Andrea Grabowski
138 Preston St
Elyria, OH 44035


Marnie Grabowski
2995 Pirates Cove
Reminderville, OH 44202


Laura Gracon
11153 Winding Brook Lane
Chesterland, OH 44026

Heidi Grady
6414 Canterbury Drive
Hudson, OH 44236


Paul Graf
1300 Cottonwood Drive
Lewis Center, OH 43035


David Graham
1603 Bristol Commons Pl
Columbusbus, OH 43240


Melissa Graham
6582 Iroquois tr
Mentor, OH 44060


Amy Grainger
6332 Durban Dr
Galloway, OH 43119


Kristen Grande
7052 Merlin Way
Hamilton, OH 45011


David Granger
2038 Edgewood Drive
Twinsburg, OH 44087


Cindy Gray
12255 waterfowl lane
chardon, OH 44024


Megan Graybill
64 Blackberry Dr
Hudson, OH 44236


Starshine Graziadei
7040 Cherrywood Cir
Mentor, OH 44060


Kassi Greaf
612 Mckaig Ave
Troy, OH 45373

Christina Greco
2647 Sandstone Path
Hudson, OH 44236


Janice Greco
15020 Steelhead Run
Chardon, OH 44024


Lisa Greco
9925 Gabriella Drive
North Royalton, OH 44133


Ed Grecol
121 Atterbury Blvd
Hudson, OH 44236


Andrea Green
115 Bath Street
Elyria, OH 44035


Cecelia Green
530 Canford Ave NW
Massillon, OH 44646


Marilyn Green
34900 Park E Dr A-201
Solon, OH 44139


Shawn Green
3955 Euclid Ave (Quincy Place)
Cleveland, OH 44115


Tom Green
12760 Big Creek Ridge
Chardon, OH 44024


Vickie Green
6108 Jimson Drive
Galloway, OH 43119


Kristina Greene
4110 Kropf Avenue SW
Canton, OH 44706

Aimee Greenfield
20851 Endsley Ave
Rocky River, OH 44116


Piper Greenlee
5652 Primavera Drive
Mentor, OH 44060


Ann Greenwood
6318 Morrisey PL
Dublin, OH 43016


Heather Greenwood
10353 Madison Rd
Montville, OH 44064


Jennifer Grega
241 Boston Mills Road
Hudson, OH 44236


Dale Gregan
1016 Barclay Dr
GALLOWAY, OH 43119


Susan Gregory
1659 Sheffield Terrace
Painesville, OH 44077


Laura Greiner
11754 Ivy Ridge Drive
North Royalton, OH 44133


Melissa Gremm
8250 Crystal Creek Dr
North Royalton, OH 44133


Tamara Grether
1600 Amboy Drive
Hudson, OH 44236


Tyra Grier-Coleman
3320 Darien Lane
Twinsburg, OH 44087

Chad Grieser
12752 Chickory Drive
Van Buren, OH 45889


Traci Grieser
115 east 11th st
Port Clinton, OH 43452


Brandi Griffin
5572 Wind Drift Dr
Powell, OH 43065


Danielle Griffin
9415 Sarah Court
Twinsburg, OH 44087


Nicole Griffin
120 Arrowfeather Lane
Lewis Center, OH 43035


Marlene Grigger
11356 Albion Road
North Royalton, OH 44133


Amy Griggs
527 S. Market st.
Troy, OH 45373


Melissa Grignon
5620 Spring Grove Dr.
Solon, OH 44139


Gwendolyn Grimes
1916 Stanford St
Twinsburg, OH 44087


Sarah Grimm
2470 Renwick Way
Troy, OH 45373


Stephanie Gripp
893 Silverberry Lane
Hudson, OH 44236

Kimberly Grise-Smith
7100 Fowler Ave
Cincinnati, OH 45243

Julie Groenke
3381 Blossom Trail
Twinsburg, OH 44087

Chi-hua Groff
7238 Selworthy Lane
Solon, OH 44139

Janelle Groff
908 River Forest Drive
Maineville, OH 45039

Tiffany Groff
3272 Persia cir sw
massillon, OH 44646

Sarah Grogan
5235 Concord Mill Place
Fairfield, OH 45014

Kathleen Groger
1080 Pebble Brook Dr
Columbus, OH 43240

Monique Groot
2980 Pine Trails Circle
Hudson, OH 44236

Elizabeth Gross
7783 ranett ave
Hudson, OH 44236

Beth Grossberg
7096 Southwoods lane
Solon, OH 44139

Eric Grothaus
2434 Poppy Dr
Loveland, OH 45140

Jessica Grove
4418 Chevron circle sw
massillon, OH 44646


Tiffany Grow
520 E. Sandusky Ave.
Bellefontaine, OH 43311


Jeanne Gruden
4811 Trailpath dr
Dublin, OH 43016


Denise Grugle
13048 Hampton Club Drive #103
North Royalton, OH 44133


Naomi Grunzweig
36311 Blue Grass Oval
Solon, OH 44139


Kelly Gruver
2506 Thornhill dr
Troy, OH 45373


Ronghui Gu
3838 River Lane
Rocky River, OH 44116


Carl Guendelsberger
8012 risden road
vermilion, OH 44089


Rosario Guerrero
12860 Mayfield Rd Lot 122
Chardon, OH 44024


Kim Guerrieri
6150 Firwood Rd
Mentor, OH 44060


Zhiwu Gui
6845 Silkwood ln
Solon, OH 44139

Liz Guibord
219 Stone Brook Way
South Lebanon, OH 45065


Michele Guiffre
2388 Mount Union Ave SE
Massillon, OH 44646


Nicki Guistino
89 Bard Dr.
Hudson, OH 44236


Mike Gulitz
1355 Fireside Trail
Broadview Heights, OH 44147


Jessica Gullett
404R South Walnut Street
Troy, OH 45373


Timothy Gullo
10767 Chardon Road
Chardon, OH 44024


VIRGINIA GUNN
138 W. Lincoln Street
OBERLIN, OH 44074


Susan Gura
20030 Parkview Ave.
Rocky River, OH 44116


Brenda Gurepko
12744 Ridge road
North Royalton, OH 44133


Victoria Guscoff
4885 auroura 4885 auroura
canton, OH 44708


Catrina Guthrie
301 W 6th St
Port Clinton, OH 43452

Lisa Guttman
8793 Creekwood Ln
Maineville, OH 45039

Shelby Guttu
9115 Sugarbush Dr.
Mentor, OH 44060

Dorothy Gyekenyesi
2670 Carmen Dr
Rocky River, OH 44116

Christine Haas
234 Colonial Drive
Painesville, OH 44077

Jodi Habel
1338 Briarshore Way
Lewis Center, OH 43035

Heather Haberman
11486 Viceroy St.
Concord Twp, OH 44077

Kristin Hackenbracht
3878 Groveland Ave SW
Navarre, OH 44662

Wendy Hacker
2635 Arborwood Dr.
Loveland, OH 45140

Margie Hackett
2493 Gasser Blvd.
Rocky River, OH 44116-2532

Pascale Hadchiti
11138 Hempstead Lane
North Royalton, OH 44133

Lisa Haddix
10122 Timothy Ln
Twinsburg, OH 44087

Joanne Hadfield
1564 Carriage Hill Drive
Hudson, OH 44236


Naoual Hadri
1336 palmer house court
columbus, OH 43235


Tammie Hagedorn
2581 Westmoor Road
Rocky River, OH 44116


Hodge Hager
617 N. Main St.
Bellefontaine, OH 43311


Sara Haggard
4417 Jennydawn Pl
Hilliard, OH 43026


Nicole Hahn
909 Wagar Rd
Rocky River, OH 44116


Daniel Haines
3014 Landen Farm Rd. E.
Hilliard, OH 43026


Robert Haines
7570 Dahlia Dr.
Mentor-on-the-Lake, OH 44060


Tracy Hajjar
11175 Clark Road
Chardon, OH 44024


Melinda Hale
122 creemer st
cleves, OH 45002


Jami Haley
9768 Scottsdale Drive
Broadview Heights, OH 44147

Tabatha Haley
9778 Hayfield Ct
Loveland, OH 45140


Sarah Halford
1921 Regan Ct.
Hudson, OH 44236


Adam Hall
7673 Daytona st
Massillon, OH 44646


Cindy Hall
108 E. Tenth Street
Port Clinton, OH 43452


Cynthia Hall
865 Barnhart Road
Troy, OH 45373


Deborah Hall
5915 Longview St. SW
Massillon, OH 44646


Katie Hall
5010 Hollow Oak Court
Hilliard, OH 43026


Kim Hall
35 Cohasset Drive
Hudson, OH 44236


Rebecca Hall
451 Whitman Blvd
Elyria, OH 44035


Suzanne Hall
35755 solon rd
solon, OH 44139


Tamara Hall
6134 Willow Lake Drive
Hudson, OH 44236

Cindy Hallgren
2432 Libra Cir SW
Canton, OH 44706

Cheryl Halsey
1483 N. Edgewater Dr.
Port Clinton, OH 43452

Kory Halstead
2286 Wellington Cir
Hudson, OH 44236

Marlo Hamby
5832 Island Dr
Cleves, OH 45002

Moe Hamdan
30 Martingale CT
Bentleyville, OH 44022

Susan Hamdan
20773 evergreen trail
North Royalton, OH 44133

Sonya Hamed
2399 Oakthorpe Drive
Hilliard, OH 43026

Jeremy Hamel
3732 Charfield Ln.
Hamilton, OH 45011

Dana Hamilton
6221 Barley Oaks road
Hilliard, OH 43026

Lori Hamm
7244 Osceoloa Dr
Madeira, OH 45243

Jennifer Hammarlund
20020 Mercedes Avenue
Rocky River, OH 44116

Darlena Hammons
26 Edison Street
Oberlin, OH 44074


Melisssa Hamms
7505 Storrington Place
Lewis Center, OH 43035


Manar Hamodeh
1800 Wooster Rd
Rocky River, OH 44116


Pam Hamor
27 Hickory Lane
Hudson, OH 44236


Pamela Hamor
27 Hickory Lane
Hudson, OH 44236


Tracy Hamor
12120 Caves Rd
Chesterland, OH 44026


Dan Hampshire
1590 Beechwood Dr.
Troy, OH 45373


Hampton Inn Dulles North
4050 Westfax Drive
Chantilly, VA 20151


Matt Hamulak
106 Sugarbush Glen
Chardon, OH 44024


Sunyoung Han
90 hidden lake ln
peninsula, OH 44264


Chris Hancock
425 east franklin street
Troy, OH 45373

MARY HANCOCK
9572 RIDGE RD
NORTH ROYALTON, OH 44133


JulieAnn Hancsak
60 Division St
Hudson, OH 44236


Shawna Haney
5480 Hiawatha ct
Fairfield, OH 45014


Natalie Hanks
3357 woodland dr
Hilliard, OH 43026


Krystal Hanley
4545 Coolbrook Dr.
hilliard, OH 43026


Audrey Hanlin
936 Forestbrook Lane
Painesville, OH 44077


Gina Hann
7610 Westcot Lane
Novelty, OH 44072


Jennifer Hann
7620 Westcot Lane
Novelty, OH 44072


Patricia Hanna
9345 WINCHESTER VLY
CHESTERLAND, OH 44026


Tamela Hanna
1527 SANFORD ST
VERMILION, OH 44089-1556


Andrea Hannan
725 Delverne Ave SW
Canton, OH 44710

Greg Hannan
129 s Hayden. Pkwy
Hudson, OH 44236


Mollie Hannon
584 Indian Summer Dr.
Columbus, OH 43214


Karen Hannum
70 College Street
Hudson, OH 44236


Debra Hanslik
8011 Colonial Drive Unit C
Mentor, OH 44060


Greg Hanson
8588 Carter Road
Hilliard, OH 43026


Melissa Hanson
3655 E Oak Lake Drive
Port Clinton, OH 43452


Anne Hanzel
22340 Hilliard Blvd
Rocky River, OH 44116


Dina Harder
4685 Hayden Run Rd
Columbus, OH 43221


Jim Harjo
4050 Millikin Rd
Hamilton, OH 45011


Sanna Harjusola-Webb
17 Blackberry Dr
Hudson, OH 44236


Laura Harlan
1646 Cedar Knoll St. NW
Massillon, OH 44646

Kim Harland
410 Cayuga Circle NW
Canton, OH 44708


Kerry Harman
3192 Menzola Drive
Columbus, OH 43228


Christi Harmer
26520 N. Woodland Rd.
Beachwood, OH 44122


Heather Harmon
15755 Harmony Falls Lane
Novelty, OH 44072


Wendy Harmon
5944 longview st sw
massillon, OH 44646


HEATHER HARNIST
89 CLAIRMONT DR
PAINESVILLE, OH 44077


Dianna Harrahill
856 Shawhan Rd.
MOrrow, OH 45152


Sonya Harrell
389 South Professor St
Oberlin, OH 44074


Robyn Harrigan
3075 Andrew James Dr
Hilliard, OH 43026


Sarah Harrington
7903 Dellinger Rd
Galloway, OH 43119


Amanda Harris
6342 Morrisey Place
Dublin, OH 43016

Chad Harris
4917 Farber Row
Columbus, OH 43221


Chris Harris
1251 Homeland Drive
Rocky River, OH 44116


Elliott Harris
1775 Galleon Blvd
HILLIARD, OH 43026-8468


Lesli Harris
3793 Township Rd 180
Bellefontaine, OH 43311


Paul Harris
916 pebble beach cove
painesville, OH 44077


Shana Harris
3330 Honeysuckle dr
Troy, OH 45373


Steve Harris
4329 fangboner rd.
fremont, OH 43420


Victoria Harris
1330 Golden Eagle Dr
Troy, OH 45373


Felicia Harrison
6705 willow tree lane
glenwillow, OH 44139


Jessica Harrison
912 Orchardglow Close
Fairfield, OH 45014


Terence Harrison
165 Mill Morr Dr
Painesville TWP, OH 44077

Chenette Hart
10994 Kile rd
Chardon, OH 44024


Jen Harte
313 e auburn ave
bellefontaine, OH 43311


Rebecca Hartline
2226 Tamarisk Court
Hudson, OH 44236


Anne Hartman
21297 Endsley Ave
Rocky River, OH 44116


Jeffrey Hartwig
3708 Rivervail Dr
Columbus, OH 43221


Charlene Harvey
3090 neille lane
Twinsburg, OH 44087


Christina Harvey
9034 Jordan Rd
Cleves, OH 45002


Elizabeth Harvey
5671 Abbyshire dr
Hudson, OH 44236


Gretchen Harwood
27020 Cedar Rd. #101
Beachwood, OH 44122


Shannon Hasak
9695 Alder Ct.
Mentor, OH 44060


Abul Hashem
5311 Towbridge Drive
Hudson, OH 44236

Heather Hashman
5797 Camhurst Court
Galloway, OH 43119


Veronica Hatcher
3330 Mill Run Dr.
Hilliard, OH 43026


Kristen Hatchett
36 Jefferson Dr
Hudson, OH 44236


Christiopher Hatfield
11630 Lawnview Ave
cincinnati, OH 45246


Tim Hatridge
13188 Paddock Dr.
Chardon, OH 44024


Shannon Hatt
315 W Fifth St
Port Clinton, OH 43452


Bridget Hauser
5538 Wanda Way
Hamilton, OH 45011


Kim Hauser
11585 Mayfield rd
Chardon, OH 44024


Monica Havens
7563 Lakedge Ct.
Hudson, OH 44236


Rebecca Haverstick
32539 Seneca Drive
Solon, OH 44139


Tricia Haviland
136 Colonial Drive
Painesville, OH 44077

Carrie Hawk
147 Hawthorne Dr.
Chagrin Falls, OH 44022

Windy Hawkins
5451 Old Coble St
Canal Winchester, OH 43110

Adriana Hawks
1671 Glenwood Dr
Twinsburg, OH 44087

Jennifer Hawley
6044 Paula Blvd
north ridgeville, OH 44039

Julie Hawrylo
6191 Brooks blvd
Mentor, OH 44060

Jennifer Hayes
2976 Pirates Cove
Reminderville, OH 44202

Lucinda Hayes
5440 Ramblehurst Ct
Columbus, OH 43221

Megan Hayes
4797 Seeman St Sw
Navarre, OH 44662

Melissa Hayes
5754 Nike Dr
Hilliard, OH 43026

Stacey Hayes
126 caroline st
Elyria, OH 44035

Judson Haynes
6653 Clovis Drive
Hamilton, OH 45011

Tarah Haynes
305 Lincoln Drive
Port Clinton, OH 43452

Amber Hays
12908 Westchester Trl
Chesterland, OH 44026

Brittany Hays
129 Horizon Court
Delaware, OH 43015

Shane Hayslett
731 Meadow Lane
Troy, OH 45373

Suzie Hazel
8506 Olenbrook Dr.
Lewis Center, OH 43035

Tao He
33201 Ashdown Dr
Solon, OH 44139

Sherry Headen
6730 Andre Lane
Solon, OH 44139

Jennifer Healan
8142 Yorkshire Drive
Mentor, OH 44060

Seana Heard
Cedar road 27020
Beachwood, OH 44122

Tenisha Heard
26200 George Zeinger Dr. Apt.103
Beachwood, OH 44122

Amanda Hearn
7331 Striker Rd
Maineville, OH 45039

Victoria Heasley
8256 Rushton Dr
Mentor, OH 44060


Heather Heater
4746 Beth Ave SW
Canton, OH 44706


Amy and Steve Heath
116 Greenridge Drive
Bellefontaine, OH 43311


Tara Heath
5953 Ancestor Dr
Hilliard, OH 43026


Alexandra Hebner
7473 Belvedere Dr.
Mentor, OH 44060


Heather Heckathorn
315 1/5 Wilson Ave
Port Clinton, OH 43452


Suzanne Heckroth
2007 Weston Dr
Hudson, OH 44236


Tiffani Hedgepeth
3191 Andrew James Dr
Hilliard, OH 43026


Timothy Hedrick
6340 Riverstone dr
Columbus, OH 43228


Jerry Heffner
2522 Aberdeen court
Troy, OH 45373


Vishvas Hegde
6343 Canterbury Drive
Hudson, OH 44236

Gregg Heidrick
5535 Richmond Road
Solon, OH 44139


Kurt Heilmann
3664 North Delwood Drive
Port Clinton, OH 43452


Laurie Heintz
11652 Clark Road
Chardon, OH 44024


Donna Heinz
1963 Boxwood Trl
Painesville, OH 44077


Nikki Held
9901 Cynthia Dr.
Twinsburg, OH 44087


Katy Heller
4049 Bremen Pass
Cleves, OH 45002


Amy Helm
5297 Chateau Way
Fairfield, OH 45014


Juliet Helmer
2415 Rufus Ct.
Lewis Center, OH 43035


Katy Helms
21727 Walnut Lane
rocky river, OH 44116


Tearany Helms
102 East Market St.
VanBuren, OH 45889


Kelsey Helton
5753 Reswin Drive
Fairfield, OH 45014

Melinda Helton
505 Virginia Ave
Troy, OH 45373

Suzette Heltzel
5353 Portland St 103
Columbus, OH 43235

Jennifer Hembree
260 Cummings rd
Vermilion, OH 44089

Angie Hemly
10535 penniman dr
chardon, OH 44024

Ann Hemm
2720 Huntington Dr
Troy, OH 45373

Stephanie Hemmerick
6239 Caribou Ct.
Cincinnati, OH 45243

Stacie Hemmert
4421 Chukbuk Court
Hilliard, OH 43026

Aimee Hempker
321 N. West St.
Bellefontaine, OH 43311

Heidi Henderhan
731 Buckwalter Dr.
Massillon, OH 44646

Tom Hendershot
1429 Hawthorne Ct
Vermilion, OH 44089

Jamie Henderson
9348 South Brown RD
Chardon, OH 44024

Michael Henderson
6898 Traymore Court
Mentor, OH 44060


Tracy Henderson
961 Lee Rd
Troy, OH 45373


Matt Henneman
12510 Deer Creek Dr #312
North Royalton, OH 44133


Christopher Henry
1028 Co. Rd. 257
Fostoria, OH 44830


Doug Henry
25901 Annesley Rd
Beachwood, OH 44122


Michael Hensler
154 Western Ridge Dr
Cleves, OH 45002


Amy Hensley
71 Manor Drive
Hudson, OH 44236


Becky Hensley
65 Colony Drive
Hudson, OH 44236


Dennis Hensley
65 Colony Drive
Hudson, OH 44236


Tracy Hensley
100 Keenan rd Lot A-14
Peninsula, OH 44264


Valerie Hensley
932 North Main Street
Bellefontaine, OH 43311

Jennifer Henson
10645 Fincherie Dr.
Chardon, OH 44024

Kera Hepke
3080 Neille Ln
Twinsburg, OH 44087

Stephanie Herbert
708thornwoodst.
elyria, OH 44035

Tammy Herbruck
12175 Waterfowl ln
Chardon, OH 44024

Joshua Herchl
5819 Bradford Way
Hudson, OH 44236

Angela Herczeg
7629 morley rd
Mentor, OH 44060

David Herman
222 High Street
Chargin Falls, OH 44022

Carmen Hernandez
12860 Mayfield Rd. #140
Chardon, OH 44024

Sara Hernandez
94 South Street
Chagrin Falls, OH 44022

Kristie Heron
9951 Juniper Ct
Mentor, OH 44060

Angela Hershberger
114 Lagoon Cir.
Vermilion, OH 44089

Candice Herst
11001 Leader Rd
Chardon, OH 44024

Lora Hertel
19800 State Road
North Royalton, OH 44133

Jennifer Hertzfeld
2236 Omaha Place
Lewis Center, OH 43035

Michelle Hervey
816 Norbury Dr
Hudson, OH 44236

Dusti Herz
1477 Township Road 14
Van Buren, OH 45889

Paul Heslep
244 n. professor st
oberlin, OH 44074

Jenny Hess
1098 Chatham Place
Rocky River, OH 44116

Katherine Hess
7866 Manorgate Street
Lewis Center, OH 43035

Reyma Hess
5865 Saucony Drive
Hilliard, OH 43026

Michael Hessler
5710 Canehill Lane
Hilliard, OH 43026

Elizabeth Hester
34545 Bainbridge Road
Solon, OH 44139

CONNIE HEUBLEIN
8120 HUMPHREY HILL DRIVE
CONCORD, OH 44077


Kimberly Heyman
6321 Corley Dr
DUBLIN, OH 43016


Theresa Hibbard
5562 Monica Drive
Fairfield, OH 45014


Taleia Hibdon
9939 Darrow Park Dr Apt 207K
Twinsburg, OH 44087


Jackie Hicks
34200 Ada Dr.
Solon, OH 44139


Rachel Hicks
9573 Ridge Rd
North Royalton, OH 44133


Angela Higgins
524 Highmeadows Village Drive
Powell, OH 43065


MaryAnn Higgins
744 Knight Court
Galloway, OH 43119


Linda High
6265 Corley Dr
Dublin, OH 43016


Bill Hildebrand
10136 Valleydale St
Magnolia, OH 44646


Stephanie Hileman
1775 Barlow Road
Hudson, OH 44236

Annette Hill
1824 Messner Drive
Hilliard, OH 43026


James Hill
2618 Barlow Road
Hudson, OH 44236


Jay Hill
7471 Woodspring Ln
Hudson, OH 44236


Jenneva Hill
1780 Wright Ave.
Rocky River, OH 44116


Kimberly Hill
894 Barwick Court
Painesville, OH 44077


Susan Hill
20880 Beaconsfield Blvd
Rocky River, OH 44116


Teresa Hill
6756 Forest Glen
Solon, OH 44139


Tiffany Hill
3090 Gilridge Dr
Hilliard, OH 43026


Timothy Hilt
1601 Bending Willow Lane
Hilliard, OH 43026


Hilton Gaithersburg
620 Perry Parkway
Gaithersburg, MD 20877


Hilton Washington Dulles
13869 Park Center Road
Herndon, VA 20171

Billi Hinkle
850 Bonnie Lane Apt 718
Bellefontaine, OH 43311


Alex Hirsh
7058 Southwoods Ln
Solon, OH 44139


Kelley Hixson
10323 Johnnycake Ridge Rd
Concord, OH 44077


Neilson Hixson
301 S Ridge Ave
Troy, OH 45373


Lea Hlifka
11480 Aquilla Rd
Chardon, OH 44024


Susann Hocanson
1161 Claudia Lane Apt. C
Findlay, OH 45840


Evanthia Hocevar
2790 Loreto Dr.
Willoughby Hills, OH 44094


Lisa Hocking
2310 valley View Dr
Rocky River, OH 44116


Sarah Hockman
768 Range Dr
Galloway, OH 43119


Steve Hockstra
119 Keswick Drive
Hudson, OH 44236


Melvia Hodges
1535 gelhot dr #141
Fairfield, OH 45014

Karen Hodgkiss
2216 Reeves Avenue
Lewis Center, OH 43035


Kristin Hodgson
4065 Schirtzinger Rd
Hilliard, OH 43026


Lisa Hoefer
493 Shepherds Way
Morrow, OH 45152


Kelly Hoellein
9397 Canterbury Ln
Mentor, OH 44060


Ann Hoelzel
54 Morningside Dr.
Chagrin Falls, OH 44022


Tammie Hoerig
15389 Bent Tree Drive
Findlay, OH 45840


Eric Hofacker
316 W 6th St
Port Clinton, OH 43452


Matt Hofacre
12090 PHEASANT CT
CHARDON, OH 44024


Lisa Hoffman
6518 Coen Road
Vermilion, OH 44089


Lori Hoffman
1313 Nantucket Ave
Columbus, OH 43235


Margaret Hoffman
220 East Streetsboro Street
Hudson, OH 44236

Nathan Hoffman
P.O. Box 141505
Columbus, OH 43224


Kimberly Hoffmann
10055 Brookfield Dr.
Mentor, OH 44060


Matthew Hoffmann
10019 Ezra Court
Twinsburg, OH 44087


Michelle Hofmeister
8211 Coldharbor Blvd.
Lewis Center, OH 43035


Andrea Hogan
1787 river shore court
Kings mills, OH 45034


Rebecca Hogue
479 Thistleview Drive
Lewis Center, OH 43035


Amy Hoinke
8110 Jordan Ridge Dr
Cleves, OH 45002


Amy Holbrook
117 central court street
BELLEFONTAINE, OH 43311


Heather Holbrook
8938 fairmount road
novelty, OH 44072


Jacob Holbrook
3432 Lilac ln
Troy, OH 45373


Heather Holcomb
3014 Simecek Drive
Twinsburg, OH 44087

Michele Holcomb
2315 herrick cir
Hudson, OH 44236


Scott Holdren
10113 Patton Street
Twinsburg, OH 44087


Holiday Inn Dulles
45425 Holiday Drive
Sterling, VA 20166


Holiday Inn Gaithersburg
2 Montgomery Village Ave
Gaithersburg, MD 20879


Ellen Holland
5720 Bonaly ct
Dublin, OH 43016


Jen Hollinger
1031 Minuteman Ave NW
Massillon, OH 44646


Joan Hollis
103 Alderwood Trail
Chagrin Falls, OH 44022


Marie Holloway
8511 forestview ave
Mentor, OH 44060


Len Hollowell
6844 Meadowdale Circle
Madeira, OH 45243


Ron Hollowell
10010 Kile Rd.
Chardon, OH 44024


Erica Holman
7533 Estate Ave
Hudson, OH 44236

Judy Holman
138 West Prospect St.
Hudson, OH 44236

Heather Holmes
7895 Wilderness Drive
Mentor, OH 44060

Nichol Holpuch
130 Center St 6B
Chardon, OH 44024

Melissa Holt
13016 KEVIN LN F 11
CHARDON, OH 44024

Teala Holt
134 Belle ave nw
Massillon, OH 44646

Kelly Holtz
402 Deer Court
Chagrin Falls, OH 44022

Paula Holubek
13101 Mariner Drive
North Royalton, OH 44133

Erika Holubetz
1877 RIVERWOOD TRAIiL
Kings Mills, OH 45034

Stephanie Homorody
7595 Pinehill Rd.
Lewis Center, OH 43035

Krissy Honeycutt
2626 Shady Tree Dr.
Troy, OH 45373

Justin Hons
2567 Edgewood rd
Beachwood, OH 44122

Susan Hoover
12841 Patricia Dr
North Royalton, OH 44133


Jen Hopkins
412 Chardon Ave
Chardon, OH 44024


Karen Hopkins
6950 LONGVIEW DR
SOLON, OH 44139


Angela Hoppes
6161 Burr Oak Way
Hudson, OH 44236


Bridgette Hopson
1781 Rolling Hills Dr. Apt E
Twinsburg, OH 44087


Shawnlisa Hopson
9013 Gettysburg Dr.
Twinsburg, OH 44087


Sherry Horan
5840 Buckeye Ln Apt 3
Mentor on the lake, OH 44060


Jason Horne
700 Township Road 179 Apt7C
Bellefontaine, OH 43311


CRISTINA HORNIK
12822 KINGSTON WAY
NORTH ROYALTON, OH 44133


Hileri Hornyak
8711 carmichael drive
chesterland, OH 44026


Laura Horoszko
7215 Allendale Dr.
Mentor, OH 44060

Robert Horrocks
9655 Shadow Hill Trail
Chesterland, OH 44026


Tina Horschler
37785 Aurora Rd
Solon, OH 44139


Debbie Horton
406 Downing Drive
Chardon, OH 44024


Lori Horton
4809 Parkside Dr --
South Lebanon, OH 45065


Rachel Horton
698 Washington Ave
Elyria, OH 44035


Brent Horvath
2173 Dorset Ln
Hudson, OH 44236


Ashley Hoschar
2008 E Highgate Ct
Hudson, OH 44236


Edward Hosni
6581 Sherry Ln
Hilliard, OH 43026


Mohammad Hossain
10570 Penny Ln
Reminderville, OH 44202


Christina Hough
1592 Bending Willow Ln
Hilliard, OH 43026


Lisa Housley
1610 Arlington Ave
Troy, OH 45373

Alex Hove
9100 Terrace Park Drive
Mentor, OH 44060

Carrie Hover
2328 Charoe St.
Lewis Center, OH 43035

Renee Howard
23511 Chagrin Blvd Apt #516
Beachwood, OH 44122

Brian Howell
9901 Beechwood Drive
North Royalton, OH 44133

Donna Howell
820 Sugarbush Court
Bellefontaine, OH 43311

Nicole Howell
7970 Mentor Ave. K4 K4
Mentor, OH 44060

Allison Howenstine
3947 Cedric Ln
Dublin, OH 43016

Marci Hower
3250 Nelson Park Dr
Rocky River, OH 44116

Donna Howes
2448 Candlemakers Ln.
Maineville, OH 45039

Lindita Hoxha-Kocinare
1470 Wagar Rd #310
Rocky River, OH 44116

Kelly Hoy
308 Fox Way
Chagrin Falls, OH 44022

Jennifer Hoying
4783 Coltview Court
Hilliard, OH 43026

Jeannine Hoynes
12275 Bean Road
Chardon, OH 44024

Katrina Hruby
33851 linden dr
Solon, OH 44139

Jin Hu
2567 Cedarwood Ct
Hudson, OH 44236

Jyh-Tzong Huang
5770 Elm Hill Dr.
Solon, OH 44139

Xuan Huang
103 Champion Lane
Chagrin Falls, OH 44022

Xuemei Huang
32560 Stony Brook Lane
Solon, OH 44139

Ying Huang
2684 Dale Ave
Rocky River, OH 44116

Virgil Hubbard
3728 Quadrant Drive
North Bend, OH 45052

Annie Huber
6535 Sherborne Lane
Hudson, OH 44236

Heather Huber
5224 ritchey lane
south lebanon, OH 45065

Mari Hudgel
2349 Rose Road
Loveland, OH 45140


Kristin Hudok
109 Elm
Van Buren, OH 45889


Hudson MS
77 North Oviatt Street
Hudson, OH 44236


Barbie Hudson
870 Oberlin Dr.
Fairfield, OH 45014


Erin Hudy
5614 Weeping Willow Dr.
Hudson, OH 44236


Amanda Huecker
9708 Kelly Drive
Loveland, OH 45140


Chad Huffman
4398 Jennydawn place
Hilliard, OH 43026


Brandon Hughes
1828 Milden Rd
Columbus, OH 43221


Jennifer Hughes
4979 Edgeley Dr
Hilliard, OH 43026


Jessica Hughes
481 Manhattan Pkwy
Painesville, OH 44077


Maria Hughes
1325 Sunflower st
Lewis Center, OH 43035

Robert Humbarger
7891 Jessies
Fairfield Township, OH 45011

Rola Humeidan
2993 Hemlock edge drive
hilliard, OH 43026

Heidi Huminsky
2662 Ellsworth Hill Drive
Hudson, OH 44236

Jean Humphrey
10880 Forest Oaks Drive
Chardon, OH 44024

Karen Hunady
6025 Bayleaf Lane
North Royalton, OH 44133

Andrea Hunkar
4012 Deacon Court
Hudson, OH 44236

James Hunnell
1010 Sweetbriar Drive
Vermilion, OH 44089

Jason Hunt
1260 Tw Rd 186
Westliberty, OH 43357

Jennifer Hunt
5693 Stockton Way
Dublin, OH 43016

Sally Hunter
10116 Brookfield Dr.
MENTOR, OH 44060

Lindsey Huntley
10790 Mulberry Rd
Chardon, OH 44024

Lori Hunziker
5661 Alliance Way
Columbus, OH 43228


Krista Hupp
7090 E Jefferson Dr
Mentor, OH 44060


Stacey Hupp
2275 Cyprus Dr SE
Massillon, OH 44646


Susan Hura
200 Pheasant Run Drive
Chagrin Falls, OH 44022


Chad Hurley
1148 Arbor Ln
Troy, OH 45373


Roxanne Hurley
7803 Locust Lane
Cincinnati, OH 45243


Vasyl Husar
7684 Creekwood ln.
North Royalton, OH 44133-3863


Doris Huskey
203 w. 3rd st.
Port clintion, OH 43452


Patricia Huskey
408 West 3rd Street
Port Clinton, OH 43452


Lala Hussain
308 Forest EdgeDrive
South Lebanon, OH 45065


Hamdi Hussein
1437 crossing green ln
Columbus, OH 43228

Roxann Hustek
8111 Coronada Dr
Mentor, OH 44060


Amy Huston
7277 Hayward Rd
Hudson, OH 44236


Elizabeth Huston
4717 Farley Dr
Mentor, OH 44060


Dartel Hutcherson
6257 Dunbar Dr
Mentor, OH 44060


Connie Hutchins
9418 State Route 613
Van Buren, OH 45889


Tameshia Hutchinson
6526 Som Center Road
Solon, OH 44139


Kristen Hutson
8129 Jordan Rd
Cleves, OH 45002


Ted Huziak
789 solverberry
Hudson, OH 44236


Ted Huziak
789 silverberry
Hudson, OH 44236


Hyatt Place Dulles South Chantilly
4994 Westone Plaza
Chantilly, VA 20151


Hyatt Regency Dulles
2300 Dulles Corner Blvd
Herndon, VA 20102

Hyatt Regency Fairfax
12777 Fair Lakes Circle
Fairfax, VA 22033


Krystel Hyer
7431 Madeira Pines Dr
Maderia, OH 45243


Shoshana Hyer
27020 Cedar Rd Apt 304
Beachwood, OH 44122


Amy Hyland
6596 MADEIRA HILLS DR
CINCINNATI, OH 45243-3124


Nicki Ice
7923 Gallowae C
Mentor, OH 44060


Frank Ignazzitto
6565 SEMINOLE TRAIL
MENTOR, OH 44060


Violet Imre
9705 State Road
North Royalton, OH 44133


Noelia Inacua
2083 Maxwell Ave
Lewis Center, OH 43035


Indian Valley Middle School
PO Box 356
Tuscarawas, OH 44682


Nitin Ingale
1510 Little Bear Loop
Lewis Center, OH 43035


Brenda Ingram
3646 E. State Rd
Port Clinton, OH 43452

Erika Ingram
151 Bard Dr 151
Hudson, OH 44236


Renee Ingram
9057 Ravenna Road
Twinsburg, OH 44087


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Teresa Ionno
7332 Burntwood Way
Hudson, OH 44236


