# United States Bankruptcy Court
## Northern District of Ohio

In re: **Discovery Tours Inc.**
Debtor(s)

Case No. _____
Chapter **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Alfred A Cipolletti**, declare under penalty of perjury that I am the **President** of **Discovery Tours Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation without a meeting this 7th day of May, 2018.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Alfred A Cipolletti, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Alfred A Cipolletti, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Alfred A Cipolletti, President** of this Corporation is authorized and directed to employ **Julie E. Rabin (0006592) Ohio**, attorney and the law firm of **Rabin & Rabin Co. LPA** to represent the corporation in such bankruptcy case."

Date **May 7, 2018**

Signed _/s/ Alfred A. Cipolletti_
**Alfred A Cipolletti**