# United States Bankruptcy Court
## Northern District of Ohio

In re    Discovery Tours Inc.                       Case No. _____

                           Debtor(s)          Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Discovery Tours Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

May   7, 2018
_____
Date

_____
**Alfred A Cipolletti**
Signature of Attorney or Litigant