Rose Ioppolo
11530 Monarch Ct
Concord Twp, OH 44077


Mary Iovine
93-B Meadows Dr
Painesville, OH 44077


Thomas Irick
601 N. Main Street
Bellefontaine, OH 43311


Jennifer Irwin
1156 Sunset
Mayfield Heights, OH 44124


Latrice Isaac
8796 Ray court #1
Twinsburg, OH 44087


Timothy Isabella
11719 Harrow Place
North Royalton, OH 44133


Joanne Ischay
14855 Crimson King Trail
Chardon, OH 44024

Masaki Ishizaka
26900 George Zeiger DR #308
Beachwood, OH 44122


BETH IVANOVICS
11466 OAK HOLLOW DR
CHARDON, OH 44024


Jennifer Ives
35599 Quartermane Circle
Bentleyville, OH 44139


Deonna Ivey
7385 Foxmill Rd B
Mentor, OH 44060


Leigha Ivey
169 North Hayden Pkwy
Hudson, OH 44236


Jodie Izzo
7604 Worlington Drive
Solon, OH 44139


Fadi Jabbour
5387 Wilshire Park Drive
Hudson, OH 44236


Ann Jackson
1428 Hollow Tree Drive
Findlay, OH 45840


Ashley Jackson
10347 Dugan gap rd
North bend, OH 45052


Chelsie Jackson
111 Bentwood Dr
Chardon, OH 44024-1398


Cynthia Jackson
2057 Co Rd 11
Bellefontaine, OH 43311

Elisha Jackson
1257 W. FREMONT RD. AptB
Port Clinton, OH 43452

Sandy Jackson
1614 Cedar Knoll NW
Massillon, OH 44646

Valerie Jackson
6965 W. Lakeshore Drive
Port Clinton, OH 43452

Becki Jacob
2339 Ratcliff Ct
Lewis Center, OH 43035

Krista Jacob
5676 Stockton Way
Dublin, OH 43016

Amanda Jacobs
70 Township Road 14
Van Buren, OH 45889

Catherine Jacobs
3088 Liberty Ledges Dr
Twinsburg, OH 44087

Shana Jacobs
4425 baunach st nw
Canton, OH 44708

Carol Jacoby
11240 Somerset Dr 251
North Royalton, OH 44133

Merrill Jacques
21516 Hilliard Blvd
Rocky River, OH 44116

Leesa Jacubenta
11352 Worthington Way
North Royalton, OH 44133

Ruba Jadallah
943 ashbrooke way
Hudson, OH 44236


Frederick Jahn
26 Chadbourne Dr.
Hudson, OH 44236


Greg Jahnke
11428 Auburn Road
Chardon, OH 44024


Jamie Jahnke
7398 Cadle Ave
Mentor, OH 44060


Padma Jambunath
27030 Cedar Road #504-2
Beachwood, OH 44122


Asia James
8820 Ray Ct #2
Twinsburg, OH 44087


Diane James
71 Steepleview Drive
Hudson, OH 44236


Laurie James
122 Geoppert Road
Peninsula, OH 44264


Nyesha James
3465 Berrywood Ct.
Hamilton, OH 45011


Therese James
1857 MESSNER DRIVE
HILLIARD, OH 43026


Matt Jamison
1973 Trailwood Drive
Twinsburg, OH 44087

Darlene Janke
8301 Cedar Rd
Chesterland, OH 44026


Amy Jansen
110 South Franklin Street
Chagrin Falls, OH 44022


Allison Jantonio
6170 ravenhill road
Hilliard, OH 43026


James Jarrell
2026 Jasper Lane
Hilliard, OH 43026


Linsey Jasinski
11579 Moonbeam Ln.
Concord Twp., OH 44077


Jamie Jazbec
113 Pine Hollow Circle
Chardon, OH 44024


Tina Jelen
4919 McKenna Court
Columbus, OH 43221


Antony Jenkin
67 fairgrounds rd
painesville townshio, OH 44077


April Jenkins
112 E. Palmer Rd
Bellefontaine, OH 43311


Jennifer Jenkins
2314 Amity Rd.
Hilliard, OH 43026


Jill Jenkins
3853 Stonesthrow Ct W
Hilliard, OH 43026

Kristine Jenkins
7625 Vinemont Ct.
Hudson, OH 44236


Michael Jenkins
412north madriver street
bellefontaine, OH 43311


Marla Jenks
6597 Regal Woods Dr
Hudson, OH 44236


Stephan Jennings
6248 cherokee dr
Cincinnati, OH 45243


Monica Jensen
2736 E Sand Rd
Port Clinton, OH 43452


Hyojin Jeong
10601 Worrell Rd.
Kirtland, OH 44060


Kelly Jervis
6300 George Fox Dr.
Galloway, OH 43119


Rachele Jeunnette
11962 Sandgate Drive
Chesterland, OH 44026


Milind Jhaveri
4085 Morley Drive
Reminderville, OH 44202


Tina Jira
2267 Gary Dr.
Twinsburg, OH 44087


John Joaquin
213 Woodbridge Lane
Chardon, OH 44024

Kelly Johanssen
4448 Anchorage Ct
Hilliard, OH 43026


Sarah Johanssen
3854 Stonesthrow Ln.
Hilliard, OH 43026


Amy Johns
2508 Foxchase Ct W
Troy, OH 45373


Barbara Johnson
1116 bayridge dr
Lewis center, OH 43035


Beth Johnson
11550 Bass Lake rd
Chardon, OH 44024


Beth Johnson
8225 Coldharbor Blvd.
Lewis Center, OH 43035


Charles Johnson
186 Sandstone Drive
Painesville, OH 44077


Christine Johnson
1865 Carver Lane
Hudson, OH 44236


Christopher Johnson
7241 berwood drive
cincinnati, OH 45243


Ebony Johnson
9939 Darrow Park Dr Apt 108
Twinsburg, OH 44087


Emily Johnson
32927 Lisa Lane
Solon, OH 44139

Hallie Johnson
2994 Mathers Way Twinsburg
Twinsburg, OH 44087

Jeffrey Johnson
715 Harrison Street
Port Clinton, OH 43452

Jessie Johnson
350 Boone Dr
Troy, OH 45373

Jodi Johnson
9950 Weathersfield Dr
Mentor, OH 44060

Kate Johnson
2718 Stonebridge Court
Hudson, OH 44236

Leedella Johnson
1518 Covent Road
Troy, OH 45373

Leigh Johnson
7102 Fox Hill Drive
Solon, OH 44139

Liz Johnson
13415 Walnut Trace
Chardon, OH 44024

Loren Johnson
8099 valley view rd
Hudson, OH 44236

Mary Johnson
167 Spicewood Ln
Powell, OH 43065

Michele Johnson
518 Locke Ave SW
Massillon, OH 44646

Natalie Johnson
6580 Dalmore Lane
Dublin, OH 43016


Nettie Johnson
8785 Foothill Road
Mentor, OH 44060


Rancia Johnson
34890 Solon Rd
Solon, OH 44139


Sharee Johnson
12146 Waywood Drive
Twinsburg, OH 44087


Shavonne Johnson
10216 Pirates Trail
Aurora, OH 44202


Shelley Johnson
9462 Lister Lane
Twinsburg, OH 44087


Stephanie Johnson
3655 Tammy Rae Ct.
Hamilton, OH 45011


Stephanie Johnson
5294 Triple Crown Ct.
Columbus, OH 43221


Tara Johnson
2811 co rd 220
van buren, OH 45889


Venessa Johnson
12 chelsea ct
Chagrin falls, OH 44022


Rachel Johnston
2411 N Main St. Apt A
Findlay, OH 45840

Ingrid Johnstone
321 S EAST ST
LEBANON, OH 45036


Arunas Joksas
5850 Mallard Ct
Mentor, OH 44060


Lisa Joles
6408 Fay Rd
Painesville, OH 44077


Anissa Jones
5958 Pepperridge Court
Maineville, OH 45039-7270


Beverly Jones
158 Indiana Ave
Elyria, OH 44035


Bobby Jones
1010 EAGENS CREEK CT
OVIEDO, FL 32765-5653


Brad Jones
7555 Foxdale Cir.
Hudson, OH 44236


Brian Jones
1917 E Beaumont Rd
Columbus, OH 43224


Jenell Jones
11819 Harrow place
North Royalton, OH 44133


Jennifer Jones
218 essex rd.
vermilion, OH 44089


Joy Jones
2136 Campus Road
Beachwood, OH 04412

Kelly Jones
5033 Riverwalk Dr
Kings Mills, OH 45034

Lauren Jones
1076 Sheerbrook Dr.
Chagrin Falls, OH 44022

Mark Jones
2388 Pleasant Colony Dr
Lewis Center, OH 43035

Melissa Jones
1724 Stonington Drive
Hudson, OH 44236

Nicole Jones
1665 Beechwood Dr
Troy, OH 45373

Patty Jones
714 Edgewood Ave SW
Massillon, OH 44646

Treasa Jones
7471 Victoria Falls Ave
Maineville, OH 45039

Trenda Jones
6476 Coleridge Rd.
Concord Township, OH 44077

Jennifer Jordan
907 Stone Court
Milford, OH 45150

Mindy Jordan
6087 Edson St
Vermilioin, OH 44089

Beth Joseph
6217 Lampton Pond Drive
Hilliard, OH 43026

Douglas Joseph
5 hopewell
moreland hills, OH 44022


Nevenka Josipovic
7398 Truman Court
Mentor, OH 44060


Mike Jost
13468 Bass Lake Rd
Chardon, OH 44024


John Joyce
18716 Inglewood Avenue
Rocky River, OH 44116


Kristen Joyce
506 N. Main St
Chagrin Falls, OH 44022


Anita Judy
2100 Augusta Blvd #138
Fairfield, OH 45014


Heather Juker
12260 Bradfaord Dr.
Chardon, OH 44024


Tiffanie Julian
12662 harold
chesterland, OH 44026


Meredith Junko
6760 pheasants ridge
hudson, OH 44236


Traci Just
7570 Hudson Park Drive
Hudson, OH 44236


Allison Kaas
105 Waverly Lane
Chagrin Falls, OH 44022

Jennifer Kabat
78 york dr
hudson, OH 44236


Kabbage, Inc.
925B Peachtree Street, NE
Atlanta, GA 30309


Amy Kabealo
7879 Charline Court
Lewis Center, OH 43035


Elizabeth Kachele
2894 Mossy Brink Ct.
Maineville, OH 45039


Tim Kachmarik
11739 Ivy Ridge Drive
North Royalton, OH 44133


Tracie Kacir
1093 Sheerbrook Drive
Chagrin Falls, OH 44022


Cindy Kadas
9127 Leah ct
Mentor, OH 44060


Lisa Kafka
4548 Brixshire Drive
Hilliard, OH 43026


Kris Kaiser
1213 Red Maple Drive
Troy, OH 45373


Paul Kaiser
2667 Stonebridge
Troy, OH 45373


Vidyasagar Kalahasti
37280 Cherrybank drive
Solon, OH 44139

Renee Kalis
10945 copperleaf
chardon, OH 44024

Thomas Kall
7385 Goldenrod dr.
Mentor, OH 44060

Shaun Kallay
925 NEWELL ST
PAINESVILLE, OH 44077

Amy Kaminski
2501 reeves ave
lewis center, OH 43035

Jordan Kaminsky
24549 Meldon Blvd
Beachwood, OH 44122

Carrie Kandes
4999 Lake View Drive
Peninsula, OH 44264

Kristin Kane
6544 Westpoint Drive
Hudson, OH 44236

Wendy Kang
38360 flanders drive
solon, OH 44139

Valerie Kanieski
9561 Tilby Road
North Royalton, OH 44133

Emmanuel Kaodiechi
2124 RIPPLE ROAD
HILLIARD, OH 43026

Madhavi Kapa
3050 Cabot Way
Twinsburg, OH 44087

Dori Kaplansky
255-B Solon Road
Chagrin Falls, OH 44022


Lavanya Karanam
33128 S Roundhead Dr
Solon, OH 44139


EVA KARAS
7778 VALLEY VIEW RD
HUDSON, OH 44236


Rebecca Karb
3720 Simpson Trace
Maineville, OH 45039


Erin Karchefsky
10180 S Hampton Ct
Mentor, OH 44060


Umidakhan Karimova
3513 Montgomery Rd. Apt. 11
Loveland, OH 45140


Charlotte Karmilowicz
5573 Tayside Cir
Dublin, OH 43016-9433


Michelle Karsama
7247 Osceola Dr.
Cincinnati, OH 45243


Kelly Kashmarek
22269 Blossom Drive
Rocky River, OH 44116


Sastry Kasibhatla
10098 Dayflower Dr.
Twinsburg, OH 44087


Kellie Kasten
1429 Peach tree Ct
Columbus, OH 43204

Sharon Kastor
11820 Sun Ridge Circle
Chardon, OH 44024


Kellie Kasubienski
15203 Darrow Rd
Vermilion, OH 44089


Aaron Kauffman
1120 Hilary Ln Apt M
Findlay, OH 45840


Andria Kauffman
7472 Bridgetown Road
Cincinnati, OH 45248


Jamie Kauffman
7601 Juler Ave
Madeira, OH 45243


Dana Kaufman
8676 Cliffwood Ct.
Mentor, OH 44060


Gregory Kaufman
4631 Cutwater Ln
Hilliard, OH 43026


Melissa Kaufman
3630 Dayspring Dr
Hilliard, OH 43026


Amandeep Kaur
7550pinecrest Ln
Solon, OH 44139


Baljeet Kaur
2052 Meadowood Blvd
Twinsburg, OH 44087


Malkeet Kaur
White Marsh Dr.
Twinsburg, OH 44087

Susan Kautz
12555 Valley View Drive
Chesterland, OH 44026


Jen Kay
25505 Halburton
Beachwood, OH 44122


Michelle Kazemaini
8292 Hemingway lane
mentor, OH 44060


Usman Kazim
355 solon rd #303 355 solon rd #303
Chagrin Falls, OH 44022


ERic Keener
6435 Old Barn Ct.
Maderia, OH 45243


Veronica Keeney
4346 Jennydawn Place
Hilliard, OH 43026


Malati Keerthipati
7600 Affirmed Ct
Lewis center, OH 43035


Jennifer Keith
1599 Bridle Path
Painesville, OH 44077


Jennifer Keith
3735 Durango Green Dr.
Cleves, OH 45002


Jessica Keith
2111 Bluestone Dr.
Findlay, OH 45840


Gail Keitlen
1020 Hamilton Drive
Broadview Heights, OH 44147

David Kekish
11435 Clearfield Lane
Chardon, OH 44024-9051


Jennifer Kelch
7483 Madeira Pines Drive
Cincinnati, OH 45243


Shelli Kellar
3464 Ensign Cove
Reminderville, OH 44202


Erin Keller
1580 Becker Dr
Fairfield, OH 45014


Kathleen Keller
20595 Stratford Ave
Rocky River, OH 44116


Kerri Keller
2241 Jesse Drive
Hudson, OH 44236


Lisa Keller
5542 Grace Dr
Mentor, OH 44060


Traci Keller
11721 Concord Hambden Rd
Painesville, OH 44077


Sonja KellerBircher
7568 Deerpath Trail
Hudson, OH 44236


Lisa Kelley
4437 E. Terrace Circle
Port Clinton, OH 43452


Maria Kellis
118 Bell Tower Court
Chagrin Falls, OH 44022

Stephanie Kellner
7970 mentor ave j8
Mentor, OH 44060


Virginia Kellum
188 King Ave
South Lebanon, OH 45065


Brian Kelly
6717 Elmer Drive
Harborcreek, PA 16421


Cadi Kelly
8644 Kelso Dr
Maineville, OH 45039


CAROL KELLY
19240 BATTERSEA
ROCKY RIVER, OH 44116


Dawn Kelly
1586 Royalwood rd
Broadview Heights, OH 44147


Jennifer Kelly
230 east king st
Chardon, OH 44024


Patricia Kelly
861 Kimberly Circle
Oberlin, OH 44074


Patricia Kelly
387 Cornwall Road
Rocky River, OH 44116


Sueanne Kelly
1391 county rd 5 north
Zanesfield, OH 43360


Valarie Kelly
1560 Tree Fern Court
Twinsburg, OH 44087

Cera Kemeliotis
6640 Harborside Landing
Mentor, OH 44060


Brian Kemp
1527 North Rd A
Troy, OH 45373


Robin Kempf
2449 Cambridge Dr.
Hudson, OH 44236


Laurie Kendel
7052 Cornell lane
Mentor, OH 44060


Hollie Kennedy
5842 BRADFORD WAY
HUDSON, OH 44236


Kristy Kennedy
4010 Bremen Pass
Cleves, OH 45002


Mary Kennedy
5048 Highland Meadows Dr
Hilliard, OH 43026


Heather Kenneweg
7535 Angel Falls Ln
Maineville, OH 45039


Becky Kent
7871 Morris Road
Hilliard, OH 43026


LaTanya Kent
32407 Hamilton Court Apt 205B
Solon, OH 44139


Danielle Keown
330 Abels Ave
Painesville, OH 44077

Rick Kepler
1638 Bramblebush St. NW
Massillon, OH 44646

Andrew Kern
19438 Battersea Blvd
Rocky River, OH 44116

Shawna Kern
5195 Horseshoe Bend Rd.
Troy, OH 45373

Nancy Kerniskey
5881 S Shandle Blvd
Mentor, OH 44060

Lauri Kerr
22807 Halburton Road
Beachwood, OH 44122

Katie Kerrey
7061 Juniperview Lane
Cincinnati, OH 45243

Aimee Kessick
5893 suNSET DRIVE
HUDSON, OH 44236

Barb Kessler
13005 Bass Lake Rd
Chardon, OH 44024

Anne Kesterson
7011 Ballantrae Loop
Dublin, OH 43016

Key Bank
PO Box 94920
Cleveland, OH 44101-4920

Keystone Technology Consultants
787 Wye Road
Akron, OH 44333

Fouad Khalife
21481 Hilliard Blvd
Rocky River, OH 44116

Ghazala Khan
6212 Chagrin Highlands Dr.
Solon, OH 44139

Rajashree Khedekar
1803 Little Bear Loop
Lewis Center, OH 43035

Jennifer Kick
10830 claridon troy rd
Chardon, OH 44024

Jennifer Kidd
8921 Auburn Rd.
Chardon, OH 44024

Tina Kidd
5617 washington ave
mentor, OH 44060

Kristan Kidder
4166 Townsley Dr
Loveland, OH 45140

Cheryl Kienle
5455 Riverport Dr
Hilliard, OH 43221

Jeff Kiggins
7506 Crossfield Ave
Mentor, OH 44060

Joe Kiggins
15975 Moseley Rd.
Madison, OH 44057

Kimberly Kilby
78 Paw Paw Lake Dr.
Chagrin Falls, OH 44022

Heather Kilfoyle
11370 Parkside Rd.
Chardon, OH 44024


Kristen Kilfoyle
249 Ravenna St
Hudson, OH 44236


Beth Killeen
300 Bicknell Drive
Hudson, OH 44236


Jill Kilpeck
8492 Hilltop Dr.
Mentor, OH 44060


Brenda Kim
33107 Springside Lane
Solon, OH 44139


Esther Kim
510 Glenside Lane
Powell, OH 43065


Eunjoo Kim
3157 Heather Meadow Pl
Hilliard, OH 43026


Jinsub Kim
33017 Springside Ln
Solon, OH 44139


Narith Kim
799 GRAYLOCK CT
GALLOWAY, OH 43119


Thomas Kim
8653 smokey hollow drive
Lewis Center, OH 43035


Nancy Kimmel
10035 Parmalee Dr
Twinsburg, OH 44087

Rachel Kincaid
126 Edgefield Drive
Cleves, OH 45002


Alan King
1613 Carrol Court
Lebanon, OH 45036


Allison King
116 MOUNT NEBO RD
CLEVES, OH 45002


Amanda King
7569 Bendleton Dr.
Hudson, OH 44236


Bobbie King
7403 Wesselman Road
Cleves, OH 45002


Carmelita King
977 tradewinds cove
painesville, OH 44077


Deanna King
44143 Russia Rd
Elyria, OH 44035


Dorothy King
525 South Abbe M8
Elyria, OH 44035


Linda King
7840 Wilderness Dr
Mentor, OH 44060-7142


Rick King
4948 13TH SW
CANTON, OH 44710


Stacy King
801 s clay st
Troy, OH 45373

Kings Jr. HS
5620 Columbia Road
Kings Mills, OH 45034


Allison Kingsley
4696 BRITTONHURST DR
HILLIARD, OH 43026


Gary Kinney
8259 Faller Rd
Maineville, OH 45039


Denise Kintop
5681 Birdie Ln
Mentor, OH 44060


Dave Kinzel
7446 Highwood Way
Hudson, OH 44236


Kacy Kirby
324 E. Auburn Avenue
Bellefontaine, OH 43311


SUZANNE KIRCHNER
30 N. Westhaven Dr.
Hudson, OH 44236


Sherri Kirk
755 Military Drive
Galloway, OH 43119


Bruce Kirkbride
1314 41st. St. NW
Canton, OH 44709


Sandra Kirkpatrick
509 Cooper avenue
Bellefontaine, OH 43311


Linda Kirkwood
5103Rockport Cove
Stow, OH 44224

Alan Kirsh
12095 Burlington Glen Dr
Chardon, OH 44024

Jacki Kirtley
433 S Dorset Rd
Troy, OH 45373

Michelle Kiser
1317 Gettysburg Dr
Maumee, OH 43537

Sam Kish
9065 Johnnycake Ridge Rd
Mentor, OH 44060

Monica Kisley
10480 Locust Grove
Chradon, OH 44024

Jonna Kisor
3137 Sullivant Ave
Columbus, OH 43204

Jeffrey Kissinger
9485 Glen Drive
Brecksville, OH 44141

Abby Kitay
33240 coachman lane
solon, OH 44139

Catherine Kitchen
8411 Military Ct.
Galloway, OH 43119

Stacy Kitchen
1191 Swailes Rd.
Troy, OH 45373

Tamara Kitko
12165 Waterfowl Lane
Chardon, OH 44024

Sarah Klausing
306 W Barrington Dr
Chardon, OH 44024


Sharon Klausing
14901 County Road 109
Van Buren, OH 45889


Casey Kleckner
9007 White Oak Drive
Twinsburg, OH 44087


Danielle Klein
11801 Christian Ave
Concord, OH 44077


Jennifer Klein
836 Ridgewood Blvd
Hudson, OH 44236


Jennifer Klein
9341 Trillium lane
Mentor, OH 44060


Kerri Klein
7712 Callow Rd
Painesville, OH 44077


Melisa Klein
9956 Johnnycake Ridge Rd Unit E-10
Concord, OH 44077


Rebecca Kleinhenz
100 Swailes Road
Troy, OH 45373


Chad Klemens
2557 Brunswick Ln
Hudson, OH 44236


Amy Kline
5951 Stow Road
Hudson, OH 44236

Heather Kline-Ruminski
11380 Mourning Dove
Concord, OH 44077


Staci Kling
8200 Ripley road
North Royalton, OH 44133


Debra Klocker
12882 Heath Road
Chesterland, OH 44026


Jolee Klugherz
6683 Winston Lane
Solon, OH 44139


Lisa Knapp
228 Hideaway Ct.
Powell, OH 43065


Jenny Knarr
7657 Squirrel Creek
Cincinnati, OH 45247


Michele Kneisel
1167 Waldo Way
Twinsburg, OH 44087


Misty Knepp
5649 Londonairy Blvd
Hudson, OH 44236


Roman Kniahynyckyj
4870 Oak Hill Blvd.
Lorain, OH 44053


Danielle Knight
8371 Hermitage Rd
Painesville, OH 44077


Heather Knisley
116 S. Short St.
Troy, OH 45373

Melissa Knodel
7474 Hill Gail Ct
Lewis Center, OH 43035

LINDA KOBIE
868 W RIVER RD N
ELYRIA, OH 44035

Nicole Kochensparger
324 Laurel Ave
Port Clinton, OH 43452

Amie Kocher
9624 Old Village Drive
Loveland, OH 45140

Kristin Koczan
7383 Dahlia Dr
Mentor, OH 44060

Erin Koehler
573 Deerwood Ct
Painesville, OH 44077

Rachelle Koehnke
2140 Township Road 232
Van Buren, OH 45889

Stacey Koelsch
PO BOX 1134
Hudson, OH 44236

Ellen Koenig
9659 Country Trail
Loveland, OH 45140

Michelle Koenig
11454 Viceroy St.
Painesville, OH 44077

Emily Kolakowski
2384 Murphy Ln W
Troy, OH 45373

Karen Kolar
4411 Sir John Ave
North Royalton, OH 44133


Kristen Kolar
2297 Kate Cir
Hudson, OH 44236


Tim Kolek
9775 Ridgeview Trail
Mentor, OH 44060


Laurie Kolenz
440 Carrington Lane
Broadview Heights, OH 44147


John Koll
11180 Somerset Drive Apt 256
North Royalton, OH 44133


Thaddeus Kollar
2591 Bridgeton Dr.
Hudson, OH 44236


Leslie Kolschetzky
6539 Carter Blvd.
Mentor, OH 44060


Rebecca Koluder
10515 Locust Grove Dr
CHARDON, OH 44024-8862


Dennis Komm
32951 CHARMWOOD OVAL
SOLON, OH 44139


DeAnna Konick
9516 Fairmount Rd
Novelty, OH 44072


Todd Kooken
37775 Flanders Dr
Solon, OH 44139

Erica Koons
4637 Heather Ridge Dr
Hilliard, OH 43026


Miki Kopocs
13201 Darrow Rd.
Vermilion, OH 44089


Christine Koprowski
11381 Villa Grande Dr.
N Royalton, OH 44133


Christopher Korff
107 Cheshire Road
HUDSON, OH 44236


Eric Korley
3069 Rainier Avenue
Columbus, OH 43231


Lisa Kornspan
25227 Duffield Rd.
Beachwood, OH 44122


Tiffany Kort
2244 Times Ave SW
Canton, OH 44706


Susanne Kortan
15070 Waterford Dr
North Royalton, OH 44133


Marianne Kosa
5930 Eastham Way
Hudson, OH 44236


Mindy Kosir
11275 Woodie Glen Drive
Chardon, OH 44024


Lisa Koski
6507 Creekside Trail
Solon, OH 44139

Jennifer Kostik
910 Bates Rd.
Rocky River, OH 44116


Letvia Kotchkoski
8108 Orange Station Loop
Lewis Center, OH 43035


Angela Kotek
10614 Cutty Sark Dr
Chardon, OH 44024


Wendy Kotnik
8334 Windsong Trail
Concord Township, OH 44077


Katie Kovac
4505 10th St NW
Canton, OH 44708


Shelley Kovach
911 Douglas St
Vermilion, OH 44089


Michelle Kovacs
685 Sedgwick Way
Troy, OH 45373


Kristy Kovalak
112 Larchwood Dr
Painesville, OH 44077


Kristy Kovalak
1341 Hamilton Dr
Broadview Hts, OH 44147


Michael Kovalak
9402 Euclid Chardon Road
Kirtland, OH 44094


Callene Kovats
11100 Courtney Ct
Chardon, OH 44024

Michael Kowalski
942 Salem Ave
Elyria, OH 44035


Keith Kozak
10283 Clipper Cove
Aurora, OH 44202


Milan Kozul
3234 Fallen Brook Ln
Brunswick, OH 44212


Michelle Kraft
6042 Morganwood Square
Hilliard, OH 43026


Dina Krakora
11430 Linden Way
Chardon, OH 44024


Heather Kramer
15695 Chillicothe Rd
Chagrin Falls, OH 44022


Michelle Kramer
5002 Lake forest dr
Peninsula, OH 44264


Patrick Kramer
9079 Hidden Glen Drive
Mentor, OH 44060


Michele Krampitz
3640 Archwood Drive
Rocky River, OH 44116


Sterrin Kraska
10165 Candlestick Lane
Concord Township, OH 44077


Amy Kraus
4626 15th St SW
Canton, OH 44710

Barak Kraus
5763 Reserve Ln
Hudson, OH 44236


Brian Kraus
160 Bersham Drive
Hudson, OH 44236


John Krause
19131 Tanglewood Dr
North Royalton, OH 44133


Aimee Kremser
2254 Jesse Dr.
Hudson, OH 44236


Rainie Krenn
3500 adaline drive
Stow, OH 44224


Stacy Kresic
7321 Hunters Tr
Concord, OH 44077


Elisa Kretschman
11300 Pine Acres Ln
Chesterland, OH 44026


Danielle Krider
508 w.
W. Main St., OH 45858


Kym Krimmel
372 Far Hill dr
Charodn, OH 44024


Nicole Krish
2334 Valley View Dr
Rocky River, OH 44116


Subha Krishnamoorthy
28974 North Village Lane
Solon, OH 44139

Amy Krissinger
32287 Hamilton Court Apt 203
Solon, OH 44139


Wess Kroll
7383 Windsor Meadow Dr
Maineville, OH 45039


Allison Kronenfeld
36425 Churchill Dr
SOLON, OH 44139


Renee Kroto
8127 Butler Hill Drive
Concord Twp., OH 44077


Allison Krueger
37159 Deer Run
Solon, OH 44139


Mark Krueger
6767 camelot dr
mentor, OH 44060


Stephanie Krummel
6089 Broadwell Ct
Galloway, OH 43119


Todd Kruse
38 Ridgecrest Drive
Chagrin Falls, OH 44022


Donajean Kubacki
11501 Hunt Road
Huntsburg, OH 44046


Jennifer Kubinski
52 Trumbull Drive
Hudson, OH 44236


Michelle Kuch
6085 Iroquois Trail
Mentor on the Lake, OH 44060

Elaine Kuhl
10340 Mayfield Road
Chesterland, OH 44026


Amy Kuhn
517 Hillcrest Drive
Bellefontaine, OH 43311


Jamie Kuhn
3374 Brendan Drive
Columbus, OH 43221


Kristi Kuhnle
12105 Pheasant Ct
Chardon, OH 44024


PRAVEEN KUMAR
7978 Crescent Drive
Lewis Center, OH 43035


Brian Kuminkoski
1322 Atterbury dr
Macedonia, OH 45056


Enrique Kundla
3467 Vintage Woods Dr
Hilliard, OH 43026


Kelly Kundla
2316 croydon rd
twinsburg, OH 44087


Monique Kundtz
7715 Chillicothe Rd
Mentor, OH 44060


Rachael Kunkel
33103 Cromwell Drive
Solon, OH 44139


Gina Kupczyk
4618 Boston Road
Brecksville, OH 44141

Tomoko Kuramoto
2369 Meadowpoint Drive Apt D
Troy, OH 45373

Anthony Kurz
7229 Camargowoods Dr
Cincinnati, OH 45243

Jeffrey Kurzawa
7395 Portage Street
Solon, OH 44139

Sally Kuss
6943 hunting hollow lane east
Hudson, OH 44236

Mary Kutchin
5346 Port Chester Drive
Hudson, OH 44236

De Anna Kuzma
620 Kaspar
Port Clinton, OH 43452

Andrea Kwan
14150 Caves Rd
Novelty, OH 44072

Deanna Kwiatkowski
609 Orchard View Drive
Maumee, OH 43537

ALLAN KWIZERA
8723 Arrowtip Lane
Lewis Center, OH 43035

Megan Kyser
666 Lucille Drive
Elyria, OH 44035

Angela Laanani
5807 Chanwick Drive
Galloway, OH 43119

Susan LaChapelle
1013 W Wayne St.
Maumee, OH 43537


AMIL LADADWA
11989 FIREFLY DR
NORTH ROYALTON, OH 44133


Jill Lagerstedt
11530 Riding Trail
Painesville, OH 44077


BETHANY LAGROTTERIA
221 PINEHURST AVE
ELYRIA, OH 44035


Sarah Lahmann
422 VINNEDGE ave
FAIRFIELD, OH 45014


Brian Laird
6354 Carolyn Dr
Mentor, OH 44060


Lake Business Products
37200 Research Drive
Eastlake, OH 44095


Jennifer Lakes
8240 Deepwood Blvd #14
Mentor, OH 44060


Jose Lalama
5765 Parkside Crossing
DUBLIN, OH 43016


Amber Lally
2706 boron st
Massillon, OH 44646


Elizabeth Lally
6600 Brookland Avenue
Solon, OH 44139

Lynn Lally
3432 Middle Post Lane
Rocky River, OH 44116


David Lam
12803 Kingston Way
North Royalton, OH 44133


Danielle LaMadeleine
121 Maple Ave
Chardon, OH 44024


Heather LaManna
9958 aspen court
concord, OH 44060


Jillian Lamb
439 morrow rd 114
South Lebanon, OH 45065


Kelly Lambrych
4408 Swenson St
Hilliard, OH 43026


Jill Lammi
6990 Roespark Blvd
Lewis Center, OH 43035


Lamuth MS
6700 Auburn Road
Painesville, OH 44077


Sarah Lance
728 Delverne Ave sw
canton, OH 44710


Tonya Landgraf
919 Balboa Ct
Painesville, OH 44077


Laurie Landies
108 Allynd Blvd
Chardon, OH 44024

Michael Landsberg
4259 Rowanne Rd
Columbus, OH 43214


Michael Lanese
25350 Briardale avenue
Euclid, OH 44132


Sarah Lang
19530 Argyle Oval
Rocky River, OH 44116


Patrick Lange
3725 Chrisfield Drive
Rocky River, OH 44116


Tom Lange
7356 Pickway Drive
Cincinnati, OH 45233


William Lange
279 Hayer Drive
Painesville, OH 44077


Adam Langham
5832 South st
Vermilion, OH 44089


Mark Langlois
251 Copperfield ct
Painesville, OH 44077


Brian Langlotz
10296 Mayfield Rd
Chesterland, OH 44026


Langston MS
150 North Pleasant Street
Oberlin, OH 44074


Katie Lanham
8162 Jordan Ridge Drive
Cleves, OH 45002

Ronald Lanham
5410 Wilshire Park Dr
Hudson, OH 44236

Elizabeth Lanning
75 cedar glen dr
painesville, OH 44077

Melissa Lanza
9795 Burton Drive
Twinsburg, OH 44087

Brian Lapikas
24 David Ave NE
Massillon, OH 44646

KERRY LAPKA
12807 Darrow Road
vermilion, OH 44089

Denise Larbes
385 Blackburn Ave.
Fairfield, OH 45014

Andrea Larick
8267 Hemingway Lane
Mentor, OH 44060

Bianca Lark
10459 Woodchuck Ct
Twinsburg, OH 44087

Richard Larouere
6269 highland meadows dr
medina, OH 44256

Soledad Larry
4668 anderson road
South Euclid, OH 44121

Anne Larsen
62 Lake Forest dr
Hudson, OH 44236

Jeanette Larsen
1114 Hunt St
Maumee, OH 43537


Monica Larsen
1521 Royal Oak Drive
Lewis Center, OH 43035


Nicole Lascko
8261 Royalton Rd
North Royalton, OH 44133


Katie LaScola
242 Olive Street
Elyria, OH 44035


Sarah Lasko
7594 Greenthorn Dr
Hudson, OH 44236


Kristi Laslo
6227 Kingview Dr.
Hilliard, OH 43026


Peter Laszlo
11237 Worthington Way
North Royalton, OH 44133


Julie Lather
1736 Cottonwood Drive
Lewis Center, OH 43035


Zachary Latimer
1183 Township Road 190 E
Bellefontaine, OH 43311


Whitney Latour
3328 McGuffey rd
Columbus, OH 43224


Heather Lauderback
7511 Tall Pine Dr
Lewis Center, OH 43035

Jennifer Laughlin
7350 Connie Dr.
Mentor, OH 44060


Joey Laughman
1565 Saratoga Drive
Troy, OH 45373


Andy Laurel
1483 E. Lockwood Rd.
Port Clinton, OH 43452


Matthew Laurich
6674 Edgemoor Avenue
Solon, OH 44139


Jamie Lautenschlager
514 w. Main St.
Troy, OH 45373


Jill Laverdiere
3106 Willowbrook Dr
Reminderville, OH 44202


Cynthia Lavo
15055 Bates Creek Drive
Chardon, OH 44024


Richard Lavoie
7165 Colesbrooke Drive
Hudson, OH 44236


Melinda Lawhead
5806 Clover Groff Drive
Hilliard, OH 43026


Dennis Lawler
89 Division St
Hudson, OH 44236


Cathleen Lawlor
5950 Liberty Road
Solon, OH 44139

Kimberly Lawrence
1204 central ave
Sandusky, OH 44870


Stephanie Lawrence
3703 Kilkenny Dr
Columbus, OH 43221


William Lawrence
7301 Windsor Park Dr.
Maineville, OH 45039


Meghan Laws
826 Sun Ridge Lane
Chagrin Falls, OH 44022


Brian Lawson
5368 tallawanda dr
fairfield, OH 45014


Laura Lazzaro
1201 Woodside Drive
Rocky River, OH 44116


Grace Leach
7901 Wildwood drive
Mentor, OH 44060


Sarah Leach
5186 Driftwood Dr.
Vermilion, OH 44089


Stephanie Leach
5671 Preston Woods Rd
Columbus, OH 43235


Amy Leacock
2513 Punderson Dr.
Hilliard, OH 43026


Ellen Leamon
3849 East Surrey Ct.
Rocky River, OH 44116

Gina Lear
528 Hartford drive
Elyria, OH 44035


Michelle Leatherman
113 North Stanley Street
Bellefontaine, OH 43311


Molly LeBel
7880 Pinehill Road
Lewis Center, OH 43035


Shelly Leck
10951 Burlington Ridge Dr.
Chardon, OH 44024


Linn Leclair
1910 lakeview ave
rocky river, OH 44116


Chrishone LEE
5252 Copper Creek Drive
DUBLIN, OH 43016


CHRISTINE LEE
2804 RICHMOND RD
BEACHWOOD, OH 44122


Christine Lee
305 Stewart Ave NW
Massillon, OH 44646


Craig Lee
5920 PORTSIDE DR
HILLIARD, OH 43026


Holly Lee
8072 Rainbow Drive
Concord, OH 44077


Jessica Lee
11825 Wellesley Lane
Chardon, OH 44024

Jong Lee
5732 Stockton Way
Dublin, OH 43016


Mija Lee
5691 Nicholson dr
Hudson, OH 44236


Andi Leesburg
2552 Punderson Drive
Hilliard, OH 43026


Eric Lefebvre
7335 Iuka Ave
Madeira, OH 45243


Kelly Lehmkuhl
6642 Buttonbush Ct
Hilliard, OH 43026


Andrew Lehner
803 Outrigger Cove
Painesville, OH 44077


Mary Leibold
166 Lakeview Lane
South Russell, OH 44022


Jennifer Leigey
8253 Winthrop Ct
Mentor, OH 44060


Kathleen Leigh
82 E Streetsboro St
Hudson, OH 44236


Lisa Leighton
7183 Jonathan Drive
Hudson, OH 44236


Dawn Leko
7032 kingswood drive
Solon, OH 44139

Laura Lekson
7276 Waterfowl Way
Concord, OH 44077


Vincent Lemle
5597 Cabot Cove Dr
Hilliard, OH 43026


Joshua Lemr
9726 Martinique Dr.
Mentor, OH 44060


Sherry Lenehan
5331 River Rd.
Fairfield, OH 45014


Julie Lenhart
204 Miami Ave
Bellefontaine, OH 43311


Aimee Lennerth
3839 Nautilus Trail
Reminderville, OH 44202


Leslie Lenney
5729 Walnut St
Kings Mills, OH 45034


Michelle Leo
3990 Wiltshire Road
North Royalton, OH 44133


Jennifer Leopold
850 Tappan Circle Vermilion
Vermilion, OH 44089


Mark Leopold
138 Lee Road
Painesville Twp, OH 44077


Christy Leow
924 Madison St
Port Clinton, OH 43452

Kim Lesko
1054 Rosealee Ave
Elyria, OH 44035


Stephanie Lessick
9500 Tanager Dr.
Chardon, OH 44024


LeAnne Letany
72 Meadowview Ct.
Fairfield, OH 45014


Cathy Letterio
10629 Buckingham Pl
Painesville, OH 44077


Amy LeVan
1010 Dellwood Drive
Troy, OH 45373


Megann LeVan
649 Cooper Ave.
Bellefontaine, OH 43311


Abigail Levi
136 Ravine Rd.
Powell, OH 43065


Peter Levites
5136 Pebble Lane
Columbus, OH 43220


Kelley Levy
1890 Middleton Rd.
Hudson, OH 44236


Susan Levy
38505 Mcdowell Dr
solon, OH 44139


Amy Lewis
5908 Saucony Drive
Hilliard, OH 43026

Cassandra Lewis
22134 River Oaks Drive apt 2c
Rocky River, OH 44116

Catalina Lewis
640 Georgetown ave.
ElyriaElyria, OH 44035

Jessica Lewis
7757 Emmanuel Drive
Lewis Center, OH 43035

Joanna Lewis
14741 Hitching Post Ln
Novelty, OH 44072

Kara Lewis
7579 Berks Way
Hudson, OH 44236

Karen Lewis
8695 Royale Oak Ct
Mentor, OH 44060

KRISTEN LEWIS
6041 DRENTA CIR SW
NAVARRE, OH 44662

Lora Lewis
23671 Letchworth Road
Beachwood, OH 44122

Paul Lewis
6955 Richmond Rd
Solon, OH 44139

Sarita Lewis
1943 Fowl Road C11
Elyria, OH 44035

Stoney Lewis
5357 sunlight ct
Dublin, OH 43016

David Lex
163 N. Hayden Pkwy
Hudson, OH 44236


Rebecca Leydon
32 King St.
Oberlin, OH 44074


David Leyva
350 Washington Cir.
Oberlin, OH 44074


Deborah Li
7219 Winchester Dr.
Solon, OH 44139


Hua Li
35980 Michael Drive
Solon, OH 44139


Jianbo Li
5334 Denise CT
Solon, OH 44139


Qing Liang
2174 Weston Dr.
Hudson, OH 44236


Haijiao Liao
6573 Forest Glen Ave.
Solon, OH 44139


Amy Libby
359 W. Streetsboro Street
Hudson, OH 44236


Leigha Libecap
1325 S.Clay St
Troy, OH 45373


Edward Libens
22375 Sunnyhill Drive
Rocky River, OH 44116

Laura Licek
318 Bucknell Court
Broadview Heights, OH 44147


Mui Lie
13841 Oakbrook dr. #206
North Royalton, OH 44133


Stephen Lieber
37105 Deer Run
Solon, OH 44139


Aimee Liebert
7830 Thomas Drive
Madeira, OH 45243


Karlyn Liebhardt
9090 oakstone trail
chardon, OH 44024


Joanna Liedel
2366 Woodacre Dr.
Hudson, OH 44236


Tammy Lieu
10296 smugglers cove
Aurora, OH 44202


John Lifford
8875 Mulberry Rd
Chesterland, OH 44026


Joshua Lightle
915 rush avenue
Bellefontaine, OH 43311


Michael Likovetz
333 Oldham Way
Hudson, OH 44236


Tracy Limbert
93 East Case Drive
Hudson, OH 44236

YanBing Lin
98 South settlers Ln.
Painesville, OH 44077


Joe Linahan
8729 Landen Drive
Maineville, OH 45039


Tom Lindberg
3232 Crownpoint St NW
Massillon, OH 44646


Melissa Lindley
5784 Timberline Trail
Hudson, OH 44236


Jeri Lindner
6620 River Road
Fairfield, OH 45014


Haritha Lingichetty
1821 little bear loop
lewis center, OH 43035


JILL LINGO
6065 Havenwood Ct.
Hamilton, OH 45011


Lori Lingo
1940 N Ridge Rd
Painesville, OH 44077


Karla Lining
5965 South Shandle Blvd.
Mentor, OH 44060


Brian Link
4811 Willowbrook drive
Mentor, OH 44060


Ed Link
5673 Marine Parkway
Mentor on the Lake, OH 44060

Annemarie Linnert
8068 Rainbow Dr.
Concord, OH 44077


Stacey Lipchek
3531 Hawthorne trail
broadview Heights, OH 44147


Jessica Lippoli
1272 Deer Lake Court
Columbus, OH 43204


Cheryl Liptak
3060 Bear Oval
North Royalton, OH 44133


Jason Lisy
9601 Brayes Manor Dr
Mentor, OH 44060


Blossom Litteken
6455 Taylor Trace Lane
Hamilton, OH 45011


Andrea Littlejohn
1195 Longwood dr
Troy, OH 45373


Bo Liu
38963 Glenlivet CT
solon, OH 44139


Hongyan Liu
5360 Wilshire Park Drive
Hudson, OH 44236


Qin Liu
790 Patriot Ct
Hudson, OH 44236


Todd Livengood
10430 Locust Grove Dr
Chardon, OH 44024

Amarda Llanaj
22449 Lake Rd. Apt.305f
Rocky River, OH 44116

Shawn Lloyd
564 N. Park St.
Bellefontaine, OH 43311

Jessie Lobaza
10281 Foxwood Dr.
North Royalton, OH 44133

Charles LoBello
13831 Rustic Dr
North Royalton, OH 44133

Brandon Loboschefski
1330 Old Trail Rd
Maumee, OH 43537

Cynthia Lockemer
3271 Darien Ln
Twinsburg, OH 44087

Rhonda Lockett
32500 Monroe Court # 102
Solon, OH 44139

Michele Lockhart
5204 13th st sw
Canton, OH 44710

Nelly Lockhart
9844 Old Johnnycake Ridge Road
Mentor, OH 44060

George Locklear
44863 Parsons Rd.
Oberlin, OH 44074

Karen Lockman
6533 copley avenue
solon, OH 44139

Sharon Lockman
32935 Charmwood Oval
Solon, OH 44139

Gina Lococo
10901 Bridle Trail
Chardon, OH 44024

Lisa LoConti
8140 Mount Royal Drive
Concord, OH 44077

Deborah Lodewyck
3270 Myrtle Dr.
Loveland, OH 45140

Samantha LoDuca
7630 Brainard Ct
Mentor, OH 44060

Tia Loduca
12010 sperry rd.
chesterland, OH 44026

Melissa Loera
261 Elberta Drive
Vermilion, OH 44089

John Logan
4612 Barbie Ave SW
Massillon, OH 44646

Ante Logarusic
897 Pebble Beach Cove
Painesville Twp, OH 44077

Erin Logsdon
174 Crestview Rd.
Columbus, OH 43202

Rebecca Logston
6740 Duneden Avenue
Solon, OH 44139

Jonathan Logue
365 Edison Dr
Vermilion, OH 44089


VERA LOGVYNETS
1742 Wagar Rd #211
Rocky River, OH 44116


Brent Lohr
10425 Barchester Dr.
Concord Twp., OH 44077-2262


Stacy Loizos
21755 Lake rd
Rocky River, OH 44116


Robyn Lojek
6231 Tina Dr
Mentor, OH 44060


Lisa Lombardo
10224 Wilson Mills Rd
Chardon, OH 44024


Nancy London
46984 W. Hamilton St
Oberlin, OH 44074


Clarice Long
4436 Akins Rd
North Royalton, OH 44133


Debra Long
6700 Auburn Rd.
Painesville, OH 44077


Lisa Long
1872 Dooridge Drive Dooridge
Twinsburg, OH 44087


Lorrie Long
217 Stone Ridge Blvd.
South Lebanon, OH 45065

Tammy Long
135 Saratoga Ave SW
Canton, OH 44710

Rondallyn Longley
2891 Bold Venture Dr.
Lewis Center, OH 43035

Jennifer Longo
116 Walnut Street
Chagrin Falls, OH 44022

Jennifer Looks
615 Woodside Avenue
Vermilion, OH 44089

Juana Lopez
3109 lynch st sw
Massillon, OH 44646

Lissa Lopez
317 Longfellow St.
Elyria, OH 44035

Maria Lopez
141 Westland ave nw
Massillon, OH 44646

Maria Lopez
447 Windamere ave nw
Massillon, OH 44646

Norma Lopez
5579 Farmhouse ln
Hilliard, OH 43026

Steven Lopez
1089 Sedgwick Court
Columbus, OH 43235

Valerie Lopez
2725 Blue Heron Drive
Hudson, OH 44236

Chena Lord
1030 Citadel Ave NW
Massillon, OH 44646

Christine Loretan
884 Ridgewood Blvd.
Hudson, OH 44236

Elisa Loring
7674 bergen court
hudson, OH 44236

Donna Losiewicz
15405 Bent Tree Drive
Findlay, OH 45840

Latika Lott
6480 Zoellners Place
Hamilton, OH 45011

Tina Lotts
316 East Brown Avenue
BELLEFONTAINE, OH 43311

Chris Loucks
6232 richville drive sw
Navarre, OH 44662

Kelley Love
651 Rothmoore
Galloway, OH 43119

Tracy Love
27255 Tinkers Valley Dr
Solon, OH 44139

Paul Lovell
3242 Springview Dr
Hamilton, OH 45011

Pete Lowe
2831 Bold Venture Dr
Lewis Center, OH 43035

Aimee Lowrance
4221 Chatsworth Dr.
Mason, OH 45040

Charles Loy
1800 barnhart rd
troy, OH 45373

Michelle Lozina
82 Sussex Rd
Hudson, OH 44236

Amy Lucas
2406 Highland Court
Troy, OH 45373

Kim Lucas
8752 Cliffwood Ct
Mentor, OH 44060

Linnea Lucas
414 Peppertree Lane
Painesville, OH 44077

Lori Lucas
322 Olentangy Meadows Drive
Lewis Center, OH 43035

Nicole Lucas
2574 Brooklyn ave sw
Canton, OH 44706

Wayne Lucas
1641 cedarcrest ave s.w.
massillon, OH 44646

Jacquelyn Luczywo
180 Salt Creek Run
Peninsula, OH 44264

Penny Luda
8216 Edgerton Rd
North Royalton, OH 44133

Tami Ludewig
7050 Kate Dr.
Hudson, OH 44236


Christopher Ludwig
8624 Ravenna Road
Chardon, OH 44024


Jeff Lugar
113 Lafayette St
Elyria, OH 44035


Monica Lujan
8082 Mayfield Rd
Chesterland, OH 44026


Cari Lukcso
3485 Nautilus Trail
Reminderville, OH 44202


Bonnie Luker
5851 Brewster Dr.
Hudson, OH 44236


Tara Luling
7929 Pinehill Road
Lewis Center, OH 43035


Heather Lulow
6968 Auburn RD
Concord, OH 44077


Natasha Luma
616 Laurel Avenue
Port Clinton, OH 43452


Julie Lundin
22790 Laramie Dr.
Rocky River, OH 44116


Krista Lung
2378 Omaha Pl
Lewis Center, OH 43035

Doan Luong
3607 Hoskins Circle
Fairfield, OH 45011

Angelique Luptak
9956 Johnnycake Ridge Rd. E5
Concord Twp, OH 44077

Brian Lutes
7901 Locust Lane
Cincinnati, OH 45243

Karen Luther
7410 Madeira Pines Dr
Madeira, OH 45243

Tammy Lutterbie
3741 Winter Hill Drive
Hamilton, OH 45011

Amy Luttrell
6526 Vonnie Vale Ct
Hamilton, OH 45011

Kristin Lutzke
6041 Nature View Ct
Painesville, OH 44077

VICKY LUVISON
8331 Sheltered Cove
Mentor, OH 44060

MItch Luxenburg
2166 Lyndway Road
Beachwood, OH 44122

Christine Lyden
2904 Alling Drive
Twinsburg, OH 44087

Caroline Lydon
20695 Stratford
Rocky River, OH 44116

Brenda Lynch
9362 Clopton Court
Mentor, OH 44060

Douglas Lynch
3587 Dockside Ct.
Hilliard, OH 43026

Jill Lynch
7876 Wainwright Lane
Maineville, OH 45039

Margaret Lynch
15 DAISY LN
CHAGRIN FALLS, OH 44022

Michael Lynch
7930 Newell Creek
Mentor, OH 44060

Mindy Lynch
9663 Kelly Dr.
Loveland, OH 45140

Stacie Lynch
5509 Tayside Circle
Dublin, OH 43016

Stacy Lynch
6804 Glencairn Ct.
Mentor, OH 44060

Barry Lynn
7985 Sweetgum Trail
Mentor, OH 44060

Monica Lynn
7557 Woodland Avenue
Hudson, OH 44236

Patti Lysaght
8265 Jordan Ridge Drive
Cleves, OH 45002

Casondra Lytle
7066 Constantine Court
Mentor, OH 44060


Jin Ma
5229 Wilshire Park Drive
Hudson, OH 44236


Susan Ma
38495 Flanders dr
Solon, OH 44139


Tetyana Maciech
7097 Cedar St
Chagrin Falls, OH 44022


Heather Macik
170 W Carriage Dr  APT # 204
Chagrin Falls, OH 44022


Dannielle Mack
1679 Jennifer Drive Twinsburg
Twinsburg, OH 44087


Sheryl Mack
7831 Kingman Place
Lewis Center, OH 43035


Lisa MacKay
6484 Olde Eight Road
Peninsula, OH 44264


Tammy Macke
3687 Wood Trail Drive
Mason, OH 45040


Randall MacKim
722 Kolpwood AVE NW
Massillon, OH 44646


Bill Madan
8850 Camelot Dr
Chesterland, OH 44026

Kathy Madar
5800 Bridgewater Blvd.
Hudson, OH 44236


Mariea Madea
7559 King Memorial Road
Mentor, OH 44060


Madeira MS
6612 Miami Avenue
Cincinnati, OH 45243


Mary Madeja
6405 Vrooman Rd
Painesville, OH 44077


Heather Mader
408 W MARKET ST
TROY, OH 45373-3964


Karl Maersch
100 CHURCH STREET
Chagrin Falls, OH 44022


Laurie Maersch
5110 Lansdowne Drive
Solon, OH 44139


Melissa Maghes
2855 Hudson Aurora Road
Hudson, OH 44236


Mia Mahaffee
8556 juniper drive
lewis center, OH 43035


Megan Maher
20932 Morewood Pkwy
Rocky River, OH 44116


Sara Mahon
4807 Slade Dr
Fairfield, OH 45014

Amanda Mahoney
7405 Jeremy Avenue
Mentor, OH 44060


Litz Main
9539 Old Village Dr
Loveland, OH 45140


Denise Maiorana
38170 McDowell Drive
Solon, OH 44139


Shahina Majed
810 Prairie Rd
Galloway, OH 43119


Nancy MAKSOUD-WALLACE
7819 Maple Leaf Dr
Cincinnati, OH 45243


Kevin Malarkey
8640 West Point Drive
Galloway, OH 43119


Sabrina Malcolm
7640 Pinecrest Ln
Solon, OH 44139


Sherri Malek
25100 Bryden RD
Beachwood, OH 44122


Melinda Malicki
2670 Jameston Drive
Rocky River, OH 44116


Hanan Maliki
139 Meadowlands Dr. E1
Chardon, OH 44024


Nizzar Malkieh
12927 Hampton Club Dr Apt 103
North Royalton, OH 44133

Kathleen Mallott
4376 darrow road #7
stow, OH 44224

Antonia Malnar
5266 corduroy road
mentor, OH 44060

Mike Malnar
9616 Venus dr
Chardon, OH 44024

Jennifer Malone
11725 Overlook Rd
Chardon, OH 44024

Annette Malott
2390 Seneca Drive
Troy, OH 45373

Deana Maltby
689 Bowhall Road
Painesville, OH 44077

Melissa Maltry
7817 Ellington Place
Mentor, OH 44060

Barbara Mancari
7696 Ellington Place
Mentor, OH 44060

Stacy Mancuso
6577 forest glen ave
solon, OH 44139

Melannie Maneri
7609 King Memorial Rd
Mentor, OH 44060

Sam Maniar
5208 Wilshire Park Drive
Hudson, OH 44236

Terri Mankin
4591 Richville Dr SW
Canton, OH 44706

Sarah Mann
9636 Kim Drive
Chesterland, OH 44026

AnneMarie MAnngard
7715 Lydia Dr
Lewis Center, OH 43035

Kelly Manning
6547 Willow Hollow Lane
Cincinnati, OH 45243

Laura Mantle
4701 Wiltshire Rd
North Royalton, OH 44133

Octavia Manuel
2380 Croydon Road
Twinsburg, OH 44087

Kristie Marbury
6618 Copley Ave
Solon, OH 44139

Elena Marcano
1549 Little Bear Loop
Lewis Center, OH 43035

David Marcum
113 north Springhill street
Bellefontaine, OH 43311

Paul Mardula
11800 Julie drive
Chardon, OH 44024

MICHAEL MARES
510 E. THIRD ST.
PORT CLINTON, OH 43452-3971

Kelley Marginean
4890 Pondloop dr
Dublin, OH 43016


Enrico Mariani
1446 Bordner Ave SW
Canton, OH 44710


Kelly Marigney
37135 Deer Run
Son, OH 44139


Aaron Marinelli
150 Quail Hollow Drive
Moreland Hills, OH 44022


Amy Marino
12120 W Shiloh Drive
Chesterland, OH 44026


Melissa Marino
8720 Summer Wind Lane
Mentor, OH 44060


Alyssa Markell
9 Meadowlawn Dr #8
Mentor, OH 44060


Kristina Marker
9309 Brakeman Rd
Chardon, OH 44024


Stephanie Marker
528 Brookwood Dr
Bellefontaine, OH 43311


Neil Markey
113 Church Street
Chagrin Falls, OH 44022


Becky Markley
8324 Dartmoor Rd
Mentor, OH 44060

Hallie Markowitz
3426 Old Green Rd
Beachwood, OH 44122


Kelly Markowitz
28975 North Park Blvd
Solon, OH 44139


Todd Markowski
5496 Primavera Dr
Mentor, OH 44060


Dimitri Marku
21012 Halworth Rd
Beachwood, OH 44122


Alissa Markusic
655 Academy Dr
Galloway, OH 43119


Danielle Marn
7584 hunting lake dr
painesville, OH 44077


Kelly Maron
401 Greenfield lane
Painesville, OH 44077


Carrie Maronde
15040 Regents Way
chardon, OH 44024


Kathleen Maroon
3360 Delmar Drive
Rocky River, OH 44116


Marietta Marquart
333 Simon Road
Hudson, OH 44236


Wendy Marquez
946 Midway Blvd
Painesville, OH 44077

Kara Marquis
1758 glenwood dr
twinsburg, OH 44087


Robert Marquis
1513 Saratoga Dr
Troy, OH 45373


Ryan Marquis
7842 Hidden Hollow Dr
MENTOR, OH 44060


Gina Marrali
9990 Forest Drive
Twinsburg, OH 44087


Marriott Washington Dulles
45020 Aviation Drive
Dulles, VA 20166


Jerald Marshall
131 Prentice Rd
Painesville, OH 44077


Melanie Marshall
7454 Andover Way
Hudson, OH 44236


Rachel Marshall
8035 Plains Road
Mentor, OH 44060


Robin Marshall
120 North Street
Chardon, OH 44024


Tara Marshall
1455 Hunter Ct
Troy, OH 45373


Christine Marsiglio
6193 Dunbar Drive
Mentor, OH 44060

Charles Martin II
430 Fulton Street
Port Clinton, OH 43452


Christine Martin
10262 Pratt Lane
Twinsburg, OH 44087


Erica Martin
365 Chestnut St.
Painesville, OH 44077


Heather Martin
3239 Rayanna St NW
Massillon, OH 44646-3011


Janelle Martin
5208 sara way
hilliard, OH 43026


MaryPat Martin
9211 Brakeman Rd.
Chardon, OH 44024


Scott Martin
8351 Twin Creek Ct
Mentor, OH 44060


Edgar Martinez
8168 Appleridge Dr.
Lewis Center, OH 43035


Jill Martinez
5497 North Fairway Drive
Port Clinton, OH 43452


Lori Martini
7591 Dog Trot Rd.
Cincinnati, OH 45248


Sharlene Marty
2727 Hampton Road
Rocky River, OH 44116

Tracie Maschke
405 Reserve Trail
Chagrin Falls, OH 44022


Deya Mashal
7224 Holderman St
Lewis Center, OH 43035


Scott Masiella
388 Oldham Way
Hudson, OH 44236


Jennifer Masink
1509 Callander Dr.
Hudson, OH 44236


Carey Mason
8695 Old Village Ln
Mentor, OH 44060


Paul Mason
5635 Mapleridge Drive
Cincinnati, OH 45227


Peter Mason
298 Forest Edge Drive
South Lebanon, OH 45065


Margaret Massaro
2116 Aurora Ave.
Lewis Center, OH 43035


JESSE MASSEY
201 WINDSOR DR
ELYRIA, OH 44035


Kelly Massie
6200 E River Rd
Fairfield, OH 45014


Jason Massingill
1320 Stonycreek Rd.
Troy, OH 45373

Qiana Massingill
2215 Pebble Creek Dr Apt 205J
Twinsburg, OH 44087


Arianne Mastandrea
8803 evergreen dr
Mentor, OH 44060


Tara Masters
505 Westland Ave SW
massillon, OH 44646


Nicole Matanin
2340 Lakeview Ave
Rocky river, OH 44116


Kim Matasich
5064 Dresden Dr. NW
Canton, OH 44708


Karie Matejka
6446 Deer Haven Dr.
Concord, OH 44077


Kerry Matejka
1533 Clipper Cove
Painesville Twp., OH 44077


Laura Mateyo
90 Bishop Dr.
Chagrin Falls, OH 44022


Dale Matheny
8356 Finch Shelter Drive
Columbus, OH 43235


Johanna Matheny
5691 Pleasant Hill Dr.
Hilliard, OH 43026


Sam Mathew
1430 Hunting Hollow
Hudson, OH 44236

Amy Mathews
3261 prairie gardens ct
Hilliard, OH 43026

Denise Mathews
3414 River Landings Blvd.
Hilliard, OH 43026

James Mathews
1161 E337th st
Eastlake, OH 44095

Michelle Mathews
3350 Wind Song Ln
Twinsburg, OH 44087

Carolina Mathis
7321 Granby Drive
Hudson, OH 44236

Karen Matier
6712 pinebrooke
hudson, OH 44236

Lindsey Matlack
6568 Westpoint Dr
Hudson, OH 44236

Tiffany Matlock
4984 Dublin Dr
North Royalton, OH 44133

Sharon Matolka
7640 Hudson Park Drive
Hudson, OH 44236

Heidi Mattlin
7321 Shelford Dr
Solon, OH 44139

Diana Mattson
3670 Shadow Ridge Drive
Loveland, OH 45140

Jerrel Mattson
111 Fox Trail
Chagrin Falls, OH 44022

Guido Matuschek
26205 Seville Drive Appartment #302
Beachwood, OH 44122

Scott Matyac
7587 Affirmed ct
Lewis Center, OH 43035

Mike Mauceri
7172 Bunker Cv
Mentor, OH 44060-5336

Kelly Mauk
1865 Pheasant Pt CT
Troy, OH 45373

Mark Mauldin
5767 SOM Center Road
Solon, OH 44139

Maumee HS
1147 Saco Street
Maumee, OH 43537

Amanda Maus
5800 Brooke Meadows Ct
Hamilton, OH 45011

Bridgette Mauter
220 Wintergreen Hill Drive
Painesville, OH 44077

Julie Mawaka
6178 Burr Oak Way
Hudson, OH 44236

Amy Maxwell
716 N High St
Maumee, OH 43537

Gwen Maxwell
3616 Spencer Rd.
Rocky River, OH 44116

Holli Maxwell
333 18th St.
Elyria, OH 44035

Chris May
4605 Jessica Lane
North Royalton, OH 44133

Kelly May
62 Walnut Street
Oberlin, OH 44074

Michele May
11293 Wilson Mills Rd
Chardon, OH 44024

Mayfield Middle School
1123 Som Center Rd
Cleveland, OH 44124

Stephanie Mayle
321 Lynn Cir NW
Canton, OH 44708

Craig Mayo
5561 orchid ave.
mentor, OH 44060

Nicole Mazon
2806 Pheasant Field Dr
Hilliard, OH 43026

Gwyn Mazuk
6087 Morris Rd
Hamilton, OH 45011-5139

Ron Mazurek
9426 FREEPORT LN
MENTOR, OH 44060

Angela McAtee
3067 Maddie Ct
Lewis Center, OH 43035

Dawn McBain
3954 Medford Sq
Hilliard, OH 43026

Renee McCabe
2755 Parkside Drive
Hudson, OH 44236

Bill Mccale
4984 timberview dr.
vermilion, OH 44089

Jean McCall
7425 Herrick Park Dr
Hudson, OH 44236

Nicole McCallCash
2165 White Marsh Dr
Twinsburg, OH 44087

Carrie McCallister
444 Windamere Ave.
Massillon, OH 44646

Barbara McCann
5513 Primavera Dr
Mentor, OH 44060

Kevin McCann
1064 Evadell Dr
Lewis Center, OH 43035

Carol McCarthy
410 E Wayne St. 410 E Wayne St
Maumee, OH 43537

Kathryn McCartney
731 Drummond ct
Columbus, OH 43214

Nancy McCauley
8900 Auburn Rd
Chardon, OH 44024

CIELO MCCLAIN
9 River Side Drive
Rocky River, OH 44116

Joseph McClanahan
10772 Collins Riley Rd
Blanchester, OH 45107

Daniel McClelland
233 BERSHAM DR
HUDSON, OH 44236

Gloria McClendon
1497 mallard cove
twinsburg, OH 44087

Deborah McClure
8109 Puritan Dr. Unit A
Mentor, OH 44060

Rebecca Mccollum
5601 Planet Dr
Fairfield, OH 45014

Susan McCollum
8129 Jordan Valley Ct.
Cleves, OH 45002

Michelle McComas
1462 Silver Pine Lane
Findlay, OH 45840

Robert McConnell
5500 Reebok Drive
Hilliard, OH 43026

Stephanie McConoughey
3071 Darien Ln
Twinsburg, OH 44087

Jim McCorkle
8319 Woodbridge Ln
Maineville, OH 45039


Kristi McCormick
9691 Firelands Dr
Twinsburg, OH 44087


Pam McCormick
1706 East Haymarket Way
Hudson, OH 44236


Jani McCoy
346 Lake St.
Troy, OH 45373


Julie McCoy
2236 Croydon Rd.
Twinsburg, OH 44087


Timothy McCracken
947 Martini Rd.
Cincinnati, OH 45233


Melissa McCray
6000 Bradford Way
Hudson, OH 44236


Ben McDavid
8895 Emerald Hill Dr
Lewis Center, OH 43035


Alexander McDonald
14401 Radcliffe Rd
Chardon, OH 44024


Angi Mcdonald
6601 N. Palmerston Dr.
Mentor, OH 44060


Cassandra McDonald
1807 Curry Lane
Twinsburg, OH 44087

Dawn McDonald
6207 Iroquois Trail
Mentor, OH 44060


John McDonald
200 Boulder Blvd.
Peninsula, OH 44264


Kim McDonald
1341 Shawnee Trace
Bellefontaine, OH 43311


Vickie McDonald
7180 Green Valley Dr
Mentor, OH 44060


Wendy Mcdonnellwe
6630 Queens way
North royalton, OH 44133


Brittany McDonough
3930 Cidermill drive
Columbus, OH 43204


James McDonough
4710 Brittonhurst Drive
Hilliard, OH 43026


Shannon McDonough
2764 Goldwood Drive
Rocky River, OH 44116


John McDougal
5770 OHIO ST
VERMILION, OH 44089


Kirsta McElfresh
708 W. Market St
Troy, OH 45373


Karen McFee
7973 Stillwater Court
Concord, OH 44077

Andrea McGee
12828 Pearl Rd
Chardon, OH 44024


Melissa McGee
325 Saratoga Ave. NW
Canton, OH 44708


Nichole McGee
6578 Seminole Trail
Mentor, OH 44060


AnneLisa McGinnis
193 Boston Mills Rd
Hudson, OH 44236


Laura McGinnis
11307 West Walnut Ridge
Chesterland, OH 44026


Tom McGinty
7837 Lynford Way
Mentor, OH 44060


Corinne McGowan
7913 Gallowae Ct
Mentor, OH 44060


Meghan McGowan
9044 Charles Court
TWINSBURG, OH 44087


Kasondra McGrady
2871 Lombardi Ave SW
Canton, OH 44706


Michelle McGreevy
12926 Ravenna Road
Chardon, OH 44024


Thomas McGuire
134 Miami Ave
Elyria, OH 44035

Connie McIntire
438 W Chillicothe Ave
Bellefontaine, OH 43311


Cathy McKee
13781 Rustic Dr
North Royalton, OH 44133


Craig McKee
6308 Kenwood Rd
Cincinnati, OH 45243


Jennifer McKee
537 Falls Rd.
Chagrin Falls, OH 44022


Erica McKelvey
10590 Locust Grove Drive
Chardon, OH 44024


Jesse McKendry
91 Bishop Dr
Chagrin Falls, OH 44022


Melissa McKenna
3847 County Road 220
Findlay, OH 45840


Megan McKeown
21348 Stratford Ave.
Rocky River, OH 44116


Scott McKeown
14101 Township Road 213
Findlay, OH 45840


Mark Mckibbin
2425 Merrimont Dr
Troy, OH 45373


Karen McKinney
412 Westgate Drive
Cleves, OH 45002

Shawn McKinney
2771 Chatham Dr
Troy, OH 45373


Erin McKnight
10609 Jubilee Drive
Chardon, OH 44024


Richard McLaughlin
6358 W LITTLE PORTAGE EAST RD
OAK HARBOR, OH 43449


Patricia McLean
730 Mohawk Ave NW
Canton, OH 44708


Mary McMichael-Liston
652 E Whittier St
Columbus, OH 43206


Nancy McMillin
9780 Hoose Rd.
Mentor, OH 44060


Andrea McMullen
10155 Timothy Lane
Twinsburg, OH 44087


JENNIFER McMullen
8644 Olenbrook Dr
Lewis Center, OH 43035


Kimberly McNally
2818 Kingsbury Drive
Rocky River, OH 44116


Amber McNeal
28820 Naylor dr.
Solon, OH 44139


Maureen McNulty
20042 Laurel Avenue
Rocky River, OH 44116

Kim McPherson
809 Lost Pond Pkwy
Chardon, OH 44024


Karen McStay
845 Virginia Drive
Hudson, OH 44236


Kevin McSween
938 Fremont Ave
Painesville, OH 44077


Wendy Meadors
9472 Lawnfield
Twinsburg, OH 44087


Codie Mealey
1297 Birchview dr
VERMILION, OH 44089


Nicole Mealle
5980 Marine Parkway apt E107
Mentor, OH 44060


SUSAN MEDALIS
20844 EVERGREEN TRAIL
NORTH ROYALTON, OH 44133


Andrea Mediate
21246 Maplewood Ave
Rocky River, OH 44116


Christina Medinger
6377 mentor park blvd
Mentor, OH 44060


Jessica Medvec
12666 Ravenna Road
Chardon, OH 44024


Robyn Meeker
33 E. Main Street
Hudson, OH 44236

Beth Meese
266 S. Main St.
Hudson, OH 44236


MaryCay Megyesi
7129 N Nightingale Pl
Concord Township, OH 44077-9588


Deana Meinke
5800 Birdie Lane
Mentor, OH 44060


Ellie Meisenbach
3469 Lakewood Ct.
Hamilton, OH 45011


Holly Meister
5962 Morganwood Sq
Hilliard, OH 43026


Michelle Meleski
301 Water St
Chardon, OH 44024


Brittany Melick
4237 Winterringer St
Hilliard, OH 43026


Kellie Melin
11290 Brentwood Lane
Chardon, OH 44024


Lesia Mellie
5200 4th st nw
Canton, OH 44708


Katina Mellon
115 Blackberry Dr.
Hudson, OH 44236


Memorial MS
5600 Scioto Darby Road
Hilliard, OH 43026

Memorial MS
5670 Scioto Darby Road
Hilliard, OH 43026


Xiaozhong Men
6920 Silkwood Ln
Solon, OH 44139


Honorio Mendoza
55 Chatham Dr
Painesville, OH 44077


Julie Menendez
16 Blackberry Drive
Hudson, OH 44236


Ronn Meredith
3279 Fairhill Drive
Rocky River, OH 44116


MaryBeth Merinar
5485 Mooreland
Mentor on the Lake, OH 44060


Jennifer Merklin
7015 Jennifer Ann Dr
Lewis Center, OH 43035


Nicole Merriman
3379 Paxton Ct
Hilliard, OH 43026


Lisa Merritt
2645 Shady Tree Drive
Troy, OH 45373


Teresa Mers
1608 Old Schoolhouse Rd
Troy, OH 45373


Thomas Mersch
3769 Tower Rd
Cincinnati, OH 45248

Jennifer Mertes
4990 Lake View Drive
Peninsula, OH 44264


Cheryl Messenger
2859 Bold Venture Drive
Lewis Center, OH 43035


Michele Messmer
37091 Tidewater Drive
Solon, OH 44139


Tonya Mestemaker
5379 Kings Ridge Way
Kings Mills, OH 45034


Lori Metoki
5606 Londonairy Blvd
Hudson, OH 44236


Cheryl Mettler
704 Westbrook Way
Hudson, OH 44236


Maria Metzler
4344 Creekbend
Hilliard, OH 43026


Marilu Metzler
8812 Emerald Hill Dr.
Lewis Center, OH 43035


Maria Metzung
9982 Concord Pt Ct
Mentor, OH 44060


ANDREA MEYER
7591 OAK HILL DR
CHESTERLAND, OH 44026


Debora Meyer
10430 Locust Grove Dr
Chardon, OH 44024

Steve Meyer
5989 White Oak Drive
Mentor, OH 44060


Ashley Michael
3230 Myrtle Dr
Loveland, OH 45140


Carla Michael
4166 Stargrass Ct
Hilliard, OH 43026


Donald Michaels
5667 King Rd SW
Stone Creek, OH 43840


Heather Michalski
8215 Eastmoor Road
Mentor, OH 44060


Judi Michalski
2334 Croydon Road
Twinsburg, OH 44087


DiAnna Michel
6033 Morganwood Square
Hilliard, OH 43026


Leigh Michelsen
7312 Osceola Dr
Cincinnati, OH 45243


Cathy Middaugh
251 Oak Drive
West Liberty, OH 43357


Katie Miele
1761 Forest Oaks Dr
hudson, OH 44236


RAUL MieryTeran
180 sammy drive
fairfield, OH 45014

Tom Mignogna
7760 e washington
chagrin falls, OH 44023


Joe Mihalek
1845 ASHLEY DR
HUDSON, OH 44236


Rebecca Mihevic
10315 Locust Grove
Hambden, OH 44024


Natalie Mikes
12650 Chesterfield Lane
Chesterland, OH 44026


Lori Mikulka
9355 Gettysburg
Twinsburg, OH 44087


Tatjana Milenkovich
9508 Scottsdale Drive
Broadview Heights, OH 44147


Elia Milite
8690 Sherman Rd.
Chesterland, OH 44026


Erin Milius
20051 Beach Cliff Blvd.
Rocky River, OH 44116


Andrea Miller
11830 TR 109
Van Buren, OH 45889


Angie Miller
5336 Oakvale St SW
Canton, OH 44706


April Miller
8669 oak creek dr
Lewis Center, OH 43035

```
Ashley Miller
11Lois Lane
Chardon, OH 44065


Barb Miller
143 woodrush circle
chagrin falls, OH 44022


Brian Miller
12600 Ashton Trail
Chardon, OH 44024


Catherine Miller
10669 Devonshire Drive
North Royalton, OH 44133


Charr Miller
7422 Avon Dr.
Mentor, OH 44060


Christine Miller
1278 Bear Run Way
Maineville, OH 45039


Elizabeth Miller
509 West Race Street
Troy, OH 45373


Francis Miller
8179 JOHNNYCAKE RIDGE RD
MENTOR, OH 44060


Guendolyn Miller
3059 Cabot Way
Twinsburg, OH 44087


Jeanne Miller
8759 Warrendale Dr
Mentor, OH 44060


Jeffrey Miller
5209 Headgates Road
Hamilton, OH 45011
```

Jennifer Miller
120 E 11th Street
Port Clinton, OH 43452


Jeremy Miller
668 Wynstone Dr
Lewis Center, OH 43035


Jonathan Miller
1345 Mckaign Ave
Troy, OH 45373


Kelly Miller
6057 Manshire Ct
Galloway, OH 43119


Kristi Miller
2364 Victoria Parkway
Hudson, OH 44236


Laura Miller
4117 Ford Lane Vermilion
Vermilion, OH 44089


Lisa Miller
6960 Mildon Dr
Painesville, OH 44077


Lisa Miller
3391 Watersilk Court
Columbus, OH 43221


Liz Miller
13382 Walnut Trace
Chardon, OH 44024


Margaret Miller
85 Manor Drive
Hudson, OH 44236


Margaret Miller
7505 Mountain Park Dr
Mentor, OH 44060

Mark Miller
1211 BATES RD
Rocky River, OH 44116


Mary Miller
3057 List St NW
Massillon, OH 44646


Michelle Miller
4933 Forest road
Mentor, OH 44060


Michelle Miller
6599 Glenallen Ave
Solon, OH 44139


Peggy Miller
2115 Presidential Parkway Unit 2
Twinsburg, OH 44087


Ryan Miller
1294 Nantucket Ave
Columbus, OH 43235


Sallie Miller
8914 Lakefield Ct
Galloway, OH 43119


Tara Miller
119 Penn Rd.
Troy, OH 45373


Traci Miller
2991 Ravenna St
Hudson, OH 44236


William Miller
1491 Greystone Lane
Milford, OH 45150


Kelly Millet
5114 Cheswick Drive
Solon, OH 44139

Dana Mills
8854 Pembroke St
Maineville, OH 45039


Kelly Millstone
36675 Pepper Dr
Solon, OH 44139


Hope Milthaler
3237 South Cove Ct
Maineville, OH 45039


Michelle Minadeo
8229 Johnnycake Ridge Rd.
Mentor, OH 44060


Jessica Mindlin
4360 E. Chatham Drive Port Clinton
Port Clinton, OH 43452


Sarah Mindlin
49 Lyndale Dr
Chagrin Falls, OH 44022


Deidra Minerd
8881 Mountain View Drive
Mentor, OH 44060


Kimberly Mingus
347 36th St NW
Canton, OH 44709


Ann Minor
6021 Baronscourt way
Dublin, OH 43016


Denise Minor
16131 West 130th Street
North Royalton, OH 44133


Jennifer Minor
3209 Darien Lane
Twinsburg, OH 44087

Joy Minor
5340 Briggle Ave SW
East Sparta, OH 44626


Katy Miozzi
6187 Richmond Rd
Solon, OH 44139


Ayman Mirghani
8323 Orange Station Loop
Lewis Center, OH 43035


Darlene Mismas
1421 Barlow Rd
Hudson, OH 44236


Rebecca Missig
5489 Haley Street
Vermilion, OH 44089


HISASHI MITAMURA
7479 Lascala Dr
Hudson, OH 44236


Ann Mitchell
380 Bell Street
Chagrin Falls, OH 44022


Brian Mitchell
10272 Wildflower Way
Broadview Heights, OH 44147


Chaundria Mitchell
27050 cedar rd
Beachwood, OH 44122


Cynthia Mitchell
10648 Prouty rd
concord, OH 44077


Danna Mitchell
121 Smith St.
Oberlin, OH 44074

Jennie Mitchell
10098 Welk Rd
Chardon, OH 44024


Julie Mitchell
9454 Meadow Trl
Loveland, OH 45140


Robert Mitchell
213 Greenridge
Bellefontaine, OH 43311


Teala Mitchell
7587 goldenrod
Mentor on the lake, OH 44060


Jill Mitrey
36650 Pepper Dr
Solon, OH 44139


Mike Mobley
13144 Dorothy Dr
Chesterland, OH 44026


Brian Mocny
7933 Stockbridge Rd.
Mentor, OH 44060


Michelle Moegling
7704 Ohio St
mentor, OH 44060


VAL MOFFA
202 BRANDYWINE DRIVE
HUDSON, OH 44236


Carolyn Moffitt
5938  Stone Road
Hudson, OH 44236


Naimo Mohamed
1295 wild oats dr
columbus, OH 43204

Zahra Mohamed
8143 apple ridge drive
lewis center, OH 43035


Ashraf Mohammed
187 Boulder Blvd
Peninsula, OH 44264


Jennifer Moissis
15914 Laurel Rd
Chagrin Falls, OH 44022


Shelley Molchak
36455 Pettibone Road
Solon, OH 44139


Patty Mold
10418 Belmeadow Dr.
Twinsburg, OH 44087


Allison Molesky
10104 Brookfield Dr.
Mentor, OH 44060


Lori Molfenter
8746 Simpson CT
Mason, OH 45040


Denise Molinari
939 Summerdale Ave NW
Massillon, OH 44646


Julie Molinyawe
8091 Lakeshore Blvd
Mentor-on-the-lake, OH 44060


Laura Mommers
2547 Hampton Road
Rocky River, OH 44116


Anthony Monago
7895 Norma Ct
Lewis Center, OH 43035

Amy Mondi
8888 falls ln
Broadview hts, OH 44147


Michelle Mondora
7573 Woodland Ave
Hudson, OH 04436


Cynthia Mong
4415 Chukbuk Court
Hilliard, OH 43026


Lisa Montag
9769 Silverleaf Drive
North Royalton, OH 44133


Jennifer Montique
10320 Flagstone Drive
Twinsburg, OH 44087


Nicole Montoney
5899 Shadow Lake Circle
Columbus, OH 43234


Anne Harvey Montowski
2157 N. Wedgewood Circle
Port Clinton, OH 43452


Joanne Montz
5300 Liberty Rd.
Chagrin Falls, OH 44022


Christopher Moody
9423 Meadow Trail
Loveland, OH 45140


Loretta Moody
777 Township Road 190 East
Bellefontaine, OH 43311


Annette Moon
13314 green drive
Chesterland, OH 44026

Sujin Moon
32255 Tracy Ln.
Solon, OH 44139


Jamey Mooney
5311 Porter St
Port Clinton, OH 43452


Belinda Moore
80 west broadway st
South Lebanon, OH 45065


Danielle Moore
206 Linway Ave NW
Massillon, OH 44646


Dave Moore
6000 Nob Hill Rd. #116
Chagrin Falls, OH 44022


Diana Moore
5224 Hollister Street
Columbus, OH 43235


Elaine Moore
13711 Chillicothe Road
Novelty, OH 44072


Jen Moore
3712 N Karwood Dr
Port clinton, OH 43452


Kristen Moore
821 Purdue Ave
Elyria, OH 44035


Mary Moore
20560 Erie Road
Rocky River, OH 44116


Lynelle Moore-Zahler
9581 Amberwood Ct.
Broadview Hts, OH 44147

Samuel Mora
1621 Corrib Ave NW
Canton, OH 44708

Amy Moran
3138 Rosemont ave sw
Massillon, OH 44646

Katy Moran
9070 Cabriolet Avenue
Mentor, OH 44060

Kelly Moran
34085 Pettibone Road
Solon, OH 44139

Rocio Moran
145 Grey Fox Run
Bentleyville, OH 44022

Ashley Moreno
501 S. Mulberry St.
Troy, OH 45373

Deysi Moreno
480 Nelmar Dr
Painesville, OH 44077

Betsy Morgan
9219 Cherrystone Dr.
Mentor, OH 44060

David Morgan
430 Longfellow st
Elyria, OH 44035

Gail Morgan
6336 Canterbury Dr
Hudson, OH 44236

Jodi Morgan
7579 Herrick Park
Hudson, OH 44236

Sandi Morgan
5816 Glendavon Loop
Dublin, OH 43016


Mary Moriarity
7866 Mulberry Road
Chesterland, OH 44026


Amy Morley
10442 White Ash Trail Twinsburg
Twinsburg, OH 44087


Amanda Mormino
6215 Simon Ln
Hudson, OH 44236


Erica Morris
1626 County Road 11
Bellefontaine, OH 43311


Heidi Morris
12110 Cora Ct
Painesville, OH 44077


Jennifer Morris
8119 MIDLAND RD
MENTOR, OH 44060


Mary Morris
6775 Perennial Lane
Mentor, OH 44060


Michael Morris
2380 Wittenberg Ave SE
Massillon, OH 44646


Michael Morris
3040 Conover St NW
Massillon, OH 44646


Shannon Morris
1500 Hunting Hollow Dr
Hudson, OH 44236

Shari Morris
4965 lake view dr
peninsula, OH 44264


Tom Morris
2697 E. Asplin Drive
Rocky River, OH 44116


Vanessa Morris
6414 Antoinette Drive
Mentor, OH 44060


Anna Morrison
20 Woodside Rd
Chagrin Falls, OH 44022


Chad Morrison
9058 Longstone Dr
Lewis Center, OH 43035


Desiree Morrison
13006 Meadowood Dr
Chardon, OH 44024


Matt Morrison
110 Virginia ave
Elyria, OH 44035


Elizabeth Morscher
5707 Ivy Drive
Mentor on the lake, OH 44060


BENJAMIN MORSE
587 Hidden Harbor Dr
Fairport Harbor, OH 44077-5592


Eric Morse
44482 Butternut Ridge
Oberlin, OH 44074


Shelly Morvay
3080 Landen Farm Rd E
Hilliard, OH 43026

Bethany Moseley
1476 Park Ridge Ave
Twinsburg, OH 44087-4324


Michelle Moser
8991 Barley Loft drive
Columbus, OH 43240


ELIZABETH MOSES
7648 Goldenrod Dr
Mentor-on-the-Lake, OH 44060


Erin Moses
7670 king Memorial
Mentor, OH 44060


Elena Mosley
2170 Apt 201A Pebble Creek Drive
Twinsburg, OH 44087


LaCola Mosley
3606 Concord Dr
Beachwood, OH 44122


James Moss
7422 Woodyard Road
Hudson, OH 44236


Shadi Motasem
3210 Cassey Street
Hilliard, OH 43026


Kari Mott
6208 George Fox Drive
Galloway, OH 43119


Leah Motz
6385 Seneca tr 6366 Iroquois tr
mentor, OH 44060


Penny Mouse
136 Sunset Drive
Hudson, OH 44236

Kristin Movius
19558 Battersea Blvd
Rocky River, OH 44116

Shelly Mudry
14860 Thornton Drive
North Royalton, OH 44133

LeeAnn Mueller
5389 Little Turtle Dr
South Lebanon, OH 45065

Jill Muencz
24912 Wimbledon
Beachwood, OH 44122

Niki Muenz
4826 Marigold Road
Mentor, OH 44060

Heather Muhlenthaler
2549 Carla Drive
Lewis Center, OH 43035

Kathy Mukherjee
721 Norbury Dr.
Hudson, OH 44236

Lucille Muldrow
6364 Stonewall Ln
Fairfield, OH 45014

Alison Mulholland
7206 Osceola dr
Cincinnati, OH 45243

ANIL KUMAR MULLAPUDI
7712 Blackford Dr
Chagrin Falls, OH 44022

Marilee Mullen
8746 hilltop drive
Mentor, OH 44060

Sandra Mullet
5695 Rachel ct
Hilliard, OH 43026


David Mullett
13356 Auburn Rd.
Chardon, OH 44024


Dawn Mullins
32519 jefferson drive
solon, OH 44139


Stephanie Mullins
3597 Newell Dr
Columbus, OH 43228


Shannon Mullner
7636 Oxgate Court
Hudson, OH 44236


Nicole Mulloy
14413 Watt Road
Novelty, OH 44072


Laura Mulvaney
34370 Seminole Way
Solon, OH 44139


Christine Munroe
131 Beverly Court
Elyria, OH 44035


Jacqueline Munroe
36374 Lakeshore Avenue
Eastlake, OH 44095


Sheryl Munson
3700 Rivervail Dr.
Columbus, OH 43221


Nicole Muntean
530 Elizabeth ave sw
Massillon, OH 44646

Valerie Munz
6015 Parkland Dr.
Chagrin falls, OH 44022

Maya Muralidharan
33905 Camberly Ct
Solon, OH 44139

Lindsey Muranda
7489 Primrose
mentor on the lake, OH 44060

Krista Muro
260 Crestview Dr
Elyria, OH 44035

Jamie Murphy
736 Berkshire Rd.
Troy, OH 45373

Marla Murphy
3202 Woodlake Court
Loveland, OH 45140

Mary Murphy
1740 Wooster rd
Rocky river, OH 44116

Rawn Murphy
23305 Greenlawn Ave
Cleveland, OH 44122

Shannon Murphy
116 Ashleigh Drive
Chagrin Falls, OH 44022

Brannon Murray
32178 South Roundhead Dr
Solon, OH 44139

Elizabeth Murray
8991 Lake Overlook Drive
Mentor, OH 44060

Jennifer Murray
8870 Ravenna Rd
Chardon, OH 44024


Kristi Murray
8569 Carbine Place
Galloway, OH 43119


Roxie Murray
3705 Middle Post Lane
Rocky River, OH 44116


Sawsan Musa
5989 Pinto Pass Dr
Columbus, OH 43026


Shannan Musgrove
2358 Pleasant Colony Dr
Lewis Center, OH 43035


Scott Mussari
5367 Riverwalk Drive
Kings Mills, OH 45034


Daniella Mustafa
8950 State Rd
North Royalton, OH 44133


Ashley Muth
3456 Nautilus Trail
Aurora, OH 44202


Amy Myers
210 Grey Fox Run
Bentleyville, OH 44022


Coleen Myers
2190 Pleasant View Drive
Troy, OH 45373


Eric Myers
9181 Robinson Rd
Chardon, OH 44024

Jennifer Myers
5316 Bay Meadows Ct
Columbus, OH 43221


Jessica Myers
1176 Sharonbrook Dr
Twinsburg, OH 44087


KATHY MYERS
1334 CEDAR CREEK CT
PAINESVILLE, OH 44077


Matthew Myers
2234 Cross Creek Court
Lewis Center, OH 43035


Chris Myslenski
20026 Parklane Drive
Rocky River, OH 44116


Jason Naber
8391 Payson Dr
Lewis Center, OH 43035


Adelle Nader
696 Morris Drive
Vermilion, OH 44089


Ken Nadsady
4353 Westchester Ct
Hudson, OH 44236


Katy Nagaj
100 Middle Post Pt
Chardon, OH 44024


Tracy Nagaj
1941 E. Hines Hill Rd
Hudson, OH 44236


Tsugumi Nagase
2630Alexander ct
Troy, OH 45373

Nancy Naghavi
897 Ridgewood Blvd
Hudson, TX 44236


Dawn Naglich
8721 Ranch Dr
Chesterland, OH 44026


Alyson Nagy
9658 E. Idlewood Dr
Twinsburg, OH 44087


Eileen Nagy
5512 Mooreland Avenue
Mentor, OH 44060


Shishir Naik
2428 Tucker trl
Lewis center, OH 43035


Charles Nail
7267 Winchester Dr
Solon, OH 44139


Kavitha Nallathambi
655 Stinchcomb Dr. Apt 7
Columbus, OH 43202


Terri Nameth-Thomas
5261 Brookhaven drive
North Royalton, OH 44133


Demeatrice Nance
27060 Cedar Rd Apt. 210-3
Beachwood, OH 44122


Erin Nanni
1487 Rockland Avenue
Rocky River, OH 44116


Navaneethakrishnan Narayanasamy
7409 Jamaica Way Apt 4
Maineville, OH 45039

Maria Narvaez
8513 herrick Dr #4
Chesterland, OH 44026


Angel Nash
7215 pinehill rd
Painesville, OH 44077


Vincent Naska
7336 Lascala Drive
Hudson, OH 44236


Premalatha Natarajan
5456 Stone Creek Drive
Solon, OH 44139


Joshua Nathanson
38465 McDowell Drive
Solon, OH 44139


Susan Nault
5434 Larkwood Road
Columbus, OH 43229


Tonia Naunheimer
1699 Cottonwood Drive
Lewis Center, OH 43035


Bledi Ndoni
22460 Berry Dr
Rocky River, OH 44116


Angela Nebe
7980 Morley Road
Mentor, OH 44060


Ellen Nedlik
7129 Andover Dr
Mentor, OH 44060


Corrine Needham
4817 East Miami River Road Apt G
Cleves, OH 45002

Jonathan Neeld
1329 Turner Rd
Bellefontaine, OH 43311


Andy Neer
513 Center Avenue
Bellefontaine, OH 43311


Misty Neff
3037 West River Rd. North Apt. 1
Elyria, OH 44035


Mary Nehls
2974 NE Catawba Road
Port Clinton, OH 43452


Amanda Neill
994 Jimson Court
Galloway, OH 43119


Christina Neill
616 Heritage Dr
Bellefontaine, OH 43311


Lori Neill
721 Township Road 190 E
Bellefontaine, OH 43311


Kara Neimeister
5961 Vandeleur Pl
Dublin, OH 43016


Hollie Nejad
336 Cornwall Road
Rocky River, OH 44116


MaryLou Nellett
231 Lincoln Drive
Port Clinton, OH 43452


Julie Nelligan
4644 Aurora St NW
Canton, OH 44708

CYNTHIA NELLS
8321 Cambden Crossing Way
Concord Township, OH 44077

Amy Nelson
7199 Chillicothe Road
Mentor, OH 44060

Kevin Nelson
72 Clairhaven Dr
Hudson, OH 44236

Kristie Nelson
9835 Tudor Place
Chardon, OH 44024

Michelle Nelson
310 South St
Chardon, OH 44024

Valerie Nelson
8156 Leeshore Dr.
Maineville, OH 45039

Loida Nemec
10668 Durrey Court
Reminderville, OH 44202

Jennifer Nemeth
4839 Orchard Rd
Mentor, OH 44060

Cheryl Nemunaitis
25 Pine River Dr
Bentleyville, OH 44022

Tabitha Neth
154 Floral Ave
Troy, OH 45373

Wendy Neto
9171 Davis way
Twinsburg, OH 44087

April Neu-Fausnaugh
645 Darlene pl
Galloway, OH 43119

David Neumann
425 Norwich Drive
Broadview Heights, OH 44147

Elke Neumeyer
33 SUGAR BUSH LN
CHAGRIN FALLS, OH 44022

Courtney Neville
912 ASHBROOKE WAY
HUDSON, OH 44236

David Neville
2456 Bold Venture Drive
Lewis Center, OH 43035

Kerry Neville
444 Meadow View Dr
Powell, OH 43065

Christine New
19285 Bennett Rd
North Royalton, OH 44133

Jerome Newby
5765 Elm Hill Drive
Solon, OH 44139

Robert Newby
2167 Weston Drive
Hudson, OH 44236

Sharyce Newby
9390 Goodell Ct
Mentor, OH 44060

Joan Newell
22 chelsea ct
chagrin falls, OH 44022

Brandy Newland
2723 twp rd 179
Bellefontaine, OH 43311

Heather Newman
7346 Presley Ave
Mentor, OH 44060

Tamara Newton
2400 Winfield ave
Rocky River, OH 44126

Anthony Nguyen
3225 Prairie Gardens Drive
Hilliard, OH 43026

Tim Nguyen
Willowbrook Dr. 3064
Aurora, OH 44202

Trish Nguyen
7822 orange station loop
lewis center, OH 43035

Douglas Nicholl
7616 Palmerston Drive
Mentor, OH 44060

Christy Nichols
452 Bayberry Ct
Painesville, OH 44077

Lisa Nichols
408 Washington Ave
Bellefontaine, OH 43311

Cathy Nicholson
153 Overmont Ave SW
Massillon, OH 44646

Richard NIckels
12170 catalpa Dr
Chardon, OH 44024

Nicole Niebauer
1178 Craig Ct.
Maineville, OH 45039


Laura Niederst
14845 GAR Hwy.
Chardon, OH 44024


Scott Niederst
38125 Flanders Drive
Solon, OH 44139


Jessa Niemeyer
3701 Chestnut Park
Cleves, OH 45002


Krista Nightwine
128 Fairview Rd
ChAgrin Falls, OH 44022


Tony Niksick
15105 GAR hwy
chardon, OH 44024


Amy Nilsen
3244 Vinton Park Place
Hilliard, OH 43026


James Niple
8835 Patterson Rd
Hilliard, OH 43026


Yingren Niu
22350 Bartlett Drive
Rocky River, OH 44116


Justin Noble
7050 Walters Rd
Hudson, OH 44236


Naomi Noble
13620 Quarry RD
Oberlin, OH 44074

Kristin Nock
21295 Stratford Ave.
Rocky River, OH 44116


Karie Nodar
280 Ravenna Street
Hudson, OH 44236


Heidi Noerr
11145 courtney court
Chardon, OH 44024


Deanna Noertker
5193 Ritchey Lane
South Lebanon, OH 45065


Kelly Noeth
594 Laurelwood Dr
Cleves, OH 45002


Shana Nold
5757 Bridgewater Blvd
Hudson, OH 44236


Jaime Nordman
208 Olentangy Meadows Dr
Lewis Center, OH 43035


Shannon Norris
702 Netherwood Ave NW
Canton, OH 44708


North Roylaton MS
14709 Ridge Road
North Royalton, OH 44133


Lance North
187 oneida nw
canton, OH 44708


Shannon North
5741 Hargus Ct
Hilliard, OH 43026

Johanna Northcutt
828 Bright Rd
Findlay, OH 45840


Northwood MS
700 Gulf Road
Elyria, OH 44035


Mike Norwalk
4770 Oakridge Dr.
North Royalton, OH 44133


Jeffrey Norwood
9785 Old Johnnycake Ridge Rd
Mentor, OH 44060


Michelle Nosker
2586 Peebles Road
Troy, OH 45373


Angela Notturno
717 whipple ave Sw
Canton, OH 44710


Joy Novak
1181 Dartmouth Dr.
Painesville, OH 44077


Kimberly Novak
11023 Old State Road
Chardon, OH 44024


Sandy Novak
7504 Demshar Dr
Mentor, OH 44060


Stephanie Novak
9115 Jody Lynn Lane
Twinsburg, OH 44087


Shannon Novaria
5332 Portland St
Columbus, OH 43235

Erik Novey
11697 Harbour Light Dr
North Royalton, OH 44133


Barney Nowicki
4409 Kenwood Drive
Broadview Heights, OH 44147


Tiffany Null
2415 Augusta dr se
Massillon, OH 44646


Kalyani Numburi
7338 Glenwillow Pl
solon, OH 44139


Almira Nurmuhamedova
3515 Montgomery Rd #10
Loveland, OH 45140


Dave Nurre
1148 Cheltenham Place
Maineville, OH 45039


Michelle Nurrenbrock
428 west market street
Troy, OH 45373


Amy Nutt
3298 HeatherStone Drive
Troy, OH 45737


Tena Nutting
6330 Cambridge Park Dr
Mentor, OH 44060


Valerie Nuttle
4314 crestview dr
loveland, OH 45140


Devon Nyktas
3892 Tweedsmuir Dr
Columbus, OH 43221

Erin O'Brien
11420 Woodiebrook Rd
Chardon, OH 44024

Carol O'Connell
800 Ashbrooke Way
Hudson, OH 44236

Holly O'Connor
30 Paw Paw Lake Dr
Chagrin Falls, OH 44022

Sherry O'Donnell
9269 Old Village Dr.
Loveland, OH 45140

Iris O'Malley
2225 Nettleton Lane
Broadview Heights, OH 44147

Maureen O'Malley
4161 Leona Drive
Rocky River, OH 44116

Katharine O'Neil
602 Doe Court
Chagrin Falls, OH 44022

Rebecca O'Reilly
PO Box1042
Chardon, OH 44024

Katie O'Toole
107 W Pointe Ct
Chardon, OH 44024

Dawn Oates
1227 S Mulberry St
Troy, OH 45373

Chatia Obeng
785 Oberlin dr
Fairfield, OH 45014

Jessie Obert
76 Parmelee Drive
Hudson, OH 44236


Kim Oblinger
4852 Augustus Ct
Hilliard, OH 43026


Mary Oblisk
323 N.Miami Ave. Apt A
Cleves, OH 45002


Dawn OBrien
4888 Wake Robin Rd
Mentor, OH 44060


Sarah Ochieng
5236 Captains Ct
Columbus, OH 43220-2463


Danessa Ochoa
1027 Kinder
Toledo, OH 43615


MiHui Ochsenbein
47 Sussex
HUDSON, OH 44236


David Ocker
155 Chadwick Ct
Chagrin Falls, OH 44023


Patrick OConnell
6061 Willow Lake Drive
Hudson, OH 44236


Thomas OConnor
9275 Breezy Way Dr
Belle Center, OH 43310


Jennifer Oddenino
2871 Chamberlin Blvd
Hudson, OH 44236

Karen Odetallah
15050 Waterford Drive
North Royalton, OH 44133

Jennifer ODonnell
18500 High Parkway
Rocky River, OH 44116

Carol Oelker
9604 Brower road
North Bend, OH 45052

David Oen
7829 Strawberry Hill Lane
Maineville, OH 45039

Rachel Oettinger
379 Bell Street
Chagrin Falls, OH 44022

Shannon Ogden
7586 Deerpath Tr
Hudson, OH 44236

Lyudmila Ogonovskiy
4940 Bunker Road
North Royalton, OH 44133

Cheryl Oh
11274 Wilson Mills Rd
Chardon, OH 44024

Kyounghwa Oh
3156 Richmond Rd
Beachwood, OH 44122

Ohio Department of Jobs & Fam Srvs
Attn: Collections Department
PO Box 182404
Columbus, OH 43218-2404

Roseline Okon
6210 Cedar Ct
Solon, OH 44139

Sandy Oldenburg
forest glen 6622 forest glen 6622
solon, OH 44139


Olentangy Orange MS
2680 East Orange Road
Lewis Center, OH 43035


Joshua Olgin
7415 Capilanio Dr
Solon, OH 44139


Andrea Oliver-Burkey
4888 Pineview Dr
Vermilion, OH 44089


Robyn Olivo
5531 Crestview Drive
Fairfield, OH 45014


Terri Olix
8025 edgewood
mentor, OH 44060


Susan Ollila
74 Paw Paw Lake Dr
Chagrin Falls, OH 44022


Richard Olsafsky
143 Boston Mills Rd.
Hudson, OH 44236


Daniela Olson-Perko
5914 Winslow Court
Dublin, OH 43016


CONNIE Olthaus
515 E. STATE RD
CLEVES, OH 45002


Janet Olvera
38800 Willoughby Hills Chardon rd
Willoughby, OH 44094

Bryan OMaley
8828 Logger Place
Mason, OH 45040


Katherine Omlor
207 Elm St
Van Buren, OH 45889


Tamzin ONeil
21151 West Wagar Circle None
Rocky River, OH 44116


Kristin Onesko
241 Prestwick Drive
Broadview Heights, OH 44147


Grace Onimoe
30430 woodall drive
solon, OH 44139


Susan Oppelt
1535 E Hines hill Rd
Hudson, OH 44236


DANIEL OPRIS
22074 RIVER OAKS DR. # 8-C
ROCKY RIVER, OH 44116


Laurie Organiscak
11300 Stratford Ridge Lane
Chardon, OH 44024


Dina Oriani
12110 Arborwood Way
Chardon, OH 44024


Heather Orlando
5220 Edgerton Rd
north royalton, OH 44133


Cindy Orley
175 Kendall Park Rd
Peninsula, OH 44264

Michael Orloski
11689 Lyman Rd.
Chesterland, OH 44026


Andrea Orlowski
9399 Monticello Drive
Twinsburg, OH 44087


Andrea Orr
11633 Harbour Light Drive
North Royalton, OH 44133


Angela Orr
3610 Smiley Road
Hilliard, OH 43026


Darrin Orr
3379 Noreen Drive
Columbus, OH 43221


RICHARD ORSULIC
31500 RONALD DR
WILLOWICK, OH 44095


Silvia Orsulic-Jeras
7670 Keystone Drive
Painesville, OH 44077


Christopher Osborne
1100 Fanwood Court
Painesville, OH 44077


Daniel Osborne
9019 East Mountain View dr
Chardon, OH 44024


Richard Osbourne
5952 Alturas way
Hilliard, OH 43026


Frances Osowski
13951 Stoney Creek Drive
North Royalton, OH 44133

Valerie Ott
5912 Chatham Way
Hudson, OH 44236


Tami Otteson
6619 Winston Lane
Solon, OH 44139


Barbara Ottman
11819 Caves Road
Chesterland, OH 44026


Jodi Ours
8665 Johnnycake Ride Road
Mentor, OH 44060


Elizabeth Overbay
1352 Sheridan CT
Troy, OH 45373


Darrin Overly
821 Eastern Ave
Bellefontaine, OH 43311


Amanda Overmyer
8164 Newberry Drive
Findlay, OH 45840


Stacy Overmyer
215 Carriage Crossing Way
Troy, OH 45373


Amy Owen
613 Carson Farms Blvd
Delaware, OH 43015


Denise Owens
5161 Portage dr
vermilion, OH 44089


Kathy Owens
2550 Tucker Trail
Lewis Center, OH 43035

Matthew Owens
1110 Sheerbrook Drive
Chagrin Falls, OH 44022


William Owens
25466 Bryden Road
Beachwood, OH 44122


Meiko Ozanich
5238 towbridge drive
hudson, OH 44236


Lisa Ozello
7638 Stow Road
Hudson, OH 44236


John Pacholski
1421 Hamilton Dr
Brodview Hts, OH 44147


Sheila Pacsi
2486 Victoria Parkway
Irvine, CA 92603


Claudia Padilla
5130 Preferred Place Apt 106
Hilliard, OH 43026


Angel Padillo
13326 Spruce Run Dr 311
North Royalton, OH 44133


Devendrakumar Padole
32445 Franklin Drive Apt. 108
Solon, OH 44139


Elizabeth Paduano
7273 Allendale Drive
Mentor, OH 44060


Michelle Pagan
13781 Monica Dr.
North Royalton, OH 44133

ERIN PAGLIO
7540 HOBBY HORSE LANE
MENTOR, OH 44060


Shawn Pagniano
1039 Barclay Drive
Galloway, OH 43119


Leanne Pairan
911 Slagle Place
Galloway, OH 43119


Munirah Paknazhad
2392 Walborn Drive
Hilliard, OH 43026


Elena Pal-Wal
2435 Brian drive
Beachwood, OH 44122


Elizabeth Palchick
11730 Pinewood Trail
Chesterland, OH 44026


Kim Palivec
8716 mulberry road
chesterland, OH 44026


Crystal Paller
9655 Juniper Drive
Chardon, OH 44024


Kimberly Palmer
5486 Port Chester Drive
Hudson, OH 44236


Jennifer Palmieri
1716 MAYFLOWER LN
HUDSON, OH 44236


Silvia Palmiero
9394 Chesapeake Drive
North Royalton, OH 44133

Melissa Palmisano
2690 Coshocton Court
Cincinnati, OH 45233

Kelly Pamer
6514 Dunbarton Dr.
Hudson, OH 44236

Kimberly Pandy
48 E Bel Meadow Lane
Chagrin Falls, OH 44022

Dolleen Panichi
8520 Yorkview Drive
North Royalton, OH 44133

Panzica Realty
PO Box 76144
Cleveland, OH 44101

Maureen Paoletta
7157 Sugar Bush Lane
Chagrin Falls, OH 44022

Giulia Paolino
11950 Nottingham Parkway
North Royalton, OH 44133

Joanne Paonsha
4939 Anderson Rd
Cleveland, OH 44124

Tammi Pape
6994 Mayfield Ave
Cincinnati, OH 45243

John Papini
680 cornell drive
broadview heights, OH 44147

Suzanne Pappano
180 Aurora Street
Hudson, OH 44236

Pam Paradiso
6170 Thunderbird Dr.
Mentor, OH 44060


Vanitha Param
10886 Shawnee Circle
North Royalton, OH 44133


Alford Parish
6575 Edgemoor Ave
Solon, OH 44139


Andrew Park
31500 Cheswick Place
Solon, OH 44139


Mun Park
2618 Deptford Drive
Beachwood, OH 44122


TAEWAN PARK
6725 Duneden Ave
Solon, OH 44139-4049


Jennifer Parker
1659 Miami St Apt A
Kings Mills, OH 45034


Jennifer Parker
13285 Spruce Run Dr. #310
North Royalton, OH 44133


Kelly Parker
7588 stow rd
hudson, OH 44236


Laura Parker
6567 Copley Avenue
Solon, OH 44139


NICOLE PARKER
417 EAST SPRING AVENUE
BELLEFONTAINE, OH 43311

Sally Parker
4553 river cove
Kings mills, OH 45034

Luellen Parkinson
7121 Maple St.
Mentor, OH 44060

Tiffany Parks
8432 Grenway Dr.
Mentor, OH 44060

Mirjana Parlov
8866 Meadow Dr
Mason, OH 45040

Sheri Parnell
1564 Carriage Hill Dr.
Hudson, OH 44236

Suzy Parnell
21669 Kenwood Ave
Rocky RIver, OH 44116

Kathleen Parrino
7051 Pine Street
Chagrin Falls, OH 44022

Nicole Parsell
8391 Squad Drive
Galloway, OH 43119

Roxanne Parsell
11820 Buckeye Ridge Road
Van Buren, OH 45889

John Parsons
9202 Cherry Rd
Vermilion, OH 44089

Tiffany Parsons
8898 Sedona Ct
Lewis Center, OH 43035

Christine Partain
83 Maple Hill Dr.
Chagrin Falls, OH 44022

Abbey Partee
955 Amity Rd
Galloway, OH 43119

Beth Partin
5589 Lake Michigan
Fairfield, OH 45014

Shannon Partin
98 Cortland Cir
Amherst, OH 44001

Christie Partlow
7599 Goldenrod
Mentor, OH 44060

Coby Pascoe
12229 Shiloh Dr.
Chesterland, OH 44026

Deborah Paskell
5159 Hemmington Blvd.
Solon, OH 44139

Joan Paskert
7295 Royal Portrush Drive
Solon, OH 44139

Paula Pason
9611 Gratham LN
Chardon, OH 44024

Petra Paspalovski
5865 Heritage Ct
Hudson, OH 44236

Thomas Pastijn
29 Clayton Court
Hudson, OH 44236

Bhavna Patel
4530 Howard drive
Vermilion, OH 44089


Chirag Patel
6784 Stow Rd.
Hudson, OH 44236


Hinaben Patel
5530 Mirage Dr.
Hilliard, OH 43026


Jayshree Patel
9930 Campton ridge drive
Chardon, OH 44024


Jessica Patel
3250 Walkerview Dr
Hilliard, OH 43026


KAL PATEL
8257 JOHNNYCAKE RIDGE RD
mentor, OH 44060


KINTESH PATEL
2994 AUTUMN APPLAUSE DRIVE
LEWIS CENTER, OH 43035


Rajesh Patel
7535 Harley Hills Dr
North Royalton, OH 44133


RITESH PATEL
5445 Snell Dr
Mentor, OH 44060


Sonal Patel
6852 Kings Way
Hudson, OH 44236


Cherie Paterson
12737 Klatka Dr.
Chardon, OH 44024

Robert Patete
13111 Westchester Trail
Chesterland, OH 44026


Dayna Patrick
1789 Westport Drive
Kings Mills, OH 45034


Monica Patrick
8868 Williams Rd
Chardon, OH 44024


Cynthia Patrzyk
10124 Andover Drive
Twinsburg, OH 44087


Bill Patterson
11380 Caves Rd
Chesterland, OH 44026


Carla Patterson
2350 Malone Ave. SE
Massillon, OH 44646


Denise Patterson
11442 Worthington Way
North Royalton, OH 44133


Jen Patterson
9238 Cedar Gate Drive
Loveland, OH 45140


Joseph Patterson
6832 Meadowdale Cir
Cincinnati, OH 45243


Julie Patterson
PO Box 294
Novelty, OH 44072


Paul Patterson
710 Jackson Dr.
Port Clinton, OH 43452

Susan Patterson
14620 Russell Lane
Russell, OH 44072

Tanneil Patterson
9345 Sherman Lane
North Royalton, OH 44133

Nick Patti
10995 Forest Oaks Dr.
Chardon, OH 44024

Shannon Paul
1651 Mentor Ave. apt. 1512
Painesville, OH 44077

Dino Paulesc
2147 Nettleton Ln
Broadview Heights, OH 44147

Christen Pavia
977 Ashbrooke Way
Hudson, OH 44236

Christy Pavia
977 Ashbrooke Way
Hudson, OH 44236

Lesley Pawar
35365 Quartermane Circle
Bentleyville, OH 44139

David Pawlowski
20252 Westhaven Lane
Rocky River, OH 44116

Julie Pawlowski
6548 Canterbury Drive
Hudson, OH 44236

Bethany Payne
3191 Neille Lane
Twinsburg, OH 44087

Bobbi Payne
1505 corrib ave nw
Canton, OH 44708


Kathleen Payne
9749 Silverleaf Drive
North Royalton, OH 44133


Natosha Payne
268 Vincent Ave
Troy, OH 45373


Tina Payne
2051 Presidential Pkwy 32
Twinsburg, OH 44087


Edward Paynter
104 W Pointe Court
Chardon, OH 44024


PayPal, Inc.
2211 N First Street
San Jose, CA 95131


Fouseena Pazheri
6235 Lochmoor ct
Solon, OH 44139


Matt Pazzelli
5634 Tynecastle Loop
Dublin, OH 43016


NICOLE Pearce
11505 Bass Lake Rd
Chardon, OH 44024


Christina Pearson
416 s. Detroit st.
Bellefontaine, OH 43311


Laura Pearson
606 Ledgeview Ct
Cleves, OH 45002

Melissa Pece
6985 Woodlands Lane
Solon, OH 44139


MICHAEL PECJAK
498 CHERRYWOOD LN
PAINESVILLE, OH 44077


Kelly Peck
8574 Sugar Tree Drive
Novelty, OH 44072


Marlo Peck
50 Heather Ct
Chagrin Falls, OH 44022


Cesar Pedraza
1781 e 34th street
lorain, OH 44055


Dana Peeden
1791 Curry Lane
Twinsburg, OH 44087


Kari Peek
12702 Heath Rd
Chesterland, OH 44026


Denise Peel
1718 Royal Oaks Cir
Hudson, OH 44236


Cynthia Peeples
2010 Abner Lane
Hudson, OH 44236


Jessica Pelini
2483 Renwick Way
Troy, OH 45373


Michelle Pelles
8418 Haines Ct
Lewis Center, OH 43035

Michelle Pelleschi
4931 Calico Court
Hilliard, OH 43026


Charity Pelletier
2138 Samson Circle
Hudson, OH 44236


Kristine Peltz
12788 Lynn Dr
Chesterland, OH 44026


Lea Pemberton
8526 Misty Woods Circle
Powell, OH 43065


Shulan Peng
22614 Halburton Road
Beachwood, OH 44122


Joanne Penkalski
9554 Vista Drive
North Royalton, OH 44133


Geri Penkowski
7917 Glen Arbor Court
Mentor, OH 44060


Ann Penn
4519 Earman Dr
Hilliard, OH 43026-3801


Michael Pennell
438 north st apt 1a
Chardon, OH 44024


Allen Pennington
8280 Starburst Road
Mentor, OH 44060


Edward Pennington
3893 Wood Trail Dr
Mason, OH 45040

Jennifer Penny
6398 Brooks Blvd
Mentor, OH 44060


Lesli Peoples
12-4 Meadowlawn Drive
Mentor, OH 44060


Suzana Pepanian
2005 Presidential Parkway Apt 83
Twinsburg, OH 44087


Michael Perdue
1350 Briarshore Way
Lewis Center, OH 43035


Khema Perera
2215 Pebble Creek Drive APT 201J
Twinsburg, OH 44087


Marian Perez
8793 Evergreen Drive
Mentor, OH 44060


Sonia Perez
2376 north star rd. Apt. 3 e
Columbus s, OH 43221


Rebecca Perich
9765 Parkland Drive
Twinsburg, OH 44087


Joyce Perrico
408 Chardon Avenue
Chardon, OH 44024


Saundra Perrin
1196 waldoway
twinsburg, OH 44087


Angela Perry
4491 Sir John Avenue
North Royalton, OH 44133

Grace Perryman
23719 woodway road
Beachwood, OH 44122


Selina Persad
4945 wallington dr
Hilliard, OH 43026


Sheila Persall
6610 Strathern Court
Dublin, OH 43016


Jaime Perz
11855 Clarkwood Drive
Chardon, OH 44024


Kristine Pesho
7625 Westcot Lane
Novelty, OH 44072


Tom Pessler
590 Laurelwood Dr
Cleves, OH 45002


Angela Peters
5088 Wainfleet Court
Columbus, OH 43221


Katina Peters
9036 Country View Lane
Loveland, OH 45140


Holly Petersen
11580 regent park drive
Chardon, OH 44024


Lisa Petersen
8121 Butler Hill Dr
Painesville, OH 44077


Vicki Petersen
6017 Macnabb Ct.
Hilliard, OH 43026

Kelli Peterson
1206 Wagar Rd
Rocky River, OH 44116


Leah Peterson
124 Keswick Drive
Hudson, OH 44236


Shawna Peterson
2386 Old Mill Rd
Hudson, OH 44236


SaraJean Petite
19425 Telbir Ave
Rocky River, OH 44116


Marla Petti
25465 Cardington Drive
Beachwood, OH 44122


Yolanda Pettiegrew
12660 Pebblebrook Trail
North Royalton, OH 44133


Joan Pettinelli
4491 Sir Robert Avenue
North Royalton, OH 44133


April Petty
5805 Patrick St SW
Canton, OH 44706


Tiffanie Petty
11225 Elk Run Road
Chardon, OH 44024


Melissa Pettyjohn
13173 Redcliffe rd
Chardon, OH 44024


Jen Pezzuto
101 sawmill bnd
chardon, OH 44024

Michelle Pfaff
22415 Berry Drive
Rocky River, OH 44116


Max Pfeifer
7438 Cadle Ave
Mentor, OH 44060


Nyioka Phalen
4649 Cox-Smith Road
Mason, OH 45040


DU PHAM
6439 Dorset Lane
Solon, OH 44139


Devona Phares
3917 Kul Circle South
Hilliard, OH 43026


Chris Pheiffer
7808 Gladshire Blvd
Lewis Center, OH 43035


Carrie Phelan
14747 Sisson Rd.
Chardon, OH 44024


Lisa Phelps
7708 Storrington Place
Lewis Center, OH 43035


Saysong Phetlasymongkhon
2575 Punderson Drive
Hilliard, OH 43026


Amanda Phillips
309 Lawrence St
Bellefontaine, OH 43311


Amy Phillips
2318 Pleasant Colony Drive
Lewis Center, OH 43035

Beth Phillips
2610 Amberwick Place
Hilliard, OH 43026


Carolina Phillips
22134 River Oaks Dr Apt 2c
Rocky River, OH 44116


Christina Phillips
3426 Woodland Drive
Hilliard, OH 43026


Erika Phillips
11435 Glenmora Dr.
Chardon, OH 44024


Lori Piazza
13824 oakbrook dr
north royalton, OH 44133


Leslie Piccolomini
13831 Lodge Drive
North Royalton, OH 44133


Marjorie Piccolomini
15397 Ridge
North Royalton, OH 44133


Lori Pickering
674 Oxford Dr
Broadview Heights, OH 44147


Adrienne Pierce
2584 Lombardi Ave SW
Canton, OH 44706


Cathy Pierce
9818 hickory dr
Loveland, OH 45140


Kelly Pierce
436 Meadow View Dr
Powell, OH 43065

Lisa Pierce
6776 St. Regis Blvd
Hudson, OH 44236


Lisa Pierce
6102 Dodge Rd sw
Canton, OH 44706


Tara Pierce
29 W. Market St.
Troy, OH 45373


Lori Pierce-Cohen
14781 Caves Road
Novelty, OH 44072


Jennifer Pierson
4490 HIGHLAND MEADOWS CT
HILLIARD, OH 43026


Angela Pigman
9010 Emerald Hill Dr
Lewis Center, OH 43035


Valerie Piguet
1287 Chatham Pl
Rocky River, OH 44116


Mike Piks
7381 Hart St.
Mentor, OH 44060


Mike Pilotti
6970 Sturbridge Dr.
Painesville, OH 44077


John Pina
2899 Cr 18
Arcadia, OH 44804


Rosario Pina
5919 Portside Dr 5919 Portside Dr
Hilliard, OH 43026

Anna Pineda
4824 Lakeview Drive
Mentor, OH 44060


Jeffrey Pinkerton
5001 Northview Ct
Vermilion, OH 44089


Michele Pirc
5301 e heisley rd
mentor, OH 44060


Mary Pisano
9080 Cabriolet Ave
Concord, OH 44060


Alisa Pistone
8900 Ranch Dr
Chesterland, OH 44026


Jason Pitteroff
6058 Joneswood Drive
Hilliard, OH 43026


Shelley Pittman
556 Aston View Ln
Cleves, OH 45002


Amanda Pitts
12614 w lake rd
Vermilion, OH 44089


Rose Pitzer
3959 Bear Lane
Cleves, OH 45002


Sandra Piwinski
5103 Driftwood Dr
Vermilion, OH 44089


Kim Pizzuti
3944 Kul Circle North
Hilliard, OH 43026

Chris Place
2911 Maureen Ct
loveland, OH 45140

Jason Place
7969 Champaign Dr.
Mentor, OH 44060

Andrea Planck
1832 Walker Rd.
Hilliard, OH 43026

Michael Plant
7855 Chillicothe Rd
MENTOR, OH 44060

Jeffrey Platko
6949 Highview Drive
Solon, OH 44139

Mark Platt
314 Wilson Mills Rd.
Chardon, OH 44024

Jan Plaxico
7155 Hart Street F-43
Mentor, OH 44060

Michele Plessinger
6626 Shawnee Run Road
Cincinnati, OH 45243

Christie Plickert
3784 Pleasantbrook dr
Hilliard, OH 43026

Jennifer Plikerd
517 East Sandusky Ave
Bellefontaine, OH 43311

Lori Plinke
4001
Hilliard, OH 43026

Courtney Ploskunak
7555 Huntington Rd
Hudson, OH 44236


Amanda Plymel
5870 Birch Lane
Mentor on the lake, OH 44060


Rob Poelking
8370 Kinsman Road
Novelty, OH 44072


Kelly Pohto-Bush
7882 Richwood Drive
Mentor on the Lake, OH 44060


Danielle Poirier
1209 Whipple Ave SW
Canton, OH 44710


Tara Polanco
6985 Charlesfield Ln
Cincinnati, OH 45243


Jennifer Polar
1978 Thornwood ln
Painesville, OH 44077


Arthur Poling
240 Columbus st.
Elyria, OH 44035


Philip Pollitt
2129 Jeffey Drive
Hilliard, OH 43026


Coleen Pollock
2665 Brunswick Lane
Hudson, OH 44236


Erin Pollock
7415 Hillside lane
Solon, OH 44139

Rachelle Pollock
10078 N Surfside Cir
Reminderville, OH 44202


Sarah Polly
19764 Riverview
Rocky River, OH 44116


Jessica Polverini
255 floral acres dr
Tipp city, OH 45371


Beth Pong
846 Winding River Blvd
Maineville, OH 45039


Natasha Pongonis
2765 Lake Hollow Rd
HILLIARD, OH 43026


Aaron Pool
750 CR 32 North
Bellefontaine, OH 43311


Christa Poole
23809 East Silsby Rd
Beachwood, OH 44122


Erica Pooler
1115 long st
Troy, OH 45373


Aimee Pope
401 E. Brown Ave
Bellefontaine, OH 43311


Lisa Pope
67 May Court
Chagrin Falls, OH 44022


Sheri Popik
9899 East Idlewood Dr.
Twinsburg, OH 44087

Julie Popovich
31866 S. Roundhead Drive
Solon, OH 44139

Debbie Porach
7586 Estate Ave.
hudson, OH 44236

Christina Porinchok
722 MALLARD CIR NW
MASSILLON, OH 44646

Port Clinton MS
807 South Jefferson Street
Port Clinton, OH 43452

Cynthia Porter
4616 Winterset dr
Columbus, OH 43220

Jennifer Porter
9373 Chesapeake Dr.
North Royalton, OH 44133

Greg Portier
1356 deerlick dr
columbus, OH 43228

Patty Posante
7675 Oak Hill Drive
Chesterland, OH 44026

Julie Post
3108 Killingworth Lane
Twinsburg, OH 44087

Jennifer Potoczak
6505 Bryson Drive
Mentor, OH 44060

Rosanne Potter
1300 Bridget Lane
Twinsburg, OH 44087

Heather Potts
6539 Canterbury Dr
Hudson, OH 44236


Justin Powell
2579 Bernice Ct.
Melbourne, FL 32935


Karie Powell
5120 Grosse Pointe Ln.
Cincinnati, OH 45238


Michele Powell
2159 Hayer Court
Lewis Center, OH 43035


Rebecca Powell
336 South Hambden St
Chardon, OH 44024


Thomas Powell
8835 Oakbrook Circle
Twinsburg, OH 44087


Tina Powell
5291 Taylor Lane Ave.
Hilliard, OH 43026


Amanda Powers
5633 Maple Dell Ct.
Hilliard, OH 43026


Gary Powers
2139 fenway
Beachwood, OH 44122


Swati Pradhan
1848 little bear loop
Lewis Center, OH 43035


Ashley Prado
2288 Kate Circle
Hudson, OH 44236

Nicole Prater
3651 Stoneboat Ct
Maineville, OH 45039


Danielle Pratt
2089 Steffi Drive
Hilliard, OH 43026


Sean Pratt
4961 Glennlodge rd.
Mentor, OH 44060


Shannon Prendergast
6804 palmerston dr
mentor, OH 44060


John Prentice
7340 Colt Drive
Mentor, OH 44060


Tina Preseren
7622 Gentry Circle
Cocord Twp, OH 44077


Chris Preslock
1 Owens Corning Parkway
Toledo, OH 43659


Angel Preston
10147 Pirates Trail
Reminderville, OH 44202


Silvia Pretto
5350 Camelot Dr. #7
Cincinnati, OH 45014


Amy Preuer
8688 prairie grass lane
mentor, OH 44060


Stacey Prevost
PO Box 953
Chardon, OH 44024

Nadis Prewitt
2995 Steffan Woods Dr
Twinsburg, OH 44087


Krista Prexta
14725 Russell Lane
Novelty, OH 44072


Brian Price
5723 Williamsburg Cir
Hudson, OH 44236


Linda Price
3790 Wenwood Dr
Hilliard, OH 43026


TERRI PRICE
5613 TOWNSHIP ROAD 243
FINDLAY, OH 45840


Kodi Pride
7896 Wildel Dr
Twinsburg, OH 44087


Victoria Priester
12715 Carter Rd
Painesville, OH 44077


Ranicia Prisock
3470 crooked tree circle
Hamilton, OH 45011


Cassandra Pritikin
980 Bernard Road
Columbus, OH 43221


Lisa Proffitt
2618 Copperwood Rd
Hilliard, OH 43026


Beth Prontiker
4593 Cox Drive Unit B
Stow, OH 44224

Katie Proszek
14531 Sisson Road
Chardon, OH 44024


Allison Prucha
340 Cheshire Rd.
Hudson, OH 44236


Tricia Ptak
12000 Firefly Dr
N Royalton, OH 44133-6100


Liz Puffenbarger
1085 Outrigger Cove
Painesville, OH 44077


Christina Pugh
805 Lost Pond Pkwy
Chardon, OH 44024


Jennifer Puhl
888 Ashbrooke way
Hudson, OH 44236


Monica Puleo
14137 Kimrose Lane
North Royalton, OH 44133


Amy Pulfer
116 East Williams avenue
Bellefontaine, OH 43311


Raul Pulido
5476 Lakeside Dr
Fairfield, OH 45014


THOMAS PULLUMPALLIL
4878 Davidson Run Dr
Hilliard, OH 43026


Alison Pulte
40 Quail Ridge Drive
Bentleyville, OH 44022

Barbara Pulte
6549 Sherborne Lane
Hudson, OH 44236


Lynda Pumphrey
8544 Louise Dr
Mentor, OH 44060


Damaris Punales-Alpizar
7446 Kinsman Road
Novelty, OH 44072


Joenee Purcell
1332 Turner Road
Bellefontaine, OH 43311


Purchase Power
PO Box 371874
Pittsburgh, PA 15250


Jennifer Purchase
13370 Green Dr
Chesterland, OH 44026


Tiesha Purnell
815 Frost Road 1203
Streetsboro, OH 44241


Mara Purnhagen
39 Forest Drive
Chagrin Falls, OH 44022


Michelle Putney
5723 Charmar Drive
Mentor, OH 44060


Mark Quaiser
1250 Eriewood Dr.
Rocky River, OH 44116


Sabra Qualls
8411 Morris Road
Hilliard, OH 43026

Jennifer Quinn
9909 State Rd
North Royalton, OH 44133


Kellie Quinn
1573 Greenfield Ln.
Painesville, OH 44077


Kristan Quinn
9642 Mentor Rd
Chardon, OH 44024


Sherri Racine
1375 Lee Rd
Troy, OH 45373


Mindaugas Rackaitis
1549 Plantation Dr.
Hudson, OH 44236


Michelle Radatz
11625 county line road
gates mills, OH 44040


Barbara Radekevich
9307 Jovanna Court
Mentor, OH 44060


Stephanie Radziewicz
7468 Mckinley St.
Mentor, OH 44060


Robert Rafalke
5001 Oakview Dr
Vermilion, OH 44089


Tonya Rafalke
4912 orchard rd
Mentor, OH 44060


Ann Raglow
8807 Pinewood Ct.
Mentor, OH 44060

Tania Rahaman
1315 prentis house CT
Columbus, OH 43235


Michelle Rahija
5392 Lorrey Place
Mentor, OH 44060


Nicole Rainsberger
4394 Chevron Circle SW
Massillon, OH 44646


Priya Raj
2169 Halcyon Road
Beachwood, OH 44122


Andjela Rajic
7970 Mentor Ave. D3
Mentor, OH 44060


Kim Rako
1779 Stoney Hill Drive
Hudson, OH 44236


Tracey Ralph
13082 Fairfield Trail
Chesterland, OH 44026


Rakesh Ramachandran
7123 Longview Dr
Solon, OH 44139


Gopal Ramakrishnan
5164 Hemmington Blvd
Solon, OH 44139


Joe RAMEY
266 BRENTWOOD DR
HUDSON, OH 44236-1656


Meghan Ramey
6335 Bryson dr
Mentor, OH 44060

Lorena Ramirez
2226 Puma Place
Hilliard, OH 43026


STACIA RAMIREZ
1250 ANIKO AVENUE
Lewis Center, OH 43035


Chad Ramlow
7509 Berks Way
Hudson, OH 44236


Melissa Rammel
890 Farnham Way
Hudson, OH 44236


Sue Ramming
12381 Summerwood Dr.
Concord Township, OH 44077


Steven Ramos
10211 Chipmunk Ridge Road
Concord, OH 44077


Jeff Rampe
12531 County Rd 109
Findlay, OH 45840


Karen Rampe
5450 Pinehill Dr
Mentor, OH 44060


Cindy Ramsey
2299 Wellington Circle
Hudson, OH 44236


Jacque Ramsey
5826 Privilege Drive
Hilliard, OH 43026


Jaime Ramsey
4881 Parkmoor Drive
Dublin, OH 43016

Angie Ranallo
9721 mayfield rd
chesterland, OH 44026


Tai Ranallo
11075 spear rd
painesville, OH 44077


Jennifer Randolph
246 Fox Ridge Circle
Powell, OH 43065


Jen Randulic
6703 List St NW
Canton, OH 44708


Faith Ransom
8014 Peardale Dr
Lewis Center, OH 43035


Beth Rapien
3837 Bremen Pass
Cleves, OH 45002


Georgeanna Rapp
3734 Tillman St. NW
Massillon, OH 44646


Shannon Raquet
3399 Muskopf ct
fairfield, OH 45014


Lydia Raser
9611 Brayes Manor Dr
Mentor, OH 44060


Amir Rashid
6705 Edgemoor Ave
Solon, OH 44139


Nancy Rasoul
4484 McCullough Ln
Hilliard, OH 43026

Paulina Raspovic
7441 Ford Dr
Mentor, OH 44060


Jamie Ratcliffe
12281 Girdled Rd
Painesville, OH 44077


Maryanne Ratka
6572 Copley Avenue
Solon, OH 44139


Samantha Ratleff
3984 Clayford Dr
Columbus, OH 43204


John Ratliff
2423 southway st sw
massillon, OH 44646


Jennifer Raubenolt
7956 Augusta Ln
Painesville, OH 44077


Michelle Rauer
11801 Jason Avenue
Painesville, OH 44077


Jane Rawlings
2954 Pine Grove Lane
Maineville, OH 45039


Heather Rawlins
715 Lindridge Dr
Galloway, OH 43119


Lynda Ray
5112 Sassafras Rd
Columbus, OH 43229


Malinda Ray
601 S. Dorset Rd.
Troy, OH 45373

Colleen Raynewater
21368 BEACHWOOD DR
ROCKY RIVER, OH 44116

Angela Razidlo
5938 Galleon Court
Hilliard, OH 43026

Melissa Read
8594 Baker Ave
Mentor, OH 44060

Colleen Ready
7563 Red Fox Trail
Hudson, OH 44236

Patrick Reagan
13902 Sweetbriar Ln
Novelty, OH 44072

Kelley Ream
2438 OLDE FARM LN
HUDSON, OH 44236

Erin Reaper
2278 Jesse Dr
Hudson, OH 44236

Kate Reber
6164 Burr Oak Way
Hudson, OH 44236

Michelle Recker
4769 E wood duck ct
Port Clinton, OH 43452

Samantha Reda
8539 Oak Village Blvd
Lewis Center, OH 43035

Alice Redd
1700 Beckwith Drive
Hudson, OH 44236

Harish Reddy
5661 Gadston way
Columbus, OH 43228

Andrea Reed
13994 E. Willard Rd.
Novelty, OH 44072

Brittany Reed
1342 Mckaig 1342mckaig
troy, OH 45373

Eileen Reed
464 Whitman Blvd
elyria, OH 44035

Joe Reed
8265 Kristin Ct.
Lewis Center, OH 43035

Stacy Reed
8116 Saddleback Pl
Maineville, OH 45039

Tonya Reed
413 Superior St
Bellefontaine, OH 43311

Kendra Reeg
5611 Deerborn Ave
Mentor, OH 44060

Joanna Reese
6640 Westpoint Drive
Hudson, OH 44236

Kimberly Reese
11950 Abbey Road
North Royalton, OH 44133

Michelle Reese
25434 Wimbledon Rd.
Beachwood, OH 44122

Catherine Reesman
5409 Banbury Dr
Columbus, OH 43235

Mary Reeves
2018 Levelgreen Dr
Columbus, OH 43219

Denise Regenbogen
4750 Coolbrook Drive
Hilliard, OH 43026

Kristine Regula-Ness
4334 Huntwicke Court
Hilliard, OH 43026

Kelly Reich
2534 Blue Heron Drive
Hudson, OH 44236

Christina Reid
21 Kenton Road
Chagrin Falls, OH 44022

M Reider
2321 North Park Boulevard -
Cleveland Heights, OH 44106

Carol Reidy
411 Peppertree ln
Painesville, OH 44077

Kristy Reifinger
576 Riverside Dr
Painesville, OH 44077

Amber Reigelsperger
325 Dye Mill Rd
Troy, OH 45373

Karen Reinart
20980 Morewood Pkwy
Rocky River, OH 44116

Angela Reineck
4534 E Laurel Ridge Dr
Port Clinton, OH 43452-4005

Cheryl Reineke
1820 Silver Creek Dr
Findlay, OH 45840

Jill Reiter
697 Dogwood Lane
Vermilion, OH 44089

Beth Reitz
131 Woodview Drive
Elyria, OH 44035

Thomas Rembowski
4851 Persimmon Lane
North Royalton, OH 44133

James Reminder
10570 Fincherie Dr
Chardon, OH 44024

Carolyn Remington
8325 Sumner Rd.
Chardon, OH 44024

LIHONG REN
2350 Twickenham Dr
Beachwood, OH 44122

Renaissane Chicago Northrbrook
933 Skokie Boulevard
Northbrook, IL 60062

Jordan Renna
144 Keswick Dr.
Hudson, OH 44236

Dan Renner
8140 Edgerton Road
North Royalton, OH 44133

Gary Rensi
6049 MANSHIRE COURT
GALLOWAY, OH 43119


Michelle Renton
939 riverbend ave
powell, OH 43065


Daniel Renz
5737 Bonaly Court
Dublin, OH 43016


Kate Repola
1550 Sanford Street
Vermilion, OH 44089


Kristen Reppeto
325 Forest Edge Dr
South Lebanon, OH 45065


Debra Reske
6041 Heather Lane
Hudson, OH 44236


Nicki Resko
7911 Cemetery Rd
Vermilion, OH 44089


Gregory Resnick
2404 Allen Blvd
Beachwood, OH 44122


Judy Ressler
6264 Stonewood Lane
Solon, OH 44139


Kara Restorick
5252 Tyner Ave NW
Canton, OH 44708


Tricia Retallick
15085 Steelhead Run
Chardon, OH 44024

Kara Reutter
10776 Ellison creek dr
Concors, OH 44077


Heather Reynolds
9622 Lasalle Lane
Mentor, OH 44060


Nicole Reynolds
5834 Lake Rd
Mentor, OH 44060


Patrice Reynolds
11300 Palmer Lane
Twinsburg, OH 44087


Victoria Reznik
9279 HELEN LN TWINSBURG TWINSBURG
TWINSBURG, OH 44087


Tonya Reznor
826 Branford Rd
Troy, OH 45373


Heidi Rhoades
1512 S Main St
Bellefontaine, OH 43311


Victoria Rhoades
429 Cherrywood Lane
Painesville, OH 44077


Andrea Rhodes
71 parmelee dr
hudson, OH 44236


Kelli Rhyan
954 Chara Lane
Columbus, OH 43240


Adrian Ribovich
7988 Princewood Drive
Hudson, OH 44236

Tiffany Ricci
7071 Brightwood Dr.
Concord, OH 44077

Christine Rice
6091 thunderbird dr
Mentor on the lake, OH 44060

Nick Rice
8475 roberts rd
galloway, OH 43119

Judy Rich
7260 Dursley Court
Solon, OH 44139

Mark Rich
8522 Argee Dr
Mentor, OH 44060

Jennifer Richard
878 Overbrook Ave
Maineville, OH 45039

Brenda Richards
9882 High Country Drive
Chardon, OH 44024

Danette Richards
342 Plum St.
Fairport Harbor, OH 44077

Aaron Richardson
6188 Timberbrook Ln
Columbus, OH 43228

Brenda Richardson
23305 Chagrin Blvd #301s
Beachwood, OH 44122

Chevae Richardson
24205 East Groveland Road
Beachwood, OH 44122

Deryck Richardson
4843 Drayton Rd
Hilliard, OH 43026


MARISSA RICHARDSON
1871 HICKORY HILL DR
COLUMBUS, OH 43228


Tonya Rick
5016 Brooksdale Rd
Mentor, OH 44060


Meagan Ricketti-AlGhamdi
21621 Detroit
Rocky river, OH 44116


Adriana Rickon
1731 Arbutus Dr.
Hudson, OH 44236


Ridge MS
7860 Johnnycake Ridge Rd
Mentor, OH 44060


JENNIFER Ridgley
4546 Huntwicke Dr
Hilliard, OH 43026


Ridgview MS
4241 Rudy Road
Columbus, OH 43214


Jennifer Riegle
12320 County Rd 109
Findlay, OH 45840


Mary Riga
3372 Muskopf Ct
Fairfield, OH 45014


Colleen Rigo
5782 Nearing Circle
Mentor, OH 44060

Beth Riley
23416 E. Baintree RD
Beachwood, OH 44122


Cathy Riley
6600 Miami Avenue
Cincinnati, OH 45243


Elizabeth Riley
34875 Lakeview Dr.
Solon, OH 44139


Erica Riley
3551 Banyan St. NW
Massillon, OH 44646


Susan Riley
1895 Case Western dr. SE
Massillon, OH 44646


Ione Rindler
2720 Southside Dr.
Troy, OH 45373


Brooke Ringler
3375 Lake Crest Drive
Hamilton, OH 45011


Bridget Rini
97 Elm Court
Chagrin Falls, OH 44022


Kimbelry Rinkes
13488 Ravenna Road
Chardon, OH 44024


Kathy RiordanPfeifer
3560 Kings Post Parkway
Rocky River, OH 44116


Candelario Rios
12860 Mayfield Road lot 74
Chardon, OH 44024

Jen Rischitelli
7604 Bendleton Drive
Hudson, OH 44236


Laurel Risko
7858 Rutland
Mentor, OH 44060


Kristy Ristoff
152 Cayuga Ave nw
Canton, OH 44708


Susan Ritt
8230 Yorkshire Dr.
Mentor, OH 44060


JOSEPH RITTER
2088 MAXWELL AVE
LEWIS CENTER, OH 43035


Brittany Rittgers
3009 Seeger Street
Columbus, OH 43228


Michelle Ritz
117 Middle Post Pointe
Chardon, OH 44024


Anthony Rivers
8842 Crestwater Drive
GALLOWAY, OH 43119


Marland Rivers
3226 Bidlington Dr.
Columbus, OH 43224


Guadalupe Rizo
6615 st AptC112
Mentor, OH 44060


Ali Rizvi
2101 Eton St
Twinsburg, OH 44087

Brenda Robbins
9900 Nantucket Cove
Twinsburg, OH 44087


Karen Robejsek
8296 Fairfax Drive
Mentor, OH 44060


Christine Roberts
7410 Capilano Dr
Solon, OH 44139


Doug Roberts
3724 Stunsail Lane
Columbus, OH 43221


Jennifer Roberts
7569 Ruth St.
Mentor, OH 44060


Jennifer Roberts
4125 E. Laurel Ridge Drive
Port Clinton, OH 43452


John Roberts
5481 granada drive
mentor, OH 44060


Kristina Roberts
6086 Wexford Park Dr
Columbus, OH 43228


Maryanne Roberts
2623 sandstone path
hudson, OH 44236


Timothy Roberts
606 Sassafras Drive
Vermilion, OH 44089


Greg Robertson
12 S Hayden Pkwy
Hudson, OH 44236

Deborah Robie
12410 Woodin Road
Chardon, OH 44024


Elizabeth Robinette
10942 THORESBY CIR NW
UNIONTOWN, OH 44685


Alane Robinson
5176 Garmouth Court
Columbus, OH 43221


Emily Robinson
1254 Chaucer Pl.
Maineville, OH 45039


Jennifer Robinson
8960 North Brown Rd
Chardon, OH 44024


Jennifer Robinson
134 Chadbourne drive
Hudson, OH 44236


Kristen Robinson
1887 Norton road
Hudson, OH 44236


Porche Robinson
10790 Ravenna Road Apartment 204
Twinsburg, OH 44087


Susan Robinson
1033 orchard ln
Broadview hts, OH 44147


Wanda Robinson
1977 Eton st
Twinsburg, OH 44087


Jose Rocha
112 First Street
Addyston, OH 45001

Lora Rocha
112 first street
Addyston, OH 45001


Gretchen Roche
217 Meadow View Dr
Powell, OH 43065


Rocky River MS
1631 Lakeview Avenue
Rocky River, OH 44116


Raquel Roddy
2525 Middleton Road
Hudson, OH 44236


Alina Rodean
5562 Weston Trail Drive
Hilliard, OH 43026


Stephanie Rodenbaugh
4944 Vicksburg Court
Hilliard, OH 43026


Jennifer Rodriguez
13685 RADCLIFFE RD
Chardon, OH 44024


Michael Rodriguez
6702 Dunheath Circle
Dublin, OH 43016


Christine Roeder
5740 Primavera Drive
Mentor, OH 44060


Amy Roediger
10375 Wilder Rd
Chardon, OH 44024


Markus Roessler
1466 Groton Drive
Hudson, OH 44236

Jason Rogers
2777 Hickorywood Dr
Troy, OH 45373


Ryan Rogers
7027 Foxcroft Place
Painesville, OH 44077


Tonia Rohlfs
2901 Red Oak Circle
Troy, OH 45373


Vanessa Rollins
909 north main st
Bellefontaine, OH 43311


Jessica Roman
3086 Chatham Ct
Maineville, OH 45039


Jeanne Romani
7677 Winding Way
Hudson, OH 44236


Trisha Romano
756 Ashbrooke Way
Hudson, OH 44236


Katharine Romell
380 Elmwood Rd.
Rocky River, OH 44116


Kathryn Romo
7967 Meloria Lane
Mentor, OH 44060


Danielle Romstadt
12831 N. Star Dr.
North Royalton, OH 44133


Chris Rooney
34885 McAfee Dr
Solon, OH 44139-1743

Carrie Roose
6572 Inland Shores Drive
Mentor, OH 44060

Mary Beth Root
709 Norbury Dr
Hudson, OH 44236

Tim Root
7531 Akins Rd.
North Royaltom, OH 44133

Doris Roque
7059 Dawson Rd #15
Cincinnati, OH 45243

Angi Rosa
1151 delverne Ave sw
Canton, OH 44710

Cammi Rose
4580 Kriggsby Blvd
Hilliard, OH 43026

Margaret Rose
5402 Links Road
Mentor, OH 44060

Jennifer Roseberry
8011 Greenridge Ct
Mentor, OH 44060

Lisa Rosebrock
2955 Daleford Drive
Toledo, OH 43614

Jeffrey Rosen
39780 Patterson Lane
Solon, OH 44139

Angela Rosenberg
6143 Paderborne Dr.
Hudson, OH 44236

Jessica Rosenblitt
25119 Wimbledon RD
Beachwood, OH 44122


Anna Rosenfeld
26091 Shaker Blvd
Beachwood, OH 44122


Arthur Rosenfeld
25010 Duffield RD
Beachwood, OH 44122


Jennifer Rosenthal
1010 Richland St
Maumee, OH 43537


Lisa Rosenthal
10379 Andover Dr.
Twinsburg, OH 44087


Barbara Ross
425 oneida ave nw
Canton, OH 44708


Bernadine Ross
8255 Mentor Ave
Mentor, OH 44060


Brian Ross
7396 S Meadow Dr
Painesville, OH 44077


Lori Ross
1899 Canal Rd
Hamilton, OH 45011


Mike Ross
157 Cheshire Road
Hudson, OH 44236


Tom Ross
8515 Johnnycake Ridge Road
Mentor, OH 44060

Amy Rothenfeld
34800 Forest Lane
Solon, OH 44139


Angela Roumie
344 Cheshire Rd
Hudson, OH 44236


MaryKay Rouse
19310 Riverwood Avenue
Rocky River, OH 44116


David Roush
23013 Beachwood Blvd
Beachwood, OH 44122


Renee Roush
3672 Wood Trail Drive
Mason, OH 45040


Jennifer Rovito
18988 Mitchell Ave
Rocky River, OH 44116


Kimberly Rowan
6540 Edward Street
Mentor, OH 44060


Alka Roy
34685 seminole way
solon, OH 44139


Cori Royer
8749 SURREY PL
MAINEVILLE, OH 45039


Ginny Royko
7010 Sturbridge Drive
Concord, OH 44077


Judith Rozic
12820 Big Creek Ridge Dr
Chardon, OH 44024

Holly Rubin
128 N. Hayden Pkwy.
Hudson, OH 44236


Jeffrey Rubinski
8125 Belle Vernon Drive
Novelty, OH 44072


Kelly Ruble
509 Woodland Drive
Bellefontaine, OH 43311


STEPHANIE RUCKMAN
262 CALAHAN RD
Columbus, OH 43123


Matthew Rudd
11249 Lake Forest Drive
Chesterland, OH 44026-1334


Tina Rudisell
105 Western Ridge Dr
cleves, OH 45002


Pamela Rudler
139 Sandstone Drive
Painesville, OH 44077


Michael Rudolph
13939 caves rd
Novelty, OH 44072


Yvonne Rudolph
8876 oakbrook circle
Twinsburg, OH 44087


Amy Ruebsteck
18613 E. Shoreland Ave.
Rocky River, OH 44116


Eric Ruedrich
446 Fairgrounds Rd
Painesville, OH 44077

Donna Ruffer
2827 Park Dr S
Silver Lake, OH 44224


Tracy Ruffner
10272 Forestwood Ln
North Royalton, OH 44133


Janelle Ruhe
4500 Dublin RD SPC 451
Columbus, OH 43221


Maria Ruiz
2697 tylersville rd
Hamilton, OH 45015


Jeff Rumbarger
10715 buckingham
concord, OH 44077


Jennifer Runals
3344 Anchorage Ln
Hilliard, OH 43026


Megan Runion
205 N Main Street
Van Buren, OH 45889


Elise Runyon
7820 Holderman St
Lewis Center, OH 43035


Bethany Rupert
3461 Mark Twain Drive
Hilliard, OH 43026


Laurelin Rupert
4407 Sherwood Drive
Hilliard, OH 43026


LISA RUPERT
8247 FAIRFAX DRIVE
MENTOR, OH 44060

Daniel Rupnow
314 Chardon ave
Chardon, OH 44024

Stacy Rus
9655 Oxford Glen Dr
Mentor, OH 44060

Jillian Rush
1428 Peach Blossom Ct
Columbus, OH 43204

Kathy Russ
6320 Dawson Blvd
Mentor, OH 44060

Donna Russell
12875 Pyle South Amherst Road
Oberlin, OH 44074

Sarah Russell
85 kensington oval
Rocky river, OH 44116

Shannon Russell
2954 ERIN CT
LOVELAND, OH 45140

Shannon Russell
5919 Birchwood Dr
Mentor, OH 44060

Kara Russo
3175 Kaylyn Ln
Hilliard, OH 43026

Jessica Rutan
3188 Prairie Gardens Dr
Hilliard, OH 43026

Beth Rutkowski
97 E Belmeadow Ln
Chagrin Falls, OH 44022

Amy Rutledge
7662 crimson court
Mentor, OH 44060


Jenna Rutt
21135 Southwood Drive
Fairview Park, OH 44126


Melissa Rutter
518 Hinderer Ave Sw
Massillon, OH 44646


IWONA RUZYCKI
6400 CENTER ST.#16 MENTOR
OHIO, OH 44060


Anne Ryan
3770 Kilbride Ct
Columbus, OH 43221


Dawn Ryan
7486 Ohio St
Mentor, OH 44060


Denise Ryan
2272 Croydon Road
Twinsburg, OH 44087


Gail Ryan
32840 Pettibone Rd
Solon, OH 44139


Kelly Ryan
14024 Leroy Center Road
Leroy, OH 44077


Michelle Ryan
281 Harwood Street
Elyria, OH 44035


Natalya Rymko
6554 Glenallen Avenue
Solon, OH 44139

Vikki Rzepka
31940 Tracy Lane
Solon, OH 44139


Shawn Rzeszut
2111 PRESIDENTIAL #20
Twinsburg, OH 44087


Daniela Sa
4816 Lake View Dr.
Peninsula, OH 44264


Yolla Saad
18501 hilliard blvd. apt.302
Rocky River, OH 44116


Nicole Sabatini
8615 Mansion blvd
Mentor, OH 44060


Scott Saber
7434 St John Ct
Mentor, OH 44060


Tammy Sadler
5949 Brewster Drive
Hudson, OH 44236


Brenda Sage
12245 S Wintergreen Dr
Chardon, OH 44024


Traci Sage
30 Jefferson Drive
Hudson, OH 44236


Jamie Sagrilla
5559 Maple Dell Court
Hilliard, OH 43026


Anjana Sahu
9607 Greenery Court
Loveland, OH 45140

Sailorway MS
5355 Sailorway Drive
Vermilion, OH 44089


Ammara Saiyoeun
2097 Steffi Dr
Hilliard, OH 43026


Sarine Saiyoeun
2097 Steffi Dr
hilliard, OH 43026


Donna Sakony
10054 Bissell Dr.
Twinsburg, OH 44087


Kamel Salaani
5557 Royal Dublin dr
dublin, OH 43016


Edgar Saldana
1285 Wilhoit Ave
Lewis Center, OH 43035


Uzma Saleem
4902 Princess Diana Ct.
Hilliard, OH 43026


Kathi Saleh
1777 Parkway S
Maumee, OH 43537


Christine Saley
8214 Eastmoor Rd
Mentor, OH 44060-7512


Tracey Salinas
4545 Kriggsby Blvd
Hilliard, OH 43026


Dolores Salisbury
233 South Hambden Street
Chardon, OH 44024

Marie-Noelle Sallaberry
7461 Davis Road
Hilliard, OH 43026

Jenny Salyer
926 Hilltop Dr
Bellefontaine, OH 43311

Kelly Samardzija
564 water st apt 231
chardon, OH 44024

Nandhini Sambandan
35650 Sedge Circle
Solon, OH 44139

Marcus Sampson
6736 Trafalgar Loop
Dublin, OH 43016

Alba Sanchez
86 berger ct
oberlin, OH 44074

Nadya Sanchez
33180 E Nimrod st
Solon, OH 44139

Omar Sanchez
2200 Omaha place
LEWIS CENTER, OH 43035

Todd Sandberg
608 Denmoor Ct
Galloway, OH 43119

Amy Sander
6416 Walden Ponds Cir
Hamilton, OH 45011

Steve Sander
7791 Rhumba Dr
North Bend, OH 45052

Rochelle Sanders
7555 Pinecrest Lane
Glenwillow, OH 44139


Samantha Sanders
1033 Shawhan Road
Morrow, OH 45152


Jasmin Sandhu
2831 Jessica Court
Loveland, OH 45140


Nicole Sandor
5310 RED FLOWER LN
SOUTH LEBANON, OH 45065


Joel Sandrey
7474 Belvedere dr
Mentor, OH 44060


Michael Sandy
20099 parklane dr
rocky river, OH 44116


Kari Sanford
19343 Laurel Ave
Rocky River, OH 44116


Shivankari Sanjeevan
36900 Pepper Dr
Solon, OH 44139


Steven Sanker
10335 old state rd 9079 ravenna Rd
chardon, OH 44024


Holly SantaMaria
11531 Hosford Road
Chardon, OH 44024


Bethany Santavicca
5854 Buckeye Ln. Apt #12
Mentor on the lake, OH 44060

Stacie Santiago
701 S Stanfield Rd Apt 184
Troy, OH 45373

Lori Sarkisian
1460 Winchell Drive
Hudson, OH 44236

Lori Sarver
24611 South Woodland Rd.
Beachwood, OH 44122

Amy Sassano
8809 camelot drive
chesterland, OH 44026

Cindi Satayathum
19535 Argyle Oval
Rocky River, OH 44116

Mark Sattele
1671 Goodland Dr
Hudson, OH 44236

Sekhar Satyawada
427 Carrington Ln
Broadview Hts, OH 44147

Jodi Sauerwein
208 newpine drive
cleves, OH 45002

Jessica Saunders
9164 Akins Road
North Royalton, OH 44133

Daniel Savitt
3087 Abrams Dr
Twinsburg, OH 44087

Desera Savochka
11005 Leader Rd
Chardon, OH 44024

Jennifer Savor
7558 Ruth St
Mentor, OH 44060


Bill Savory
726 terex rd
hudson, OH 44236


Darla Sawicki
7650 Yennicook Way
Hudson, OH 44236


Mary Sawyer
2829 Gasser Blvd
Rocky River, OH 44116


Kami Sayre
2348 East Sand Road
Port Clinton, OH 43452


Trisha Sayre
5950 Paron Place
Hilliard, OH 43026


Michael Scafe
7261 Stow Rd.
Hudson, OH 44236


Francesca Scafidi
11525 Bass Lake Road
Chardon, OH 44024


Anne Scalabrino
20863 Avalon Drive
Rocky River, OH 44116


John Schaefer
11760 Regent Park Dr.
Chardon, OH 44024


April Schalk
8807 south Jefferson st.
Port Clinton, OH 43452

Amy Scharf
14094 Sweetbriar Lane
Novelty, OH 44072

AnneMarie Scharfenort
9854 Royal Valley Drive
North Royalton, OH 44133

Megan Scharville
61 Jefferson Drive
Hudson, OH 44326

Erica Schatz
215 Green Oak Dr
Troy, OH 45373

Barbara Schauer
8425 Sanctuary Dr Mentor
Mentor, OH 44060

Mark Schecter
1370 county line rd
gates mills, OH 44040

Valerie Scheibeck
2101 Coldharbor Ct
Lewis Center, OH 43035

Tracy Scheid
9895 Tudor place
Chardon, OH 44024

Suzanne Schenkenberger
162 South Main Street
Hudson, OH 44236

Catherine Scherer
33521 North Burr Oak Drive
Solon, OH 44139

Alexandra Schiefferle
20797 Morewood Pkwy
Rocky River, OH 44116

Suzy Schilling
518 Pennsylvania Ave.
Troy, OH 45380-9319


Kristen Schiopota
11143 Heritage Dr
Twinsburg, OH 44087


Brenda Schlabach
4816 trafalgar st sw
Canton, OH 44706


Chad Schmid
10773 York RD
North Royalton, OH 44133


Susie Schmid
6516 Canterbury Drive
Hudson, OH 44236


Amy Schmidt
5519 Kings View Ct
Kings Mills, OH 45034


Kelly Schmidt
9468 Wildwood Drive
Chardon, OH 44024


Robert Schmidt
53 Binns Blvd
Columbus, OH 43204


Shawn and Ellie Schmidt
1058 Twp Rd 179 43311
Bellefontaine, OH 43311


Raymond Schmitz
6037 Indian Trace Dr.
Hamilton, OH 45011


Tracey Schneeman
10014 Ravenna rd
Twinsburg, OH 44087

Catherine Schneider
125 Senlac Hills Drive
Chagrin Falls, OH 44022

Jennifer Schneider
4961 glenlodge rd
Mentor, OH 44060

Keith Schneider
960 ashbrooke way
hudson, OH 44236

Amy Schnipke
4377 Schirtzinger Rd.
Hilliard, OH 43026

Jackie Schonauer
6235 Cedarwood Rd
Mentor, OH 44060

Rebecca School
7269 Selworthy Lane
Solon, OH 44139

WGMS School
8611 Cedar Rd.
Chesterland, OH 44026

JoElla Schrader
526 W College St #32
Oberlin, OH 44074

Rosemary Schramm
113 1/2 W. Sixth Street
Port Clinton, OH 43452

Robert Schreckengost
823 Earl Rd Nw
Massillon, OH 44647

Kim Schrode
13825 Montclair DR.
Chardon, OH 44024

Joy Schroeder
2620 Myrick Lane
Twinsburg, OH 44087

Christa Schroer
11875 township rd 114
Van Buren, OH 45889

Amy Schroff
7492 Hill Gail Ct
Lewis Center, OH 43035

Laura Schroth
21860 Crossbeam Lane
Rocky River, OH 44116

Brian Schuckman
1240 Ascot Dr
Maineville, OH 45039

Sara Schuerger
6215 Magnolia Dr.
Mentor, OH 44060

Carol Schuler
5974 Pinto Pass Dr
Hilliard, OH 43026

Mary Schultz
10242 Andover Dr
Twinsburg, OH 44087

Peggy Schultz
7215 Sowul Dr.
Painesville, OH 44077

Sandy Schultz
11597 Forestview Dr
Chardon, OH 44024

Jamie Schulz
7923 Walcott Way
Mentor, OH 44060

Robert Schulz
12259 Caves
Chesterland, OH 44026


William Schumacher
1647 Cedar Knoll St. NW
Massillon, OH 44646


Stephanie Schumaker
5896 Thorngate Dr.
Galloway, OH 43119


Stacy Schurman
2251 Victoria Parkway
Hudson, OH 44236


Angela Schuster
154 Canterbury Road
Elyria, OH 44035


Traci Schutte
1619 Ramblewood Ave
Columbus, OH 43235


Sarah Schwallie
5611 Oakvista Drive
Cincinnati, OH 45227


Dawn Schwartz
251 Symmes Rd
Fairfield, OH 45014


Gary Schwartz
12006 waywood dr
Twinsburg, OH 44087


Shelly Schwarz
10095 Foxwood Dr
North Royalton, OH 44133


Cara Schweikert
8589 Kelso Dr
Maineville, OH 45039

Jodie Schweitzer
6368 Youngland Drive
Columbus, OH 43228


Amy Schweizer
523 Highland Ave SW
Massillon, OH 44646


Melissa Schwieterman
4873 claymill drive
hilliard, OH 43026


Nomeke Scordos
1466 Bell Rd.
Chagrin Falls, OH 44022


Jenna Scotese
7520 Jasani Ct
Mentor, OH 44060


Adriana Scott
953 N Eagle Beach Circle
Port Clinton, OH 43452


Amanda Scott
898 Evergreen Park Lane
Lebanon, OH 45036


Carrie Scott
3826 Farm Brook Ln
Columbus, OH 43204-1572


Cindy Scott
3825 W Surrey Ct
Rocky River, OH 44116


Heather Scott
615 Jackson Ave NW
Massillon, OH 44646


Jeff Scott
2104 Pleasant Colony Drive
Lewis Center, OH 43035

Jill Scott
13135 Chillicothe Rd
Chesterland, OH 44026


Natalie Scott
2441 Limestone Way
Columbus, OH 43228


Shannon Scott
872 Phillips RD NE
Massillon, OH 44646


Michelle Sculli
5497 Brixston Ct
Hilliard, OH 43026


Amber Scully
4661 Anthony Wayne
Fairfield, OH 45014


Katie Seabeck
12271 Meredith Ln
Concord, OH 44077


Audra Seaman
4053 Hickory View Drive
Hamilton, OH 45011


Christina Sears
145 Hamilton St
Elyria, OH 44035


Michelle Secic
9685 Campton Ridge Drive
CHARDON, OH 44024


Danielle Sedam
1719 Saratoga Dr
Troy, OH 45373


Heather See
8392 Union Dr
Galloway, OH 43119

NIcole Seger
1371 Winchester Dr
Troy, OH 45373


Elise Seifert
5849 North Oval
Solon, OH 44139


Mike Seifert
7655 Salem Drive
Hudson, OH 44236


Rachael Seifert
35027 Quartermane Circle
Solon, OH 44139


Julie Seitz
10271 Belmeadow Drive
Twinsburg, OH 44087


Stefanie Sekas
2040 Merrimont Drive
Troy, OH 45373


Holli Seliskar
7682 Pinehurst Drive
Mentor on the Lake, OH 44060


Dawn Sell
5515 east heisley road
Mentor, OH 44060


Justin Sell
5560 Kinvarra Ct
Dublin, OH 43016


Nickol Sell
34600 Cannon Rd
Solon, OH 44139-1720


Janelle Sellet
3739 Indian Brave Trl
Cleves, OH 45002

Jamie Semler
9160 Auburn Road
Chardon, OH 44024

Cheryl Senger
8352 State Rd
North Royalton, OH 44133

Min Seo
5230 towbridge dr
hudson, OH 44236

Liz Sesar
8830 Dusty Lane
Chardon, OH 44024

Melissa Settle
460 Sunset Drive
South Lebanon, OH 45065

Kristina Severino
7144 Maple St. Unit A
Mentor, OH 44060

Leslie Severino
8118 Broadmoor Rd
Mentor, OH 44060

Erica Sevilla
2848 Pleasantdale Drive
Lewis Center, OH 43035

Steven Sewall
9403 harrison rd
wakeman, OH 44889

Aminda Seymour
46 Town Ct.
Fairfield, OH 45014

Laura Sfikas
5225 Hollister St.
Columbus, OH 43235

Lara Shadowens
6340 Firestone dr
Fairfield, OH 45014


Amanda Shaffer
20 Fox Harbor Dr
Troy, OH 45373


Kelly Shaffer
1930 Ridge Meadow Ct.
Twinsburg, OH 44087


Melissa Shaffer
6960 Rings Rd
Dublin, OH 43016


Suzanne Shaft
3171 Evans Way
Twinsburg, OH 44087


Amisha Shah
5826 Fieldcrest Dr
Galloway, OH 43119


Brian Shamblin
10035 north surfside circl
Aurora, OH 44202


Jerry Shamblin
11640 York Rd
north Royalton, OH 44113


Deborah Shandersky
427 Old Willow Ct.
South Lebaon, OH 45065


Lynn Shandle
5980 White Oak Drive
Mentor, OH 44060


Nicole Shaner
1511 Lakeview Ave
Rocky River, OH 44116

Doranne Shank
2802 Lombardi Ave SW
Canton, OH 44706


Stacia Shanley
2972 Middleton Rd.
Hudson, OH 44236


Stephanie Shanower
1722 Cadbury St. NW
Massillon, OH 44646


Gina Sharapan
2257 Omaha Place
Lewis Center, OH 43035


Amanda Sharp
152 Pine Hollow Circle
Chardon, OH 44024


Meredith Sharp
23214 E Baintree Road
Beachwood, OH 44122


Aaron Sharpley
6576 Glenallen ave
Solon, OH 44139


Tina Shaulis
181 Whaley Rd
Peninsula, OH 44264


Brandy Shaw
543 Ferndale Ave
Vermilion, OH 44089


Patricia Shay
8700 Morris Rd
Hilliard, OH 43026


Brian Shea
1326 Cedar Creek Ct
Painesville, OH 44077

Jill Sheeketski
3898 Woodfield Ct
Hamilton, OH 45011


Carla Sheeler
9632 e idlewood dr
Twinsburg, OH 44087


Beverly Shenkel
5185 E. Schoolhouse Rd
Port Clinton, OH 43452


Scott Shepard
6857 BlueBird pl
Hilliard, OH 43026


Jennifer Shepherd
1228 Birchview Dr
Vermillion, OH 44089


Babette Sherer
4492 Darley Court
Hilliard, OH 43026


Minerva Sherman
9181 Boyer lane
Mentor, OH 44060


Ruth Sherman
5457 Tretorn Dr
Hilliard, OH 43026


Roza Sheykoleslam
10203 alger trail
twinsburg, OH 44087


Sara Shields
3740 Stunsail Lane Apt/Suite
COLUMBUS, OH 43221-4815


Christine Shinkawa
212 Greenbrier Drive
Chagrin Falls, OH 44022

Truda Shinker
2226 Bold Venture Dr
Lewis Center, OH 43035


Galina Shinkevich
11500 Somerset dr apt 314 B
N. Royalton, OH 44133


Linda Shinn
3933 Tweedsmuir Drive
Columbus, OH 43221


Lara Shiplett
15519 Ethan Trail
North Royalton, OH 44133


Kimberly Shock
2464 pearson way
Hilliard, OH 43026


Dawn Shoda
5684 Primavera Drive
Mentor, OH 44060


Juanita Shoemaker
6396 Canastota Dr
Hamilton, OH 45011


Jayne Sholtz
95 Bellmore St.
Painesville Twp., OH 44077


Stefanie Shomock
5862 Rocky Shore Drive
Lewis Center, OH 43035


Shore MS
5670 Hopkins Road
Mentor, OH 44060


Natalia Shorokhova
315 Solon Rd #202
Chagrin Falls, OH 44022

Kymber Short
566 Maplewood Dr
Troy, OH 45373

Kim Shovlain
6733 Trafalgar Loop
Dublin, OH 43016

Kristen Shovlin
380 N. Main Street
Hudson, OH 44236

Stacey Shriver
7455 Dahlia Dr.
Mentor on the Lake, OH 44060

Erin Shuck
442 West Lorain Street
Oberlin, OH 44074

Bryan Shulaw
1014 heritage court
Bellefontaine, OH 43311

Kim Shullick
1289 Hollyview dr.
Vermilion, OH 44089

Jennifer Shults
155 Elm St
Oberlin, OH 44074

Joe Shults
7028 Wallace Avenue
Cincinnati, OH 45243

Andrea Shumaker
1305 Dakota Rd
Bellefontaine, OH 43311

Jessica Shuman
4225 McCurdy Rd
Troy, OH 45373

Melanie Shumate
3503 Springlake Cir
Loveland, OH 45241


Christy Shumway
1214 lake ave
Elyria, OH 44035-5001


Kathy Shupp
2725 zoellners ridge
Hamilton, OH 45011


Melinda Shurtz
728 Bristol Rd
Troy, OH 45373


Russ Shuster
2540 hampton rd
rocky river, OH 44116


Tatyana Shuster
7198 Longview Drive
Solon, OH 44139


Stephen Shuttleworth
12 Pinewood Lane
Hudson, OH 44236


Dana Shutty
9625 Juniper Dr.
Chardon, OH 44024


David Shvartsman
7655 Oak Meadow Dr
Hudson, OH 44236


Holly Sidari
11292 worthington way
north royalton, OH 44133


Jessica Sidoti
2686 Tonawanda Dr
Rocky River, OH 44116

Karen Siegel
22362 Sunnyhill Drive
Rocky River, OH 44116


Michael Siegel
500 Norwich Drive
Broadview Heights, OH 44147


DANIEL SIEGRIST
1005 BAYRIDGE DRIVE
LEWIS CENTER, OH 43035


Noelle Sieradzki
7984 Daisy Hill Ct
Painesville, OH 44077


James Sikula
8162 tilby
north royalton, OH 44133


Jeannette Silk
11282 Nicoles Way
Chardon, OH 44024


Marla Silverstein
6162 Penfield Ln
Solon, OH 44139


Courtney Sim n
4500 Astral Dr
Hilliard, OH 43026


Tracy Simiele
11009 Mayfield Rd
Chardon, OH 44024


Carrie Simmerson
32526 Lisa Ln
Solon, OH 44139


Kimberly Simmons
9727 E Idlewood Dr
Twinsburg, OH 44087

Michelle Simon
4476 Shire Mill Rd
Hilliard, OH 43026


Pauline Simonek
15161 Ridge Rd.
North Royalton, OH 44133


Trenton Simonson
1062 Cheltenham Place
Maineville, OH 45039


Brian Simpkins
2645 Carmel Dr
Lewis Center, OH 43035


Ryan Simpson
1447 Cummings Blvd
Madison, OH 44057


Sandra Simpson
2153 Jeffey Drive
HILLIARD, OH 43026


Teri Simpson
179 Sandstone Drive
Painesville, OH 44077


Tricia Simpson
311 West William Street
Maumee, OH 43537


Angel Sims
629 S. Detroit St.
Bellefontaine, OH 43311


Connie Sincaglia
132 South Franklin Street
Chagrin Falls, OH 44022


Pamela Sinclair
37314 Grove Ave. Apt. # 101
Willoughby, OH 44094

Shona Sinclair
11257 Thwing Rd
chardon, OH 44024


Cody Sines
5015 W SCIOTO DR
FAIRFIELD, OH 45014


Annie Singer
34845 Lakeview Dr.
Solon, OH 44139


Patricia Singh
4281 Bluestone Rd
South Euclid, OH 44121


Vinita Singh
8018 gladshire blvd
lewis center, OH 43035


Gia Singleton
36551 Meadowdale
Solon, OH 44139


Toby Singleton
9338 Liberty Rd.
Twinsburg, OH 44087


Timothy Singo
115 Anna Avenue NW
Canton, OH 44708


Prashant Sinha
2957 Seeger St
Columbus, OH 43228


Amy Sirkin
7471 Som Center Road
Solon, OH 44139


Bernadette Sirocky
12410 Oberlin Road
Oberlin, OH 44074

Didik Siswantoro
683 stark ct
columbus, OH 43210


Kelly Sivula
11465 Glenmora Drive
Chardon, OH 44024


Kathie Sizemore
2613 Foxden Dr
Hudson, OH 44236


Emily Skahen
687 Foxwoods Drive
Vermilion, OH 44089


Catherine Skalla
33121 N Burr Oak Drive
Solon, OH 44139


Tamika Skanes
32300A Monroe CT #201
Solon, OH 44139


Darci Skidmore
5989 Anna Lee Dr.
Hudson, OH 44236


Nathan Skidmore
519 N Madriver St
Bellefontaine, OH 43311


Dayle Skocic
112 Church Street
Chagrin Falls, OH 44022


Heidi Skok
6752 Connecticut Colony Circle
Mentor, OH 44060


Tasha Skott
28 Gold Meadow Drive
Lewis Center, OH 43035

DANIELLE SLAPNICKER
8370 browning court
concord twp., OH 44060


Jennifer Slater
2201 Barnet Ct.
Lewis Center, OH 43035


Aimee Slater-West
1313 E Third
Port Clinton, OH 43452


Lori Slates
3215 Greenpark St NW
Massillon, OH 44646


Renee Sleeper
3892 Pinto Court
Columbus, OH 43221


Susanne Sleeper
2300 Tucker Trail
Lewis Center, OH 43035


Larry Slivon
3766 Spur Ln
Columbus, OH 43221


Michal Slominski
2834 Lake Hollow Road
Hilliard, OH 43026


Rachel Slomovitz
7681 Birchmont Drive
Chagrin Falls, OH 44022


Jessica Slouffman
1504 Northview Road
Rocky River, OH 44116


Todd Slowey
8260 Mount Royal Dr
Concord Twp, OH 44077

Nicole Slusher
114 Downing Dr G201
Chardon, OH 44024

Christine Slyman
20800 Beaconsfield Blvd
Rocky River, OH 44116

Tracy Smalley
340 Crestview Dr.
Elyria, OH 44035

Tracey Smallwood
6344 Dan Sherri Dr
Dublin, OH 43016

Stacey Smayda-Ockuly
7630 Settlers Ct.
Mentor, OH 44060

Christina Smelcer
8535 Hilltop Dr
Mentor, OH 44060

Amy Smith
7764 Hidden Hollow Dr.
Mentor, OH 44060

Amy Smith
5019 Devencroft Ct
Hilliard, OH 43026

Andrew Smith
113 n. Stanley st.
Bellefontaine, OH 43311

Arlene Smith
5797 Lake Road
Mentor, OH 44060

Brandon Smith
32504 North Roundhead Dr
Solon, OH 44139

Brett Smith
1209 Northbrook Lane
Troy, OH 45373


Brooke Smith
1120 scenic ct
Troy, OH 45373


Chevon Smith
184 e lorain street
oberlin, OH 44074


Christina Smith
5792 Leslie Dr
Fairfield, OH 45014


Christina Smith
10480 Twp. Rd. 114
Van Buren, OH 45889


Eric Smith
6159 Brambleside Lane
Mentor, OH 44060


Genevieve Smith
1785 Garrett House Lane
Fairfield, OH 45014


James Smith
6736 Woodland Reserve Ct
Madeira, OH 45243


Jennifer Smith
11670 Gate Post Ln
Chardon, OH 44024


Jessica Smith
3027 Landen Farm Rd W
Hilliard, OH 43026


Kari Smith
2762 Haggett Dr.
Twinsburg, OH 44087

Katherine Smith
7975 Brichford Road
Mentor, OH 44060


Kathleen Smith
5131 Meadowview Lane
South Lebanon, OH 45065


Kevin Smith
1441 Ambrose AveNW
Canton, OH 44708


Lauren Smith
7716 Cemetery Road
Vermilion, OH 44089


Laurie Smith
320 Elmford Ave SW
Massillon, OH 44646


Leif Smith
8491 Squad Drive
Galloway, OH 43119


Lisa Smith
26 Sussex Road
Hudson, OH 44236


Liza Smith
406 Windsor Drive
Elyria, OH 44035


Michelle Smith
314 S. Hambden St.
Chardon, OH 44024


Michelle Smith
6233 Navarre Rd SW
Canton, OH 44706


Nicola Smith
7747 Rutland Dr
Mentor, OH 44060

Scott Smith
10386 Johnnycake Ridge Rd
Concord Twp, OH 44077

Shae Smith
9101 Tiffany Dr
North Royalton, OH 44133

Sheri Smith
9131 Sugarbush Dr
Mentor, OH 44060

Stephanie Smith
3408 Ridge Gap Rd
Columbus, OH 43221

Tammy Smith
10113 Belmeadow Dr.
Twinsburg, OH 44087

Wendy Smith
6779 North Weatherby Drive
mentor, OH 44060

Bonnie Smith-Stafford
7340 Fern Dr.
Mentor, OH 44060

Steve Smithingell
7626 Cedar Rd
Chesterland, OH 44026

Kim Smrecansky
3418 Marl Pl
Columbus, OH 43221

Joelle Snavely
299 Bentleyville Rd.
Chagrin Falls, OH 44022

Amanda Snedden
2475 Ashdale Dr.
Twinsburg, OH 44087

Peta Sneek
11231 Hampton Bay Lane
Painesville, OH 44077


Jessica Snell
143 Fruitland Avenue
Painesville, OH 44077


Trinidad Snider
11350 Grey Friar Way
Chardon, OH 44024


AnneMarie Snow
2816 Lakeview Avenue
Rocky River, OH 44116


Jessica Snow
10230 Penniman Drive
Chardon, OH 44024


Lisa Snow
3067 Killingworth Ln
Twinsburg, OH 44087


Tara Snow
750 Lawnview blvd
Chardon, OH 44024


Jodi Snowden
8148 Jordan Ridge
Cleves, OH 45002


Andy Snyder
4371 Schirtzinger Rd.
Hilliard, OH 43026


Candice Snyder
7451 Mar Del Drive
Cincinnati, OH 45243


Christine Snyder
8280 Mentor Ave
Mentor, OH 44060

Kathie Snyder
12811twp.rd.108
Findlay, OH 45840

Laura Snyder
11431 Twin Mills Lane
Chardon, OH 44024

Mary Snyder
5690 Alliance Way
Columbus, OH 43228

Michelle Snyder
450 kristina dr apt 8b
bellefontaine, OH 43311

Michelle Snyder
19400 Frazier drive
Rocky river, OH 44116-1727

Shawn Snyder
4793 Augustus court
Hilliard, OH 43026

Gina Soble
191 Bowhall Road
Painesville, OH 44077

Elyse Sobol
19412 Battersea Blvd.
Rocky River, OH 44116

Debi Sobonya
147 Colonial Dr
Painesville, OH 44077

April Sockol
44 Manor Dr
Hudson, OH 44236

Stacy Sohner
4325 Huntwicke Ct
Hilliard, OH 43026

Stephanie Solich
110 Cedar Glen
Chardon, OH 44024


Solon MS
6835 SOM Center Road
Solon, OH 44139


Valentina Solorzano
175 Cheshire Rd
Hudson, OH 44236


Michael Somers
1596 Northview Rd
Rocky River, OH 44116


Jennifer Son
3700 Grimes Drive
Columbus, OH 43204


Donna Soncrant
13052 Coachman Dr
Chardon, OH 44024


Michelle Soneson
887 bates rd
ROCKY RIVER, OH 44116


Brenda Sooy
84 Hickory Lane
Hudson, OH 44236


Frederick Sopnicar
486 E 327th Street
Willowick, OH 44095


Maria Sorge
6542 Inland Shores Dr
Mentor, OH 44060


Nikki Sorrells
10594 Lindmar Dr.
Concord twp., OH 44077

Leanna Sortor
3253 Twp Rd 142
Findlay, OH 45840

Khalid SosseyAlaoui
2651 Edgewood rd
Beachwood, OH 44122

Nancy Soto
950 Varsity Ave
Columbus, OH 43221

Natalie Soto-Burke
8 Philip Court
Elyria, OH 44035

Lorrie Sotzing
546 Maplewood Drive
Troy, OH 45373

Greg Soukup
11115 courtney ct
chardon, OH 44024

Kristy Soukup
8286 Mentorwood Dr.
Mentor, OH 44060

Millicent Souser
6645 Westpoint Drive
Hudson, OH 44236

Mary South
142 Brandywine Drive
Hudson, OH 44236

Amy Southard
1859 County Road 10
Bellefontaine, OH 43311

Rana Southern
7238 STONERUN PL
LIBERTY TOWNSHIP, OH 45044

Amy Sowards
7430 Pamela dr
north royalton, OH 44133

Denise Sowder
6771 Beagle Drive
Hamilton, OH 45011

Amber Sowers
1105 N Market Street
Troy, OH 45373

Melissa Spahr
2112 Winchester Pl
Fairfield, OH 45014

Heather Spakes
7510 Bellflower rd
Mentor, OH 44060

Holly Spangler
8134 York road
north Royalton, OH 44133

Stacy Spangler
124 Bowhall Rd
Painesville, OH 44077

Jill Spano
79 Colony Drive
Hudson, OH 44236

Judd Spaulding
7710 Harnessfield Ln
Painesville, OH 44077

Paul Speicher
7603 Sugarbush Trail
Hudson, OH 44236

Steven Speicher
8565 Clover Glade Dr
Lewis Center, OH 43035

Amanda Spencer
514 Laurel Ave.
Port Clinton, OH 43452


Jessica Spencer
4414 East Island Pines Drive
Port Clinton, OH 43452


Latasha Spencer
5560 Elm Hill Dr
Solon, OH 44139


Chris Sperry
6738 Evergreen Rd.
Hudson, OH 44236


Michael Speyer
13929 West Willard Dr
Novelty, OH 44072


Scott Spieker
6407 Melshore Drive
Mentor, OH 44060


Karen Spiers
970 Stoneyridge Ave
Troy, OH 45373


Jaime Spies
7237 Rita Lane
Cincinnati, OH 45243


Kate Spies
21179 Stratford Ave
Rocky River, OH 44116


Alda Spike
4899 Heath Trails Road
Hilliard, OH 43026


Louis Spike
7470 Hopkins Road
Mentor, OH 44060

Norine Spoelker
5471 Creek Park Dr
South Lebanon, OH 45065

Diane Spohn
5848 Heirship Court
Hilliard, OH 43026

Julie Spohn
6021 Ogilby Drive
Hudson, OH 44236

Jessica Spooner
41485 beechwood dr
elyria, OH 44035

Stephenie Spotz
103 Fox Pointe Dr
Chardon, OH 44024

Jennifer Sprafka
7047 Navajo Trail
Solon, OH 44139

Kelly Sprague
10745 Howard Drive
Chardon, OH 44024

Elizabeth Spring
5020 15th st sw
Canton, OH 44710

Robert Springer
6803 Sutherland ct
Mentor, OH 44060

Jennifer Squires
107 Sugarbush Gln
Chardon, OH 44024

Harjit Sran
10276 Laura Lane
Twinsburg, OH 44087

Rashmi Sreeram
38120 Kerrington Way
Solon, OH 44139


St. Gabriel School
9935 Johnnycake Ridge Rd
Mentor, OH 44060


Laurie Staab
8804 Meadow Grass Lane
Lewis Center, OH 43035


Beth Stachler
104 Organ St
Bellefontaine, OH 43311


Cindy Stack
Hawk Ave 7477
Mentor, OH 44060


Jennifer Staib
612 Kaspar Street
Port Clinton, OH 43452


Jenny Stallworth
7431 Southside Avenue
Cincinnati, OH 45243


Erin Stamolis
9192 Tahoma St.
Columbus, OH 43240


Eric Stamps
2610 Blackmore court
Troy, OH 45373


Ashley Standley
555 Staunton Commons Dr apt 29
Troy, OH 45373


Brandon Standley
1313 Dakota Road
Bellefontaine, OH 43311

Kerry Stanley
2701 Parkwood Drive
Troy, OH 45373


Sharon Stanley
101 Skidmore
Cleves, OH 45002


Samantha Stanton
35150 Pettibone Road
Solon, OH 44139


Alexandra Stanziano
702 Clinton Street
Port Clinton, OH 43452


Heather Staples
2291 Asics road 302
Hilliard, OH 43026


Carson Stark
7494 Callow Road
Painesville, OH 44077


Dee Stark-Kurtz
206 North Street
Chardon, OH 44024


ALLISON STARKS
10374 BELLEAU DRIVE
TWINSBURG, OH 44087


Angela Starks
5589 Echo Springs Dr
Hamilton, OH 45011


Jennifer Starr
5551 Kinvarra Lane
Dublin, OH 43016


Brian Starrett
6115 Sunny Vale Drive
Columbus, OH 43228

State of Ohio
Department of Taxation
PO Box 530
Attn: Bankruptcy Dept.
Columbus, OH 43216-0530


Matthew Staten
5441 Mirage Drive
Hilliard, OH 43026


Tom Staten
211 Leonard ave sw
massillom, OH 44646


Valli Stauffer
2091 Gary Drive Twinsburg
Twinsburg, OH 44087


Tiffany StClair
9449 Altamont Dr Apt A
Twinsburg, OH 44087


Carolyn Stearns
4103 Plain Center Avenue NE
Canton, OH 44714


Melanie Stebler
2525 Augusta Dr SE
Massillon, OH 44646


Christina Stec
2644 Blue Heron Drive
Hudson, OH 44236


Michael Stedman
407 MEADOW VIEW DR
POWELL, OH 43065


Priscilla Steele
2563 Cosmos Dr
Loveland, OH 45140


Jaime Steen
4945 Baker Rd
Leroy, OH 44057

Lori Stefanski
5331 Winters Run Rd
Dublin, OH 43016


Polly Steffen
11949 Burlington Glen Drive
Chardon, OH 44024


Jo-Anne Steggall
257 Shipherd Cir
Oberlin, OH 44074


Susan Steggeman
417 E Sandusky
Bellefontaine, OH 43311


Michelle Steggemann
1043 Dellwood dr
Troy, OH 45373


Edward Stein
136 Cheshire Road
Hudson, OH 44236


Michele Steinberger
7086 Cross Creek Dr.
Mentor, OH 44060


Jacquelyn Steineman
125 e high ave
Bellefontaine, OH 43311


Kimberly Steinmann
8207 Hamptonshire Drive
Cleves, OH 45002


Michael Stephens
8275 PROCTOR RD.
Painesville, OH 44077


David Sternagle
10755 Cottage Hill Ln
Chardon, OH 44024

Sandor Sternberg
34 Chadbourne Drive
Hudson, OH 44236


Lori Sternisha
3321 River Narrows Rd
Hilliard, OH 43026


Kimberly Stevens
5350 Crystal Drive
Fairfield, OH 45014


Michelle Stevens
7388 Silver Creek Road
Cleves, OH 45002


Jennifer Stevenson
9844 Weathersfield Dr
Mentor, OH 44060


Bobbie Stewart
328 E. Brwn Ave
Bellefontaine, OH 43311


Holly Stewart
7306 Iuka Ave
Cincinnati, OH 45243


Lori Stewart
10030 Parmalee Drive
Twinsburg, OH 44087


Rachel Stewart
8223 Russet Lane
Maineville, OH 45039


Rochelle Stewart
3820 Schroeder Dr
Fairfield, OH 45011


Shane Stewart
3737 Wanda way
Findlay, OH 45840

Lori Stickler
5668 Abbyshire drive
Hudson, OH 44236


Annette Stierwalt
8101 Saddleback Place
Maineville, OH 45039


Jenna Stiles
4950 Hollow Oak Ct
Hilliard, OH 43026


Alexandra Still
378 Reamer Place
Oberlin, OH 44074


Jewel Still
715 State apt3
Port Clinton, OH 43452


Melissa Stillion
4172 Knolls Ave SW
Massillon, OH 44646


Alissa Stinson
230 Senlac Hills Drive
Chagrin Falls, OH 44022


Jackie Stiteler
1417 WILHOIT AVE
LEWIS CENTER, OH 43035-7904


Morgan Stith
5735 Tacoma rd
Columbus, OH 43229-4212


Tabatha Stitt
5018 Piccadilly St SW
Canton, OH 44706


Barb Stitzer
6152 Burr Oak Way
Hudson, OH 44236

Rochelle Stively
200 N. Crest Dr.
Port Clinton, OH 43452

Kimberly Stivers
6001 Flaig Dr
Fairfield, OH 45014

Emily Stockard
920 Salem Ave
Elyria, OH 44035

Jason Stockmaster
6729 N Weatherby Dr
Mentor, OH 44060

Steve Stoiner
222 hyder dr
madison, OH 44057

Resia Stokes
8776 Ray Ct. Apt.1 #1
Twinsburg, OH 44087

Satetha Stokes
422 west 5 th st
port clinton, OH 43452

Terry Stolly
3679 township road 180
Bellefontaine, OH 43311

Patrick Stoneking
8880 Chaucer Blvd
Broadview Heights, OH 44147

Amanda Stout
3750 Parkside Reserve st
Vermilion, OH 44089

Noreen Stout
9373 Clopton Court
Mentor, OH 44060

Jamie Stover
5940 Eastham Way
Hudson, OH 44236


Lynn Stover
37356 Cherrybank Dr
Solon, OH 44139


Scott Stover
5940 Eastham Way
Hudson, OH 44236


Angela StPierre
7450 Wetherburn Way
Hudson, OH 44236


Patricia Strama
4550 Newbury Drive
Vermilion, OH 44089


Jennifer Strapp
7102 TR 243
Findlay, OH 45840


Kevin Strauss
7321 Port Royal Court
Mentor, OH 44060


Tanya Streckfuss
2263 Candlemakers Ln
Maineville, OH 45039


Christie Strickland
2833 Jeanne Ct
Lewis Center, OH 43035


Christine Strlich
136 Ferris Ave.
Chardon, OH 44024


Pamela Strong
3706 Concord Dr
Beachwood, OH 44122

Stephany Stroth
7921 Mentor Ave Apt 101
Mentor, OH 44060


Brittny Strubbe
2452 Cambridge Drive
Hudson, OH 44236


Tamara Struk
280 Falls Walk Way
Chagrin Falls, OH 44022


Lesa Strull
8543 BRIDGETOWN RD
CLEVES, OH 45002


David Strunk
7106 Van Buren Ct
Mentor, OH 44060


Shelley Stuart
4445 9th St. NW
Canton, OH 44708


JasonKassia Studebaker
2503 Glasgow Drive
Troy, OH 45373


Tera Studebaker
3030 Meadowwood St NW
Massillon, OH 44646


Julie Studt
309 Newpine Dr
Cleves, OH 45002


Jaime Stultz
2001 Nicklaus Drive
Findlay, OH 45840


David Stump
4378 Dublin Road
Columbus, OH 43221

Julie Stupi
11451 Auburn Rd.
Chardon, OH 44024

Brooke Stutzman
2244 Bluestone Drive
Findlay, OH 45840

Ann Stuver
3017 GOLDEN OAK DR
HILLIARD, OH 43026

Lela Styles
446 Fairgrounds Rd
Painesville, OH 44077

Teresa Suchecki
5366 Carina ct west
Hilliard, OH 43026

Keesha Sucher
5248 Ritchey Ln
South Lebanon, OH 45065-8791

Kathy Suhadolnik
18921 E Shoreland Ave
Rocky River, OH 44116

Frank Sulka
11720 Sherman Rd.
Chardon, OH 44024

Linda Sullivan
881 Silverberry Lane
Hudson, OH 44236

Randy Sullivan
6488 Meadowbrook Dr
Mentor, OH 44060

Matthew Suminski
4461 Moraine Ave
Hilliard, OH 43026

Torre Summers
2423 Limestone Way
Columbus, OH 43228

Michelle Sumner
325 Garfield Ave
Troy, OH 45373

Margaret Sumption
3838 Equestrian Court
Columbus, OH 43221

Liqun Sun
7332 Glenwillow Pl.
Solon, OH 44139

Patricia Sun
23500 E Silsby Rd
Beachwood, OH 44122

Holly Suszynski
11175 Beechnut Lane
Chardon, OH 44024

David Sutton
8447 Olenbrook Dr
Lewis Center, OH 43035

Emily Sutton
114 Blackberry Dr
Hudson, OH 44236

Frances Sutton
12455 Claridon Troy Road
Chardon, OH 44024

Kelli Sutton
7740 Ranett Ave
Hudson, OH 44236

Stephanie Sutton
7739 Oxgate Court
Hudson, OH 44236

Michael Suver
7857 Lydia Dr
Lewis Center, OH 43035

Roberta Suydam
1469 Plantation Drive
Hudson, OH 44236

Toshio Suzuki
5870 Nicholson Dr
Hudson, OH 44236

Senka Svilar
6608 Crossbow Court
North Royalton, OH 44133

Colleen Swabby
5300 Triple Crown Court
Columbus, OH 43221

Randal Swan
6522 Bryson Drive
Mentor, OH 44060

Trina Swaney
8234 Rushton Dr
Mentor, OH 44060

Scott Swansiger
3236 Sunhaven Oval
Parma, OH 44134-5835

Jackie Swartz
312 N main street
Bellefontaine, OH 43311

Joe Swartz
2393 Oakthorpe Drive
Hilliard, OH 43026

Tracy Swartzendruber
61 Ambrose Drive
Hudson, OH 44236

Cynthia Swauger
9923 Regatta Tr
Aurora, OH 44202


Darren Sweeney
19447 Westover Avenue
Rocky River, OH 44116


Mary Sweet
11677 Sycamore Rd
Chardon, OH 44024


Christine Swenson
2394 Charoe Street
Lewis Center, OH 43035


Kristi Swentor
43 Church St
Chagrin Falls, OH 44022


Jen Swiczkowski
220 E 10th St.
Port Clinton, OH 43452


Lorenda Swindol
6209 Campbell Rd
Mentor, OH 44060


Duane Swingley
400 wren ave
Bellefontaine, OH 43311


Heather Switzer
5655 Lakeside Drive
Fairfield, OH 45014


Nisa Switzer
4125 Stonehaven Rd
South Euclid, OH 44121


Kevin Swope
7323 Dog Trot Road
Cincinnati, OH 45248

Brenna Syphard
6791 Ballantrae Pl
Dublin, OH 43016


Heather Syrett
5079 Ravenglass Ct
Columbus, OH 43221


Josephine Szabo
37153 Deer Run
Solon, OH 44139


Tammy Szalay
9505 roryanna drive
chardon, OH 44024


Michael Szapowal
11117 Chillicothe Rd.
Chesterland, OH 44026


Jenny Szucs-Osinski
1265 Bell Road
Chagrin Falls, OH 44022


Vicky Taddie
141 north st
chardon, OH 44024


Emma Tadtaeva
4895 Cedars Bluff Dr. Unit#5
South Lebanon, OH 45065


Chris Taglieri
6241 Tina Dr
Mentor, OH 44060


Avivit Taib
23305 S Chagrin BLVD #208
Beachwood, OH 44122


Melinda Taiclet
9318 Wilson Mills Rd
Chesterland, OH 44026

Rita Takenaga
35 Meadow View Court
Powell, OH 43065

Charles Talbot
8939 Primrose Dr.
Loveland, OH 45140

Lauren Talion
7050 Topper Dr
Hudson, OH 44236

Beth Talpas
7264 Julia Dr
North Royalton, OH 44133

Elizabeth Tambellini
2945 Lake Hollow Rd
Hilliard, OH 43026

Crystal Tamura
7950 Mentor Ave M2
Mentor, OH 44060

Matthew Tarczy
1601 Sapphire Drive
Hudson, OH 44236

Kelly Tarnowski
1110 Shelton Circle
Broadview Hts, OH 44147

Bernhard Tauffer
10369 Fox Hollow Circle
Twinsburg, OH 44087

Sheri Tavens
33090 Wintergreen Drive
Solon, OH 44139

Taylor MS
56 Cooper Road
Cleves, OH 45002

Cari Taylor
14010 Darrow Road
Vermilion, OH 44089


Eddie Taylor
69 Hall ST
Chagrin Falls, OH 44022


Frank Taylor
4101 Greenwood Oval
North Royalton, OH 44133


Jodi Taylor
7464 Worlington Drive
Solon, OH 44139


Kristine Taylor
2589 Schafer Knoll Ct
Hamilton, OH 45011


NIKKI TAYLOR
544 STAFFORD DR
ELYRIA, OH 44035


Sarah Taylor
6723 Pinebrooke Drive
Hudson, OH 44236


Tracy Taylor
3724 County Road 11
Bellefontaine, OH 43311


LeeAnn Teagno
9600 Brayes Manor Drive
Mentor, OH 44060


Jennifer Teale
3263 Cheyenne Ct
Fairfield Township, OH 45011


Wintana Tecle
5209 Winsome Way
Columbus, OH 43220

Jamie Teel
311 Marseilles ave
Elyria, OH 44035


Joao Teixeira
23716 E Silsby Rd
Beachwood, OH 44122


Telecom Assurance, LLC
3867 W Market Str, Suite 136
Akron, OH 44333


Paula Telepak
32380 W. Nimrod St.
Solon, OH 44139


Crystal Temple
8675 Mentor Rd
Mentor, OH 44060


Lynn Tepper
65 Potomac Drive
Chagrin Falls, OH 44022


Victoria Terekhova
5647 Westminster Drive
Solon, OH 44139


CINDY TESKE
5455 GOOSEFALLS DR
Dubiln, OH 43016


Stephanie Teson
2157 Weston Dr
Hudson, OH 44236


Leigh Thacker
1212 lost tree dr. n.w.
canton, OH 44708


Renee Thagard
9064 Ellersly Dr
Lewis Center, OH 43035

Jumana Thaher
5895 waterview dr
Hilliard, OH 43026


Keerthana Thambireddy
2385 Reeves Ave
Lewis Center, OH 43035


The Distillata Company
1608 East 24th Street
Cleveland, OH 44114


The Illuminating Company
PO Box 3687
Akron, OH 44309


The Smarter Merchant LLC
1115 Broadway
New York, NY 10010


Joseph Theibert
519 E 11th St
port Clinton, OH 43452


William Thesling
7332 E Firelands Dr
Hudson, OH 44236


Holly Thibault
7042 Ashwood Knolls Dr
Hamilton, OH 45011


Jamie Thobe
8645 BRAKEMAN RD
CHARDON, OH 44024


Ramgopal Thodla
5777 Frantz Road
Dublin, OH 43017


Kevin Thom
2626 OAKVIEW ST. NW
MASSILLON, OH 44646

Erin Thoma
3730 Indian Brave Trail
Cleves, OH 45002


Angie Thomas
9287 windy creek drive
columbus, OH 43240


Belynda Thomas
1948 Regan Court
Hudson, OH 44236


Debra Thomas
8170 Rainbow Dr.
Concord Twp, OH 44077


Denise Thomas
55 Meadowview Court
Fairfield, OH 45014


Fattar Thomas
4841 Persimmon Ln
North Royalton, OH 44133


Kara Thomas
5251 Oakvale St SW
Canton, OH 44706


Kimberly Thomas
384 Pemberton Dr.
Elyria, OH 44035


L Thomas
9328 Ashcroft Lane
Twinsburg, OH 44087


Natashia Thomas
4165 Shire Cove Road
Hilliard, OH 43026


Paul Thomas
8392 Master Court
Galloway, OH 43119

Shirley Thomas
26374 Annesley Road
Beachwood, OH 44122


Syreeta Thomas
937 fairwood blvd
Elyria, OH 44035


Tony Thomas
32500 Monroe Ct Apt B206
Solon, OH 44139


Wendy Thomas-Kollar
2257 Herrick Circle
Hudson, OH 44236


Angela Thompson
803 Louise ave
Fairfield, OH 45014


Becky Thompson
6772 St. James Circle
Hudson, OH 44236


Bethany Thompson
3473 Woodland Dr.
Hilliard, OH 43026


Carol Thompson
289 Crestview Dr
Elyria, OH 44035


Erin Thompson
4751 Rossmoor Pl
Columbus, OH 43220


JACKIE THOMPSON
11400 SOMSERSET DR. #132
NORTH ROYALTON, OH 44133


Jeff Thompson
69 Waterford Drive
Chagrin Falls, OH 44022

Jennifer Thompson
33330 Rockford Drive
Solon, OH 44139

Karena Thompson
7133 Gauntlet ST SW
Massillon, OH 44646

Keith Thompson
2470 Warren Pkwy Apt 18
Twinsburg, OH 44087-1364

Kirsten Thompson
6509 Marsol Road #321
Mayfield Heights, OH 44124

Melissa Thompson
251 S. Park Street
Oberlin, OH 44074

Michelle Thompson
7251 Mulberry Road
Chesterland, OH 44026

Vanessa Thompson
254 Grafton Street
Oberlin, OH 44074

Karen Thorne
277 White Oak Dr.
Elyria, OH 44035

Jennifer Thornhill
290 N Prospect St
Oberlin, OH 44074

Patricia Thornton
2768 Max Ct
Twinsburg, OH 44087

Shenoa Thornton
2790 Richmond RD
Beachwood, OH 44122

Lyndsay Thorpe
1984 Stoney Hill Drive
Hudson, OH 44236

Kathleen Thrush
3575 Nautilus Trail
Reminderville, OH 44202

Matthew Thurman
117 Lakeview Ln
Chagrin Falls, OH 44022

Amanda Tietze
5258 Dolores St SW
Canton, OH 44706

James Tighe
3819 Confluence Dr
Hilliard, OH 43026

Michael Tilson
515 W 3rd St
Port Clinton, OH 43452

Liz Tilton
9610 Fox Meadow Lane
Chardon, OH 44024

Time Warner Cable
PO Box 223085
Pittsburgh, PA 15251

Heidi Timko
3989 Deacon Court
Hudson, OH 44236

Amy Timm
7821 Mulberry Rd
Chesterland, OH 44026

Natalia Timofeyeva
3333 Steeplechase Lane apt.2C
Loveland, OH 45140

Jennifer Tindira
1405 Durham Drive
Broadview Heights, OH 44147

David Tinnerman
6760 Trafalgar Loop
Dublin, OH 43016

Peg Tipka
5860 Nicholson drive
Hudson, OH 44236

Michele Titmas
2591 Deer Hollow
Hudson, OH 44236

Danielle Tobias
4803 Mattox St
COLUMBUS, OH 43228

Stephanie Toitch
1420 Gelbray Ave
Columbus, OH 43204

Rachel Tokmenko
3405 Portside Dr
Vermilion, OH 44089

Helen Toledo
2893 Gasser Blvd
Rocky River, OH 44116

Andrew Tollafield
5745 Privilege Dr.
Hilliard, OH 43026

Kina Tolliver
1713 Glenwood Drive
Twinsburg, OH 44087

Rajesh TOMAR
11488 GLEN ABBEY DR
NORTH ROYALTON, OH 44133

Angelo Tomarchio
7616 Worlington Drive
Solon, OH 44139


Lidia Tomasic-Borris
11742 Ivy Ridge Drive
North Royalton, OH 44133


Meghan Tomechak
7007 Roespark Blvd
Lewis Center, OH 43035


Jeanne Tomei
113 Waverly Ln
Chagrin Falls, OH 44022


Stacy Tomko
32700 Seneca Drive
Solon, OH 44139


Amanda Tompkins
2794 Meadowpoint Dr
Troy, OH 45373


Renee Tomsik
2775 Wagar Road
Rocky River, OH 44102


Jeffrey Tong
9 Jefferson Drive
Hudson, OH 44236


Shelley Tong
8076 Gladshire Blvd
Lewis Center, OH 43035


Krista Toole
21585 Aberdeen Road
Rocky River, OH 44116


Jennifer Toothman
13105 Kevin Lane
Chardon, OH 44024

Rebecca Tope
6633 Thunderhill Ln
Cincinnati, OH 45233


Dave Torggler
6746 Shawnee Run Rd
Cincinnati, OH 45243


Matina Tornick
3446 Live Oak Place
Columbus, OH 43221


Mia Torres
2337 Pleasant Colony Driv
Lewis Center, OH 43035


Ventura Torres
9 cosway ct #107
fairfield, OH 45014


William Torres
241 Windsor Dr
Elyria, OH 44035


Belkis Torres-Cotta
24701 Wimbledon RD.
Beachwood, OH 44122


Kyoko Tosi
156 Stratford Rd.
Hudson, OH 44236


Ervita Toska
4186 Wooster Rd.
Rocky River, OH 44116


Lori Toth
38135 Fox Run Dr.
Solon, OH 44139


Michelle Toth
7495 jasani ct
mentor, OH 44060

Krista Toutant
10535 Calico Lane
Chardon, OH 44024

Tracy Townsend
3434 Golfview Court
Fairfield, OH 45014

Karen Tracy
8626 Army Place
Galloway, OH 43119

Binh Tran
5882 Sequoia Ct
Mentor-on-the-lake, OH 44060

Jennifer Trask
7444 Royal Portrush Dr
Solon, OH 44139

Jennifer Trautmann
7520 Andover Way
Hudson, OH 44236

Allen Travis
23805 east groveland
Beachwood, OH 44122

Angela Treadway
5864 Hunting Haven Dr
Hilliard, OH 43026

Pamela Trebec
9554 Graystone Lane
Mentor, OH 44060

William Trecarichi
11100 kimmeridge trail
newbury, OH 44065

Nici Trem
6806 PALMERSTON DR
MENTOR, OH 44060-3924

Jeany Tri
6680 sherwood
north royalton, OH 44133


Mary Tripodo
6320 Reynolds Rd
Mentor, OH 44060


Chris Tripp
562 Deerwood Ct.
Painesville, OH 44077


Tami Trivonovich
5000 Corkwood Drive
N Royalton, OH 44133


Denise Troha
10056 Johnnycake Ridge Rd
Concord, OH 44077


Candida Truitt
198 Edgefield Drive
Cleves, OH 45002


Stacia Trump
519 21st Street NW
Canton, OH 44709


Olga Tselma
32608 haverhill dr
solon, OH 44139


Steven Tsourkas
4251 Shire Landing Road
Hilliard, OH 43026


Adele Tucker
2154 Lyndway road
Beachwood, OH 44122-1280


Amanda Tucker
221 Ellis street
Troy, OH 45373

Suzy Tucker
6120 Lakota Drive
Cincinnati, OH 45243


Bela Tukkev
8244 creekwoods pl
Maineville, OH 45039


Kristin Tull
325 Grey Fox Run
Bentleyville, OH 44022


Andrea Tumler
2052 Riverwood Tr
Kingsmills, OH 45034


Jeannie Tungate
406 Creekborough Ct
South Lebanon, OH 45065


Kate Turic
11420 labrador ln
concord, OH 44077


Stephanie Turkal
4324 duke cir sw
massillon, OH 44646


Deena Turnbull
2460 Broken Woods Drive
Troy, OH 45373


Danielle Turner
7304 Jimmie St SW
Massillon, OH 44646


Jeff Turner
765 E Columbus Ave.
Bellefontaine, OH 43311


Karen Turner
2677 Bronsons Way
Twinsburg, OH 44087

Kim Turner
5552 Kinvarra Ct
Dublin, OH 43016


Shelly Turner
2663 Ashwood Dr
Loveland, OH 45140


Tiffany Turner
9953 Brookhill Circle
Twinsburg, OH 44087


Timea Turoczi
10 Skyline dr
Chagrin Falls, OH 44022


Ryan Tuttle
5051 Britton Farms Drive
Hilliard, OH 43026


Gladys Twumwaa
80 Bent Tree Dr Apt 2D
Fairfield, OH 45014


Jacqueline Tynan
506 Rachel Cir. N.W.
Massillon, OH 44646


U.S. Bank Equipment Finance
PO Box 790448
St. Louis, MO 63179


Doug Uchbar
11775 Parkwood Dr
Chardon, OH 44024


Charles Uhler
3445 palmer dr
rocky river, OH 44116


Judith Uijtewaal
31 Blackberry Drive
Hudson, OH 44236

Christine Ule
704 Radford Drive
Richmond Heights, OH 44143


Michael Uline
946 Bates Road
Rocky River, OH 44116


JENNIFER UNDERWOOD
1294 COUNTY RD 236
van buren, OH 45889


Amy Unger
6524 Dunbarton Drive
Hudson, OH 44236


Claudia Unger
7170 Lakeshore blvd
Mentor, OH 44060


Nichole Unger
911 Washington St.
Troy, OH 45373


Lauren Unke
33 Nathan CT
Hudson, OH 44236


Rhonda Unthank
3304 Triplecrown Dr.
North Bend, OH 45052


Shankar Upadhyayula
300 HIDDEN LAKE LANE
Peninsula, OH 44264


Erin Upchurch
5099 Sansom Court
Columbus, OH 43220


Nancy Upholz
6252 Inland Shores Drive
Mentor, OH 44060

Amy Upp
3202 Terra Drive
Columbus, OH 43228


Lynda Urdzik
10274 Sandalwood Lane
Twinsburg, OH 44087


Inna Ushats
32617 Seneca Dr
Solon, OH 44139


Robert Uy
2648 Forestview Avenue
Rocky River, OH 44116


Antonia Uzl
417 Wilmington Dr.
Broadview Heights, OH 44147


Grace Vacca
20353 Westhaven Lane
ROCKY RIVER, OH 44116


Jennifer Vacca
2887 Columbia Trl
Loveland, OH 45140


Don Vaccariello
5758 Bunker
North Royalton, OH 44133


Antoanela Vaccaro
270 Grey Fox Run None
Bentleyville, OH 44022


Kristy Vagnier
1487 Aniko Ave.
Lewis Center, OH 43035


Ellen Vahue
7440 Shewango Way
Madeira, OH 45243

Meghan Vaillancourt
1927 Hyannis Circle
Hudson, OH 44236


Leslie Vajner
14795 Lancelot Lane West
North Royalton, OH 44133


Melissa Valenti
3801 Portside Dr.
Vermilion, OH 44089


Ronni Valentino
1295 Della Place
Columbus, OH 43228


JP Valiuls
7904 Norma Court
Lewis Center, OH 43035


Carla Valles
172 Loyola Drive
Elyria, OH 44035


Jennifer Valley
6566 Akins Road
North Royalton, OH 44133


Scott Valore
8630 mansion blvd.
mentor, OH 44060


Todd Valore
7851 Champaign Dr.
Mentor, OH 44060


Anna Valuyskikh
5234 Crofton Avenue
Solon, OH 44139


Van Buren MS
217 South Main Street
Van Buren, OH 45889

Van Cleve 6th Grade School
617 East Main Street
Troy, OH 45373


Linda VanAtta
200 E. Bigelow
Findlay, OH 45840


Lori VanBokkelen
7638 Hempfield Lane
Hudson, OH 44236


Kristi Vance
8603 Lazelle Commons Drive
Lewis Center, OH 43035


Jillian VanderMerwe
8829 Logger Place
Mason, OH 45040


Daniel VanDeusen
5545 KINVARRA CT
DUBLIN, OH 43016-6027


Kimberly VanGundy
3790 Smiley Road
Hilliard, OH 43026


Amy VanHoose
312 E. High Ave
Bellefontaine, OH 43311


Travis VanNeste
85 Wildhurst Road
Excelsior, MN 55331


Debi Vannoy
9965 Darrow Park Dr F106
Twinsburg, OH 44087


Angela Vannucci
3818 Bradfords Gate
Rocky River, OH 44116

Michele Vano
6145 Althea Dr
Painesville, OH 44077


Patricia Vano
9263 Terrace Park Dr.
Mentor, OH 44060


Danielle Vanone
12145 sperry
chesterland, OH 44026


Nate VanSteenvoort
7679 FEDER ROAD
GALLOWAY, OH 43119


Danielle VanVorhis
7724 West Watermark Dr
Findlay, OH 45840


Kolin VanWinkle
5740 Birdie Lane
Mentor, OH 44060


John Varga
35 Nantucket drive
Hudson, OH 44236


Melissa Vata
6890 Topper dr
Hudson, OH 44136


Ashleigh Vaughn
5860 Katara Drive
Galloway, OH 43119


Barbara Vaughn
2221 Tanner Ave S W
Canton, OH 44706


Julie Vaughn
7983 Colonial Dr Apt C
Mentor, OH 44060

Maria Vazquez
1520 hawk circle apt a
Troy, OH 45373


Nina Vazquez
5595 Autumncrest St SW
Canton, OH 44706


Yolanda Veasey
9931 Darrow Park Drive 110-M
Twinsburg, OH 44087


Amy Vecchio
8089 cloveridge road
chagrin falls, OH 44022


Scott Vehar
8250 Lancaster Dr.
Mentor, OH 44060


Laurel Velazquez
24609 Duffield Road
Beachwood, OH 44122


Bonnie Veleba
8415 Music st
chagrin Falls, OH 44022


Luis Velez
1236 kildale sq n
columbus, OH 43229


Carl Vella
2046 Spring Ridge
Twinsburg, OH 44087


Ayse Vellky
1903 Forestview Lane
Delaware, OH 43015


Stephanie Vellky
3686 Lagoon Ln
Hilliard, OH 43026

Shannon Velotta
12402 Harold Dr
Chesterland, OH 44026


Aneta Velovski
96 Purple Leaf Ln
Lewis Center, OH 43035


Kristen Veltkamp
17350 Parkside Drive
North Royalton, OH 44133


Natalie Vendetti
6521 Sherry Lane
Hilliard, OH 43026


Sarah Venezian
7724 Shawnee Run Rd
Cincinnati, OH 45243


SHANKAR VENKATARAMAN
331 HOLLY GROVE ROAD
LEWIS CENTER, OH 43035


Rachel Venti
3066 Ravenna St
Hudson, OH 44236


Sherryl Verceles
2200 Shamrock Lane
Troy, OH 45373


Carol Vernyi
3693 Sea Ray Cv
Aurora, OH 44202


Beverly Via
26 N. Norwich Rd.
Troy, OH 45373


Debra Victor
36140 PETTIBONE ROAD
SOLON, OH 44139

Heather Vidmar-McEwen
23316 E Groveland Rd
Beachwood, OH 44122


Jacqueline Vidra
4772 Farley Dr.
Mentor, OH 44060


Jeremiah Vigansky
208 Greenridge Drive
Bellefontaine, OH 43311


Melissa Villafan
4663 Russell Pt
Hilliard, OH 43026


Candace Villanueva
5386 Crescent Drive
Hilliard, OH 43026


Laura Villanueva
12860 Mayfield Road Lot 46
Chardon, OH 44024


Chris Vincent
9247 Windy Creek
Columbus, OH 43240


Jim Vitale
10180 Weathersfield Dr.
Concord Twp., OH 44060


Tamarraw Vitangeli
691 Rosecrest Dr
Troy, OH 45373


Timothy Vlach
6603 Deer Haven Dr
Painesville, OH 44077


Mimi Vo
3138 merino lane
twinsburg, OH 44087

```
THY VO
7758 Kingman Place
Lewis Center, OH 43035


Paula Voegele
9660 Kelly Drive
Loveland, OH 45140


Katherine Vogel
41 morning song lane
Hudson, OH 44236


Natalie Vogt
2461 Arborwood Drive
Loveland, OH 45140


George Voinovich
2749 Middleton Rd.
Hudson, OH 44236


Sheila Vollmer
314 Adams St
Port Clinton, OH 43452-1909


Joe Volpe
1067 Valewood Ct
Painesville Twp, OH 44077


Todd Von Ville
2677 Ellsworth Hill Drive
Hudson, OH 44236


Gina VonVille
2677 Ellsworth Hill Drive
Hudson, OH 44236


Frank Vosicky
710 Retford Parkway
Painesville, OH 44077


Eric Voth
8668 Center Drive
North Royalton, OH 44087
```

Marianthie Vourliotis
5200 Royalton Rd. B3
North Royalton, OH 44133

Shelly Vranich
5565 Baycrest St SW
Canton, OH 45706

Ana Vucic
2362 Hetter Street
Columbus, OH 43228

Kim Vujaklija
8920 Hikers Trail
CHARDON, OH 44024

Antonija Vukancic
6194 Seneca Rd
Mentor, OH 44060

Nick Vunderink
205 Goredon Dr
Chardon, OH 44024-1513

Richard Wachhaus
9814 Fawn Court
Mentor, OH 44060

Lisa Wade
8024 Butler Hill Drive
Concord Twp, OH 44077

Melissa Wadsworth
100 Keenan Rd. Lot B38
Peninsula, OH 44264

Colette Wagener
1009 W WAYNE ST
MAUMEE, OH 43537

Diane Wagenhauser
3075 Gilridge Dr
Hilliard, OH 43026

Daryl Wagner
198 Aurora Street
Hudson, OH 44236


Gina Wagner
12691 Ravenna Rd
Chardon, OH 44024


Keisha Wagner
10346 Merriam Lane
Twinsburg, OH 44087


Tanya Wagner
6299 Cumberland Drive
Mentor, OH 44060


Jennifer Waicak
2472 Mary Lou St NW
Massillon, OH 44646


Betce Wainio
10641 jubilee drive
chardon, OH 44024


Holly Waite
3926 Kings Mill Run
Rocky River, OH 44116


Monica Waite
7646 Glenmont Dr. Apt A A
North Royalton, OH 44133


Jennifer Walberry
336 holly grove road
lewis ceneter, OH 43035


JAMES WALCZAK
1442 SANFORD ST
VERMILION, OH 44089


Sarah Wales-McGrath
3072 Abrams Drive
Twinsburg, OH 44087

Annalee Walker
1810 Beechwood Dr
Troy, OH 45373

Danielle Walker
6546 Chestwick Lane
Hudson, OH 44236

Deva Walker
23305 Chagrin Blvd Apt 310
Beachwood, OH 44122

Heather Walker
7539 Fern Dr
Mentor, OH 44060

Holly Walker
4577 Marilyn Street
Hilliard, OH 43026

Tricia Walker
2645 Brooklyn Ave SW
Canton, OH 44706

Barbara Wallace
43160 Hastings Rd
Oberlin, OH 44074

Halle Wallace
6318 Bryson drive
mentor, OH 44060

Amie Walland
12830 big creek ridge drive
Chardon, OH 44024

Karena Waller
701 S Stanfield Rd Apt 144
Troy, OH 45373

Teri Waller
1134 Westfield Dr.
Maumee, OH 43537

Alisa Walsh
6838 Mayapple Circle
Solon, OH 44139


Maria Walston
7714 Garfield Rd.
Mentor, OH 44060


Marlene Walter
6598 Ebury Cir
Hudson, OH 44236


Molly Walters
3822 Treadway Trail
Hamilton, OH 45011


Heather Walton
1219 concord ave sw
Canton, OH 44720


Tammy Walton
6609 Limberlost Court
Solon, OH 44139


Shelly Waltz
6766 Ken Arbre Dribet
Cincinnati, OH 45236


Bo Wang
5370 brooklands drive
hudson, OH 44236


Haiping Wang
2562 Biscayne Blve
Beachwood, OH 44122


Kaisheng Wang
27555 Tinkers Valley Dr.
Solon, OH 44139


Nancy Wang
4740 Brookhaven Dr
North Royalton, OH 44133

Xiaohong Wang
7749 Peck Ct.
Lewis Center, OH 43035

Kristin Wanyek
1201 waterfront place
Painesville, OH 44077

Michael Warburton
3505 Patcon Way
Hilliard, OH 43026

Cheryl Ward
4911 Menloughwood Dr NW
Canton, OH 44708

Mark Ward
1141 Edgewater Drive
Troy, OH 45373

Molly Ward
20783 Avalon Drive
Rocky River, OH 44116

Monique Ward
5645 HIllcrest Avenue
Mentor, OH 44060

Suzanne Ward
11561 Cherry Hollow Drive
Chardon, OH 44024

Tina Ward
7909 PRESTON HILL CT
MENTOR, OH 44060

Tina Ward
7394 south chestnut commons dr
Mentor, OH 44060

Tracy Ward
858 River Forest Drive
Maineville, OH 45039

Hillary Warman
5859 Bradford Way
Hudson, OH 62025


LeeAnn Warner
5673 Nike Dr
Hilliard, OH 43026


Nicole Warner
2799 Lakeview Ave
Rocky River, OH 44116


Stephanie Warner
8586 Clover Glade Dr
Lewis Center, OH 43035-8647


Tara Warner
3257 Havel Drive
Beachwood, OH 44122


April Warstler
3060 Perry Dr Nw
Canton, OH 44708


Laura Washington
214 Canfield Dr.
Chardon, OH 44024


Raymond Washio
3614 Palmer Drive
Rocky River, OH 44116


John Wasko
7472 Duke Ct.
Mentor, OH 44060


Tom Wasserman
22465 Marlys 22465 Marlys
Rocky River, OH 44116


Frank Watkins
7606 Allegheny Drive
Concord, OH 44060

Matthew Watkins
906 Governors Rd
Troy, OH 45373


Sarah Watkins
1142 Washington Road
Troy, OH 45373


Crystel WatkinsBates
309 Elberta Dr
Vermilion, OH 44089


KARRIE WATROUS
328 BIRCHWOOD LANE
PAINESVILLE, OH 44077


Jessica Watson
6615 Center St
Mentor, OH 44060


Michelle Watson
10950 forest oaks drive
chardon, OH 44024


Sandi Watson
1740 Sedwick NW
Massillon, OH 44646


Tanya Watson
2684 Bronsons Way
Twinsburg, OH 44087


Debbie Watts
9480 Sherman Rd
Chesterland, OH 44026


Jon Way
5983 Hampton Corners S
Hilliard, OH 43206


Desiree Waypa
1875 Curry Lane
Twinsburg, OH 44087

Jamie Wearley
2560 Victoria Pkwy
Hudson, OH 44236


TAMMIE WEARSCH
1191 SANFORD STREET
VERMILION, OH 44089


Weaver MS
4600 Avery Road
Hilliard, OH 43026


Melissa Weaver
4663 Surmay Ave SW
Canton, OH 44706


Stacey Weaver
700 Bowhall road
Painesville, OH 44077


Cheryl Webb
418 E. 5th St.
Port Clinton, OH 43452


Wesley Webb
5230 13th st sw
canton, OH 44710


Celine Webber
417 Louisiana Ave.
Elyria, OH 44035


Catherine Weber
5039 Sharon Hill Drive
Columbus, OH 43235


Don Webster
10988 Leader RD
Chardon, OH 44024


Jennifer Webster
373 Old Willow Ct
South Lebanon, OH 45065

Lyn Webster
12831 Balsam Dr
Van Buren, OH 45889-9687

Mark Webster
221 East 4th St.
Port Clinton, OH 43452

Scott Webster
6570 Newhouse Ct.
Mentor, OH 44060

Diane Wedding
8031 Kings Ct.
Maineville, OH 45039

Laura Weemhoff
8320 Squad Dr
Galloway, OH 43119

Wei Wei
32625 Shadowbrook Dr
Solon, OH 44139

Christine Weiherer
3757 Indian Brave Trail
Cleves, OH 45002

Jennifer Weil
6833 Fox Hill Lane
Cincinnati, OH 45236

Cathy Weinberg
11387 Worthington Way
North Royalton, OH 44133

Halle Weinberg
37355 Bunker Hill
Solon, OH 44139

Sherry Weinhardt
857 Barlow rd
Hudson, OH 44236

Tim Weintraub
6164 Norwood
Mentor, OH 44060


Kris Weir
13798 Fox Hills Dr
Novelty, OH 00044-0072


Natalie Weir
2962 Highwall Way
Columbus, OH 43221


Melissa Weisenburger
3183 Kaylyn Lane
Hilliard, OH 43026


David Weiser
6391 Glenwillow Dr
North Royalton, OH 44133


Lynn Weiss
743 Wynstone Dr
Lewis Center, OH 43035


Scott Weiss
1031 Forestbrook Lane
PAINESVILLE, OH 44077


Stacey Weister
5129 14th St SW
Canton, OH 44710


Tammy Weitzner
16001 Bennett Rd
North Royalton, OH 44133


Echo Welch
8910 Dean Rd
Vermilion, OH 44089


Laura Weldon
7361 Lascala Drive
Hudson, OH 44236

Amanda Wells
1853 Riverwood Trail
Kings Mills, OH 45034


Kelley Wells
6663 Ballantrae Place
Dublin, OH 43016


PATTI WELLS
3662 TREADWAY TRAIL
HAMILTON, OH 45011


Jenny Welte
12179 County Road 109
Findlay, OH 45840


Lauren Welter
7141 Cedar Street
Chagrin Falls, OH 44022


Daren Wentz
5097 Troyer Dr
Kent, OH 44135


Joseph Wenzel
8231 Sheltered Cove
Mentor, OH 44060


Amy Werling
3190 Autumn Applause Dr
Lewis Center, OH 43035


Cory Wertsch
1620 Clipper CV
Painesville, OH 44077


Toni Wesen
7694 Chesterbrook Road
Chesterland, OH 44026


Maria Wessel
3939 Von Rissen Ct
Cleves, OH 45002

West Geauga MS
8611 Cedar Road
Chesterland, OH 44026


Christina West
2790 Kimberly Drive
Maineville, OH 45039


Gretchen West
7422 Highwood Way
Hudson, OH 44236


Lori West
2520 Renwick Way
Troy, OH 45373


Brock Westbrook
9317 creekwood dr
mentor, OH 44060


Robert Westbrook
6613 Apache Circle
Cincinnati, OH 45253


Cyndi Westfall
703 E Main St
Troy, OH 45373


Westin Washington Dulles
2520 Wasser Terrace
Herndon, VA 20171


Brenda Whalen
6279 Dawson Blvd
Mentor, OH 44060


Kristen Whelan
7802 Debonaire Dr.
Mentor, OH 44060


Angela Whitaker
6716 Forest Hill ln
Hamilton, OH 45011

Michael Whitaker
2970 Richmond Rd
Beachwood, OH 44122


Geoffrey White
20040 Parkview Ave
Rocky River, OH 44116


James White
122 Tilden Ave
CHARDON, OH 44024


JAMIE WHITE
455 A BARLOW RD.
HUDSON, OH 44236


Jennifer White
2764 W Asplin Dr
Rocky River, OH 44116


Kimberly White
11139 Butternut Road
Chardon, OH 44024


Lori White
221 Canfield Drive
Chardon, OH 44024


Michelle White
185 Radley DR
painesville, OH 44077


Patricia White
5969 Paron Place
Hilliard, OH 43026


Katrina Whited
6041 Willow Lake Dr.
Hudson, OH 44236


Susan Whitelaw
9359 Monticello Drive
Twinsburg, OH 44087

Natalie Whiting
11418 Heath Road
Chesterland, OH 44026


Teresa Whiting
1401 e state st
Port Clinton, OH 43452


Marlene Whitman
7579 Rollingbrook Trail
Solon, OH 44139


Susan Whitmer
12792 Sperry Rd
Chesterland, OH 44026


Darrin Whitt
4916 hollyview dr
vermilion, OH 44089


Rod Whittington
10283 Orchard Hill Ln.
Twinsburg, OH 44087


Tim Wicinski
1550 Commodore Cove
Painesville, OH 44077


Amy Wickham
6749 Trafalgar Loop
Dublin, OH 43016


Nicole Wicks
2973 E Orange Rd
Lewis Center, OH 43035


Teresa Widdoes
2255 Jesse Drive
Hudson, OH 44236


Yvette Widmar
11624 Cambridge Dr.
Chesterland, OH 44026

Gina Wiechman
907 taft st
Port Clinton, OH 43452


Gayleen Wiegand
4920 Timberview Dr
Vermilion, OH 44089


Susan Wiesemann
7301 Shewango Way
Cincinnati, OH 45243


Jason Wiess
9680 Executive Ct
Mentor, OH 44060


Jonathan Wiggins
33945 blue heron dr
Solon, OH 44139


Shannon Wik
5117 Meadowview Ln
South Lebanon, OH 45065


Linda Wiley
1492 Plantation Dr
Hudson, OH 44236


Brenda Wilkes
4200 Shepler Church Ave SW
CANTON, OH 44706


Alina Wilkinson
5791 Birdie Lane
Mentor, OH 44060


Tracey Wilkinson
11460 Glenmora Drive
Chardon, OH 44024


Willard High School
Pme F;asjes Ave
Willard, OH 44890

JON WILLARD
8663 CLARKSDALE DR
LEWIS CENTER, OH 43035


Stacey Willging
7863 Strawberry Hill Lane
Maineville, OH 45039


Andrea Williams
889 Thomas Lane
Columbus, OH 43220


Angela Williams
2307 Amberwood
Massillon, OH 44646


Bradford Williams
1282 Bell Court
Elyria, OH 44035


Carissa Williams
2736 Perry Drive SW
Canton, OH 44706


Carrie Williams
795 Coy Ln
Chagrin Falls, OH 44022


Cheryl Williams
10565 Hemlock Ridge Dr
Chardon, OH 44024


Danielle Williams
23511 Chagrin Blvd Apt. 306
Beachwood, OH 44122


Jacob Williams
1182 Hubbard Road
Galloway, OH 43119


Kelli Williams
7781 Royal Park dr
Lewis Center, OH 43035

Kimberly Williams
3258 Shale Drive
Twinsburg, OH 44087


Kristie Williams
1100 Oxfordshire Drive
Columbus, OH 43228


Latisha Williams
10803 Ravenna rd Apt 107
Twinsburg, OH 44087


Laura Williams
10700 Butternut Road
Chesterland, OH 44026


LYNETTE WILLIAMS
10446 TOWNLEY CT
REMINDERVILLE, OH 44202


Michelle Williams
37205 Halton Ct.
Solon, OH 44139


Raymond Williams
1993 Marwell BLVD
Hudson, OH 44236


Shannon Williams
5883 Buckeye Lane
Mentor, OH 44060


Shaun Williams
43 West Bel Meadow Lane
South Russell, OH 44022


Sheri Williams
7856 Glengate Dr.
Broadview Hts, OH 44147


Jennifer Williams-Reid
10766 Butternut Rd
Chesterland, OH 44026

Michelle Willmott
8151 Ravenna Road
Hudson, OH 44236


Trisha Wilmoth
1774 Marby Dry
Troy, OH 45373


April WIlson
420 west 6th street
Port clinton, OH 43452


Felicia Wilson
6488 Hayden Run Road
Hilliard, OH 43026


Jennifer Wilson
1466 Lee Rd
Troy, OH 45373


JOHN WILSON
8188 Dartmoor Rd
Mentor, OH 44060


Nicole Wilson
3143 St. Mikala Ct
Twinsburg, OH 44087


Robin Wilson
7502 Whitemarsh Way
Hudson, OH 44236


Shannon Wilson
866 Bryant Dr
Vermilion, OH 44089-1098


Melanie Wilt
7600 Holderman Street
Lewis Center, OH 43035


Kama WINCHEL
1337 Winningham Lane
Columbus, OH 43240

Steve WindoverNoble
2337 Champion Trail
Twinsburg, OH 44087


Joy Wingader
2299 Tyre Dr
Hudson, OH 44236


Bobbie Winkelman
165 Buckingham Drive
Elyria, OH 44035


Erica Winningham
23351 Chagrin Blvd Apt 108
Beachwood, OH 44122


Thomas Wirsing
6586 Dellhaven Ave
Mentor, OH 44060


Dena Wise
9385 Bassett Lane
North Royalton, OH 44133


Heather Wise
8441 Olenbrook Drive
Lewis Center, OH 43035


Mary Wise
556 Keys Dr
Elyria, OH 44035


Scott Wise
5482 Glasgow Place
COLUMBUS, OH 43235


Chad Wiseman
2370 Maxwell Ave.
Lewis Center, OH 43035


Nellie Wislocki
11983 Firefly Drive
North Royalton, OH 44133

Dianne Wislon
9261 Boyer Lane
Mentor, OH 44060


Jessica Wisniewski
119 Caroline street
Elyria, OH 44035


Melissa Wissel
2689 Leslie lee court
Hamilton, OH 45011


Tarin Withers
6472 Ravena Dr.
Hamilton, OH 45011


Larry Withrow
5984 North Turtlecreek Drive
Fairfield, OH 45014


Donna Witter
5303 Wilshire Park Dr.
Hudson, OH 44236


Tami Wittmann
1304 Chantilly Dr.
Maumee, OH 43537


Debbie Wittrup
30270 Woodall
Solon, OH 44139


Michelle Witzky
7597 Capilano Drive
Solon, OH 44139


Heidi Wojtowicz
4119 Hurley Drive
Toledo, OH 43614


Tom Wolak
6218 Carolyn Dr
Mentor, OH 44060

Vanessa Wolcott
13633 Radcliffe Rd
Chardon, OH 44024


Kerry Wolenski
55 East Case Drive
Hudson, OH 44236


Kerrie Wolf
11243 Exmoor Dr
Concord, OH 44077


Monica WolfCuadrado
2420 Tyre Dr
Hudson, OH 44236


Amanda Wolfe
5273 Frisco dr
Hilliard, OH 43026


Amber Wolfe
533 S Mulberry
Troy, OH 45373


Danielle Wolfe
5191 Hialeah Ct
Columbus, OH 43221


Jon Wolfe
1410 Willowood Ct
Painesville, OH 44077


Timothy Wolfe
3199 Kaylyn Lane
Hilliard, OH 43026


Lynn Wolfenberger
4955 Reed Rd
Columbus, OH 43220


Deanna Wolford
5610 Nike Dr.
Hilliard, OH 43026

Amy Wolterman
3505 Buckeye Trace
Cleves, OH 45002

Shannon Wong
37174 Tidewater Dr.
Solon, OH 44139

Nicole Wood
7613 bellflower rd
Mentor, OH 44060

Timothy Wood
3514 Mark Twain Dr.
Hilliard, OH 43026

Clint Woodall
15316 Bent Tree Dr
Findlay, OH 45840

Curtis Woodard
2823 Pheasant Field Dr
Hilliard, OH 43026

Christene Woodley
9020 Cabroilet Ave
Mentor, OH 44060

Kelly Woodmancy
10781 Bentley Dr.
North Royalton, OH 44133

Christine Woods
6363 carter blvd
mentor, OH 44060

Joe Woods
1419 Little Bear Loop
Lewis Center, OH 43035

Kristie Woods
921 Pheasant Grove Ave. NW
Massillon, OH 44646

Tiffany Woods
9063 Columbia rd
Loveland, OH 45140


Brandy Woodward
1370 Sanford St
Vermilion, OH 44089


Darlene Woolard
10000 Ezra Court
Twinsburg, OH 44087


Jeffrey Woolf
12806 Bass Lake Rd
Chardon, OH 44024


Erin Worth
543 Shaftsbury Road
Troy, OH 45373


Allison Wouters
122 Walnut St
Chagrin Falls, OH 44022


Amy Wrachford
7673 Crimson Court
Mentor, OH 44060


David Wray
9573 Nathanial Ln.
Fairfield, OH 45014


Marcia Wray
5759 Lake Michigan Drive
Fairfield, OH 45014


Melissa Wren
2961 Highwall Way
Columbus, OH 43221


Amy Wright
9948 Pebble Beach Cove
Reminderville, OH 44202

Anita Wright
2872 Roanoke St NW
Massillon, OH 44646

Barbara Wright
860 Outrigger Cove
Painesville, OH 44077

Dalanna Wright
9 East State Road
Cleves, OH 45002

Gregory Wright
754 Sawmill Trail NE
Massillon, OH 44646

Jammie Wright
216 E Main St
Troy, OH 45373

Molly Wright
18891 Inglewood Ave
Rocky River, OH 44116

Scott Wright
7565 Deerpath Trl
Hudson, OH 44236

Stefanie Wroblesky
13103 hampton club drive Apt. 102
North Royalton, OH 44133

Charles Wu
6910 Silkwood Lanbe
Solon, OH 44139

Jianqiang Wu
6762 Eleck Pl
Cincinnati, OH 45243

Yan Wu
24912 Hazelmere Rd
Beachwood, OH 44122-2325

Amy Wurst
37540 Delamere Court
SOLON, OH 44139

Keely Wymer
2381 Bluestone Dr.
Findlay, OH 45840

Lynn Wyville
203 Monticello Dr
Chagrin Falls, OH 44022

Jing Xie
35610 Spicebush Ln
Solon, OH 44139

Lin Xu
32185 Sedgefield Oval
Solon, OH 44139

Yanmei Xu
455 Inverness Ct.
Hudson, OH 44236

Zhan Xu
32400 Miles Rd.
Solon, OH 44139

E Y
6668 Winston lane
Solon, OH 44139

Lazar Yakubov
23210 E Baintree rd
Beachwood, OH 44122

Amy Yamamoto
10360 Penniman Drive
Chardon, OH 44024

Ruqiang Yan
23351 Chagrin Blvd Apt 309
Beachwood, OH 44122

Stacey Yanak
7324 lacosta dr.
hudson, OH 44236


James Yang
35634 Spatterdock Ln
Solon, OH 44139


Jun Yang
2650 Buckhurst Dr
Beachwood, OH 44122


Jun Yang
21703 Halworth Rd
Beachwood, OH 44122


Michele Yanosko
7760 Litchfield Dr
Mentor, OH 44060


Caiping Yao
5740 Ledgebrook Ln
Solon, OH 44139


Stephanie Yarbrough
4787 East Woodland Dr.
Port Vlinton, OH 43452


Tonia Yard
2399 Cambridge Drive
Hudson, OH 44236


Shala Yarger
868 Master Drive
Galloway, OH 43119


Mindy Yarris
1494 wilhoit ave
Lewis Center, OH 43035


Dalya Yaseen
4802 prince charles way
Hilliard, OH 43026

Lilit Yavryan
3445 Beaver Trail Unit -A
Reminderville, OH 44202


John Yeager
654 Stacey Ln
Maumee, OH 43537


Michelle Yeager
1540 Clearbrook Rd NW
Massillon, OH 44646


Jeannette Yellen
9359 Sarah Court
Twinsburg, OH 44087


Tracey Yerkey
69 Hickory Lane
Hudson, OH 44236


Alper Yilmaz
2673 Bold Venture Drive
Lewis Center, OH 43035


Liya Yin
5378 Duffield Drive
Hudson, OH 44236


Cassandra Yoder
72 23rd Street NW
Massillon, OH 44647


Gavin Yoder
1165 Allison Rd
Bellefontaine, OH 43311


Deanna Yoger
10430 Sawmill Drive
Chardon, OH 44024


Marcie Yontz
1108 West River Rd.
Vermilion, OH 44089

Sybil York
4904 Riverwalk drive
Kings Mills, OH 45034


David Yothers
7852 Royal Park Dr.
Lewis Center, OH 43035


Wendy Youmans
110 Pine Hollow Circle
Chardon, OH 44024


Crystal Young
4670 fields way
lorain, OH 44053


Elin Young
24023 Letchworth Rd.
Beachwood, OH 44122


Elizabeth Young
212 Bentleyville Road
Chagrin Falls, OH 44022


Gary Young
325 N. Park ST.
Bellefontaine, OH 43311


Heather Young
730 terex road
Hudson, OH 44236


Lisa Young
2342 Moock Ave. S.W.
Canton, OH 44706


Marcus Young
1221 brooklyn ave sw
canton, OH 44710


ShaQuanna Young
313 Olive St
Elyria, OH 44035

Tarl Young
1142 Rockwood ave
Canton, OH 44710


Rikki Youngpeter
7532 Township Rd. 212
Findlay, OH 45840


Saideh Yousefi
7500 jasani ct
mentor, OH 44060


Jin Yu
5004 Lake Forest drive
Peninsula, OH 44264


Zheng Yu
23511 Chagrin Blvd. #210
Beachwood, OH 44122


Ray Zack
4151 Morley Dr.
Reminderville, OH 44202


Cheryl Zadow
5602 Sunset Drive
Hudson, OH 44236


Linda Zahn
8440 Mansion Blvd.
Mentor, OH 44060


Annette Zak
702 Fairwood
Elyria, OH 44035


Kristina Zakrzewski
2352 Highlandtown Drive
Hilliard, OH 43026


Gregory Zalack
7414 Yorktown Ct.
Mentor, OH 44060

Julie Zalar
2525 Roe Drive
Lewis Center, OH 43035

Sandra Zalar
10485 Locust Grove
Chardon, OH 44024

Allison Zam
1761 Douglas Ave
Port Clinton, OH 43452

Mary Beth Zammataro
1647 Callander Drive
Hudson, OH 44236

Jennifer Zammikiel
10018 Patton ST
Twinsburg, OH 44087

Peggy Zand
7628 White Oak Drive
Solon, OH 44139

Lynn Zantopulos
3242 Reckman Court
North Royalton, OH 44133

Dana Zarcone
9820 Rosewood Dr.
Chardon, OH 44024

Jennifer Zaremba
14549 west ridge dr
novelty, OH 44072

Diane Zargari
12675 Hovey Drive
Chesterland, OH 44026

Michelle Zarges
1633 Norton Road
Hudson, OH 44236

Tracy Zarzour
10580 Somerset Dr
Chardon, OH 44024

Brian Zattau
1710 Eastfield Drive
Maumee, OH 43537-2325

Scott Zeiger
9400 Roryanna Drive
Chardon, OH 44024

Joy Zeiler Courtright
60 E. Belmeadow Lane
Chagrin Falls, OH 44022

James Zelazny
11430 Holden Ridge Road
Chardon, OH 44024

Andrea Zemanek
114 Deepwood Ct
Chardon, OH 44024

Betsy Zemba
9970 High Country Dr
Chardon, OH 44024

Lezley Zender
257 Arundel Rd
Rocky River, OH 44116

Erica Zgola
8108 risden rd
Vermilion, OH 44089

Yuening Zhang
6894 Glenallen Ave
Solon, OH 44139

Yuming Zhang
24958 Hazelmere Rd
Beachwood, OH 44122

Yuxia Zhang
7338 Shelford Drive
Solon, OH 44139


Julie Zhao
5808 Nicholson Dr
Hudson, OH 44236


Weidong Zhao
2146 Weston dr
Hudson, OH 44236


Xia Zhao
36845 Valley Forge Dr
Solon, OH 44139


XIAOXIAN ZHAO
5985 BUCKBOARD LN.
Solon, OH 44139


Xiaoling Zheng
9518 Brinfield Dr
Mentor, OH 44060


Julia Zhitenev
32275 N Roundhead Dr
Solon, OH 44139


Kimberly Zibert
265 S. Meachem Rd. Lot 77
Port Clinton, OH 43452


Dena Ziegenfuss
13560 Walking Stick Ln
Chardon, OH 44024


Kristin Ziegler
13900 Radcliffe Road
Leroy Township, OH 44024


Darlene Zigmont
7876 Charline Ct
Lewis Center, OH 43035

Vanessa Zigos
7516 Hamilton Ave
Maineville, OH 45039


Leslie Zimcosky
1072 Sheerbrook Drive
Chagrin Falls, OH 44022


Jerome Zimmerer
10895 Forest Oaks Drive
Chardon, OH 44024


Adam Zimmerman
75 Greentree Road
Chagrin Falls, OH 44022


Aric Zimmerman
8556 Carbine Place
Galloway, OH 43119


Catherine Zimmerman
11270 highland view dr
chardon, OH 44024


Jeffrey Ziol
6160 Nicholson Drive
Hudson, OH 44236


Tracee Zitnik
7980 Augusta Lane
Concord, OH 44077


Andrea Zmich
6321 Hardwick Way
Hudson, OH 44236


Robin Znidarsic
9591 Holden Court
Kirtland Hills, OH 44060


Stan Zody
4347 Heather Ridge Drive
Hilliard, OH 43026

Heather Zollars
4160 Shepler Church Avenue SW
Canton, OH 44706


Joseph Zomber
32793 arlesford dr
solon, OH 44139


Michele Zombory
12015 Britton Lane
Chardon, OH 44024


Natalia Zorkin
497 W Streetsboro St C
Hudson, OH 44236


Dritan Zotaj
3167 Linden Rd 201
Rocky River, OH 44116


Oleksandra Zub
7623 creekwood drive
North Royalton, OH 44133


Lisa Zucco
708 North Section Ext.
South Lebanon, OH 45065


Angela Zurbuch
8346 Lincoln Dr
Chesterland, OH 44026


Jeannie Zuydhoek
2635 Sandstone path
Hudson, OH 44236


Ninette Zuzek
5687 Primavera Drive
Mentor, OH 44060